

**DEPARTMENT OF VETERANS AFFAIRS**
**ILLIANA HEALTH CARE SYSTEM**
Danville, IL 61832

January 17, 2020

In Reply Refer To: 550/11D

FOR OFFICIAL USE ONLY

John Peterson, M.D.
Surgical Service (112)
VA Illiana Health Care System
Danville, IL 61832

Subject: Summary Suspension

1. This is to notify you that your privileges are summarily suspended effective January 17, 2020. This action is being taken upon the recommendation of the Chief of Staff since concerns have been raised to suggest that aspects of your clinical practice do not meet the accepted standards of practice and potentially constitute an imminent threat to patient welfare. Concerns were raised regarding your prescribing and management of pain management patients which led to the summary suspension. This suspension is in effect pending a comprehensive review of these concerns.

2. You have the opportunity to provide any information you desire to provide regarding these concerns. Correspondence needs to be sent within 14 calendar days from your receipt of this notice, and addressed to:

Brooke Heckerson
VA Illiana Health Care System
Mail Code 11D
1900 E. Main St.
Danville, IL 61832

3. The comprehensive review of the reasons(s) for the summary suspension must be accomplished within 30 calendar days of the suspension, with recommendations to proceed with formal procedures for reduction or revocation of clinical privileges forwarded to me for consideration and action. Within 5 working days of receipt of the recommendations, I will make a decision either to restore your privileges to an active status or that the evidence warrants proceeding with a reduction or revocation process. Since you cannot perform clinical duties during the review, you are removed from patient care and placed in an administrative position.

4. Should the comprehensive review result in a tentative decision by me to restrict or revoke your privileges, and if appropriate, to take an adverse personnel action, you will be notified at that time of your rights as per VHA Handbook 1100.19 and VA Directive and

# Exhibit A

2. Summary Suspension – Peterson, John M.D. (112)

Handbook 5021. You have a right to be represented by an attorney or other representative of your choice throughout the proceedings.

5.  Summary suspension pending comprehensive review and due process is not reportable to the National Practitioner Data Bank (NPDB). However, if a final action against your clinical privileges is taken for professional incompetence or improper professional conduct, both the summary suspension and the final action, if greater than 30 days, will be reported to the NPDB, and a copy of the report must be sent to the State licensing boards in all states in which you hold a license and in Illinois, where the facility is located.

6.  If you surrender or voluntarily accept a restriction of your clinical privileges, including by resignation or retirement, while your professional competence or professional conduct is under investigation during these proceedings or to avoid investigation, VA is required to file a report to the NPDB, with a copy to the appropriate State licensing board(s), pursuant to VA regulations in title 38 Code of Federal Regulations (CFR) Part 46 and VHA Handbook 1100.17, National Practitioner Data Bank Reports.

7.  It is the policy of VA to report to State Licensing Boards those licensed health care professionals, whether currently employed or separated (voluntarily or otherwise), whose clinical practice during VA employment so significantly failed to meet generally accepted standards of clinical practice as to raise reasonable concern for the safety of patients (see 38 CFR Part 47). In the event you are found to not meet standards of care, consideration will be given whether, under these criteria, you should be reported to the appropriate State Licensing Board(s) pursuant to the provisions of VHA Handbook 1100.18, Reporting and Responding to State Licensing Boards.

8.  If you have any questions regarding this matter, please contact Brooke Heckerson, Health Systems Specialist to Chief of Staff, at (217) 554-5079.

Shawn M. Bransky
Medical Center Director

Enclosure

I HAVE RECEIVED THE ORIGINAL AND ONE (1) COPY OF THIS LETTER.

_____    _____
Signature                         Date

**STEIGMANN LAW** PC

1807 Woodfield Drive    P 217.351.5818
Savoy, IL 61874    F 217.351.5819
WWW.STEIGMANNLAW.COM

David C. Steigmann, *Attorney*
Garrett von Schaumburg, *Attorney*
George Vargas, *Attorney*

January 20, 2020

Ms. Brooke Heckerson
VA Illiana Health Care System
Mail Code 11D
1900 East Main Street
Danville, IL 61832

    *Re:*    *Dr. John Peterson – Summary Suspension*

Dear Ms. Heckerson:

    The purpose of this letter is to advise you that our law firm has been retained by Dr. Peterson to represent his interests during his suspension and any subsequent administrative hearings.

    Please direct any further correspondence to this office. I appreciate your assistance in this matter.

    Very respectfully,

    George Vargas
    Attorney at Law

Cc:
Client



DEPARTMENT OF VETERANS AFFAIRS
ILLIANA HEALTH CARE SYSTEM
Danville, IL 61832

February 12, 2020

In Reply Refer To: 550/11D

FOR OFFICIAL USE ONLY

John Peterson, M.D.
Surgical Service (112)
VA Illiana Health Care System
Danville, IL 61832

Subject: Summary Suspension

1. As you are aware, your privileges were summarily suspended on January 17, 2020. This action was taken upon the recommendation of the Chief of Staff since concerns have been raised to suggest that aspects of your clinical practice did not meet the accepted standards of practice and potentially constitute imminent threat to patient welfare. This notice is to advise you that the summary suspension of your privileges has been extended an additional 30 calendar days to allow for the Medical Center Director and Chief of Staff to complete any necessary duties under the Bylaws and Rules of the Medical Staff of the VA Illiana Health Care System. You will be kept informed of the status as the review continues.

2. The comprehensive review of the reasons(s) for the summary suspension must be accomplished within 30 calendar days of the suspension, with recommendations to proceed with formal procedures for reduction or revocation of clinical privileges forwarded to me for consideration and action. Within 5 working days of receipt of the recommendations, I will make a decision either to restore your privileges to an active status or that the evidence warrants proceeding with a reduction or revocation process. Since you cannot perform clinical duties during the review, you are removed from patient care and placed in an administrative position.

3. Should the comprehensive review result in a tentative decision by me to restrict or revoke your privileges, and if appropriate, to take an adverse personnel action, you will be notified at that time of your rights as per VHA Handbook 1100.19 and VA Directive and Handbook 5021. You have a right to be represented by an attorney or other representative of your choice throughout the proceedings.

4. Summary suspension pending comprehensive review and due process is not reportable to the National Practitioner Data Bank (NPDB). However, if a final action against your clinical privileges is taken for professional incompetence or improper professional conduct, both the summary suspension and the final action, if greater than 30 days, will be reported to the NPDB, and a copy of the report must be sent to the State

2. Summary Suspension – Peterson, John M.D. (112)

licensing boards in all states in which you hold a license and in Illinois, where the facility is located.

5. If you surrender or voluntarily accept a restriction of your clinical privileges, including by resignation or retirement, while your professional competence or professional conduct is under investigation during these proceedings or to avoid investigation, VA is required to file a report to the NPDB, with a copy to the appropriate State licensing board(s), pursuant to VA regulations in title 38 Code of Federal Regulations (CFR) Part 46 and VHA Handbook 1100.17, National Practitioner Data Bank Reports.

6. It is the policy of VA to report to State Licensing Boards those licensed health care professionals, whether currently employed or separated (voluntarily or otherwise), whose clinical practice during VA employment so significantly failed to meet generally accepted standards of clinical practice as to raise reasonable concern for the safety of patients (see 38 CFR Part 47). In the event you are found to not meet standards of care, consideration will be given whether, under these criteria, you should be reported to the appropriate State Licensing Board(s) pursuant to the provisions of VHA Handbook 1100.18, Reporting and Responding to State Licensing Boards.

7. If you have any questions regarding this matter, please contact Brooke Heckerson, Health Systems Specialist to Chief of Staff, at (217) 554-5079.

Shawn M. Bransky
Medical Center Director

Enclosure

I HAVE RECEIVED THE ORIGINAL AND ONE (1) COPY OF THIS LETTER.

_____    2/12/20
Signature                              Date



**DEPARTMENT OF VETERANS AFFAIRS**
**ILLIANA HEALTH CARE SYSTEM**
Danville, IL 61832

March 13, 2020

In Reply Refer To: 550/11D

FOR OFFICIAL USE ONLY

John Peterson, M.D.
Surgical Service (112)
VA Illiana Health Care System
Danville, IL 61832

Subject: Summary Suspension

1. As you are aware, your privileges were summarily suspended on January 17, 2020. This action was taken upon the recommendation of the Chief of Staff since concerns have been raised to suggest that aspects of your clinical practice did not meet the accepted standards of practice and potentially constitute imminent threat to patient welfare. This notice is to advise you that the summary suspension of your privileges has been extended an additional 30 calendar days to allow for the Medical Center Director and Chief of Staff to complete any necessary duties under the Bylaws and Rules of the Medical Staff of the VA Illiana Health Care System. You will be kept informed of the status as the review continues.

2. The comprehensive review of the reasons(s) for the summary suspension must be accomplished within 30 calendar days of the suspension, with recommendations to proceed with formal procedures for reduction or revocation of clinical privileges forwarded to me for consideration and action. Within 5 working days of receipt of the recommendations, I will make a decision either to restore your privileges to an active status or that the evidence warrants proceeding with a reduction or revocation process. Since you cannot perform clinical duties during the review, you are removed from patient care and placed in an administrative position.

3. Should the comprehensive review result in a tentative decision by me to restrict or revoke your privileges, and if appropriate, to take an adverse personnel action, you will be notified at that time of your rights as per VHA Handbook 1100.19 and VA Directive and Handbook 5021. You have a right to be represented by an attorney or other representative of your choice throughout the proceedings.

4. Summary suspension pending comprehensive review and due process is not reportable to the National Practitioner Data Bank (NPDB). However, if a final action against your clinical privileges is taken for professional incompetence or improper professional conduct, both the summary suspension and the final action, if greater than 30 days, will be reported to the NPDB, and a copy of the report must be sent to the State

2. Summary Suspension – Peterson, John M.D. (112)

licensing boards in all states in which you hold a license and in Illinois, where the facility is located.

5. If you surrender or voluntarily accept a restriction of your clinical privileges, including by resignation or retirement, while your professional competence or professional conduct is under investigation during these proceedings or to avoid investigation, VA is required to file a report to the NPDB, with a copy to the appropriate State licensing board(s), pursuant to VA regulations in title 38 Code of Federal Regulations (CFR) Part 46 and VHA Handbook 1100.17, National Practitioner Data Bank Reports.

6. It is the policy of VA to report to State Licensing Boards those licensed health care professionals, whether currently employed or separated (voluntarily or otherwise), whose clinical practice during VA employment so significantly failed to meet generally accepted standards of clinical practice as to raise reasonable concern for the safety of patients (see 38 CFR Part 47). In the event you are found to not meet standards of care, consideration will be given whether, under these criteria, you should be reported to the appropriate State Licensing Board(s) pursuant to the provisions of VHA Handbook 1100.18, Reporting and Responding to State Licensing Boards.

7. If you have any questions regarding this matter, please contact Brooke Heckerson, Health Systems Specialist to Chief of Staff, at (217) 554-5079.

Shawn M. Bransky
Medical Center Director

Enclosure

I HAVE RECEIVED THE ORIGINAL AND ONE (1) COPY OF THIS LETTER.

_____        3/13/20
Signature                     Date



**DEPARTMENT OF VETERANS AFFAIRS**
**ILLIANA HEALTH CARE SYSTEM**
Danville, IL 61832

April 15, 2020

In Reply Refer To: 550/11D

FOR OFFICIAL USE ONLY

John Peterson, M.D.
Surgical Service (112)
VA Illiana Health Care System
Danville, IL 61832

Subject: Summary Suspension

1. As you are aware, your privileges were summarily suspended on January 17, 2020. This action was taken upon the recommendation of the Chief of Staff since concerns have been raised to suggest that aspects of your clinical practice did not meet the accepted standards of practice and potentially constitute imminent threat to patient welfare. This notice is to advise you that the summary suspension of your privileges has been extended an additional 30 calendar days due to the delay of the comprehensive review as a result of COVID 19. You will be kept informed of the status as the review continues.

2. The comprehensive review of the reasons(s) for the summary suspension must be accomplished within 30 calendar days of the suspension, with recommendations to proceed with formal procedures for reduction or revocation of clinical privileges forwarded to me for consideration and action. Within 5 working days of receipt of the recommendations, I will make a decision either to restore your privileges to an active status or that the evidence warrants proceeding with a reduction or revocation process. Since you cannot perform clinical duties during the review, you are removed from patient care and placed in an administrative position.

3. Should the comprehensive review result in a tentative decision by me to restrict or revoke your privileges, and if appropriate, to take an adverse personnel action, you will be notified at that time of your rights as per VHA Handbook 1100.19 and VA Directive and Handbook 5021. You have a right to be represented by an attorney or other representative of your choice throughout the proceedings.

4. Summary suspension pending comprehensive review and due process is not reportable to the National Practitioner Data Bank (NPDB). However, if a final action against your clinical privileges is taken for professional incompetence or improper professional conduct, both the summary suspension and the final action, if greater than 30 days, will be reported to the NPDB, and a copy of the report must be sent to the State licensing boards in all states in which you hold a license and in Illinois, where the facility is located.

2. Summary Suspension – Peterson, John M.D. (112)

5.   If you surrender or voluntarily accept a restriction of your clinical privileges, including by resignation or retirement, while your professional competence or professional conduct is under investigation during these proceedings or to avoid investigation, VA is required to file a report to the NPDB, with a copy to the appropriate State licensing board(s), pursuant to VA regulations in title 38 Code of Federal Regulations (CFR) Part 46 and VHA Handbook 1100.17, National Practitioner Data Bank Reports.

6.   It is the policy of VA to report to State Licensing Boards those licensed health care professionals, whether currently employed or separated (voluntarily or otherwise), whose clinical practice during VA employment so significantly failed to meet generally accepted standards of clinical practice as to raise reasonable concern for the safety of patients (see 38 CFR Part 47). In the event you are found to not meet standards of care, consideration will be given whether, under these criteria, you should be reported to the appropriate State Licensing Board(s) pursuant to the provisions of VHA Handbook 1100.18, Reporting and Responding to State Licensing Boards.

7.   If you have any questions regarding this matter, please contact Brooke Heckerson, Health Systems Specialist to Chief of Staff, at (217) 554 5079.

Shawn M. Bransky
Medical Center Director

Enclosure

I HAVE RECEIVED THE ORIGINAL AND ONE (1) COPY OF THIS LETTER.

_____        April 16, 2020
Signature                               Date



**DEPARTMENT OF VETERANS AFFAIRS**
**ILLIANA HEALTH CARE SYSTEM**
Danville, IL 61832

May 15, 2020

In Reply Refer To: 550/11D

FOR OFFICIAL USE ONLY

John Peterson, M.D.
Surgical Service (112)
VA Illiana Health Care System
Danville, IL 61832

Subject: Summary Suspension

1. As you are aware, your privileges were summarily suspended on January 17, 2020. This action was taken upon the recommendation of the Chief of Staff since concerns have been raised to suggest that aspects of your clinical practice did not meet the accepted standards of practice and potentially constitute imminent threat to patient welfare. This notice is to advise you that the summary suspension of your privileges has been extended an additional 30 calendar days due to the delay of the comprehensive review as a result of COVID 19. You will be kept informed of the status as the review continues.

2. The comprehensive review of the reasons(s) for the summary suspension must be accomplished within 30 calendar days of the suspension, with recommendations to proceed with formal procedures for reduction or revocation of clinical privileges forwarded to me for consideration and action. Within 5 working days of receipt of the recommendations, I will make a decision either to restore your privileges to an active status or that the evidence warrants proceeding with a reduction or revocation process. Since you cannot perform clinical duties during the review, you are removed from patient care and placed in an administrative position.

3. Should the comprehensive review result in a tentative decision by me to restrict or revoke your privileges, and if appropriate, to take an adverse personnel action, you will be notified at that time of your rights as per VHA Handbook 1100.19 and VA Directive and Handbook 5021. You have a right to be represented by an attorney or other representative of your choice throughout the proceedings.

4. Summary suspension pending comprehensive review and due process is not reportable to the National Practitioner Data Bank (NPDB). However, if a final action against your clinical privileges is taken for professional incompetence or improper professional conduct, both the summary suspension and the final action, if greater than 30 days, will be reported to the NPDB, and a copy of the report must be sent to the State licensing boards in all states in which you hold a license and in Illinois, where the facility is located.

2. Summary Suspension – Peterson, John M.D. (112)

5.  If you surrender or voluntarily accept a restriction of your clinical privileges, including by resignation or retirement, while your professional competence or professional conduct is under investigation during these proceedings or to avoid investigation, VA is required to file a report to the NPDB, with a copy to the appropriate State licensing board(s), pursuant to VA regulations in title 38 Code of Federal Regulations (CFR) Part 46 and VHA Handbook 1100.17, National Practitioner Data Bank Reports.

6.  It is the policy of VA to report to State Licensing Boards those licensed health care professionals, whether currently employed or separated (voluntarily or otherwise), whose clinical practice during VA employment so significantly failed to meet generally accepted standards of clinical practice as to raise reasonable concern for the safety of patients (see 38 CFR Part 47). In the event you are found to not meet standards of care, consideration will be given whether, under these criteria, you should be reported to the appropriate State Licensing Board(s) pursuant to the provisions of VHA Handbook 1100.18, Reporting and Responding to State Licensing Boards.

7.  If you have any questions regarding this matter, please contact Brooke Heckerson, Health Systems Specialist to Chief of Staff, at (217) 554-5079.


Shawn M. Bransky
Medical Center Director

Enclosure

I HAVE RECEIVED THE ORIGINAL AND ONE (1) COPY OF THIS LETTER.

_____        May 15, 2020
Signature                                Date

1819



**DEPARTMENT OF VETERANS AFFAIRS**
**ILLIANA HEALTH CARE SYSTEM**
Danville, IL 61832

June 16, 2020

In Reply Refer To: 550/11D

FOR OFFICIAL USE ONLY

John Peterson, M.D.
Surgical Service (112)
VA Illiana Health Care System
Danville, IL 61832

Subject: Summary Suspension

1.   As you are aware, your privileges were summarily suspended on January 17, 2020. This action was taken upon the recommendation of the Chief of Staff since concerns have been raised to suggest that aspects of your clinical practice did not meet the accepted standards of practice and potentially constitute imminent threat to patient welfare. This notice is to advise you that the summary suspension of your privileges has been extended an additional 30 calendar days due to the delay of the comprehensive review as a result of COVID 19. You will be kept informed of the status as the review continues.

2.   The comprehensive review of the reasons(s) for the summary suspension must be accomplished within 30 calendar days of the suspension, with recommendations to proceed with formal procedures for reduction or revocation of clinical privileges forwarded to me for consideration and action. Within 5 working days of receipt of the recommendations, I will make a decision either to restore your privileges to an active status or that the evidence warrants proceeding with a reduction or revocation process. Since you cannot perform clinical duties during the review, you are removed from patient care and placed in an administrative position.

3.   Should the comprehensive review result in a tentative decision by me to restrict or revoke your privileges, and if appropriate, to take an adverse personnel action, you will be notified at that time of your rights as per VHA Handbook 1100.19 and VA Directive and Handbook 5021. You have a right to be represented by an attorney or other representative of your choice throughout the proceedings.

4.   Summary suspension pending comprehensive review and due process is not reportable to the National Practitioner Data Bank (NPDB). However, if a final action against your clinical privileges is taken for professional incompetence or improper professional conduct, both the summary suspension and the final action, if greater than 30 days, will be reported to the NPDB, and a copy of the report must be sent to the State licensing boards in all states in which you hold a license and in Illinois, where the facility is located.

2. Summary Suspension – Peterson, John M.D. (112)

5.  If you surrender or voluntarily accept a restriction of your clinical privileges, including by resignation or retirement, while your professional competence or professional conduct is under investigation during these proceedings or to avoid investigation, VA is required to file a report to the NPDB, with a copy to the appropriate State licensing board(s), pursuant to VA regulations in title 38 Code of Federal Regulations (CFR) Part 46 and VHA Handbook 1100.17, National Practitioner Data Bank Reports.

6.  It is the policy of VA to report to State Licensing Boards those licensed health care professionals, whether currently employed or separated (voluntarily or otherwise), whose clinical practice during VA employment so significantly failed to meet generally accepted standards of clinical practice as to raise reasonable concern for the safety of patients (see 38 CFR Part 47). In the event you are found to not meet standards of care, consideration will be given whether, under these criteria, you should be reported to the appropriate State Licensing Board(s) pursuant to the provisions of VHA Handbook 1100.18, Reporting and Responding to State Licensing Boards.

7.  If you have any questions regarding this matter, please contact Brooke Heckerson, Health Systems Specialist to Chief of Staff, at (217) 554-5079.


Shawn M.
Medical Center Director

Enclosure

I HAVE RECEIVED THE ORIGINAL AND ONE (1) COPY OF THIS LETTER.

_____   6/16/20
Signature                          Date



DEPARTMENT OF VETERANS AFFAIRS
ILLIANA HEALTH CARE SYSTEM
Danville, IL 61832

July 15, 2020

In Reply Refer To: 550/11D

FOR OFFICIAL USE ONLY

John Peterson, M.D.
Surgical Service (112)
VA Illiana Health Care System
Danville, IL 61832

Subject: Summary Suspension

1. As you are aware, your privileges were summarily suspended on January 17, 2020. This action was taken upon the recommendation of the Chief of Staff since concerns have been raised to suggest that aspects of your clinical practice did not meet the accepted standards of practice and potentially constitute imminent threat to patient welfare. This notice is to advise you that the summary suspension of your privileges has been extended an additional 30 calendar days due to the delay of the comprehensive review as a result of COVID 19. You will be kept informed of the status as the review continues.

2. The comprehensive review of the reasons(s) for the summary suspension must be accomplished within 30 calendar days of the suspension, with recommendations to proceed with formal procedures for reduction or revocation of clinical privileges forwarded to me for consideration and action. Within 5 working days of receipt of the recommendations, I will make a decision either to restore your privileges to an active status or that the evidence warrants proceeding with a reduction or revocation process. Since you cannot perform clinical duties during the review, you are removed from patient care and placed in an administrative position.

3. Should the comprehensive review result in a tentative decision by me to restrict or revoke your privileges, and if appropriate, to take an adverse personnel action, you will be notified at that time of your rights as per VHA Handbook 1100.19 and VA Directive and Handbook 5021. You have a right to be represented by an attorney or other representative of your choice throughout the proceedings.

4. Summary suspension pending comprehensive review and due process is not reportable to the National Practitioner Data Bank (NPDB). However, if a final action against your clinical privileges is taken for professional incompetence or improper professional conduct, both the summary suspension and the final action, if greater than 30 days, will be reported to the NPDB, and a copy of the report must be sent to the State licensing boards in all states in which you hold a license and in Illinois, where the facility is located.

2. Summary Suspension – Peterson, John M.D. (112)

5. If you surrender or voluntarily accept a restriction of your clinical privileges, including by resignation or retirement, while your professional competence or professional conduct is under investigation during these proceedings or to avoid investigation, VA is required to file a report to the NPDB, with a copy to the appropriate State licensing board(s), pursuant to VA regulations in title 38 Code of Federal Regulations (CFR) Part 46 and VHA Handbook 1100.17, National Practitioner Data Bank Reports.

6. It is the policy of VA to report to State Licensing Boards those licensed health care professionals, whether currently employed or separated (voluntarily or otherwise), whose clinical practice during VA employment so significantly failed to meet generally accepted standards of clinical practice as to raise reasonable concern for the safety of patients (see 38 CFR Part 47). In the event you are found to not meet standards of care, consideration will be given whether, under these criteria, you should be reported to the appropriate State Licensing Board(s) pursuant to the provisions of VHA Handbook 1100.18, Reporting and Responding to State Licensing Boards.

7. If you have any questions regarding this matter, please contact Brooke Heckerson, Health Systems Specialist to Chief of Staff, at (217) 554-5079.

Shawn M. Bransky
Medical Center Director

Enclosure

I HAVE RECEIVED THE ORIGINAL AND ONE (1) COPY OF THIS LETTER.

_____    7/16/20
Signature                  Date

1815



**DEPARTMENT OF VETERANS AFFAIRS**
**ILLIANA HEALTH CARE SYSTEM**
Danville, IL 61832

August 14, 2020

In Reply Refer To: 550/11D

FOR OFFICIAL USE ONLY

John Peterson, M.D.
Surgical Service (112)
VA Illiana Health Care System
Danville, IL 61832

Subject: Summary Suspension

1. As you are aware, your privileges were summarily suspended on January 17, 2020. This action was taken upon the recommendation of the Chief of Staff since concerns have been raised to suggest that aspects of your clinical practice did not meet the accepted standards of practice and potentially constitute imminent threat to patient welfare. This notice is to advise you that the summary suspension of your privileges has been extended an additional 30 calendar days due to the delay of the comprehensive review as a result of COVID 19. You will be kept informed of the status as the review continues.

2. The comprehensive review of the reasons(s) for the summary suspension must be accomplished within 30 calendar days of the suspension, with recommendations to proceed with formal procedures for reduction or revocation of clinical privileges forwarded to me for consideration and action Within 5 working days of receipt of the recommendations, I will make a decision either to restore your privileges to an active status or that the evidence warrants proceeding with a reduction or revocation process. Since you cannot perform clinical duties during the review, you are removed from patient care and placed in an administrative position.

3. Should the comprehensive review result in a tentative decision by me to restrict or revoke your privileges, and if appropriate, to take an adverse personnel action, you will be notified at that time of your rights as per VHA Handbook 1100.19 and VA Directive and Handbook 5021. You have a right to be represented by an attorney or other representative of your choice throughout the proceedings.

4. Summary suspension pending comprehensive review and due process is not reportable to the National Practitioner Data Bank (NPDB). However, if a final action against your clinical privileges is taken for professional incompetence or improper professional conduct, both the summary suspension and the final action, if greater than 30 days, will be reported to the NPDB, and a copy of the report must be sent to the State licensing boards in all states in which you hold a license and in Illinois, where the facility is located.

2. Summary Suspension – Peterson, John M.D. (112)

5. If you surrender or voluntarily accept a restriction of your clinical privileges, including by resignation or retirement, while your professional competence or professional conduct is under investigation during these proceedings or to avoid investigation, VA is required to file a report to the NPDB, with a copy to the appropriate State licensing board(s), pursuant to VA regulations in title 38 Code of Federal Regulations (CFR) Part 46 and VHA Handbook 1100.17, National Practitioner Data Bank Reports.

6. It is the policy of VA to report to State Licensing Boards those licensed health care professionals, whether currently employed or separated (voluntarily or otherwise), whose clinical practice during VA employment so significantly failed to meet generally accepted standards of clinical practice as to raise reasonable concern for the safety of patients (see 38 CFR Part 47). In the event you are found to not meet standards of care, consideration will be given whether, under these criteria, you should be reported to the appropriate State Licensing Board(s) pursuant to the provisions of VHA Handbook 1100.18, Reporting and Responding to State Licensing Boards.

7. If you have any questions regarding this matter, please contact Brooke Heckerson, Health Systems Specialist to Chief of Staff, at (217) 554-5079.

Medical Center Director

Enclosure

I HAVE RECEIVED THE ORIGINAL AND ONE (1) COPY OF THIS LETTER.

_____    August 17, 2020
Signature                  Date



**DEPARTMENT OF VETERANS AFFAIRS**
**ILLIANA HEALTH CARE SYSTEM**
**Danville, IL 61832**

September 14, 2020

In Reply Refer To: 550/11D

FOR OFFICIAL USE ONLY

John Peterson, M.D.
Surgical Service (112)
VA Illiana Health Care System
Danville, IL 61832

Subject: Summary Suspension

1. As you are aware, your privileges were summarily suspended on January 17, 2020. This action was taken upon the recommendation of the Chief of Staff since concerns have been raised to suggest that aspects of your clinical practice did not meet the accepted standards of practice and potentially constitute imminent threat to patient welfare. The comprehensive review has been completed. This notice is to advise you that the summary suspension of your privileges has been extended an additional 30 calendar days to allow for the Medical Center Director and Chief of Staff to complete any necessary duties under the Bylaws and Rules of the Medical Staff of the VA Illiana Health Care System. You will be kept informed of the status as the review continues.

2. The comprehensive review of the reasons(s) for the summary suspension must be accomplished within 30 calendar days of the suspension, with recommendations to proceed with formal procedures for reduction or revocation of clinical privileges forwarded to me for consideration and action. Within 5 working days of receipt of the recommendations, I will make a decision either to restore your privileges to an active status or that the evidence warrants proceeding with a reduction or revocation process. Since you cannot perform clinical duties during the review, you are removed from patient care and placed in an administrative position.

3. Should the comprehensive review result in a tentative decision by me to restrict or revoke your privileges, and if appropriate, to take an adverse personnel action, you will be notified at that time of your rights as per VHA Handbook 1100.19 and VA Directive and Handbook 5021. You have a right to be represented by an attorney or other representative of your choice throughout the proceedings.

4. Summary suspension pending comprehensive review and due process is not reportable to the National Practitioner Data Bank (NPDB). However, if a final action against your clinical privileges is taken for professional incompetence or improper professional conduct, both the summary suspension and the final action, if greater than 30 days, will be reported to the NPDB, and a copy of the report must be sent to the State

2. Summary Suspension – Peterson, John M.D. (112)

licensing boards in all states in which you hold a license and in Illinois, where the facility is located.

5.  If you surrender or voluntarily accept a restriction of your clinical privileges, including by resignation or retirement, while your professional competence or professional conduct is under investigation during these proceedings or to avoid investigation, VA is required to file a report to the NPDB, with a copy to the appropriate State licensing board(s), pursuant to VA regulations in title 38 Code of Federal Regulations (CFR) Part 46 and VHA Handbook 1100.17, National Practitioner Data Bank Reports.

6.  It is the policy of VA to report to State Licensing Boards those licensed health care professionals, whether currently employed or separated (voluntarily or otherwise), whose clinical practice during VA employment so significantly failed to meet generally accepted standards of clinical practice as to raise reasonable concern for the safety of patients (see 38 CFR Part 47). In the event you are found to not meet standards of care, consideration will be given whether, under these criteria, you should be reported to the appropriate State Licensing Board(s) pursuant to the provisions of VHA Handbook 1100.18, Reporting and Responding to State Licensing Boards.

7.  If you have any questions regarding this matter, please contact Brooke Heckerson, Health Systems Specialist to Chief of Staff, at (217) 554-5079.

Shawn M. Bransky
Medical Center Director

Enclosure

I HAVE RECEIVED THE ORIGINAL AND ONE (1) COPY OF THIS LETTER.

_____     _9/14/2020_
Signature                           Date