E-FILED
Monday, 27 June, 2022  04:26:23 PM
Clerk, U.S. District Court, ILCD

21-CV-2293

# Peterson v. Denis McDonough,
## Secretary of Veterans Affairs,
## United States Department of Veterans Affairs

## Certified Administrative Record

## CERTIFICATION OF RECORD

I, Timothy B. Morgan, hereby certify that the United States Attorney's Office for the Central District of Illinois has been provided a complete copy of the Administrative Record in the Peterson DAB proceeding.


s/Timothy Morgan                               Date: _6/17/22_
_____
Timothy Morgan

Trial Attorney

U.S. Department of Veterans Affairs

## TABLE OF CONTENTS

| TAB | DATE | DOCUMENT DECRIPTION | PAGE |
|---|---|---|---|
| 1. | 11/6/20 | Notice of Personnel Action – SF 50 Removal | USA0004 |
| 2. | 11/4/20 | Removal Decision | USA0006 |
| 3. | 10/16/20 | Notice of Representation | USA0028 |
| 4. | 10/14/20 | Proposed Removal and Revocation of Privileges | USA0030 |
| 5. | 9/15/20 | Title 38 Aggravating & Mitigating Factors | USA0039 |
| 6. | 9/17/20 | Clinical Executive Board (CEB) Credentialing Committee | USA0044 |
| 7. | 8/25/20 | Email from Brooke Heckerson on behalf of Dean | USA0047 |
| 8. | 8/25/20 | Shoucair Email from Dorothy Holzum and Theodore | USA0049 |
| 9. | 8/25/20 | Commons Medical Record for Patient V | USA0053 |
| 10. | 1/10/20 | Autopsy Report for Patient U | USA0056 |
| 11. | 8/24/20 | Administrative Review Report for Patient U | USA0058 |
| 12. | 12/23/19-9/1/20 | Medical Record for Patient U | USA0063 |
| 13. | 8/24/20 | Administrative Review Report for Patient T | USA0161 |
| 14. | 11/21/19-9/1/20 | Medical Record for Patient T | USA0166 |
| 15. | 8/24/20 | Administrative Review Report for Patient S | USA0229 |
| 16. | 1/13/20-9/1/20 | Medical Record for Patient S | USA0233 |
| 17. | 8/24/20 | Administrative Review Report for Patient R | USA0341 |
| 18. | 10/9/19-9/1/20 | Medical Record for Patient R | USA0346 |
| 19. | 7/31/20 | Administrative Review Report for Patient Q | USA0455 |
| 20. | 1/8/20-9/1/20 | Medical Record for Patient Q | USA0460 |
| 21. | 7/31/20 | Administrative Review Report for Patient P | USA0546 |
| 22. | 12/28/19-9/1/20 | Medical Record for Patient P | USA0551 |

| | | | |
|---|---|---|---|
| 23. | 7/31/20 | Administrative Review Report for Patient O | USA0580 |
| 24. | 11/26/19-8/31/20 | Medical Record for Patient O | USA0585 |
| 25. | 7/31/20 | Administrative Review Report for Patient N | USA0655 |
| 26. | 11/27/19-8/31/20 | Medical Record for Patient N | USA0660 |
| 27. | 7/31/20 | Administrative Review Report for Patient M | USA0754 |
| 28. | 11/14/19-8/31/20 | Medical Record for Patient M | USA0759 |
| 29. | 7/30/20 | Administrative Review Report for Patient L | USA0830 |
| 30. | 11/18/19-8/31/20 | Medical Record for Patient L | USA0835 |
| 31. | 7/29/20 | Administrative Review Report for Patient K | USA0876 |
| 32. | 11/27/19-8/31/20 | Medical Record for Patient K | USA0881 |
| 33. | 7/29/20 | Administrative Review Report for Patient J | USA0946 |
| 34. | 8/26/19-8/31/20 | Medical Record for Patient J | USA0951 |
| 35. | 7/29/20 | Administrative Review Report for Patient I | USA1002 |
| 36. | 11/19/19-8/31/20 | Medical Record for Patient I | USA1007 |
| 37. | 7/29/20 | Administrative Review Report for Patient H | USA1119 |
| 38. | 12/6/20-8/31/20 | Medical Record for Patient H | USA1124 |
| 39. | 7/7/20 | Administrative Review Report for Patient G | USA1204 |
| 40. | 1/6/20-8/31/20 | Medical Record for Patient G | USA1209 |
| 41. | 6/23/20 | Administrative Review Report for Patient F | USA1298 |
| 42. | 11/4/19-8/31/20 | Medical Record for Patient F | USA1303 |
| 43. | 6/18/20 | Administrative Review Report for Patient E | USA1377 |
| 44. | 1/9/20-8/31/20 | Medical Record for Patient E | USA1381 |
| 45. | 7/31/20 | Administrative Review Report for Patient D | USA1443 |
| 46. | 12/16/19-5/28/20 | Medical Record for Patient D | USA1448 |
| 47. | 8/24/20 | Administrative Review Report for Patient C | USA1514= |

| | | | |
|---|---|---|---|
| 48. | 12/30/19-5/20/20 | Medical Record for Patient C | USA1519 |
| 49. | 6/17/20 | Administrative Review Report for Patient B | USA1549 |
| 50. | 1/14/20-8/31/20 | Medical Record for Patient B | USA1554 |
| 51. | 4/7/20 | Administrative Review for Patient A | USA1635 |
| 52. | 7/7/20 | Administrative Review Report for Patient A | USA1640 |
| 53. | 11/25/19-5/19/20 | Medical Record for Patient A | USA1645 |
| 54. | 1/17/20-7/16/20 | Change to Administrative Status & Summary Suspension | USA1813 |
| 55. | 10/10/16-5/13/20 | TMS Learning History | USA1829 |
| 56. | 6/28/20 | Letter of Expectation | USA1835 |
| 57. | 2/2017 | VA/DoD Clinical Practice Guideline for Opioid Therapy for Chronic Pain | USA1837 |
| 58. | 6/2017 | Managing Side Effects and Complications of Opioid Therapy for Chronic Pain | USA1868 |
| 59. | 6/2017 | CDC Guideline for Prescribing Opioids for Chronic Pain | USA1871 |
| 60. | 5/6/14 | VHA Directive 1005(1) Informed Consent for Long-Term Opioid Therapy for Pain | USA1875 |
| 61. | 3/7/12 | VHA Handbook 1160.04 VHA Programs for Veterans with Substance Use Disorders (SUD) | USA1884 |
| 62. | 10/21/19 | VHA Directive 1306 (1) Querying State Prescription Drug Monitoring Programs (PDMP) | USA1905 |
| 63. | 10/28/09 | VHA Directive 2009-53 Pain Management | USA1917 |
| 64. | 12/30/19 approved 1/17/20 | Chronic Pain Application for Clinical Privileges in Surgical Service | USA1930 |
| 65. | 8/29/18 | Bylaws and Rules of the Medical Staff of VAIHCS | USA1938 |
| 66. | 1/17/18 approved 1/18/18 | Delineation of Clinical Privileges | USA1995 |
| 67. | 2/21/16 | Notification of Personnel Action | USA2004 |
| | | DAB BOARD ACTION | USA2186 |

# TAB 1

# Notice of Personnel Action SF-50 Removal

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle)<br>**PETERSON, JOHN A** | 2. Social Security Number<br>██████ | 3. Date of Birth<br>██████ | 4. Effective Date<br>**11/09/2020** |
|---|---|---|---|

| FIRST ACTION | | SECOND ACTION | |
|---|---|---|---|
| 5–A. Code<br>**330** | 5–B. Nature of Action<br>**REMOVAL** | 6–A. Code | 6–B. Nature of Action |
| 5–C. Code<br>**V8V** | 5–D. Legal Authority<br>**38 U.S.C.  D/VA AUTHORITY. (VA USE ONLY)** | 6–C. Code | 6–D. Legal Authority |
| 5–E. Code | 5–F. Legal Authority | 6–E. Code | 6–F. Legal Authority |

| 7. FROM: Position Title and Number<br>**PHYSICIAN (REGULAR FT)**<br>**PD: 000000**<br>**POSITION: 91032811** | 15. TO: Position Title and Number |
|---|---|

| 8. Pay Plan<br>**VM** | 9. Occ. Code<br>**0602** | 10. Grade or Level<br>**PHYS** | 11. Step or Rate<br>**03** | 12. Total Salary<br>**$217,280.00** | 13. Pay Basis<br>**PA** | 16. Pay Plan | 17. Occ. Code | 18. Grade or Level | 19. Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12A. Basic Pay<br>**$114,741.00** | 12B. Locality Adj.<br>**$102,539.00** | 12C. Adj. Basic Pay<br>**$217,280.00** | 12D. Other Pay<br>**$0** | | | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay | | |

| 14. Name and Location of Position's Organization<br><br>**VETERANS HEALTH ADMINISTRATION**<br>**SURGICAL SERVICE**<br><br><br>**DANVILLE IL USA** | 22. Name and Location of Position's Organization |
|---|---|

## EMPLOYEE DATA

| 23. Veterans Preference<br>**1**<br>1 – None    3 – 10-Point/Disability    5 – 10-Point/Other<br>2 – 5-Point    4 – 10-Point/Compensable    6 – 10-Point/Compensable/30% | 24. Tenure<br>**1**<br>0 – None    2 – Conditional<br>1 – Permanent    3 – Indefinite | 25. Agency Use | 26. Veterans Preference for RIF<br>YES  **X**  NO |
|---|---|---|---|

| 27. FEGLI<br>**B0**    **WAIVED** | 28. Annuitant Indicator<br>**9**    **NOT APPLICABLE** | 29. Pay Rate Determinant<br>**0** |
|---|---|---|

| 30. Retirement Plan<br>**KF**    **FERS FRAE AND FICA (FULL)** | 31. Service Comp. Date (Leave)<br>**02/21/2016** | 32. Work Schedule<br>**F**    **FULL TIME** | 33. Part–Time Hours Per<br>Biweekly<br>Pay Period |
|---|---|---|---|

## POSITION DATA

| 34. Position Occupied<br>**2**<br>1 – Competitive Service    3 – SES General<br>2 – Excepted Service    4 – SES Career Reserved | 35. FLSA Category<br>**E**<br>E – Exempt<br>N – Nonexempt | 36. Appropriation Code<br>**8202-2280** | 37. Bargaining Unit Status<br>**1276** |
|---|---|---|---|
| 38. Duty Station Code<br>**17-2220-183** | 39. Duty Station (City – County – State or Overseas Location)<br>**DANVILLE    IL** | | |

| 40. Agency Data<br>**550** | 41. | 42. | 43. | 44. |
|---|---|---|---|---|

**45. Remarks**

TSP WITHDRAWAL PACKAGE TO BE PROVIDED LIFE INSURANCE PREVIOUSLY WAIVED
HEALTH BENEFITS COVERAGE IS EXTENDED FOR 31 DAYS DURING WHICH YOU ARE ELIGIBLE TO CONVERT TO AN
INDIVIDUAL POLICY (NONGROUP CONTRACT). YOU ARE ALSO ELIGIBLE FOR TEMPORARY CONTINUATION OF YOUR FEHB
COVERAGE FOR UP TO 18 MONTHS.
FORWARDING ADDRESS: ███████████ AVE, URBANA IL 61801
LUMP-SUM PAYMENT TO BE MADE FOR ANY UNUSED ANNUAL LEAVE.
REASON(S) FOR REMOVAL: CONDUCT

| 46. Employing Department or Agency<br>**VETERANS HEALTH ADMINISTRATION** | 50. Signature/Authentication and Title of Approving Official<br>**ELECTRONICALLY SIGNED BY:**<br><br>**IKE LUSK** |
|---|---|
| 47. Agency Code<br>**VATA** | 48. Personnel Office ID<br>**1224** | 49. Approval Date<br>**11/06/2020** | **HUMAN RESOURCES OFFICER** |

# TAB 2

# Removal Decision

# Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**

1ZA50E96A000122319

**Service**

UPS Next Day Air Early

**Additional Information**

Adult Signature Required

**Delivered On**

11/04/2020 7:37 A.M.

**Delivered To**

URBANA, IL, US

**Received By**

ID Verified

**Left At**

Residential

Thank you for giving us this opportunity to serve you. Details are only available for shipments delivered within the last 120 days. Please print for your records if you require this information after 120 days.

Sincerely,

UPS

Tracking results provided by UPS: 11/05/2020 9:31 A.M. EST

USA0007

## Watson, Latisha

| | |
|---|---|
| **From:** | Watson, Latisha |
| **Sent:** | Wednesday, November 4, 2020 8:25 AM |
| **To:** | peterson@shout.net |
| **Cc:** | gvargas@steigmannlaw.com; Clark, Jennifer L. (Jennifer.Clark8@va.gov); Heckerson, Brooke |
| **Subject:** | Department of Veterans Affairs (VHA)-Peterson Decision |
| **Attachments:** | Peterson-Decision.pdf; Human Resources Letter No 05-17-08.pdf; VA Directve 5021 Part V Chapter 1.pdf |

| **Tracking:** | **Recipient** | **Delivery** | **Read** |
|---|---|---|---|
| | ▮▮▮@shout.net | | |
| | ▮▮▮s@steigmannlaw.com | | |
| | Clark, Jennifer L. (Jennifer.Clark8@va.gov) | Delivered: 11/4/2020 8:26 AM | |
| | Heckerson, Brooke | Delivered: 11/4/2020 8:26 AM | |
| | Clark, Jennifer L. | | Read: 11/4/2020 8:30 AM |

Dr. Peterson,

This email serves as your official notification regarding the decision of the proposed removal signed October 14, 2020. Attached you will find the Decision Letter, Human Resources Letter 05-17-08, and VA Directive 5021, Part V Chapter 1. Should you have any questions regarding the decision, I have included Jennifer Clark, Employee/Labor Relations Specialist, as my last day will be November 6, 2020. She can be reached via email at Jennifer.Clark8@va.gov or 217-554-3202. I have copied her on this email for your convenience. Thank you.



Human Resources Specialist
VA Illiana Health Care System
Danville, IL 61832
(217) 554-3266

## Watson, Latisha

| | |
|---|---|
| **From:** | George Vargas ███████ @steigmannlaw.com> |
| **To:** | Watson, Latisha |
| **Sent:** | Wednesday, November 4, 2020 8:40 AM |
| **Subject:** | Read: Department of Veterans Affairs (VHA) Peterson Decision |

Your message

To:
Subject: Department of Veterans Affairs (VHA)-Peterson Decision
Sent: Wednesday, November 4, 2020 2:40:23 PM (UTC+00:00) Monrovia, Reykjavik

was read on Wednesday, November 4, 2020 2:39:32 PM (UTC+00:00) Monrovia, Reykjavik.

1



**DEPARTMENT OF VETERANS AFFAIRS**
**ILLIANA HEALTH CARE SYSTEM**
**Danville, IL 61832**

In Reply Refer To: 550/05

FOR OFFICIAL USE ONLY

November 4, 2020

John Peterson
Surgical Service (112)
VA Illiana Health Care System
Danville, IL 6l832

Subject: Removal and Revocation of Privileges

1.      In connection with the notice of proposed removal and revocation of privileges on October 14, 2020, a decision has been made to remove you from Federal employment effective November 9, 2020, and revoke your privileges based on the following reasons:

     a)     Failure to provide appropriate medical care;
     b)     Failure to follow instruction.

2.      In reaching this decision, your oral reply was carefully considered along with all the evidence developed and provided to you. You did not supply a written response.

3.      This decision also takes into consideration the aggravating factors cited in your notice of proposed removal: As a seasoned provider, you have hands on responsibility to ensure the highest quality of patient care is provided to our Veterans in a safe and efficient manner. You were clearly on notice regarding appropriate policies and procedures. We expect the highest level of professionalism from our medical providers that include managing to improve the safety and effectiveness of pain management treatment for our Veterans. The seriousness of this offense in relation to your prescribed duties brings question as to your potential for rehabilitation. These factors were considered in determining the appropriate level of discipline. I have also considered other factors including your years of service, your past work record, the seriousness of the offense(s) with which you have been charged, and whether there are any mitigating or extenuating circumstances which would justify mitigation of the proposed penalty. I have concluded that the sustained charge(s) against you are of such gravity that mitigation of the proposed penalty is not warranted, and that the penalty of discharge is appropriate and within the range of reasonableness.

4.      You will be retained in a pay and duty status until the effective date of your removal.

2. Removal – Peterson, John (112)

5.      Since the reason for the action as stated in the notice of proposed removal and revocation of clinical privileges involves a question of professional conduct or competence, you have the right to appeal both of these decisions to the Disciplinary Appeals Board (DAB) and to request a formal hearing before the Board.  Your request for a formal hearing must be submitted in writing in conjunction with your appeal.  In accordance with 38 U.S.C. § 7462, which was modified by Public Law 115-41, Section 208 on June 23, 2017, the appeal must be filed with the Under Secretary for Health so as to be received no later than 7 business days after your receipt of this decision.  Please fax your appeal to (202) 495-5200, or scan the appeal as a .pdf document and email it to vaco051cacgohrm@va.gov.

If you prefer to mail your appeal, it must be sent to the following address via trackable delivery, and with an annotation on the outside of the envelope that the material is time sensitive:

> Office of Human Resources Management, Employee Relations and Performance Management Service (051)
> 810 Vermont Ave., N.W.
> Washington, DC 20420

If you have any questions regarding how to submit your appeal, or if you would like to confirm that your appeal was received, you may contact the Office of Human Resources Management Employee Relations and Performance Management Service (051) via telephone at (202) 461-5983.

6.      **IMPACT OF DECISION REGARDING CLINICAL PRIVILEGES**:  In finding that the removal and revocation of clinical privileges are based on substandard care, professional misconduct or professional incompetence, the medical center is required to file a report with the National Practitioner Data Bank (NPDB) regarding the revocation of your clinical privileges (and the summary suspension of your privileges) with a copy to the State Licensing Board (SLB) and other SLBs in all states in which you are licensed, in accordance with VHA Handbook 1100.17.  However, please be advised that such reporting requirement is not effective until you have exhausted your entitlements pursuant to VA Handbook 5021, Part V, Chapter 1.

7.      **IMPACT OF VOLUNTARY SURRENDER OF PRIVILEGES**:  Should you surrender or voluntarily accept a restriction of your clinical privileges, or resign or retire from your position with the Department of Veterans Affairs prior to the effective date of your separation, your fair hearing and appeal rights regarding privileges will be limited to a hearing on whether you took such action while under investigation for professional incompetence, professional misconduct or substandard care.

8.      **REPORTING TO STATE LICENSING BOARDS**:  It is the policy of VA to report to State Licensing Boards those licensed health care professionals, whether currently employed or separated, voluntarily or otherwise, whose clinical practice during VA employment so significantly failed to meet generally accepted standards of clinical practice as to raise reasonable concern for the safety of patients.  In the event you are found to not meet standards of care, consideration will be given whether, under these

3. Removal    Peterson, John (112)

criteria, you should be reported to the appropriate State Licensing Board(s) in accordance with VHA Handbook 1100.18.

9.    **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION (EEOC):** If you believe that this action is based on discrimination because of your race, color, religion, sex, national origin, age, or disabling condition, you may file a complaint of discrimination with VA in accordance with Office of Resolution Management (ORM) discrimination complaint procedures. Should you elect to do so, you may appeal this action by contacting ORM at 1-888-737-3361 within 45 calendar days of the effective date of this action.

10.    **OFFICE OF SPECIAL COUNSEL (OSC):** If you elect to seek corrective action by the OSC Complaints Examining Unit (https://osc.gov/), your complaint will be limited to a determination as to whether the agency took one or more personnel actions against you in violation of 5 U.S.C. § 2302(b) (prohibited personnel practices). This can include, but is not limited to, claims of reprisal for whistleblowing and/or engaging in protected activity. If you are making a claim of retaliation for engaging in one or more protected activities and OSC dismisses your claim, you may have the right to file an individual right of action (IRA) appeal to the MSPB, but such an appeal will be limited to an adjudication of whether you proved that your protected activity was a contributing factor in the effected action.

11.    A copy of VA Directive 5021, Part V, Chapter 1 and Human Resources Management Letter No. 05-17-08 are enclosed to provide you with necessary information regarding an appeal to the Disciplinary Appeals Board. A further explanation of your appeal rights may be obtained by consulting Latisha Watson, Employee Relations Specialist, at (217) 554-3266.



Shawn M. Bransky
Medical Center Director

Enclosure

I HAVE RECEIVED THE ORIGINAL AND ONE (1) COPY OF THIS LETTER.

_____

Signature                                    Date

**PART V.  TITLE 38 APPEALS TO THE DISCIPLINARY APPEALS BOARD**

**CHAPTER 1.  GENERAL**

**1.  SCOPE, AUTHORITY AND DEFINITIONS.**  This chapter applies to Department of Veterans Affairs (VA) employees holding a full-time, permanent appointment under 38 U.S.C. 7401(l) who have satisfactorily completed the probationary period required by 38 U.S.C. 7403(b).  Included in this category are: physicians, dentists, podiatrists, chiropractors, optometrists, nurses, nurse anesthetists, physician assistants and expanded-function dental auxiliaries.  These categories of individuals are included in the term "employee(s)" as used in this chapter unless otherwise specified.  This chapter governs appeals of major adverse actions which arise out of, or which include, a question of professional conduct or competence in VA.  Major adverse actions are suspensions (including indefinite suspensions), transfers, reductions in grade, reductions in basic pay (including reductions in market pay for physicians and dentists resulting from involuntary reassignments or changes in assignments when taken for conduct and performance reasons) and discharges.  A question of professional conduct or competence involves direct patient care and/or clinical competence.  The term clinical competence includes issues of professional judgment.

**2.  REPRESENTATION.**  An employee of the Department may be designated by the decision official to represent management in any case before a Disciplinary Appeals Board.  The decision official should direct requests for legal representation to the General Counsel or Regional Counsel, as appropriate.

**3.  FILING AN APPEAL TO THE DISCIPLINARY APPEALS BOARD**

   a.  **Initiating an Appeal.**  An employee subjected to a major adverse action which is based in whole or in part on a question of professional conduct or competence, may file a written notice of appeal to the Disciplinary Appeals Board under the provisions of this part.  The employee may request a hearing before the Board.  Any such request must be submitted in writing and accompany the employee's notice of appeal.  The appeal must contain (1) the appellant's name, address, telephone number, designation of representative (if any), (2) a copy of the notice of action proposed and decision letter, (3) a statement as to whether the employee is requesting a hearing before the Board, (4) why the appellant believes the major adverse action taken was in error or should not have been taken, and (5) a statement describing the expected relief.  The original appeal and the request for hearing, if any, must be submitted to the Under Secretary for Health or designee, through the Office of Human Resources Management [ ] (051), so as to be received within 30 days after the date of service of the written decision on the employee.  Submission of the appeal must be by personal service, facsimile, [ ] certified mail[, or other confirmed delivery method.]  A copy of the appeal must be served on the decision official who took the action being appealed and any management representative of record at the time of filing.

   b.  **Establishing Timeliness of an Appeal.**  For purposes of computing the 30-day period for filing an appeal, the date of service of the written decision on the employee will be determined by the date of receipt by the employee of the personal delivery, [confirmed delivery of the notice], or presumed to be 5 days after depositing the decision in the U.S. mail if [confirmation of delivery is unavailable].  The Deputy Under Secretary for Health for Operations and Management will make a final decision regarding the determination that an appeal is filed untimely.  The employee will be notified in writing, by letter, of this final determination.  There are no further administrative appeal rights regarding the issue of timeliness.

V-1

c. **Representation.** The employee may be represented by an attorney or other person of the employee's choice.

## 4. APPOINTMENT OF DISCIPLINARY APPEALS BOARDS

a. **General.** The Under Secretary for Health or designee shall appoint Disciplinary Appeals Boards in accordance with this chapter to hear appeals of major adverse actions involving questions of professional conduct or competence as defined in part II of this handbook. Such Boards shall be referred to as Disciplinary Appeals Boards. Each Board will be comprised of three VA employees, each of whom shall be of the same grade as, or be senior in grade to, the employee who is appealing the action. For purposes of this chapter, the term grade is defined by the provisions of 38 U.S.C. 7404, and the qualification standards issued pursuant to 38 U.S.C. 7402. (See VA Directive and Handbook 5005, Staffing.) At least two of the members of the Board shall be employed in the same category of position as the employee who is appealing the action. For purposes of this chapter, a member employed in the same category of position is one who is employed in the same occupation e.g., physician, nurse, dentist as the appellant and has sufficient professional knowledge to evaluate the specific issues of clinical competence and/or direct patient care involved in the appeal.

(1) One of the members of the Board shall be designated to function as Chairperson and one as Secretary to the Board.

(2) A copy of the notice of appointment will be sent to each Board member and the head of the appellant's facility.

b. **Substitute Members.** To facilitate operations, substitute member(s) may be authorized by telephone and later confirmed in writing for inclusion in the record of the Board proceeding.

c. **Technical Advisors.** Technical advisors are not members of the Disciplinary Appeals Board but may be relied upon to assist in the development and review of the case.

d. **Panel Notice.** Notice of a name being on the list will be provided at least 30 days prior to the selection of the individual to serve on a Board.

## 5. JURISDICTION

a. The Disciplinary Appeals Boards appointed under this chapter shall have exclusive jurisdiction to review any case which arises out of, or which includes, a question of professional conduct or competence, and in which a major adverse action was taken under part II of this handbook.

b. While it may not be possible in all cases for the Board to determine whether an appeal is properly before it without gathering additional information in a hearing, every effort should be made to make this determination prior to convening a hearing.

## 6. POWERS OF THE CHAIRPERSON OF THE DISCIPLINARY APPEALS BOARD. The Chairperson's authority includes, but is not limited to:

**V-2**

a. Taking proper steps to expedite the hearing of evidence, and speaking and acting for the Board;

b. Ruling on all questions arising during the proceedings, such as admissibility of evidence offered during the hearing, calling of witnesses, order of introduction of witnesses, etc.;

c. Obtaining further evidence concerning any issue under consideration by the Board at any stage of the proceedings;

d. Acting as the presiding officer, directing the regular and proper conduct of the proceedings, and authenticating, by his or her signature, instructions and proceedings of the Board;

e. Ruling on questions of disqualification of any member of the Board. In cases where the Chairperson is the challenged member, the question shall be resolved in accordance with paragraph 7e of this chapter;

f. Scheduling the specific hour and dates of hearings;

g. Closing the record;

h. Administering oaths or affirmations made by individuals giving testimony;

i. Ruling on motions from the parties; and

j. Calling witnesses on behalf of the Board.

## 7. PROCEDURE

a. **Determining Jurisdiction.** When a Board is convened to consider an appeal, the Board shall first determine whether the case is properly before it prior to considering the merits of the appeal. The Board shall determine whether the matter appealed is a major adverse action as defined in part II of this handbook, and whether it arises out of or includes a question of professional conduct or competence [ ]. The determination of jurisdiction will be made as soon as practicable. The Board will make a record of its determination.

(1) The record of decision in any mixed case shall include a statement by the Board of its exclusive jurisdiction, citing 38 U.S.C. 7462(a) as the authority and the basis for such exclusive jurisdiction. A mixed case is one that includes both (a) a major adverse action arising out of, or including, a question of professional conduct or competence, and (b) a major adverse action which does not arise out of a question of professional conduct or competence or a disciplinary action.

(2) If necessary, the Board may develop the record to establish jurisdiction.

(3) If the Board determines that the appeal is not properly before it, e.g., that it lacks jurisdiction, the Board shall fully set forth its reasons, including a statement of the appropriate appeal procedure. The [Deputy] Under Secretary for Health will take appropriate action on the decision of the Board as described in paragraph 9e of this chapter.

V-3

b. **Type of Hearing.** The employee has the right to a hearing before the Board in connection with the appeal of a major adverse action. If the employee does not ask for a hearing before the Board, the Board may elect to conduct a hearing without the appellant or may consider the evidence of record, including any evidence developed by the Board. Formal hearings will be conducted in accordance with paragraph 8 of this chapter.

c. **Technical Advisors.** Employees may be designated to serve as technical advisors to the Board and assist in the development and review of the case.

d. **Presence of Board Members.** No Board hearing will proceed unless all members are present.

e. **Disqualification.** A Board member will be disqualified for service if the Chairperson rules that the Board member initiated or participated in the initiation of charges, had direct personal knowledge of the case or facts giving rise to the action, or if the Board member's relationship with the appellant or officials involved in recommending or deciding on the disputed action creates a question of bias. Any party to the case or member of the Board may make a motion to disqualify a Board member. The Chairperson will rule on the disqualification for service of any member of the Board. In cases where the Chairperson is the challenged member, or if a member of the Board questions the ruling of the Chairperson, the Board will make the ruling as to disqualification by majority vote in closed session.

f. **Mental/Physical Condition of Employee.** In the course of the hearing, if the appellant raises an issue of mental or physical condition in relation to the charges, the appellant will be given the opportunity to present evidence relating to the condition. If appropriate, the Board may refer the matter to a Physical Standards Board for review so that the Board may determine whether the matter was appropriately before the Board as an action under part II of this handbook, or whether it should have been processed under VA Directive and Handbook 5019, Occupational Health Services, for consideration of physical and/or mental incapacity. If, however, the appellant is alleging discrimination on the basis of a disabling condition, the employee should be referred to the EEO discrimination complaint process, which is the exclusive procedure for reviewing allegations of discrimination, and the hearing shall then proceed on the merits of the charges.

g. **Closing of Record.** At the conclusion of the hearing, the Chairperson will close the record unless he/she authorizes parties to submit written closing arguments, briefs, or documents identified for introduction into evidence. Should this be the case, the record will close on the date set by the Chairperson. If the appellant does not request an oral hearing, the record will close on the date the Board Chairperson sets as the final date for the receipt of submissions.

## 8. FORMAL HEARINGS

a. **Notifications**

(1) The Board Chairperson shall notify the appellant, the head of the facility, and any designated representatives when a hearing is scheduled. The initial notice from the Chairperson shall include the following:

(a) The names of the Board members and technical advisor(s) used;

V-4

(b)  The specific hour and dates of the scheduled hearing;

(c)  The date by which submissions must be made to the chairperson in connection with motions from the parties (e.g., to request rescheduling of hearing if good cause can be shown, as well as motions in other areas); and,

(d)  The date by which witness lists must be exchanged, which must include statements as to what testimony each witness is expected to provide as well as any objections either party may have to the other's witnesses.  Service will be by personal delivery or certified mail - return receipt requested.

(2)  In addition to the above, the initial notices from the Chairperson should also inform the facility head of:

(a)  The requirements to ensure that suitable hearing space is available and to arrange for a court reporter and any other administrative necessities;

(b)  The date by which the appellant's (if applicable) and facility's representatives must be designated; and

(c)  The requirement that within 15 days of receipt of the notice from the Chairperson, the facility must provide a complete tabbed and indexed evidence file to:

1.  The Chairperson;

2.  Each member of the Disciplinary Appeals Board;

3.  The technical advisor;

4.  The appellant; and

5.  The Human Resources Management [Employee Relations and Performance Management] Service (051).

b.  **Scheduling the Hearing.**  The hours and dates of the hearing are determined solely by the Chairperson.  The hearing will be conducted on official Government time, and normally, without charge to leave of the employee(s) concerned.

c.  **Location of Hearing.**  The hearing will usually be held at the facility of the appellant.

d.  **Public Hearing.**  Disciplinary Appeals Board hearings are public; however, the appellant may request that the hearing be closed to protect the right to privacy.  VA has the responsibility to protect the privacy of its beneficiaries and employees and confidential information concerning them.  In such cases, the Chairperson may close a portion of the hearing to the public in order to protect the best interests of the appellant, a witness, the public, or any other person affected by the hearing.  The Chairperson should obtain the advice of legal counsel on such issues.

V-5

February 19, 2016

e. **Exclusion of Individuals During Proceeding.** Prior to testifying, or if subject to recall, no witness will be permitted to hear the testimony being given by another witness unless the witness is the appellant, or is assisting in the representation of either party. In any event, the Chairperson of the Board will make the final determination on exclusion of individuals during any phase of the proceeding.

f. **Witnesses.** Both the appellant and management will have the right to call witnesses. The Chairperson will, on his/her own initiative, call such witnesses on behalf of the Board as the Chairperson deems necessary. The Chairperson has the final authority to determine the acceptability of any witness.

g. **Questioning of Witnesses.** The Chairperson will permit the parties to the case to ask questions of witnesses in order to ascertain all pertinent facts and is authorized to exclude irrelevant and/or unduly repetitious evidence. Both sides will have an opportunity to properly present and support their respective positions upon any question or matter presented to the Board for decision.

h. **Patients as Witnesses.** A patient, with the patient's consent, may be a witness provided there has been a medical determination that the patient has the capacity to testify and that the patient's appearance as a witness will not be detrimental to the patient's health and welfare.

i. **Oaths.** The Chairperson and Secretary of the Board shall have the authority to administer oaths or affirmations which will be made by all individuals giving testimony. (See [the Office of Human Resources Management, Employee Relations Web site for sample letters].)

j. **Record of Hearing**

(1) A verbatim record of the hearing proceedings will be prepared from written notes or mechanical recording and shall be maintained.

(a) Costs of transcription services will be borne by the facility where the appellant is or was employed. Contracts for transcription services will identify completion dates to ensure expeditious processing.

(b) The overnight receipt of transcripts is encouraged.

(c) If it would result in an undue burden or is otherwise impractical, the contract should provide for receipt within 2 weeks from the date on which the testimony occurred.

(2) The transcript will constitute part of the record.

(a) The record will be assembled by the Secretary of the Board, under the direction of the Chairperson, but the Board as a whole will be responsible for it.

(b) The record will be authenticated on VA Form 10-2543, Board Action, by the signature of all Board members and the technical advisor.

(3) The employee and/or his/her representative shall be provided a copy of the transcript of the formal hearing after authentication.

V-6

k. **Convening the Board.** The Chairperson will convene the Board, announce the name of the appellant (who will introduce his/her representative, if any), and announce the name of the Board members and technical advisor(s) present.

l. **Introduction of Evidence**

(1)  In the opening statement, the Chairperson will give a brief summary of the issues set forth in the notice of proposed adverse action.  The Chairperson will allow the introduction of evidence and call witnesses to testify in such order as the Chairperson sees fit.

(2)  Any evidence file need not be formally introduced because it is already part of the record.

m. **Executive Sessions.**  The Board will go into executive session for deliberation of questioned rulings of the Chairperson, Board findings, and Board recommendations.  The Chairperson will announce such sessions.  During executive sessions, only the Board members and such other individuals whose technical or professional advice or assistance is required by the Board, will be present.  Executive sessions will be conducted off the record; however, the Chairperson will make the results a part of the record.

## 9. DISCIPLINARY APPEALS BOARD DECISIONS

a. **General.**  After closing the record, but prior to returning to their duty facilities, the Board shall convene in closed session to attempt to reach a decision on the findings and penalty.  If the Board determines that, due to the complexity of the issues or other compelling reasons, it is not feasible to reach a decision before returning to their duty facilities, the Board Chairperson shall ensure the Board's decision is rendered without any undue delay in order to meet established time frames.

b. **Findings**

(1) **Basis of Findings.**  The findings of a Disciplinary Appeals Board will be based on the evidence presented, including evidence developed by the Board.  The Board shall, with respect to each charge appealed, sustain the charge, dismiss the charge, or sustain the charge in part and dismiss the charge in part.

(2) **Deliberation and Voting on Findings.**  Deliberation and voting on the findings will be held in closed sessions or through the use of teleconferences if face-to-face communication is not practical.

(a)  The order in which the charges and specifications are to be voted upon will be determined by the Chairperson.

(b)  Each member of the Board will indicate the member's individual finding on each charge.

(c)  The majority opinion will rule.

(d)  Minority opinions, if any, may be included on VA Form 10-2543.

V-7

(e)  Technical advisors are not members of the Board and, therefore, do not possess any voting power.

c.  **Decision.**  The Board has full authority to render a decision on an appeal.  The Board shall reach a decision within 45 calendar days of completion of the hearing, if a hearing is convened.  In any event, a decision will be made by the Board no later than 120 calendar days after the appeal is received by the Under Secretary for Health or designee.

(1)  If any charge is sustained in whole or in part, the Board shall approve the action as imposed; approve the action with modification, reduction, or exception; or reverse the action.

(2)  If none of the charges are sustained in whole or in part, the Board will reverse the action.

d.  **Preparation of VA Form 10-2543.**  Following deliberation and voting on the findings and any penalty, VA Form 10-2543 will be prepared by the Disciplinary Appeals Board considering the case. The Chairperson of the Board will forward the complete record, including its findings and decision, signed and dated by all members of the Board and the technical advisor, through the Office of Human Resources Management [and Labor Relations] (051) to the Deputy Under Secretary for Health for appropriate action.  VA Form 10-2543 will contain supporting rationale for each of the findings.

e.  **Action by the Under Secretary for Health.**  The Under Secretary for Health has delegated the authority to execute decisions made by Disciplinary Appeals Boards to the Deputy Under Secretary for Health.  The Deputy Under Secretary for Health shall execute the Board's decision in a timely manner, but in no case later than 90 calendar days after the Board's decision is received by the Deputy Under Secretary for Health.  Pursuant to the Board's decision, the Deputy Under Secretary for Health may order reinstatement, award back pay in accordance with the Back Pay Act, and provide such other remedies as the Board found appropriate relating directly to the proposed action, including expungement of records relating to the action.

(1)  However, if the Deputy Under Secretary for Health finds a decision of the Board to be clearly contrary to the evidence or unlawful, the Deputy Under Secretary for Health may:

(a)  reverse the decision of the Board; or

(b)  vacate the decision of the Board and remand the matter to the Board for further consideration.

(2)  If the decision, while not clearly contrary to the evidence or unlawful, is found to be not justified by the gravity of the charges, the Deputy Under Secretary for Health may mitigate the adverse action imposed.

(3)  The Deputy Under Secretary for Health's execution of a Board's decision, or the mitigated action, if appropriate, shall be the final administrative action in the case.

V-8

f. **Remands.** In circumstances where the Deputy Under Secretary for Health vacates the Board's decision and remands the matter for further consideration, the Board shall normally render its subsequent decision within 45 calendar days of the completion of the hearing, if a hearing was convened after the remand.

(1) In any event, the Board's decision will be made no later than 90 calendar days after the remand is received by the Board Chairperson.

(2) If the remand is related solely to jurisdictional issues, then the Deputy Under Secretary for Health may establish a shorter resolution period.

g. **Case Record**

(1) The case record will consist of the notice of proposed adverse action, appellant's reply, if any, all evidence (documents or testimony) relied upon by the Board in reaching its decision, notice of decision to appellant, appellant's request for a hearing, Deputy Under Secretary for Health's or designee's appointment of Board, Board communications and notices related to the hearing, any Board rulings or submissions of the parties, verbatim record of any formal hearing, Board Action (VA Form 10-2543), Deputy Under Secretary for Health's execution of the Board's recommendation, and any Notification of Personnel Action (SF-50B).

(2) Major adverse action files which have been involved with an appeal to the Disciplinary Appeals Board will be maintained by the Office of Human Resources Management [and Labor Relations] Human Resources Management [Employee Relations and Performance Management] Service (051). Records are maintained and disposed of in accordance with the records disposition authorities found in General Records Schedule 1 and VA Records Control Schedule 10-1, except where otherwise required to be retained for a longer period of time.

(3) One copy of notice of decision will be provided to the employee, the employee's representative, and the official who decided the adverse action. Any SF-50B, Notification of Personnel Action, will be filed in the employee's personnel folder.

## 10. REVIEW OF RECORDS

a. The Board Chairperson, upon request of an appellant (or the appellant's designated representative), may, in connection with the considerations of the Board, review confidential records or information covered by 38 U.S.C. 5701 and 7332 in accordance with 38 U.S.C. 7464(c)(1).

(1) The Board Chairperson may authorize the disclosure of such records or information to that employee (or representative) to the extent the Board considers appropriate for purposes of the proceedings of the Board.

(2) Decisions on requests to disclose records or information will be in writing.

b. In any such case, the Chairperson may direct that measures be taken to protect the personal privacy of individuals whose records are involved. Any person who uses or discloses a record or information under the provision of 38 U.S.C. 7464(c) for any purpose other than in connection with the proceedings of the Board is subject to a fine of not more than $5,000 in the case of a first offense and not more than $20,000 in the case of a subsequent offense.

## 11. TRAVEL

a. **Costs.** Funds to cover the travel and per diem costs of all Board members will be allotted from VA Central Office directly to the official facility of the individual Board member and VA employees who are required to assist the Board as directed by the Under Secretary for Health, or designee.

b. **Responsibilities for Expenses.** Travel expenses and subsistence expenses, or per diem allowance in lieu of subsistence expenses, for the purpose of attending the hearing will be borne by VA in accordance with Government Travel Regulations for the members of the Board and VA employees who are identified to assist the Board or to provide testimony. VA will not bear any expenses for the appellant or appellant's representative.



**DEPARTMENT OF VETERANS AFFAIRS**
ASSISTANT SECRETARY FOR HUMAN RESOURCES AND ADMINISTRATION
WASHINGTON DC 20420

June 27, 2017

## HUMAN RESOURCES MANAGEMENT LETTER NO. 05-17-08

### Disciplinary and Major Adverse Action Procedures
### (Title 38 Employees)

**1. Purpose.** To provide guidance regarding the implementation of the Department of Veterans Affairs Accountability and Whistleblower Protection Act of 2017 (Public Law 115-41), Title I, Section 101, "Establishment of Office of Accountability and Whistleblower Protection" and Title II, Section 208, of the "Time Periods for Review of Adverse Actions with Respect to Certain Employees."

**2. Background.** In accordance with the Act, the timeline and procedures for processing disciplinary and major adverse actions involving Covered Employees appointed under the provisions of 38 U.S.C. § 7401(1) are modified herein. All other provisions of VA Directive and Handbook 5021, Part II remain applicable. If adverse actions based on conduct are taken pursuant to the Act, those actions and procedures to take those actions replace any conflicting provisions provided for in any applicable collective bargaining agreement. Additionally, in accordance with the Act, the discipline process for Supervisory Employees who have been determined to have committed a Prohibited Personnel Action under 38 U.S.C. § 731 is described herein.

**3. Scope.** These procedures apply to all VA employees appointed under the provisions of 38 U.S.C. § 7401(1), which includes full-time, permanent physicians, dentists, podiatrists, chiropractors, optometrists, registered nurses, physician assistants, and expanded function dental auxiliaries. It does not include Senior Executives as defined under 38 U.S.C. § 713(d)(3), including those appointed under 38 U.S.C. § 7401(1) if they are serving in an administrative or executive position as described in 38 U.S.C. § 713(d)(3)(B); or those employees appointed under the authority of 38 U.S.C. § 7405, including but not limited to part-time and intermittent nurses. Canteen employees are also excluded.

**4. References.**

    **a.** Title I, Section 101 and Title II, Section 208, of the Department of Veterans Affairs Accountability and Whistleblower Protection Act of 2017 (Public Law 115-41)

    **b.** VA Directive 5021, Appendices A and C

    **c.** VA Handbook 5021, Part II and Part V

## 5. Definitions.

**a.** "Act" refers to the Department of Veterans Affairs Accountability and Whistleblower Protection Act of 2017, (Public Law 115-41).

**b.** "Bargaining unit employee" means an employee who is covered by a collective bargaining agreement.

**c.** "Business days" refers to weekdays, which are Monday through Friday in Washington, D.C., except when such a day is designated as a Federal holiday by OPM.

**d.** "Covered Employee" means for purposes of this process an individual occupying a position appointed under the provisions of 38 U.S.C. § 7401(1), which includes full-time, permanent physicians, dentists, podiatrists, chiropractors, optometrists, registered nurses, physician assistants, and expanded function dental auxiliaries. It does not include Senior Executives as defined under 38 U.S.C. § 713(d)(3), including those appointed under 38 U.S.C. § 7401(1) if they are serving in an administrative or executive position as described in 38 U.S.C. § 713(d)(3)(B); or those employees appointed under the authority of 38 U.S.C. § 7405, including but not limited to part-time and intermittent nurses.

**e.** "Deciding Official" means those individuals delegated authority to decide an action as described in the Act in accordance with the provisions of VA Handbook 5021, Part II, Chapter 2.

**f.** "Decision" refers to a written memorandum from the Deciding Official to the Covered Employee that notifies the Covered Employee of the decision in response to the proposed disciplinary or major adverse action.

**g.** "OAWP" refers to the VA Office of Accountability and Whistleblower Protection, as represented by the Assistant Secretary for Accountability and Whistleblower Protection, or his or her designee.

**h.** "OGC" refers to the VA Office of General Counsel, as represented by the General Counsel, or his or her designee.

**i.** "OSC" refers to the U.S. Office of Special Counsel.

**j.** "PPA" refers to Prohibited Personnel Action, as described in 38 U.S.C. § 733(c) (to be renumbered to 38 U.S.C. § 731(c)).

**k.** "Preponderance of Evidence" means the degree of relevant evidence that a reasonable person, considering the record as a whole, would accept as sufficient to find that a contested fact is more likely to be true than untrue.

2

**l.** "Proposal" refers to the memorandum from the Proposing Official to the Covered Employee that notifies the Covered Employee of the disciplinary or major adverse action being imposed.

**m.** "Proposing Official" means those individuals delegated authority to propose an action as described in the Act in accordance with the provisions of VA Handbook 5021, Part II, Chapter 2.

**n.** "Supervisory Employee" means a Covered Employee who is a supervisor as defined in 5 U.S.C. § 7103(a)(10).

**o.** "Whistleblower disclosure" means any disclosure of information by a VA employee, or individual applying to become a VA employee, which the employee or individual reasonably believes evidences:

(1) a violation of a law, rule, or regulation; or
(2) gross mismanagement, a gross waste of funds, an abuse of authority, or a substantial and specific danger to public health or safety.

## 6. Procedures.

**a.** Disciplinary and Major Adverse Actions:  In accordance with the Act, new timeframes and procedures have been established related to disciplinary and major adverse actions involving Covered Employees.

(1) The aggregate period for notice, reply, and decision on a proposed disciplinary or major adverse action, whether or not it involves a question of professional conduct or competence, may not exceed 15 Business days, even if an extension to the reply period is granted.

(2) The Proposing Official will provide the Covered Employee the Proposal, which includes the evidence file.

(3) The Covered Employee will have up to 7 Business days after receiving the Proposal to respond orally and in writing, including the submission of affidavits and other documentary evidence in support of the response, to the Deciding Official.

(4) Extensions to the 7 Business day reply period may be granted by the Deciding Official after consultation with OGC and, when applicable, OAWP.  Extensions will be granted only in the most exigent circumstances, recognizing that the statutory requirement to issue a Decision within 15 Business days after issuance of the Proposal is still required if an extension to the reply period is granted.

3

(5) Not later than 15 Business days after the issuance of the Proposal, the Deciding Official shall determine whether the charge(s) are supported by a Preponderance of Evidence.

(6) The Decision will be issued on or before the 15th Business day after issuance of the Proposal to the Covered Employee.

(7) If the major adverse action involves a question of professional conduct or competence, the employee will be notified of his or her right to appeal the action to the Disciplinary Appeals Board so that it shall be received within 7 Business days by the Under Secretary for Health, as currently prescribed in VA Handbook 5021, Part V, after the date of service of the written Decision on the employee.

(8) For Bargaining unit employees, only the provisions of the applicable collective bargaining agreement that are inconsistent with the Act (e.g., the time lines and certain procedures) are superseded. Any questions regarding whether a provision in the applicable collective bargaining agreement conflicts with the Act should be directed to OGC.

**b.** Whistleblower Disclosure Retaliation:  Upon conclusion of an investigation involving allegations of a Supervisory employee retaliating against another employee for making a Whistleblower disclosure, the OAWP will submit a recommendation to the Secretary for disciplinary action, if warranted, or "no action."

(1) Recommendation of Disciplinary Action.  If the Secretary concurs with a recommendation for disciplinary action from the OAWP, the Proposing Official will review the available evidence, including the findings of any investigation, to determine whether a suspension, demotion, or removal should be proposed.

_NOTE:_ 38 U.S.C. § 731 requires no less than a suspension of 12 calendar days and no more than a removal for the first offense as described in paragraph 6b(1) of this paragraph, and no less than removal for a second offense of same.

(2) Recommendation of No Action.  A recommendation for "no action" may be made if all of the allegations against the employee are not substantiated.

(3) Any recommendation resulting in proposing a disciplinary action must be initiated no later than 60 calendar days after the Secretary receives the recommendation from the OAWP.

**c.**  Inter-office Coordination:  In cases involving alleged retaliation for making a Whistleblower disclosure, as described in paragraph 6b, the Proposing Official will work with the servicing Human Resources Office to draft a Proposal.  The draft Proposal with

4

all the supporting evidence will be provided to OGC, the servicing Human Resources Office, and the OAWP for review and concurrence.

**7. Adverse Actions against Supervisory Employees who Commit PPAs under 38 U.S.C. § 731**

**a.** If a Supervisory Employee is determined by the Secretary, the Office of Inspector General , or unless the matter is still pending or under appeal, an administrative judge, the Merit Systems Protection Board, the OSC, an adjudicating body provided under a union contract, or a Federal judge, to have committed a PPA as described in 38 U.S.C. § 731 he or she will face the following proposed discipline:

(1) with respect to the first time such a determination has been made against the Supervisory Employee, a suspension of no less than 12 calendar days and not more than removal; and

(2) with respect to the second time such a determination has been made against the Supervisory Employee, removal.

**b.** A Proposal issued against a Supervisory Employee for a PPA, as determined in paragraph 7a of this letter, should state that the proposed discipline is taken under the authority in this policy, as amended by 38 U.S.C. § 731, and the 7 Business day timeframe for reply (as stated in paragraph 6a of this letter) for an action taken under this policy is amended to 10 calendar days.

**c.** For the purposes of paragraph 7:

(1) an "administrative judge" refers to an administrative judge of the Merit Systems Protection Board; and

(2) an "adjudicating body provided under a union contract" refers to an arbitrator who VA and a union have selected to adjudicate a matter described in 5 U.S.C. § 7121(f).

**8. Questions.** Questions concerning this HRML may be directed to the Director for Employee Relations and Performance Management Service (051), at VACO 051 ER&PMS OHRM (vaco051cacgohrm@mail.va.gov).

/s/ Peter J. Shelby

Peter J. Shelby

5

# TAB 3

# Notice Of Representation

Exhibit F

# STEIGMANN LAW PC

1807 Woodfield Drive    P 217.351.5818
Savoy, IL 61874    F 217.351.5819
WWW.STEIGMANNLAW.COM

David C. Steigmann, *Attorney*
Garrett von Schaumburg, *Attorney*
George Vargas, *Attorney*

October 16, 2020

Vasanthan Naidu
Chief, Specialty Service
VA Illiana Health Care System
Danville, IL 61832

> **Re:**   *Notice of Proposed Removal and Revocation of Clinical Privileges – Dr. John Peterson*

Dear Mr. Naidu:

On January 20, 2020, our law firm sent formal written notice to the VA that we had been retained by Dr. Peterson in this matter. On October 13, 2020, you served our client with a memo in which you level two separate charges that the VA claims warrant removal and removal of clinical privileges. In "Charge I" alone, you cite 21 separate specifications wherein you claim Dr. Peterson's treatment did not meet "the standard of care."

Due to the complexity of the charges, and in the interests of justice, I am respectfully requesting, on behalf of our client, that he be granted **ninety (90) calendar days** in order to review the specifications against him and prepare an adequate response. The additional time will be required in order to conduct an outside review of the specific charges against Dr. Peterson.

Based on your memo to Dr. Peterson, please be advised that additionally our law firm will follow up with the Medical Center Director's Secretary to advise the Director that we are seeking a ninety (90) calendar day extension in order to properly respond to the specifications.

As the VA has kept Dr. Peterson in limbo for over nine months, we feel that requesting this extension is warranted and completely appropriate.

Please do not hesitate to contact me should you have any questions or concerns.

Very respectfully,

George Vargas
Attorney at Law

Cc:
client

# TAB 4

# Proposed Removal and Revocation of Privileges



**DEPARTMENT OF VETERANS AFFAIRS**
**ILLIANA HEALTH CARE SYSTEM**
**Danville, IL 61832**

In Reply Refer To: **550/05**

FOR OFFICIAL USE ONLY

October 13, 2020

John Peterson
Surgical Service (112)
VA Illiana Health Care System
Danville, IL 61832

Subject:  Proposed Removal and Revocation of Clinical Privileges

1.      It is proposed to remove you from Federal Service and revoke your clinical privileges for the following reasons:

**CHARGE I.**          **Failure to Provide Appropriate Medical Care**

**Specification 1.**        Between January 25, 2019, and January 24, 2020, you prescribed fentanyl and hydrocodone to Patient A, who had a documented history of alcohol use, dependency, and recurrence. The opioid dosage was high, creating risk for adverse events. Your treatment did not meet the standard of care.

**Specification 2.**        Between January 25, 2019 and January 24, 2020, you failed to conduct urine drug testing for Patient B within the 90-day window or 30 days prior to dispensing. Your treatment did not meet the standard of care.

**Specification 3.**        Between January 25, 2019 and January 24, 2020, you increased the dose of methadone from 15 mg/d to 20 mg/d to fentanyl to Patient C. Your documentation and rationale were insufficient to justify the use of this medication in the treatment regimen of the patient. Your treatment did not meet the standard of care.

**Specification 4.**        Between January 25, 2019 and January 24, 2020, you increased the dose of clonazepam for Patient D. Your documentation and rationale were insufficient to justify the use of this medication in the treatment regiment of the patient. Your treatment did not meet the standard of care.

**Specification 5.**        Between January 25, 2019, and January 24, 2020, you failed to conduct urine drug testing for Patient E within the 90-day window or 30 days prior to dispensing, who had a prior

2. Proposed Removal – Peterson, John (112)

positive urine drug screen for cannabis. You failed to document methadone . Your treatment did not meet the standard of care. –

**Specification 6.** Between January 25, 2019 and January 24, 2020, you failed to conduct urine drug testing for Patient F within the 90-day window or 30 days prior to dispensing. You failed to document and update the written informed consent when opioid therapy was switched to sublingual buprenorphine. Your documentation was insufficient to justify the medications used in the treatment regimen of the patient. Your treatment did not meet the standard of care.

**Specification 7.** Between January 25, 2019, and January 24, 2020, you prescribed 60 mg/d of morphine to Patient G but failed to document the risks of adding ambien. Your documentation and rationale were insufficient to justify the use of this medication in the treatment regimen of the patient. Your treatment did not meet the standard of care.

**Specification 8.** Between January 25, 2019, and January 24, 2020, you failed to conduct urine drug testing for Patient H, who had a documented history of alcohol use, abuse, dependence, and reoccurrence, within the 90-day window or 30 days prior to dispensing. Your treatment did not meet the standard of care.

**Specification 9.** Between January 25, 2019, and January 24, 2020, you increased the usage of hydrocodone from 7.5mg 120/month to 7.5mg 180/ month for Patient I, who had a documented history of alcohol use, drug abuse, dependence, and recurrence. The opioid dosage was high, creating risk factors for adverse events. Your treatment did not meet the standard of care.

**Specification 10.** Between January 25, 2019, and January 24, 2020, you prescribed buprenorphine in combination with EtOH, benzodiazepines for Patient J, who had a documented history alcohol use, abuse, dependence and recurrence. The medication combination did not meet the standard of care.

**Specification 11.** Between January 25, 2019, and January 24, 2020, you failed to you failed to recognize the high risk category of aberrant substance use to due high SOAPR-R scores for Patient K, however you prescribed the patient hydrocodone. Your documentation was insufficient to justify the medications used in the treatment regimen of the patient. Your treatment did not meet the standard of care.

**Specification 12.** Between January 25, 2019, and January 24, 2020, you increased the prescribed dosage of hydrocodone to Patient L, who had a documented dependency of gabapentin. Your documentation was insufficient to justify the medications used in the treatment regiment of the patient. Your treatment did not meet the standard of care.

**Specification 13.** Between January 25, 2019, and January 24, 2020, you prescribed hydrocode to Patient M but failed to conduct urine drug testing within the 90-day window or 30 days prior to dispensing it. Your treatment plan did not meet the standard of care.

3. Proposed Removal – Peterson, John (112)

**Specification 14.**      Between January 25, 2019, and January 24, 2020, you prescribed 75mg of oxycodone to patient N, who had a documented history of alcohol use, abuse, dependence and recurrence. Your documentation was insufficient to justify the medications used in the treatment regimen of the patient. Your treatment did not meet the standard of care.

**Specification 15.**      Between January 25, 2019 and January 24, 2020, you continued to prescribe hydrocodone to Patient O. Your documentation and rationale were insufficient to justify the mediation used in the treatment regimen of the patient. Your treatment did not meet the standard of care.

**Specification 16.**      Between January 25, 2019, and January 24, 2020, you failed to document risk strategies, obtain consent, and document query PDMP for Patient P. You failed to meet the standard of care.

**Specification 17.**      Between January 25, 2019, and January 24, 2020, you prescribed oxycodone to Patient Q. Your documentation and rationale was insufficient to justify the use of this medication in the treatment regimen of the patient. Your treatment did not meet the standard of care.

**Specification 18.**      Between January 25, 2019, and January 24, 2020, you failed to obtain a urine drug screen during the one-year window for Patient R. You failed to discuss with Patient R and document risks associated with long term opioid therapy and tapering. Your treatment did not meet the standard of care.

**Specification 19.**      Between January 25, 2019, and January 24, 2020, you failed to discuss the risks of long-term opioid therapy with Patient S. Your treatment did not support the standard of care.

**Specification 20.**      Between January 25, 2019, and January 24, 2020, you failed to discuss the risks of long-term opioid therapy with Patient T. Your treatment did not support the standard of care.

**Specification 21.**      Between January 26, 2019, and January 24, 2020, you increased the dose of naloxone from 150 m/d to 165 mg/d in combination with morphine SR 30 TID, morphine IR 15 mg TID and hydrocodone 10 for Patient U. The opioid dosage was high, creating the risk for adverse events. This medication combination did not meet the standard of care.

4. Proposed Removal – Peterson, John (112)

**CHARGE II.**          **Failure to Follow Instruction**

**Specification 1.**          On August 24, 2020, while screening at the entrance of Building 98, you spoke with Patient V regarding his medication regimen that was advised by another provider. You proceeded to tell the patient that you did not agree and advised him to go to St. Louis to seek treatment. On January 17, 2020, you received a memorandum, Change to Administrative Status, in which you were instructed to not have any further contact with any VAIHCS patients during your administrative status.

2.          **RIGHT TO REPLY:**  In accordance with 38 U.S.C. § 7462, which was modified by Public Law 115-41, Section 208 on June 23, 2017, the period for you to respond to this notice of proposed removal and revocation of clinical privileges is seven (7) business days from receipt of this notice. Business days are defined as Monday through Friday, in Washington D.C., excluding Federal holidays.  If you chose to reply, you may do so orally, or in writing, or both orally and in writing, and you may submit affidavits and other documentary evidence in support of your reply, showing why the charges are unfounded and any other reasons the proposed action should not be effected. If you elect to submit a written reply, it must be submitted to the Medical Center Director, and received no later than 11:59 pm, 7 business days from receipt of this notice.  If you wish to present an oral reply to the Medical Center Director, it is your responsibility to contact the Medical Center Director's Secretary, Sherry Overcast at (217) 554-5073, as soon as possible (typically no later than the 3rd business day after receipt of the proposed action) to make an appointment with them in sufficient time to ensure the meeting is convened prior to the expiration of the statutory deadline of seven (7) business days in which to reply to a proposed action.

3.          **RIGHT TO REVIEW EVIDENCE:**  The evidence on which this notice of proposed action is based is enclosed.  You will be allowed up to eight (8) hours of official duty time for reviewing the evidence relied on to support the reason(s) in this notice, preparing a written reply, securing affidavits, and for making a personal reply.  Arrangements for the use of official time or requests for additional time should be made with me.

4.          **AGGRAVATING FACTORS:**  As a seasoned provider, you have hands on responsibility to ensure the highest quality of patient care is provided to our Veterans in a safe and efficient manner.  You were clearly on notice regarding appropriate policies and procedures. We expect the highest level of professionalism from our medical providers that include managing to improve the safety and effectiveness of pain management treatment for our Veterans.   The seriousness of this offense in relation to your prescribed duties brings question as to your potential for rehabilitation. These factors will be considered in determining the appropriate level of discipline, if one or more of the above reasons are sustained.  You may reply orally or in writing, or both orally and in writing, with respect to these factors, and you may submit supporting evidence, including affidavits.  In this regard, you may make a statement expressing your views as to the consideration to be given such factors in determining proper action.

5. Proposed Removal – Peterson, John (112)

5.      **RIGHT TO REPRESENTATION:**  You may be represented by an attorney or other representative of your choice at all stages of this matter, up to and including the issuance of the decision.  Any representative must be designated in writing.

6.      **DECISION:**  The final decision to affect the action proposed has not been made.   The Medical Center Director, who will make the final decision, will give full and impartial consideration to your reply(ies), if submitted.  You will be given a written decision within 15 business days of the date you receive the notice of proposed action.  If an action is effected, the applicable grievance or appeal rights will be included in the decision letter.

7.      **DUTY STATUS:**  You will be retained in a pay and duty status during the period of advance notice.

8.      **IMPACT OF DECISION REGARDING CLINICAL PRIVILEGES**:  If a decision is made to remove you from federal service and revoke your clinical privileges for reasons of professional incompetence or professional misconduct, the medical center will file a report with the National Practitioner Data Bank (NPDB) regarding the revocation of your clinical privileges (and the summary suspension of your privileges, if applicable) with a copy to the State Licensing Board (SLB) of Illinois and other SLBs in all states in which you are licensed.

9.      **IMPACT OF VOLUNTARY SURRENDERING REVOCATION OF PRIVILEGES**:  Should you surrender or voluntarily accept a restriction of your clinical privileges, or resign or retire from your medical staff position with the Department of Veterans Affairs while your professional competence or conduct is under investigation during these proceedings or to avoid investigation, your fair hearing and appeal rights regarding privileges will be limited to a hearing on whether you took such action while under investigation for professional incompetence, professional misconduct or substandard care.

10.     **REPORTING TO STATE LICENSING BOARD.**  It is the policy of VA to report to the State Licensing Boards those licensed health care professionals, whether currently employed or separated, voluntarily or otherwise, whose clinical practice during VA employment so significantly failed to meet generally accepted standards of clinical professional practice as to raise reasonable concerns for the safety of patients.  In the event you are found to not meet standards of care, consideration will be given whether, under these criteria, you should be reported to the State Licensing Board(s).

11.     If you have any questions or do not understand the above reasons why your removal is proposed, contact me, or Latisha Watson, Employee Relations Specialist, at (217) 554-3266.

6. Proposed Removal – Peterson, John (112)

████████████████████

Vasanthan Naidu
Chief, Specialty Service

Enclosure: Evidence File

I HAVE RECEIVED THE ORIGINAL AND ONE (1) COPY OF THIS LETTER.

████████████████████      10\14\ 20 20
Signature                      Date



**DEPARTMENT OF VETERANS AFFAIRS**
**ILLIANA HEALTH CARE SYSTEM**
**Danville, IL 61832**

October 13, 2020

In Reply Refer To: 550/11D

FOR OFFICIAL USE ONLY

John Peterson, M.D.
Surgical Service (112)
VA Illiana Health Care System
Danville, IL 61832

Dear Dr. Peterson:

This is a notice to advise you that we are making a review of the concerns raised regarding your behavior or clinical practice, specifically your deficient clinical documentation. These concerns suggest that you may have so significantly failed to meet generally-accepted standards of clinical practice as to raise reasonable concern for the safety of patients.

The Privacy Act requires that we attempt to collect information regarding these concerns to the greatest extent practicable directly from you. Our legal right to ask for information is Title 38 United States Code, Sections 501, 7401-7405 and their regulations. The information collected will be used to aid in making a determination whether to initiate a report to the appropriate State Licensing Boards (SLB), if there is substantial evidence that would support the above described concerns. Our review is intended to provide sufficient information to enable a full and fair decision in this matter. We will make the best decision possible on the basis of the information available to us, even if you decide not to provide any information. Any information you provide is voluntary and will be maintained in the Department of Veterans Affairs (VA) Privacy Act System of Records 77VA10Q, Health Care Provider Credentialing and Privileging Records – VA, which may be available to the SLB, similar licensing bodies, or to other types of law enforcement authorities under the Privacy Act routine use authority. Any information you desire to provide regarding the concerns should be addressed to Brooke Heckerson at VA Illiana Health Care System, 1900 East Main Street, Danville, Illinois 61832, within 14 calendar days from your receipt of this notice, who may be reached at (217) 554-5079.

Should the review result in a tentative determination to make a report to the appropriate SLB, you will be further advised and provided an opportunity to address what is proposed to be reported.

Sincerely yours,

Shawn M. Bransky
Director

I HAVE RECEIVED THE ORIGINAL AND ONE (1) COPY OF THIS LETTER.

_____  ___10 / 14 / 2020___
Signature                  Date

# WEINGARTEN RIGHTS

Weingarten Rights are mandated by law and materialized from an actual case (National Labor Relations Board vs. J. Weingarten, Inc.) decided by the U.S. Supreme Court in 1975. The rights announced by the Court are as follows:

**Employees have the right to request that a representative be present at an investigatory meeting when the employee reasonably believes that disciplinary action might result from the investigation.**

## PROCESS

1. The employee may request a representative prior to the meeting or at any time during the meeting,

2. If the meeting is delayed or interrupted at the employee's request for a representative, then the meeting and subsequent questions should end and one of the following decisions must be reached:

   - Re-schedule the meeting to allow a representative to attend. A reasonable period should be allowed.

   - Move forward with the investigation and take appropriate action without information from the employee.

   - Inform the employee that he/she has a choice to either voluntarily give up his/her rights to a representative and meet, or the meeting may or may not be re-scheduled and the employee's information not considered in the investigation.

## REPRESENTATIVE'S ROLE

1. A representative, if requested, must be given the opportunity to meet with the employee prior to the meeting.

2. During the meeting, a representative may ask for clarification of questions, but may not tell the employee what to say.

3. Employee/Representative may request to consult in private during this meeting.

## INVOKEMENT OF WEINGARTEN RIGHTS

____ I choose to invoke my Weingarten Rights and request that a representative be present at the investigatory meeting.

Signature of Representative: _____

____ I elected union representation during this formal/informal meeting, and the representative failed to appear.

__X__ I do not request to invoke my Weingarten Rights and decline representation at this meeting.

## ACKNOWLEDGEMENT OF RECEIPT OF YOUR WEINGARTEN RIGHTS

I, _____ have had full opportunity to read and consider the contents of this form, and I understand that, by signing this form, am confirming the receipt of my Weingarten Rights, as described in this form.

Signature: _____     Date: 10/14/2020

YOU ARE ENTITLED TO REQUEST A COPY OF THIS FORM AFTER YOU SIGN IT.

# TAB 5

# Title 38
# Aggravating &
# Mitigating Factors

## Department of
## Veterans Affairs

# Memorandum

**Date:**   September 15, 2020

**From:**   ACOS, Ambulatory Care

**Subj:**   Title 38 Aggravating & Mitigating Factors – John Peterson, M.D.

**To:**   For the Record

The following is an analysis of the Aggravating and Mitigating Factors, per VA Handbook 5021, *Employee/Management Relations*, Part II, Appendix A.

1.  The nature and seriousness of the offense, and its relation to the employee's duties, position, and responsibilities.  Facts to be considered may include:

    A.  Was the offense intentional or a result of negligence?
    RESPONSE:  Yes, partially intentional and partially negligent

    B.  Was the offense important, meaningful, or considerable?
    RESPONSE:  Important, as it involved patient care in relation to opioid and benzo prescribing practices and related risk assessment

    C.  Did the offense result in serious injury or death?
    RESPONSE:  No

    D.  Was the offense repeated?
    RESPONSE:  Yes

2.  The employee's job level and type of employment.   Facts to be considered may include:

    A.  Does the employee have frequent contact with patients or the public?
    RESPONSE: The employee is a physician, having daily interaction with patients

    B.  Is the employee a supervisor or manager?
    RESPONSE: No

    C.  How prominent is the employee's position? What makes it a prominent position?
    RESPONSE: Employee is a physician working as a frontline clinical staff member with daily/frequent contact with the public

3.  The employee's past disciplinary record.
    RESPONSE: None

4.  The employee's work record.  Facts to be considered may include:

    A.  What is the employee's length of VA service, length of overall total federal service (including military), and length of service in the position/role currently occupied?

2. Title 38 Aggravating & Mitigating Factors – Peterson, John M.D.

| | | |
|---|---|---|
| RESPONSE: | Enter on duty date: | February 21, 2016 |
| | Service comp date: | February 21, 2016 |
| | Service in position since: | February 21, 2016 |

B.  What was the employee's performance on the job before the offense?
RESPONSE:

| RATING PERIOD | RATING |
|---|---|
| 10/1/18-9/30/19 | Satisfactory |
| 10/1/17-9/30/18 | Satisfactory |

C.  What is the employee's performance on the job since the offense?
RESPONSE:  Placed on administrative status, removed from patient care

D.  Is the employee dependable?
RESPONSE:  Yes

5.  Management's confidence in the employee's ability to successfully perform and behave in the future.  Facts to be considered may include:

A.  Did the offense involve a breach of integrity or character flaw that significantly impacts management's confidence?
RESPONSE:  Yes, failure to manage opioid and benzo prescribing can directly impact patient care as those patients are at a higher risk for overdosing and other negative patient outcomes

B.  Can the employee's supervisor rely on the employee to successfully perform in the future?
RESPONSE:  No, as there are numerous failures regarding his appropriately assessing patient's risk while on or prior to taking opioids or benzos

C.  Can the employee's supervisor rely on the employee to refrain from misconduct in the future?
RESPONSE:  No, as there are numerous deficiencies

6.  Consistency of the penalty.  Facts to be considered may include:

A.  Using the Table of Penalties as a guideline only, is the penalty within the range for similar offenses as outlined in the Table?
RESPONSE:  Yes, given the nature of the current issues and the multitude of concerns, the penalty being considered is within the appropriate range

B.  What penalty was imposed on other employee(s), for the same or similar offenses, in the same organizational work unit doing similar work?
RESPONSE:  The penalty is consistent with other employees that have received action through the credentialing committee

7.  The impact of the offense upon the reputation of the agency.   Facts to be considered may include:
A.  What is the notoriety or the potential notoriety of the offense outside the VA, e.g., media, Congress?

VA FORM
MAR 1989     **2105**

3. Title 38 Aggravating & Mitigating Factors – Peterson, John M.D.

RESPONSE:  The patient care issues pertained to this incident could produce negative publicity and possible outside investigations into our patient care practices.

B.  How and to what extent does the offense violate the agency's core values?
RESPONSE:
Integrity – Continued failure to assess patient risk factors
Commitment – Multitude of deficiencies
Advocacy – Failure to decrease dependency
Respect – Failure to recognize established policies
Excellence – Failure to meet the standard of care

C.  Has the offense impacted the veterans' or public's trust in the agency?
RESPONSE:  No

8.  The degree to which the employee either knew or should have known that the conduct in question was improper or that the standard of care was not met.   Facts to be considered may include:
A.  Are there any laws, regulations, directives or agency policies addressing the offense?
RESPONSE:  Yes, applicable policies are contained in the evidence file

B.  Was the employee trained or informed about the laws, regulations, directives or agency policies addressing the offense?
RESPONSE:   Yes, applicable related training information is contained in the evidence file

C.  Would a reasonable person know that the offense was wrong without any special training?
RESPONSE:  Yes, a clinician would understand the importance in accurately managing opioid a benzo medication

D.  Is it contrary to commonly accepted clinical practices?
RESPONSE:  Yes, according to the addiction pain management review

9.  The potential for the employee's rehabilitation.   Facts to be considered may include:

A.  Has the employee accepted responsibility for the offense?
RESPONSE: No

B.  Has the employee shown remorse for the offense?
RESPONSE: No

C.  Has the employee taken any action to give the agency a reasonable belief that the offense will not recur?
RESPONSE: No, as he did not provide any information to contradict the concerns

D.  Is there training or assistance available to prevent recurrence?
RESPONSE: No, as the clinical practice is covered under his board certification

10. Any mitigating circumstances surrounding the offense.  Facts to be considered may include:
A.  Were there any unusual job tensions, personality problems, harassment, or other workplace stressors in the employee's work unit?

4. Title 38 Aggravating & Mitigating Factors – Peterson, John M.D.

RESPONSE: No

B.   Was the employee provoked by others?
RESPONSE: No

C.   Was management made aware of any workplace stressors or provocations? If yes, what was management's response?
RESPONSE: Yes, he was frequently experiencing low productivity concerns

11. The adequacy and effectiveness of alternative sanctions to deter such conduct in the future.  Facts to be considered may include: Whether other sanctions were considered before determining that this penalty was appropriate?

RESPONSE: The potential harm to patients outweighs other options.


I have considered the above Mitigating and Aggravating factors in making my decision to propose this Title 38 adverse action, removal from duty.

Gerson A
Teran 493477

Digitally signed by Gerson
A Teran 493477
Date: 2020.09.15
15:14:11 -05'00'

Gerson A. Teran, M.D.
Detailed COS VA Illiana Health Care System

# TAB 6

# Clinical Executive Board (CEB) Credentialing Committee

**DATE: September 17, 2020 @ 1:00pm**

**ATTENDEES**    P=Present, A=Absent, R=Representative, E=Excused, X=Attendance not required/No meeting held

| Members | Title | Attendance | Members (Non-Voting) | Title | Attendance |
|---|---|---|---|---|---|
| Gerson Teran, MD | Acting Chief of Staff | P | Brooke Heckerson | HSS, Chief of Staff | P |
| Agustin Bello, MD | Chief, G&EC and PMRS | P | Brittany Auter | Credentialing Coordinator | |
| Marie DeWitt, MD | Chief, Mental Health Service | P | Jonathan Gibson | Credentialing Coordinator | |
| Jacob Froerer, DDS | Chief, Dental Service | P | Doug Verplank | HR Recruiter | P |
| Dorothy Kurylo, MD | Representative, Pathology & Lab | E | | | |
| Vasanthan Naidu, MD | Chief, Specialty Care | P | | | |
| Tarunkumar Patel, MD | ACOS/Chief, Ambulatory Care | P | | | |
| Robert Pretto, MD | Chief, Imaging Service | P | | | |

| Ex-Officio Members | Title | Attendance | Representative | Title | Attendance |
|---|---|---|---|---|---|
| Kelly Sermak, MSHSA, BSN, RN, CENP | Assoc. Director Patient Care / Nurse Executive | X | Lisa Cress | GPM / Acting HSS | X |
| Michael Ignatovich, PharmD | Assoc. Chief of Clinical Pharmacy | X | | | |
| Hilary Edgerly, LCSW | Acting Chief, Social Work | X | | | |

**CHAIRPERSON**

September 3, 2020 minutes are pending.

**CHAIRPERSON/MEMBER**

**CHAIRPERSON**

The CEB Credentialing Committee convened to review the following credentials and privileges:

**CHAIRPERSON**

The CEB Credentialing Committee electronically review the following credentials and privileges on :

**CHAIRPERSON**

The CEB Credentialing Committee convened to review the following credentials and privileges:

**Summary Suspensions:**

**John Peterson, MD** is a Staff Pain Management Physician for Surgery Service at VA Illiana Health Care System. Dr. Peterson's privileges were summarily suspended effective January 17, 2020.  Concerns were raised suggesting that aspects of Dr. Peterson's practice did not meet the accepted standards of practice and potentially constitute an imminent threat to patient welfare.  Dr. Peterson completed 261 unique Veteran encounters during the timeframe of January 25, 2019 through January 24, 2020.  There were 54 Veterans on the OEND Dashboard that were managed by Dr. Peterson.  There were 27 charts sent for non-protected peer review.  The findings of the review indicate 21 out of the 27 do not meet the standard of care which is a 78% error rate.  The reviewer indicated no mitigation strategies were documented and lack of appropriate follow up on Veterans with high dose opioids or based on multiple risk factors.  Based on the findings G. Teran, MD, Acting Chief of Staff is bringing the results to the Special CEB Credentials Committee & CEB to recommend whether Dr. Peterson's privileges should be continued, put on a FPPE, restricted/reduced or revoked to be presented to the Director for approval.

Recommendation:
☐ Continued
☐ FPPE for Cause for _____
☐ Restricted/Reduced _____

Clinical Executive Board (CEB) Credentials Committee
Page 1 of 2

☒ Revoked

** *Notes: Board had access to the evidence file for review and reference for the meeting.*
** *Board Discussion: Dr. DeWitt in reviewing the index of charges and the file that there are a lot of concerning findings that risky prescribing practices occurred, there weren't thorough reviews of behaviors that might indicate diversion or substance use issues, and those were not dealt with by referring to the appropriate discipline. It was not one or two it was pretty consistent. Dr. Bellow interjects that it was a pretty consistent pattern and volume. Dr. DeWitt continues with there are some patients that are on pretty high does of medications including Suboxone at what most people would consider not to be appropriate doses and sometimes mixed with benzos which is a pretty risky combination. Dr. Teran explained he has been reviewing the documents from the expert and it was consistent with patient after patient after patient, it is recurrent. Dr. Teran continued stating in many cases he failed to discuss tapering of medications despite high doses. Dr. Teran touched on the mixed medication issue as well. Dr. Uppal, VISN pain point of contact, also reviewed the cases as well stated the evidence is clear and if the board wants to consult with him, they can but he did not feel that he needed to provide any further information. Dr. Teran asked if the provider was seeing any patients right now. Brooke answered no, not since January. Dr. Teran asked the board if there were any more comments or questions. The board voted.*
** *Board Recommendation: The board recommends to revoke privileges by a vote of 8/8.*

**DATE:** September 24, 2020     **TIME:** 1:00pm     **LOCATION:** Bldg. 102 Rm. 101B (Director's Conference Room)

| APPROVED ~~DISAPPROVED~~ | APPROVED ~~DISAPPROVED~~ |
|---|---|
| Gerson A Teran 493477   Digitally signed by Gerson A Teran 493477 Date: 2020.09.23 09:39:24 -05'00' | Shawn M. Bransky 920189   Digitally signed by Shawn M. Bransky 920189 Date: 2020.09.23 11:40:23 -05'00' |
| G. Teran, MD     Date | Shawn M. Bransky     Date |
| Acting Chief of Staff/CEB Credentials Committee Chairperson | Director |
| | RECORDER: Brittany Auter, HSS, Credentialing & Privileging |
| | DATE TYPED: September 22, 2020 |

Clinical Executive Board (CEB) Credentials Committee
Page 2 of 2

# TAB 7

# Email from Brooke Heckerson on behalf of Dean Shoucair

## Heckerson, Brooke

**To:** Brooke Heckerson; DEAN SHOUCAIR
**Subject:** ROC Pain Management

On August 25, 2020, at 2:00 p.m. Dr. Shoucair contacted ▮▮▮▮▮▮▮▮▮ regarding his visit at the Danville facility on Monday, August 24, 2020. ▮▮▮▮ came to the facility to pick up a prescription and when he came into the facility he ran into Dr. Peterson at the front door. He spoke to Dr. Peterson regarding his situation that his provider is trying to stop the methadone and switch him to suboxone. ▮▮▮▮ indicated that Dr. Peterson communicated to him that he didn't agree with changing his medication (methadone to suboxone) and advised him to go to St. Louis. Dr. Shoucair asked ▮▮▮▮ if Dr. Peterson informed him that he would not be able to assist him and he said, "he didn't tell me he couldn't, but I know that he no longer is in the pain clinic and they have assigned him elsewhere".

Dr. Shoucair advised ▮▮▮▮ to contact the Mattoon Primary Care team and request a referral be made to the St. Louis VA Pain Clinic. The conversation ended at 2:10 p.m.

Dean Shoucair, DO, MPH, FAOCOPM
Chief of Staff

**Brooke Heckerson**
Health Systems Specialist COS
VA Illiana Health Care System
1900 E. Main St.
Danville, IL 61832
217-554-5079

*To improve is to change;*
*to be perfect is to change often*

48

# TAB 8

# Email from Dorothy Holzum and Theodore Commons

## Heckerson, Brooke

| | |
|---|---|
| **From:** | Commons, Theodore J. |
| **Sent:** | Tuesday, August 25, 2020 11:45 AM |
| **To:** | Heckerson, Brooke |
| **Cc:** | Shoucair, Dean A |
| **Subject:** | FW: Methadone to Suboxone Patient |
| **Signed By:** | theodore.commons@va.gov |

Please see below.   I find this very inappropriate that a provider who is under review would agree to talk with a patient.   In this particular case the patient was been seen in an opioid treatment program and receiving methadone.   Dr. Peterson then was seeing him which puts us in clear violation of DEA regulations.

While methadone can be used for pain it is a very difficult drug in terms of its various properties to manage.  We have had patients who have been referred to Carle for pain issues also on methadone and Carle providers have indicated they will not manage.

However, for a provider under review to accept a call from a patient is out of line.

Ted

**From:** Holzum, Dorothy <Dorothy.Holzum@va.gov>
**Sent:** Tuesday, August 25, 2020 11:32 AM
**To:** Commons, Theodore J. <Theodore.Commons@va.gov>
**Subject:** RE: Methadone to Suboxone Patient

Yes, the patient told me he talked to Dr. Peterson yesterday and that Dr. Peterson was shocked that the VA feels the need to taper the methadone.

Thank you for help in navigating the situation!
Darcy


*Dorothy (Darcy) Holzum, PharmD*
Clinical Pharmacy Specialist
Pain Management/Post-Traumatic Stress Disorder Residential Rehabilitation Treatment Program
VA Illiana Health Care System



**From:** Commons, Theodore J. <Theodore.Commons@va.gov>
**Sent:** Tuesday, August 25, 2020 11:28 AM
**To:** Holzum, Dorothy <Dorothy.Holzum@va.gov>; Ignatovich, Michael <Michael.Ignatovich@va.gov>
**Subject:** RE: Methadone to Suboxone Patient

Tracy

He said he talked with Dr. Petersen?

Ted

**From:** Holzum, Dorothy <Dorothy.Holzum@va.gov>
**Sent:** Tuesday, August 25, 2020 10:48 AM
**To:** Ignatovich, Michael <Michael.Ignatovich@va.gov>; Commons, Theodore J. <Theodore.Commons@va.gov>
**Subject:** Methadone to Suboxone Patient

Hi Mike and Ted,

I have been working with Beth on making recommendations for ▮▮▮▮▮▮▮ He was originally getting oxycodone from the VA, but the PCP wanted to taper due to missed appointments with PMR and added opioid dependence to his problem list. He then received methadone at a non-VA clinic that appears to be an OATP clinic. He then wanted to come back to the VA and Dr. Peterson continued the methadone and would document both OUD and pain in his notes. When Dr. Peterson went on extended leave the patient was transferred to a PCP. The PCP is uncomfortable with continuing methadone with both diagnosis.

I completed a consult outlining original recommendations. I offered that he could go to Chicago VA for methadone clinic (but would require daily appointments), switching to suboxone, or being enrolled in my clinic for non-opioid medication management. I then called the patient yesterday to provide more information on suboxone, as a psychologist has reached out to him before and the patient refused.

The patient returned my phone call this morning and was extremely angry at the VA. He continues to state that he does not have any type of OUD and that he needs methadone for pain. He was not interested in me providing more information on suboxone. He also denied any non-opioid medication options as well as any non-pharmacological methods the VA offers. He has also been angry with several other providers reaching out to him. He reported to me that he wanted to go to Congress to explain to them what the VA was doing. He also told me he talked to Dr. Peterson yesterday and thinks what the VA is doing to him is unacceptable. The patient stated that Dr. Peterson is the only intelligent provider at the VA and he has written several books on how to treat pain and that we

need to be listening to him. He plans on putting in a good word for Dr. Peterson to Congress. The patient's wife then called me about 10 minutes later re-iterating similar frustrations.

I wanted to keep both of you in the loop and to know where we are at in managing the patient. I have sent an email to "ask the expert" list serve and am hoping to hear back from them. I have also work with Jacque Clayton, the patient's current PCP in Mattoon. The patient has an appointment with her this Thursday. The current plan is to fill a 2 week supply until we get an answer from the "ask the expert" panel and if they agree with us, we will do a taper on the methadone if he does not want suboxone.

*Dorothy (Darcy) Holzum, PharmD*
Clinical Pharmacy Specialist
Pain Management/Post-Traumatic Stress Disorder Residential Rehabilitation Treatment Program
VA Illiana Health Care System

 

# TAB 9

# Medical Record for Patient V

```
---------------------------------------------------------------------
MEDICAL RECORD                                      Progress Notes
---------------------------------------------------------------------
NOTE DATED: 08/25/2020 09:56
LOCAL TITLE: NUR/TELEPHONE TRIAGE
STANDARD TITLE: NURSING TELEPHONE ENCOUNTER NOTE
VISIT: 08/25/2020 09:56 MAT NURSE TELEPHONE
Type of call: CALLING FOR CLINIC.

PCMM Provider Info:
LOCAL - MATTOON VA CLINIC (550GF)
  PACT: MAT PACT BRAVO *WH* (Focus: Womens Health)
  Designated Wh Pcp:        Clayton,Jacqueline R
  Care Manager:             Wolf,E Lynne
  Clinical Associate:       Beam,Jessica R
  Administrative Associate: Hughes,Sarah L | PHONE:45153
  PACT Clinical Pharmacist: Birdsall,Elisabeth | PHONE:708-658-8533
  Clinical POC:             Care Manager | Wolf,E Lynne
  Administrative POC:       Administrative Associate | Hughes,Sarah L |
PHONE:45153

  MH: MH MATTOON
    (mhtc) Psychologist | Levine,Howard D

Caller Area: MATTOON

OTHER called in for ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇) Phone: 217-▇▇▇▇▇

Contact Phone Number:

The following identifiers were used to verify this patient:  DOB. SSN. Other:
Full Name.

Chief Complaint: Not applicable to call.

Comments:
Called veteran per provider request to relay VA Danville Psychiatry note/
recommendations and VA PACT Provider note.  See notes dated Aug 13-Aug 24 2020
in chart.  Offered the Hines VA Methadone clinic which require daily
appointments at Hines for several months, Psychiatrist offered Suboxone in
place of methadone.  Provider will give 2 weeks renewal of the Methadone.
Veteran started yelling at this writer.  Veteran refused all options, told this
writer that he spoke with Dr. Petersen who had placed him on this methadone in
the first place and left the VA.  States he saw him at the Danville Urgent Care
and told him that he should be on it.  there is no note in chart on this
"visit".  Informed veteran that a pain management consult ws placed and the
facility did not use methadone.  Let veteran know that if he wanted to search
for a pain clinic that did use methadone as a medication and accepted CITI
(community Care OPTUM) billing we would be happy to place that consult.
Veteran started screaming at this writer of his service to this country and his
care should not rely on the "comfort of a provider".  Asked the veteran to not
yell at this writer.  Phone was disconnected.

              ** THIS NOTE CONTINUED ON NEXT PAGE **
---------------------------------------------------------------------
▇▇▇▇▇▇▇▇▇▇▇▇▇▇        ILLIANA HCS         Printed:08/28/2020 12:33
▇▇▇▇▇▇▇▇▇▇▇▇▇▇    Pt Loc: OUTPATIENT                  Vice SF 509
---------------------------------------------------------------------
```

USA0054

```
-----------------------------------------------------------------
MEDICAL RECORD                                     Progress Notes
-----------------------------------------------------------------
08/25/2020 09:56     ** CONTINUED FROM PREVIOUS PAGE **

Caller Response: OTHER

Class Code: Other specified counseling.

Patient/Caller disagrees with plan:  Phone was disconnected

Evaluation/Management Code: HC PRO PHONE CALL 11-20 MIN (98967).
Starting at: 08/25/2020 @ 9:56:17 AM
Ending at: 08/25/2020 @ 10:10:01 AM
Length: 13 minutes.

Author: WOLF,E LYNNE

Patient's Email Address: ABOVE.ALL.ARCHERY@GMAIL.COM


                Signed by: /es/ E LYNNE WOLF, RN
                           Registered Nurse,RNBA
                           08/25/2020 10:19


    Receipt Acknowledged By:
                      /es/ JACQUELINE R CLAYTON, DNP, FNP-BC
                           Nurse Practitioner
                           08/25/2020 10:36
```



```
-----------------------------------------------------------------
                     ILLIANA HCS        Printed:08/28/2020 12:33
                Pt Loc: OUTPATIENT                  Vice SF 509
-----------------------------------------------------------------
```

# TAB 10

# Autopsy Report for Patient U

# TERRE HAUTE REGIONAL HOSPITAL
# DEPARTMENT OF PATHOLOGY

Terre Haute, Indiana

## AUTOPSY REPORT

NAME: ▓▓▓▓▓▓▓                                          AUTOPSY NO: ▓▓▓▓

AGE: ▓▓ , DOB: ▓▓▓▓▓▓                    DATE: 1/10/20

SEX: ▓▓                                   TIME: 10:00 am

PROSECTOR: Kohr                           CORONER: Clark County
Assistant: Wormser

### ANATOMIC FINDINGS

1. Blunt force trauma, head: left sided facial abrasions (dicing) and scalp lacerations; basilar
   hinge fracture, hemorrhage
2. Blunt force trauma, chest: Fractured sternum; pulmonary contusions
3. Blunt force trauma, abdomen: lacerated liver & spleen; ruptured left hemidiaphragm;
   ruptured bladder; hemoperitoneum
4. Blunt force trauma, extremities: abrasions; open fracture left forearm and distal femur
5. Fatty metamorphosis, liver, mild to moderate

### TOXICOLOGY

Amphetamine 120 ng/ml
Diazepam 560 ng/ml
Nordiazepam 480 ng/ml
Dihydrocodeine/Hydrocodol free: 8 ng/ml
Morphine 27 ng/ml
Hydrocodone 27 ng/ml
Hydromorphone 1.1 ng/ml
Ethanol 10 mg/dl

### CAUSE OF DEATH

Blunt force trauma, head

### MANNER OF DEATH

Accident

Roland M. Kohr, M.D.
Forensic Pathologist

COMPLETED: 1/28/20

Under Indiana Law autopsy reports, photographs or recordings are
highly protected and are declared confidential. As such, they are
not subject to release under Public Records Laws. It is a Class A
misdemeanor to release any such material(s), not provided for by
law, unless directed by Court Order. (Subpoena does not qualify).

# TAB 11

# Administrative Review Report for Patient U

# <u>ADMINISTRATIVE REVIEW</u>

**NON-PROTECTED REVIEW FORM**
Confidential Review which may be used for administrative purposes such as
disciplinary action, removal of privileges, etc.

## <u>Section I – Review Information</u>

<u>Patient Name:</u>           <u>Service:</u> Surgical

<u>SSN:</u>           <u>Event Date(s):</u> 1/25/19-1/24/20

<u>DOB:</u>          <u>Provider Named in Review:</u> John Peterson

<u>Complete and Return Date:</u>

**Reason for Review**

Please review appropriateness of care and treatment:

    **A.** **Was the history of presenting illness (HPI) described and documented appropriately?**

        [X] Yes
        [ ] No

    **B.** **Was the patient screened for pain prior to (or within 30 days before) initial dispensing of long-term opioid therapy.**

        [X] Yes
        [ ] No

    **C.** **Did the provider assess the patient for aberrant behavior risks prior to the initial dispensing or during 90- day.**

        [ ] Yes
        [X] No

*The information on this form is NOT protected and NOT for use in Peer Review Committee*

# ADMINISTRATIVE REVIEW

D. **When long-term opioid was initiated and the patient received a benzodiazepine, was there documented justification for adding the opioid therapy.**

☐ Yes
☒ No

E. **When the benzodiazepine was initiated and the patient received long-term opioid therapy, was there documented justification for adding the benzodiazepine?**

☐ Yes
☐ No
N/A

F. **Did the provider conduct urine drug testing 30 days prior to the initial dispensing or within the 90-day window?**

☐ Yes
☒ No

G. **If the urine drug screen test was completed prior to the initial dispensing of an opioid, was there an intervention documented for positive urine test results?**

☐ Yes
☐ No
N/A

H. **For urine tests completed after the initial dispensing of the opioid, was there an intervention documented for negative urine test results?**

☐ Yes
☐ No
N/A

I. **Was informed consent for long-term opioid therapy for pain completed prior to the initial dispensing or during the 90-day window?**

☐ Yes
☐ No

Completed by different providers in May 2018 and April 2019

J. **Did the clinician complete a follow up with the patient within 3 months after the 90-day window?**

☒ Yes
☐ No

---

*The information on this form is NOT protected and NOT for use in Peer Review Committee*

# *ADMINISTRATIVE REVIEW*

### Please provide a brief summary, whether the standards of care were met or not met:

High dose long term opioid therapy (150mg/d MED)
No discussion of risks of continuing long term opioid therapy (prescribed by Dr. Peterson) in
conjunction with benzodiazepine (prescribed by private sector provider)
No discussion of tapering
No discussion/prescription of naloxone
documents results of PDMP and UDS at initial consultation on 5/16/19

opioid dose increased from MED 150mg/d to 165mg/d on 9/17/20 without clear discussion of risk
(morphine SR 30 TID + morphine IR 15mg TID + hydrocodone 10 TID)

☐ Yes, standard of care was met      ☒ No, standard of care was not met

### Should any other service/discipline review this case?

*Type an "X" in the applicable box*   ☐ Yes (If yes, explain below)   ☒ No

---

**Reviewer Additional Comments**

*The information on this form is NOT protected and NOT for use in Peer Review Committee*

# *ADMINISTRATIVE REVIEW*



| | |
|---|---|
| **Reviewer Signature:** | Aram S Mardian 451243 — Digitally signed by Aram S Mardian 451243 Date: 2020.08.25 14:59:01 -07'00' |
| **Printed Name:** | Aram Mardian |
| **Specialty:** | Family Medicine, Pain Medicine, Addiction Medicine |
| **Date Completed:** | 8/24/20 |

*The information on this form is NOT protected and NOT for use in Peer Review Committee*

# TAB 12

# Medical Record for Patient U

```
---------------------------------------------------------------------------
MEDICAL RECORD                                              Progress Notes
---------------------------------------------------------------------------
```

NOTE DATED: 12/23/2019 21:04
LOCAL TITLE: PAIN CLINIC/OUTPATIENT NOTE
STANDARD TITLE: PAIN OUTPATIENT NOTE
VISIT: 12/23/2019 14:00 DAN CHRONIC PAIN CARE MD
[redacted] returns in scheduled follow-up.  He is currently working out of
Indiana. He has an arrangement where he will be able to get his final renovation
certification while completing this project.  That will permit him to cut down
on the physical requirements by administering projects with employees performing
the tasks.

He was found to have moderate liver enzyme elevations in screening last month.
Has seen GI. He was recently started on a statin, since discontinued.  His blood
pressure is erratic, he indicates he is following it at home.  Urged to record.

We have very little of his outside records yet, one of his private sector
doctors has indicated that she will consolidate, awaited.

He has had recent knee films.  Would like consideration of injection that gave
him some relief in past and knee braces.  Will refer to PM&RS.  Have ordered MRI
lumbar spine.  Had one remotely at Sarah Bush. Urged to try to get a copy for
comparison.

Epidural injection and ablations to the back unsuccessful in the past.

Nocturnal oximetry is now scheduled. Will order Pain PT. PM&RS. Will renew
analgesics for hold. UDS today. Return March 16.

Allergies:  Patient has answered NKA

```
==========================================================================
```
1)   ATORVASTATIN CALCIUM 40MG TAB TAKE ONE-HALF TABLET BY   ACTIVE
        MOUTH AT BEDTIME FOR CHOLESTEROL CALL YOUR PROVIDER
        IF YOU HAVE MUSCLE PAIN, TENDERNESS OR WEAKNESS
2)   CHOLECALCIFEROL (VIT D3) 1,000UNIT TAB TAKE TWO         ACTIVE
        TABLETS (2000 UNITS) BY MOUTH DAILY FOR DIETARY
        SUPPLEMENT FOR VITAMIN -D DEFICIT
3)   FISH OIL 1000MG (500MG DHA/EPA) CAP TAKE TWO CAPSULES   ACTIVE
        BY MOUTH TWICE A DAY FOR CHOLESTEROL
4)   HYDROCODONE 10/ACETAMINOPHEN 325MG TAB TAKE 1 TABLET    ACTIVE (S)
        BY MOUTH THREE TIMES A DAY AS NEEDED FOR PAIN - DO
        NOT EXCEED 4000MG OF ACETAMINOPHEN (APAP) PER DAY
        FROM ANY AND ALL SOURCES
5)   IBUPROFEN 800MG TAB TAKE ONE TABLET BY MOUTH THREE      ACTIVE
        TIMES A DAY AS NEEDED WITH FOOD - FOR PAIN OR
        INFLAMMATION
6)   MORPHINE SULFATE 15MG SA TAB TAKE ONE TABLET BY MOUTH   ACTIVE (S)
        THREE TIMES A DAY FOR CHRONIC BACK AND KNEE PAIN
7)   MORPHINE SULFATE 30MG SA TAB TAKE ONE TABLET BY MOUTH   ACTIVE (S)
        THREE TIMES A DAY FOR CHRONIC BACK AND KNEE PAIN.
        TAKE WITH MORPHINE 15MG SA TABLET
                    ** THIS NOTE CONTINUED ON NEXT PAGE **

```
--------------------------------------------------------------------------
              ILLIANA HCS              Printed:08/28/2020 13:54
     [redacted]   Pt Loc: OUTPATIENT                   Vice SF 509
--------------------------------------------------------------------------
```

```
-------------------------------------------------------------------------
MEDICAL RECORD                                          Progress Notes
-------------------------------------------------------------------------
12/23/2019 21:04      ** CONTINUED FROM PREVIOUS PAGE **
=========================================================================
1)   Non-VA AMPHETAM/DEXTROAMPHETAM 5MG TAB 20MG MOUTH       ACTIVE
        THREE TIMES A DAY
2)   Non-VA LITHIUM CARBONATE 450MG SA TAB 450MG MOUTH       ACTIVE
        TWICE A DAY
3)   Non-VA LORAZEPAM 2MG TAB 2MG MOUTH TWO TIMES A DAY AS   ACTIVE
        NEEDED
4)   Non-VA PROPRANOLOL HCL 20MG TAB 60 MG MOUTH TWICE A     ACTIVE
        DAY
5)   Non-VA QUETIAPINE FUMARATE TAB  MOUTH DAILY             ACTIVE
6)   Non-VA TIZANIDINE HCL 4MG TAB 8MG MOUTH TWICE A DAY     ACTIVE
7)   Non-VA TOPIRAMATE (GENERIC) 100MG TAB 50MG MOUTH AT     ACTIVE
        BEDTIME
=========================================================================
```

PHYSICAL EXAMINATION:
The patient is easily ambulatory from the waiting area into the exam room.  He
is fully alert, dressed appropriately for working as a supervisor.  Oriented and
articulate. Not audibly short of breath, denies abdominal discomfort.

Left knee shows lateral and medical scars, full range of motion with extremity
strength, able to weight bear from squatting position.  Not swollen.  Remainder
of extremities unremarkable.

Back demonstrates well-formed scar from L2 to L4.  Minimally palpably tender
Paraspinal, not centrally.  Flexion intact, he can touch hands to toes. Side
to side painful at 15 degrees, right greater than left.

IMPRESSION:
1. Chronic traumatic post-surgical lumbar pain.
2. Chronic traumatic left knee pain greater than right. Radiographic
      confirmation.
3. Traumatic Brain Injury - loss of taste.
4. Depression, PTSD, ADHD managed by private sector mental health.
5. Poor coordination between VA and private medical sources.
6. Fully engaged in employment.

PLAN:
1. Medication as above. For hold.
2. Still missing recent orthopedic and mental health records.
3. PM&RS consult, consider Visco knee injections. Pain PT written.
4. Nocturnal oxygen screening awaited.
5. Return to clinic March 16.
6. UDS today.
7. MRI lumbar spine.

Twenty-five minutes of the 30 minutes encounter spent counseling on the risks of
sleep apnea despite lack of obvious symptoms.
                        ** THIS NOTE CONTINUED ON NEXT PAGE **
-------------------------------------------------------------------------
                        ILLIANA HCS              Printed:08/28/2020 13:54
                        Pt Loc: OUTPATIENT                   Vice SF 509
-------------------------------------------------------------------------

```
----------------------------------------------------------------
MEDICAL RECORD                                   Progress Notes
----------------------------------------------------------------
12/23/2019 21:04      ** CONTINUED FROM PREVIOUS PAGE **
```

                    Signed by: /es/ JOHN A PETERSON
                               Medical Director Chronic Pain Management
                               12/23/2019 21:37

01/13/2020 12:15      ADDENDUM        STATUS: COMPLETED
████████████ reported deceased in a MVC January 10 in Clark County, Illinois.
                    Signed by: /es/ JOHN A PETERSON
                               Medical Director Chronic Pain Management
                               01/13/2020 12:18

```
----------------------------------------------------------------
            ILLIANA HCS              Printed:08/28/2020 13:54
           Pt Loc: OUTPATIENT                Vice SF 509
----------------------------------------------------------------
```

```
------------------------------------------------------------------
MEDICAL RECORD                                        Progress Notes
------------------------------------------------------------------
```

NOTE DATED: 10/30/2019 18:01
LOCAL TITLE: PAIN CLINIC/OUTPATIENT NOTE
STANDARD TITLE: PAIN OUTPATIENT NOTE
VISIT: 10/30/2019 14:00 DAN CHRONIC PAIN CARE MD

~~~~~~~~~~~~~~ returns in scheduled follow-up.  We modified his analgesic therapy
last visit to cover long evening and overnight abstinence by going from 60mg SA
morphine twice a day with #3 Norco he often took along with them to 30mg SA with
15mg SA three times a day, keeping the Norco #3 for breakthrough.  He indicates
that this is a definite improvement. I was not impressed that the Norco would do
much in this new pattern and he confirms that he does not reliably get much
additional with them. I considered recommending we make the 15mg IR's for a more
substantial breakthrough therapy and drop the hydrocodone to #2 or off all
together.

He describes his pain as a 7 out of 10 sitting there. He is movi9ng on
establishing his own renovation business, has filed a Chapter S and is taking
licensing courses next month. When he is done he will be is his own front
office and much less involved in physical labor.  He would consider reductions
at that time but would prefer to leave things where they are at for now.  He is
functional with this package.

His psychiatrist at Sarah Bush is putting together all of his records.  He had
an MRI lumbar spine there last year.  He would like another.  His back is
hurting more lately with the increase in physical activity.  Has numbness to the
side of the left leg.  Not interested in epidural, reports a hundred forty-eight
of those. Stopped that procedure two years ago.

He would also like to explore injections into the knees.  Had those about two
years ago at Sarah Bush with some benefit. Orthopedics there had told him he was
too early for replacements. Left is more painful than right. He walks a lot in
pain.

Have once again stressed that with this high level of narcotic we want to
determine his oxygen status at night.  He has PTSD with frequent awakenings and
is worried about feeling closed in.  Explained the finger meter as the first
step, may not need to take it further. Related symptom, his tinnitus stopped a
year ago.

Will order X-rays of the knees, we have absolutely no imaging here.  To get a
DVD of his Sarah Bush MRI with the rest of his records.  Will refer to PM&RS for
consideration of knee injections. Return to clinic December 23 at 14:00.

Allergies:  Patient has answered NKA

```
============================================================================
```
1)   ATORVASTATIN CALCIUM 40MG TAB TAKE ONE-HALF TABLET BY   ACTIVE
        MOUTH AT BEDTIME FOR CHOLESTEROL CALL YOUR PROVIDER
        IF YOU HAVE MUSCLE PAIN, TENDERNESS  OR WEAKNESS
2)   CHOLECALCIFEROL (VIT D3) 1,000UNIT TAB TAKE TWO           ACTIVE
        TABLETS (2000 UNITS) BY MOUTH DAILY FOR DIETARY
                    ** THIS NOTE CONTINUED ON NEXT PAGE **

```
--------------------------------------------------------------------------
                    ILLIANA HCS              Printed:08/28/2020 13:54
                    Pt Loc: OUTPATIENT                  Vice SF 509
--------------------------------------------------------------------------
```

```
--------------------------------------------------------------------
MEDICAL RECORD                                       Progress Notes
--------------------------------------------------------------------
```

10/30/2019 18:01     ** CONTINUED FROM PREVIOUS PAGE **

    SUPPLEMENT FOR VITAMIN -D DEFICIT

3)  FISH OIL 1000MG (500MG DHA/EPA) CAP TAKE TWO CAPSULES  ACTIVE
     BY MOUTH TWICE A DAY FOR CHOLESTEROL

4)  HYDROCODONE 10/ACETAMINOPHEN 325MG TAB TAKE 1 TABLET  ACTIVE (S)
     BY MOUTH THREE TIMES A DAY AS NEEDED FOR PAIN - DO
     NOT EXCEED 4000MG OF ACETAMINOPHEN (APAP) PER DAY
     FROM ANY AND ALL SOURCES

5)  IBUPROFEN 800MG TAB TAKE ONE TABLET BY MOUTH THREE  ACTIVE
     TIMES A DAY AS NEEDED WITH FOOD - FOR PAIN OR
     INFLAMMATION

6)  MORPHINE SULFATE 15MG SA TAB TAKE ONE TABLET BY MOUTH  ACTIVE (S)
     THREE TIMES A DAY FOR CHRONIC BACK AND KNEE PAIN

7)  MORPHINE SULFATE 30MG SA TAB TAKE ONE TABLET BY MOUTH  ACTIVE (S)
     THREE TIMES A DAY FOR CHRONIC BACK AND KNEE PAIN.
     TAKE WITH 15MG SA

```
====================================================================
```

1)  Non-VA AMPHETAM/DEXTROAMPHETAM 5MG TAB 20MG MOUTH  ACTIVE
     THREE TIMES A DAY

2)  Non-VA LITHIUM CARBONATE 450MG SA TAB 450MG MOUTH  ACTIVE
     TWICE A DAY

3)  Non-VA LORAZEPAM 2MG TAB 2MG MOUTH TWO TIMES A DAY AS  ACTIVE
     NEEDED

4)  Non-VA PROPRANOLOL HCL 20MG TAB 60 MG MOUTH TWICE A  ACTIVE
     DAY

5)  Non-VA QUETIAPINE FUMARATE TAB  MOUTH DAILY  ACTIVE

6)  Non-VA TIZANIDINE HCL 4MG TAB 8MG MOUTH TWICE A DAY  ACTIVE

7)  Non-VA TOPIRAMATE (GENERIC) 100MG TAB 50MG MOUTH AT  ACTIVE
     BEDTIME

```
====================================================================
```

PHYSICAL EXAMINATION:
The patient is easily ambulatory from the waiting area into the exam room.  He
is fully alert, dressed appropriately for working as a supervisor.  Oriented and
articulate. Not audibly short of breath, denies abdominal discomfort.

Left knee shows lateral and medical scars, full range of motion with extremity
strength, able to weight bear from squatting position.  Not swollen.  Remainder
of extremities unremarkable.

Back demonstrates well-formed scar from L2 to L4.  Minimally palpably tender
Pari spinally, not centrally.  Flexion intact, he can touch hands to toes. Side
to side painful at 15 degrees, right greater than left.

IMPRESSION:
1. Chronic traumatic post-surgical lumbar pain.
2. Chronic traumatic left knee pain greater than right.
3. Depression, PTSD, ADHD managed by private sector mental health.
4. Poor coordination between VA and private medical sources.

       ** THIS NOTE CONTINUED ON NEXT PAGE **

```
--------------------------------------------------------------------
                      ILLIANA HCS          Printed:08/28/2020 13:54
              Pt Loc: OUTPATIENT                     Vice SF 509
--------------------------------------------------------------------
```

```
---------------------------------------------------------------------------
MEDICAL RECORD                                              Progress Notes
---------------------------------------------------------------------------
10/30/2019 18:01      ** CONTINUED FROM PREVIOUS PAGE **
```

5. Fully engaged in employment.

PLAN:
1. Medication as above.
2. Still missing recent orthopedic and mental health records.
3. Bilateral knee X-rays.
4. PM&RS consult, consider Visco knee injections.
5. Nocturnal oxygen screening written.
6. Return to clinic December 23.

Thirty minutes of the 45 minutes encounter spent counseling on the risks of
sleep apnea despite lack of obvious symptoms.

```
           Signed by: /es/ JOHN A PETERSON
                      Medical Director Chronic Pain Management
                      10/30/2019 18:59
```

```
--------------------------------------------------------------------
MEDICAL RECORD                                        Progress Notes
--------------------------------------------------------------------
```

NOTE DATED: 08/22/2019 07:33
LOCAL TITLE: STATE PRESCRIPTION DRUG MONITORING PROGRAM
STANDARD TITLE: ACCOUNTING OF DISCLOSURES NOTE
VISIT: 08/20/2019 11:00 DAN CHRONIC PAIN CARE MD
I have queried the State Prescription Drug Monitoring Program (PDMP) as
the:
AGENT OF THE PRESCRIBER
   The State Prescription Drug Monitoring Program(s) were queried for
   controlled substances (CS) for this patient:



   CHARLESTON, ILLINOIS  61920
   The following state(s) were queried:
      ILLINOIS
      INDIANA
   The purpose of this query was a part of the medication reconciliation
   process for the:
   Clinically indicated/other
      Please specify: Consultation

   The findings of the query were as follows:
      The following prescription(s) were found to have been filled outside
      of the VA: Lorazepam. Adderall

      As the agent of the prescriber, follow-up action(s) are deferred to
      the prescriber, who was notified of the above results via CPRS note
      additional signer request. The prescriber is ultimately responsible
      for reviewing query results and subsequent re-evaluation of the
      patient's care plan.  Please refer to the separate note documenting
      action taken by the prescriber.

Review of the Illinois and Indiana prescription monitor shows regular private
sector provision of lorazepam  #4 daily and Adderall 20mg taken #3 a day. This
is coupled with morphine 60mg #2 a day and Norco 10mg #3 a day.

                Signed by: /es/ JOHN A PETERSON
                           Medical Director Chronic Pain Management
                           08/22/2019 07:39
```

```
-----------------------------------------------------------------------
                    ILLIANA HCS              Printed:08/28/2020 13:54
               Pt Loc: OUTPATIENT                      Vice SF 509
-----------------------------------------------------------------------
```

```
-----------------------------------------------------------------
MEDICAL RECORD                                      Progress Notes
-----------------------------------------------------------------
```

NOTE DATED: 09/17/2019 11:43
LOCAL TITLE: PAIN CLINIC/OUTPATIENT NOTE
STANDARD TITLE: PAIN OUTPATIENT NOTE
VISIT: 09/17/2019 11:00 DAN CHRONIC PAIN CARE MD
▬▬▬▬▬▬▬ returns in scheduled follow-up.  He is doing insurance work after
the spring storm and hail damage that hit outside of town.  Working long hours
his medication is running short on him. He takes his first morphine early along
with a hydrocodone.  It starts falling back about 10:00.  He holds out until
noon and takes the morphine again then a hydrocodone, often ibuprofen.  He takes
the last hydrocodone in the evening.  With his long hours he would like a few
more on an as needed basis.

He now is director of operations for his company in Illinois. He is still
contesting his non-service connection status with an attorney.

This schedule puts him into a long period overnight with nothing, likely in a
measure of withdrawal in the am.  He needs more consistent coverage. MSContin is
advertised as a twice a day drug but clinically it works better taken three
times a day. Splitting these up with permit more flexible dosing.

Will reschedule without markedly changing his MEDD. Will go to 30mg SA taken #3
times daily and 15mg SA also issued #3 a day.  Leave the hydrocodone for now.
He is taking the Norco as a maintenance drug, not a breakthrough.  Will give
this a month, will likely cut the Norco to #2 a day and use it as a true
breakthrough. At this point from 120 + 30 = 150mg MEDD to 90 + 45 + 30 = 165mg
MEDD.  Pulling one off next visit will put us at basically where we started.
Oxycodone is not an option, he found that too euphoric in his past use.

He sees private sector psychiatry that he is very satisfied with.  He is on 50mg
Topamax at night with 50mg imipramine also at night.  This is supplemented with
propranolol.  Scripted Adderall for attention deficit. His physician is
withdrawing him from Ativan.

He is a day or two early for pick-up.  Will authorize with this change. Return
October 30.

Allergies:  Patient has answered NKA

============================================================
1)   ATORVASTATIN CALCIUM 40MG TAB TAKE ONE-HALF TABLET BY    ACTIVE
     MOUTH AT BEDTIME FOR CHOLESTEROL CALL YOUR PROVIDER
     IF YOU HAVE MUSCLE PAIN, TENDERNESS  OR WEAKNESS
2)   CHOLECALCIFEROL (VIT D3) 1,000UNIT TAB TAKE TWO          ACTIVE
     TABLETS (2000 UNITS) BY MOUTH DAILY FOR DIETARY
     SUPPLEMENT FOR VITAMIN -D DEFICIT
3)   FISH OIL 1000MG (500MG DHA/EPA) CAP TAKE TWO CAPSULES    ACTIVE
     BY MOUTH TWICE A DAY FOR CHOLESTEROL
4)   IBUPROFEN 800MG TAB TAKE ONE TABLET BY MOUTH THREE       ACTIVE
     TIMES A DAY AS NEEDED WITH FOOD - FOR PAIN OR
     INFLAMMATION
               ** THIS NOTE CONTINUED ON NEXT PAGE **
```

```
-----------------------------------------------------------------
                    ILLIANA HCS          Printed:08/28/2020 13:54
                    Pt Loc: OUTPATIENT                Vice SF 509
-----------------------------------------------------------------
```

USA0071

71

```
-------------------------------------------------------------------
MEDICAL RECORD                                    Progress Notes
-------------------------------------------------------------------
```

09/17/2019 11:43     ** CONTINUED FROM PREVIOUS PAGE **

```
==================================================================
1)   Non-VA AMPHETAM/DEXTROAMPHETAM 5MG TAB 20MG MOUTH     ACTIVE
         THREE TIMES A DAY
2)   Non-VA LITHIUM CARBONATE 450MG SA TAB 450MG MOUTH     ACTIVE
         TWICE A DAY
3)   Non-VA LORAZEPAM 2MG TAB 2MG MOUTH TWO TIMES A DAY AS ACTIVE
         NEEDED
4)   Non-VA PROPRANOLOL HCL 20MG TAB 60 MG MOUTH TWICE A   ACTIVE
         DAY
5)   Non-VA QUETIAPINE FUMARATE TAB  MOUTH DAILY           ACTIVE
6)   Non-VA TIZANIDINE HCL 4MG TAB 8MG MOUTH TWICE A DAY   ACTIVE
7)   Non-VA TOPIRAMATE (GENERIC) 100MG TAB 50MG MOUTH AT   ACTIVE
         BEDTIME
==================================================================
```



PHYSICAL EXAMINATION:
The patient is easily ambulatory from the waiting area into the exam room.  He
is fully alert, dressed appropriately for working as a supervisor:  Oriented and
articulate. Not audibly short of breath, denies abdominal discomfort.

Left knee shows lateral and medical scars, full range of motion with extremity
strength, able to weight bear from squatting position.  Not swollen.  Remainder
of extremities unremarkable.

Back demonstrates well-formed scar from L2 to L4.  Minimally palpably tender
parispinally, not centrally.  Flexion intact, he can touch hands to toes. Side
to side painful at 15 degrees, right greater than left.

IMPRESSION:
1. Chronic traumatic post-surgical lumbar pain.
2. Chronic traumatic left knee pain.
3. Depression, PTSD, ADHD managed by private sector mental health.
4. Poor coordination between VA and private medical sources.
5. Fully engaged in employment.

PLAN:
1. Medication as above.
2. Still missing recent orthopedic and mental health records.
3. Return to clinic October 30.

Thirty minutes of the 45 minutes encounter spent counseling on scheduled
administration of analgesics.

```
             Signed by: /es/ JOHN A PETERSON
                        Medical Director Chronic Pain Management
                        09/18/2019 09:38


     Receipt Acknowledged By:

                        /es/ ADAM W HOAGLAND
                        PHARMACIST
                        09/18/2019 09:48
             ** THIS NOTE CONTINUED ON NEXT PAGE **
```

```
-------------------------------------------------------------------
                     ILLIANA HCS       Printed:08/28/2020 13:54
                     Pt Loc: OUTPATIENT           Vice SF 509
-------------------------------------------------------------------
```

```
---------------------------------------------------------------
MEDICAL RECORD                                    Progress Notes
---------------------------------------------------------------
09/17/2019 11:43     ** CONTINUED FROM PREVIOUS PAGE **
```

```
10/14/2019 21:34     ADDENDUM        STATUS: COMPLETED
Consider shifting the 15mg morphine to IR and discontinjue the hydrodone.
            Signed by: /es/ JOHN A PETERSON
                       Medical Director Chronic Pain Management
                       10/14/2019 21:34
```

```
------------------------------------------------------
             \  ILLIANA HCS        Printed:08/28/2020 13:54
             Pt Loc: OUTPATIENT              Vice SF 509
------------------------------------------------------
```

USA0073

73

```
--------------------------------------------------------------------
MEDICAL RECORD                                         Progress Notes
--------------------------------------------------------------------
NOTE DATED: 05/16/2019 20:44
LOCAL TITLE: STATE PRESCRIPTION DRUG MONITORING PROGRAM
STANDARD TITLE: ACCOUNTING OF DISCLOSURES NOTE
VISIT: 05/16/2019 14:00 DAN CHRONIC PAIN CARE MD
I have queried the State Prescription Drug Monitoring Program (PDMP) as
the:
AGENT OF THE PRESCRIBER
  The State Prescription Drug Monitoring Program(s) were queried for
  controlled substances (CS) for this patient:
```





```
  The following state(s) were queried:
    ILLINOIS
    INDIANA
The purpose of this query was a part of the medication reconciliation
process for the:
    Clinically indicated/other
     Please specify: Consultation

The findings of the query were as follows:
    The following prescription(s) were found to have been filled outside
    of the VA: Lorazepam, amphetamine

    As the agent of the prescriber, follow-up action(s) are deferred to
    the prescriber, who was notified of the above results via CPRS note
    additional signer request. The prescriber is ultimately responsible
    for reviewing query results and subsequent re-evaluation of the
    patient's care plan.  Please refer to the separate note documenting
    action taken by the prescriber.

He has a signed Chronic Opioid Agreement.  Review of the Illinois and Indiana
prescription monitor reveals psychiatric related controlled lorazepam and
amphetamine from his private physician and morphine and hydrocodone sourced
through the VA.  Drug screens have been consistent with therapy.

         Signed by: /es/ JOHN A PETERSON
                    Medical Director Chronic Pain Management
                    05/16/2019 20:45




--------------------------------------------------------------------
                    ILLIANA HCS         Printed:08/28/2020 13:54
                    Pt Loc: OUTPATIENT                Vice SF 509
--------------------------------------------------------------------
```

USA0074

```
------------------------------------------------------------------------
   MEDICAL RECORD        |   CONSULTATION SHEET
------------------------------------------------------------------------
                             SC LESS THAN 50%
                             SC VETERAN
                             OEF/OIF
------------------------------------------------------------------------
```

Consult Request: Consult

|Consult No.: 1871540
```
------------------------------------------------------------------------
```
To: PAIN CARE EVALUATION CLINIC OUTPT
    From: DAN PACT GREEN NP        |Requested: 04/04/2019 4:07 pm
```
------------------------------------------------------------------------
```
Requesting Facility: ILLIANA HCS
```
========================================================================
```
REASON FOR REQUEST: (Complaints and findings)
Pain Management

Does the Veteran have decision-making capacity to sign informed consent?
[ YES ]

Is Patient on Contact Isolation?
[ NO ]

Pertitent Health History of Patient:
Veteran taking narcotics for knee and back pain
originally scripted by military in 2009.

What can we do to help you or the Patient?
Veteran is taking MS 60mg BID and hydrocodone 10/325mg
TID reduced from 5x day.

History and Origin of the Pain:
traumatic injury 2007 explosion while in afghanistan
injuring back and head,  knee injury march during
military left knee injury s/p surgery

Previous Treatments/Interventions:
surgery knee 2007, lumbar spine 2010 discectomy no
hardward

Is the Patient on Chronic Opioid Therapy?
[ YES ]

```
========================================================================
```
AUTHOR & TITLE:                    |
                                   |DATE:
```
------------------------------------------------------------------------
```
ID #:_____|ORGANIZATION:   ILLIANA HCS  |REG #:____  |LOC: DAN PACT GR
```
------------------------------------------------------------------------
```
                    Page 1 of 7
                          Standard Form 513 (Rev 9-77)
```

---

MEDICAL RECORD | CONSULTATION SHEET

    SC LESS THAN 50%
                        SC VETERAN
                        OEF/OIF

=================================================================================

Reason For Request continued.

Does the patient have a signed long term Opioid Agreement in
CPRS?
[ YES ]

Does the Patient have a urine drug screen recorded in CPRS within the
past six
months?
[ YES ]

Was the patient seen by the provider requesting the consult within the
past six
months?
[ YES ]
If yes please give Date:Apr 4,2019

If all answers to the above questions are "YES", then the patient
is a candidiate for referral to the pain care clinic.

Has the patient received private sector treatment for pain in the past 12
months, records should be available in VISTA IMAGING or Hand-Carried to
the
initial appointment.
[ NO ]
Comment:none in past 12 months except knee brace per Sarah Bush
orthopedic Dr. Sandercock

---

PROVISIONAL DIAG: Sprain of Ligaments of Lumbar Spine, Initial Encounter(ICD-10-CM S33.5XXA)

---

| REQUESTED BY: | PLACE: | URGENCY: |
|---|---|---|
| KONVALINKA,PATRICIA A | Consultant's choice | Routine |
| Nurse practitioner | | |
| (Pager: ) | SERVICE RENDERED AS: | CLINICALLY IND. DATE: |
| (Phone: 2175543272) | Outpatient | Apr 04, 2019 |

---

CONSULTATION NOTE

LOCAL TITLE: CONSULT/PAIN CARE EVALUATION
STANDARD TITLE: SURGERY CONSULT
DATE OF NOTE: MAY 16, 2019@15:31     ENTRY DATE: MAY 16, 2019@15:31:16
      AUTHOR: PETERSON,JOHN A     EXP COSIGNER:
      URGENCY:                           STATUS: COMPLETED

CHRONIC PAIN MANAGEMENT

=================================================================================

Page 2 of 7

---------------------------------------------------------------------

| MEDICAL RECORD | CONSULTATION SHEET |

---------------------------------------------------------------------

                    SC LESS THAN 50%
                                        SC VETERAN
                                        OEF/OIF

=====================================================================

Consultation Results ███████ continued.

**HISTORY OF PRESENT ILLNESS:**
Consultation requested by NP Konvalinka for ███████████ who developed chronic
low back and left knee pain as the result of an explosive device while serving
in combat in Afghanistan.  His initial injury to the knee came in training
during 2006, made worse with his combat injury in 2008.  He was knocked
unconscious losing days at the time of the incident.  Thereafter he has lost his
sense of smell and taste but he has regained the remainder of his mental
facilities.

His back aches constantly, active or not.  At its worst hae has radicular pain
into both buttocks.  He does some climbing and may develop leg spasm as a
result.  Carrying 50 pound loads is painful and can lay him up for three days.
He finds the pain tolerable in relation to his weight, if he can stay below 220
pounds he does better with both the back and knee.  He recently was assigned to
insurance work in Florida at the hurricane damage near Panama City and gained
some weight on the abundant sea food.

The patient's left knee suffered collateral ligament damage as well as muscle
injury:  It is stable only in to anterior-posterior  articulation.  Viscous
supplementation has been helpful.  He would normally be a candidate for
replacement but has been advised to hold off given his age. He wears a brace
every other day to attempt to maintain its strength.

Work involves a moderate intensity of climbing and lifting but is not
considered manual labor.  He often puts in long hours.  Current therapy allows
him to get through the day.

He otherwise denies respiratory or abdomnal complaints.  No chest discomfort
with exertion.

PAST MEDICAL HISTORY:
   A  Posttraumatic stress disorder
   A  Chronic back pain
   A  Knee pain
   A  Adult attention deficit hyperactivity disorder
   A  Chronic Back Pain
   A  Nontraumatic rupture of quadriceps tendon
   A  Depression
   A  Anxiety

FOCUSSED PAST MEDICAL AND SURGICAL TREATMENT:
The patient has obtained much of his psychiatric and orhtopedic care from
private sector sources.  VA eligibility was delayed over what he describes as a
service connection dispute.  He has employed legal counsel.  Outside
documentation is nearly completely absent from 10/2015 until 03/2018.

=====================================================================

Page 3 of 7

USA0077

------------------------------------------------------------
MEDICAL RECORD        |    CONSULTATION SHEET
------------------------------------------------------------
                     SC LESS THAN 50%
                                         SC VETERAN
                                         OEF/OIF

Consultation Results ▓▓▓▓▓▓▓ continued.

Surgical procedures were initiated in the service.  He was on very high dose
narcotics, especially oxycodone.  He suffered severe up-down cycling with that
therapy.  Morphine has been moderately effective and much smoother at the end of
its cycles.

He undertook lumbar surgery in 2009, bone graft and partial laminectormy.  He
has had multiple injections both before and after the procedure.  He was
evaluated for a pain pump and spinal cord stimulator but was reluctant and his
surgical prognosis for success was not encouraging.  He uses a TENS to benefit
and maintains an active exercise schedule including range of motion.

The left knee is weak to lateral displacement.  He has had arthroscopic
intervention.  It is essentially bone-on-bone and has crepitus.  Viscuous therapy
is applied about every six months and he has reduced pain in flexion/extension
for about three.  Injections can be offered more often.

He is followed by a private sector psychiatrist who is managing his depression
and PTSD quite adequately.  He cites lithium as his mnost important
thereapeutic.

RELATED CURRENT MEDICATIONS:
Allergies:  Patient has answered NKA

==================================================================
1)   ATORVASTATIN CALCIUM 40MG TAB TAKE ONE-HALF TABLET BY   ACTIVE
        MOUTH AT BEDTIME FOR CHOLESTEROL CALL YOUR PROVIDER
        IF YOU HAVE MUSCLE PAIN, TENDERNESS  OR WEAKNESS
2)   CHOLECALCIFEROL (VIT D3) 1,000UNIT TAB TAKE TWO          ACTIVE
        TABLETS (2000 UNITS) BY MOUTH DAILY FOR DIETARY
        SUPPLEMENT FOR VITAMIN -D DEFICIT
3)   FISH OIL 1000MG (500MG DHA/EPA) CAP TAKE TWO CAPSULES    ACTIVE
        BY MOUTH TWICE A DAY FOR CHOLESTEROL
4)   HYDROCODONE 10/ACETAMINOPHEN 325MG TAB TAKE 1 TABLET     ACTIVE
        BY MOUTH THREE TIMES A DAY AS NEEDED FOR PAIN - DO
        NOT EXCEED 4000MG OF ACETAMINOPHEN (APAP) PER DAY
        FROM ANY AND ALL SOURCES
5)   IBUPROFEN 800MG TAB TAKE ONE TABLET BY MOUTH THREE       ACTIVE
        TIMES A DAY AS NEEDED WITH FOOD - FOR PAIN OR
        INFLAMMATION
6)   MORPHINE SULFATE 60MG SA TAB TAKE ONE TABLET BY MOUTH    ACTIVE
        TWICE A DAY FOR PAIN
==================================================================
1)   Non-VA AMPHETAM/DEXTROAMPHETAM 5MG TAB 20MG MOUTH        ACTIVE
        THREE TIMES A DAY
2)   Non-VA LITHIUM CARBONATE 450MG SA TAB 450MG MOUTH        ACTIVE
        TWICE A DAY
3)   Non-VA LORAZEPAM 2MG TAB 2MG MOUTH TWO TIMES A DAY AS    ACTIVE
==================================================================
                      Page 4 of 7

```
-----------------------------------------------------------------------
   MEDICAL RECORD         |        CONSULTATION SHEET
-----------------------------------------------------------------------
                                   SC LESS THAN 50%
                                   SC VETERAN
                                   OEF/OIF
=======================================================================
```

Consultation Results ▓▓▓▓▓▓continued.

```
        NEEDED
4)   Non-VA PROPRANOLOL HCL 20MG TAB 60 MG MOUTH TWICE A      ACTIVE
        DAY
5)   Non-VA QUETIAPINE FUMARATE TAB  MOUTH DAILY              ACTIVE
6)   Non-VA TIZANIDINE HCL 4MG TAB 8MG MOUTH TWICE A DAY      ACTIVE
7)   Non-VA TOPIRAMATE (GENERIC) 100MG TAB 50MG MOUTH AT      ACTIVE
        BEDTIME
=======================================================================
```

**SOCIAL/FAMILY HISTORY:**
The patient married a German citizen and they have a five year old daughter.  He attempted to find work in Germany but we not able and his wife did not want to come to the States.  They live apart but are in regular contact.

He went back to school after the service and has become licensed as a forensic engineer specializing in storm damage.  His work involves insurance adjusting and estimating for structural and roof damage.  He spent most of the past six months in the hurricane damaged area of northern Florida.

**MILITARY HISTORY:**
Served from 2004 to 2013, two deployments, combat.
Service Connected: 0%
LIMITATION OF MOTION, INDEX OR LONG FINGER (0% SC)
TRAUMATIC BRAIN DISEASE (0% SC)
LIMITED MOTION OF ARM (0% SC)
TINNITUS (0% SC)
KNEE CONDITION (0% SC)
POST-TRAUMATIC STRESS DISORDER (0% SC)
IMPAIRED HEARING (0% SC)
MIGRAINE HEADACHES (0% SC)
PARALYSIS OF SCIATIC NERVE (0% SC)
HIATAL HERNIA (0% SC)

**SUBSTANCE USE HISTORY:**
Has never smoked, occasional social alcohol, no illicit drug history.

**IMAGING:**
No imaging available in CPRS, nothing later than 2013 in Vista.

**PHARMACOLOGIC EVALUATION:**
He has a signed Chronic Opioid Agreement.  Review of the Illinois and Indiana prescription monitor reveals psychiatric related controlled lorazepam and amphetamine from his private physician and morphine and hydrocodone sourced through the VA.  Drug screens have been consistent with therapy.

**PHYSICAL EXAMINATION:**
The patient is easily ambulatory from the waiting area into the exam room.  He

```
=======================================================================
```

--------------------------------------------------------------------

MEDICAL RECORD | CONSULTATION SHEET
--------------------------------------------------------------------

SC LESS THAN 50%
SC VETERAN
OEF/OIF
====================================================================

Consultation Results continued.

is fully alert, dressed appropriately for working as a supervisor.  Oriented and
articulate. Not audibly short of breath, denies abdominal discomfort.

Left knee shows lateral and medical scars, full range of motion with extremity
strength, able to weight bear from squatting position.  Not swollen.  Remainder
of extremities unremarkable.

Back demonstrates well formed scar from L2 to L4.  Minimally palpably tender
perispinally, not centrally.  Flexion intact, he can touch hands to toes. Side
to side painful at 15 degrees, right greater than left.

IMPRESSION:
1. Chronic traumatic post surgical lumbar pain.
2. Chronic traumatic left knee pain.
3. Depression, PTSD managed by private sector mental health.
4. Poor coordination between VA and private medical sources.
5. Fully engaged in employment.

PLAN:
1. Will support current medical therapy. UDS today.
2. Obtain recent orthopedic and mental health records.
3. May return patient to primary care management. Return as needed.

DISCUSSION:
This patient is high functioning despite significant physical and psychological
challenges.  Not inclined to fix what is not broken.  We need better
coordination.  Two sources of controlled therapeutics is not ideal, his shunting
to the private sector over eligibility issues provides credible explanation.

He is not interested in more advanced therapeutic options at this time.

Research and clinical encounter time: 1.5H. Time for documentation: 2.0H

/es/ JOHN A PETERSON
Medical Director Chronic Pain Management
Signed: 05/16/2019 20:31

--------------------------------------------------------------------

                    (Added Comment)
        Entered by: PETERSON,JOHN A - 04/18/2019 4:52 pm
        Responsible Person: PETERSON,JOHN A
        Entered at: ILLIANA HCS
Schedule

====================================================================

```
-----------------------------------------------------------------
  MEDICAL RECORD          |   CONSULTATION SHEET
-----------------------------------------------------------------
```

```
                              SC LESS THAN 50%
                              SC VETERAN
                              OEF/OIF
=================================================================
```

            (Receive Comment)
      Entered by: PETERSON,JOHN A - 04/18/2019 4:53 pm
      Responsible Person: PETERSON,JOHN A
      Entered at: ILLIANA HCS
May discontinue if fails mandated scheduling.


            (Scheduled Comment)
      Entered by: KEGLEY,LEAH ANN - 04/23/2019 2:15 pm
      Responsible Person: KONVALINKA,PATRICIA A
      Entered at: ILLIANA HCS
DAN CHRONIC PAIN CARE MD Consult Appt. on MAY 08, 2019@14:30
PID 4/4/2019 PT DD 5/8/2019 CONSULT


            (Status Change Comment)
      Entered by: KEGLEY,LEAH ANN - 05/08/2019 2:22 pm
      Entered at: ILLIANA HCS
DAN CHRONIC PAIN CARE MD Appt. on MAY 08, 2019@14:30 was cancelled by the Patient.
Remarks: UNABLE TO COME TO APPOINTMENT DUE TO WORK.


            (Scheduled Comment)
      Entered by: KEGLEY,LEAH ANN - 05/08/2019 2:28 pm
      Responsible Person: KONVALINKA,PATRICIA A
      Entered at: ILLIANA HCS
DAN CHRONIC PAIN CARE MD Consult Appt. on 05/16/19 @ 14:00
pt dd 5/16/2019


            (Status Change Comment)
      Entered by: HESLER,JANA - 05/16/2019 3:00 pm
      Responsible Person: KONVALINKA,PATRICIA A
      Entered at: ILLIANA HCS
DAN CHRONIC PAIN CARE MD Appt. on 05/16/19 @ 14:00 was a no-show.
```

USA0081

Order Details - 28657522

*** WORK COPY ONLY ***                    Printed: Sep 01, 2020  09:27

HYDROCODONE 10/ACETAMINOPHEN 325MG TAB
TAKE 1 TABLET BY MOUTH THREE TIMES A DAY AS NEEDED FOR PAIN - DO NOT  EXCEED
4000MG OF ACETAMINOPHEN (APAP) PER DAY FROM ANY AND ALL SOURCES
Quantity: 90 Refills: 0
<Discontinued by Pharmacy>

Activity:
12/16/2019 08:31  New Order entered by PETERSON,JOHN A (MEDICAL DOCTOR)
      Order Text:      HYDROCODONE 10/ACETAMINOPHEN 325MG TAB
                       TAKE 1 TABLET BY MOUTH THREE TIMES A DAY AS NEEDED FOR PAIN
- DO NOT  EXCEED
                       4000MG OF ACETAMINOPHEN (APAP) PER DAY FROM ANY AND ALL
SOURCES
                       Quantity: 90 Refills: 0
      Nature of Order:   ELECTRONICALLY ENTERED
       Dig Signature:    PETERSON,JOHN A (MEDICAL DOCTOR) on 12/16/2019 08:34
12/23/2019 15:53  Discontinued by MOHAMMED,RAZZAK ABDUL (CLINICAL PHARMA)
      Reason for DC:    Discontinued by Pharmacy

Current Data:
Treating Specialty:
Ordering Location:        DAN CHRONIC PAIN CARE MD
Start Date/Time:          12/16/2019
Stop Date/Time:           12/23/2019
Current Status:           DISCONTINUED
  Orders that have been explicitly stopped.
Order #28657522

Order:
Medication:               HYDROCODONE 10/ACETAMINOPHEN 325MG OP TAB
Dispense Drug:            HYDROCODONE 10/ACETAMINOPHEN 325MG TAB
Instructions:             1 TABLET ORAL TID PRN
Sig:
  TAKE 1 TABLET BY MOUTH THREE TIMES A DAY AS NEEDED FOR PAIN - DO NOT
  EXCEED 4000MG OF ACETAMINOPHEN (APAP) PER DAY FROM ANY AND ALL SOURCES
Patient Instructions:
  FOR PAIN - DO NOT EXCEED 4000MG OF ACETAMINOPHEN (APAP) PER DAY FROM ANY
  AND ALL SOURCES
Start:                    0
Days Supply:              30
Quantity:                 90
Refills:                  0
Pick Up:                  MAIL
Priority:                 ROUTINE

Dispense Drugs (units/dose):  HYDROCODONE 10/ACETAMINOPHEN 325MG TAB ()
Last Filled:              12/16/19
Refills Remaining:        0
Filled:                   12/16/19 (Mail) released 12/16/19
                          LF 11/16/19
Prescription#:           5459539
Pharmacist:               MOHAMMED,RAZZAK ABDUL

------------------------------------------------------------------------
Page 1

USA0082

82



Order Details - 28657522

*** WORK COPY ONLY ***                    Printed: Sep 01, 2020  09:27


First Party Pay Exemptions
Order Checks:
HIGH:       Duplicate Therapy: Order(s) exist for {HYDROCODONE 10/ACETAMINOPHEN
            325MG TAB [EXPIRED]} in the same therapeutic categor(ies):
            Non-Opioid Analgesic/Antipyretic, Non-Salicylate, Opioid
            Analgesics- IR (with all antitussive opiates)
HIGH:       IMED PATIENT AGREEMENT FOR NARC
               *** Patient has a signed "IMED PATIENT AGREEMENT FOR NARCOTIC
            DRUGS" ***

            Computed Finding: VA-Progress Note
             04/04/2019@17:27:53 value - CONSENT FOR LONG-TERM OPIOIDS FOR
            PAIN;
             Author: CARTER,TISHA L


HIGH:       Potential dangerous drug combination with a BENZODIAZEPINE
            Combination of Benzodiazepines and Opioids may result in
            potentially unsafe
            drug interactions; prescribing of Opioids and Benzodiazepines
            concurrently has
            been shown to have a 4-fold increased risk of OVERDOSE in the
            Veteran
            population (BMJ 2015;350:h2698).

            Co-prescribing opioid and benzodiazepines is particularly dangerous
            when
            patients have other risk factors for overdose or suicide.  The
            Stratification
            Tool for Opioid Risk Mitigation (STORM) decision support tool
            provides
            estimates of adverse event risk, a summary of risk factors, and
            recommended
            risk mitigation interventions and treatment alternatives for
            patients.  Review
            STORM by cutting and pasting this URL link into your browser:
            http://go.va.gov/ijob

MODERATE:   Remote Order Checking not available - checks done on local data only
Override:   PETERSON,JOHN A (MEDICAL DOCTOR) on 12/16/2019 08:33
            Chronic Medication

================================================================

================================================================
==========================================

MEDICATION HISTORY for JUL 03, 2020  to  SEP 01, 2020
Run Date: SEP 01, 2020@09:27

------------------------------------------------------------------
Page 2


USA0083

83

Order Details - 28657522

```
*** WORK COPY ONLY ***                    Printed: Sep 01, 2020  09:27
```

Include Inpatient and Clinic Orders

Page: 1
MEDICATIONS SEARCH LIST: HYDROCODONE 10/ACETAMINOPHEN 325MG OP

| | | |
|---|---|---|
| Patient: | SSN: | DOB: |
| Sex:      MALE | Ht/Wt:    183cm/113.85kg | Ward: |
| Rm: | | |
| Dx: | Last Mvmt: APR 13,2013@09:30 | Type: |
| DISCHARGE | | |

ADRs:      No ADRs on file.

Allergies:  No Known Allergies
===============================================================================

```
Location            St Sch Administration Date  By        Body Site
Units           Units of
                                                          Medication & Dosage
GIVEN           Administration
-------------------------------------------------------------------------------
-------------------------------------------------------------------------------
<<<< NO HISTORY FOUND FOR THIS TIME FRAME >>>>
===============================================================================
```

Ward:   Room-Bed:

-------------------------------------------------------------------------------
End of report

Order Details - 28350312

============================================================
*** WORK COPY ONLY ***                    Printed: Sep 01, 2020  09:35

HYDROCODONE 10/ACETAMINOPHEN 325MG TAB
TAKE 1 TABLET BY MOUTH THREE TIMES A DAY AS NEEDED FOR PAIN - DO NOT  EXCEED
4000MG OF ACETAMINOPHEN (APAP) PER DAY FROM ANY AND ALL SOURCES
Quantity: 90 Refills: 0
<Discontinued by Pharmacy>

Activity:
09/17/2019 12:14  New Order entered by PETERSON,JOHN A (MEDICAL DOCTOR)
      Order Text:        HYDROCODONE 10/ACETAMINOPHEN 325MG TAB
                         TAKE 1 TABLET BY MOUTH THREE TIMES A DAY AS NEEDED FOR PAIN
- DO NOT  EXCEED
                         4000MG OF ACETAMINOPHEN (APAP) PER DAY FROM ANY AND ALL
SOURCES
                         Quantity: 90 Refills: 0
      Nature of Order:   ELECTRONICALLY ENTERED
      Dig Signature:     PETERSON,JOHN A (MEDICAL DOCTOR) on 09/17/2019 12:16
10/15/2019 09:18  Discontinued by HOAGLAND,ADAM W (PHARMACIST, OUT)
      Reason for DC:     Discontinued by Pharmacy

Current Data:
Treating Specialty:
Ordering Location:       DAN CHRONIC PAIN CARE MD
Start Date/Time:         09/17/2019
Stop Date/Time:          10/15/2019
Current Status:          DISCONTINUED
   Orders that have been explicitly stopped.
Order #28350312

Order:
Medication:              HYDROCODONE 10/ACETAMINOPHEN 325MG OP TAB
Dispense Drug:           HYDROCODONE 10/ACETAMINOPHEN 325MG TAB
Instructions:            1 TABLET ORAL TID PRN
Sig:
   TAKE 1 TABLET BY MOUTH THREE TIMES A DAY AS NEEDED FOR PAIN - DO NOT
   EXCEED 4000MG OF ACETAMINOPHEN (APAP) PER DAY FROM ANY AND ALL SOURCES
Patient Instructions:
   FOR PAIN - DO NOT EXCEED 4000MG OF ACETAMINOPHEN (APAP) PER DAY FROM ANY
   AND ALL SOURCES
Start:                   0
Days Supply:             30
Quantity:                90
Refills:                 0
Pick Up:                 WINDOW
Priority:                ROUTINE

Dispense Drugs (units/dose):  HYDROCODONE 10/ACETAMINOPHEN 325MG TAB ()
Last Filled:             9/17/19
Refills Remaining:       0
Filled:                  9/17/19 (Window) released 9/17/19
                         LF 8/21; FILL EARLY 9/17 PER DR PETERSON
Prescription#:           5408363
Pharmacist:              HOAGLAND,ADAM W

------------------------------------------------------------------------
Page 1

𝓊

Order Details - 28350312



*** WORK COPY ONLY ***                    Printed: Sep 01, 2020  09:35


First Party Pay Exemptions
Order Checks:
HIGH:       Duplicate Therapy: Order(s) exist for {HYDROCODONE 10/ACETAMINOPHEN
            325MG TAB [EXPIRED]} in the same therapeutic categor(ies):
            Non-Opioid Analgesic/Antipyretic, Non-Salicylate, Opioid
            Analgesics- IR (with all antitussive opiates)
HIGH:       IMED PATIENT AGREEMENT FOR NARC
            *** Patient has a signed "IMED PATIENT AGREEMENT FOR NARCOTIC
            DRUGS" ***

            Computed Finding: VA-Progress Note
            04/04/2019@17:27:53 value - CONSENT FOR LONG-TERM OPIOIDS FOR
            PAIN;
            Author: CARTER,TISHA L


HIGH:       Potential dangerous drug combination with a BENZODIAZEPINE
            Combination of Benzodiazepines and Opioids may result in
            potentially unsafe
            drug interactions; prescribing of Opioids and Benzodiazepines
            concurrently has
            been shown to have a 4-fold increased risk of OVERDOSE in the
            Veteran
            population (BMJ 2015;350:h2698).

            Co-prescribing opioid and benzodiazepines is particularly dangerous
            when
            patients have other risk factors for overdose or suicide.  The
            Stratification
            Tool for Opioid Risk Mitigation (STORM) decision support tool
            provides
            estimates of adverse event risk, a summary of risk factors, and
            recommended
            risk mitigation interventions and treatment alternatives for
            patients.  Review
            STORM by cutting and pasting this URL link into your browser:
            http://go.va.gov/ijob

MODERATE:   Duplicate opioid medications:  [1] MORPHINE SULFATE SA TAB,SA  15MG
            TAKE ONE TABLET BY MOUTH THREE TIMES A DAY FOR PAIN Chronic back
            and knee pain  [UNRELEASED],  [2] MORPHINE SULFATE SA TAB,SA  30MG
            TAKE ONE TABLET BY MOUTH THREE TIMES A DAY FOR PAIN Chronic back
            and knee pain.  Take with 15mg SA  [UNRELEASED]
Override:   PETERSON,JOHN A (MEDICAL DOCTOR) on 09/17/2019 12:15
            Chronic Medication



Page 2

Order Details – 28350312

*** WORK COPY ONLY ***                              Printed: Sep 01, 2020  09:35

==============================================================================
==============================================

MEDICATION HISTORY for JUL 03, 2020  to  SEP 01, 2020
Run Date: SEP 01, 2020@09:35
Include Inpatient and Clinic Orders

Page: 1
MEDICATIONS SEARCH LIST: HYDROCODONE 10/ACETAMINOPHEN 325MG OP

Patient:                          SSN:                    DOB:

Sex:      MALE                    Ht/Wt:    183cm/113.85kg     Ward:
Rm:
Dx:                               Last Mvmt: APR 13,2013@09:30     Type:
DISCHARGE

ADRs:      No ADRs on file.

Allergies:  No Known Allergies
==============================================================================

Location              St Sch Administration Date    By       Body Site
Units           Units of
                                                         Medication & Dosage
GIVEN           Administration
-----------------------------------------------------------------------------
-----------------------------------------------------
<<<< NO HISTORY FOUND FOR THIS TIME FRAME >>>>
==============================================================================

Ward:   Room-Bed:

-----------------------------------------------------------------------------
End of report

Order Details - 28685565

*** WORK COPY ONLY ***                            Printed: Sep 01, 2020  09:22

HYDROCODONE 10/ACETAMINOPHEN 325MG TAB
TAKE 1 TABLET BY MOUTH THREE TIMES A DAY AS NEEDED FOR PAIN - DO NOT  EXCEED
4000MG OF ACETAMINOPHEN (APAP) PER DAY FROM ANY AND ALL SOURCES
Quantity: 90 Refills: 0

Activity:
12/23/2019 15:32  New Order entered by PETERSON,JOHN A (MEDICAL DOCTOR)
        Order Text:        HYDROCODONE 10/ACETAMINOPHEN 325MG TAB
                           TAKE 1 TABLET BY MOUTH THREE TIMES A DAY AS NEEDED FOR PAIN
- DO NOT  EXCEED
                           4000MG OF ACETAMINOPHEN (APAP) PER DAY FROM ANY AND ALL
SOURCES
                           Quantity: 90 Refills: 0
        Nature of Order:   ELECTRONICALLY ENTERED
        Dig Signature:     PETERSON,JOHN A (MEDICAL DOCTOR) on 12/23/2019 15:46

Current Data:
Treating Specialty:
Ordering Location:        DAN CHRONIC PAIN CARE MD
Start Date/Time:          01/15/2020
Stop Date/Time:           01/22/2020
Current Status:           EXPIRED
  Orders that have a stop date which has expired.  e.g., Unit Dose
  orders expire at some sites 14 days after the order is created,
  but may be renewed within a hospital designated time
  after the expiration date.
Order #28685565

Order:
Medication:               HYDROCODONE 10/ACETAMINOPHEN 325MG OP TAB
Dispense Drug:            HYDROCODONE 10/ACETAMINOPHEN 325MG TAB
Instructions:            1 TABLET ORAL TID PRN
Sig:
  TAKE 1 TABLET BY MOUTH THREE TIMES A DAY AS NEEDED FOR PAIN - DO NOT
  EXCEED 4000MG OF ACETAMINOPHEN (APAP) PER DAY FROM ANY AND ALL SOURCES
Patient Instructions:
  FOR PAIN - DO NOT EXCEED 4000MG OF ACETAMINOPHEN (APAP) PER DAY FROM ANY
  AND ALL SOURCES
Start:                    0
Days Supply:              30
Quantity:                 90
Refills:                  0
Pick Up:                  MAIL
Priority:                 ROUTINE

Dispense Drugs (units/dose): HYDROCODONE 10/ACETAMINOPHEN 325MG TAB ()
Last Filled:              1/15/20
Refills Remaining:        0
Filled:                   1/15/20 (Mail)
                          LF 12/16/19
Return to Stock:          Jan 13, 2020@12:02:54 by CUNNINGHAM-STONEWALL,ASHLEE
BRIE

------------------------------------------------------------------------
Page 1

Order Details - 28685565

*** WORK COPY ONLY ***                          Printed: Sep 01, 2020  09:22

                         Comments: Per Pharmacy Request
Prescription#:           5464490
Pharmacist:              MOHAMMED,RAZZAK ABDUL


First Party Pay Exemptions
Order Checks:
HIGH:      Duplicate Therapy: Order(s) exist for {HYDROCODONE 10/ACETAMINOPHEN
           325MG TAB [ACTIVE]} in the same therapeutic categor(ies):
           Non-Opioid Analgesic/Antipyretic, Non-Salicylate, Opioid
           Analgesics- IR (with all antitussive opiates)
HIGH:      IMED PATIENT AGREEMENT FOR NARC
           *** Patient has a signed "IMED PATIENT AGREEMENT FOR NARCOTIC
           DRUGS" ***

           Computed Finding: VA-Progress Note
           04/04/2019@17:27:53 value - CONSENT FOR LONG-TERM OPIOIDS FOR
           PAIN;
           Author: CARTER,TISHA L


MODERATE:  Duplicate opioid medications:  [1] MORPHINE SULFATE SA TAB,SA  30MG
           TAKE ONE TABLET BY MOUTH THREE TIMES A DAY FOR CHRONIC BACK AND
           KNEE PAIN.  TAKE WITH MORPHINE 15MG SA TABLET  [ACTIVE], [2]
           MORPHINE SULFATE SA TAB,SA  15MG TAKE ONE TABLET BY MOUTH THREE
           TIMES A DAY  FOR CHRONIC BACK AND KNEE PAIN  [ACTIVE]
Override:  PETERSON,JOHN A (MEDICAL DOCTOR) on 12/23/2019 15:46
           Chronic Medication

===========================================================================


===========================================================================
===========================================================

MEDICATION HISTORY for JUL 03, 2020  to  SEP 01, 2020
Run Date: SEP 01, 2020@09:22
Include Inpatient and Clinic Orders

Page: 1
MEDICATIONS SEARCH LIST: HYDROCODONE 10/ACETAMINOPHEN 325MG OP

Patient:                           SSN:                   DOB:
Sex:    MALE                       Ht/Wt:   183cm/113.85kg    Ward:
Rm:
Dx:                                Last Mvmt: APR 13,2013@09:30   Type:
DISCHARGE

ADRs:     No ADRs on file.

Allergies:  No Known Allergies

-----------------------------------------------------------------
Page 2

Order Details - 28685565

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬                                           Jun 18, 1987 (32)
=========================================================================
*** WORK COPY ONLY ***                    Printed: Sep 01, 2020  09:22


=========================================================================
==============================================
Location             St Sch Administration Date    By        Body Site
Units            Units of
                                                      Medication & Dosage
GIVEN            Administration
-------------------------------------------------------------------------
-------------------------------------------------
<<<< NO HISTORY FOUND FOR THIS TIME FRAME >>>>
=========================================================================
==============================================
▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬                              ▬▬▬▬▬▬▬▬▬▬▬▬▬
Ward:   Room-Bed:


-----------------------------------------------------------------------
End of report

Order Details - 28504032

\*\*\* WORK COPY ONLY \*\*\*                          Printed: Sep 01, 2020  09:31

NOCTURNAL OXIMETRY OUTPT Cons Consultant's Choice
<DISCONTINUED BY SERVICE>

Activity:
10/30/2019 14:32  New Order entered by PETERSON,JOHN A (MEDICAL DOCTOR)
        UCID:            550_1958044
        Order Text:      NOCTURNAL OXIMETRY OUTPT Cons Consultant's Choice
        Nature of Order: ELECTRONICALLY ENTERED
        Elec Signature:  PETERSON,JOHN A (MEDICAL DOCTOR) on 10/30/2019 14:34
12/26/2019 08:08  Discontinued by EDWARDS,JENNIFER L (MEDICAL SUPPORT)
        Reason for DC:   DISCONTINUED BY SERVICE

Current Data:
Treating Specialty:
Ordering Location:        DAN CHRONIC PAIN CARE MD
Start Date/Time:          10/30/2019 14:34
Stop Date/Time:           12/26/2019 08:08
Current Status:           DISCONTINUED
  Orders that have been explicitly stopped.
Order #28504032

Order:
Consult to Service/Specialty: NOCTURNAL OXIMETRY OUTPT
Reason for Request:
    ***************************************************************
        SERVICE CONNECTED DISABILITIES:
    TRAUMATIC BRAIN DISEASE  0%  SC
    LIMITED MOTION OF ARM  0%  SC
    TINNITUS  0%  SC
    KNEE CONDITION  0%  SC
    POST-TRAUMATIC STRESS DISORDER  0%  SC
    IMPAIRED HEARING  0%  SC
    MIGRAINE HEADACHES  0%  SC
    PARALYSIS OF SCIATIC NERVE  0%  SC
    HIATAL HERNIA  0%  SC
    LUMBOSACRAL OR CERVICAL STRAIN  0%  SC
    PARALYSIS OF SCIATIC NERVE  0%  SC
    LIMITATION OF MOTION, INDEX OR LONG FINGER  0%  SC
    ***************************************************************
        ALL PATIENTS WITH 50% OR GREATER SERVICE RELATED DISABILITIES,
     OR THOSE SEEKING CARE/TREATMENT FOR THEIR SERVICE RELATED CONDITION
             MUST BE SEEN WITHIN 30 DAYS OF CONSULT REQUEST
    ***************************************************************
    Is this patient on 23 hour Observation Admission?
  [ NO ]

    REASON for CONSULT: High dose opioid therapy.

Category:                 OUTPATIENT
Urgency:                  ROUTINE
Clinically Indicated Date: Oct 30, 2019
Place of Consultation:    Consultant's Choice

--------------------------------------------------------------------------
Page 1

Order Details - 28504032

*** WORK COPY ONLY ***                    Printed: Sep 01, 2020  09:31
============================================================================

Provisional Diagnosis:      Sleep Apnea, unspecified (ICD-10-CM G47.30)
Consult No.:                1958044

------------------------------------------------------------------------
End of report

Order Details - 28504987;2

*** WORK COPY ONLY ***                    Printed: Sep 01, 2020  09:28

ORTHOPEDIC CONSULT OUTPT Cons Consultant's Choice
<DISCONTINUED BY SERVICE>

Activity:
10/30/2019 18:57  New Order entered by PETERSON,JOHN A (MEDICAL DOCTOR)
     UCID:               550_1958163
     Order Text:         REHABILITATION MEDICINE SERVICE OUTPT Cons Consultant's
Choice
     Nature of Order:    ELECTRONICALLY ENTERED
     Elec Signature:     PETERSON,JOHN A (MEDICAL DOCTOR) on 10/30/2019 18:57
10/31/2019 15:32  Change entered by DRAKE,MEGAN R (AMSA)
     Changed to:         ORTHOPEDIC CONSULT OUTPT Cons Consultant's Choice
     Nature of Order:    SERVICE CORRECTION
     Signature:          SERVICE CORRECTION TO SIGNED ORDER
11/19/2019 13:45  Discontinued by DAVIS,LAURA K (MEDICAL SUPPORT)
     Reason for DC:      DISCONTINUED BY SERVICE

Current Data:
Treating Specialty:
Ordering Location:        DAN CHRONIC PAIN CARE MD
Start Date/Time:          10/30/2019 18:57
Stop Date/Time:           11/19/2019 13:45
Current Status:           DISCONTINUED
  Orders that have been explicitly stopped.
Order #28504987

Order:
Consult to Service/Specialty: ORTHOPEDIC CONSULT OUTPT
Reason for Request:
  REASON FOR REQUEST:
  Bilateral post-traumatic knee pain, has benefited from injections at
  Sarah Bush
  in
  past, too young for replacement. X-rays taken.
  ----------Do not add or change text below this line----------
  ROUTINE - No later than date: 12/02/2019
  DST ID: 81e25dd7-e805-441d-9fe3-01be378757c7
Category:                 OUTPATIENT
Urgency:                  ROUTINE
Clinically Indicated Date:  Nov 04, 2019
Place of Consultation:    Consultant's Choice
Provisional Diagnosis:    Pain in left Knee (ICD-10-CM M25.562)
Consult No.:              1958163


--------------------------------------------------------------------
End of report

Order Details - 28685604

==================================================================
*** WORK COPY ONLY ***                    Printed: Sep 01, 2020  09:22


REHABILITATION MEDICINE SERVICE OUTPT Cons Consultant's Choice
<DISCONTINUED BY SERVICE>

Activity:
12/23/2019 15:41  New Order entered by PETERSON,JOHN A (MEDICAL DOCTOR)
     UCID:            550_1977806
     Order Text:      REHABILITATION MEDICINE SERVICE OUTPT Cons Consultant's
Choice
     Nature of Order:  ELECTRONICALLY ENTERED
     Elec Signature:   PETERSON,JOHN A (MEDICAL DOCTOR) on 12/23/2019 15:46
01/14/2020 09:08  Discontinued by DRAKE,MEGAN R (AMSA)
     Reason for DC:    DISCONTINUED BY SERVICE

Current Data:
Treating Specialty:
Ordering Location:       DAN CHRONIC PAIN CARE MD
Start Date/Time:         12/23/2019 15:46
Stop Date/Time:          01/14/2020 09:08
Current Status:          DISCONTINUED
  Orders that have been explicitly stopped.
Order #28685604

Order:
Consult to Service/Specialty: REHABILITATION MEDICINE SERVICE OUTPT
Reason for Request:
  --------------- MISSION Act Decision Support Information ---------------
  Routine - No Later Than Date: 02/03/2020
  DST ID: 06376ef3-2fde-454b-ac4d-1b8ef51b7eb7
  --------------- Do not change text above this line ---------------
  REASON FOR REQUEST:
  Bilateral knee arthritis, recent X-rays.  Seeks injections and evaluation
  for
  braces.
Category:                OUTPATIENT
Urgency:                 ROUTINE
Clinically Indicated Date:  Jan 06, 2020
Place of Consultation:   Consultant's Choice
Provisional Diagnosis:   Other specified Arthritis, unspecified Knee
                         (ICD-10-CM M13.869)
Consult No.:             1977806


-----------------------------------------------------------------------
End of report

Order Details - 27908946



=================================================================
*** WORK COPY ONLY ***                    Printed: Sep 01, 2020   09:38


HYDROCODONE 10/ACETAMINOPHEN 325MG TAB
TAKE 1 TABLET BY MOUTH THREE TIMES A DAY AS NEEDED FOR PAIN - DO NOT  EXCEED
4000MG OF ACETAMINOPHEN (APAP) PER DAY FROM ANY AND ALL SOURCES
Quantity: 90 Refills: 0
<Discontinued by Pharmacy>

Activity:
05/17/2019 11:09  New Order entered by MORRIS,DOROTHY M (REGISTERED NURS)
     Order Text:          HYDROCODONE 10/ACETAMINOPHEN 325MG TAB
                          TAKE 1 TABLET BY MOUTH THREE TIMES A DAY AS NEEDED FOR PAIN
- DO NOT  EXCEED
                          4000MG OF ACETAMINOPHEN (APAP) PER DAY FROM ANY AND ALL
SOURCES
                          Quantity: 90 Refills: 0
     Nature of Order:    ELECTRONICALLY ENTERED
      Dig Signature:     PETERSON,JOHN A (MEDICAL DOCTOR) on 05/17/2019 11:21
06/06/2019 16:22  Discontinued by RAYAMAJHI,AMIT (PHARMACIST, OUT)
     Reason for DC:      Discontinued by Pharmacy

Current Data:
Treating Specialty:
Ordering Location:        DAN PACT GREEN NURSE
Start Date/Time:          05/23/2019
Stop Date/Time:           06/06/2019
Current Status:           DISCONTINUED
  Orders that have been explicitly stopped.
Order #27908946

Order:
Medication:               HYDROCODONE 10/ACETAMINOPHEN 325MG OP TAB
Dispense Drug:            HYDROCODONE 10/ACETAMINOPHEN 325MG TAB
Instructions:             1 TABLET ORAL TID PRN
Sig:
  TAKE 1 TABLET BY MOUTH THREE TIMES A DAY AS NEEDED FOR PAIN - DO NOT
  EXCEED 4000MG OF ACETAMINOPHEN (APAP) PER DAY FROM ANY AND ALL SOURCES
Patient Instructions:
  FOR PAIN - DO NOT EXCEED 4000MG OF ACETAMINOPHEN (APAP) PER DAY FROM ANY
  AND ALL SOURCES
Start:                    0
Days Supply:              30
Quantity:                 90
Refills:                  0
Pick Up:                  MAIL
Priority:                 ROUTINE

Dispense Drugs (units/dose):  HYDROCODONE 10/ACETAMINOPHEN 325MG TAB ()
Last Filled:              5/23/19
Refills Remaining:        0
Filled:                   5/23/19 (Mail) released 5/20/19
Prescription#:            5338072
Pharmacist:               CUNNINGHAM-STONEWALL,ASHLEE BRIE


-----------------------------------------------------------------------
Page 1

USA0095

95

Order Details – 27908946



=====================================================================
*** WORK COPY ONLY ***                    Printed: Sep 01, 2020  09:38


First Party Pay Exemptions
For conditions related to:    SERVICE CONNECTED CONDITION
Order Checks:
HIGH:         Duplicate Therapy: Order(s) exist for {HYDROCODONE 10/ACETAMINOPHEN
              325MG TAB [ACTIVE]} in the same therapeutic categor(ies):
              Non-Opioid Analgesic/Antipyretic, Non-Salicylate, Opioid
              Analgesics- IR (with all antitussive opiates)
HIGH:         IMED PATIENT AGREEMENT FOR NARC
              *** Patient has a signed "IMED PATIENT AGREEMENT FOR NARCOTIC
              DRUGS" ***

              Computed Finding: VA-Progress Note
              04/04/2019@17:27:53 value - CONSENT FOR LONG-TERM OPIOIDS FOR
              PAIN;
              Author: CARTER,TISHA L


MODERATE:     Duplicate opioid medications:  [1] MORPHINE SULFATE SA TAB,SA  60MG
              TAKE ONE TABLET BY MOUTH TWICE A DAY  FOR PAIN  [UNRELEASED],  [2]
              MORPHINE SULFATE SA TAB,SA  60MG TAKE ONE TABLET BY MOUTH TWICE A
              DAY  FOR PAIN  [ACTIVE]
Override:     PETERSON,JOHN A (MEDICAL DOCTOR) on 05/17/2019 11:21
              Chronic Medication

=====================================================================


=====================================================================
=============================================

MEDICATION HISTORY for JUL 03, 2020  to  SEP 01, 2020
Run Date: SEP 01, 2020@09:38
Include Inpatient and Clinic Orders

Page: 1
MEDICATIONS SEARCH LIST: HYDROCODONE 10/ACETAMINOPHEN 325MG OP

Patient:                              SSN:                    DOB:

Sex:      MALE                        Ht/Wt:  183cm/113.85kg  Ward:
Rm:
Dx:                                   Last Mvmt: APR 13,2013@09:30  Type:
DISCHARGE

ADRs:        No ADRs on file.

Allergies:  No Known Allergies
=====================================================================
=====================================================================
Location            St Sch Administration Date   By       Body Site
Units            Units of

-------------------------------------------------------------------
Page 2

Order Details - 27908946

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓    ▓▓▓▓▓▓▓▓▓▓▓            ▓▓▓▓▓▓▓▓▓▓▓▓

*** WORK COPY ONLY ***                    Printed: Sep 01, 2020  09:38

                                          Medication & Dosage
GIVEN          Administration
-----------------------------------------------------------------------------
-------------------------------------------------
<<<< NO HISTORY FOUND FOR THIS TIME FRAME >>>>
=============================================================================
===================================================
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓                      ▓▓▓▓▓▓▓▓▓▓▓▓▓
Ward:    Room-Bed:

-----------------------------------------------------------------------
End of report

Order Details - 28504987

```
*** WORK COPY ONLY ***                      Printed: Sep 01, 2020  09:29
```

REHABILITATION MEDICINE SERVICE OUTPT Cons Consultant's Choice
<DISCONTINUED BY SERVICE>

Activity:
10/30/2019 18:57  New Order entered by PETERSON,JOHN A (MEDICAL DOCTOR)
     UCID:           550_1958163
     Order Text:     REHABILITATION MEDICINE SERVICE OUTPT Cons Consultant's
Choice
     Nature of Order:   ELECTRONICALLY ENTERED
     Elec Signature:    PETERSON,JOHN A (MEDICAL DOCTOR) on 10/30/2019 18:57
10/31/2019 15:32  Change entered by DRAKE,MEGAN R (AMSA)
     Changed to:        ORTHOPEDIC CONSULT OUTPT Cons Consultant's Choice
     Nature of Order:   SERVICE CORRECTION
     Signature:         SERVICE CORRECTION TO SIGNED ORDER
11/19/2019 13:45  Discontinued by DAVIS,LAURA K (MEDICAL SUPPORT)
     Reason for DC:     DISCONTINUED BY SERVICE

Current Data:
Treating Specialty:
Ordering Location:        DAN CHRONIC PAIN CARE MD
Start Date/Time:          10/30/2019 18:57
Stop Date/Time:           11/19/2019 13:45
Current Status:           DISCONTINUED
   Orders that have been explicitly stopped.
Order #28504987

Order:
Consult to Service/Specialty: ORTHOPEDIC CONSULT OUTPT
Reason for Request:
   REASON FOR REQUEST:
   Bilateral post-traumatic knee pain, has benefited from injections at
   Sarah Bush
   in
   past, too young for replacement. X-rays taken.
   ----------Do not add or change text below this line----------
   ROUTINE - No later than date: 12/02/2019
   DST ID: 81e25dd7-e805-441d-9fe3-01be378757c7
Category:                 OUTPATIENT
Urgency:                  ROUTINE
Clinically Indicated Date:  Nov 04, 2019
Place of Consultation:    Consultant's Choice
Provisional Diagnosis:    Pain in left Knee (ICD-10-CM M25.562)
Consult No.:              1958163


------------------------------------------------------------------------
End of report

Order Details - 28685616

*** WORK COPY ONLY ***                    Printed: Sep 01, 2020  09:22
==============================================================================

PHYSICAL THERAPY CHRONIC PAIN CLINIC CONSULT OUTPT Cons Consultant's Choice
<DISCONTINUED BY SERVICE>

Activity:
12/23/2019 15:45  New Order entered by PETERSON,JOHN A (MEDICAL DOCTOR)
    UCID:            550_1977805
    Order Text:      PHYSICAL THERAPY CHRONIC PAIN CLINIC CONSULT OUTPT Cons
Consultant's Choice
    Nature of Order:    ELECTRONICALLY ENTERED
    Elec Signature:     PETERSON,JOHN A (MEDICAL DOCTOR) on 12/23/2019 15:46
01/13/2020 12:09  Discontinued by KEGLEY,LEAH ANN (MEDICAL SUPPORT)
    Reason for DC:      DISCONTINUED BY SERVICE

Current Data:
Treating Specialty:
Ordering Location:        DAN CHRONIC PAIN CARE MD
Start Date/Time:          12/23/2019 15:46
Stop Date/Time:           01/13/2020 12:09
Current Status:           DISCONTINUED
  Orders that have been explicitly stopped.
Order #28685616

Order:
Consult to Service/Specialty: PHYSICAL THERAPY CHRONIC PAIN CLINIC CONSULT
                              OUTPT
Reason for Request:
    ---------------- MISSION Act Decision Support Information ---------------
    Routine - No Later Than Date: 02/03/2020
    DST ID: 06575078-6033-48af-97dc-588ceee64bec
    ---------------- Do not change text above this line ----------------
    DIAGNOSIS: (PLEASE LIST DX YOU WANT PATIENT TO HAVE THERAPY FOR PLUS ALL
    OTHER PERTINENT DIAGNOSES):
    Chronic Low Back Pain
Category:                 OUTPATIENT
Urgency:                  ROUTINE
Clinically Indicated Date: Jan 06, 2020
Place of Consultation:    Consultant's Choice
Provisional Diagnosis:    Low Back Pain (ICD-10-CM M54.5)
Consult No.:              1977805


------------------------------------------------------------------------
End of report

Order Details - 28504119

*** WORK COPY ONLY ***                      Printed: Sep 01, 2020  09:30

HYDROCODONE 10/ACETAMINOPHEN 325MG TAB
TAKE 1 TABLET BY MOUTH THREE TIMES A DAY AS NEEDED FOR PAIN - DO NOT  EXCEED
4000MG OF ACETAMINOPHEN (APAP) PER DAY FROM ANY AND ALL SOURCES
Quantity: 90 Refills: 0

Activity:
10/30/2019 14:44  New Order entered by PETERSON,JOHN A (MEDICAL DOCTOR)
        Order Text:         HYDROCODONE 10/ACETAMINOPHEN 325MG TAB
                            TAKE 1 TABLET BY MOUTH THREE TIMES A DAY AS NEEDED FOR PAIN
- DO NOT  EXCEED
                            4000MG OF ACETAMINOPHEN (APAP) PER DAY FROM ANY AND ALL
SOURCES
                            Quantity: 90 Refills: 0
        Nature of Order:    ELECTRONICALLY ENTERED
        Dig Signature:      PETERSON,JOHN A (MEDICAL DOCTOR) on 10/30/2019 14:49

Current Data:
Treating Specialty:
Ordering Location:          DAN CHRONIC PAIN CARE MD
Start Date/Time:            11/16/2019
Stop Date/Time:             11/29/2019
Current Status:             EXPIRED
   Orders that have a stop date which has expired.  e.g., Unit Dose
   orders expire at some sites 14 days after the order is created,
   but may be renewed within a hospital designated time
   after the expiration date.
Order #28504119

Order:
Medication:                 HYDROCODONE 10/ACETAMINOPHEN 325MG OP TAB
Dispense Drug:              HYDROCODONE 10/ACETAMINOPHEN 325MG TAB
Instructions:              1 TABLET ORAL TID PRN
Sig:
   TAKE 1 TABLET BY MOUTH THREE TIMES A DAY AS NEEDED FOR PAIN - DO NOT
   EXCEED 4000MG OF ACETAMINOPHEN (APAP) PER DAY FROM ANY AND ALL SOURCES
Patient Instructions:
   FOR PAIN - DO NOT EXCEED 4000MG OF ACETAMINOPHEN (APAP) PER DAY FROM ANY
   AND ALL SOURCES
Start:                      0
Days Supply:                30
Quantity:                   90
Refills:                    0
Pick Up:                    MAIL
Priority:                   ROUTINE

Dispense Drugs (units/dose): HYDROCODONE 10/ACETAMINOPHEN 325MG TAB ()
Last Filled:                11/16/19
Refills Remaining:          0
Filled:                     11/16/19 (Mail) released 11/13/19
                            1f 10/17; fill 11/16\
Prescription#:              5433908
Pharmacist:                 HOAGLAND,ADAM W

------------------------------------------------------------------------
Page 1

USA0100

Order Details - 28504119

===========================================================================

*** WORK COPY ONLY ***                          Printed: Sep 01, 2020  09:30


First Party Pay Exemptions
For conditions related to:    SERVICE CONNECTED CONDITION
Order Checks:
HIGH:         Duplicate Therapy: Order(s) exist for (HYDROCODONE 10/ACETAMINOPHEN
              325MG TAB [ACTIVE]) in the same therapeutic categor(ies):
              Non-Opioid Analgesic/Antipyretic, Non-Salicylate, Opioid
              Analgesics- IR (with all antitussive opiates)
HIGH:         IMED PATIENT AGREEMENT FOR NARC
              *** Patient has a signed "IMED PATIENT AGREEMENT FOR NARCOTIC
              DRUGS" ***

              Computed Finding: VA-Progress Note
              04/04/2019@17:27:53 value - CONSENT FOR LONG-TERM OPIOIDS FOR
              PAIN;
              Author: CARTER,TISHA L


MODERATE:     Duplicate opioid medications:  [1] MORPHINE SULFATE SA TAB,SA  15MG
              TAKE ONE TABLET BY MOUTH THREE TIMES A DAY  FOR CHRONIC BACK AND
              KNEE PAIN  [ACTIVE],  [2] MORPHINE SULFATE SA TAB,SA  30MG TAKE ONE
              TABLET BY MOUTH THREE TIMES A DAY  FOR CHRONIC BACK AND KNEE PAIN.
              TAKE WITH 15MG SA  [ACTIVE]
Override:     PETERSON,JOHN A (MEDICAL DOCTOR) on 10/30/2019 14:49
              Chronic Medication

===========================================================================


===========================================================================
===========================================================

MEDICATION HISTORY for JUL 03, 2020  to  SEP 01, 2020
Run Date: SEP 01, 2020@09:30
Include Inpatient and Clinic Orders

Page: 1
MEDICATIONS SEARCH LIST: HYDROCODONE 10/ACETAMINOPHEN 325MG OP

Patient:                           SSN:                    DOB:

Sex:     MALE                      Ht/Wt:    183cm/113.85kg  Ward:
Rm:
Dx:                                Last Mvmt: APR 13,2013@09:30  Type:
DISCHARGE

ADRs:     No ADRs on file.

Allergies:  No Known Allergies
===========================================================================
===========================================================


-----------------------------------------------------------------------
Page 2

Order Details - 28504119

```
=====================================================================
*** WORK COPY ONLY ***                    Printed: Sep 01, 2020  09:30

Location          St Sch Administration Date    By      Body Site
Units         Units of
                                                  Medication & Dosage
GIVEN         Administration
---------------------------------------------------------------------
---------------------------------------------------------------------
<<<< NO HISTORY FOUND FOR THIS TIME FRAME >>>>
=====================================================================
=================================================
```

Ward:   Room-Bed:

```
---------------------------------------------------------------------
End of report
```

Order Details - 28445728

=======================================================================

*** WORK COPY ONLY ***                    Printed: Sep 01, 2020  09:32


HYDROCODONE 10/ACETAMINOPHEN 325MG TAB
TAKE 1 TABLET BY MOUTH THREE TIMES A DAY AS NEEDED FOR PAIN - DO NOT  EXCEED
4000MG OF ACETAMINOPHEN (APAP) PER DAY FROM ANY AND ALL SOURCES
Quantity: 90 Refills: 0
<Discontinued by Pharmacy>

Activity:
10/14/2019 21:29  New Order entered by PETERSON,JOHN A (MEDICAL DOCTOR)
     Order Text:        HYDROCODONE 10/ACETAMINOPHEN 325MG TAB
                        TAKE 1 TABLET BY MOUTH THREE TIMES A DAY AS NEEDED FOR PAIN
- DO NOT  EXCEED
                        4000MG OF ACETAMINOPHEN (APAP) PER DAY FROM ANY AND ALL
SOURCES
                        Quantity: 90 Refills: 0
     Nature of Order:   ELECTRONICALLY ENTERED
      Dig Signature:    PETERSON,JOHN A (MEDICAL DOCTOR) on 10/14/2019 21:30
10/30/2019 15:01  Discontinued by HOAGLAND,ADAM W (PHARMACIST, OUT)
     Reason for DC:     Discontinued by Pharmacy

Current Data:
Treating Specialty:
Ordering Location:       DAN CHRONIC PAIN CARE MD
Start Date/Time:         10/17/2019
Stop Date/Time:          10/30/2019
Current Status:          DISCONTINUED
  Orders that have been explicitly stopped.
Order #28445728

Order:
Medication:              HYDROCODONE 10/ACETAMINOPHEN 325MG OP TAB
Dispense Drug:           HYDROCODONE 10/ACETAMINOPHEN 325MG TAB
Instructions:            1 TABLET ORAL TID PRN
Sig:
  TAKE 1 TABLET BY MOUTH THREE TIMES A DAY AS NEEDED FOR PAIN - DO NOT
  EXCEED 4000MG OF ACETAMINOPHEN (APAP) PER DAY FROM ANY AND ALL SOURCES
Patient Instructions:
  FOR PAIN - DO NOT EXCEED 4000MG OF ACETAMINOPHEN (APAP) PER DAY FROM ANY
  AND ALL SOURCES
Start:                   0
Days Supply:             30
Quantity:                90
Refills:                 0
Pick Up:                 WINDOW
Priority:                ROUTINE

Dispense Drugs (units/dose):  HYDROCODONE 10/ACETAMINOPHEN 325MG TAB ()
Last Filled:             10/17/19
Refills Remaining:       0
Filled:                  10/17/19 (Window) released 10/15/19
                         1f 9/17; fill 10/17
Prescription#:           5424392
Pharmacist:              HOAGLAND,ADAM W


-----------------------------------------------------------------------
Page 1

Order Details - 28445728

\*\*\* WORK COPY ONLY \*\*\*                          Printed: Sep 01, 2020  09:32


First Party Pay Exemptions
Order Checks:
HIGH:        Duplicate Therapy: Order(s) exist for {HYDROCODONE 10/ACETAMINOPHEN
             325MG TAB [ACTIVE]} in the same therapeutic categor(ies):
             Non-Opioid Analgesic/Antipyretic, Non-Salicylate, Opioid
             Analgesics- IR (with all antitussive opiates)
HIGH:        IMED PATIENT AGREEMENT FOR NARC
             \*\*\* Patient has a signed "IMED PATIENT AGREEMENT FOR NARCOTIC
             DRUGS" \*\*\*

             Computed Finding: VA-Progress Note
             04/04/2019@17:27:53 value - CONSENT FOR LONG-TERM OPIOIDS FOR
             PAIN;
             Author: CARTER,TISHA L


MODERATE:    Duplicate opioid medications:  [1] MORPHINE SULFATE SA TAB,SA  30MG
             TAKE ONE TABLET BY MOUTH THREE TIMES A DAY FOR CHRONIC BACK AND
             KNEE PAIN.  TAKE WITH 15MG SA  [ACTIVE],  [2] MORPHINE SULFATE SA
             TAB,SA  15MG TAKE ONE TABLET BY MOUTH THREE TIMES A DAY FOR CHRONIC
             BACK AND KNEE PAIN  [ACTIVE]
Override:    PETERSON,JOHN A (MEDICAL DOCTOR) on 10/14/2019 21:30
             Chropnic Medication

==========================================================================


==========================================================================

MEDICATION HISTORY for JUL 03, 2020  to  SEP 01, 2020
Run Date: SEP 01, 2020@09:32
Include Inpatient and Clinic Orders

Page: 1
MEDICATIONS SEARCH LIST: HYDROCODONE 10/ACETAMINOPHEN 325MG OP

Patient:                              SSN:                    DOB:

Sex:      MALE                        Ht/Wt:   183cm/113.85kg  Ward:
Rm:
Dx:                                   Last Mvmt: APR 13,2013@09:30   Type:
DISCHARGE

ADRs:      No ADRs on file.

Allergies:  No Known Allergies
==========================================================================
==========================================================

--------------------------------------------------------------------
Page 2

Order Details - 28445728

```
*** WORK COPY ONLY ***                    Printed: Sep 01, 2020  09:32


Location            St Sch Administration Date    By        Body Site
Units         Units of
                                                  Medication & Dosage
GIVEN         Administration
--------------------------------------------------------------------------------
--------------------------------------------------
<<<< NO HISTORY FOUND FOR THIS TIME FRAME >>>>
================================================================================
=====================================================
Ward:    Room-Bed:
```

```
--------------------------------------------------------------------
End of report
```

Order Details - 27873735

*** WORK COPY ONLY ***                    Printed: Sep 01, 2020  09:39

URINE DRUG SCREEN (UNCONFIRMED) URINE SP ONCE LB #53217

Activity:
05/08/2019 14:14  New Order entered by PETERSON,JOHN A (MEDICAL DOCTOR)
        Order Text:        URINE DRUG SCREEN (UNCONFIRMED) URINE SP ONCE
        Nature of Order:   ELECTRONICALLY ENTERED
        Elec Signature:    PETERSON,JOHN A (MEDICAL DOCTOR) on 05/08/2019 14:14

Current Data:
Treating Specialty:
Ordering Location:         DAN CHRONIC PAIN CARE MD
Start Date/Time:           05/08/2019
Stop Date/Time:
Current Status:            LAPSED
   Orders that remain pending beyond their start date, by a site
   defined number of days; unreleased orders that meet this same
   criteria will be removed from the system.
Order #27873735

Order:
Lab Test:                  URINE DRUG SCREEN (UNCONFIRMED)
Collected By:              Send patient to lab
Collection Sample:         URINE
Specimen:                  URINE
Collection Date/Time:      TODAY
Urgency:                   ROUTINE
How often:                 ONCE


------------------------------------------------------------------------
End of report



Order Details - 28685828

*** WORK COPY ONLY ***                    Printed: Sep 01, 2020  09:21


OPIATES, URINE, QUANT CONFIRM (0090364) URINE SP LB #143245

Activity:
12/23/2019 16:40  New Order entered by HENDRIX,THEODORE (LAB TECHNICIAN)
        Order Text:        OPIATES, URINE, QUANT CONFIRM (0090364) URINE SP
        Nature of Order:   SERVICE CORRECTION
        Ordered by:        PETERSON,JOHN A (MEDICAL DOCTOR)
        Signature:         SERVICE CORRECTION TO SIGNED ORDER

Current Data:
Treating Specialty:
Ordering Location:         DAN CHRONIC PAIN CARE MD
Start Date/Time:           12/23/2019 15:03
Stop Date/Time:            12/27/2019 14:26
Current Status:            COMPLETE
   Orders that require no further action by the ancillary service.
    e.g., Lab orders are completed when results are available,
   Radiology orders are complete when results are available.
Order #28685828

Order:
Lab Test:                  OPIATES, URINE, QUANT CONFIRM (0090364)
Collected By:              Send patient to lab
Collection Sample:         URINE
Specimen:                  URINE
Collection Date/Time:      Dec 23, 2019@15:03
Urgency:                   ROUTINE


------------------------------------------------------------------------
End of report

Order Details - 28350428

*** WORK COPY ONLY ***                    Printed: Sep 01, 2020  09:33


OPIATES, URINE, QUANT CONFIRM (0090364) URINE SP LB #106982

Activity:
09/17/2019 12:42  New Order entered by LOMAX,SAVANNAH LYNN (MEDICAL TECHNOL)
        Order Text:          OPIATES, URINE, QUANT CONFIRM (0090364) URINE SP
        Nature of Order:     POLICY
        Ordered by:          PETERSON,JOHN A (MEDICAL DOCTOR)
        Signature:           NOT REQUIRED

Current Data:
Treating Specialty:
Ordering Location:           DAN CHRONIC PAIN CARE MD
Start Date/Time:             09/17/2019 11:29
Stop Date/Time:              09/21/2019 14:22
Current Status:              COMPLETE
  Orders that require no further action by the ancillary service.
   e.g., Lab orders are completed when results are available,
  Radiology orders are complete when results are available.
Order #28350428

Order:
Lab Test:                    OPIATES, URINE, QUANT CONFIRM (0090364)
Collected By:                Send patient to lab
Collection Sample:           URINE
Specimen:                    URINE
Collection Date/Time:        Sep 17, 2019@11:29
Urgency:                     ROUTINE


------------------------------------------------------------------------
End of report

Order Details - 28349832

*** WORK COPY ONLY ***                     Printed: Sep 01, 2020  09:35


URINE DRUG SCREEN (UNCONFIRMED) URINE SP ONCE LB #106982

Activity:
09/17/2019 11:23  New Order entered by PETERSON,JOHN A (MEDICAL DOCTOR)
        Order Text:        URINE DRUG SCREEN (UNCONFIRMED) URINE SP ONCE
        Nature of Order:   ELECTRONICALLY ENTERED
        Elec Signature:    PETERSON,JOHN A (MEDICAL DOCTOR) on 09/17/2019 11:24

Current Data:
Treating Specialty:
Ordering Location:        DAN CHRONIC PAIN CARE MD
Start Date/Time:          09/17/2019 11:29
Stop Date/Time:           09/17/2019 12:41
Current Status:           COMPLETE
  Orders that require no further action by the ancillary service.
   e.g., Lab orders are completed when results are available,
  Radiology orders are complete when results are available.
Order #28349832

Order:
Lab Test:                 URINE DRUG SCREEN (UNCONFIRMED)
Collected By:             Send patient to lab
Collection Sample:        URINE
Specimen:                 URINE
Collection Date/Time:     TODAY
Urgency:                  ROUTINE
How often:                ONCE


------------------------------------------------------------------------
End of report

Order Details - 28245260

*** WORK COPY ONLY ***                    Printed: Sep 01, 2020  09:36


URINE DRUG SCREEN (UNCONFIRMED) URINE SP ONCE LB #95425

Activity:
08/20/2019 07:57  New Order entered by PETERSON,JOHN A (MEDICAL DOCTOR)
       Order Text:        URINE DRUG SCREEN (UNCONFIRMED) URINE SP ONCE
       Nature of Order:   ELECTRONICALLY ENTERED
       Elec Signature:    PETERSON,JOHN A (MEDICAL DOCTOR) on 08/20/2019 10:36

Current Data:
Treating Specialty:
Ordering Location:         DAN CHRONIC PAIN CARE MD
Start Date/Time:           08/20/2019
Stop Date/Time:
Current Status:            LAPSED
  Orders that remain pending beyond their start date, by a site
  defined number of days; unreleased orders that meet this same
  criteria will be removed from the system.
Order #28245260

Order:
Lab Test:                  URINE DRUG SCREEN (UNCONFIRMED)
Collected By:              Send patient to lab
Collection Sample:         URINE
Specimen:                  URINE
Collection Date/Time:      TODAY
Urgency:                   ROUTINE
How often:                 ONCE


------------------------------------------------------------------------
End of report

𝓊

Order Details - 27904375

===========================================================================
*** WORK COPY ONLY ***                         Printed: Sep 01, 2020  09:38


URINE DRUG SCREEN (UNCONFIRMED) URINE SP ONCE LB #56660

Activity:
05/16/2019 13:06  New Order entered by PETERSON,JOHN A (MEDICAL DOCTOR)
     Order Text:       URINE DRUG SCREEN (UNCONFIRMED) URINE SP ONCE
     Nature of Order:  ELECTRONICALLY ENTERED
     Elec Signature:   PETERSON,JOHN A (MEDICAL DOCTOR) on 05/16/2019 13:07

Current Data:
Treating Specialty:
Ordering Location:        DAN CHRONIC PAIN CARE MD
Start Date/Time:          05/16/2019
Stop Date/Time:
Current Status:           LAPSED
  Orders that remain pending beyond their start date, by a site
  defined number of days; unreleased orders that meet this same
  criteria will be removed from the system.
Order #27904375

Order:
Lab Test:                 URINE DRUG SCREEN (UNCONFIRMED)
Collected By:             Send patient to lab
Collection Sample:        URINE
Specimen:                 URINE
Collection Date/Time:     TODAY
Urgency:                  ROUTINE
How often:                ONCE


---------------------------------------------------------------------------
End of report

*u*

Order Details - 28685829

========================================================================

*** WORK COPY ONLY ***                          Printed: Sep 01, 2020   09:21


BENZODIAZEPINES, URN QNT(2008291) URINE SP LB #143245

Activity:
12/23/2019 16:40  New Order entered by HENDRIX,THEODORE (LAB TECHNICIAN)
        Order Text:          BENZODIAZEPINES, URN QNT(2008291) URINE SP
        Nature of Order:     SERVICE CORRECTION
        Ordered by:          PETERSON,JOHN A (MEDICAL DOCTOR)
        Signature:           SERVICE CORRECTION TO SIGNED ORDER

Current Data:
Treating Specialty:
Ordering Location:           DAN CHRONIC PAIN CARE MD
Start Date/Time:             12/23/2019 15:03
Stop Date/Time:              12/26/2019 11:57
Current Status:              COMPLETE
  Orders that require no further action by the ancillary service.
    e.g., Lab orders are completed when results are available,
  Radiology orders are complete when results are available.
Order #28685829

Order:
Lab Test:                    BENZODIAZEPINES, URN QNT(2008291)
Collected By:                Send patient to lab
Collection Sample:           URINE
Specimen:                    URINE
Collection Date/Time:        Dec 23, 2019@15:03
Urgency:                     ROUTINE


------------------------------------------------------------------------
End of report

Order Details - 28684875

==========================================================================
*** WORK COPY ONLY ***                        Printed: Sep 01, 2020  09:27

URINE DRUG SCREEN (UNCONFIRMED) URINE SP ONCE LB #143245

Activity:
12/23/2019 14:01  New Order entered by PETERSON,JOHN A (MEDICAL DOCTOR)
      Order Text:          URINE DRUG SCREEN (UNCONFIRMED) URINE SP ONCE
      Nature of Order:     ELECTRONICALLY ENTERED
      Elec Signature:      PETERSON,JOHN A (MEDICAL DOCTOR) on 12/23/2019 14:05

Current Data:
Treating Specialty:
Ordering Location:         DAN CHRONIC PAIN CARE MD
Start Date/Time:           12/23/2019 15:03
Stop Date/Time:            12/23/2019 16:39
Current Status:            COMPLETE
  Orders that require no further action by the ancillary service.
   e.g., Lab orders are completed when results are available,
  Radiology orders are complete when results are available.
Order #28684875

Order:
Lab Test:                  URINE DRUG SCREEN (UNCONFIRMED)
Collected By:              Send patient to lab
Collection Sample:         URINE
Specimen:                  URINE
Collection Date/Time:      TODAY
Urgency:                   ROUTINE
How often:                 ONCE


--------------------------------------------------------------------------
End of report

Order Details - 27873736

*** WORK COPY ONLY ***                    Printed: Sep 01, 2020  09:39

ETHYL GLUCUR & SULFATE UR(2007909)-ARUP URINE SP LB #53218

Activity:
05/08/2019 14:14  New Order entered by PETERSON,JOHN A (MEDICAL DOCTOR)
     Order Text:       ETHYL GLUCUR & SULFATE UR(2007909)-ARUP URINE SP
     Nature of Order:  ELECTRONICALLY ENTERED
     Elec Signature:   PETERSON,JOHN A (MEDICAL DOCTOR) on 05/08/2019 14:14

Current Data:
Treating Specialty:
Ordering Location:        DAN CHRONIC PAIN CARE MD
Start Date/Time:          05/08/2019
Stop Date/Time:
Current Status:           LAPSED
  Orders that remain pending beyond their start date, by a site
  defined number of days; unreleased orders that meet this same
  criteria will be removed from the system.
Order #27873736

Order:
Lab Test:                 ETHYL GLUCUR & SULFATE UR(2007909)-ARUP
Collected By:             Send patient to lab
Collection Sample:       URINE
Specimen:                 URINE
Collection Date/Time:     TODAY
Urgency:                  ROUTINE
How often:                ONE TIME


------------------------------------------------------------------------
End of report

Order Details - 28245261

*** WORK COPY ONLY ***                    Printed: Sep 01, 2020  09:36

ETHYL GLUCUR & SULFATE UR(2007909)-ARUP URINE SP LB #95426

Activity:
08/20/2019 07:57  New Order entered by PETERSON,JOHN A (MEDICAL DOCTOR)
        Order Text:        ETHYL GLUCUR & SULFATE UR(2007909)-ARUP URINE SP
        Nature of Order:   ELECTRONICALLY ENTERED
        Elec Signature:    PETERSON,JOHN A (MEDICAL DOCTOR) on 08/20/2019 10:36

Current Data:
Treating Specialty:
Ordering Location:         DAN CHRONIC PAIN CARE MD
Start Date/Time:           08/20/2019
Stop Date/Time:
Current Status:            LAPSED
  Orders that remain pending beyond their start date, by a site
  defined number of days; unreleased orders that meet this same
  criteria will be removed from the system.
Order #28245261

Order:
Lab Test:                  ETHYL GLUCUR & SULFATE UR(2007909)-ARUP
Collected By:              Send patient to lab
Collection Sample:         URINE
Specimen:                  URINE
Collection Date/Time:      TODAY
Urgency:                   ROUTINE
How often:                 ONE TIME


------------------------------------------------------------------------
End of report

Order Details - 28349837

```
*** WORK COPY ONLY ***                    Printed: Sep 01, 2020  09:35


ETHYL GLUCUR & SULFATE UR(2007909)-ARUP URINE SP LB #106983

Activity:
09/17/2019 11:23  New Order entered by PETERSON,JOHN A (MEDICAL DOCTOR)
     Order Text:       ETHYL GLUCUR & SULFATE UR(2007909)-ARUP URINE SP
     Nature of Order:  ELECTRONICALLY ENTERED
     Elec Signature:   PETERSON,JOHN A (MEDICAL DOCTOR) on 09/17/2019 11:24

Current Data:
Treating Specialty:
Ordering Location:        DAN CHRONIC PAIN CARE MD
Start Date/Time:          09/17/2019 11:29
Stop Date/Time:           09/23/2019 10:25
Current Status:           COMPLETE
   Orders that require no further action by the ancillary service.
    e.g., Lab orders are completed when results are available,
   Radiology orders are complete when results are available.
Order #28349837

Order:
Lab Test:                 ETHYL GLUCUR & SULFATE UR(2007909)-ARUP
Collected By:             Send patient to lab
Collection Sample:        URINE
Specimen:                 URINE
Collection Date/Time:     TODAY
Urgency:                  ROUTINE
How often:                ONE TIME


-----------------------------------------------------------------------
End of report
```

Order Details - 27904377

*** WORK COPY ONLY ***                     Printed: Sep 01, 2020  09:38


ETHYL GLUCUR & SULFATE UR(2007909)-ARUP URINE SP LB #56661

Activity:
05/16/2019 13:06  New Order entered by PETERSON,JOHN A (MEDICAL DOCTOR)
     Order Text:        ETHYL GLUCUR & SULFATE UR(2007909)-ARUP URINE SP
     Nature of Order:   ELECTRONICALLY ENTERED
     Elec Signature:    PETERSON,JOHN A (MEDICAL DOCTOR) on 05/16/2019 13:07

Current Data:
Treating Specialty:
Ordering Location:        DAN CHRONIC PAIN CARE MD
Start Date/Time:          05/16/2019
Stop Date/Time:
Current Status:           LAPSED
   Orders that remain pending beyond their start date, by a site
   defined number of days; unreleased orders that meet this same
   criteria will be removed from the system.
Order #27904377

Order:
Lab Test:                 ETHYL GLUCUR & SULFATE UR(2007909)-ARUP
Collected By:             Send patient to lab
Collection Sample:        URINE
Specimen:                 URINE
Collection Date/Time:     TODAY
Urgency:                  ROUTINE
How often:                ONE TIME


------------------------------------------------------------------------
End of report

Order Details - 28684878

```
*** WORK COPY ONLY ***                    Printed: Sep 01, 2020  09:26


ETHYL GLUCUR & SULFATE UR(2007909)-ARUP URINE SP LB #143244

Activity:
12/23/2019 14:02  New Order entered by PETERSON,JOHN A (MEDICAL DOCTOR)
     Order Text:        ETHYL GLUCUR & SULFATE UR(2007909)-ARUP URINE SP
     Nature of Order:   ELECTRONICALLY ENTERED
     Elec Signature:    PETERSON,JOHN A (MEDICAL DOCTOR) on 12/23/2019 14:05

Current Data:
Treating Specialty:
Ordering Location:        DAN CHRONIC PAIN CARE MD
Start Date/Time:          12/23/2019 15:03
Stop Date/Time:           12/26/2019 11:50
Current Status:           COMPLETE
  Orders that require no further action by the ancillary service.
   e.g., Lab orders are completed when results are available,
  Radiology orders are complete when results are available.
Order #28684878

Order:
Lab Test:                 ETHYL GLUCUR & SULFATE UR(2007909)-ARUP
Collected By:             Send patient to lab
Collection Sample:        URINE
Specimen:                 URINE
Collection Date/Time:     TODAY
Urgency:                  ROUTINE
How often:                ONE TIME


-----------------------------------------------------------------------
End of report
```

Order Details — 27908945

```
================================================================
*** WORK COPY ONLY ***                    Printed: Sep 01, 2020  09:37


MORPHINE SULFATE SA TAB,SA  60MG
TAKE ONE TABLET BY MOUTH TWICE A DAY   FOR PAIN
Quantity: 60 Refills: 0
<Discontinued by Pharmacy>

Activity:
05/17/2019 11:09  New Order entered by MORRIS,DOROTHY M (REGISTERED NURS)
        Order Text:       MORPHINE SULFATE SA TAB,SA  60MG
                          TAKE ONE TABLET BY MOUTH TWICE A DAY   FOR PAIN
                          Quantity: 60 Refills: 0
        Nature of Order:  ELECTRONICALLY ENTERED
        Dig Signature:    PETERSON,JOHN A (MEDICAL DOCTOR) on 05/17/2019 11:21
06/06/2019 16:22  Discontinued by RAYAMAJHI,AMIT (PHARMACIST, OUT)
        Reason for DC:    Discontinued by Pharmacy

Current Data:
Treating Specialty:
Ordering Location:        DAN PACT GREEN NURSE
Start Date/Time:          05/23/2019
Stop Date/Time:           06/06/2019
Current Status:           DISCONTINUED
  Orders that have been explicitly stopped.
Order #27908945

Order:
Medication:               MORPHINE SULFATE SA TAB,SA 60MG
Instructions:             60MG ORAL BID
Sig:
  TAKE ONE TABLET BY MOUTH TWICE A DAY
Patient Instructions:
  FOR PAIN
Start:                    0
Days Supply:              30
Quantity:                 60
Refills:                  0
Pick Up:                  MAIL
Priority:                 ROUTINE

Dispense Drugs (units/dose):  MORPHINE SULFATE 60MG SA TAB ()
Last Filled:              5/23/19
Refills Remaining:        0
Filled:                   5/23/19 (Mail) released 5/20/19
Prescription#:            5338075
Pharmacist:               CUNNINGHAM-STONEWALL,ASHLEE BRIE


First Party Pay Exemptions
For conditions related to:   SERVICE CONNECTED CONDITION
Order Checks:
HIGH:      Duplicate Therapy: Order(s) exist for {MORPHINE SULFATE 60MG SA TAB
           [ACTIVE]} in the same therapeutic categor(ies): Opioid Analgesics-
           ER (with all antitussive opiates)


------------------------------------------------------------------------
Page 1
```

Order Details - 27908945

===============================================================

*** WORK COPY ONLY ***                    Printed: Sep 01, 2020  09:37

HIGH:       IMED PATIENT AGREEMENT FOR NARC
            *** Patient has a signed "IMED PATIENT AGREEMENT FOR NARCOTIC
            DRUGS" ***

            Computed Finding: VA-Progress Note
            04/04/2019@17:27:53 value - CONSENT FOR LONG-TERM OPIOIDS FOR
            PAIN;
            Author: CARTER,TISHA L


MODERATE:   Duplicate opioid medications:  [1] HYDROCODONE 10/ACETAMINOPHEN
            325MG TAB TAKE 1 TABLET BY MOUTH THREE TIMES A DAY AS NEEDED FOR
            PAIN - DO NOT  EXCEED 4000MG OF ACETAMINOPHEN (APAP) PER DAY FROM
            ANY AND ALL SOURCES  [ACTIVE]
Override:   PETERSON,JOHN A (MEDICAL DOCTOR) on 05/17/2019 11:21
            Chronic Medication

===============================================================


===============================================================
=====================================

MEDICATION HISTORY for JUL 03, 2020  to  SEP 01, 2020
Run Date: SEP 01, 2020@09:37
Include Inpatient and Clinic Orders

Page: 1
MEDICATIONS SEARCH LIST: MORPHINE SULFATE SA
Patient:                              SSN:                    DOB:

Sex:      MALE                        Ht/Wt:    183cm/113.85kg  Ward:
Rm:
Dx:                                   Last Mvmt: APR 13,2013@09:30  Type:
DISCHARGE

ADRs:     No ADRs on file.

Allergies: No Known Allergies
===============================================================
====================================================
Location             St Sch Administration Date   By      Body Site
Units             Units of
                                                      Medication & Dosage
GIVEN          Administration
---------------------------------------------------------------------
---------------------------------------------------------
<<<< NO HISTORY FOUND FOR THIS TIME FRAME >>>>
===============================================================
====================================================


---------------------------------------------------------------------
End of report

Order Details - 28657534

=========================================================================

*** WORK COPY ONLY ***                    Printed: Sep 01, 2020  09:28

MORPHINE SULFATE SA TAB,SA  15MG
TAKE ONE TABLET BY MOUTH THREE TIMES A DAY  FOR CHRONIC BACK AND KNEE PAIN
Quantity: 90 Refills: 0
<Discontinued by Pharmacy>

Activity:
12/16/2019 08:31  New Order entered by PETERSON,JOHN A (MEDICAL DOCTOR)
       Order Text:        MORPHINE SULFATE SA TAB,SA  15MG
                          TAKE ONE TABLET BY MOUTH THREE TIMES A DAY  FOR CHRONIC BACK
AND KNEE PAIN
                          Quantity: 90 Refills: 0
       Nature of Order:   ELECTRONICALLY ENTERED
       Dig Signature:     PETERSON,JOHN A (MEDICAL DOCTOR) on 12/16/2019 08:34
12/23/2019 15:54  Discontinued by MOHAMMED,RAZZAK ABDUL (CLINICAL PHARMA)
       Reason for DC:     Discontinued by Pharmacy

Current Data:
Treating Specialty:
Ordering Location:        DAN CHRONIC PAIN CARE MD
Start Date/Time:          12/16/2019
Stop Date/Time:           12/23/2019
Current Status:           DISCONTINUED
  Orders that have been explicitly stopped.
Order #28657534

Order:
Medication:               MORPHINE SULFATE SA TAB,SA 15MG
Instructions:             15MG ORAL TID
Sig:
  TAKE ONE TABLET BY MOUTH THREE TIMES A DAY
Patient Instructions:
  FOR CHRONIC BACK AND KNEE PAIN
Start:                    0
Days Supply:              30
Quantity:                 90
Refills:                  0
Pick Up:                  MAIL
Priority:                 ROUTINE

Dispense Drugs (units/dose):  MORPHINE SULFATE 15MG SA TAB ()
Last Filled:              12/16/19
Refills Remaining:        0
Filled:                   12/16/19 (Mail) released 12/16/19
                          LF 11/16/19
Prescription#:            5459542
Pharmacist:               MOHAMMED,RAZZAK ABDUL


First Party Pay Exemptions
Order Checks:
HIGH:        Duplicate Therapy: Order(s) exist for {MORPHINE SULFATE 15MG SA TAB
             [EXPIRED], MORPHINE SULFATE 30MG SA TAB [UNRELEASED], MORPHINE

-------------------------------------------------------------------------
Page 1




Order Details - 28657534

*** WORK COPY ONLY ***                     Printed: Sep 01, 2020  09:28

          SULFATE 30MG SA TAB [EXPIRED], MORPHINE SULFATE 60MG SA TAB
          [EXPIRED]} in the same therapeutic categor(ies): Opioid Analgesics-
          ER (with all antitussive opiates)
HIGH:     IMED PATIENT AGREEMENT FOR NARC
          *** Patient has a signed "IMED PATIENT AGREEMENT FOR NARCOTIC
          DRUGS" ***

          Computed Finding: VA-Progress Note
          04/04/2019@17:27:53 value - CONSENT FOR LONG-TERM OPIOIDS FOR
          PAIN;
          Author: CARTER,TISHA L


HIGH:     Potential dangerous drug combination with a BENZODIAZEPINE
          Combination of Benzodiazepines and Opioids may result in
          potentially unsafe
          drug interactions; prescribing of Opioids and Benzodiazepines
          concurrently has
          been shown to have a 4-fold increased risk of OVERDOSE in the
          Veteran
          population (BMJ 2015;350:h2698).

          Co-prescribing opioid and benzodiazepines is particularly dangerous
          when
          patients have other risk factors for overdose or suicide.  The
          Stratification
          Tool for Opioid Risk Mitigation (STORM) decision support tool
          provides
          estimates of adverse event risk, a summary of risk factors, and
          recommended
          risk mitigation interventions and treatment alternatives for
          patients.  Review
          STORM by cutting and pasting this URL link into your browser:
          http://go.va.gov/ijob

MODERATE: Remote Order Checking not available - checks done on local data only
MODERATE: Duplicate opioid medications:  [1] HYDROCODONE 10/ACETAMINOPHEN
          325MG TAB TAKE 1 TABLET BY MOUTH THREE TIMES A DAY AS NEEDED FOR
          PAIN - DO NOT  EXCEED 4000MG OF ACETAMINOPHEN (APAP) PER DAY FROM
          ANY AND ALL SOURCES  [UNRELEASED]
Override: PETERSON,JOHN A (MEDICAL DOCTOR) on 12/16/2019 08:33
          Chronic Medication

===================================================================


===================================================================
=========================================================
MEDICATION HISTORY for JUL 03, 2020  to  SEP 01, 2020
Run Date: SEP 01, 2020@09:27
Include Inpatient and Clinic Orders


----------------------------------------------------------------------
Page 2

Order Details - 28657534

*** WORK COPY ONLY ***                    Printed: Sep 01, 2020  09:28

Page: 1
MEDICATIONS SEARCH LIST: MORPHINE SULFATE SA

Patie████████████████████        SSN: ████████████        DOB:
Sex:     MALE                      Ht/Wt:    183cm/113.85kg   Ward:
Rm:
Dx:                                Last Mvmt: APR 13,2013@09:30   Type:
DISCHARGE

ADRs:       No ADRs on file.

Allergies:  No Known Allergies
================================================================================
================================================================
Location              St Sch Administration Date   By        Body Site
Units         Units of
                                            Medication & Dosage
GIVEN         Administration
--------------------------------------------------------------------------------
--------------------------------------------------------------
<<<< NO HISTORY FOUND FOR THIS TIME FRAME >>>>
================================================================================
======================================

Ward:   Room-Bed:

--------------------------------------------------------------------------
End of report

Order Details - 28685567

*** WORK COPY ONLY ***                          Printed: Sep 01, 2020  09:25


MORPHINE SULFATE SA TAB,SA  30MG
TAKE ONE TABLET BY MOUTH THREE TIMES A DAY  FOR CHRONIC BACK AND KNEE PAIN.
TAKE WITH MORPHINE 15MG SA TABLET
Quantity: 90 Refills: 0

Activity:
12/23/2019 15:32  New Order entered by PETERSON,JOHN A (MEDICAL DOCTOR)
      Order Text:       MORPHINE SULFATE SA TAB,SA  30MG
                        TAKE ONE TABLET BY MOUTH THREE TIMES A DAY  FOR CHRONIC BACK
AND KNEE PAIN.

                        TAKE WITH MORPHINE 15MG SA TABLET
                        Quantity: 90 Refills: 0
      Nature of Order:  ELECTRONICALLY ENTERED
      Dig Signature:    PETERSON,JOHN A (MEDICAL DOCTOR) on 12/23/2019 15:46

Current Data:
Treating Specialty:
Ordering Location:      DAN CHRONIC PAIN CARE MD
Start Date/Time:        01/15/2020
Stop Date/Time:         01/22/2020
Current Status:         EXPIRED
  Orders that have a stop date which has expired.  e.g., Unit Dose
  orders expire at some sites 14 days after the order is created,
  but may be renewed within a hospital designated time
  after the expiration date.
Order #28685567

Order:
Medication:             MORPHINE SULFATE SA TAB,SA 30MG
Instructions:           30MG ORAL TID
Sig:
  TAKE ONE TABLET BY MOUTH THREE TIMES A DAY
Patient Instructions:
  FOR CHRONIC BACK AND KNEE PAIN.  TAKE WITH MORPHINE 15MG SA TABLET
Start:                  0
Days Supply:            30
Quantity:               90
Refills:                0
Pick Up:                MAIL
Priority:               ROUTINE

Dispense Drugs (units/dose):  MORPHINE SULFATE 30MG SA TAB ()
Last Filled:            1/15/20
Refills Remaining:      0
Filled:                 1/15/20 (Mail)
                        LF 12/16/19
Return to Stock:        Jan 13, 2020@12:03:24 by CUNNINGHAM-STONEWALL,ASHLEE
BRIE
                        Comments: Per Pharmacy Request
Prescription#:          5464496
Pharmacist:             MOHAMMED,RAZZAK ABDUL


------------------------------------------------------------------------
Page 1


USA0124

124



Order Details – 28685567

```
=====================================================================
*** WORK COPY ONLY ***                    Printed: Sep 01, 2020  09:25
```

First Party Pay Exemptions
Order Checks:
HIGH:        Duplicate Therapy: Order(s) exist for {MORPHINE SULFATE 15MG SA TAB
             [UNRELEASED], MORPHINE SULFATE 15MG SA TAB [ACTIVE], MORPHINE
             SULFATE 30MG SA TAB [ACTIVE], MORPHINE SULFATE 60MG SA TAB
             [EXPIRED]} in the same therapeutic categor(ies): Opioid Analgesics-
             ER (with all antitussive opiates)
HIGH:        IMED PATIENT AGREEMENT FOR NARC
             *** Patient has a signed "IMED PATIENT AGREEMENT FOR NARCOTIC
             DRUGS" ***

             Computed Finding: VA-Progress Note
             04/04/2019@17:27:53 value – CONSENT FOR LONG-TERM OPIOIDS FOR
             PAIN;
             Author: CARTER,TISHA L


MODERATE:    Duplicate opioid medications: [1] HYDROCODONE 10/ACETAMINOPHEN
             325MG TAB TAKE 1 TABLET BY MOUTH THREE TIMES A DAY AS NEEDED FOR
             PAIN – DO NOT  EXCEED 4000MG OF ACETAMINOPHEN (APAP) PER DAY FROM
             ANY AND ALL SOURCES  [UNRELEASED],  [2] MORPHINE SULFATE SA TAB,SA
             15MG TAKE ONE TABLET BY MOUTH THREE TIMES A DAY  FOR CHRONIC BACK
             AND KNEE PAIN  [UNRELEASED],  [3] HYDROCODONE 10/ACETAMINOPHEN
             325MG TAB TAKE 1 TABLET BY MOUTH THREE TIMES A DAY AS NEEDED FOR
             PAIN – DO NOT  EXCEED 4000MG OF ACETAMINOPHEN (APAP) PER DAY FROM
             ANY AND ALL SOURCES  [ACTIVE],  [4] MORPHINE SULFATE SA TAB,SA
             15MG TAKE ONE TABLET BY MOUTH THREE TIMES A DAY  FOR CHRONIC BACK
             AND KNEE PAIN  [ACTIVE]
Override:    PETERSON,JOHN A (MEDICAL DOCTOR) on 12/23/2019 15:46
             Chronic Medication

=====================================================================


=====================================================================
=====================================================================

MEDICATION HISTORY for JUL 03, 2020  to  SEP 01, 2020
Run Date: SEP 01, 2020@09:24
Include Inpatient and Clinic Orders

Page: 1
MEDICATIONS SEARCH LIST: MORPHINE SULFATE SA
```

Patient:                                   SSN:                    DOB:

Sex:        MALE                           Ht/Wt:    183cm/113.85kg  Ward:
Rm:
Dx:                                        Last Mvmt: APR 13,2013@09:30  Type:
DISCHARGE


---------------------------------------------------------------------

Page 2

Order Details - 28685567

*** WORK COPY ONLY ***                          Printed: Sep 01, 2020  09:25


ADRs:        No ADRs on file.

Allergies:  No Known Allergies

Location            St Sch Administration Date    By        Body Site
Units            Units of
                                                      Medication & Dosage
GIVEN            Administration
---------------------------------------------------------------------
<<<< NO HISTORY FOUND FOR THIS TIME FRAME >>>>

Ward:    Room-Bed:


---------------------------------------------------------------------
End of report

Order Details - 28445730

*** WORK COPY ONLY ***                    Printed: Sep 01, 2020  09:32

MORPHINE SULFATE SA TAB,SA  30MG
TAKE ONE TABLET BY MOUTH THREE TIMES A DAY  FOR CHRONIC BACK AND KNEE PAIN.
TAKE WITH 15MG SA
Quantity: 90 Refills: 0
<Discontinued by Pharmacy>

Activity:
10/14/2019 21:29  New Order entered by PETERSON,JOHN A (MEDICAL DOCTOR)
      Order Text:      MORPHINE SULFATE SA TAB,SA  30MG
                       TAKE ONE TABLET BY MOUTH THREE TIMES A DAY  FOR CHRONIC BACK
AND KNEE PAIN.

                       TAKE WITH 15MG SA
                       Quantity: 90 Refills: 0
      Nature of Order:  ELECTRONICALLY ENTERED
      Dig Signature:    PETERSON,JOHN A (MEDICAL DOCTOR) on 10/14/2019 21:30
10/30/2019 15:02  Discontinued by HOAGLAND,ADAM W (PHARMACIST, OUT)
      Reason for DC:    Discontinued by Pharmacy

Current Data:
Treating Specialty:
Ordering Location:         DAN CHRONIC PAIN CARE MD
Start Date/Time:           10/17/2019
Stop Date/Time:            10/30/2019
Current Status:            DISCONTINUED
  Orders that have been explicitly stopped.
Order #28445730

Order:
Medication:                MORPHINE SULFATE SA TAB,SA 30MG
Instructions:              30MG ORAL TID
Sig:
  TAKE ONE TABLET BY MOUTH THREE TIMES A DAY
Patient Instructions:
  FOR CHRONIC BACK AND KNEE PAIN.  TAKE WITH 15MG SA
Start:                     0
Days Supply:               30
Quantity:                  90
Refills:                   0
Pick Up:                   MAIL
Priority:                  ROUTINE

Dispense Drugs (units/dose):  MORPHINE SULFATE 30MG SA TAB ()
Last Filled:               10/17/19
Refills Remaining:         0
Filled:                    10/17/19 (Mail) released 10/15/19
                           1f 9/17; fill 10/17
Prescription#:             5424395
Pharmacist:                HOAGLAND,ADAM W


First Party Pay Exemptions
Order Checks:

------------------------------------------------------------------------
Page 1



Order Details - 28445730

*** WORK COPY ONLY ***                              Printed: Sep 01, 2020  09:32

HIGH:        Duplicate Therapy: Order(s) exist for {MORPHINE SULFATE 15MG SA TAB
             [UNRELEASED], MORPHINE SULFATE 15MG SA TAB [ACTIVE], MORPHINE
             SULFATE 30MG SA TAB [ACTIVE], MORPHINE SULFATE 60MG SA TAB
             [EXPIRED]} in the same therapeutic categor(ies): Opioid Analgesics-
             ER (with all antitussive opiates)
HIGH:        IMED PATIENT AGREEMENT FOR NARC
             *** Patient has a signed "IMED PATIENT AGREEMENT FOR NARCOTIC
             DRUGS" ***

             Computed Finding: VA-Progress Note
              04/04/2019@17:27:53 value - CONSENT FOR LONG-TERM OPIOIDS FOR
             PAIN;
             Author: CARTER,TISHA L

MODERATE:    Duplicate opioid medications:  [1] HYDROCODONE 10/ACETAMINOPHEN
             325MG TAB TAKE 1 TABLET BY MOUTH THREE TIMES A DAY AS NEEDED FOR
             PAIN - DO NOT  EXCEED 4000MG OF ACETAMINOPHEN (APAP) PER DAY FROM
             ANY AND ALL SOURCES  [UNRELEASED],  [2] MORPHINE SULFATE SA TAB,SA
             15MG TAKE ONE TABLET BY MOUTH THREE TIMES A DAY  FOR CHRONIC BACK
             AND KNEE PAIN  [UNRELEASED],  [3] MORPHINE SULFATE SA TAB,SA  15MG
             TAKE ONE TABLET BY MOUTH THREE TIMES A DAY FOR CHRONIC BACK AND
             KNEE PAIN  [ACTIVE],  [4] HYDROCODONE 10/ACETAMINOPHEN 325MG TAB
             TAKE 1 TABLET BY MOUTH THREE TIMES A DAY AS NEEDED FOR PAIN - DO
             NOT  EXCEED 4000MG OF ACETAMINOPHEN (APAP) PER DAY FROM ANY AND ALL
             SOURCES  [ACTIVE]
Override:    PETERSON,JOHN A (MEDICAL DOCTOR) on 10/14/2019 21:30
             Chropnic Medication

========================================================================


========================================================================
========================================================

MEDICATION HISTORY for JUL 03, 2020  to  SEP 01, 2020
Run Date: SEP 01, 2020@09:32
Include Inpatient and Clinic Orders

Page: 1
MEDICATIONS SEARCH LIST: MORPHINE SULFATE SA

Patient:                              SSN:                    DOB:
Sex:    MALE                          Ht/Wt:   183cm/113.85kg   Ward:
Rm:
Dx:                                   Last Mvmt: APR 13,2013@09:30   Type:
DISCHARGE

ADRs:    No ADRs on file.

Allergies:  No Known Allergies

------------------------------------------------------------------------
Page 2

USA0128

128

Order Details - 28445730

*** WORK COPY ONLY ***                    Printed: Sep 01, 2020  09:32

====================================================================
========================================================
Location          St Sch Administration Date   By        Body Site
Units          Units of
                                                     Medication & Dosage
GIVEN          Administration
--------------------------------------------------------------------
--------------------------------------------------
<<<< NO HISTORY FOUND FOR THIS TIME FRAME >>>>
====================================================================
========================================================

Ward:   Room-Bed:


--------------------------------------------------------------------
End of report

*U*

Order Details - 28350301;2

=========================================================================
*** WORK COPY ONLY ***                      Printed: Sep 01, 2020  09:33

MORPHINE SULFATE SA TAB,SA  15MG
TAKE ONE TABLET BY MOUTH THREE TIMES A DAY FOR CHRONIC BACK AND KNEE PAIN
Quantity: 90 Refills: 0
<Discontinued by Pharmacy>

Activity:
09/17/2019 12:11  New Order entered by PETERSON,JOHN A (MEDICAL DOCTOR)
       Order Text:         MORPHINE SULFATE SA TAB,SA  15MG
                           TAKE ONE TABLET BY MOUTH THREE TIMES A DAY FOR PAIN Chronic
back and knee pain
                           Quantity: 90 Refills: 0
       Nature of Order:    ELECTRONICALLY ENTERED
       Dig Signature:      PETERSON,JOHN A (MEDICAL DOCTOR) on 09/17/2019 12:16
09/17/2019 12:30  Change entered by HOAGLAND,ADAM W (PHARMACIST, OUT)
       Changed to:         MORPHINE SULFATE SA TAB,SA  15MG
                           TAKE ONE TABLET BY MOUTH THREE TIMES A DAY FOR CHRONIC BACK
AND KNEE PAIN
                           Quantity: 90 Refills: 0
       Nature of Order:    SERVICE CORRECTION
       Signature:          SERVICE CORRECTION TO SIGNED ORDER
10/15/2019 09:18  Discontinued by HOAGLAND,ADAM W (PHARMACIST, OUT)
       Reason for DC:      Discontinued by Pharmacy

Current Data:
Treating Specialty:
Ordering Location:         DAN CHRONIC PAIN CARE MD
Start Date/Time:           09/17/2019
Stop Date/Time:            10/15/2019
Current Status:            DISCONTINUED
  Orders that have been explicitly stopped.
Order #28350301

Order:
Medication:                MORPHINE SULFATE SA TAB,SA 15MG
Instructions:              15MG ORAL TID
Sig:
  TAKE ONE TABLET BY MOUTH THREE TIMES A DAY FOR CHRONIC BACK AND KNEE PAIN
Patient Instructions:
  FOR CHRONIC BACK AND KNEE PAIN
Days Supply:               30
Quantity:                  90
Refills:                   0
Pick Up:                   WINDOW
Comments:
  Chronic back and knee pain

Dispense Drugs (units/dose):  MORPHINE SULFATE 15MG SA TAB ()
Last Filled:               9/17/19
Refills Remaining:         0
Filled:                    9/17/19 (Window) released 9/17/19
                           CHANGE IN DOSAGE - FILL TODAY PER DR PETERSON
Prescription#:             5408364


-------------------------------------------------------------------------
Page 1

Order Details - 28350301;2

========================================================================
*** WORK COPY ONLY ***                    Printed: Sep 01, 2020  09:33


Pharmacist:            HOAGLAND,ADAM W

First Party Pay Exemptions
For conditions related to:   SERVICE CONNECTED CONDITION
Order Checks:
HIGH:       Duplicate Therapy: Order(s) exist for {MORPHINE SULFATE 30MG SA TAB
            [UNRELEASED], MORPHINE SULFATE 60MG SA TAB [EXPIRED]} in the same
            therapeutic categor(ies): Opioid Analgesics- ER (with all
            antitussive opiates)
HIGH:       IMED PATIENT AGREEMENT FOR NARC
            *** Patient has a signed "IMED PATIENT AGREEMENT FOR NARCOTIC
            DRUGS" ***

            Computed Finding: VA-Progress Note
            04/04/2019@17:27:53 value - CONSENT FOR LONG-TERM OPIOIDS FOR
            PAIN;
            Author: CARTER,TISHA L


HIGH:       Potential dangerous drug combination with a BENZODIAZEPINE
            Combination of Benzodiazepines and Opioids may result in
            potentially unsafe
            drug interactions; prescribing of Opioids and Benzodiazepines
            concurrently has
            been shown to have a 4-fold increased risk of OVERDOSE in the
            Veteran
            population (BMJ 2015;350:h2698).

            Co-prescribing opioid and benzodiazepines is particularly dangerous
            when
            patients have other risk factors for overdose or suicide.  The
            Stratification
            Tool for Opioid Risk Mitigation (STORM) decision support tool
            provides
            estimates of adverse event risk, a summary of risk factors, and
            recommended
            risk mitigation interventions and treatment alternatives for
            patients.  Review
            STORM by cutting and pasting this URL link into your browser:
            http://go.va.gov/ijob

MODERATE:   Duplicate opioid medications:  [1] MORPHINE SULFATE SA TAB,SA  30MG
            TAKE ONE TABLET BY MOUTH THREE TIMES A DAY FOR PAIN Chronic back
            and knee pain.  Take with 15mg SA  [UNRELEASED]
Override:   PETERSON,JOHN A (MEDICAL DOCTOR) on 09/17/2019 12:15
            Chronic Medication

========================================================================



------------------------------------------------------------------------
Page 2

Order Details - 28350301;2

```
==================================================================
==================================================================
*** WORK COPY ONLY ***                    Printed: Sep 01, 2020  09:33


==================================================================
==================================================================

MEDICATION HISTORY for JUL 03, 2020  to  SEP 01, 2020
Run Date: SEP 01, 2020@09:33
Include Inpatient and Clinic Orders

Page: 1
MEDICATIONS SEARCH LIST: MORPHINE SULFATE SA

Patient:                      SSN:                      DOB:
Sex:       MALE               Ht/Wt:     183cm/113.85kg  Ward:
Rm:
Dx:                           Last Mvmt: APR 13,2013@09:30  Type:
DISCHARGE

ADRs:       No ADRs on file.

Allergies:  No Known Allergies
==================================================================
==================================================================
Location            St Sch Administration Date   By        Body Site
Units           Units of
                                                 Medication & Dosage
GIVEN           Administration
------------------------------------------------------------------
------------------------------------------------------------------
<<<< NO HISTORY FOUND FOR THIS TIME FRAME >>>>
==================================================================
==================================================================

Ward:   Room-Bed:
```

```
------------------------------------------------------------------
End of report
```

Order Details — 28504122

```
===========================================================================
```

*** WORK COPY ONLY ***                    Printed: Sep 01, 2020  09:30


MORPHINE SULFATE SA TAB,SA  15MG
TAKE ONE TABLET BY MOUTH THREE TIMES A DAY   FOR CHRONIC BACK AND KNEE PAIN
Quantity: 90 Refills: 0

Activity:
10/30/2019 14:44  New Order entered by PETERSON,JOHN A (MEDICAL DOCTOR)
       Order Text:       MORPHINE SULFATE SA TAB,SA  15MG
                         TAKE ONE TABLET BY MOUTH THREE TIMES A DAY   FOR CHRONIC BACK
AND KNEE PAIN
                         Quantity: 90 Refills: 0
       Nature of Order:  ELECTRONICALLY ENTERED
       Dig Signature:    PETERSON,JOHN A (MEDICAL DOCTOR) on 10/30/2019 14:49

Current Data:
Treating Specialty:
Ordering Location:        DAN CHRONIC PAIN CARE MD
Start Date/Time:          11/16/2019
Stop Date/Time:           11/29/2019
Current Status:           EXPIRED
   Orders that have a stop date which has expired.  e.g., Unit Dose
   orders expire at some sites 14 days after the order is created,
   but may be renewed within a hospital designated time
   after the expiration date.
Order #28504122

Order:
Medication:               MORPHINE SULFATE SA TAB,SA 15MG
Instructions:             15MG ORAL TID
Sig:
   TAKE ONE TABLET BY MOUTH THREE TIMES A DAY
Patient Instructions:
   FOR CHRONIC BACK AND KNEE PAIN
Start:                    0
Days Supply:              30
Quantity:                 90
Refills:                  0
Pick Up:                  MAIL
Priority:                 ROUTINE

Dispense Drugs (units/dose):  MORPHINE SULFATE 15MG SA TAB ()
Last Filled:              11/16/19
Refills Remaining:        0
Filled:                   11/16/19 (Mail) released 11/13/19
                          1f 10/17; fill 11/16
Prescription#:            5433909
Pharmacist:               HOAGLAND,ADAM W


First Party Pay Exemptions
For conditions related to:   SERVICE CONNECTED CONDITION
Order Checks:
HIGH:        Duplicate Therapy: Order(s) exist for {MORPHINE SULFATE 15MG SA TAB

---------------------------------------------------------------------------
Page 1
```

Order Details - 28504122

=================================================================

*** WORK COPY ONLY ***                    Printed: Sep 01, 2020  09:30

```
               [ACTIVE], MORPHINE SULFATE 30MG SA TAB [UNRELEASED], MORPHINE
               SULFATE 30MG SA TAB [ACTIVE], MORPHINE SULFATE 60MG SA TAB
               [EXPIRED]}) in the same therapeutic categor(ies): Opioid Analgesics-
               ER (with all antitussive opiates)
HIGH:          IMED PATIENT AGREEMENT FOR NARC
               *** Patient has a signed "IMED PATIENT AGREEMENT FOR NARCOTIC
               DRUGS" ***

               Computed Finding: VA-Progress Note
               04/04/2019@17:27:53 value - CONSENT FOR LONG-TERM OPIOIDS FOR
               PAIN;
               Author: CARTER,TISHA L


MODERATE:      Duplicate opioid medications:  [1] HYDROCODONE 10/ACETAMINOPHEN
               325MG TAB TAKE 1 TABLET BY MOUTH THREE TIMES A DAY AS NEEDED FOR
               PAIN - DO NOT  EXCEED 4000MG OF ACETAMINOPHEN (APAP) PER DAY FROM
               ANY AND ALL SOURCES  [UNRELEASED],  [2] HYDROCODONE
               10/ACETAMINOPHEN 325MG TAB TAKE 1 TABLET BY MOUTH THREE TIMES A DAY
               AS NEEDED FOR PAIN - DO NOT  EXCEED 4000MG OF ACETAMINOPHEN (APAP)
               PER DAY FROM ANY AND ALL SOURCES  [ACTIVE],  [3] MORPHINE SULFATE
               SA TAB,SA  30MG TAKE ONE TABLET BY MOUTH THREE TIMES A DAY  FOR
               CHRONIC BACK AND KNEE PAIN.  TAKE WITH 15MG SA  [ACTIVE]
Override:      PETERSON,JOHN A (MEDICAL DOCTOR) on 10/30/2019 14:49
               Chronic Medication
```

=================================================================


=================================================================
===================================================

MEDICATION HISTORY for JUL 03, 2020  to  SEP 01, 2020
Run Date: SEP 01, 2020@09:30
Include Inpatient and Clinic Orders

Page: 1
MEDICATIONS SEARCH LIST: MORPHINE SULFATE SA

```
Patient:                            SSN:                    DOB:

Sex:      MALE                      Ht/Wt:  183cm/113.85kg  Ward:
Rm:
Dx:                                 Last Mvmt: APR 13,2013@09:30  Type:
DISCHARGE

ADRs:     No ADRs on file.

Allergies: No Known Allergies
```

=================================================================
===================================================


-----------------------------------------------------------------------
Page 2

```
                    Order Details - 28504122
```

*** WORK COPY ONLY ***                    Printed: Sep 01, 2020  09:30


Location              St Sch Administration Date    By        Body Site
Units            Units of
                                                         Medication & Dosage
GIVEN           Administration
--------------------------------------------------------------------------
<<<< NO HISTORY FOUND FOR THIS TIME FRAME >>>>
=========================================================================
==================================================
Ward:    Room-Bed:


--------------------------------------------------------------------
End of report

Order Details - 28695602;4

*** WORK COPY ONLY ***                    Printed: Sep 01, 2020  09:20

Discontinue MRI LUMBAR W/O CONTRAST
<PATIENT DECEASED>

Activity:
12/30/2019 08:24  New Order entered by PHILLIPS,MISTY M (MEDICAL SUPPORT)
     Order Text:         MRI LUMBAR W/O CONTRAST
     Nature of Order:    WRITTEN
     Ordered by:         PETERSON,JOHN A (MEDICAL DOCTOR)
     Released by:        PHILLIPS,MISTY M (MEDICAL SUPPORT) on 12/30/2019 08:24
     Signature:          ON CHART WITH WRITTEN ORDERS
01/08/2020 12:48  Hold entered by PHILLIPS,MISTY M (MEDICAL SUPPORT)
     Nature of Order:    POLICY
     Ordered by:         PETERSON,JOHN A (MEDICAL DOCTOR)
     Signature:          NOT REQUIRED
     Comments:           CALLED VETERAN FOR APPT
01/13/2020 12:43  Hold entered by PHILLIPS,MISTY M (MEDICAL SUPPORT)
     Nature of Order:    POLICY
     Ordered by:         PETERSON,JOHN A (MEDICAL DOCTOR)
     Signature:          NOT REQUIRED
     Comments:           LETTER SENT TO CALL VA
01/29/2020 11:45  Discontinue entered by PHILLIPS,MISTY M (MEDICAL SUPPORT)
     Nature of Order:    POLICY
     Ordered by:         PETERSON,JOHN A (MEDICAL DOCTOR)
     Signature:          NOT REQUIRED
     Reason for DC:      PATIENT DECEASED

Current Data:
Treating Specialty:
Ordering Location:       DAN CHRONIC PAIN CARE MD
Start Date/Time:         01/06/2020
Stop Date/Time:          01/29/2020 11:45
Current Status:          DISCONTINUED
  Orders that have been explicitly stopped.
Order #28695602

Order:
Procedure:               MRI LUMBAR W/O CONTRAST
Reason for Study:        See clinical history
Clinical History:
  Chronic low back pain, service connected IED. Two year hospitalization.

  Radiologist is asked to contact ordering provider prior to amending this
  order**

  1. Does the patient have any shrapnel or metal in his/her body?
     [ YES ]

  2. Any previous brain, ear, or eye injuries?
     [ YES ]

  3. Any history of heart surgery? Pacemaker, defibrillator, stents,
     heart valves?

--------------------------------------------------------------------------
Page 1