E-FILED
Monday, 27 June, 2022  04:26:23 PM
Clerk, U.S. District Court, ILCD

Order Details - 28695602;4

*** WORK COPY ONLY ***                    Printed: Sep 01, 2020  09:20

[ NO ]

4. Does the patient have implants of ANY kind?
   [ NO ]

5. Any history of cancer?
   [ NO ]

6. Any previous surgeries to the area of interest (body part)
   being scanned?
   [ YES ]

7. Is the patient allergic to gadolinium?
   [ NO ]

Category:                  OUTPATIENT
Ordering Location:         DAN CHRONIC PAIN CARE MD
Date Desired:              Jan 06, 2020
Mode of Transport:         AMBULATORY
Is patient on isolation procedures? NO
Urgency:                   ROUTINE
Submit request to:         MRI MOBILE

-----------------------------------------------------------------------
End of report

Order Details - 28350290;2

MORPHINE SULFATE SA TAB,SA  30MG
TAKE ONE TABLET BY MOUTH THREE TIMES A DAY FOR CHRONIC BACK AND KNEE PAIN.  TAKE
WITH 15MG SA
Quantity: 90 Refills: 0
<Discontinued by Pharmacy>

Activity:
09/17/2019 12:10  New Order entered by PETERSON,JOHN A (MEDICAL DOCTOR)
     Order Text:        MORPHINE SULFATE SA TAB,SA  30MG
                        TAKE ONE TABLET BY MOUTH THREE TIMES A DAY FOR PAIN Chronic
back and knee pain.
                        Take with 15mg SA
                        Quantity: 90 Refills: 0
     Nature of Order:   ELECTRONICALLY ENTERED
     Dig Signature:     PETERSON,JOHN A (MEDICAL DOCTOR) on 09/17/2019 12:16
09/17/2019 12:31  Change entered by HOAGLAND,ADAM W (PHARMACIST, OUT)
     Changed to:        MORPHINE SULFATE SA TAB,SA  30MG
                        TAKE ONE TABLET BY MOUTH THREE TIMES A DAY FOR CHRONIC BACK
AND KNEE PAIN.  TAKE
                        WITH 15MG SA
                        Quantity: 90 Refills: 0
     Nature of Order:   SERVICE CORRECTION
     Signature:         SERVICE CORRECTION TO SIGNED ORDER
10/15/2019 09:19  Discontinued by HOAGLAND,ADAM W (PHARMACIST, OUT)
     Reason for DC:     Discontinued by Pharmacy

Current Data:
Treating Specialty:
Ordering Location:        DAN CHRONIC PAIN CARE MD
Start Date/Time:          09/17/2019
Stop Date/Time:           10/15/2019
Current Status:           DISCONTINUED
   Orders that have been explicitly stopped.
Order #28350290

Order:
Medication:               MORPHINE SULFATE SA TAB,SA 30MG
Instructions:             30MG ORAL TID
Sig:
   TAKE ONE TABLET BY MOUTH THREE TIMES A DAY FOR CHRONIC BACK AND KNEE PAIN.  TAKE
WITH 15MG SA
Patient Instructions:
   FOR CHRONIC BACK AND KNEE PAIN.  TAKE WITH 15MG SA
Days Supply:              30
Quantity:                 90
Refills:                  0
Pick Up:                  WINDOW
Comments:
   Chronic back and knee pain.  Take with 15mg SA

Dispense Drugs (units/dose):  MORPHINE SULFATE 30MG SA TAB ()
Last Filled:              9/17/19

-------------------------------------------------------------------------
Page 1

Order Details - 28350290;2

*** WORK COPY ONLY ***                         Printed: Sep 01, 2020  09:33

Refills Remaining:          0
Filled:                     9/17/19 (Window) released 9/17/19
                            CHANGE IN DOSAGE - FILL TODAY PER DR PETERSON
Prescription#:              5408366
Pharmacist:                 HOAGLAND,ADAM W


First Party Pay Exemptions
For conditions related to:   SERVICE CONNECTED CONDITION
Order Checks:
HIGH:       Duplicate Therapy: Order(s) exist for {MORPHINE SULFATE 15MG SA TAB
            [UNRELEASED], MORPHINE SULFATE 60MG SA TAB [EXPIRED]} in the same
            therapeutic categor(ies): Opioid Analgesics- ER (with all
            antitussive opiates)
HIGH:       IMED PATIENT AGREEMENT FOR NARC
            *** Patient has a signed "IMED PATIENT AGREEMENT FOR NARCOTIC
            DRUGS" ***

            Computed Finding: VA-Progress Note
            04/04/2019@17:27:53 value - CONSENT FOR LONG-TERM OPIOIDS FOR
            PAIN;
            Author: CARTER,TISHA L


HIGH:       Potential dangerous drug combination with a BENZODIAZEPINE
            Combination of Benzodiazepines and Opioids may result in
            potentially unsafe
            drug interactions; prescribing of Opioids and Benzodiazepines
            concurrently has
            been shown to have a 4-fold increased risk of OVERDOSE in the
            Veteran
            population (BMJ 2015;350:h2698).

            Co-prescribing opioid and benzodiazepines is particularly dangerous
            when
            patients have other risk factors for overdose or suicide.  The
            Stratification
            Tool for Opioid Risk Mitigation (STORM) decision support tool
            provides
            estimates of adverse event risk, a summary of risk factors, and
            recommended
            risk mitigation interventions and treatment alternatives for
            patients.  Review
            STORM by cutting and pasting this URL link into your browser:
            http://go.va.gov/ijob

Override:    PETERSON,JOHN A (MEDICAL DOCTOR) on 09/17/2019 12:15
             Chronic Medication

======================================================================


----------------------------------------------------------------------
Page 2

Order Details - 28350290;2

*** WORK COPY ONLY ***                          Printed: Sep 01, 2020  09:33

```
========================================================================
==================================================
```

MEDICATION HISTORY for JUL 03, 2020  to  SEP 01, 2020
Run Date: SEP 01, 2020@09:33
Include Inpatient and Clinic Orders

Page: 1
MEDICATIONS SEARCH LIST: MORPHINE SULFATE SA

Patient:                          SSN:                      DOB:

Sex:      MALE                    Ht/Wt:    183cm/113.85kg    Ward:
Rm:
Dx:                               Last Mvmt: APR 13,2013@09:30   Type:
DISCHARGE

ADRs:      No ADRs on file.

Allergies: No Known Allergies
```
========================================================================
==================================================
```
| Location | St Sch Administration Date | By | Body Site |
| Units | Units of | | |
| | | | Medication & Dosage |
| GIVEN | Administration | | |

```
------------------------------------------------------------------------
-----------------------------------------------
```

<<<< NO HISTORY FOUND FOR THIS TIME FRAME >>>>

```
========================================================================
==================================================
```

Ward:   Room-Bed:

```
------------------------------------------------------------------------
```
End of report

```
              Order Details - 28445729
```

*** WORK COPY ONLY ***                    Printed: Sep 01, 2020  09:32

MORPHINE SULFATE SA TAB,SA  15MG
TAKE ONE TABLET BY MOUTH THREE TIMES A DAY  FOR CHRONIC BACK AND KNEE PAIN
Quantity: 90 Refills: 0
<Discontinued by Pharmacy>

Activity:
10/14/2019 21:29  New Order entered by PETERSON,JOHN A (MEDICAL DOCTOR)
        Order Text:         MORPHINE SULFATE SA TAB,SA  15MG
                            TAKE ONE TABLET BY MOUTH THREE TIMES A DAY  FOR CHRONIC BACK
AND KNEE PAIN
                            Quantity: 90 Refills: 0
        Nature of Order:    ELECTRONICALLY ENTERED
        Dig Signature:      PETERSON,JOHN A (MEDICAL DOCTOR) on 10/14/2019 21:30
10/30/2019 15:01  Discontinued by HOAGLAND,ADAM W (PHARMACIST, OUT)
        Reason for DC:      Discontinued by Pharmacy

Current Data:
Treating Specialty:
Ordering Location:          DAN CHRONIC PAIN CARE MD
Start Date/Time:            10/17/2019
Stop Date/Time:             10/30/2019
Current Status:             DISCONTINUED
  Orders that have been explicitly stopped.
Order #28445729

Order:
Medication:                 MORPHINE SULFATE SA TAB,SA 15MG
Instructions:               15MG ORAL TID
Sig:
  TAKE ONE TABLET BY MOUTH THREE TIMES A DAY
Patient Instructions:
  FOR CHRONIC BACK AND KNEE PAIN
Start:                      0
Days Supply:                30
Quantity:                   90
Refills:                    0
Pick Up:                    MAIL
Priority:                   ROUTINE

Dispense Drugs (units/dose): MORPHINE SULFATE 15MG SA TAB ()
Last Filled:                10/17/19
Refills Remaining:          0
Filled:                     10/17/19 (Mail) released 10/15/19
                            1f 9/17; fill 10/17
Prescription#:              5424393
Pharmacist:                 HOAGLAND,ADAM W


First Party Pay Exemptions
Order Checks:
HIGH:        Duplicate Therapy: Order(s) exist for {MORPHINE SULFATE 15MG SA TAB
             [ACTIVE], MORPHINE SULFATE 30MG SA TAB [UNRELEASED], MORPHINE

-------------------------------------------------------------------------
Page 1
```

Order Details - 28445729

▰▰▰▰▰▰▰▰▰▰▰▰▰▰▰▰▰▰▰▰▰

*** WORK COPY ONLY ***                    Printed: Sep 01, 2020  09:32

             SULFATE 30MG SA TAB [ACTIVE], MORPHINE SULFATE 60MG SA TAB
             [EXPIRED]} in the same therapeutic categor(ies): Opioid Analgesics-
             ER (with all antitussive opiates)
HIGH:        IMED PATIENT AGREEMENT FOR NARC
             *** Patient has a signed "IMED PATIENT AGREEMENT FOR NARCOTIC
             DRUGS" ***

             Computed Finding: VA-Progress Note
              04/04/2019@17:27:53 value - CONSENT FOR LONG-TERM OPIOIDS FOR
             PAIN;
              Author: CARTER,TISHA L

MODERATE:    Duplicate opioid medications:  [1] HYDROCODONE 10/ACETAMINOPHEN
             325MG TAB TAKE 1 TABLET BY MOUTH THREE TIMES A DAY AS NEEDED FOR
             PAIN - DO NOT  EXCEED 4000MG OF ACETAMINOPHEN (APAP) PER DAY FROM
             ANY AND ALL SOURCES  [UNRELEASED],  [2] MORPHINE SULFATE SA TAB,SA
             30MG TAKE ONE TABLET BY MOUTH THREE TIMES A DAY FOR CHRONIC BACK
             AND KNEE PAIN.  TAKE WITH 15MG SA  [ACTIVE],  [3] HYDROCODONE
             10/ACETAMINOPHEN 325MG TAB TAKE 1 TABLET BY MOUTH THREE TIMES A DAY
             AS NEEDED FOR PAIN - DO NOT  EXCEED 4000MG OF ACETAMINOPHEN (APAP)
             PER DAY FROM ANY AND ALL SOURCES  [ACTIVE]
Override:    PETERSON,JOHN A (MEDICAL DOCTOR) on 10/14/2019 21:30
             Chropnic Medication

===================================================================


===================================================================
=============================================

MEDICATION HISTORY for JUL 03, 2020  to  SEP 01, 2020
Run Date: SEP 01, 2020@09:32
Include Inpatient and Clinic Orders

Page: 1
MEDICATIONS SEARCH LIST: MORPHINE SULFATE SA

Patient ▰▰▰▰▰▰▰▰▰          SSN:  ▰▰▰▰▰▰          DOB:

Sex:     MALE              Ht/Wt:   183cm/113.85kg      Ward:
Rm:
Dx:                        Last Mvmt: APR 13,2013@09:30  Type:
DISCHARGE

ADRs:    No ADRs on file.

Allergies:  No Known Allergies
===================================================================
=============================================
Location           St Sch Administration Date   By       Body Site
Units              Units of


------------------------------------------------------------------------
Page 2

Order Details - 28445729

```
*** WORK COPY ONLY ***                    Printed: Sep 01, 2020  09:32


                                          Medication & Dosage

GIVEN          Administration
--------------------------------------------------------------------------
--------------------------------------------------
<<<< NO HISTORY FOUND FOR THIS TIME FRAME >>>>
==========================================================================
==================================================
Ward:    Room-Bed:
```

```
----------------------------------------------------------------------
End of report
```

Order Details - 28657537;2

*** WORK COPY ONLY ***                    Printed: Sep 01, 2020  09:27

MORPHINE SULFATE SA TAB,SA  30MG
TAKE ONE TABLET BY MOUTH THREE TIMES A DAY FOR CHRONIC BACK AND KNEE PAIN.  TAKE
WITH MORPHINE 15MG SA TABLET
Quantity: 90 Refills: 0
<Discontinued by Pharmacy>

Activity:
12/16/2019 08:32  New Order entered by PETERSON,JOHN A (MEDICAL DOCTOR)
     Order Text:        MORPHINE SULFATE SA TAB,SA  30MG
                        TAKE ONE TABLET BY MOUTH THREE TIMES A DAY  FOR CHRONIC BACK
AND KNEE PAIN.

                        TAKE WITH 15MG SA
                        Quantity: 90 Refills: 0
     Nature of Order:   ELECTRONICALLY ENTERED
     Dig Signature:     PETERSON,JOHN A (MEDICAL DOCTOR) on 12/16/2019 08:34
12/16/2019 08:59  Change entered by MOHAMMED,RAZZAK ABDUL (CLINICAL PHARMA)
     Changed to:        MORPHINE SULFATE SA TAB,SA  30MG
                        TAKE ONE TABLET BY MOUTH THREE TIMES A DAY FOR CHRONIC BACK
AND KNEE PAIN.  TAKE
                        WITH MORPHINE 15MG SA TABLET
                        Quantity: 90 Refills: 0
     Nature of Order:   SERVICE CORRECTION
     Signature:         SERVICE CORRECTION TO SIGNED ORDER
12/23/2019 15:55  Discontinued by MOHAMMED,RAZZAK ABDUL (CLINICAL PHARMA)
     Reason for DC:     Discontinued by Pharmacy

Current Data:
Treating Specialty:
Ordering Location:      DAN CHRONIC PAIN CARE MD
Start Date/Time:        12/16/2019
Stop Date/Time:         12/23/2019
Current Status:         DISCONTINUED
  Orders that have been explicitly stopped.
Order #28657537

Order:
Medication:             MORPHINE SULFATE SA TAB,SA 30MG
Instructions:           30MG ORAL TID
Sig:
  TAKE ONE TABLET BY MOUTH THREE TIMES A DAY FOR CHRONIC BACK AND KNEE PAIN.  TAKE
WITH MORPHINE 15MG SA TABLET
Patient Instructions:
  FOR CHRONIC BACK AND KNEE PAIN.  TAKE WITH MORPHINE 15MG SA TABLET
Days Supply:            30
Quantity:               90
Refills:                0
Pick Up:                MAIL

Dispense Drugs (units/dose):  MORPHINE SULFATE 30MG SA TAB ()
Last Filled:            12/16/19
Refills Remaining:      0
Filled:                 12/16/19 (Mail) released 12/16/19

------------------------------------------------------------------------
Page 1

Order Details - 28657537;2

========================================================================
\*\*\* WORK COPY ONLY \*\*\*                    Printed: Sep 01, 2020  09:27

                              LF 11/16/19
Prescription#:                5459543
Pharmacist:                   MOHAMMED,RAZZAK ABDUL


First Party Pay Exemptions
Order Checks:
HIGH:       Duplicate Therapy: Order(s) exist for {MORPHINE SULFATE 15MG SA TAB
            [UNRELEASED], MORPHINE SULFATE 15MG SA TAB [EXPIRED], MORPHINE
            SULFATE 30MG SA TAB [EXPIRED], MORPHINE SULFATE 60MG SA TAB
            [EXPIRED]} in the same therapeutic categor(ies): Opioid Analgesics-
            ER (with all antitussive opiates)
HIGH:       IMED PATIENT AGREEMENT FOR NARC
            \*\*\* Patient has a signed "IMED PATIENT AGREEMENT FOR NARCOTIC
            DRUGS" \*\*\*

            Computed Finding: VA-Progress Note
            04/04/2019@17:27:53 value - CONSENT FOR LONG-TERM OPIOIDS FOR
            PAIN;
            Author: CARTER,TISHA L


HIGH:       Potential dangerous drug combination with a BENZODIAZEPINE
            Combination of Benzodiazepines and Opioids may result in
            potentially unsafe
            drug interactions; prescribing of Opioids and Benzodiazepines
            concurrently has
            been shown to have a 4-fold increased risk of OVERDOSE in the
            Veteran
            population (BMJ 2015;350:h2698).

            Co-prescribing opioid and benzodiazepines is particularly dangerous
            when
            patients have other risk factors for overdose or suicide.  The
            Stratification
            Tool for Opioid Risk Mitigation (STORM) decision support tool
            provides
            estimates of adverse event risk, a summary of risk factors, and
            recommended
            risk mitigation interventions and treatment alternatives for
            patients.  Review
            STORM by cutting and pasting this URL link into your browser:
            http://go.va.gov/ijob

MODERATE:   Remote Order Checking not available - checks done on local data only
MODERATE:   Duplicate opioid medications:  [1] HYDROCODONE 10/ACETAMINOPHEN
            325MG TAB TAKE 1 TABLET BY MOUTH THREE TIMES A DAY AS NEEDED FOR
            PAIN - DO NOT  EXCEED 4000MG OF ACETAMINOPHEN (APAP) PER DAY FROM
            ANY AND ALL SOURCES  [UNRELEASED],  [2] MORPHINE SULFATE SA TAB,SA
            15MG TAKE ONE TABLET BY MOUTH THREE TIMES A DAY  FOR CHRONIC BACK
            AND KNEE PAIN  [UNRELEASED]
Override:   PETERSON,JOHN A (MEDICAL DOCTOR) on 12/16/2019 08:33


------------------------------------------------------------------------
Page 2

USA0145

Order Details - 28657537;2

*** WORK COPY ONLY ***                    Printed: Sep 01, 2020  09:27


        Chronic Medication

================================================================

================================================================
==============================================

MEDICATION HISTORY for JUL 03, 2020  to  SEP 01, 2020
Run Date: SEP 01, 2020@09:27
Include Inpatient and Clinic Orders

Page: 1
MEDICATIONS SEARCH LIST: MORPHINE SULFATE SA

Patient:                          SSN:                    DOB:

Sex:       MALE                   Ht/Wt:    183cm/113.85kg   Ward:
Rm:
Dx:                               Last Mvmt: APR 13,2013@09:30   Type:
DISCHARGE

ADRs:      No ADRs on file.

Allergies:  No Known Allergies
================================================================
================================================================
Location           St Sch Administration Date   By      Body Site
Units           Units of
                                                        Medication & Dosage
GIVEN           Administration
----------------------------------------------------------------
<<<< NO HISTORY FOUND FOR THIS TIME FRAME >>>>
================================================================
================================================================

Ward:    Room-Bed:


----------------------------------------------------------------
End of report

Order Details - 28685589;2

=====================================================================
*** WORK COPY ONLY ***                    Printed: Sep 01, 2020  09:23

Discontinue MRI LUMBAR W/O CONTRAST
<DUPLICATE ORDER>

Activity:
12/23/2019 15:37  New Order entered by PETERSON,JOHN A (MEDICAL DOCTOR)
     Order Text:       MRI LUMBAR W/O CONTRAST
     Nature of Order:  ELECTRONICALLY ENTERED
     Elec Signature:   PETERSON,JOHN A (MEDICAL DOCTOR) on 12/23/2019 15:46
12/30/2019 08:21  Discontinue entered by PHILLIPS,MISTY M (MEDICAL SUPPORT)
     Nature of Order:  POLICY
     Ordered by:       PETERSON,JOHN A (MEDICAL DOCTOR)
     Signature:        NOT REQUIRED
     Reason for DC:    DUPLICATE ORDER

Current Data:
Treating Specialty:
Ordering Location:        DAN CHRONIC PAIN CARE MD
Start Date/Time:          01/06/2020
Stop Date/Time:           12/30/2019 08:21
Current Status:           DISCONTINUED
  Orders that have been explicitly stopped.
Order #28685589

Order:
Procedure:                MRI LUMBAR W/O CONTRAST
Reason for Study:         See clinical history
Clinical History:
  Chronic low back pain, service connected IED. Two year hospitalization.

  Radiologist is asked to contact ordering provider prior to amending this
  order**

  1. Does the patient have any shrapnel or metal in his/her body?
     [ YES ]

  2. Any previous brain, ear, or eye injuries?
     [ YES ]

  3. Any history of heart surgery? Pacemaker, defibrillator, stents,
     heart valves?
     [ NO ]

  4. Does the patient have implants of ANY kind?
     [ NO ]

  5. Any history of cancer?
     [ NO ]

  6. Any previous surgeries to the area of interest (body part)
     being scanned?
     [ YES ]


---------------------------------------------------------------------
Page 1

U

Order Details - 28685589;2

*** WORK COPY ONLY ***                    Printed: Sep 01, 2020  09:23

7. Is the patient allergic to gadolinium?
   [ NO ]
Category:                    OUTPATIENT
Ordering Location:           DAN CHRONIC PAIN CARE MD
Date Desired:                Jan 06, 2020
Mode of Transport:           AMBULATORY
Is patient on isolation procedures? NO
Urgency:                     ROUTINE
Submit request to:           MRI MOBILE

------------------------------------------------------------------------
End of report

Order Details - 28685566

*** WORK COPY ONLY ***                    Printed: Sep 01, 2020  09:24

MORPHINE SULFATE SA TAB,SA  15MG
TAKE ONE TABLET BY MOUTH THREE TIMES A DAY   FOR CHRONIC BACK AND KNEE PAIN
Quantity: 90 Refills: 0

Activity:
12/23/2019 15:32  New Order entered by PETERSON,JOHN A (MEDICAL DOCTOR)
      Order Text:        MORPHINE SULFATE SA TAB,SA  15MG
                         TAKE ONE TABLET BY MOUTH THREE TIMES A DAY   FOR CHRONIC BACK
AND KNEE PAIN
                         Quantity: 90 Refills: 0
      Nature of Order:   ELECTRONICALLY ENTERED
      Dig Signature:     PETERSON,JOHN A (MEDICAL DOCTOR) on 12/23/2019 15:46

Current Data:
Treating Specialty:
Ordering Location:        DAN CHRONIC PAIN CARE MD
Start Date/Time:          01/15/2020
Stop Date/Time:           01/22/2020
Current Status:           EXPIRED
   Orders that have a stop date which has expired.  e.g., Unit Dose
   orders expire at some sites 14 days after the order is created,
   but may be renewed within a hospital designated time
   after the expiration date.
Order #28685566

Order:
Medication:               MORPHINE SULFATE SA TAB,SA 15MG
Instructions:             15MG ORAL TID
Sig:
   TAKE ONE TABLET BY MOUTH THREE TIMES A DAY
Patient Instructions:
   FOR CHRONIC BACK AND KNEE PAIN
Start:                    0
Days Supply:              30
Quantity:                 90
Refills:                  0
Pick Up:                  MAIL
Priority:                 ROUTINE

Dispense Drugs (units/dose):  MORPHINE SULFATE 15MG SA TAB ()
Last Filled:              1/15/20
Refills Remaining:        0
Filled:                   1/15/20 (Mail)
                          LF 12/16/19
Return to Stock:          Jan 13, 2020@12:03:10 by CUNNINGHAM-STONEWALL,ASHLEE
BRIE
                          Comments: Per Pharmacy Request
Prescription#:            5464492
Pharmacist:               MOHAMMED,RAZZAK ABDUL


First Party Pay Exemptions


------------------------------------------------------------------------
Page 1

Order Details - 28685566

*** WORK COPY ONLY ***                        Printed: Sep 01, 2020  09:24

Order Checks:
HIGH:      Duplicate Therapy: Order(s) exist for {MORPHINE SULFATE 15MG SA TAB
           [ACTIVE], MORPHINE SULFATE 30MG SA TAB [UNRELEASED], MORPHINE
           SULFATE 30MG SA TAB [ACTIVE], MORPHINE SULFATE 60MG SA TAB
           [EXPIRED]} in the same therapeutic categor(ies): Opioid Analgesics-
           ER (with all antitussive opiates)
HIGH:      IMED PATIENT AGREEMENT FOR NARC
              *** Patient has a signed "IMED PATIENT AGREEMENT FOR NARCOTIC
           DRUGS" ***

              Computed Finding: VA-Progress Note
              04/04/2019@17:27:53 value - CONSENT FOR LONG-TERM OPIOIDS FOR
           PAIN;
              Author: CARTER,TISHA L


MODERATE:  Duplicate opioid medications:  [1] HYDROCODONE 10/ACETAMINOPHEN
           325MG TAB TAKE 1 TABLET BY MOUTH THREE TIMES A DAY AS NEEDED FOR
           PAIN - DO NOT  EXCEED 4000MG OF ACETAMINOPHEN (APAP) PER DAY FROM
           ANY AND ALL SOURCES  [UNRELEASED], [2] MORPHINE SULFATE SA TAB,SA
           30MG TAKE ONE TABLET BY MOUTH THREE TIMES A DAY FOR CHRONIC BACK
           AND KNEE PAIN.  TAKE WITH MORPHINE 15MG SA TABLET  [ACTIVE],  [3]
           HYDROCODONE 10/ACETAMINOPHEN 325MG TAB TAKE 1 TABLET BY MOUTH THREE
           TIMES A DAY AS NEEDED FOR PAIN - DO NOT  EXCEED 4000MG OF
           ACETAMINOPHEN (APAP) PER DAY FROM ANY AND ALL SOURCES  [ACTIVE]
Override:  PETERSON,JOHN A (MEDICAL DOCTOR) on 12/23/2019 15:46
           Chronic Medication


===========================================================================


===========================================================================
===========================================================================

MEDICATION HISTORY for JUL 03, 2020  to  SEP 01, 2020
Run Date: SEP 01, 2020@09:24
Include Inpatient and Clinic Orders

Page: 1
MEDICATIONS SEARCH LIST: MORPHINE SULFATE SA

Patient:                              SSN:                        DOB:

Sex:     MALE                         Ht/Wt:   183cm/113.85kg     Ward:
Rm:
Dx:                                   Last Mvmt: APR 13,2013@09:30 Type:
DISCHARGE

ADRs:      No ADRs on file.

Allergies:  No Known Allergies

---------------------------------------------------------------------
Page 2

Order Details - 28685566

*** WORK COPY ONLY ***                      Printed: Sep 01, 2020  09:24


==================================================================
==================================================================
Location          St Sch Administration Date   By      Body Site
Units             Units of
                                                        Medication & Dosage
GIVEN             Administration
------------------------------------------------------------------
<<<< NO HISTORY FOUND FOR THIS TIME FRAME >>>>
==================================================================
==================================================================
Ward:   Room-Bed:


------------------------------------------------------------------
End of report

Order Details - 28504125

=======================================================================
*** WORK COPY ONLY ***                    Printed: Sep 01, 2020  09:30

MORPHINE SULFATE SA TAB,SA  30MG
TAKE ONE TABLET BY MOUTH THREE TIMES A DAY  FOR CHRONIC BACK AND KNEE PAIN.
TAKE WITH 15MG SA
Quantity: 90 Refills: 0

Activity:
10/30/2019 14:45  New Order entered by PETERSON,JOHN A (MEDICAL DOCTOR)
    Order Text:        MORPHINE SULFATE SA TAB,SA  30MG
                       TAKE ONE TABLET BY MOUTH THREE TIMES A DAY  FOR CHRONIC BACK
AND KNEE PAIN.

                       TAKE WITH 15MG SA
                       Quantity: 90 Refills: 0
    Nature of Order:   ELECTRONICALLY ENTERED
    Dig Signature:     PETERSON,JOHN A (MEDICAL DOCTOR) on 10/30/2019 14:49

Current Data:
Treating Specialty:
Ordering Location:        DAN CHRONIC PAIN CARE MD
Start Date/Time:          11/16/2019
Stop Date/Time:           11/29/2019
Current Status:           EXPIRED
  Orders that have a stop date which has expired.  e.g., Unit Dose
  orders expire at some sites 14 days after the order is created,
  but may be renewed within a hospital designated time
  after the expiration date.
Order #28504125

Order:
Medication:               MORPHINE SULFATE SA TAB,SA 30MG
Instructions:             30MG ORAL TID
Sig:
  TAKE ONE TABLET BY MOUTH THREE TIMES A DAY
Patient Instructions:
  FOR CHRONIC BACK AND KNEE PAIN.  TAKE WITH 15MG SA
Start:                    0
Days Supply:              30
Quantity:                 90
Refills:                  0
Pick Up:                  MAIL
Priority:                 ROUTINE

Dispense Drugs (units/dose):  MORPHINE SULFATE 30MG SA TAB ()
Last Filled:              11/16/19
Refills Remaining:        0
Filled:                   11/16/19 (Mail) released 11/13/19
                          1f 10/17; fill 11/16
Prescription#:            5433911
Pharmacist:               HOAGLAND,ADAM W


First Party Pay Exemptions
For conditions related to:   SERVICE CONNECTED CONDITION


-----------------------------------------------------------------------
Page 1

USA0152

Order Details - 28504125

*** WORK COPY ONLY ***                    Printed: Sep 01, 2020  09:30

Order Checks:
HIGH:        Duplicate Therapy: Order(s) exist for {MORPHINE SULFATE 15MG SA TAB
             [UNRELEASED], MORPHINE SULFATE 15MG SA TAB [ACTIVE], MORPHINE
             SULFATE 30MG SA TAB [ACTIVE], MORPHINE SULFATE 60MG SA TAB
             [EXPIRED]} in the same therapeutic categor(ies): Opioid Analgesics-
             ER (with all antitussive opiates)
HIGH:        IMED PATIENT AGREEMENT FOR NARC
             *** Patient has a signed "IMED PATIENT AGREEMENT FOR NARCOTIC
             DRUGS" ***

             Computed Finding: VA-Progress Note
             04/04/2019@17:27:53 value - CONSENT FOR LONG-TERM OPIOIDS FOR
             PAIN;
             Author: CARTER,TISHA L


MODERATE:    Duplicate opioid medications:  [1] HYDROCODONE 10/ACETAMINOPHEN
             325MG TAB TAKE 1 TABLET BY MOUTH THREE TIMES A DAY AS NEEDED FOR
             PAIN - DO NOT  EXCEED 4000MG OF ACETAMINOPHEN (APAP) PER DAY FROM
             ANY AND ALL SOURCES  [UNRELEASED], [2] MORPHINE SULFATE SA TAB,SA
             15MG TAKE ONE TABLET BY MOUTH THREE TIMES A DAY  FOR CHRONIC BACK
             AND KNEE PAIN  [UNRELEASED], [3] HYDROCODONE 10/ACETAMINOPHEN
             325MG TAB TAKE 1 TABLET BY MOUTH THREE TIMES A DAY AS NEEDED FOR
             PAIN - DO NOT  EXCEED 4000MG OF ACETAMINOPHEN (APAP) PER DAY FROM
             ANY AND ALL SOURCES  [ACTIVE], [4] MORPHINE SULFATE SA TAB,SA
             15MG TAKE ONE TABLET BY MOUTH THREE TIMES A DAY  FOR CHRONIC BACK
             AND KNEE PAIN  [ACTIVE]
Override:    PETERSON,JOHN A (MEDICAL DOCTOR) on 10/30/2019 14:49
             Chronic Medication

==============================================================================


==============================================================================
========================================================

MEDICATION HISTORY for JUL 03, 2020  to  SEP 01, 2020
Run Date: SEP 01, 2020@09:30
Include Inpatient and Clinic Orders

Page: 1
MEDICATIONS SEARCH LIST: MORPHINE SULFATE SA

Patient:                          SSN:                    DOB:

Sex:        MALE                  Ht/Wt:    183cm/113.85kg  Ward:
Rm:
Dx:                               Last Mvmt: APR 13,2013@09:30  Type:
DISCHARGE

ADRs:       No ADRs on file.


----------------------------------------------------------------
Page 2

Order Details - 28504125

```
*** WORK COPY ONLY ***                    Printed: Sep 01, 2020  09:30
```

Allergies:  No Known Allergies
```
================================================================================
================================================================================
Location          St Sch Administration Date   By        Body Site
Units              Units of                               Medication & Dosage
GIVEN              Administration
--------------------------------------------------------------------------------
--------------------------------------------------------
<<<< NO HISTORY FOUND FOR THIS TIME FRAME >>>>
================================================================================
```
Ward:   Room-Bed:

```
------------------------------------------------------------------------
```
End of report

Order Details - 28685573;2

===========================================================================

*** WORK COPY ONLY ***                          Printed: Sep 01, 2020  09:22


Return to DAN CHRONIC PAIN CARE MD on or around ( Mar 16, 2020 )
for a total of  1 appointment(s)

Activity:
12/23/2019 15:33  New Order entered by PETERSON,JOHN A (MEDICAL DOCTOR)
     Order Text:         Return to DAN CHRONIC PAIN CARE MD on or around ( Mar 16,
2020 )
                         for a total of  1 appointment(s)
     Nature of Order:    ELECTRONICALLY ENTERED
     Elec Signature:     PETERSON,JOHN A (MEDICAL DOCTOR) on 12/23/2019 15:46
12/23/2019 15:51  Change entered by KEGLEY,LEAH ANN (MEDICAL SUPPORT)
     Changed to:         Return to DAN CHRONIC PAIN CARE MD on or around ( Mar 16,
2020 )
                         for a total of  1 appointment(s)
     Nature of Order:    POLICY
     Signature:          NOT REQUIRED
     Disposition by:     KEGLEY,LEAH ANN (MEDICAL SUPPORT) on 12/23/2019 15:51

Current Data:
Treating Specialty:
Ordering Location:        DAN CHRONIC PAIN CARE MD
Start Date/Time:          12/23/2019
Stop Date/Time:           12/23/2019 15:51
Current Status:           COMPLETE
  Orders that require no further action by the ancillary service.
  e.g., Lab orders are completed when results are available,
  Radiology orders are complete when results are available.
Order #28685573

Order:
Clinic Location:          DAN CHRONIC PAIN CARE MD
Time sensitive:           NO
Return to clinic date:    Mar 16, 2020
Number of Appointments:   1


---------------------------------------------------------------------------
End of report

Order Details - 28350313;2

```
=========================================================================
```

*** WORK COPY ONLY ***                          Printed: Sep 01, 2020  09:34


Return to DAN CHRONIC PAIN CARE MD on or around ( Oct 30, 2019 )
for a total of  1 appointment(s)

Activity:
09/17/2019 12:15  New Order entered by PETERSON,JOHN A (MEDICAL DOCTOR)
     Order Text:         Return to DAN CHRONIC PAIN CARE MD on or around ( Oct 30,
2019 )
                         for a total of  1 appointment(s)
     Nature of Order:    ELECTRONICALLY ENTERED
     Elec Signature:     PETERSON,JOHN A (MEDICAL DOCTOR) on 09/17/2019 12:16
09/17/2019 12:18  Change entered by KEGLEY,LEAH ANN (MEDICAL SUPPORT)
     Changed to:         Return to DAN CHRONIC PAIN CARE MD on or around ( Oct 30,
2019 )
                         for a total of  1 appointment(s)
     Nature of Order:    POLICY
     Signature:          NOT REQUIRED
     Disposition by:     KEGLEY,LEAH ANN (MEDICAL SUPPORT) on 09/17/2019 12:18

Current Data:
Treating Specialty:
Ordering Location:          DAN CHRONIC PAIN CARE MD
Start Date/Time:            09/17/2019
Stop Date/Time:             09/17/2019 12:18
Current Status:             COMPLETE
   Orders that require no further action by the ancillary service.
    e.g., Lab orders are completed when results are available,
   Radiology orders are complete when results are available.
Order #28350313

Order:
Clinic Location:            DAN CHRONIC PAIN CARE MD
Time sensitive:             NO
Return to clinic date:      Oct 30, 2019
Number of Appointments:     1


-------------------------------------------------------------------------
End of report
```

Order Details - 28504004;3

```
=========================================================================
```
*** WORK COPY ONLY ***                    Printed: Sep 01, 2020  09:21


Discontinue KNEE-3 VIEWS RIGHT
<DUPLICATE ORDER>

Activity:
10/30/2019 14:28  New Order entered by PETERSON,JOHN A (MEDICAL DOCTOR)
      Order Text:       KNEE-3 VIEWS RIGHT
      Nature of Order:   ELECTRONICALLY ENTERED
      Elec Signature:    PETERSON,JOHN A (MEDICAL DOCTOR) on 10/30/2019 14:34
10/30/2019 15:28  Hold entered by DELP,BRIDGETT (RADIOLOGIC TECH)
      Nature of Order:   POLICY
      Ordered by:        PETERSON,JOHN A (MEDICAL DOCTOR)
      Signature:         NOT REQUIRED
      Comments:          EXAM CANCELLED
12/30/2019 08:21  Discontinue entered by PHILLIPS,MISTY M (MEDICAL SUPPORT)
      Nature of Order:   POLICY
      Ordered by:        PETERSON,JOHN A (MEDICAL DOCTOR)
      Signature:         NOT REQUIRED
      Reason for DC:     DUPLICATE ORDER

Current Data:
Treating Specialty:
Ordering Location:         DAN CHRONIC PAIN CARE MD
Start Date/Time:           10/30/2019
Stop Date/Time:            12/30/2019 08:21
Current Status:            DISCONTINUED
   Orders that have been explicitly stopped.
Order #28504004

Order:
Procedure:                 UNILATERAL KNEE WITH UPRIGHT PA
Procedure Modifiers:       RIGHT
Reason for Study:          See clinical history below:
Clinical History:
   Service connected knee injury
Category:                  OUTPATIENT
Ordering Location:         DAN CHRONIC PAIN CARE MD
Date Desired:              Oct 30, 2019
Mode of Transport:         AMBULATORY
Is patient on isolation procedures? NO
Urgency:                   ROUTINE
Submit request to:         RADIOLOGY DEPT


-------------------------------------------------------------------------
End of report
```

*U*

Order Details - 28504137;2

======================================================================

```
*** WORK COPY ONLY ***                    Printed: Sep 01, 2020  09:29


Return to DAN CHRONIC PAIN CARE MD on or around ( Dec 23, 2019 )
for a total of  1 appointment(s)
14:00

Activity:
10/30/2019 14:47  New Order entered by PETERSON,JOHN A (MEDICAL DOCTOR)
     Order Text:        Return to DAN CHRONIC PAIN CARE MD on or around ( Dec 23,
2019 )
                        for a total of  1 appointment(s)
                        14:00
     Nature of Order:   ELECTRONICALLY ENTERED
     Elec Signature:    PETERSON,JOHN A (MEDICAL DOCTOR) on 10/30/2019 14:49
10/30/2019 15:42  Change entered by KEGLEY,LEAH ANN (MEDICAL SUPPORT)
     Changed to:        Return to DAN CHRONIC PAIN CARE MD on or around ( Dec 23,
2019 )
                        for a total of  1 appointment(s)
                        14:00
     Nature of Order:   POLICY
     Signature:         NOT REQUIRED
     Disposition by:    KEGLEY,LEAH ANN (MEDICAL SUPPORT) on 10/30/2019 15:42

Current Data:
Treating Specialty:
Ordering Location:      DAN CHRONIC PAIN CARE MD
Start Date/Time:        10/30/2019
Stop Date/Time:         10/30/2019 15:42
Current Status:         COMPLETE
  Orders that require no further action by the ancillary service.
   e.g., Lab orders are completed when results are available,
  Radiology orders are complete when results are available.
Order #28504137

Order:
Clinic Location:        DAN CHRONIC PAIN CARE MD
Time sensitive:         NO
Return to clinic date:  Dec 23, 2019
Number of Appointments: 1
Comments:               14:00


----------------------------------------------------------------------
End of report
```

Order Details - 28504538

=====================================================================
*** WORK COPY ONLY ***                    Printed: Sep 01, 2020  09:29

BILATERAL KNEES

Activity:
10/30/2019 15:32  New Order entered by DELP,BRIDGETT (RADIOLOGIC TECH)
        Order Text:       BILATERAL KNEES
        Nature of Order:  SERVICE CORRECTION
        Ordered by:       PETERSON,JOHN A (MEDICAL DOCTOR)
        Signature:        SERVICE CORRECTION TO SIGNED ORDER

Current Data:
Treating Specialty:
Ordering Location:        DAN RADIOLOGY CLINIC
Start Date/Time:          10/30/2019
Stop Date/Time:           10/30/2019 15:55
Current Status:           COMPLETE
    Orders that require no further action by the ancillary service.
    e.g., Lab orders are completed when results are available,
   Radiology orders are complete when results are available.
Order #28504538

Order:
Procedure:                BILATERAL KNEES
Reason for Study:         DERVICE CONNECTED INJURY
Clinical History:
   SERVICE CONNECTED INJURY
Category:                 OUTPATIENT
Date Desired:             Oct 30, 2019
Mode of Transport:        AMBULATORY
Urgency:                  ROUTINE
Submit request to:        RADIOLOGY DEPT


----------------------------------------------------------------------
End of report

Order Details - 28503993;3



```
*** WORK COPY ONLY ***                    Printed: Sep 01, 2020  09:20
```

Discontinue KNEE-3 VIEWS LEFT
<DUPLICATE ORDER>

Activity:
10/30/2019 14:27  New Order entered by PETERSON,JOHN A (MEDICAL DOCTOR)
        Order Text:        KNEE-3 VIEWS LEFT
        Nature of Order:   ELECTRONICALLY ENTERED
        Elec Signature:    PETERSON,JOHN A (MEDICAL DOCTOR) on 10/30/2019 14:34
10/30/2019 15:28  Hold entered by DELP,BRIDGETT (RADIOLOGIC TECH)
        Nature of Order:   POLICY
        Ordered by:        PETERSON,JOHN A (MEDICAL DOCTOR)
        Signature:         NOT REQUIRED
        Comments:          EXAM CANCELLED
12/30/2019 08:21  Discontinue entered by PHILLIPS,MISTY M (MEDICAL SUPPORT)
        Nature of Order:   POLICY
        Ordered by:        PETERSON,JOHN A (MEDICAL DOCTOR)
        Signature:         NOT REQUIRED
        Reason for DC:     DUPLICATE ORDER

Current Data:
Treating Specialty:
Ordering Location:        DAN CHRONIC PAIN CARE MD
Start Date/Time:          10/30/2019
Stop Date/Time:           12/30/2019 08:21
Current Status:           DISCONTINUED
  Orders that have been explicitly stopped.
Order #28503993

Order:
Procedure:                UNILATERAL KNEE WITH UPRIGHT PA
Procedure Modifiers:      LEFT
Reason for Study:         See clinical history below:
Clinical History:
  Chronic knee pain, service connected
Category:                 OUTPATIENT
Ordering Location:        DAN CHRONIC PAIN CARE MD
Date Desired:             Oct 30, 2019
Mode of Transport:        AMBULATORY
Is patient on isolation procedures? NO
Urgency:                  ROUTINE
Submit request to:        RADIOLOGY DEPT


---------------------------------------------------------------------
End of report
```

# TAB 13

# Administrative Review Report for Patient T

# <u>ADMINISTRATIVE REVIEW</u>

**NON-PROTECTED REVIEW FORM**
Confidential Review which may be used for administrative purposes such as
disciplinary action, removal of privileges, etc.

## <u>Section I – Review Information</u>

<u>Patient Name:</u> ▬▬▬▬▬

<u>SSN:</u> ▬▬▬▬

<u>DOB:</u> ▬▬▬

<u>Service:</u> Surgical

<u>Event Date(s):</u> 1/25/19-1/24/20

<u>Provider Named in Review:</u> John Peterson

**Complete and Return Date:**

| Reason for Review |
| --- |

Please review appropriateness of care and treatment:

**A.  Was the history of presenting illness (HPI) described and documented appropriately?**

[X] Yes
[ ] No

**B.  Was the patient screened for pain prior to (or within 30 days before) initial dispensing of long-term opioid therapy.**

[X] Yes
[ ] No

**C.  Did the provider assess the patient for aberrant behavior risks prior to the initial dispensing or during 90- day.**

[X] Yes
[X] No

6/6/2019 UDS

*The information on this form is NOT protected and NOT for use in Peer Review Committee*

# *ADMINISTRATIVE REVIEW*

**D.** When long-term opioid was initiated and the patient received a benzodiazepine, was there documented justification for adding the opioid therapy.

☐ Yes
☐ No

N/A

**E.** When the benzodiazepine was initiated and the patient received long-term opioid therapy, was there documented justification for adding the benzodiazepine?

☐ Yes
☐ No

N/A

**F.** Did the provider conduct urine drug testing 30 days prior to the initial dispensing or within the 90-day window?

☐ Yes
☐ No

Provider ordered one UDS in above time period

**G.** If the urine drug screen test was completed prior to the initial dispensing of an opioid, was there an intervention documented for positive urine test results?

☐ Yes
☐ No

N/A

**H.** For urine tests completed after the initial dispensing of the opioid, was there an intervention documented for negative urine test results?

☐ Yes
☐ No

N/A

**I.** Was informed consent for long-term opioid therapy for pain completed prior to the initial dispensing or during the 90-day window?

☒ Yes
☐ No

Different provider completed in 2015

**J.** Did the clinician complete a follow up with the patient within 3 months after the 90-day window?

☒ Yes
☐ No

---

*The information on this form is NOT protected and NOT for use in Peer Review Committee*

UNPROTECTED ADMINISTRATIVE REVIEW

# *ADMINISTRATIVE REVIEW*

### Please provide a brief summary, whether the standards of care were met or not met:

No discussion of risks of long term opioid therapy
No documentation of risk/benefit assessment or risk mitigation strategies

☐ Yes, standard of care was met        ☒ **X** No, standard of care was not met

---

### Should any other service/discipline review this case?

*Type an "X" in the applicable box*  ☐ Yes (If yes, explain below)        ☐ No

---

*The information on this form is NOT protected and NOT for use in Peer Review Committee*

# *ADMINISTRATIVE REVIEW*



**Reviewer Additional Comments**



**Reviewer Signature:** Aram S Mardian 451243
Digitally signed by Aram S Mardian 451243
Date: 2020.08.25 15:00:06 -07'00'

**Printed Name:** Aram Mardian

**Specialty:** Family Medicine, Pain Medicine, Addiction Medicine

**Date Completed:** 8/24/20

UNPROTECTED ADMINISTR...

*The information on this form is NOT protected and NOT for use in Peer Review Committee*

# TAB 14

# Medical Record for Patient T

```
-------------------------------------------------------------
MEDICAL RECORD                                Progress Notes
-------------------------------------------------------------
```

NOTE DATED: 11/21/2019 17:58
LOCAL TITLE: PAIN CLINIC/OUTPATIENT NOTE
STANDARD TITLE: PAIN OUTPATIENT NOTE
VISIT: 11/21/2019 11:00 DAN CHRONIC PAIN CARE MD
▓▓▓▓▓▓▓▓ returns in scheduled follow-up.  Weather turning cool and damp is
challenging his back.  He gets up slowly in the morning before he can get really
moving. He notices that he walks a bit hunched forward. Neck pain not a major
issue.

With the medication he has not found his sleep significantly affected. Over all
pain control remains adequate.  He would like to investigate massage if that
becomes available.  Chiropractic will not touch him.

Can continue to see him in three month intervals.

Allergies:  COMPAZINE

```
=============================================================
```
1)   HYDROCODONE 10/ACETAMINOPHEN 325MG TAB TAKE 1 TABLET     ACTIVE
        BY MOUTH FOUR TIMES A DAY AS NEEDED FOR PAIN - DO
        NOT EXCEED 4000MG OF ACETAMINOPHEN (APAP) PER DAY
        FROM ANY AND ALL SOURCES
```
=============================================================
```

PHYSICAL EXAMINATION:
Patient feels comfortable sitting slightly forward leaning to the right.
Patient is mildly stiff, has limited range of motion to the neck. Is able to
get up and walk straight and steadily.  He has +5 strength to all four
extremities and fine touch sensation is intact.

Patient is fully alert and oriented. Professionally well-dressed. Pupils are
normal for ambient light. No evidence of sedation.

IMPRESSION:
1. Chronic traumatic low back pain secondary to L3 compression fracture.
2. Recent onset cervical radiculopathy of unknown etiology, reduced.
3. Opioid addiction not indicated.

PLAN:
1. Continue Norco 10mg #4 times a day. Monthly renewals.
2. Not using tizanidine at night, 4mg.
3. Defer Pain PT.
4. Return to clinic February 13.
5. Consider MRI cervical spine, as indicated.

Twenty minutes of the thirty minute encounter devoted to again discussing
consideration of more regular physical therapy.

```
              Signed by: /es/ JOHN A PETERSON
                         Medical Director Chronic Pain Management
                         11/21/2019 18:11
```

```
-------------------------------------------------------------
             ILLIANA HCS          Printed:08/28/2020 13:54
             Pt Loc: OUTPATIENT                 Vice SF 509
-------------------------------------------------------------
```

```
--------------------------------------------------------------
MEDICAL RECORD                              Progress Notes
--------------------------------------------------------------
```

NOTE DATED: 08/29/2019 15:38
LOCAL TITLE: PAIN CLINIC/OUTPATIENT NOTE
STANDARD TITLE: PAIN OUTPATIENT NOTE
VISIT: 08/29/2019 11:00 DAN CHRONIC PAIN CARE MD

████████ presents in scheduled follow-up. He initially describes not
much change. Hydrocodone working well enough. When he over does it, like the
lawn for two hours last weekend, he pays for it for a couple of days.

His left lower back seems a bit more stiff than before. He has a "hitch"
when he sits up straight. Gets relief if he leans forward and to the right.
He has not pursued the exercises PT Kuhn had recommended. He does get
temporary relief by lying on his back on a flat surface and stretching fully
with his arms and his legs.

Also describes his neck as a bit more stiff and sore. Recalls no injury or
cramped sleeping position.

I have had PT Kuhn step in, he would have exercises to offer but previous
acupuncture was quite painful for him, dry needling would likely be so as
well. Chiropractic has recommended against manipulation of the back given
the compression fracture. Epidural injection this spring was transient. He
has a back brace but is not using it.

We offered PT exercise therapy as potentially worth another trial. Instead he
will pursue massage therapy on his own.

He does find CBD oil helpful for anxiety, stress and sleep. Return November
21. Renew same level of hydrocodone. Will remove opioid dependence diagnosis
from his problem list. There is no indication of an addictive disorder.

Allergies:  COMPAZINE

```
=================================================================
```
1)    ATORVASTATIN CALCIUM 80MG TAB TAKE ONE-HALF TABLET BY   ACTIVE
         MOUTH AT BEDTIME FOR CHOLESTEROL CALL YOUR PROVIDER
         IF YOU HAVE MUSCLE PAIN, TENDERNESS OR WEAKNESS
2)    HYDROCODONE 10/ACETAMINOPHEN 325MG TAB TAKE 1 TABLET     ACTIVE
         BY MOUTH FOUR TIMES A DAY AS NEEDED FOR PAIN - DO
         NOT EXCEED 4000MG OF ACETAMINOPHEN (APAP) PER DAY
         FROM ANY AND ALL SOURCES
3)    MEDICATION ORGANIZER 7DAY/4 SLOT ONE SUPPLY AS           ACTIVE
         DIRECTED SUPPLY
4)    TIZANIDINE HCL 4MG TAB TAKE ONE TABLET BY MOUTH AT       ACTIVE
         BEDTIME AS NEEDED FOR CHRONIC LOW BACK PAIN.
```
=================================================================
```

PHYSICAL EXAMINATION:
Patient feels comfortable sitting slightly forward leaning to the right.
Patient is mildly stiff, has limited range of motion to the neck. Is able to
get up and walk straight and steadily. He has +5 strength to all four
         ** THIS NOTE CONTINUED ON NEXT PAGE **

```
--------------------------------------------------------------
```
                        ILLIANA HCS        Printed:08/28/2020 13:54
                        Pt Loc: OUTPATIENT           Vice SP 509
```
--------------------------------------------------------------
```

USA0168

168

```
--------------------------------------------------------------------------
MEDICAL RECORD                                    Progress Notes
--------------------------------------------------------------------------
08/29/2019 15:38     ** CONTINUED FROM PREVIOUS PAGE **
```

extremities and fine touch sensation is intact.

Patient is fully alert and oriented. Professionally well-dressed. Pupils are
normal for him in light. No evidence of sedation.

IMPRESSION:
1. Chronic traumatic low back pain secondary to L3 compression fracture.
2. Recent onset cervical radiculopathy of unknown etiology.
3. Opioid addiction not indicated.

PLAN:
1. Continue Norco 10mg #4 times a day. Monthly renewals.
2. We will add tizanidine at night, 4mg.
3. Defer Pain PT.
4. Return to clinic November 21.
5. Consider MRI cervical spine, as indicated.

```
              Signed by: /es/ JOHN A PETERSON
                         Medical Director Chronic Pain Management
                         08/29/2019 16:11

       Receipt Acknowledged By:

                         /es/ KEVIN J KUHN PT
                         Pain Clinic Physical Therapist
                         08/30/2019 11:45
```

```
--------------------------------------------------------------------------
             ILLIANA HCS        Printed:08/28/2020 13:54
          Pt Loc: OUTPATIENT                  Vice SF 509
--------------------------------------------------------------------------
```

```
--------------------------------------------------------------
MEDICAL RECORD                              Progress Notes
--------------------------------------------------------------
NOTE DATED: 06/25/2019 09:59
LOCAL TITLE: PHARMACY/OUTPATIENT NOTE
STANDARD TITLE: PHARMACY NOTE
VISIT: 06/25/2019 09:59 DAN PHARM PACT TELE
Type of call: PRESCRIPTION REFILL/RENEWAL.

PCMM Provider Info:
LOCAL - ILLIANA HCS (550)
  PACT: DAN PACT TAN (Focus: Primary Care Only)
  Primary Care Provider:     Cornett,James | PHONE:5450
  Care Manager:              Mccune,Tonya J | PHONE:45356
  Clinical Associate:        Price,Michele M | PHONE:45144
  Administrative Associate:  Brown,Rebecca L | PHONE:46522
  PACT Clinical Pharmacist:  Schaefer,Andrew E | PHONE:217-554-4264
  Clinical POC:              Care Manager | Mccune,Tonya J | PHONE:45356
  Administrative POC:        Administrative Associate | Brown,Rebecca L |
  PHONE:46522

  MH: MH DANVILLE PTSD
    (mhtc) Psychologist | Courter,Michael L Jr | PHONE:4259

Caller Area; DANVILLE

****PATIENT called in for ████████████████████████████████

Contact Phone Number:

Chief Complaint: Not applicable to call.

Comments:
refill request, Patient will be on vacation from July 03-2019 to July 15-2019.
patient will need to pick up early.

Imported Information:
Medications
   ACTIVE: HYDROCODONE 10/ACETAMINOPHEN 325MG TAB   Prescription #:5349296
Prescribing Physician: PETERSON,JOHN A (MEDICAL DOCTOR) on 06/06/2019 11:43
Frequency/Dosage: 1 TABLET ORAL QID PRN

Caller Response: OTHER-PHARMACY

Nurse Notes:
Window pickup please. needs early pickup for
vacation from 07/03/19 to 07/15/19

Class Code: Other specified counseling.

Evaluation/Management Code: UNLISTED EVALUATION AND MANAGEMENT SERVICE (98966).
Starting at: 06/25/2019 @ 9:59:52 AM
Ending at: 06/25/2019 @ 10:01:43 AM
              ** THIS NOTE CONTINUED ON NEXT PAGE **
--------------------------------------------------------------
████████████████████       ILLIANA HCS      Printed:08/28/2020 13:54
████████████            Pt Loc: OUTPATIENT           Vice_SF 509
--------------------------------------------------------------
```

```
--------------------------------------------------------------
MEDICAL RECORD                                   Progress Notes
--------------------------------------------------------------
06/25/2019 09:59    ** CONTINUED FROM PREVIOUS PAGE **

Length: 1 minutes.

Author: BAYS,MELANIE J

Patient's Email Addresss:

              Signed by: /es/ MELANIE J BAYS, CPhT
                         OUTPATIENT PHARMACY TECH.
                         06/25/2019 10:02

     Receipt Acknowledged By:
                         /es/ JOHN A PETERSON
                              Medical Director Chronic Pain Management
                              07/01/2019 07:34


07/01/2019 07:34     ADDENDUM        STATUS: COMPLETED
Renewal written 6/28.
                 Signed by: /es/ JOHN A PETERSON
                            Medical Director Chronic Pain Management
                            07/01/2019 07:34


08/02/2019 12:09     ADDENDUM        STATUS: COMPLETED
August renewal written todaY.
                 Signed by: /es/ JOHN A PETERSON
                            Medical Director Chronic Pain Management
                            08/02/2019 12:10
```

```
--------------------------------------------------------------
                    ILLIANA HCS        Printed:08/28/2020 13:54
                    Pt Loc: OUTPATIENT            Vice SF 509
--------------------------------------------------------------
```

```
--------------------------------------------------------------
MEDICAL RECORD                               Progress Notes
--------------------------------------------------------------
```

NOTE DATED: 06/06/2019 15:48
LOCAL TITLE: PAIN CLINIC/OUTPATIENT NOTE
STANDARD TITLE: PAIN OUTPATIENT NOTE
VISIT: 06/06/2019 11:30 DAN CHRONIC PAIN CARE MD
██████████ presents in scheduled follow-up.  He undertook the epidural
intervention.  The first two days were painful, he then got relief for a
couple after and it went to baseline.  His Interventionalist has not
recommended that the procedure be repeated given the disappointing results.

They did discuss kyphoplasty to L3, that discussion was not inspiring with
the surgeon indicating that given the eight years it would be difficult.

He is maintaining on the hydrocodone.  Had a recent incident where he was
forced to take down an armed suspect resulting in left rib contusions.  That
pain took a couple of weeks but is now resolved.

He has been recommended for oral surgery and will attempt to make do with
what he is on.

He notes that he has stopped taking the atorvastatin.  Recent Urgent care
visit for sore throat, going around the household.

Will renew at the window.  Annual UDS. Return August 29.

Allergies:  COMPAZINE

```
================================================================
1)   AMOXICILLIN 500MG CAP TAKE ONE CAPSULE BY MOUTH THREE    ACTIVE
        TIMES A DAY FOR INFECTION
2)   ATORVASTATIN CALCIUM 80MG TAB TAKE ONE-HALF TABLET BY    ACTIVE
        MOUTH AT BEDTIME FOR CHOLESTEROL CALL YOUR PROVIDER
        IF YOU HAVE MUSCLE PAIN, TENDERNESS OR WEAKNESS
3)   HYDROCODONE 10/ACETAMINOPHEN 325MG TAB TAKE 1 TABLET     ACTIVE
        BY MOUTH FOUR TIMES A DAY AS NEEDED FOR PAIN - DO
        NOT EXCEED 4000MG OF ACETAMINOPHEN (APAP) PER DAY
        FROM ANY AND ALL SOURCES
4)   TIZANIDINE HCL 4MG TAB TAKE ONE TABLET BY MOUTH AT       ACTIVE
        BEDTIME AS NEEDED FOR CHRONIC LOW BACK PAIN.
================================================================
```

PHYSICAL EXAMINATION:
Patient feels comfortable sitting in slightly back fully in the chair.
Patient is mildly stiff, has limited range of motion to the neck. Is able to
get up and walk straight and steadily.  He has +5 strength to all four
extremities and fine touch sensation is intact.

Patient is fully alert and oriented. Casually but well-dressed. Pupils are
normal for him in light. No evidence of sedation.

IMPRESSION:
               ** THIS NOTE CONTINUED ON NEXT PAGE **
```
--------------------------------------------------------------
                    ILLIANA HCS            Printed:08/28/2020 13:54
                    Pt Loc: OUTPATIENT                  Vice SF 509
--------------------------------------------------------------
```

```
--------------------------------------------------------------
MEDICAL RECORD                                  Progress Notes
--------------------------------------------------------------
```

06/06/2019 15:48     ** CONTINUED FROM PREVIOUS PAGE **

1. Chronic traumatic low back pain secondary to L3 compression fracture.
2. Recent onset cervical radiculopathy of unknown etiology. MRI scheduled.

PLAN:
1. Continue Norco 10mg #4 times a day. Monthly renewals.
2. We will add tizanidine at night, 4mg.
3. Continue Pain PT.
4. Return to clinic August 29.
5. Annual UDS today.

            Signed by: /es/ JOHN A PETERSON
                  Medical Director Chronic Pain Management
                  06/06/2019 16:28

```
--------------------------------------------------------------
                  ILLIANA HCS          Printed:08/28/2020 13:54
                  Pt Loc: OUTPATIENT                Vice SF 509
--------------------------------------------------------------
```

```
--------------------------------------------------------------------
MEDICAL RECORD                                    Progress Notes
--------------------------------------------------------------------
```
NOTE DATED: 06/06/2019 07:06
LOCAL TITLE: PHARMACY/CONTACT CENTER NOTE
STANDARD TITLE: PHARMACY NOTE
VISIT: 06/06/2019 07:06 V10 PCC
MEDICATION RENEWAL REQUEST-CONTROLLED SUBSTANCE:


Who is contacting the VA? Veteran/Patient, Other


Contact via:  Phone


Requesting renewal of medication:

HYDROCODONE 10/ACETAMINOPHEN 325MG TAB  5332466  ACTIVE  112  06/07/2019
05/08/2019  05/09/2019  0  PETERSON,JOHN A  9.1728    TAKE 1 TABLET BY MOUTH
FOUR TIMES A DAY AS NEEDED FOR PAIN - DO NOT


Please send medication:  Mail


Disposition: Notification forwarded to provider for review of renewal
request.

++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
Last urine drug screen result:
Urine Drug Screen

Test Name          Result      Units      Ref Range   Collection DT

   AMPHETAMINES   SCR NOT DETECTED          NOT DETECTED-   06/30/2018
   BARBITURATES   SCR NOT DETECTED          NOT DETECTED-   06/30/2018
   BENZODIAZEPINE SC NOT DETECTED           NOT DETECTED-   06/30/2018
   CANNABINOIDS   SCR NOT DETECTED          NOT DETECTED-   06/30/2018
   COCAINE SCREEN    NOT DETECTED           NOT DETECTED-   06/30/2018
   METHADONE      SCR NOT DETECTED          NOT DETECTED-   06/30/2018
   OPIATES        SCR POSITIVE             .NOT DETECTED-   06/30/2018
   OXYCODONE SCREEN  NOT DETECTED           NOT DETECTED-   06/30/2018
   PHENCYCLIDINE SCR NOT DETECTED           NOT DETECTED-   06/30/2018
   BENZO CONFIRM     Not Applicable             -          06/30/2018
   OPIATES CONFIRM   SENT OUT FOR CONFIRM.       -         06/30/2018
   OXYCOD CONFIRM    Not Applicable             -          06/30/2018
   DRUG SCREEN CREAT 391.9    mg/dL        .20 -           06/30/2018


Last SPDMP note (t-3yrs):
PNT - SPDMP NOTE
10/31/2018 17:31  Local Title: STATE PRESCRIPTION DRUG MONITORING
            ** THIS NOTE CONTINUED ON NEXT PAGE **
--------------------------------------------------------------------
                      ILLIANA HCS          Printed:08/28/2020 13:54
                  Pt Loc: OUTPATIENT                   Vice SF 509
--------------------------------------------------------------------
```

```
------------------------------------------------------------------
MEDICAL RECORD                                      Progress Notes
------------------------------------------------------------------
06/06/2019 07:06     ** CONTINUED FROM PREVIOUS PAGE **
```

PROGRAM

        Standard Title: ACCOUNTING OF DISCLOSURES NOTE

I have queried the State Prescription Drug Monitoring Program (PDMP) as
the:
PRESCRIBER
    The State Prescription Drug Monitoring Program(s) were queried for
    controlled substances (CS) for this patient:



    The following state(s) were queried:
        ILLINOIS
        INDIANA
    The purpose of this query was a part of the medication
reconciliation
    process for the:
        Renewal of a controlled substance prescription
    The findings of the query were as follows:
        The following prescription(s) were found to have been filled
outside
    of the VA: Post surgical hydrocone
        If controlled substance prescriptions outside the VA were found,
        the following action(s) was/were taken:
        Patient has elected to receive prescription(s) for controlled
        substances at this VA. Prescriptions have been entered into
        CPRS. The patient has been advised that no attempts to fill
        duplicate or similar controlled substance prescriptions
outside
        the VA should be made.

        Signed by:  /es/  JOHN A PETERSON
                    Medical Director Chronic Pain Management
                    10/31/2018 17:34
Click here to access the STORM website
https://spsites.cdw.va.gov/sites/OMHO_PsychPharm/_layouts/15/ReportServe
r/RSViewerPage.aspx?rv:RelativeReportUrl=/sites/OMHO_PsychPharm/Analytic
sReports/STORM/ORM_PatientReport_SSN_Lookup.rdl&rp%3aCPRS=1

        Signed by: /es/ MELISSA RISSMILLER,CPhT
                   VISN 10 PCC TECHNICIAN WEST
                   06/06/2019 07:06

    Receipt Acknowledged By:
                   /es/ JOHN A PETERSON
                   Medical Director Chronic Pain Management
                   06/06/2019 12:12
        ** THIS NOTE CONTINUED ON NEXT PAGE **
```
---------------------------------------------------------------------
                    ILLIANA HCS          Printed:08/28/2020 13:54
                    Pt Loc: OUTPATIENT              Vice SF 509
---------------------------------------------------------------------
```

```
-------------------------------------------------------------
MEDICAL RECORD                              Progress Notes
-------------------------------------------------------------
06/06/2019 07:06    ** CONTINUED FROM PREVIOUS PAGE **
```

```
06/06/2019 12:12    ADDENDUM         STATUS: COMPLETED
Seen in office today, renewed,
          Signed by: /es/ JOHN A PETERSON
                     Medical Director Chronic Pain Management
                     06/06/2019 12:12
```

```
-------------------------------------------------------------
              ILLIANA HCS          Printed:08/28/2020 13:54
           Pt Loc: OUTPATIENT                  Vice SF 509
-------------------------------------------------------------
```

```
--------------------------------------------------------------------
MEDICAL RECORD                                    Progress Notes
--------------------------------------------------------------------
NOTE DATED: 03/26/2019 07:41
LOCAL TITLE: PHARMACY/CONTACT CENTER NOTE
STANDARD TITLE: PHARMACY NOTE
VISIT: 03/26/2019 07:41 V10 PCC
MEDICATION RENEWAL REQUEST-CONTROLLED SUBSTANCE:


  Who is contacting the VA? Veteran/Patient


  Contact via:  Phone


  Requesting renewal of medication:


     HYDROCODONE 10/ACETAMINOPHEN 325MG TAB


  Please send medication:  Mail


  Disposition: Notification forwarded to provider for review of renewal
  request.

  +++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
  Last urine drug screen result:
  Urine Drug Screen

  Test Name       Result     Units      Ref Range   Collection DT

  AMPHETAMINES  SCR NOT DETECTED        NOT DETECTED-   06/30/2018
  BARBITURATES  SCR NOT DETECTED        NOT DETECTED-   06/30/2018
  BENZODIAZEPINE SC NOT DETECTED        NOT DETECTED-   06/30/2018
  CANNABINOIDS  SCR NOT DETECTED        NOT DETECTED-   06/30/2018
  COCAINE SCREEN    NOT DETECTED        NOT DETECTED-   06/30/2018
  METHADONE     SCR NOT DETECTED        NOT DETECTED-   06/30/2018
  OPIATES       SCR POSITIVE            NOT DETECTED-   06/30/2018
  OXYCODONE SCREEN  NOT DETECTED        NOT DETECTED-   06/30/2018
  PHENCYCLIDINE SCR NOT DETECTED        NOT DETECTED-   06/30/2018
  BENZO CONFIRM     Not Applicable          -          06/30/2018
  OPIATES CONFIRM   SENT OUT FOR CONFIRM.    ~          06/30/2018
  OXYCOD CONFIRM    Not Applicable          -          06/30/2018
  DRUG SCREEN CREAT  391.9   mg/dL       20 -          06/30/2018


  Last SPDMP note (t+3yrs):
  PNT - SPDMP NOTE
  10/31/2018 17:31 Local Title: STATE PRESCRIPTION DRUG MONITORING
  PROGRAM
              ** THIS NOTE CONTINUED ON NEXT PAGE **
  ------------------------------------------------------------------
                     ILLIANA HCS        Printed:08/28/2020 13:54
                     Pt Loc: OUTPATIENT            Vice SF 509
  ------------------------------------------------------------------
```

```
----------------------------------------------------------------
MEDICAL RECORD                                    Progress Notes
----------------------------------------------------------------
03/26/2019 07:41     ** CONTINUED FROM PREVIOUS PAGE **
```

              Standard Title: ACCOUNTING OF DISCLOSURES NOTE

I have queried the State Prescription Drug Monitoring Program (PDMP) as
the:
PRESCRIBER
     The State Prescription Drug Monitoring Program(s) were queried for
     controlled substances (CS) for this patient:



     The following state(s) were queried:
        ILLINOIS
        INDIANA
     The purpose of this query was a part of the medication
reconciliation
        process for the:
        Renewal of a controlled substance prescription
     The findings of the query were as follows:
        The following prescription(s) were found to have been filled
outside
        of the VA: Post surgical hydrocone
        If controlled substance prescriptions outside the VA were found,
        the following action(s) was/were taken:
           Patient has elected to receive prescription(s) for controlled
           substances at this VA. Prescriptions have been entered into
           CPRS. The patient has been advised that no attempts to fill
           duplicate or similar controlled substance prescriptions
outside
           the VA should be made.

                Signed by: /es/ JOHN A PETERSON
                           Medical Director Chronic Pain Management
                           10/31/2018 17:34
Click here to access the STORM website
https://spsites.cdw.va.gov/sites/OMHO_PsychPharm/_layouts/15/ReportServe
r/RSViewerPage.aspx?rv:RelativeReportUrl=/sites/OMHO_PsychPharm/Analytic
sReports/STORM/ORM_PatientReport_SSN_Lookup.rdl&rp%3aCPRS=1

                Signed by: /es/ STEVEN STRICKLAND, CPhT
                           VISN 10 PCC TECHNICIAN WEST
                           03/26/2019 07:41

     Receipt Acknowledged By:
                           /es/ JOHN A PETERSON
                           Medical Director Chronic Pain Management
                           03/27/2019 20:22
                ** THIS NOTE CONTINUED ON NEXT PAGE **
----------------------------------------------------------------
                 ILLIANA HCS            Printed:08/28/2020 13:54
                 Pt Loc: OUTPATIENT                 Vice SF 509
----------------------------------------------------------------
```

```
--------------------------------------------------------------------
MEDICAL RECORD                                       Progress Notes
--------------------------------------------------------------------
03/26/2019 07:41      ** CONTINUED FROM PREVIOUS PAGE **
```

```
03/27/2019 20:22      ADDENDUM           STATUS: COMPLETED
Renewed for end of expiration.
            Signed by: /es/ JOHN A PETERSON
                       Medical Director Chronic Pain Management
                       03/27/2019 20:22
```

```
                          --------------------------------------
                          ILLIANA HCS          Printed:08/28/2020 13:54
                          Pt Loc: OUTPATIENT                Vice SF 509
                          --------------------------------------
```

```
-----------------------------------------------------------------------
MEDICAL RECORD                                          Progress Notes
-----------------------------------------------------------------------
```

NOTE DATED: 03/14/2019 11:47
LOCAL TITLE: PAIN CLINIC/OUTPATIENT NOTE
STANDARD TITLE: PAIN OUTPATIENT NOTE
VISIT: 03/14/2019 11:30 DAN CHRONIC PAIN CARE MD
▓▓▓▓▓▓▓▓▓▓ returns in scheduled follow-up. He had the epidural injection
last week with Dr. ▓▓▓▓▓▓▓▓. The physician apparently went in at two
locations around L3. He was in a significant amount of pain in the two days
following however he obtained some relief the early part of this week. At
this point is probably returned  a bit to baseline, describing about a 5 out
of 10 in intensity. He was advised to give this a bit of time and in fact he
may need some repeat procedures before they give up on epidural injection.
His follow-up with the surgeon is the 21st of this month.

The medication is most important to him at night. He wakes up quite stiff,
takes an hour and a half to really get moving, walks in a slightly forward
hunched position. He does okay during the day but at night he tends to take
the majority of his medication. The first part of this week he actually cut
back in that he felt better. He indicates without the medication he believes
he would be sitting around a lot. He is not really able to do that, he has 6
children and a full-time job.

I advised him to talk about other modalities with the Dr. ▓▓▓▓▓▓▓. Otherwise
the therapy we are offering from this side is working well enough and I do
not need to see him frequently. We will establish follow-up for June 6. He
will give me advanced notice for renewal requests. He just received his
renewal for the coming month.

Allergies:  COMPAZINE

```
========================================================================
1)    ATORVASTATIN CALCIUM 80MG TAB TAKE ONE-HALF TABLET BY    ACTIVE
         MOUTH AT BEDTIME FOR CHOLESTEROL CALL YOUR PROVIDER
         IF YOU HAVE MUSCLE PAIN, TENDERNESS  OR WEAKNESS
2)    HYDROCODONE 10/ACETAMINOPHEN 325MG TAB TAKE 1 TABLET     ACTIVE
         BY MOUTH FOUR TIMES A DAY AS NEEDED FOR PAIN - DO
         NOT EXCEED 4000MG OF ACETAMINOPHEN (APAP) PER DAY
         FROM ANY AND ALL SOURCES
3)    TIZANIDINE HCL 4MG TAB TAKE ONE TABLET BY MOUTH AT       ACTIVE
         BEDTIME AS NEEDED FOR  CHRONIC LOW BACK PAIN.
========================================================================
```

PHYSICAL EXAMINATION:
Patient feels more comfortable sitting in slightly rocked forward with his
hands on his knees. Patient is mildly stiff, has limited range of motion to
the neck. Is able to get up and walk straight and steadily. (In the morning
he is hunched forward.) He has +5 strength to all 4 extremities and fine
touch sensation is intact.

Patient is fully alert and oriented. Casually but well-dressed. Pupils are
normal for him in light. No evidence of sedation
                  ** THIS NOTE CONTINUED ON NEXT PAGE **
```
-----------------------------------------------------------------------
```

USA0180

```
--------------------------------------------------------------------------
MEDICAL RECORD                                    Progress Notes
--------------------------------------------------------------------------
03/14/2019 11:47    ** CONTINUED FROM PREVIOUS PAGE **
```

IMPRESSION:
1. Chronic traumatic low back pain secondary to L3 compression fracture.
2. Recent onset cervical radiculopathy of unknown etiology. MRI scheduled.

PLAN:
1. Continue Norco 10mg #4 times a day. Monthly renewals.
2. We will add tizanidine at night, 4mg.
3. Continue Pain PT.
4. Return to clinic June 6.

                 Signed by: /es/ JOHN A PETERSON
                          Medical Director Chronic Pain Management
                            03/14/2019 13:40

```
--------------------------------------------------------------------------
                 ILLIANA HCS          Printed:08/28/2020 13:54
                 Pt Loc: OUTPATIENT                Vice SF 509
--------------------------------------------------------------------------
```

```
--------------------------------------------------------------
MEDICAL RECORD                              Progress Notes
--------------------------------------------------------------
NOTE DATED: 03/08/2019 14:23
LOCAL TITLE: ADMINISTRATIVE/SCHEDULING CALL
STANDARD TITLE: PRIMARY CARE ADMINISTRATIVE NOTE
VISIT: 03/08/2019 14:23 DAN CHRONIC PAIN CARE MD
Phone call from Veteran requesting refill of pain medications.  He would like to
pick up at the window on March 12.

                    Signed by: /es/ LEAH ANN KEGLEY
                              MSA PAIN CLINIC
                              03/08/2019 14:24

        Receipt Acknowledged By:
                         /es/ JOHN A PETERSON
                              Medical Director Chronic Pain Management
                              03/12/2019 10:34


03/12/2019 10:35      ADDENDUM        STATUS: COMPLETED
Renewed today.
                    Signed by: /es/ JOHN A PETERSON
                              Medical Director Chronic Pain Management
                              03/12/2019 10:35
```

```
--------------------------------------------------------------
                      ILLIANA HCS      Printed:08/28/2020 13:54
                Pt Loc: OUTPATIENT                Vice SF 509
--------------------------------------------------------------
```

Order Details - 28285671

*** WORK COPY ONLY ***                    Printed: Sep 01, 2020  10:09

HYDROCODONE 10/ACETAMINOPHEN 325MG TAB
TAKE 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR PAIN - DO NOT  EXCEED
4000MG OF ACETAMINOPHEN (APAP) PER DAY FROM ANY AND ALL SOURCES
Quantity: 112 Refills: 0
<Discontinued by Pharmacy>

Activity:
08/29/2019 11:14  New Order entered by PETERSON,JOHN A (MEDICAL DOCTOR)
        Order Text:        HYDROCODONE 10/ACETAMINOPHEN 325MG TAB
                           TAKE 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR PAIN -
DO NOT  EXCEED
                           4000MG OF ACETAMINOPHEN (APAP) PER DAY FROM ANY AND ALL
SOURCES
                           Quantity: 112 Refills: 0
        Nature of Order:   ELECTRONICALLY ENTERED
         Dig Signature:    PETERSON,JOHN A (MEDICAL DOCTOR) on 08/29/2019 11:17
        Flagged by:        HODGSON,KODY M (PHARMACY TECHNI) on 09/23/2019 10:55
                           pt requesting refill needs to pick up 09/26 will be out of
town
        Unflagged by:      PETERSON,JOHN A (MEDICAL DOCTOR) on 09/23/2019 19:14

09/24/2019 09:03  Discontinued by HOAGLAND,ADAM W (PHARMACIST, OUT)
        Reason for DC:     Discontinued by Pharmacy

Current Data:
Treating Specialty:
Ordering Location:        DAN CHRONIC PAIN CARE MD
Start Date/Time:          08/30/2019
Stop Date/Time:           09/24/2019
Current Status:           DISCONTINUED
  Orders that have been explicitly stopped.
Order #28285671

Order:
Medication:               HYDROCODONE 10/ACETAMINOPHEN 325MG OP TAB
Dispense Drug:            HYDROCODONE 10/ACETAMINOPHEN 325MG TAB
Instructions:            1 TABLET ORAL QID PRN
Sig:
  TAKE 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR PAIN - DO NOT
  EXCEED 4000MG OF ACETAMINOPHEN (APAP) PER DAY FROM ANY AND ALL SOURCES
Patient Instructions:
  FOR PAIN - DO NOT EXCEED 4000MG OF ACETAMINOPHEN (APAP) PER DAY FROM ANY
  AND ALL SOURCES
Start:                    0
Days Supply:              28
Quantity:                 112
Refills:                  0
Pick Up:                  WINDOW
Priority:                 ROUTINE

Dispense Drugs (units/dose):  HYDROCODONE 10/ACETAMINOPHEN 325MG TAB ()
Last Filled:              8/30/19

------------------------------------------------------------------------
Page 1

Order Details - 28285671

=============================================================
*** WORK COPY ONLY ***                    Printed: Sep 01, 2020  10:09

Refills Remaining:          0
Filled:                     8/30/19 (Window) released 8/29/19
                            LF 8/2 28DS due 8/30
Prescription#:              5397900
Pharmacist:                 BURKE,MARY LISA


First Party Pay Exemptions
Order Checks:
HIGH:       Duplicate Therapy: Order(s) exist for {HYDROCODONE 10/ACETAMINOPHEN
            325MG TAB [ACTIVE]} in the same therapeutic categor(ies):
            Non-Opioid Analgesic/Antipyretic, Non-Salicylate, Opioid
            Analgesics- IR (with all antitussive opiates)
HIGH:       IMED PATIENT AGREEMENT FOR NARC
            *** Patient has a signed "IMED PATIENT AGREEMENT FOR NARCOTIC
            DRUGS" ***

            Computed Finding: VA-Progress Note
             09/15/2015@14:29:03 value - CONSENT FOR LONG-TERM OPIOIDS FOR
            PAIN;
             Author: WISECUP,MONICA LUANN


Override:   PETERSON,JOHN A (MEDICAL DOCTOR) on 08/29/2019 11:16
            Chronic Medication

=============================================================


=============================================================
=============================================================

MEDICATION HISTORY for JUL 03, 2020  to  SEP 01, 2020
Run Date: SEP 01, 2020@10:09
Include Inpatient and Clinic Orders

Page: 1
MEDICATIONS SEARCH LIST: HYDROCODONE 10/ACETAMINOPHEN 325MG OP

Patient:                           SSN:                    DOB:

Sex:      MALE                     Ht/Wt:    183cm/102.06kg    Ward:
Rm:
Dx:                                Last Mvmt:                Type:

ADRs:      COMPAZINE

Allergies: No Allergies on file.
=============================================================
=============================================================
Location              St Sch Administration Date   By       Body Site
Units           Units of

-------------------------------------------------------------
Page 2

Order Details - 28285671

```
=============================================================================
*** WORK COPY ONLY ***                    Printed: Sep 01, 2020  10:09
```

                                          Medication & Dosage

```
GIVEN          Administration
-----------------------------------------------------------------------------
<<<< NO HISTORY FOUND FOR THIS TIME FRAME >>>>
=============================================================================
```

Ward:   Room-Bed:

```
-----------------------------------------------------------------------
End of report
```

Order Details - 27977112

*** WORK COPY ONLY ***                     Printed: Sep 01, 2020  10:11


HYDROCODONE 10/ACETAMINOPHEN 325MG TAB
TAKE 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR PAIN - DO NOT  EXCEED
4000MG OF ACETAMINOPHEN (APAP) PER DAY FROM ANY AND ALL SOURCES
Quantity: 112 Refills: 0
<Discontinued by Pharmacy>

Activity:
06/06/2019 11:41  New Order entered by PETERSON,JOHN A (MEDICAL DOCTOR)
      Order Text:         HYDROCODONE 10/ACETAMINOPHEN 325MG TAB
                          TAKE 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR PAIN -
DO NOT  EXCEED
                          4000MG OF ACETAMINOPHEN (APAP) PER DAY FROM ANY AND ALL
SOURCES
                          Quantity: 112 Refills: 0
      Nature of Order:    ELECTRONICALLY ENTERED
      Dig Signature:      PETERSON,JOHN A (MEDICAL DOCTOR) on 06/06/2019 11:43
06/28/2019 11:41  Discontinued by RAYAMAJHI,AMIT (PHARMACIST, OUT)
      Reason for DC:      Discontinued by Pharmacy

Current Data:
Treating Specialty:
Ordering Location:        DAN CHRONIC PAIN CARE MD
Start Date/Time:          06/06/2019
Stop Date/Time:           06/28/2019
Current Status:           DISCONTINUED
  Orders that have been explicitly stopped.
Order #27977112

Order:
Medication:               HYDROCODONE 10/ACETAMINOPHEN 325MG OP TAB
Dispense Drug:            HYDROCODONE 10/ACETAMINOPHEN 325MG TAB
Instructions:             1 TABLET ORAL QID PRN
Sig:
  TAKE 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR PAIN - DO NOT
  EXCEED 4000MG OF ACETAMINOPHEN (APAP) PER DAY FROM ANY AND ALL SOURCES
Patient Instructions:
  FOR PAIN - DO NOT EXCEED 4000MG OF ACETAMINOPHEN (APAP) PER DAY FROM ANY
  AND ALL SOURCES
Start:                    0
Days Supply:              28
Quantity:                 112
Refills:                  0
Pick Up:                  WINDOW
Priority:                 ROUTINE

Dispense Drugs (units/dose):  HYDROCODONE 10/ACETAMINOPHEN 325MG TAB ()
Last Filled:              6/6/19
Refills Remaining:        0
Filled:                   6/6/19 (Window) released 6/6/19
Prescription#:            5349296
Pharmacist:               RAYAMAJHI,AMIT


------------------------------------------------------------------------
Page 1

Order Details - 27977112

```
*** WORK COPY ONLY ***                    Printed: Sep 01, 2020  10:11
```

First Party Pay Exemptions
For conditions related to:   SERVICE CONNECTED CONDITION
Order Checks:
HIGH:       Duplicate Therapy: Order(s) exist for {HYDROCODONE 10/ACETAMINOPHEN
            325MG TAB [UNRELEASED]} in the same therapeutic categor(ies):
            Non-Opioid Analgesic/Antipyretic, Non-Salicylate, Opioid
            Analgesics- IR (with all antitussive opiates)
HIGH:       IMED PATIENT AGREEMENT FOR NARC
              *** Patient has a signed "IMED PATIENT AGREEMENT FOR NARCOTIC
              DRUGS" ***

              Computed Finding: VA-Progress Note
              09/15/2015@14:29:03 value - CONSENT FOR LONG-TERM OPIOIDS FOR
              PAIN;
              Author: WISECUP,MONICA LUANN


Override:   PETERSON,JOHN A (MEDICAL DOCTOR) on 06/06/2019 11:42
            Chronic Medication

            ============================================================


            ========================================================================
            ===================================================

MEDICATION HISTORY for JUL 03, 2020  to  SEP 01, 2020
Run Date: SEP 01, 2020@10:11
Include Inpatient and Clinic Orders

Page: 1
MEDICATIONS SEARCH LIST: HYDROCODONE 10/ACETAMINOPHEN 325MG OP
```

| Patient: | | SSN: | | DOB: |
|---|---|---|---|---|
| Sex:  MALE | | Ht/Wt:  183cm/102.06kg | | Ward: |
| Rm: | | | | |
| Dx: | | Last Mvmt: | | Type: |

ADRs:       COMPAZINE

Allergies:  No Allergies on file.

```
==============================================================================
=================================================
Location          St Sch Administration Date    By       Body Site
Units             Units of
                                                 Medication & Dosage
GIVEN             Administration
------------------------------------------------------------------------------
------------------------------------------------------
<<<< NO HISTORY FOUND FOR THIS TIME FRAME >>>>


------------------------------------------------------------------------
Page 2
```

Order Details - 27977112

====================================================================
```
*** WORK COPY ONLY ***                    Printed: Sep 01, 2020  10:11
```

====================================================================
====================================================================

Ward:   Room-Bed:

```
--------------------------------------------------------------------
End of report
```

Order Details - 28182905

*** WORK COPY ONLY ***                    Printed: Sep 01, 2020  10:09

HYDROCODONE 10/ACETAMINOPHEN 325MG TAB
TAKE 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR PAIN - DO NOT  EXCEED
4000MG OF ACETAMINOPHEN (APAP) PER DAY FROM ANY AND ALL SOURCES
Quantity: 112 Refills: 0
<Discontinued by Pharmacy>

Activity:
08/02/2019 12:08  New Order entered by PETERSON,JOHN A (MEDICAL DOCTOR)
      Order Text:         HYDROCODONE 10/ACETAMINOPHEN 325MG TAB
                          TAKE 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR PAIN -
DO NOT   EXCÉED
                          4000MG OF ACETAMINOPHEN (APAP) PER DAY FROM ANY AND ALL
SOURCES
                          Quantity: 112 Refills: 0
      Nature of Order:    ELECTRONICALLY ENTERED
      Dig Signature:      PETERSON,JOHN A (MEDICAL DOCTOR) on 08/02/2019 12:09
08/29/2019 11:35  Discontinued by BURKE,MARY LISA (PHARMACIST)
      Reason for DC:      Discontinued by Pharmacy

Current Data:
Treating Specialty:
Ordering Location:        DAN CHRONIC PAIN CARE MD
Start Date/Time:          08/02/2019
Stop Date/Time:           08/29/2019
Current Status:           DISCONTINUED
   Orders that have been explicitly stopped.
Order #28182905

Order:
Medication:               HYDROCODONE 10/ACETAMINOPHEN 325MG OP TAB
Dispense Drug:            HYDROCODONE 10/ACETAMINOPHEN 325MG TAB
Instructions:            1 TABLET ORAL QID PRN
Sig:
   TAKE 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR PAIN - DO NOT
   EXCEED 4000MG OF ACETAMINOPHEN (APAP) PER DAY FROM ANY AND ALL SOURCES
Patient Instructions:
   FOR PAIN - DO NOT EXCEED 4000MG OF ACETAMINOPHEN (APAP) PER DAY FROM ANY
   AND ALL SOURCES
Start:                    0
Days Supply:              28
Quantity:                 112
Refills:                  0
Pick Up:                  WINDOW
Priority:                 ROUTINE

Dispense Drugs (units/dose):  HYDROCODONE 10/ACETAMINOPHEN 325MG TAB ()
Last Filled:              8/2/19
Refills Remaining:        0
Filled:                   8/2/19 (Window) released 8/2/19
Prescription#:            5382027
Pharmacist:               RAYAMAJHI,AMIT


------------------------------------------------------------------------
Page 1

Order Details - 28182905

```
==================================================================
```

*** WORK COPY ONLY ***                    Printed: Sep 01, 2020  10:09

First Party Pay Exemptions
For conditions related to:    SERVICE CONNECTED CONDITION
Order Checks:
HIGH:      Duplicate Therapy: Order(s) exist for {HYDROCODONE 10/ACETAMINOPHEN
           325MG TAB [EXPIRED]} in the same therapeutic categor(ies):
           Non-Opioid Analgesic/Antipyretic, Non-Salicylate, Opioid
           Analgesics- IR (with all antitussive opiates)
HIGH:      IMED PATIENT AGREEMENT FOR NARC
              *** Patient has a signed "IMED PATIENT AGREEMENT FOR NARCOTIC
              DRUGS" ***

              Computed Finding: VA-Progress Note
              09/15/2015@14:29:03 value - CONSENT FOR LONG-TERM OPIOIDS FOR
              PAIN;
              Author: WISECUP,MONICA LUANN


Override:   PETERSON,JOHN A (MEDICAL DOCTOR) on 08/02/2019 12:08
            Chronic Medication

```
==================================================================
```

```
==================================================================
==================================================================
```

MEDICATION HISTORY for JUL 03, 2020  to  SEP 01, 2020
Run Date: SEP 01, 2020@10:09
Include Inpatient and Clinic Orders

Page: 1
MEDICATIONS SEARCH LIST: HYDROCODONE 10/ACETAMINOPHEN 325MG OP

Patient: ▓▓▓▓▓▓▓▓▓▓▓        SSN: ▓▓▓▓▓▓▓▓        DOB:
Sex:     MALE               Ht/Wt:   183cm/102.06kg      Ward:
Rm:
Dx:                         Last Mvmt:                   Type:

ADRs:     COMPAZINE

Allergies:  No Allergies on file.
```
==================================================================
==================================================================
```
Location            St Sch Administration Date    By       Body Site
Units               Units of
                                                           Medication & Dosage
GIVEN        Administration
------------------------------------------------------------------
------------------------------------------------------------------
<<<< NO HISTORY FOUND FOR THIS TIME FRAME >>>>


------------------------------------------------------------------
Page 2

USA0190

190

Order Details – 28182905

===================================================================

\*\*\* WORK COPY ONLY \*\*\*                    Printed: Sep 01, 2020  10:09

==============================================================================
======================================================

Ward:    Room-Bed:

---------------------------------------------------------------------
End of report

Order Details - 28059924;3

*** WORK COPY ONLY ***                    Printed: Sep 01, 2020  10:10

HYDROCODONE 10/ACETAMINOPHEN 325MG TAB
TAKE 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR PAIN - DO NOT EXCEED
4000MG OF ACETAMINOPHEN (APAP) PER DAY FROM ANY AND ALL SOURCES
Quantity: 112 Refills: 0

Activity:
06/28/2019 11:37  New Order entered by PETERSON,JOHN A (MEDICAL DOCTOR)
     Order Text:          HYDROCODONE 10/ACETAMINOPHEN 325MG OP TAB
                          TAKE ONE TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR PAIN
- DO NOT EXCEED
                          4000MG OF ACETAMINOPHEN (APAP) PER DAY FROM ANY  AND ALL
SOURCES Chronic back
                          pain; may fill early for vacation, do not reset the clock
                          Quantity: 112 Refills: 0
     Nature of Order:     ELECTRONICALLY ENTERED
     Dig Signature:       PETERSON,JOHN A (MEDICAL DOCTOR) on 06/28/2019 11:37
06/28/2019 11:41  Change entered by RAYAMAJHI,AMIT (PHARMACIST, OUT)
     Changed to:          HYDROCODONE 10/ACETAMINOPHEN 325MG TAB
                          TAKE 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR PAIN -
DO NOT EXCEED
                          4000MG OF ACETAMINOPHEN (APAP) PER DAY FROM ANY AND ALL
SOURCES
                          Quantity: 112 Refills: 0
     Nature of Order:     SERVICE CORRECTION
     Signature:           SERVICE CORRECTION TO SIGNED ORDER
06/28/2019 11:41  Change entered by RAYAMAJHI,AMIT (PHARMACIST, OUT)
     Changed to:          HYDROCODONE 10/ACETAMINOPHEN 325MG TAB
                          TAKE 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR PAIN -
DO NOT EXCEED
                          4000MG OF ACETAMINOPHEN (APAP) PER DAY FROM ANY AND ALL
SOURCES
                          Quantity: 112 Refills: 0
     Nature of Order:     SERVICE CORRECTION
     Signature:           SERVICE CORRECTION TO SIGNED ORDER

Current Data:
Treating Specialty:
Ordering Location:        DAN CHRONIC PAIN CARE MD
Start Date/Time:          07/04/2019
Stop Date/Time:           07/28/2019
Current Status:           EXPIRED
   Orders that have a stop date which has expired.  e.g., Unit Dose
   orders expire at some sites 14 days after the order is created,
   but may be renewed within a hospital designated time
   after the expiration date.
Order #28059924

Order:
Medication:               HYDROCODONE 10/ACETAMINOPHEN 325MG OP TAB
Dispense Drug:            HYDROCODONE 10/ACETAMINOPHEN 325MG TAB
Instructions:            1 TABLET ORAL QID PRN
Sig:

------------------------------------------------------------------------
Page 1

Order Details - 28059924;3

*** WORK COPY ONLY ***                          Printed: Sep 01, 2020  10:10

    TAKE 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR PAIN - DO NOT EXCEED 4000MG
OF ACETAMINOPHEN (APAP) PER DAY FROM ANY AND ALL SOURCES
Patient Instructions:
    FOR PAIN - DO NOT EXCEED 4000MG OF ACETAMINOPHEN (APAP) PER DAY FROM ANY
    AND ALL SOURCES
Days Supply:                    28
Quantity:                       112
Refills:                        0
Pick Up:                        WINDOW
Comments:
    Chronic back pain; may fill early for vacation, do not reset the clock

Dispense Drugs (units/dose):    HYDROCODONE 10/ACETAMINOPHEN 325MG TAB ()
Last Filled:                    7/4/19
Refills Remaining:              0
Filled:                         7/4/19 (Window) released 6/28/19
Prescription#:                  5361919
Pharmacist:                     RAYAMAJHI,AMIT


First Party Pay Exemptions
For conditions related to:      SERVICE CONNECTED CONDITION
Order Checks:
HIGH:       Duplicate Therapy: Order(s) exist for {HYDROCODONE 10/ACETAMINOPHEN
            325MG TAB [ACTIVE]} in the same therapeutic categor(ies):
            Non-Opioid Analgesic/Antipyretic, Non-Salicylate, Opioid
            Analgesics- IR (with all antitussive opiates)
HIGH:       IMED PATIENT AGREEMENT FOR NARC
            *** Patient has a signed "IMED PATIENT AGREEMENT FOR NARCOTIC
            DRUGS" ***

            Computed Finding: VA-Progress Note
             09/15/2015@14:29:03 value - CONSENT FOR LONG-TERM OPIOIDS FOR
            PAIN;
             Author: WISECUP,MONICA LUANN


Override:   PETERSON,JOHN A (MEDICAL DOCTOR) on 06/28/2019 11:37
            Chronic Medication

    ==================================================================


    ==================================================================
    =============================================

MEDICATION HISTORY for JUL 03, 2020  to  SEP 01, 2020
Run Date: SEP 01, 2020@10:10
Include Inpatient and Clinic Orders

Page: 1
MEDICATIONS SEARCH LIST: HYDROCODONE 10/ACETAMINOPHEN 325MG OP


-----------------------------------------------------------------------
Page 2

Order Details - 28059924;3

==========================================================
*** WORK COPY ONLY ***                    Printed: Sep 01, 2020  10:10


Patient:                                SSN:                      DOB:

Sex:     MALE                           Ht/Wt:   183cm/102.06kg   Ward:
Rm:
Dx:                                     Last Mvmt:                Type:

ADRs:      COMPAZINE

Allergies:  No Allergies on file.
==================================================================================
===============================================
Location          St Sch Administration Date    By        Body Site
Units          Units of
                                                          Medication & Dosage
GIVEN          Administration
--------------------------------------------------------------------------------
--------------------------------------------------
<<<< NO HISTORY FOUND FOR THIS TIME FRAME >>>>
==================================================================================
===============================================
Ward:    Room-Bed:


--------------------------------------------------------------------------
End of report

Order Details - 27707420;3

```
========================================================================
```

*** WORK COPY ONLY ***                    Printed: Sep 01, 2020  10:16


HYDROCODONE 10/ACETAMINOPHEN 325MG TAB
TAKE 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR PAIN - DO NOT  EXCEED
4000MG OF ACETAMINOPHEN (APAP) PER DAY FROM ANY AND ALL SOURCES
Quantity: 112 Refills: 0

Activity:
03/26/2019 11:54  New Order entered by PETERSON,JOHN A (MEDICAL DOCTOR)
     Order Text:        HYDROCODONE 10/ACETAMINOPHEN 325MG TAB
                        TAKE 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR PAIN -
DO NOT  EXCEED
                        4000MG OF ACETAMINOPHEN (APAP) PER DAY FROM ANY AND ALL
SOURCES
                        Quantity: 112 Refills: 0
     Nature of Order:   ELECTRONICALLY ENTERED
     Dig Signature:     PETERSON,JOHN A (MEDICAL DOCTOR) on 03/26/2019 11:55
03/26/2019 12:24  Hold entered by COFFING,LYNDA E (PHARMACIST)
     Nature of Order:   WRITTEN
     Ordered by:        PETERSON,JOHN A (MEDICAL DOCTOR)
     Released:          03/26/2019 12:24
     Signature:         ON CHART WITH WRITTEN ORDERS
     Comments:          due 4/9/19
     Hold Released:     4/11/19 11:31 am by RAYAMAJHI,AMIT (PHARMACIST, OUT)
04/11/2019 11:31  Release Hold entered by RAYAMAJHI,AMIT (PHARMACIST, OUT)
     Nature of Order:   SERVICE CORRECTION
     Ordered by:        PETERSON,JOHN A (MEDICAL DOCTOR)
     Signature:         SERVICE CORRECTION TO SIGNED ORDER
     Comments:          Medication Removed from Hold by Pharmacy

Current Data:
Treating Specialty:
Ordering Location:        DAN CHRONIC PAIN CARE MD
Start Date/Time:          04/11/2019
Stop Date/Time:           04/25/2019
Current Status:           EXPIRED
   Orders that have a stop date which has expired.  e.g., Unit Dose
   orders expire at some sites 14 days after the order is created,
   but may be renewed within a hospital designated time
   after the expiration date.
Order #27707420

Order:
Medication:               HYDROCODONE 10/ACETAMINOPHEN 325MG OP TAB
Dispense Drug:            HYDROCODONE 10/ACETAMINOPHEN 325MG TAB
Instructions:            1 TABLET ORAL QID PRN
Sig:
   TAKE 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR PAIN - DO NOT
   EXCEED 4000MG OF ACETAMINOPHEN (APAP) PER DAY FROM ANY AND ALL SOURCES
Patient Instructions:
   FOR PAIN - DO NOT EXCEED 4000MG OF ACETAMINOPHEN (APAP) PER DAY FROM ANY
   AND ALL SOURCES
Start:                    0
Days Supply:              28
```

------------------------------------------------------------------------
Page 1

Order Details - 27707420;3

```
*** WORK COPY ONLY ***                     Printed: Sep 01, 2020  10:16
```

```
Quantity:                 112
Refills:                  0
Pick Up:                  WINDOW
Priority:                 ROUTINE

Dispense Drugs (units/dose):  HYDROCODONE 10/ACETAMINOPHEN 325MG TAB ()
Last Filled:              4/11/19
Refills Remaining:        0
Filled:                   4/11/19 (Window) released 4/11/19
                          1f 3-12 for 28 days
Prescription#:            5303997
Pharmacist:               COFFING,LYNDA E


First Party Pay Exemptions
For conditions related to:   SERVICE CONNECTED CONDITION
Order Checks:
HIGH:       Duplicate Therapy: Order(s) exist for {HYDROCODONE 10/ACETAMINOPHEN
            325MG TAB [ACTIVE]} in the same therapeutic categor(ies):
            Non-Opioid Analgesic/Antipyretic, Non-Salicylate, Opioid
            Analgesics- IR (with all antitussive opiates)
HIGH:       IMED PATIENT AGREEMENT FOR NARC
               *** Patient has a signed "IMED PATIENT AGREEMENT FOR NARCOTIC
               DRUGS" ***

               Computed Finding: VA-Progress Note
               09/15/2015@14:29:03 value - CONSENT FOR LONG-TERM OPIOIDS FOR
            PAIN;
               Author: WISECUP,MONICA LUANN


Override:   PETERSON,JOHN A (MEDICAL DOCTOR) on 03/26/2019 11:55
            Chronic Medication
```

```
MEDICATION HISTORY for JUL 03, 2020  to  SEP 01, 2020
Run Date: SEP 01, 2020@10:16
Include Inpatient and Clinic Orders

Page: 1
MEDICATIONS SEARCH LIST: HYDROCODONE 10/ACETAMINOPHEN 325MG OP
```

| Patient: | SSN: | DOB: |
|---|---|---|
| APR |  |  |
| Sex:     MALE | Ht/Wt:    183cm/102.06kg | Ward: |
| Rm: |  |  |
| Dx: | Last Mvmt: | Type: |

```
------------------------------------------------------------------------
Page 2
```

Order Details - 27707420;3

*** WORK COPY ONLY ***                    Printed: Sep 01, 2020  10:16


ADRs:       COMPAZINE

Allergies:  No Allergies on file.
============================================================================

Location           St Sch Administration Date    By       Body Site
Units              Units of

GIVEN              Administration
----------------------------------------------------------------------------
----------------------------------------------------------------------------
<<<< NO HISTORY FOUND FOR THIS TIME FRAME >>>>
============================================================================

Ward:   Room-Bed:


------------------------------------------------------------------------
End of report

Order Details - 27875004

*** WORK COPY ONLY ***                    Printed: Sep 01, 2020  10:16


HYDROCODONE 10/ACETAMINOPHEN 325MG TAB
TAKE 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR PAIN - DO NOT  EXCEED
4000MG OF ACETAMINOPHEN (APAP) PER DAY FROM ANY AND ALL SOURCES
Quantity: 112 Refills: 0
<Discontinued by Pharmacy>

Activity:
05/08/2019 18:43  New Order entered by PETERSON,JOHN A (MEDICAL DOCTOR)
        Order Text:        HYDROCODONE 10/ACETAMINOPHEN 325MG TAB
                           TAKE 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR PAIN -
DO NOT  EXCEED
                           4000MG OF ACETAMINOPHEN (APAP) PER DAY FROM ANY AND ALL
SOURCES
                           Quantity: 112 Refills: 0
        Nature of Order:   ELECTRONICALLY ENTERED
        Dig Signature:     PETERSON,JOHN A (MEDICAL DOCTOR) on 05/08/2019 18:44
06/06/2019 11:44  Discontinued by RAYAMAJHI,AMIT (PHARMACIST, OUT)
        Reason for DC:     Discontinued by Pharmacy

Current Data:
Treating Specialty:
Ordering Location:         DAN CHRONIC PAIN CARE MD
Start Date/Time:           05/09/2019
Stop Date/Time:            06/06/2019
Current Status:            DISCONTINUED
  Orders that have been explicitly stopped.
Order #27875004

Order:
Medication:                HYDROCODONE 10/ACETAMINOPHEN 325MG OP TAB
Dispense Drug:             HYDROCODONE 10/ACETAMINOPHEN 325MG TAB
Instructions:              1 TABLET ORAL QID PRN
Sig:
  TAKE 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR PAIN - DO NOT
  EXCEED 4000MG OF ACETAMINOPHEN (APAP) PER DAY FROM ANY AND ALL SOURCES
Patient Instructions:
  FOR PAIN - DO NOT EXCEED 4000MG OF ACETAMINOPHEN (APAP) PER DAY FROM ANY
  AND ALL SOURCES
Start:                     0
Days Supply:               28
Quantity:                  112
Refills:                   0
Pick Up:                   WINDOW
Priority:                  ROUTINE

Dispense Drugs (units/dose): HYDROCODONE 10/ACETAMINOPHEN 325MG TAB ()
Last Filled:               5/9/19
Refills Remaining:         0
Filled:                    5/9/19 (Window) released 5/9/19
                           LF 4/11/19
Prescription#:             5332466
Pharmacist:                MOHAMMED,RAZZAK ABDUL


------------------------------------------------------------------------
Page 1

Order Details - 27875004

*** WORK COPY ONLY ***                    Printed: Sep 01, 2020  10:16

First Party Pay Exemptions
For conditions related to:     SERVICE CONNECTED CONDITION
Order Checks:
HIGH:        Duplicate Therapy: Order(s) exist for {HYDROCODONE 10/ACETAMINOPHEN
             325MG TAB [EXPIRED]} in the same therapeutic categor(ies):
             Non-Opioid Analgesic/Antipyretic, Non-Salicylate, Opioid
             Analgesics- IR (with all antitussive opiates)
HIGH:        IMED PATIENT AGREEMENT FOR NARC
                *** Patient has a signed "IMED PATIENT AGREEMENT FOR NARCOTIC
             DRUGS" ***

             Computed Finding: VA-Progress Note
                09/15/2015@14:29:03 value - CONSENT FOR LONG-TERM OPIOIDS FOR
             PAIN;
                Author: WISECUP,MONICA LUANN

Override:    PETERSON,JOHN A (MEDICAL DOCTOR) on 05/08/2019 18:44
             Chronic Medication

==================================================================


==================================================================
================================================

MEDICATION HISTORY for JUL 03, 2020  to  SEP 01, 2020
Run Date: SEP 01, 2020@10:16
Include Inpatient and Clinic Orders

Page: 1
MEDICATIONS SEARCH LIST: HYDROCODONE 10/ACETAMINOPHEN 325MG OP

| Patient: | | SSN: | | DOB: |
|---|---|---|---|---|
| Sex: | MALE | Ht/Wt: | 183cm/102.06kg | Ward: |
| Rm: | | | | |
| Dx: | | Last Mvmt: | | Type: |

ADRs:      COMPAZINE

Allergies:  No Allergies on file.
==================================================================
================================================

| Location | St Sch Administration Date | By | Body Site |
|---|---|---|---|
| Units | Units of | | |
| | | | Medication & Dosage |
| GIVEN | Administration | | |
------------------------------------------------------------------
--------------------------------------------------

------------------------------------------------------------------
Page 2

Order Details - 27875004

*** WORK COPY ONLY ***                    Printed: Sep 01, 2020  10:16


<<<< NO HISTORY FOUND FOR THIS TIME FRAME >>>>
================================================================================
================================================================================
Ward:   Room-Bed:

--------------------------------------------------------------------------
End of report

Order Details - 27652425

\*\*\* WORK COPY ONLY \*\*\*                          Printed: Sep 01, 2020  10:17

HYDROCODONE 10/ACETAMINOPHEN 325MG TAB
TAKE 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR PAIN - DO NOT  EXCEED
4000MG OF ACETAMINOPHEN (APAP) PER DAY FROM ANY AND ALL SOURCES
Quantity: 112 Refills: 0
<Discontinued by Pharmacy>

Activity:
03/12/2019 10:33  New Order entered by PETERSON,JOHN A (MEDICAL DOCTOR)
      Order Text:         HYDROCODONE 10/ACETAMINOPHEN 325MG TAB
                          TAKE 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR PAIN -
DO NOT  EXCEED
                          4000MG OF ACETAMINOPHEN (APAP) PER DAY FROM ANY AND ALL
SOURCES
                          Quantity: 112 Refills: 0
      Nature of Order:    ELECTRONICALLY ENTERED
      Dig Signature:      PETERSON,JOHN A (MEDICAL DOCTOR) on 03/12/2019 10:34
03/26/2019 12:24  Discontinued by COFFING,LYNDA E (PHARMACIST)
      Reason for DC:      Discontinued by Pharmacy

Current Data:
Treating Specialty:
Ordering Location:        DAN CHRONIC PAIN CARE MD
Start Date/Time:          03/12/2019
Stop Date/Time:           03/26/2019
Current Status:           DISCONTINUED
  Orders that have been explicitly stopped.
Order #27652425

Order:
Medication:               HYDROCODONE 10/ACETAMINOPHEN 325MG OP TAB
Dispense Drug:            HYDROCODONE 10/ACETAMINOPHEN 325MG TAB
Instructions:             1 TABLET ORAL QID PRN
Sig:
  TAKE 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR PAIN - DO NOT
  EXCEED 4000MG OF ACETAMINOPHEN (APAP) PER DAY FROM ANY AND ALL SOURCES
Patient Instructions:
  FOR PAIN - DO NOT EXCEED 4000MG OF ACETAMINOPHEN (APAP) PER DAY FROM ANY
  AND ALL SOURCES
Start:                    0
Days Supply:              28
Quantity:                 112
Refills:                  0
Pick Up:                  WINDOW
Priority:                 ROUTINE

Dispense Drugs (units/dose):  HYDROCODONE 10/ACETAMINOPHEN 325MG TAB ()
Last Filled:              3/12/19
Refills Remaining:        0
Filled:                   3/12/19 (Window) released 3/12/19
                          last fill 2-11-19 for 28 days
Prescription#:            5294686
Pharmacist:               COFFING,LYNDA E

----------------------------------------------------------------
Page 1

Order Details - 27652425

*** WORK COPY ONLY ***                    Printed: Sep 01, 2020  10:17

First Party Pay Exemptions
For conditions related to:    SERVICE CONNECTED CONDITION
Order Checks:
HIGH:         Duplicate Therapy: Order(s) exist for {HYDROCODONE 10/ACETAMINOPHEN
              325MG TAB [ACTIVE]} in the same therapeutic categor(ies):
              Non-Opioid Analgesic/Antipyretic, Non-Salicylate, Opioid
              Analgesics- IR (with all antitussive opiates)
HIGH:         IMED PATIENT AGREEMENT FOR NARC
              *** Patient has a signed "IMED PATIENT AGREEMENT FOR NARCOTIC
              DRUGS" ***

              Computed Finding: VA-Progress Note
              09/15/2015@14:29:03 value - CONSENT FOR LONG-TERM OPIOIDS FOR
              PAIN;
              Author: WISECUP,MONICA LUANN

Override:     PETERSON,JOHN A (MEDICAL DOCTOR) on 03/12/2019 10:34
              Chronic Medication

MEDICATION HISTORY for JUL 03, 2020  to  SEP 01, 2020
Run Date: SEP 01, 2020@10:17
Include Inpatient and Clinic Orders

Page: 1
MEDICATIONS SEARCH LIST: HYDROCODONE 10/ACETAMINOPHEN 325MG OP

Patient:                        SSN:                    DOB:

Sex:       MALE                 Ht/Wt:     183cm/102.06kg      Ward:
Rm:
Dx:                             Last Mvmt:               Type:

ADRs:      COMPAZINE

Allergies: No Allergies on file.

Location           St Sch Administration Date   By      Body Site
Units              Units of
                                                        Medication & Dosage
GIVEN              Administration
----------------------------------------------------------------------
----------------------------------------------------------

----------------------------------------------------------------------
Page 2

Order Details - 27652425

*** WORK COPY ONLY ***                    Printed: Sep 01, 2020  10:17

<<<< NO HISTORY FOUND FOR THIS TIME FRAME >>>>
======================================================================

Ward:    Room-Bed:

------------------------------------------------------------------------
End of report

Order Details - 28745107;3

*** WORK COPY ONLY ***                    Printed: Sep 01, 2020  10:06

HYDROCODONE 10/ACETAMINOPHEN 325MG TAB
TAKE 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR PAIN - DO NOT  EXCEED
4000MG OF ACETAMINOPHEN (APAP) PER DAY FROM ANY AND ALL SOURCES
Quantity: 112 Refills: 0
<Discontinued by Pharmacy>

Activity:
01/14/2020 08:45  New Order entered by PETERSON,JOHN A (MEDICAL DOCTOR)
        Order Text:        HYDROCODONE 10/ACETAMINOPHEN 325MG TAB
                           TAKE 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR PAIN -
DO NOT   EXCEED
                           4000MG OF ACETAMINOPHEN (APAP) PER DAY FROM ANY AND ALL
SOURCES
                           Quantity: 112 Refills: 0
        Nature of Order:   ELECTRONICALLY ENTERED
         Dig Signature:    PETERSON,JOHN A (MEDICAL DOCTOR) on 01/14/2020 08:46
01/14/2020 09:06  Hold entered by COFFING,LYNDA E (PHARMACIST)
        Nature of Order:   WRITTEN
        Ordered by:        PETERSON,JOHN A (MEDICAL DOCTOR)
          Released:        01/14/2020 09:06
        Signature:         ON CHART WITH WRITTEN ORDERS
        Comments:          last fill 12/20 for 28 days, due 1/17
        Hold Released:     1/21/20 7:26 am by CUNNINGHAM-STONEWALL,ASHLEE BRIE
(PHARMACY SUPERV)
01/21/2020 07:26  Release Hold entered by CUNNINGHAM-STONEWALL,ASHLEE BRIE (PHARMACY
SUPERV)
        Nature of Order:   SERVICE CORRECTION
        Ordered by:        PETERSON,JOHN A (MEDICAL DOCTOR)
        Signature:         SERVICE CORRECTION TO SIGNED ORDER
        Comments:          Medication Removed from Hold by Pharmacy
02/13/2020 15:58  Discontinued by BURKE,MARY LISA (PHARMACIST)
        Reason for DC:     Discontinued by Pharmacy

Current Data:
Treating Specialty:
Ordering Location:         DAN CHRONIC PAIN CARE MD
Start Date/Time:           01/17/2020
Stop Date/Time:            02/13/2020  (expired 02/13/2020)
Current Status:            DISCONTINUED
   Orders that have been explicitly stopped.
Order #28745107

Order:
Medication:                HYDROCODONE 10/ACETAMINOPHEN 325MG OP TAB
Dispense Drug:             HYDROCODONE 10/ACETAMINOPHEN 325MG TAB
Instructions:              1 TABLET ORAL QID PRN
Sig:
   TAKE 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR PAIN - DO NOT
   EXCEED 4000MG OF ACETAMINOPHEN (APAP) PER DAY FROM ANY AND ALL SOURCES
Patient Instructions:
   FOR PAIN - DO NOT EXCEED 4000MG OF ACETAMINOPHEN (APAP) PER DAY FROM ANY
   AND ALL SOURCES

-------------------------------------------------------------------------
Page 1

Order Details - 28745107;3

*** WORK COPY ONLY ***                    Printed: Sep 01, 2020  10:06

Start:                        0
Days Supply:                  28
Quantity:                     112
Refills:                      0
Pick Up:                      WINDOW
Priority:                     ROUTINE

Dispense Drugs (units/dose):  HYDROCODONE 10/ACETAMINOPHEN 325MG TAB ()
Last Filled:                  1/17/20
Refills Remaining:            0
Filled:                       1/17/20 (Window) released 1/21/20
                              last fill 12/20 for 28 days, due 1/17
Prescription#:                5475004
Pharmacist:                   COFFING,LYNDA E

First Party Pay Exemptions
For conditions related to:    SERVICE CONNECTED CONDITION
Order Checks:
HIGH:        Duplicate Therapy: Order(s) exist for {HYDROCODONE 10/ACETAMINOPHEN
             325MG TAB [ACTIVE]} in the same therapeutic categor(ies):
             Non-Opioid Analgesic/Antipyretic, Non-Salicylate, Opioid
             Analgesics- IR (with all antitussive opiates)
HIGH:        IMED PATIENT AGREEMENT FOR NARC
             *** Patient has a signed "IMED PATIENT AGREEMENT FOR NARCOTIC
             DRUGS" ***

             Computed Finding: VA-Progress Note
             09/15/2015@14:29:03 value - CONSENT FOR LONG-TERM OPIOIDS FOR
             PAIN;
             Author: WISECUP,MONICA LUANN

Override:    PETERSON,JOHN A (MEDICAL DOCTOR) on 01/14/2020 08:46
             Chronic Medication

===============================================================

================================================================
=========================================

MEDICATION HISTORY for JUL 03, 2020  to  SEP 01, 2020
Run Date: SEP 01, 2020@10:06
Include Inpatient and Clinic Orders

Page: 1
MEDICATIONS SEARCH LIST: HYDROCODONE 10/ACETAMINOPHEN 325MG OP

Patient:                          SSN:                    DOB:

----------------------------------------------------------------
Page 2

USA0205
205

Order Details - 28745107;3

*** WORK COPY ONLY ***                    Printed: Sep 01, 2020  10:06

Sex:      MALE                 Ht/Wt:     183cm/102.06kg        Ward:
Rm:
Dx:                            Last Mvmt:                       Type:

ADRs:      COMPAZINE

Allergies:  No Allergies on file.

Location          St Sch Administration Date    By       Body Site
Units           Units of
                                                     Medication & Dosage
GIVEN           Administration
--------------------------------------------------------------------------
--------------------------------------------------
<<<< NO HISTORY FOUND FOR THIS TIME FRAME >>>>

Ward:   Room-Bed:

--------------------------------------------------------------------
End of report

Order Details - 27540887

████████████████████████████████████████████████

*** WORK COPY ONLY ***                    Printed: Sep 01, 2020  10:17

HYDROCODONE 10/ACETAMINOPHEN 325MG TAB
TAKE 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR PAIN - DO NOT  EXCEED
4000MG OF ACETAMINOPHEN (APAP) PER DAY FROM ANY AND ALL SOURCES
Quantity: 112 Refills: 0
<Discontinued by Pharmacy>

Activity:
02/11/2019 07:51  New Order entered by PETERSON,JOHN A (MEDICAL DOCTOR)
     Order Text:       HYDROCODONE 10/ACETAMINOPHEN 325MG TAB
                       TAKE 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR PAIN -
DO NOT  EXCEED
                       4000MG OF ACETAMINOPHEN (APAP) PER DAY FROM ANY AND ALL
SOURCES
                       Quantity: 112 Refills: 0
     Nature of Order:  ELECTRONICALLY ENTERED
     Dig Signature:    PETERSON,JOHN A (MEDICAL DOCTOR) on 02/11/2019 07:51
03/12/2019 11:15  Discontinued by COFFING,LYNDA E (PHARMACIST)
     Reason for DC:    Discontinued by Pharmacy

Current Data:
Treating Specialty:
Ordering Location:        DAN CHRONIC PAIN CARE MD
Start Date/Time:          02/11/2019
Stop Date/Time:           03/12/2019
Current Status:           DISCONTINUED
  Orders that have been explicitly stopped.
Order #27540887

Order:
Medication:               HYDROCODONE 10/ACETAMINOPHEN 325MG OP TAB
Dispense Drug:            HYDROCODONE 10/ACETAMINOPHEN 325MG TAB
Instructions:             1 TABLET ORAL QID PRN
Sig:
  TAKE 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR PAIN - DO NOT
  EXCEED 4000MG OF ACETAMINOPHEN (APAP) PER DAY FROM ANY AND ALL SOURCES
Patient Instructions:
  FOR PAIN - DO NOT EXCEED 4000MG OF ACETAMINOPHEN (APAP) PER DAY FROM ANY
  AND ALL SOURCES
Start:                    0
Days Supply:              28
Quantity:                 112
Refills:                  0
Pick Up:                  WINDOW
Priority:                 ROUTINE

Dispense Drugs (units/dose): HYDROCODONE 10/ACETAMINOPHEN 325MG TAB ()
Last Filled:              2/11/19
Refills Remaining:        0
Filled:                   2/11/19 (Window) released 2/11/19
                          LF 1/11 28DS
Prescription#:            5275034
Pharmacist:               BURKE,MARY LISA

------------------------------------------------------------------------
Page 1

Order Details - 27540887

*** WORK COPY ONLY ***                    Printed: Sep 01, 2020  10:17

First Party Pay Exemptions
For conditions related to:    SERVICE CONNECTED CONDITION
Order Checks:
HIGH:        Duplicate Therapy: Order(s) exist for {HYDROCODONE 10/ACETAMINOPHEN
             325MG TAB [EXPIRED]} in the same therapeutic categor(ies):
             Non-Opioid Analgesic/Antipyretic, Non-Salicylate, Opioid
             Analgesics- IR (with all antitussive opiates)
HIGH:        IMED PATIENT AGREEMENT FOR NARC
             *** Patient has a signed "IMED PATIENT AGREEMENT FOR NARCOTIC
             DRUGS" ***

             Computed Finding: VA-Progress Note
              09/15/2015@14:29:03 value - CONSENT FOR LONG-TERM OPIOIDS FOR
             PAIN;
              Author: WISECUP,MONICA LUANN

Override:    PETERSON,JOHN A (MEDICAL DOCTOR) on 02/11/2019 07:51
             Chronic Medication

===================================================================

===================================================================
===================================================

MEDICATION HISTORY for JUL 03, 2020  to  SEP 01, 2020
Run Date: SEP 01, 2020@10:17
Include Inpatient and Clinic Orders

Page: 1
MEDICATIONS SEARCH LIST: HYDROCODONE 10/ACETAMINOPHEN 325MG OP

Patient:                            SSN:                    DOB:

Sex:       MALE                     Ht/Wt:    183cm/102.06kg   Ward:
Rm:
Dx:                                 Last Mvmt:               Type:

ADRs:      COMPAZINE

Allergies: No Allergies on file.
===================================================================
===================================================================
Location          St Sch Administration Date   By      Body Site
Units             Units of
                                                        Medication & Dosage
GIVEN             Administration
-------------------------------------------------------------------
-------------------------------------------------------

-------------------------------------------------------------------
Page 2

$\mathcal{T}$

Order Details - 27540887

*** WORK COPY ONLY ***                    Printed: Sep 01, 2020  10:17


<<<< NO HISTORY FOUND FOR THIS TIME FRAME >>>>
================================================================================
============================================================

Ward:   Room-Bed:

------------------------------------------------------------------
End of report

Order Details - 28372788

*** WORK COPY ONLY ***                      Printed: Sep 01, 2020  10:09


HYDROCODONE 10/ACETAMINOPHEN 325MG TAB
TAKE 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR PAIN - DO NOT   EXCEED
4000MG OF ACETAMINOPHEN (APAP) PER DAY FROM ANY AND ALL SOURCES
Quantity: 112 Refills: 0

Activity:
09/23/2019 19:13  New Order entered by PETERSON,JOHN A (MEDICAL DOCTOR)
        Order Text:         HYDROCODONE 10/ACETAMINOPHEN 325MG TAB
                            TAKE 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR PAIN -
DO NOT   EXCEED
                            4000MG OF ACETAMINOPHEN (APAP) PER DAY FROM ANY AND ALL
SOURCES
                            Quantity: 112 Refills: 0
        Nature of Order:    ELECTRONICALLY ENTERED
        Dig Signature:      PETERSON,JOHN A (MEDICAL DOCTOR) on 09/23/2019 19:14
        Flagged by:         KEGLEY,LEAH ANN (MEDICAL SUPPORT) on 10/25/2019 10:56
                            Med renewal request
        Unflagged by:       PETERSON,JOHN A (MEDICAL DOCTOR) on 10/25/2019 11:41


Current Data:
Treating Specialty:
Ordering Location:          DAN CHRONIC PAIN CARE MD
Start Date/Time:            09/27/2019
Stop Date/Time:             10/23/2019
Current Status:             EXPIRED
  Orders that have a stop date which has expired.  e.g., Unit Dose
  orders expire at some sites 14 days after the order is created,
  but may be renewed within a hospital designated time
  after the expiration date.
Order #28372788

Order:
Medication:                 HYDROCODONE 10/ACETAMINOPHEN 325MG OP TAB
Dispense Drug:              HYDROCODONE 10/ACETAMINOPHEN 325MG TAB
Instructions:               1 TABLET ORAL QID PRN
Sig:
  TAKE 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR PAIN - DO NOT
  EXCEED 4000MG OF ACETAMINOPHEN (APAP) PER DAY FROM ANY AND ALL SOURCES
Patient Instructions:
  FOR PAIN - DO NOT EXCEED 4000MG OF ACETAMINOPHEN (APAP) PER DAY FROM ANY
  AND ALL SOURCES
Start:                      0
Days Supply:                28
Quantity:                   112
Refills:                    0
Pick Up:                    WINDOW
Priority:                   ROUTINE

Dispense Drugs (units/dose): HYDROCODONE 10/ACETAMINOPHEN 325MG TAB ()
Last Filled:                9/27/19
Refills Remaining:          0


------------------------------------------------------------------------
Page 1

Order Details - 28372788

*** WORK COPY ONLY ***                          Printed: Sep 01, 2020  10:09


Filled:                    9/27/19 (Window) released 9/24/19
                           lf 8/30; fill 9/27 - PMP good
Prescription#:             5412280
Pharmacist:                HOAGLAND,ADAM W


First Party Pay Exemptions
For conditions related to:     SERVICE CONNECTED CONDITION
Order Checks:
HIGH:       Duplicate Therapy: Order(s) exist for {HYDROCODONE 10/ACETAMINOPHEN
            325MG TAB [ACTIVE]} in the same therapeutic categor(ies):
            Non-Opioid Analgesic/Antipyretic, Non-Salicylate, Opioid
            Analgesics- IR (with all antitussive opiates)
HIGH:       IMED PATIENT AGREEMENT FOR NARC
            *** Patient has a signed "IMED PATIENT AGREEMENT FOR NARCOTIC
            DRUGS" ***

            Computed Finding: VA-Progress Note
            09/15/2015@14:29:03 value - CONSENT FOR LONG-TERM OPIOIDS FOR
            PAIN;
            Author: WISECUP,MONICA LUANN


Override:   PETERSON,JOHN A (MEDICAL DOCTOR) on 09/23/2019 19:13
            Chronic Medication

=================================================================================


=================================================================================
=================================================================================

MEDICATION HISTORY for JUL 03, 2020  to  SEP 01, 2020
Run Date: SEP 01, 2020@10:09
Include Inpatient and Clinic Orders

Page: 1
MEDICATIONS SEARCH LIST: HYDROCODONE 10/ACETAMINOPHEN 325MG OP

Patient:                           SSN:                        DOB:

Sex:       MALE                    Ht/Wt:     183cm/102.06kg    Ward:
Rm:
Dx:                                Last Mvmt:                   Type:

ADRs:      COMPAZINE

Allergies: No Allergies on file.
=================================================================================
=================================================================================
Location              St Sch Administration Date   By        Body Site
Units                 Units of

--------------------------------------------------------------------------------
Page 2

Order Details - 28372788

```
=================================================================
*** WORK COPY ONLY ***                    Printed: Sep 01, 2020  10:09
```

                                          Medication & Dosage

GIVEN          Administration
---------------------------------------------------------------------
---------------------------------------------
<<<< NO HISTORY FOUND FOR THIS TIME FRAME >>>>
=================================================================
=================================================

Ward:   Room-Bed:

```
-----------------------------------------------------------------
End of report
```



Order Details - 27976937

 

```
======================================================================
```

*** WORK COPY ONLY ***                    Printed: Sep 01, 2020  10:12


ETHYL GLUCUR & SULFATE UR(2007909)-ARUP URINE SP

Activity:
06/06/2019 11:22  New Order entered by PETERSON,JOHN A (MEDICAL DOCTOR)
        Order Text:      ETHYL GLUCUR & SULFATE UR(2007909)-ARUP URINE SP
        Nature of Order:  ELECTRONICALLY ENTERED
        Elec Signature:   PETERSON,JOHN A (MEDICAL DOCTOR) on 06/06/2019 11:22

Current Data:
Treating Specialty:
Ordering Location:        DAN CHRONIC PAIN CARE MD
Start Date/Time:          06/06/2019 11:48
Stop Date/Time:           06/11/2019 13:44
Current Status:           COMPLETE
   Orders that require no further action by the ancillary service.
    e.g., Lab orders are completed when results are available,
   Radiology orders are complete when results are available.
Order #27976937

Order:
Lab Test:                 ETHYL GLUCUR & SULFATE UR(2007909)-ARUP
Collected By:             Send patient to lab
Collection Sample:        URINE
Specimen:                 URINE
Collection Date/Time:     TODAY
Urgency:                  ROUTINE
How often:                ONE TIME


----------------------------------------------------------------------
End of report

Order Details - 28576943

=================================================================
*** WORK COPY ONLY ***                    Printed: Sep 01, 2020  10:08

HYDROCODONE 10/ACETAMINOPHEN 325MG TAB
TAKE 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR PAIN - DO NOT  EXCEED
4000MG OF ACETAMINOPHEN (APAP) PER DAY FROM ANY AND ALL SOURCES
Quantity: 112 Refills: 0
<Discontinued by Pharmacy>

Activity:
11/21/2019 11:13  New Order entered by PETERSON,JOHN A (MEDICAL DOCTOR)
        Order Text:        HYDROCODONE 10/ACETAMINOPHEN 325MG TAB
                           TAKE 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR PAIN -
DO NOT  EXCEED
                           4000MG OF ACETAMINOPHEN (APAP) PER DAY FROM ANY AND ALL
SOURCES
                           Quantity: 112 Refills: 0
        Nature of Order:   ELECTRONICALLY ENTERED
        Dig Signature:     PETERSON,JOHN A (MEDICAL DOCTOR) on 11/21/2019 11:15
        Flagged by:        CUNNINGHAM-STONEWALL,ASHLEE BRIE (PHARMACY SUPERV) on
12/18/2019 07:56
                           pt is requesting a refill
        Unflagged by:      PETERSON,JOHN A (MEDICAL DOCTOR) on 12/18/2019 19:12

12/19/2019 09:51  Discontinued by COFFING,LYNDA E (PHARMACIST)
        Reason for DC:     Discontinued by Pharmacy

Current Data:
Treating Specialty:
Ordering Location:        DAN CHRONIC PAIN CARE MD
Start Date/Time:          11/22/2019
Stop Date/Time:           12/19/2019
Current Status:           DISCONTINUED
  Orders that have been explicitly stopped.
Order #28576943

Order:
Medication:               HYDROCODONE 10/ACETAMINOPHEN 325MG OP TAB
Dispense Drug:            HYDROCODONE 10/ACETAMINOPHEN 325MG TAB
Instructions:             1 TABLET ORAL QID PRN
Sig:
  TAKE 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR PAIN - DO NOT
  EXCEED 4000MG OF ACETAMINOPHEN (APAP) PER DAY FROM ANY AND ALL SOURCES
Patient Instructions:
  FOR PAIN - DO NOT EXCEED 4000MG OF ACETAMINOPHEN (APAP) PER DAY FROM ANY
  AND ALL SOURCES
Start:                    0
Days Supply:              28
Quantity:                 112
Refills:                  0
Pick Up:                  WINDOW
Priority:                 ROUTINE

Dispense Drugs (units/dose): HYDROCODONE 10/ACETAMINOPHEN 325MG TAB ()
Last Filled:              11/22/19

------------------------------------------------------------------------
Page 1

Order Details – 28576943

*** WORK COPY ONLY ***                    Printed: Sep 01, 2020  10:08


Refills Remaining:           0
Filled:                      11/22/19 (Window) released 11/21/19
                             lf 10/25; fill 11/22
Prescription#:               5446121
Pharmacist:                  HOAGLAND,ADAM W


First Party Pay Exemptions
For conditions related to:   SERVICE CONNECTED CONDITION
Order Checks:
HIGH:      Duplicate Therapy: Order(s) exist for {HYDROCODONE 10/ACETAMINOPHEN
           325MG TAB [ACTIVE]} in the same therapeutic categor(ies):
           Non-Opioid Analgesic/Antipyretic, Non-Salicylate, Opioid
           Analgesics- IR (with all antitussive opiates)
HIGH:      IMED PATIENT AGREEMENT FOR NARC
           *** Patient has a signed "IMED PATIENT AGREEMENT FOR NARCOTIC
           DRUGS" ***

           Computed Finding: VA-Progress Note
           09/15/2015@14:29:03 value - CONSENT FOR LONG-TERM OPIOIDS FOR
           PAIN;
           Author: WISECUP,MONICA LUANN


Override:  PETERSON,JOHN A (MEDICAL DOCTOR) on 11/21/2019 11:14
           Chronic Medication

           ======================================================================


           ======================================================================
           ===============================================

MEDICATION HISTORY for JUL 03, 2020  to  SEP 01, 2020
Run Date: SEP 01, 2020@10:08
Include Inpatient and Clinic Orders

Page: 1
MEDICATIONS SEARCH LIST: HYDROCODONE 10/ACETAMINOPHEN 325MG OP

Patient:                            SSN:                    DOB:
Sex:     MALE                       Ht/Wt:    183cm/102.06kg    Ward:
Rm:
Dx:                                 Last Mvmt:                 Type:

ADRs:    COMPAZINE

Allergies:  No Allergies on file.
======================================================================
===============================================


----------------------------------------------------------------------
Page 2

Order Details - 28576943

*** WORK COPY ONLY ***                      Printed: Sep 01, 2020  10:08

Location              St Sch Administration Date   By        Body Site
Units         Units of
GIVEN         Administration                          Medication & Dosage
-----------------------------------------------------------------------------
-----------------------------------------------------
<<<< NO HISTORY FOUND FOR THIS TIME FRAME >>>>
=============================================================================
=====================================================
Ward:   Room-Bed:

-----------------------------------------------------------------------
End of report

Order Details - 28488067

*** WORK COPY ONLY ***                        Printed: Sep 01, 2020  10:08


HYDROCODONE 10/ACETAMINOPHEN 325MG TAB
TAKE 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR PAIN - DO NOT  EXCEED
4000MG OF ACETAMINOPHEN (APAP) PER DAY FROM ANY AND ALL SOURCES
Quantity: 112 Refills: 0
<Discontinued by Pharmacy>


Activity:
10/25/2019 11:41  New Order entered by PETERSON,JOHN A (MEDICAL DOCTOR)
      Order Text:        HYDROCODONE 10/ACETAMINOPHEN 325MG TAB
                         TAKE 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR PAIN -
DO NOT  EXCEED
                         4000MG OF ACETAMINOPHEN (APAP) PER DAY FROM ANY AND ALL
SOURCES
                         Quantity: 112 Refills: 0
      Nature of Order:   ELECTRONICALLY ENTERED
      Dig Signature:     PETERSON,JOHN A (MEDICAL DOCTOR) on 10/25/2019 11:41
11/21/2019 12:03  Discontinued by HOAGLAND,ADAM W (PHARMACIST, OUT)
      Reason for DC:     Discontinued by Pharmacy


Current Data:
Treating Specialty:
Ordering Location:        DAN CHRONIC PAIN CARE MD
Start Date/Time:          10/25/2019
Stop Date/Time:           11/21/2019
Current Status:           DISCONTINUED
  Orders that have been explicitly stopped.
Order #28488067


Order:
Medication:               HYDROCODONE 10/ACETAMINOPHEN 325MG OP TAB
Dispense Drug:            HYDROCODONE 10/ACETAMINOPHEN 325MG TAB
Instructions:             1 TABLET ORAL QID PRN
Sig:
   TAKE 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR PAIN - DO NOT
   EXCEED 4000MG OF ACETAMINOPHEN (APAP) PER DAY FROM ANY AND ALL SOURCES
Patient Instructions:
   FOR PAIN - DO NOT EXCEED 4000MG OF ACETAMINOPHEN (APAP) PER DAY FROM ANY
   AND ALL SOURCES
Start:                    0
Days Supply:              28
Quantity:                 112
Refills:                  0
Pick Up:                  WINDOW
Priority:                 ROUTINE

Dispense Drugs (units/dose):  HYDROCODONE 10/ACETAMINOPHEN 325MG TAB ()
Last Filled:              10/25/19
Refills Remaining:        0
Filled:                   10/25/19 (Window) released 10/25/19
Prescription#:            5431354
Pharmacist:               COFFING,LYNDA E


------------------------------------------------------------------------
Page 1


USA0217

217

Order Details - 28488067

*** WORK COPY ONLY ***                    Printed: Sep 01, 2020  10:08


First Party Pay Exemptions
For conditions related to:    SERVICE CONNECTED CONDITION
Order Checks:
HIGH:        Duplicate Therapy: Order(s) exist for {HYDROCODONE 10/ACETAMINOPHEN
             325MG TAB [UNRELEASED]} in the same therapeutic categor(ies):
             Non-Opioid Analgesic/Antipyretic, Non-Salicylate, Opioid
             Analgesics- IR (with all antitussive opiates)
HIGH:        IMED PATIENT AGREEMENT FOR NARC
                *** Patient has a signed "IMED PATIENT AGREEMENT FOR NARCOTIC
                DRUGS" ***

                Computed Finding: VA-Progress Note
                09/15/2015@14:29:03 value - CONSENT FOR LONG-TERM OPIOIDS FOR
                PAIN;
                  Author: WISECUP,MONICA LUANN


Override:    PETERSON,JOHN A (MEDICAL DOCTOR) on 10/25/2019 11:41
             Chronic Medication

==================================================================


==================================================================
==================================================================

MEDICATION HISTORY for JUL 03, 2020  to  SEP 01, 2020
Run Date: SEP 01, 2020@10:08
Include Inpatient and Clinic Orders

Page: 1
MEDICATIONS SEARCH LIST: HYDROCODONE 10/ACETAMINOPHEN 325MG OP

Patient:                              SSN:                        DOB:

Sex:     MALE                         Ht/Wt:    183cm/102.06kg    Ward:
Rm:
Dx:                                   Last Mvmt:                  Type:

ADRs:        COMPAZINE

Allergies: No Allergies on file.
==================================================================
==================================================================
Location        St Sch Administration Date   By      Body Site
Units           Units of
                                                      Medication & Dosage
GIVEN           Administration
------------------------------------------------------------------
------------------------------------------------------------------
<<<< NO HISTORY FOUND FOR THIS TIME FRAME >>>>


------------------------------------------------------------------
Page 2

Order Details - 28488067

*** WORK COPY ONLY ***                    Printed: Sep 01, 2020  10:08

Ward:   Room-Bed:

--------------------------------------------------------------------
End of report

Order Details - 28671015;3

*** WORK COPY ONLY ***                    Printed: Sep 01, 2020  10:07

HYDROCODONE 10/ACETAMINOPHEN 325MG TAB
TAKE 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR PAIN - DO NOT   EXCEED
4000MG OF ACETAMINOPHEN (APAP) PER DAY FROM ANY AND ALL SOURCES
Quantity: 112 Refills: 0
<Discontinued by Pharmacy>

Activity:
12/18/2019 19:11  New Order entered by PETERSON,JOHN A (MEDICAL DOCTOR)
      Order Text:      HYDROCODONE 10/ACETAMINOPHEN 325MG TAB
                       TAKE 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR PAIN -
DO NOT   EXCEED
                       4000MG OF ACETAMINOPHEN (APAP) PER DAY FROM ANY AND ALL
SOURCES
                       Quantity: 112 Refills: 0
      Nature of Order:  ELECTRONICALLY ENTERED
      Dig Signature:    PETERSON,JOHN A (MEDICAL DOCTOR) on 12/18/2019 19:12
12/19/2019 09:51  Hold entered by COFFING,LYNDA E (PHARMACIST)
      Nature of Order:  WRITTEN
      Ordered by:       PETERSON,JOHN A (MEDICAL DOCTOR)
      Released:         12/19/2019 09:51
      Signature:        ON CHART WITH WRITTEN ORDERS
      Comments:         rx due 12/20/19
      Hold Released:    12/19/19 4:45 pm by HOAGLAND,ADAM W (PHARMACIST, OUT)
12/19/2019 16:45  Release Hold entered by HOAGLAND,ADAM W (PHARMACIST, OUT)
      Nature of Order:  SERVICE CORRECTION
      Ordered by:       PETERSON,JOHN A (MEDICAL DOCTOR)
      Signature:        SERVICE CORRECTION TO SIGNED ORDER
      Comments:         Medication Removed from Hold by Pharmacy
      Flagged by:       KEGLEY,LEAH ANN (MEDICAL SUPPORT) on 01/13/2020 13:22
                        Med renewal request  window pickup
      Unflagged by:     PETERSON,JOHN A (MEDICAL DOCTOR) on 01/14/2020 08:46

01/14/2020 09:06  Discontinued by COFFING,LYNDA E (PHARMACIST)
      Reason for DC:    Discontinued by Pharmacy

Current Data:
Treating Specialty:
Ordering Location:       DAN CHRONIC PAIN CARE MD
Start Date/Time:         12/20/2019
Stop Date/Time:          01/14/2020
Current Status:          DISCONTINUED
   Orders that have been explicitly stopped.
Order #28671015

Order:
Medication:              HYDROCODONE 10/ACETAMINOPHEN 325MG OP TAB
Dispense Drug:           HYDROCODONE 10/ACETAMINOPHEN 325MG TAB
Instructions:            1 TABLET ORAL QID PRN
Sig:
   TAKE 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR PAIN - DO NOT
   EXCEED 4000MG OF ACETAMINOPHEN (APAP) PER DAY FROM ANY AND ALL SOURCES
Patient Instructions:

-----------------------------------------------------------------------
Page 1

Order Details - 28671015;3

*** WORK COPY ONLY ***                     Printed: Sep 01, 2020  10:07

    FOR PAIN - DO NOT EXCEED 4000MG OF ACETAMINOPHEN (APAP) PER DAY FROM ANY
    AND ALL SOURCES

| | |
|---|---|
| Start: | 0 |
| Days Supply: | 28 |
| Quantity: | 112 |
| Refills: | 0 |
| Pick Up: | WINDOW |
| Priority: | ROUTINE |

| | |
|---|---|
| Dispense Drugs (units/dose): | HYDROCODONE 10/ACETAMINOPHEN 325MG TAB () |
| Last Filled: | 12/20/19 |
| Refills Remaining: | 0 |
| Filled: | 12/20/19 (Window) released 12/19/19 |
| | last fill 11-22 |
| Prescription#: | 5462014 |
| Pharmacist: | COFFING,LYNDA E |

First Party Pay Exemptions
For conditions related to:    SERVICE CONNECTED CONDITION
Order Checks:
HIGH:         Duplicate Therapy: Order(s) exist for {HYDROCODONE 10/ACETAMINOPHEN
              325MG TAB [ACTIVE]} in the same therapeutic categor(ies):
              Non-Opioid Analgesic/Antipyretic, Non-Salicylate, Opioid
              Analgesics- IR (with all antitussive opiates)
HIGH:         IMED PATIENT AGREEMENT FOR NARC
              *** Patient has a signed "IMED PATIENT AGREEMENT FOR NARCOTIC
              DRUGS" ***

              Computed Finding: VA-Progress Note
              09/15/2015@14:29:03 value - CONSENT FOR LONG-TERM OPIOIDS FOR
              PAIN;
              Author: WISECUP,MONICA LUANN


Override:     PETERSON,JOHN A (MEDICAL DOCTOR) on 12/18/2019 19:11
              Chronic Medication

===================================================================


MEDICATION HISTORY for JUL 03, 2020  to  SEP 01, 2020
Run Date: SEP 01, 2020@10:07
Include Inpatient and Clinic Orders

Page: 1
MEDICATIONS SEARCH LIST: HYDROCODONE 10/ACETAMINOPHEN 325MG OP


------------------------------------------------------------------
Page 2

Order Details - 28671015;3

===================================================================

*** WORK COPY ONLY ***                    Printed: Sep 01, 2020  10:07

Patient:                          SSN:                      DOB:

Sex:       MALE                   Ht/Wt:    183cm/102.06kg  Ward:
Rm:
Dx:                               Last Mvmt:                Type:

ADRs:      COMPAZINE

Allergies: No Allergies on file.
===================================================================

Location              St Sch Administration Date   By      Body Site
Units         Units of
                                                           Medication & Dosage
GIVEN         Administration
-------------------------------------------------------------------
-------------------------------------------------------------------
<<<< NO HISTORY FOUND FOR THIS TIME FRAME >>>>
===================================================================
===================================================================

Ward:   Room-Bed:

-------------------------------------------------------------------
End of report

Order Details - 28576954;2

=========================================================================
*** WORK COPY ONLY ***                        Printed: Sep 01, 2020  10:07


Return to DAN CHRONIC PAIN CARE MD on or around ( Feb 13, 2020 )
for a total of  1 appointment(s)

Activity:
11/21/2019 11:14  New Order entered by PETERSON,JOHN A (MEDICAL DOCTOR)
     Order Text:        Return to DAN CHRONIC PAIN CARE MD on or around ( Feb 13,
2020 )
                        for a total of  1 appointment(s)
     Nature of Order:   ELECTRONICALLY ENTERED
     Elec Signature:    PETERSON,JOHN A (MEDICAL DOCTOR) on 11/21/2019 11:15
11/21/2019 11:16  Change entered by KEGLEY,LEAH ANN (MEDICAL SUPPORT)
     Changed to:        Return to DAN CHRONIC PAIN CARE MD on or around ( Feb 13,
2020 )
                        for a total of  1 appointment(s)
     Nature of Order:   POLICY
     Signature:         NOT REQUIRED
     Disposition by:    KEGLEY,LEAH ANN (MEDICAL SUPPORT) on 11/21/2019 11:16

Current Data:
Treating Specialty:
Ordering Location:        DAN CHRONIC PAIN CARE MD
Start Date/Time:          11/21/2019
Stop Date/Time:           11/21/2019 11:16
Current Status:           COMPLETE
  Orders that require no further action by the ancillary service.
   e.g., Lab orders are completed when results are available,
  Radiology orders are complete when results are available.
Order #28576954

Order:
Clinic Location:          DAN CHRONIC PAIN CARE MD
Time sensitive:           NO
Return to clinic date:    Feb 13, 2020
Number of Appointments:   1


-----------------------------------------------------------------------
End of report

Order Details - 28285689;2

=====================================================================
*** WORK COPY ONLY ***                    Printed: Sep 01, 2020  10:09


Return to DAN CHRONIC PAIN CARE MD on or around ( Nov 21, 2019 )
for a total of  1 appointment(s)

Activity:
08/29/2019 11:16  New Order entered by PETERSON,JOHN A (MEDICAL DOCTOR)
      Order Text:        Return to DAN CHRONIC PAIN CARE MD on or around ( Nov 21,
2019 )
                         for a total of  1 appointment(s)
      Nature of Order:   ELECTRONICALLY ENTERED
      Elec Signature:    PETERSON,JOHN A (MEDICAL DOCTOR) on 08/29/2019 11:17
08/29/2019 11:21  Change entered by KEGLEY,LEAH ANN (MEDICAL SUPPORT)
      Changed to:        Return to DAN CHRONIC PAIN CARE MD on or around ( Nov 21,
2019 )
                         for a total of  1 appointment(s)
      Nature of Order:   POLICY
      Signature:         NOT REQUIRED
      Disposition by:    KEGLEY,LEAH ANN (MEDICAL SUPPORT) on 08/29/2019 11:21

Current Data:
Treating Specialty:
Ordering Location:        DAN CHRONIC PAIN CARE MD
Start Date/Time:          08/29/2019
Stop Date/Time:           08/29/2019 11:21
Current Status:           COMPLETE
   Orders that require no further action by the ancillary service.
    e.g., Lab orders are completed when results are available,
   Radiology orders are complete when results are available.
Order #28285689

Order:
Clinic Location:          DAN CHRONIC PAIN CARE MD
Time sensitive:           NO
Return to clinic date:    Nov 21, 2019
Number of Appointments:   1


-------------------------------------------------------------------------
End of report

Order Details - 27663864;2

*** WORK COPY ONLY ***                    Printed: Sep 01, 2020  10:16

Return to DAN CHRONIC PAIN CARE MD on or around ( Jun 06, 2019 )
for a total of  1 appointment(s)

Activity:
03/14/2019 11:42  New Order entered by PETERSON,JOHN A (MEDICAL DOCTOR)
      Order Text:        Return to DAN CHRONIC PAIN CARE MD on or around ( Jun 06,
2019 )
                         for a total of  1 appointment(s)
      Nature of Order:   ELECTRONICALLY ENTERED
      Elec Signature:    PETERSON,JOHN A (MEDICAL DOCTOR) on 03/14/2019 11:42
03/14/2019 11:43  Change entered by KEGLEY,LEAH ANN (MEDICAL SUPPORT)
      Changed to:        Return to DAN CHRONIC PAIN CARE MD on or around ( Jun 06,
2019 )
                         for a total of  1 appointment(s)
      Nature of Order:   POLICY
      Signature:         NOT REQUIRED
      Disposition by:    KEGLEY,LEAH ANN (MEDICAL SUPPORT) on 03/14/2019 11:43

Current Data:
Treating Specialty:
Ordering Location:       DAN CHRONIC PAIN CARE MD
Start Date/Time:         03/14/2019
Stop Date/Time:          03/14/2019 11:43
Current Status:          COMPLETE
   Orders that require no further action by the ancillary service.
   e.g., Lab orders are completed when results are available,
   Radiology orders are complete when results are available.
Order #27663864

Order:
Clinic Location:         DAN CHRONIC PAIN CARE MD
Time sensitive:          NO
Return to clinic date:   Jun 06, 2019
Number of Appointments:  1


-----------------------------------------------------------------------
End of report

Order Details - 27976934

*** WORK COPY ONLY ***                    Printed: Sep 01, 2020  10:12


URINE DRUG SCREEN (UNCONFIRMED) URINE SP ONCE

Activity:
06/06/2019 11:21  New Order entered by PETERSON,JOHN A (MEDICAL DOCTOR)
        Order Text:      URINE DRUG SCREEN (UNCONFIRMED) URINE SP ONCE
        Nature of Order:  ELECTRONICALLY ENTERED
        Elec Signature:   PETERSON,JOHN A (MEDICAL DOCTOR) on 06/06/2019 11:22

Current Data:
Treating Specialty:
Ordering Location:        DAN CHRONIC PAIN CARE MD
Start Date/Time:          06/06/2019 11:48
Stop Date/Time:           06/06/2019 13:14
Current Status:           COMPLETE
  Orders that require no further action by the ancillary service.
   e.g., Lab orders are completed when results are available,
  Radiology orders are complete when results are available.
Order #27976934

Order:
Lab Test:                 URINE DRUG SCREEN (UNCONFIRMED)
Collected By:             Send patient to lab
Collection Sample:        URINE
Specimen:                 URINE
Collection Date/Time:     TODAY
Urgency:                  ROUTINE
How often:                ONCE


-----------------------------------------------------------------------
End of report

Order Details - 27977115;2

*** WORK COPY ONLY ***                    Printed: Sep 01, 2020  10:11


Return to DAN CHRONIC PAIN CARE MD on or around ( Aug 29, 2019 )
for a total of  1 appointment(s)

Activity:
06/06/2019 11:42  New Order entered by PETERSON,JOHN A (MEDICAL DOCTOR)
     Order Text:        Return to DAN CHRONIC PAIN CARE MD on or around ( Aug 29,
2019 )
                        for a total of  1 appointment(s)
     Nature of Order:   ELECTRONICALLY ENTERED
     Elec Signature:    PETERSON,JOHN A (MEDICAL DOCTOR) on 06/06/2019 11:43
06/06/2019 11:46  Change entered by KEGLEY,LEAH ANN (MEDICAL SUPPORT)
     Changed to:        Return to DAN CHRONIC PAIN CARE MD on or around ( Aug 29,
2019 )
                        for a total of  1 appointment(s)
     Nature of Order:   POLICY
     Signature:         NOT REQUIRED
     Disposition by:    KEGLEY,LEAH ANN (MEDICAL SUPPORT) on 06/06/2019 11:46

Current Data:
Treating Specialty:
Ordering Location:          DAN CHRONIC PAIN CARE MD
Start Date/Time:            06/06/2019
Stop Date/Time:             06/06/2019 11:46
Current Status:             COMPLETE
  Orders that require no further action by the ancillary service.
  e.g., Lab orders are completed when results are available,
  Radiology orders are complete when results are available.
Order #27977115

Order:
Clinic Location:            DAN CHRONIC PAIN CARE MD
Time sensitive:             NO
Return to clinic date:      Aug 29, 2019
Number of Appointments:     1


------------------------------------------------------------------------
End of report

USA0227

227

Order Details - 27977657

*** WORK COPY ONLY ***                    Printed: Sep 01, 2020  10:10

OPIATES, URINE, QUANT CONFIRM (0090364) URINE SP

Activity:
06/06/2019 13:15  New Order entered by EPPERT,MICHELLE R (MEDICAL TECHNOL)
        Order Text:         OPIATES, URINE, QUANT CONFIRM (0090364) URINE SP
        Nature of Order:    POLICY
        Ordered by:         PETERSON,JOHN A (MEDICAL DOCTOR)
        Signature:          NOT REQUIRED

Current Data:
Treating Specialty:
Ordering Location:      DAN CHRONIC PAIN CARE MD
Start Date/Time:        06/06/2019 13:15
Stop Date/Time:         06/11/2019 13:53
Current Status:         COMPLETE
    Orders that require no further action by the ancillary service.
    e.g., Lab orders are completed when results are available,
    Radiology orders are complete when results are available.
Order #27977657

Order:
Lab Test:               OPIATES, URINE, QUANT CONFIRM (0090364)
Collected By:           Send patient to lab
Collection Sample:      URINE
Specimen:               URINE
Collection Date/Time:   Jun 06, 2019@13:15:09
Urgency:                ROUTINE


------------------------------------------------------------------------
End of report

# TAB 15

# Administrative Review Report for Patient S

# *ADMINISTRATIVE REVIEW*

D.  When long-term opioid was initiated and the patient received a benzodiazepine, was there documented justification for adding the opioid therapy.

☐ Yes
☐ No

N/A

E.  When the benzodiazepine was initiated and the patient received long-term opioid therapy, was there documented justification for adding the benzodiazepine?

☐ Yes
☐ No

N/A

F.  Did the provider conduct urine drug testing 30 days prior to the initial dispensing or within the 90-day window?

☐ Yes
☒ No

G.  If the urine drug screen test was completed prior to the initial dispensing of an opioid, was there an intervention documented for positive urine test results?

☐ Yes
☐ No

No outpatient UDS during above time period

H.  For urine tests completed after the initial dispensing of the opioid, was there an intervention documented for negative urine test results?

☐ Yes
☐ No

No outpatient UDS during above time period

I.  Was informed consent for long-term opioid therapy for pain completed prior to the initial dispensing or during the 90-day window?

☒ Yes
☐ No

Completed by a different provider in 2018

J.  Did the clinician complete a follow up with the patient within 3 months after the 90-day window?

☒ Yes
☐ No

*The information on this form is NOT protected and NOT for use in Peer Review Committee*

# ADMINISTRATIVE REVIEW

**Please provide a brief summary, whether the standards of care were met or not met:**

No discussion of risks/benefits of long term opioid therapy
No documentation of risk mitigation strategies

⬜ Yes, standard of care was met          [X] No, standard of care was not met

**Should any other service/discipline review this case?**

*Type an "X" in the applicable box* ⬜ Yes (If yes, explain below)          [X] No

*The information on this form is NOT protected and NOT for use in Peer Review Committee*

# ADMINISTRATIVE REVIEW   S

**Reviewer Additional Comments**

| | |
|---|---|
| **Reviewer Signature:** | Aram S Mardian 451243  Digitally signed by Aram S Mardian 451243  Date: 2020.08.25 15:07:45 -07'00' |
| **Printed Name:** | Aram Mardian |
| **Specialty:** | Family Medicine, Pain Medicine, Addiction Medicine |
| **Date Completed:** | 8/24/20 |

UNPROTECTED ADMINISTRATI

*The information on this form is NOT protected and NOT for use in Peer Review Committee*

232

# TAB 16

# Medical Record for Patient S

```
------------------------------------------------------------
MEDICAL RECORD                                Progress Notes
------------------------------------------------------------
NOTE DATED: 01/13/2020 19:19
LOCAL TITLE: SURGERY SECURE MESSAGING
STANDARD TITLE: SURGERY SECURE MESSAGING
VISIT: 01/13/2020 19:19 DAN SECMSG PAIN CLINIC
------Original Message------------------------
Sent:  01/13/2020 09:44 AM
From: ████████████████
To:  DANVILLE - PAIN/CHRONIC
Subject:  Request for medication refill

I am requesting the refill of the following medications:

HYDROCODONE 10/ACETAMINOPHEN 325MG TAB
RX#5460271

OXYCODONE 5/ACETAMINOPHEN 325MG TAB
RX#5460277

If possible I would like to pick them up on Thursday, Jan 16th, 2020 since I
planning on being in Danville that day and it is a bit of a drive. Thank you,
████████████████



------Original Message------------------------
Sent:  01/13/2020 07:18 PM
From:  PETERSON, JOHN
To:  ████████████████
Subject:  Request for medication refill

Thursday should be OK, due the 17th.  I have added Naloxone just for safety.
Have your family know where it is, such as top of refrigerator.



            Signed by: /es/ JOHN A PETERSON
                       Medical Director Chronic Pain Management
                       01/13/2020 18:19
```

```
------------------------------------------------------------
████████████      ILLIANA HCS        Printed:08/28/2020 13:53
████████████      Pt Loc: OUTPATIENT            Vice SF 509
------------------------------------------------------------
```

```
--------------------------------------------------------------------
MEDICAL RECORD                                    Progress Notes
--------------------------------------------------------------------
NOTE DATED: 12/16/2019 19:45
LOCAL TITLE: SURGERY SECURE MESSAGING
STANDARD TITLE: SURGERY SECURE MESSAGING
VISIT: 12/16/2019 19:45 DAN SECMSG PAIN CLINIC
------Original Message------------------------
Sent:  12/16/2019 07:14 AM
From: ███████████████
To:  DANVILLE - PAIN/CHRONIC
Subject:  Request for refill of 2 medications


Hello Leah and Dr. Pederson, I am requesting the refill of my 2 pain
medications. The fill date for these is NOV 20 2019. I am requesting:
OXYCODONE 5/ACETAMINOPHEN 325MG TAB

HYDROCODONE 10/ACETAMINOPHEN 325MG TAB

Thank you and have a MERRY CHRISTMAS!
███████████████████████████████████


------Original Message------------------------
Sent:  12/16/2019 07:45 PM
From:  PETERSON, JOHN
To: ██████████████████
Subject:  Request for refill of 2 medications

Renewed today



             Signed by: /es/ JOHN A PETERSON
                        Medical Director Chronic Pain Management
                        12/16/2019 18:45
```

```
--------------------------------------------------------------------
████████████████     ILLIANA HCS        Printed:08/28/2020 13:53
                     Pt Loc: OUTPATIENT        Vice SF 509
--------------------------------------------------------------------
```

```
------------------------------------------------------------
MEDICAL RECORD                              Progress Notes
------------------------------------------------------------
```

NOTE DATED: 11/18/2019 09:45
LOCAL TITLE: PAIN CLINIC/OUTPATIENT NOTE
STANDARD TITLE: PAIN OUTPATIENT NOTE
VISIT: 11/18/2019 09:00 DAN CHRONIC PAIN CARE MD
~~~~~~~~~ presents in scheduled follow-up. He was diagnosed with shingles to
the left anterior scalp last month and placed onto anti-virals. The scab is gone
but he still has a moderate burning pain to the area.

His right flank pain continues.  He had a left residual kidney stone removed
that was otherwise asymptomatic. His left foot pain is reduced, he can now walk
further.  Capable of a quarter mile where he would have taken the scooter a year
ago.

His weight loss continues to be spectacular, may have contributed to the
shingles.  On his specified low calorie diet he is at 292 today, a bit up from
his lowest in that he added protein with the shingles outbreak. That puts him
down 80 pounds from July.  Goal 190.

He used some oxycodone during his shingles, no emergency room presentations. He
is a few days early for window pick-up, it is hunting season and he will be very
busy at his shop, we authorized early pick-up without resetting the clock.

Return February 13.

Allergies:  DARVON, DARVOCET-N 100 (LILLY)

```
============================================================
```

1)   AMOXICILLIN 875/CLAV K 125MG TAB TAKE 1 TABLET BY        ACTIVE
        MOUTH EVERY 12 HOURS FOR INFECTION/
2)   BETAMETHASONE DIPROPIONATE 0.05% CREAM APPLY THIN        ACTIVE
        FILM TOPICALLY TWICE A DAY FOR SKIN FOR PLANTAR
        ITCHINESS
3)   FERROUS SULFATE 325MG TAB TAKE ONE TABLET BY MOUTH       ACTIVE (S)
        DAILY FOR SUPPLEMENT
4)   FUROSEMIDE 20MG TAB TAKE ONE TABLET BY MOUTH TWICE A     ACTIVE (S)
        DAY FOR BLOOD PRESSURE/WATER PILL
5)   HYDROCHLOROTHIAZIDE 50MG TAB TAKE ONE TABLET BY MOUTH    ACTIVE
        EVERY MORNING FOR BLOOD PRESSURE/WATER PILL
6)   HYDROCODONE 10/ACETAMINOPHEN 325MG TAB TAKE 1 TABLET     ACTIVE
        BY MOUTH FIVE TIMES A DAY FOR CHRONIC ABDOMINAL
        PAIN - DO NOT EXCEED 4000MG OF ACETAMINOPHEN
        (APAP) PER DAY FROM ANY AND ALL SOURCES ** NEXT FILL
        DATE 12/20/19 **
7)   LORATADINE 10MG TAB TAKE ONE TABLET BY MOUTH EVERY       ACTIVE (S)
        DAY FOR ALLERGIES
8)   LOSARTAN 100MG TAB TAKE ONE TABLET BY MOUTH EVERY        ACTIVE (S)
        MORNING FOR BLOOD PRESSURE
9)   METFORMIN HCL 1000MG TAB TAKE ONE TABLET BY MOUTH        ACTIVE (S)
        TWICE A DAY WITH MEALS FOR DIABETES
10)  OMEPRAZOLE 20MG EC CAP TAKE ONE CAPSULE BY MOUTH TWO     ACTIVE
                ** THIS NOTE CONTINUED ON NEXT PAGE **

```
------------------------------------------------------------
```
                        ILLIANA HCS            Printed:08/28/2020 13:53
                        Pt Loc: OUTPATIENT          Vice SF 509
```
------------------------------------------------------------
```

```
-------------------------------------------------------------------
MEDICAL RECORD                                    Progress Notes
-------------------------------------------------------------------

11/18/2019 09:45     ** CONTINUED FROM PREVIOUS PAGE **

        TIMES A DAY BEFORE MORNING AND EVENING MEAL FOR
        STOMACH ACID
11)  OXYCODONE 5/ACETAMINOPHEN 325MG TAB TAKE 2 TABLETS BY   ACTIVE
        MOUTH EVERY DAY AS NEEDED FOR FLARE UP OF RIGHT
        UPPER QUANDRANT STOMACH PAIN- DO NOT EXCEED 4000MG
        OF ACETAMINOPHEN (APAP) PER DAY FROM ANY AND ALL
        SOURCES ** NEXT FILL DATE 11/22/19 **
12)  POTASSIUM CL 20MEQ SA TAB (DISPERSIBLE) TAKE ONE-HALF   ACTIVE
        TABLET BY MOUTH DAILY FOR POTASSIUM SUPPLEMENT
13)  TAMSULOSIN HCL 0.4MG CAP TAKE ONE CAPSULE BY MOUTH      ACTIVE
        EVERY EVENING 30 MINUTES AFTER A MEAL - FOR
        PROSTATE
14)  VALACYCLOVIR HCL 1GM TAB TAKE ONE TABLET BY MOUTH       ACTIVE
        THREE TIMES A DAY INFECTION ZOSTER

===================================================================
```

PHYSICAL EXAMINATION:
Out of the chair straight up without the several rocks he has needed in the
past. Steady on his feet upon standing. Not using an assistive device. Patient
fully alert showing no sedation. Fully oriented. Denies any acute distress.
Breathing unlabored.

Abdominal pain to right upper quadrant simply moderate today. Full strength and
sensation intact to all four extremities. Legs showing at most +1 edema,
reported down from last week. Appropriately dressed for the encounter and
coolish weather.

Can cross his legs and easily reach his shoes. Residual scar to the left
anterior scalp without skin break.

IMPRESSION:
1. Post traumatic nephrectomy. Adhesive Disease.
2. Exacerbation post cholecystectomy right upper quadrant pain
        incompletely resolved.
3. Left foot pain improved.
4. Obesity. Discontinued MOVE. Low calorie diet early success, with possible
        RUQ pain exacerbation. Increased mobility.
5. Completed a course of Kinesiotherapy last February.
6. Recent left sided renal stone intervention, stent placement, resolved.

PLAN:
1. Continue hydrocodone, Norco 10mg taken #5 times a day. Renewal
        requests through My Healthy Vet. Will renew #6 Percocet 5mg one or two
        prn exacerbation RUQ pain, unchanged.
2. Dr. Kalec coordinating interventional pain referral, no new developments.
3. Return to clinic February 13. Annual UDS at that time.
4. Defer return of analgesic management to primary care.
5. Follow course of MRI.
                    ** THIS NOTE CONTINUED ON NEXT PAGE **
-------------------------------------------------------------------
                         ILLIANA HCS        Printed:08/28/2020 13:53
                    Pt Loc: OUTPATIENT              Vice SF 509
-------------------------------------------------------------------

```
--------------------------------------------------------
MEDICAL RECORD                                Progress Notes
--------------------------------------------------------
11/18/2019 09:45    ** CONTINUED FROM PREVIOUS PAGE **
```

6. He has deferred investigation surgical adhesiolysis with local surgeons.

Twenty of the thirty minute encounter spent counseling on rapid weight loss and positive and negative health effects.

```
                Signed by: /es/ JOHN A PETERSON
                          Medical Director Chronic Pain Management
                          11/18/2019 16:37
```

```
------------------------------------------------------
              ILLIANA HCS          Printed:08/28/2020 13:53
          Pt Loc: OUTPATIENT               Vice SF 509
------------------------------------------------------
```

USA0238                                                    238

```
--------------------------------------------------------------
MEDICAL RECORD                                 Progress Notes
--------------------------------------------------------------
```

NOTE DATED: 09/23/2019 08:08
LOCAL TITLE: PAIN CLINIC/OUTPATIENT NOTE
STANDARD TITLE: PAIN OUTPATIENT NOTE
VISIT: 09/23/2019 08:00 DAN CHRONIC PAIN CARE MD
█████████ returns early at his request. He has been on a successful weight
loss program, down from 370 to 315 today over only two months. He is on an 1100
Kcal daily and holding to it. His activity level has increased modestly, now
walking a 100 yards a day rather than only 50.

He is seeing us today became with the weight loss he has an increase in the
right
upper quadrant pain. The exacerbations are more frequent and the generally
level of discomfort is up "1.5". He is wondering if we can add in an anti-
inflammatory or increase the hydrocodone.

Discussed the NSAID. He has had a right partial nephrectomy. Creatinine and
EGFR are recent and good at 0.94 and >60 but he is also a diabetic with HgbA1c
at 6.4. These are fully in the normal range but may not remain so if
challenged.

He does not want to go up on the oxycodone, this kicks in nicely for his
exacerbations, he has one left of his monthly supply. He credits the oxycodone
with keeping him out of the emergency room. He would like to go up
one daily on the Norco 10mg. He can tell on a daily basis when the Norco is
wearing off.

Cannot fully exclude that the weight loss may be increasing the RUQ pain, he
does not have a gall bladder. He has also had difficulty with leg swelling,
working through his primary. Legs down today.

Nothing has moved on interventional through Dr. Kalec's office and he has now
pursued the surgical option for adhesiolysis.

Will increase his hydrocodone to #5 daily, leave supplemental oxycodone as is.
He is scheduled for renewals this Friday, will release so he does not have to
come back in a two hour round trip, but this does not reset the clock, renewal
dates for both October 25. He will keep his November return date.

Allergies: DARVON, DARVOCET-N 100 (LILLY)

```
==============================================================
```
1)    BETAMETHASONE DIPROPIONATE 0.05% CREAM APPLY THIN      ACTIVE
         FILM TOPICALLY TWICE A DAY FOR SKIN FOR PLANTAR
         ITCHINESS
2)    CEPHALEXIN 500MG CAP TAKE ONE CAPSULE BY MOUTH THREE    ACTIVE
         TIMES A DAY FOR INFECTION
3)    CIPROFLOXACIN 0.3/DEXAM 0.1% OTIC SUSP INSTILL 4        ACTIVE
         DROPS INTO RIGHT EAR TWICE A DAY FOR EAR INFECTION
4)    FERROUS SULFATE 325MG TAB TAKE ONE TABLET BY MOUTH      ACTIVE
         DAILY FOR SUPPLEMENT
                  ** THIS NOTE CONTINUED ON NEXT PAGE **
--------------------------------------------------------------
                       ILLIANA HCS         Printed:08/28/2020 13:53
                  Pt Loc: OUTPATIENT        Vice SF 509
--------------------------------------------------------------
```

```
--------------------------------------------------------------------
MEDICAL RECORD                              Progress Notes
--------------------------------------------------------------------
09/23/2019 08:08    ** CONTINUED FROM PREVIOUS PAGE **
```

5)   FUROSEMIDE 20MG TAB TAKE ONE TABLET BY MOUTH TWICE A    ACTIVE (S)
       DAY FOR BLOOD PRESSURE/WATER PILL
6)   HYDROCHLOROTHIAZIDE 50MG TAB TAKE ONE TABLET BY MOUTH    ACTIVE
       EVERY MORNING FOR BLOOD PRESSURE/WATER PILL
7)   HYDROCODONE 10/ACETAMINOPHEN 325MG TAB TAKE 1 TABLET    ACTIVE
       BY MOUTH FOUR TIMES A DAY FOR CHRONIC ABDOMINAL
       PAIN - DO NOT EXCEED 4000MG OF ACETAMINOPHEN
       (APAP) PER DAY FROM ANY AND ALL SOURCES ** NEXT FILL
       DATE 9/27/2019 **
8)   LORATADINE 10MG TAB TAKE ONE TABLET BY MOUTH EVERY      ACTIVE (S)
       DAY FOR ALLERGIES
9)   LOSARTAN 100MG TAB TAKE ONE TABLET BY MOUTH EVERY       ACTIVE (S)
       MORNING FOR BLOOD PRESSURE
10)  METFORMIN HCL 1000MG TAB TAKE ONE TABLET BY MOUTH       ACTIVE (S)
       TWICE A DAY WITH MEALS FOR DIABETES
11)  OMEPRAZOLE 20MG EC CAP TAKE ONE CAPSULE BY MOUTH TWO    ACTIVE
       TIMES A DAY BEFORE MORNING AND EVENING MEAL FOR
       STOMACH ACID
12)  OXYCODONE 5/ACETAMINOPHEN 325MG TAB TAKE 2 TABLETS BY   ACTIVE
       MOUTH EVERY DAY AS NEEDED FOR FLARE UP OF RIGHT
       UPPER QUANDRANT STOMACH PAIN - DO NOT EXCEED 4000MG
       OF ACETAMINOPHEN (APAP) PER DAY FROM ANY AND ALL
       SOURCES
13)  POTASSIUM CL 20MEQ SA TAB (DISPERSIBLE) TAKE ONE-HALF   ACTIVE
       TABLET BY MOUTH DAILY FOR POTASSIUM SUPPLEMENT
14)  TAMSULOSIN HCL 0.4MG CAP TAKE ONE CAPSULE BY MOUTH      ACTIVE
       EVERY EVENING 30 MINUTES AFTER A MEAL - FOR
       PROSTATE

PHYSICAL EXAMINATION:
Out of the chair straight up without the several rocks he has needed in the
past. Steady on his feet upon standing. Not using an assistive device. Patient
fully alert showing no sedation. Fully oriented. Denies any acute distress.
Breathing unlabored.

Abdominal pain to right upper quadrant simply moderate today. Full strength and
sensation intact to all four extremities. Legs showing at most +1 edema,
reported down from last week. Appropriately dressed for the encounter.

IMPRESSION:
1. Post traumatic nephrectomy. Adhesive Disease.
2. Exacerbation post cholecystectomy right upper quadrant pain
        incompletely resolved.
3. Left foot pain improved.
4. Obesity. Discontinued MOVE. Low calorie diet early success, with possible
        pain exacerbation.
5. Completed a course of Kinesiotherapy last February.
            ** THIS NOTE CONTINUED ON NEXT PAGE **

```
--------------------------------------------------------------------
                    ILLIANA HCS        Printed:08/28/2020 13:53
                    Pt Loc: OUTPATIENT               Vice SF 509
--------------------------------------------------------------------
```

```
--------------------------------------------------------------------
MEDICAL RECORD                                        Progress Notes
--------------------------------------------------------------------
09/23/2019 08:08    ** CONTINUED FROM PREVIOUS PAGE **
```

6. Recent left sided renal stone intervention, stent placement, resolved.

PLAN:
1. Increase hydrocodone, Norco 10mg taken #5 times a day. Renewal
        requests through My Healthy Vet. Will renew #6 Percocet 5mg one or two
        prn exacerbation RUQ pain, unchanged.
2. Dr. Kalec coordinating interventional pain referral, no new developments.
3. Return to clinic November 18. Annual UDS at that time.
4. Defer return of analgesic management to primary care.
5. Follow course of MRI.
6. He has deferred investigation surgical adhesiolysis with local surgeons.

Twenty of the thirty minute encounter spent counseling on the challenges of
NSAID's in diabetes and renal insuffiency.

```
              Signed by: /es/ JOHN A PETERSON
                         Medical Director Chronic Pain Management
                         09/23/2019 12:36
```

```
--------------------------------------------------------------------
            ILLIANA HCS             Printed:08/28/2020 13:53
         Pt Loc: OUTPATIENT                     Vice SF 509
--------------------------------------------------------------------
```

```
-----------------------------------------------------------------
MEDICAL RECORD                                    Progress Notes
-----------------------------------------------------------------
```

NOTE DATED: 08/26/2019 09:44
LOCAL TITLE: PAIN CLINIC/OUTPATIENT NOTE
STANDARD TITLE: PAIN OUTPATIENT NOTE
VISIT: 08/26/2019 09:00 DAN CHRONIC PAIN CARE MD

████████ returns in scheduled follow-up.  He has entered a structured dietary
meals program and has lost a considerable amount of weight over the past month.
His home scale has him going from 373 to 336.  We weighed him here at 338.0. He
is getting around better, was able to walk 600 yards into a neighboring field.
He could not have done that a month ago.  At the higher weight he could barely
reach his shoes to tie them and he had trouble cleaning himself from behind.

When he got hungry in the past he was a risk of his right upper quadrant flair.
He has only had two flairs and was able to handle those with the Percocet. No ER
encounters. Did not need them last visit but will need his as needed Percocet
this renewal.


Allergies:  DARVON, DARVOCET-N 100 (LILLY)

```
=================================================================
```

| | | |
|---|---|---|
| 1) | BETAMETHASONE DIPROPIONATE 0.05% CREAM APPLY THIN FILM TOPICALLY TWICE A DAY FOR SKIN FOR PLANTAR ITCHINESS | ACTIVE (S) |
| 2) | CIPROFLOXACIN 0.3/DEXAM 0.1% OTIC SUSP INSTILL 4 DROPS INTO RIGHT EAR TWICE A DAY FOR EAR INFECTION | ACTIVE |
| 3) | FUROSEMIDE 20MG TAB TAKE ONE TABLET BY MOUTH DAILY FOR BLOOD PRESSURE/WATER PILL | ACTIVE (S) |
| 4) | HYDROCHLOROTHIAZIDE 50MG TAB TAKE ONE TABLET BY MOUTH EVERY MORNING FOR BLOOD PRESSURE/WATER PILL | ACTIVE (S) |
| 5) | HYDROCODONE 10/ACETAMINOPHEN 325MG TAB TAKE 1 TABLET BY MOUTH FOUR TIMES A DAY FOR CHRONIC ABDOMINAL PAIN - DO NOT EXCEED 4000MG OF ACETAMINOPHEN (APAP) PER DAY FROM ANY AND ALL SOURCES ** NEXT FILL DATE 9/27/2019 ** | HOLD |
| 6) | LORATADINE 10MG TAB TAKE ONE TABLET BY MOUTH EVERY DAY FOR ALLERGIES | ACTIVE (S) |
| 7) | LOSARTAN 100MG TAB TAKE ONE TABLET BY MOUTH EVERY MORNING FOR BLOOD PRESSURE | ACTIVE (S) |
| 8) | METFORMIN HCL 1000MG TAB TAKE ONE TABLET BY MOUTH TWICE A DAY WITH MEALS FOR DIABETES | ACTIVE (S) |
| 9) | OMEPRAZOLE 20MG EC CAP TAKE ONE CAPSULE BY MOUTH TWO TIMES A DAY BEFORE MORNING AND EVENING MEAL FOR STOMACH ACID | ACTIVE (S) |
| 10) | OXYCODONE 5/ACETAMINOPHEN 325MG TAB TAKE 2 TABLETS BY MOUTH EVERY DAY AS NEEDED FOR FLARE UP OF RIGHT UPPER QUANDRANT STOMACH PAIN - DO NOT EXCEED 4000MG OF ACETAMINOPHEN (APAP) PER DAY FROM ANY AND ALL SOURCES | HOLD |
| 11) | POTASSIUM CL 20MEQ SA TAB (DISPERSIBLE) TAKE ONE-HALF TABLET BY MOUTH DAILY FOR POTASSIUM SUPPLEMENT | ACTIVE (S) |
| 12) | TAMSULOSIN HCL 0.4MG CAP TAKE ONE CAPSULE BY MOUTH | ACTIVE |

** THIS NOTE CONTINUED ON NEXT PAGE **

```
------------------------------------------------------------
████████████████            ILLIANA HCS          Printed:08/28/2020 13:53
                          Pt Loc: OUTPATIENT        Vice SF 509
```

```
------------------------------------------------------------
MEDICAL RECORD                              Progress Notes
------------------------------------------------------------
08/26/2019 09:44    ** CONTINUED FROM PREVIOUS PAGE **
```

    EVERY EVENING 30 MINUTES AFTER A MEAL - FOR
    PROSTATE
===============================================================

PHYSICAL EXAMINATION:
Out of the chair after several rocks, steady on his feet upon standing. Not
using an assistive device. Patient fully alert showing no sedation. Fully
oriented. Denies any acute distress. Breathing unlabored.

Abdominal pain to right upper quadrant simply moderate. Full strength and
sensation intact to all four extremities. Legs showing at most +1 edema.
Appropriately dressed for the encounter. Left thumb healed.

IMPRESSION:
1. Post traumatic nephrectomy. Adhesive Disease.
2. Inpatient exacerbation post cholecystectomy right upper quadrant pain
        resolved.
3. Left foot pain improved.
4. Obesity. Discontinued MOVE. Low calorie diet early success, no pain
        exacerbation.
5. Completed a course of Kinesiotherapy last February.
6. Recent left sided renal stone intervention, stent placement, resolved.

PLAN:
1. Continue hydrocodone, Norco 10mg taken #4 times a day. Renewal
        requests through My Healthy Vet. Will renew #6 Percocet 5mg one or two
        prn exacerbation RUQ pain.
2. Dr. Kalec coordinating interventional pain referral.
3. Return to clinic November 18. Annual UDS at that time.
4. Defer return of analgesic management to primary care.
5. Follow course of MRI.
6. He has deferred investigation surgical adhesiolysis with local surgeons.

        Signed by: /es/ JOHN A PETERSON
                   Medical Director Chronic Pain Management
                   08/26/2019 13:11

------------------------------------------------------------
                 ILLIANA HCS        Printed:08/28/2020 13:53
                 Pt Loc: OUTPATIENT          Vice SF 509
------------------------------------------------------------
```

```
------------------------------------------------------------
MEDICAL RECORD                              Progress Notes
------------------------------------------------------------
NOTE DATED: 07/29/2019 18:33
LOCAL TITLE: SURGERY SECURE MESSAGING
STANDARD TITLE: SURGERY SECURE MESSAGING
VISIT: 07/29/2019 18:33 DAN SECMSG PAIN CLINIC
------Original Message-----------------------
Sent:  07/29/2019 09:50 AM
From: ▓▓▓▓▓▓▓▓▓▓▓▓
To:  DANVILLE - PAIN/CHRONIC
Subject:  Request for refill of medication

I am requesting a refill of the following medication:     HYDROCODONE
10/ACETAMINOPHEN 325MG TAB
RX#5362479
TAKE 1 TABLET BY MOUTH FOUR TIMES A DAY FOR CHRONIC ABDOMINAL PAIN - DO NOT
EXCEED 4000MG OF ACETAMINOPHEN (APAP) PER DAY FROM ANY AND ALL SOURCES ** NEXT
FILL DATE 8/02/2019
***** Thank you, ▓▓▓▓▓▓▓▓▓▓


------Original Message-----------------------
Sent:  07/29/2019 07:32 PM
From:  PETERSON, JOHN
To: ▓▓▓▓▓▓▓▓▓▓▓
Subject:  Request for refill of medication

Renewed today.  This was put in as a window renewal.



            Signed by: /es/ JOHN A PETERSON
                       Medical Director Chronic Pain Management
                       07/29/2019 18:33
```

```
------------------------------------------------------------
                    ILLIANA HCS          Printed:08/28/2020 13:53
▓▓▓▓▓▓▓▓▓▓▓        Pt Loc: OUTPATIENT               Vice SF 509
------------------------------------------------------------
```

```
------------------------------------------------------------------
MEDICAL RECORD                                    Progress Notes
------------------------------------------------------------------
```

NOTE DATED: 07/01/2019 13:47
LOCAL TITLE: PAIN CLINIC/OUTPATIENT NOTE
STANDARD TITLE: PAIN OUTPATIENT NOTE
VISIT: 07/01/2019 08:00 DAN CHRONIC PAIN CARE MD
█████████ returns in scheduled follow-up. WE had provided him #6 Percocet for
use in exacerbations.  He had a couple of his right upper quadrant pain attacks
and was able to avoid the ER by using two of the Percocet each time.

He has been seeing a Chiropractor who is doing some cupping twice a week.  May
be helpful.  That physician recommended anti-inflammatories and a possible
muscle relaxer.  At Mr. Scifres recent hospitalization his renal function was
Stage II.  It had been acceptable a couple of months prior. He will ask his PCP
for a repeat but regardless he should not be on NSAIDs chronically.

He has had a difficult time with muscle relaxers.  Flexeril and tizanidine gave
him mental confusion early on in their use.  He had similar reaction to
gabapentin and pregabalin.  He did well with Skelaxin, but it is not on
formulary. Has not had Robaxin.

He has not made much progress with consideration of adhesiolysis with his
Urologist.  I will therefore investigate my Bariatric surgeon for interest.

He had his lithotripsy last month, the residual kidney stone is removed as is
the stent. He cut his thumb this weekend requiring stitches.  I recommended he
leave the stitches in for at least ten days.

Will renew is medication, he has an existing appointment for August 26.

Allergies:  DARVON, DARVOCET-N 100 (LILLY)

```
==================================================================
1)   FUROSEMIDE 20MG TAB TAKE ONE TABLET BY MOUTH DAILY     ACTIVE
        FOR BLOOD PRESSURE/WATER PILL
2)   HYDROCHLOROTHIAZIDE 50MG TAB TAKE ONE TABLET BY MOUTH  ACTIVE (S)
        EVERY MORNING FOR BLOOD PRESSURE/WATER PILL
3)   HYDROCODONE 10/ACETAMINOPHEN 325MG TAB TAKE 1 TABLET   HOLD
        BY MOUTH FOUR TIMES A DAY FOR CHRONIC ABDOMINAL
        PAIN - DO NOT EXCEED 4000MG OF ACETAMINOPHEN
        (APAP) PER DAY FROM ANY AND ALL SOURCES ** NEXT FILL
        DATE 8/02/2019 **
4)   LORATADINE 10MG TAB TAKE ONE TABLET BY MOUTH EVERY     ACTIVE (S)
        DAY FOR ALLERGIES
5)   LOSARTAN 100MG TAB TAKE ONE TABLET BY MOUTH EVERY      ACTIVE
        MORNING FOR BLOOD PRESSURE
6)   METFORMIN HCL 1000MG TAB TAKE ONE TABLET BY MOUTH      ACTIVE
        TWICE A DAY WITH MEALS FOR DIABETES
7)   METHOCARBAMOL 500MG TAB TAKE ONE TABLET BY MOUTH TWO   ACTIVE (S)
        TIMES A DAY AS NEEDED FOR MUSCLE SPASM
8)   OMEPRAZOLE 20MG EC CAP TAKE ONE CAPSULE BY MOUTH TWO   ACTIVE
        TIMES A DAY BEFORE MORNING AND EVENING MEAL FOR
               ** THIS NOTE CONTINUED ON NEXT PAGE **
------------------------------------------------------------------
                      ILLIANA HCS         Printed:08/28/2020 13:53
                   Pt Loc: OUTPATIENT              Vice SF 509
------------------------------------------------------------------
```

```
--------------------------------------------------------------------------
MEDICAL RECORD                                          Progress Notes
--------------------------------------------------------------------------
07/01/2019 13:47     ** CONTINUED FROM PREVIOUS PAGE **
```

       STOMACH ACID
9)   OXYCODONE 5/ACETAMINOPHEN 325MG TAB TAKE 2 TABLETS BY   HOLD
       MOUTH EVERY DAY AS NEEDED FOR FLARE UP OF RIGHT
       UPPER QUANDRANT STOMACH PAIN - DO NOT EXCEED 4000MG
       OF ACETAMINOPHEN (APAP) PER DAY FROM ANY AND ALL
       SOURCES
10)  POTASSIUM CL 20MEQ SA TAB (DISPERSIBLE) TAKE ONE-HALF   ACTIVE
       TABLET BY MOUTH DAILY FOR POTASSIUM SUPPLEMENT
11)  TAMSULOSIN HCL 0.4MG CAP TAKE ONE CAPSULE BY MOUTH      ACTIVE
       EVERY EVENING 30 MINUTES AFTER A MEAL - FOR
       PROSTATE

========================================================================

PHYSICAL EXAMINATION:
Out of the chair after several rocks, steady on his feet upon standing. Not
using an assistive device. Patient fully alert showing no sedation. Fully
oriented. Denies any acute distress. Breathing unlabored.

Abdominal pain to right upper quadrant simply moderate. Full strength and
sensation intact to all four extremities. Legs showing at most +1 edema.
Appropriately dressed for the encounter. Stitches into left thumb laterally,
healing as expected without evidence of infection.

IMPRESSION:
1. Post traumatic nephrectomy. Adhesive Disease.
2. Inpatient exacerbation post cholecystectomy right upper quadrant pain
     resolved.
3. Left foot pain.
4. Obesity. Engaged in MOVE. Low calorie diet exacerbated (2) above.
5. Completed a course of Kinesiotherapy last February.
6. Recent left sided renal stone intervention, stent placement, resolved.

PLAN:
1. Continue hydrocodone, Norco 10mg taken #4 times a day. Renewal
     requests through My Healthy Vet. Will add #6 Percocet 5mg one or two prn
     exacerbation RUQ pain.
2. Dr. Kalec coordinating interventional pain referral.
3. Return to clinic August 26.
4. Defer return of analgesic management to primary care.
5. Follow course of MRI.
6. We will investigate surgical adhesiolysis with local surgeons.

             Signed by: /es/ JOHN A PETERSON
                       Medical Director Chronic Pain Management
                       07/01/2019 14:34


```
----------------------------------------------------------------------
                    ILLIANA HCS          Printed:08/28/2020 13:53
                    Pt Loc: OUTPATIENT           Vice SF 509
----------------------------------------------------------------------
```

```
--------------------------------------------------------------
MEDICAL RECORD                                    Progress Notes
--------------------------------------------------------------
NOTE DATED: 06/10/2019 13:54
LOCAL TITLE: SURGERY SECURE MESSAGING
STANDARD TITLE: SURGERY SECURE MESSAGING
VISIT: 06/10/2019 13:54 DAN SECMSG PAIN CLINIC
------Original Message----------------------
Sent:   06/08/2019 08:55 AM
From: ████████████████
To:   DANVILLE - PAIN/CHRONIC
Subject:  Follow up Dr visit information
```

Dr. Pederson,
Sir, On June 3 during my appointment you requested that I give you an update
after my 2 other Doctor appointments this week. On June 4 I kept my appointment
with Dr.███████. Dr. S███████ reviewed my most recent MRI of the thoracic
region as well as my previous MRI of the lumbar region. He stated he found no
impingement and decided a steroidal injection was not indicated. He advised to
follow up with you and Dr. Kalic and wished me the best in my endeavor to find
relief. On June 7, I kept my appointment with Dr. ██████████████████████████.
Dr.███████ removed the stent from my left side that was present due to the
procedure he performed on May 29 when he removed a kidney stone from my left
kidney. His removal of the stent went well. Dr. ██████ advised the left kidney
looked healthy, was stone free, and recommended a low oxalate diet. Dr. ██████
also advised the right kidney had one small stone that was non obstructing and
despite the partial nephrectomy on that side, was healthy. I spoke with him in
depth in regards to my current problems with both chronic and acute pain of my
lower right side. Dr ███████ expressed the opinion that while it is quite
plausible adhesions were partly to blame, he thought the adhesions were
unlikely connected to the kidney itself since the kidney is surrounded by a
protective sack that separates it from the bowels. He thought if there were
adhesions, they would likely be attached to the bowels and not the kidney. He
felt like from Urological standpoint the kidney itself was not the cause of my
pain and at this time He could not offer much in the way of further clinical
assistance. He did suggest that I follow up with you and my Primary care team
and continue to explore the possibilities of surgical adhesions or muscle
problems as the cause. Lastly, he enquired if I had been seen by an
Endocrinologist and suggested that with my Type 2 diabetes that might be
prudent as well. My visit concluded with Dr. ███████ scheduling me for a
follow-up visit in 6 months.
Thank you ████████████████

```
------Original Message----------------------
Sent:   06/10/2019 02:54 PM
From:   PETERSON, JOHN
To: ████████████████
Subject:  Follow up Dr visit information
```

Thank you for the information.  Pursue adhesions with your existing general
surgeon.

```
           ** THIS NOTE CONTINUED ON NEXT PAGE **
--------------------------------------------------------------
████████████        ILLIANA HCS        Printed:08/28/2020 13:53
████████████        Pt Loc: OUTPATIENT              Vice SF 509
--------------------------------------------------------------
```

USA0247

```
--------------------------------------------------------------------
MEDICAL RECORD                                    Progress Notes
--------------------------------------------------------------------
06/10/2019 13:54     ** CONTINUED FROM PREVIOUS PAGE **
```

Signed by: /es/ JOHN A PETERSON
                 Medical Director Chronic Pain Management
                 06/10/2019 13:54

```
----------------------------------------------------------
                 ILLIANA HCS         Printed:08/28/2020 13:53
                 Pt Loc: OUTPATIENT           Vice SF 509
----------------------------------------------------------
```

```
-------------------------------------------------------------------
MEDICAL RECORD                                    Progress Notes
-------------------------------------------------------------------
NOTE DATED: 06/03/2019 20:43
LOCAL TITLE: PAIN CLINIC/OUTPATIENT NOTE
STANDARD TITLE: PAIN OUTPATIENT NOTE
VISIT: 06/03/2019 09:00 DAN CHRONIC PAIN CARE MD
```
████████ returns in scheduled follow-up.  We saw him last month after his
inpatient stay for exacerbation of his RUQ pain.  A couple of weeks ago he
developed severe left flank pain, presented to Terre Haute Regional Hospital,
was diagnosed with an obstructing 8mm kidney stone that was surgically
addressed.  That stone was seen during the work-up for his right-sided
admission. He now has a stent scheduled for removal the end of this week.  He
was given a script for Norco he did not fill.  He presents the unused script.
Left pain is largely resolved.

His RUQ pain continues, now at its typical intensity.  The Norco issued through
the VA handles that discomfort.  He wonders if he had a small script for his
occasional pain flairs, if he might avoid some ER encounters.

He is scheduled to see Dr. ████████ tomorrow for possible thoracic pain
intervention.  He is concerned that this may worsen the problem.  I suggested he
talk with the surgeon about his concerns.  He will not attempt something that
has no likelihood of helping.

We discussed adhesiolysis.  If a general surgeon undertakes this, my thought is
that he or she will want a Urologist involved given the kidney history.  He will
discuss these issues with his Urologist this Friday.  He has been a patient of a
well-regarded general surgeon.  I will hold on my inquiries.

Allergies:  DARVON, DARVOCET-N 100 (LILLY)

```
=================================================================
1)   FUROSEMIDE 20MG TAB TAKE ONE TABLET BY MOUTH DAILY      ACTIVE
        FOR BLOOD PRESSURE/WATER PILL
2)   HYDROCHLOROTHIAZIDE 50MG TAB TAKE ONE TABLET BY MOUTH    ACTIVE
        EVERY MORNING FOR BLOOD PRESSURE/WATER PILL
3)   HYDROCODONE 10/ACETAMINOPHEN 325MG TAB TAKE 1 TABLET     ACTIVE
        BY MOUTH FOUR TIMES A DAY FOR CHRONIC ABDOMINAL
        PAIN - DO NOT EXCEED 4000MG OF ACETAMINOPHEN
        (APAP) PER DAY FROM ANY AND ALL SOURCES ** NEXT FILL
        DATE 6/07/2019 **
4)   HYDROMORPHONE HCL 1MG/ML INJ 1ML INJECT 2MG IV NOW       ACTIVE
        THIS WAS ALREADY GIVEN ON 5/2@1020AM
5)   LORATADINE 10MG TAB TAKE ONE TABLET BY MOUTH EVERY       ACTIVE
        DAY FOR ALLERGIES
6)   LOSARTAN 100MG TAB TAKE ONE TABLET BY MOUTH EVERY        ACTIVE
        MORNING FOR BLOOD PRESSURE
7)   METFORMIN HCL 1000MG TAB TAKE ONE TABLET BY MOUTH        ACTIVE
        TWICE A DAY WITH MEALS FOR DIABETES
8)   OMEPRAZOLE 20MG EC CAP TAKE ONE CAPSULE BY MOUTH TWO     ACTIVE
        TIMES A DAY BEFORE MORNING AND EVENING MEAL FOR
        STOMACH ACID
                ** THIS NOTE CONTINUED ON NEXT PAGE **
-------------------------------------------------------------------
                        ILLIANA HCS          Printed:08/28/2020 13:53
             Pt Loc: OUTPATIENT                     Vice SF 509
-------------------------------------------------------------------
```

```
--------------------------------------------------------------
MEDICAL RECORD                                    Progress Notes
--------------------------------------------------------------
06/03/2019 20:43     ** CONTINUED FROM PREVIOUS PAGE **
```

9)  OXYCODONE 5/ACETAMINOPHEN 325MG TAB TAKE 2 TABLETS BY   ACTIVE
    MOUTH EVERY DAY AS NEEDED FOR FLARE UP OF RIGHT
    UPPER QUANDRANT STOMACH PAIN - DO NOT EXCEED 4000MG
    OF ACETAMINOPHEN (APAP) PER DAY FROM ANY AND ALL
    SOURCES
10) POTASSIUM CL 20MEQ SA TAB (DISPERSIBLE) TAKE ONE-HALF   ACTIVE
    TABLET BY MOUTH DAILY FOR POTASSIUM SUPPLEMENT
11) TAMSULOSIN HCL 0.4MG CAP TAKE ONE CAPSULE BY MOUTH      ACTIVE
    EVERY EVENING 30 MINUTES AFTER A MEAL - FOR
    PROSTATE

PHYSICAL EXAMINATION:
Out of the chair after several rocks, steady on his feet upon standing. Not
using an assistive device. Patient fully alert showing no sedation. Fully
oriented. Denies any acute distress. Breathing unlabored. Expresses some fatigue
from the recent events.

Abdominal pain to right upper quadrant simply moderate. Full strength and
sensation intact to all four extremities. Legs showing at most +1 edema.
Appropriately dressed for the encounter.

IMPRESSION:
1. Post traumatic nephrectomy. Adhesive Disease.
2. Inpatient exacerbation post cholecystectomy right upper quadrant pain
      resolved.
3. Left foot pain.
4. Obesity. Engaged in MOVE. Low calorie diet exacerbated (2) above.
5. Completed a course of Kinesiotherapy last February.
6. Recent left sided renal stone intervention, stent placement, follow-up this
      Friday private physician.

PLAN:
1. Continue hydrocodone, Norco 10mg taken #4 times a day. Renewal
      requests through My Healthy Vet. Will add #6 Percocet 5mg one or two prn
      exacerbation RUQ pain.
2. Dr. Kalec coordinating interventional pain referral.
3. Return to clinic August 26.
4. Defer return of management to primary care.
5. Follow course of MRI.
6. He will investigate surgical adhesiolysis with his surgeons.

          Signed by: /es/ JOHN A PETERSON
                     Medical Director Chronic Pain Management
                     06/03/2019 21:17

--------------------------------------------------------------
            ILLIANA HCS          Printed:08/28/2020 13:53
            Pt Loc: OUTPATIENT              Vice SF 509
--------------------------------------------------------------
```

```
-------------------------------------------------------------
MEDICAL RECORD                                  Progress Notes
-------------------------------------------------------------
```

NOTE DATED: 05/08/2019 18:11
LOCAL TITLE: PAIN CLINIC/OUTPATIENT NOTE
STANDARD TITLE: PAIN OUTPATIENT NOTE
VISIT: 05/08/2019 09:00 DAN CHRONIC PAIN CARE MD

█████████ presents in follow-up from his inpatient stay for intractable right
upper quadrant pain. I consulted of him during his stay, reference is made to
those notes of May 3 and 6. Pain at this point is substantially resolved.  He
is left with his residual right mid-thoracic back pain that feels located in the
musculature above the kidney.  His severe spasm to the right upper abdomen occur
infrequently and emanates from the interior.  This episode was more severe and
more prolonged than ususal.  It was what I first saw him for.

He left early (AMA) because physician orders for scheduled analgesia spooked the
nursing staff and they were not delivering it in a timely fashion.  He thought
he could do better at home.

He believes he has seen an association.  He had undertaken a diet called Whole
30.  This is the second attack he has had attempting to start that, he was only
a couple of days into it.  He had several bowel movements in the hospital but he
does not believe it is constipation related and he has maintained good bowels
movements generally.

I have thought the issue is adhesive disease from the two surgeries he ahs had
in that area.  He had significant adhesions after his partial right neprectomy
in preparation for a cholecystectomy.  Stone was ruled out this trip.

I will investigate a local surgeon who might take on a lysis of adhesions.
Otherwise he has adequate hydrodone from his last renewal.  He has an existing
follow-up for June 3.

Allergies:  DARVON, DARVOCET-N 100 (LILLY)

==============================================================
1)   ASPIRIN 81MG CHEW TAB CHEW ONE TABLET BY MOUTH ONE       ACTIVE
        TIME FOR BLOOD THINNER
2)   CEPHALEXIN 500MG CAP TAKE ONE CAPSULE BY MOUTH THREE      ACTIVE
        TIMES A DAY FOR INFECTION
3)   FUROSEMIDE 20MG TAB TAKE ONE TABLET BY MOUTH DAILY        ACTIVE
        FOR BLOOD PRESSURE/WATER PILL
4)   HYDROCHLOROTHIAZIDE 50MG TAB TAKE ONE TABLET BY MOUTH     ACTIVE
        EVERY MORNING FOR BLOOD PRESSURE/WATER PILL
5)   HYDROCODONE 10/ACETAMINOPHEN 325MG TAB TAKE 1 TABLET      ACTIVE
        BY MOUTH FOUR TIMES A DAY FOR CHRONIC ABDOMINAL
        PAIN - DO NOT EXCEED 4000MG OF ACETAMINOPHEN
        (APAP)PER DAY FROM ANY AND ALL SOURCES ** NEXT FILL
        DATE 6/07/2019 **
6)   HYDROMORPHONE HCL 1MG/ML INJ 1ML INJECT 2MG IV NOW        ACTIVE
        THIS WAS ALREADY GIVEN ON 5/2@1020AM
7)   KETOROLAC 60MG/2ML INJ VIAL INJECT 60MG/2ML               ACTIVE
        INTRAMUSCULAR ONE TIME FOR PAIN
                ** THIS NOTE CONTINUED ON NEXT PAGE **
-------------------------------------------------------------
█████████████████     ILLIANA HCS         Printed:08/28/2020 13:53
                      Pt Loc: OUTPATIENT                 Vice SF 509
-------------------------------------------------------------
```

```
--------------------------------------------------------------------
MEDICAL RECORD                                    Progress Notes
--------------------------------------------------------------------
```

05/08/2019 18:11     ** CONTINUED FROM PREVIOUS PAGE **

8)  LORATADINE 10MG TAB TAKE ONE TABLET BY MOUTH EVERY     ACTIVE
        DAY FOR ALLERGIES
9)  LOSARTAN 100MG TAB TAKE ONE TABLET BY MOUTH EVERY      ACTIVE
        MORNING FOR BLOOD PRESSURE
10) METFORMIN HCL 1000MG TAB TAKE ONE TABLET BY MOUTH      ACTIVE
        TWICE A DAY WITH MEALS FOR DIABETES
11) METHYLPREDNISOLONE NA SUCCINAT 125MG INJ INJECT        ACTIVE
        62.5MG/1ML INTRAMUSCULAR ONE TIME FOR STEROID
        TREATMENT
12) NITROGLYCERIN (EQ-NITROSTAT) 0.4MG SL TB DISSOLVE ONE  ACTIVE
        TABLET UNDER THE TONGUE EVERY 5 MINUTES AS NEEDED
        FOR CHEST PAIN. IF NO IMPROVEMENT  AFTER THREE
        DOSES GO TO NEAREST EMERGENCY ROOM. DISCARD OPENED
        BOTTLE AFTER 6 MONTHS. FOR HEART
13) OMEPRAZOLE 20MG EC CAP TAKE ONE CAPSULE BY MOUTH TWO   ACTIVE
        TIMES A DAY BEFORE MORNING AND EVENING MEAL FOR
        STOMACH ACID
14) POTASSIUM CL 20MEQ SA TAB (DISPERSIBLE) TAKE ONE-HALF  ACTIVE
        TABLET BY MOUTH DAILY FOR POTASSIUM SUPPLEMENT
15) TAMSULOSIN HCL 0.4MG CAP TAKE ONE CAPSULE BY MOUTH     ACTIVE
        EVERY EVENING 30 MINUTES AFTER A MEAL - FOR
        PROSTATE

====================================================================
```

PHYSICAL EXAMINATION:
Out of the chair after several rocks, steady on his feet upon standing. Not
using an assistive device. Patient fully alert showing no sedation. Fully
oriented. Denies any acute distress. Breathing unlabored. Expresses some fatique
from the recent events.

Abdominal pain to right upper quadrant simply moderate. Full strength and
sensation intact to all four extremities. Legs showing at most +1 edema.
Appropriately dressed for the encounter.

IMPRESSION:
1. Post traumatic nephrectomy. Adhesive Disease.
2. Inpatient exacerbation post cholecystectomy right upper quadrant pain
        resolved.
3. Left foot pain.
4. Obesity. Engaged in MOVE. Low calorie diet exacerbated (2) above.
5. Completed a course of Kenisiotherapy last February.

PLAN:
1. Continue hydrocodone, Norco 10mg taken #4 times a day. Renewal
        requests through My Healthy Vet.
2. Dr. Kalec coordinating interventional pain referral.
3. Return to clinic June 3.
4. Defer return of management to primary care.
                    ** THIS NOTE CONTINUED ON NEXT PAGE **

```
--------------------------------------------------------------------
████████████████        ILLIANA HCS        Printed:08/28/2020 13:53
████████████████    Pt Loc: OUTPATIENT                 Vice SF 509
--------------------------------------------------------------------
```

```
--------------------------------------------------------------
MEDICAL RECORD                              Progress Notes
--------------------------------------------------------------
05/08/2019 18:11    ** CONTINUED FROM PREVIOUS PAGE **

5. Follow course of MRI.
6. Investigate surgical adhesiolysis.


            Signed by: /es/ JOHN A PETERSON
                       Medical Director Chronic Pain Management
                       05/08/2019 18:36
```

```
                                    --------------------------------
                         ILLIANA HCS          Printed:08/28/2020 13:53
                         Pt Loc: OUTPATIENT            Vice SF 509
                                    --------------------------------
```

```
--------------------------------------------------------------------
MEDICAL RECORD                                      Progress Notes
--------------------------------------------------------------------
```

NOTE DATED: 05/03/2019 11:19
LOCAL TITLE: PAIN CLINIC/OUTPATIENT NOTE
STANDARD TITLE: PAIN OUTPATIENT NOTE
ADMITTED: 05/02/2019 10:32 58-2 OBS
Was ablle to see ████████ on inpatient unit 58-2.  At 10:30 AM he is doing
much better.  Staff has stepped up the hydromorphome to 1mg Q 1 hour IVP.
Morphine had not been sufficient and he now rememebers that morphine causes
him mental clouding.

He has had several of these attacks.  I was first consulted on him last year
when he was an inpatient.  He has been rather well maintained on hydrocodone
10mg #4 times a day, with one or two episodes cleared through ER
intervention.  This attack was much more severe and prolonged.

With kidney stone unlikely, I still suspect adhesive disease.  He indicates
that he has had three bowel movements and his belly has gone down.

I have offered to see him again at discharge.  I may be able to find a
Champaign surgeon who would be willing to tackle the adhesions.  █████
████████ size would not be an issue for him.

He understands that obesity could be a contributing factor.  He has recently
started diet and is getting involved with the gym.  He has a local facility.

Allergies:  DARVON, DARVOCET-N 100 (LILLY)
```
============================================================================
```
1)    BISACODYL ORAL (OTC) TAB,EC  20MG PO QHS chronic pain    ACTIVE
        med to prevent constipation
2)    DEXTROSE 50% (25GM/50ML) SYRINGE  25GM/50ML IV PUSH       ACTIVE
        PRN For Blood Glucose <70, when patient cannot
        swallow or is NPO and has IV access
3)    ENOXAPARIN INJ  50MG/0.5ML SQ Q24H Indication: DVT        ACTIVE
        prophylaxis **Dose is 50MG/0.5ML
4)    FUROSEMIDE TAB  20MG PO DAILY HTN                         ACTIVE
5)    GLUCAGON INJ  1MG/1VIAL IM PRN For blood glucose <70,     ACTIVE
        when patient cannot swallow or is NPO without IV
        access
6)    GLUCOSE TAB,CHEWABLE  4 TABLETS (16GM)  PO PRN For        ACTIVE
        blood glucose <70, for patients able to swallow or
        who have PEG tube or G-tube access
7)    HYDROCHLOROTHIAZIDE TAB  50MG PO QAM HTN                  ACTIVE
8)    HYDROMORPHONE 1MG/ML INJ,SOLN  1MG/1ML IV Q1H PRN         ACTIVE
        intractable right flank,  right sided abd pains.
        hold if pt is too drowsy.
9)    INSULIN ASPART VIAL 10ML *HI-ALERT* INJ  PER             ACTIVE
        ACCUCHECK RESULT SQ AC&HS..SLIDING SCALE
        BG:161-200=1unit; 201-240=2units; 241-280=3units;
        281-320=4units; 321-360=5units; >360 call provider.
10)   LORATADINE TAB,ORAL  10MG PO QDAILY nasal allergy         ACTIVE
11)   LOSARTAN POTASSIUM TAB  100MG PO QAM                      ACTIVE
             ** THIS NOTE CONTINUED ON NEXT PAGE **
```

```
████████████████████████        ILLIANA HCS        Printed:08/28/2020 13:53
████████████████████████    Pt Loc: OUTPATIENT                 Vice SF 509
```
--------------------------------------------------------------------

```
-----------------------------------------------------------------
MEDICAL RECORD                                    Progress Notes
-----------------------------------------------------------------
05/03/2019 11:19     ** CONTINUED FROM PREVIOUS PAGE **

12)  METFORMIN HCL TAB,ORAL  1000MG PO BID..WITH MEALS      ACTIVE
13)  NALOXONE HYDROCHLORIDE INJ,SOLN  0.4MG/1ML IM PRN may  ACTIVE
       naloxone 0.4mg im AS NEEDED for opiate overdose. AS
       NEEDED
14)  OMEPRAZOLE CAP,EC  20MG PO BID..AC                     ACTIVE
15)  ONDANSETRON INJ,SOLN  2ML (4MG) IV PUSH Q6H PRN for    ACTIVE
       nausea AND vomitting
16)  POTASSIUM CHLORIDE TAB,SA  10MEQ PO DAILY              ACTIVE
17)  PSYLLIUM SUGAR FREE POWDER PACKET (OTC)  1 PACKET PO   ACTIVE
       QAM
18)  SODIUM CHLORIDE 0.45% INJ in SODIUM CHLORIDE 0.45%     ACTIVE
       INJ 1000 ML  50 ml/hr IV
19)  TAMSULOSIN CAP,ORAL  0.4MG PO QPM                       ACTIVE
=================================================================
```

PHYSICAL EXAMINATION:
Attended in his shorts, bare chested.  Some forehead perspiration.
Protuberant abdomen with large midline scar.  Indicates mild pain to RUQ
palpation, pain now tolerable.

Ambulatory, in and out of recliner without difficulty, bending at the waist
without exacerbation.

IMPRESSION:
1. RUQ pain in exacberation, now controlled. Unknown etiology:
2. Post partial right nephrectomy, post cholecystectomy.
3. Morbid Obesity.

PLAN:
1. Will address possible adhesiolysis at discharge.
2. Attempt to discharge with existing analgesics.

                    Signed by: /es/ JOHN A PETERSON
                               Medical Director Chronic Pain Management
                               05/03/2019 11:45

```
-----------------------------------------------------------------
                   ILLIANA HCS          Printed:08/28/2020 13:53
                   Pt Loc: OUTPATIENT               Vice SF 509
-----------------------------------------------------------------
```

USA0255

255

```
-----------------------------------------------------------------------------
   MEDICAL RECORD          |     CONSULTATION SHEET
```
                                     SC LESS THAN 50%
                                     SC VETERAN
```
-----------------------------------------------------------------------------
Consult Request: Consult
                             |Consult No.: 1883457
-----------------------------------------------------------------------------
To: PAIN CARE EVALUATION CLINIC (eCONSULT) OUTPT
     From: 58-2 OBS              |Requested: 05/02/2019 2:08 pm
-----------------------------------------------------------------------------
Requesting Facility: ILLIANA HCS   |ATTENTION: KEGLEY,LEAH ANN
=============================================================================
Current Primary Care Provider: LALITHA,PARDE Y MD
    Current Primary Care Team: DAN PACT RED
```

REASON FOR REQUEST: (Complaints and findings)
Does the Veteran have decision-making capacity to sign informed consent?
[ YES ]

Is Patient on Contact Isolation?
[ NO ]

Pertinent Health History of Patient:
Pt is a 56 y/o w/ h/o chronic back, flank , abd pains
taking po hydrocodone. Pt es being f/u w/ Dr Peterson.
Today pt presents to urgent care w/ right flank pain
uncontrolled w/ po hydrocodone was at urgent care 2 x
was given ivp hydromorphone then send home , pt is
back bec of uncontrlledright flank pain.

What can we do to help you or the Patient?
uncontrolled right flank pain. hydromorphone 2mg ivp q
6hrs pt wants more pain medswants to increase to q 3hrs.

History and Origin of the Pain:
right flank pain.

Previous Treatments/Interventions:
CT of renal stone, non obstructing. UA clean

Is the Patient on Chronic Opioid Therapy?
[ YES ]

```
=============================================================================
AUTHOR & TITLE:                  |
                                 |DATE:
-----------------------------------------------------------------------------
ID #:_____|ORGANIZATION:    ILLIANA HCS |REG #:____ |LOC: 58-2 OBS
-----------------------------------------------------------------------------
                  Page 1 of 4
                     Standard Form 513 (Rev 9-77)
```

---

MEDICAL RECORD | CONSULTATION SHEET

---

  SC LESS THAN 50%
SC VETERAN

===================================================================

Reason For Request continued.

Does the patient have a signed long term Opioid Agreement in CPRS?
[ YES ]

Does the Patient have a urine drug screen recorded in CPRS within the past six months?
[ YES ]

Was the patient seen by the provider requesting the consult within the past six months?
[ YES ]
If yes please give Date:Apr 8 2019

If all answers to the above questions are "YES", then the patient is a candidiate for referral to the pain care clinic.

Has the patient received private sector treatment for pain in the past 12 months, records should be available in VISTA IMAGING or Hand-Carried to the initial appointment.
[ NO ]
Comment:

---

PROVISIONAL DIAG: Low Back Pain(ICD-10-CM M54.5)

---

| REQUESTED BY: | PLACE: | URGENCY: |
| LIM,ANNABELLE F | Bedside | Routine |
| PHYSICIAN | | |
| (Pager: 637) | SERVICE RENDERED AS: | CLINICALLY IND. DATE: |
| (Phone: 45097) | Inpatient | May 02, 2019 |

---

CONSULTATION NOTE

LOCAL TITLE: CONSULT/PAIN CARE EVALUATION
STANDARD TITLE: SURGERY CONSULT
DATE OF NOTE: MAY 02, 2019@15:37    ENTRY DATE: MAY 02, 2019@15:37:25
     AUTHOR: PETERSON,JOHN A    EXP COSIGNER:
    URGENCY:              STATUS: COMPLETED

Inpatient consultation request for assistance in pain management for Mr. Scifres, known to me as a patient in the Chronic Pain Clinic.  The patient

==============================================================================
Page 2 of 4

---

| MEDICAL RECORD | CONSULTATION SHEET |

---

  SC LESS THAN 50%
SC VETERAN

Consultation Results ▓▓▓▓▓▓ continued.

developed an exacerbation of his right upper quadrant pain requiring
presentation to Urgent Care where he was evaluated with CT and released after
analgesia.  He returned, Urology consultation did not find obstruction.

Dilaudid at 2mg IVP every 6 hours was insufficient for pain control, Dr, Lim has
converted to morphine IV.

DISCUSSION:
This patient has had a right partial nephrectomy followed by cholecystectomy a
couple of years later.  Surgeon on the second found substantial adhesions.  I
have worked with the hypothesis that this patient's chronic RUQ pain is a
complication of adhesive disease.  Norco 10mg #4 times a day has been sufficient
for him over the past year I have been following him.  He has mentioned a couple
of exacerbations.

Dr. Lim and I have discussed.  In terms of immediate pain control consider PCA
morphine at 4mg Q 3 hours.  This patient is opioid toleratant and you have him
in an inpatient setting.  After  12 hours further titration upward to 6mg Q 3
hours may be appropriate if required.

I will see the patient in the am.

Allergies:  DARVON, DARVOCET-N 100 (LILLY)

```
================================================================
1)   BISACODYL ORAL (OTC) TAB,EC  20MG PO QHS chronic pain    ACTIVE
       med to prevent constipation
2)   DEXTROSE 50% (25GM/50ML) SYRINGE  25GM/50ML IV PUSH      ACTIVE
       PRN For Blood Glucose <70, when patient cannot
       swallow or is NPO and has IV access
3)   ENOXAPARIN INJ  50MG/0.5ML SQ Q24H Indication: DVT       ACTIVE
       prophylaxis **Dose is 50MG/0.5ML
4)   FUROSEMIDE TAB  20MG PO DAILY HTN                        ACTIVE
5)   GLUCAGON INJ  1MG/1VIAL IM PRN For blood glucose <70,    ACTIVE
       when patient cannot swallow or is NPO without IV
       access
6)   GLUCOSE TAB,CHEWABLE  4 TABLETS (16GM) PO PRN For        ACTIVE
       blood glucose <70, for patients able to swallow or
       who have PEG tube or G-tube access
7)   HYDROCHLOROTHIAZIDE TAB  50MG PO QAM HTN                 ACTIVE
8)   INSULIN ASPART VIAL 10ML *HI-ALERT* INJ .PER             ACTIVE
       ACCUCHECK RESULT SQ AC&HS..SLIDING SCALE
       BG:161-200=1unit; 201-240=2units; 241-280=3units;
       281-320=4units; 321-360=5units; >360 call provider.
9)   LORATADINE TAB,ORAL  10MG PO QDAILY nasal allergy        ACTIVE
10)  LOSARTAN POTASSIUM TAB  100MG PO QAM                     ACTIVE
11)  METFORMIN HCL TAB,ORAL  1000MG PO BID..WITH MEALS        ACTIVE
12)  OMEPRAZOLE CAP,EC  20MG PO BID..AC                       ACTIVE
================================================================
```

Page 3 of 4

```
--------------------------------------------------------------------
   MEDICAL RECORD          |   CONSULTATION SHEET
--------------------------------------------------------------------
████████████████████████        SC LESS THAN 50%
                                SC VETERAN
====================================================================
```

Consultation Results ██████████ continued.

```
13)  POTASSIUM CHLORIDE TAB,SA  10MEQ PO DAILY          ACTIVE
14)  PSYLLIUM SUGAR FREE POWDER PACKET (OTC)  1 PACKET PO  ACTIVE
       QAM
15)  SODIUM CHLORIDE 0.9% INJ in SODIUM CHLORIDE 0.9%    ACTIVE
       INJ 1000 ML  100 ml/hr bil nephrolithiasis IV
16)  TAMSULOSIN CAP,ORAL  0.4MG PO QPM                   ACTIVE

     Pending Inpatient Medications                       Status
====================================================================
1)   MORPHINE SULFATE *HI-ALERT* INJ  4MG/1ML IV PUSH Q3H  PENDING
       PRN
====================================================================
```

IMPRESSION:
1. RUQ pain of uncertain etiology, under investigation.

PLAN:
1 As above.

Have discussed  with Dr. Lim.

Telephone Evaluation and Documentation Time: 30 minutes.

/es/ JOHN A PETERSON
Medical Director Chronic Pain Management
Signed: 05/02/2019 16:14

```
--------------------------------------------------------------------
```

              (Forwarded Comment)
    Forwarded from: PAIN CARE EVALUATION CLINIC INPT
    Entered by: PETERSON,JOHN A - 05/02/2019 3:36 pm
    Responsible Person: PETERSON,JOHN A
    Entered at: ILLIANA HCS
Have discussed with Dr. Lim.


              (Receive Comment)
    Entered by: PETERSON,JOHN A - 05/02/2019 3:37 pm
    Responsible Person: PETERSON,JOHN A
    Entered at: ILLIANA HCS
DP-Scheduling plans discussed with ordering provider.

```
====================================================================
```

```
------------------------------------------------------------------
MEDICAL RECORD                                    Progress Notes
------------------------------------------------------------------
```

NOTE DATED: 04/08/2019 09:39
LOCAL TITLE: PAIN CLINIC/OUTPATIENT NOTE
STANDARD TITLE: PAIN OUTPATIENT NOTE
VISIT: 04/08/2019 08:00 DAN CHRONIC PAIN CARE MD

████████ returns in scheduled follow-up. Indicates a rather rough recent
patch. He describes suffering from really two types of pain. Constant ache is
coming out of his back. He saw the interventionalist last month who indicated
that he believes the pain is coming from thoracic spine and not the lumbar
spine. Patient had a recent CTIC open MRI of the lumbar spine. Recommendation is
for MRI of thoracic spine and he has a CTIC appointment for that coming up next
week. He did not take an injection in the lumbar spine given the surgeon's less
than optimistic prognosis for that location.

He also indicates intermittent and quite severe abdominal pain, likely the
result of the adhesions from his kidney and gallbladder surgery. He finds that
this flares up whenever he gets into a significant amount of stress or if he is
eating vegetables with a significant volume of roughage. Apples give him trouble
but applesauce will not. Pain initiates possibly a day later. It is quite severe
at the time.

Otherwise the hydrocodone is keeping this severity down. I have suggested to him
that adhesiolysis may be an option and he could seek a referral through his
present surgeon. We also discussed his weight. He is in the MOVE program but
describes his progress as rather plateaued. He is limited in physical activity
given pain to the soles of his feet, particularly the left. Podiatry is working
with him on new shoes and injections. The thought would be bicycling to increase
his physical activity.

I will see the patient back in three months, July 1. He prefers window pickup in
that delivery is intermittent to his rural location.

Allergies: DARVON, DARVOCET-N 100 (LILLY)

```
==================================================================
```
1)  FUROSEMIDE 20MG TAB TAKE ONE TABLET BY MOUTH DAILY      ACTIVE
        FOR BLOOD PRESSURE/WATER PILL
2)  HYDROCHLOROTHIAZIDE 50MG TAB TAKE ONE TABLET BY MOUTH    ACTIVE
        EVERY MORNING FOR BLOOD PRESSURE/WATER PILL
3)  HYDROCODONE 10/ACETAMINOPHEN 325MG TAB TAKE 1 TABLET     HOLD
        BY MOUTH FOUR TIMES A DAY FOR CHRONIC ABDOMINAL
        PAIN - DO NOT EXCEED 4000MG OF ACETAMINOPHEN
        (APAP) PER DAY FROM ANY AND ALL SOURCES ** NEXT FILL
        DATE 5/10/2019 **
4)  LORATADINE 10MG TAB TAKE ONE TABLET BY MOUTH EVERY       ACTIVE
        DAY FOR ALLERGIES
5)  LOSARTAN 100MG TAB TAKE ONE TABLET BY MOUTH EVERY        ACTIVE
        MORNING FOR BLOOD PRESSURE
6)  METFORMIN HCL 1000MG TAB TAKE ONE TABLET BY MOUTH        ACTIVE
        TWICE A DAY WITH MEALS FOR DIABETES
7)  OMEPRAZOLE 20MG EC CAP TAKE ONE CAPSULE BY MOUTH TWO     ACTIVE
                ** THIS NOTE CONTINUED ON NEXT PAGE **
```

```
------------------------------------------------------------------
                        ILLIANA HCS          Printed:08/28/2020 13:53
                        Pt Loc: OUTPATIENT                 Vice SF 509
------------------------------------------------------------------
```

```
------------------------------------------------------------
MEDICAL RECORD                          Progress Notes
------------------------------------------------------------
04/08/2019 09:39    ** CONTINUED FROM PREVIOUS PAGE **

          TIMES A DAY BEFORE MORNING AND EVENING MEAL FOR
          STOMACH ACID
8)   POTASSIUM CL 20MEQ SA TAB (DISPERSIBLE) TAKE ONE-HALF   ACTIVE
     TABLET BY MOUTH DAILY FOR POTASSIUM SUPPLEMENT
9)   TIZANIDINE HCL 4MG TAB TAKE TWO TABLETS BY MOUTH AT     ACTIVE
     BEDTIME MUSCLE RELAXER TAKE ONE PILL THE FIRST
     NIGHT, IF NO PROBLEMS TAKE 2 EVERY NIGHT
10)  TRIAMCINOLONE ACET 55MCG 120D AQ NAS INH SPRAY TWO      ACTIVE
     PUFFS INTO EACH NOSTRIL DAILY FOR NASAL USE; LOWER
     TO 1 PUFF ONCE SYMPTOMS IMPROVE
============================================================
```

PHYSICAL EXAMINATION:
Out of the chair easily today, steady on his feet upon standing. Not using an
assistive device. Patient fully alert showing no sedation. Fully oriented.
Denies any acute distress. Abdominal pain to right upper quadrant simply
moderate. Full strength and sensation intact to all four extremities. Legs
showing at most +1 edema. Appropriately dressed for the encounter.

IMPRESSION:
1. Post traumatic nephrectomy. Adhesive Disease.
2. Intermittent post cholecystectomy right upper quadrant pain.
3. Left foot pain.
4. Obesity. Engaged in MOVE. Low calorie diet exacerbated (2) above.
5. Completed a course of Kenisiotherapy last February.

PLAN:
1. Renew a month of hydrocodone, Norco 10mg taken #4 times a day. Renewal
        requests through My Healthy Vet.
2. Dr. Kalec coordinating interventional pain referral.
3. Return to clinic July 1.
4. Defer return of management to primary care.
5. Follow course of MRI.

               Signed by: /es/ JOHN A PETERSON
                     Medical Director Chronic Pain Management
                     04/08/2019 12:59

```
------------------------------------------------------------
              ILLIANA HCS          Printed:08/28/2020 13:53
         Pt Loc: OUTPATIENT             Vice SF 509
------------------------------------------------------------
```

```
--------------------------------------------------------------
MEDICAL RECORD                              Progress Notes
--------------------------------------------------------------
NOTE DATED: 03/13/2019 09:17
LOCAL TITLE: SURGERY SECURE MESSAGING
STANDARD TITLE: SURGERY SECURE MESSAGING
VISIT: 03/13/2019 09:17 DAN SECMSG PAIN CLINIC
------Original Message----------------------
Sent:   03/08/2019 08:45 AM
From: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
To:  DANVILLE - PAIN/CHRONIC
Subject:  REQUEST REFILL ON MEDICATION

REQUESTING A REFILL ON THIS MEDICINE
HYDROCODONE 10/ACETAMINOPHEN 325MG TAB
RX#5274221
TAKE 1 TABLET BY MOUTH FOUR TIMES A DAY FOR CHRONIC ABDOMINAL PAIN - DO NOT
EXCEED 4000MG OF ACETAMINOPHEN (APAP) PER DAY FROM ANY AND ALL SOURCES ** NEXT
FILL DATE 3/15/2019 **


------Original Message----------------------
Sent:   03/13/2019 10:17 AM
From:  PETERSON, JOHN
To: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Subject:  REQUEST REFILL ON MEDICATION

Done today.



             Signed by: /es/ JOHN A PETERSON
                        Medical Director Chronic Pain Management
                        03/13/2019 09:17
```

```
--------------------------------------------------------------
▓▓▓▓▓▓▓▓▓▓▓▓▓▓    ILLIANA HCS        Printed:08/28/2020 13:53
▓▓▓▓▓▓▓▓▓▓▓▓▓▓    Pt Loc: OUTPATIENT             Vice SF 509
--------------------------------------------------------------
```

```
-----------------------------------------------------------------
MEDICAL RECORD                              Progress Notes
-----------------------------------------------------------------
NOTE DATED: 03/13/2019 07:25
LOCAL TITLE: PHARMACY/CONTACT CENTER NOTE
STANDARD TITLE: PHARMACY NOTE
VISIT: 03/13/2019 07:25 V10 PCC
MEDICATION RENEWAL REQUEST-CONTROLLED SUBSTANCE:


   Who is contacting the VA? Veteran/Patient, Other


   Contact via:  Phone


   Requesting renewal of medication:

   HYDROCODONE 10/ACETAMINOPHEN 325MG TAB


   Please send medication:  Mail


   Disposition: Notification forwarded to provider for review of renewal
   request.

++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
Last urine drug screen result:
Urine Drug Screen


Test Name          Result     Units      Ref Range   Collection DT

AMPHETAMINES   SCR NOT DETECTED          NOT DETECTED-   01/14/2019
BARBITURATES   SCR NOT DETECTED          NOT DETECTED-   01/14/2019
BENZODIAZEPINE SC NOT DETECTED           NOT DETECTED-   01/14/2019
CANNABINOIDS   SCR NOT DETECTED          NOT DETECTED-   01/14/2019
COCAINE SCREEN     NOT DETECTED          NOT DETECTED-   01/14/2019
METHADONE      SCR NOT DETECTED          NOT DETECTED-   01/14/2019
OPIATES        SCR POSITIVE              NOT DETECTED-   01/14/2019
OXYCODONE SCREEN   NOT DETECTED          NOT DETECTED-   01/14/2019
PHENCYCLIDINE SCR NOT DETECTED           NOT DETECTED-   01/14/2019
OPIATES CONFIRM    SENT OUT FOR CONFIRM.     -          01/14/2019
OXYCOD CONFIRM     Not Applicable            -          01/14/2019
DRUG SCREEN CREAT    48.9     mg/dL       20 -          01/14/2019
BENZO CONFIRM      Not Applicable            -          05/31/2018


Last SPDMP note (t-3yrs):
PNT - SPDMP NOTE
02/08/2019 13:12  Local Title: STATE PRESCRIPTION DRUG MONITORING
PROGRAM
           Standard Title: ACCOUNTING OF DISCLOSURES NOTE
           ** THIS NOTE CONTINUED ON NEXT PAGE **
-----------------------------------------------------------------
                    ILLIANA HCS        Printed:08/28/2020 13:53
           Pt Loc: OUTPATIENT                   Vice SF 509
-----------------------------------------------------------------
```

```
--------------------------------------------------------------------------------
MEDICAL RECORD                                          Progress Notes
--------------------------------------------------------------------------------
```
03/13/2019 07:25     ** CONTINUED FROM PREVIOUS PAGE **


I have queried the State Prescription Drug Monitoring Program (PDMP) as
the:
AGENT OF THE PRESCRIBER
   The State Prescription Drug Monitoring Program(s) were queried for
   controlled substances (CS) for this patient:



. The following state(s) were queried:
     ILLINOIS
     INDIANA
The purpose of this query was a part of the medication reconciliation
process for the:
   Renewal of a controlled substance prescription
The findings of the query were as follows:
   No prescriptions for controlled substances outside the VA were
found.

                  Signed by:  /es/ ADAM W HOAGLAND
                             PHARMACIST
                             02/08/2019 13:12
Click here to access the STORM website
https://spsites.cdw.va.gov/sites/OMHO_PsychPharm/_layouts/15/ReportServe
r/RSViewerPage.aspx?rv:RelativeReportUrl=/sites/OMHO_PsychPharm/Analytic
sReports/STORM/ORM_PatientReport_SSN_Lookup.rdl&rp%3aCPRS=1

                  Signed by: /es/ MELISSA RISSMILLER,CPhT
                             VISN 10 PCC TECHNICIAN WEST
                             03/13/2019 07:26


  Receipt Acknowledged By:
                             /es/ JOHN A PETERSON
                             Medical Director Chronic Pain Management
                             03/13/2019 08:11


03/13/2019 08:11     ADDENDUM          STATUS: COMPLETED
Renewed today.
                  Signed by: /es/ JOHN A PETERSON
                             Medical Director Chronic Pain Management
                             03/13/2019 08:11



```
--------------------------------------------------------------------------------
```

                    ILLIANA HCS          Printed:08/28/2020 13:53
                    Pt Loc: OUTPATIENT                Vice SF 509
```
--------------------------------------------------------------------------------
```

USA0264

```
--------------------------------------------------------------
MEDICAL RECORD                                 Progress Notes
--------------------------------------------------------------
NOTE DATED: 02/08/2019 13:28
LOCAL TITLE: SURGERY SECURE MESSAGING
STANDARD TITLE: SURGERY SECURE MESSAGING
VISIT: 01/14/2019 09:40 DAN SECMSG PAIN CLINIC
------Original Message----------------------
Sent:  02/08/2019 08:33 AM
From: ████████████
To:  DANVILLE - PAIN/CHRONIC
Subject:  REQUEST FOR REFILL OF MEDICINE


REQUESTING A REFILL ON THIS MEDICINE
HYDROCODONE 10/ACETAMINOPHEN 325MG TAB
RX#5257874
TAKE 1 TABLET BY MOUTH FOUR TIMES A DAY FOR CHRONIC ABDOMINAL PAIN - DO NOT
EXCEED 4000MG OF ACETAMINOPHEN (APAP) PER DAY FROM ANY AND ALL SOURCES ** NEXT
FILL DATE 2/15/2019 **


------Original Message----------------------
Sent:  02/08/2019 01:28 PM
From:  PETERSON, JOHN
To: ████████████████
Subject:  REQUEST FOR REFILL OF MEDICINE

renewed today



            Signed by: /es/ JOHN A PETERSON
                       Medical Director Chronic Pain Management
                       02/08/2019 12:28
```

Order Details - 27753400;4

*** WORK COPY ONLY ***                    Printed: Sep 01, 2020  10:04


HYDROCODONE 10/ACETAMINOPHEN 325MG TAB
TAKE 1 TABLET BY MOUTH FOUR TIMES A DAY FOR CHRONIC ABDOMINAL PAIN - DO NOT
EXCEED 4000MG OF ACETAMINOPHEN (APAP)PER DAY FROM ANY AND ALL SOURCES ** NEXT
FILL DATE 5/10/2019 **
Quantity: 112 Refills: 0
<Discontinued by Pharmacy>

Activity:
04/08/2019 08:27  New Order entered by PETERSON,JOHN A (MEDICAL DOCTOR)
      Order Text:        HYDROCODONE 10/ACETAMINOPHEN 325MG TAB
                         TAKE 1 TABLET BY MOUTH FOUR TIMES A DAY FOR CHRONIC
ABDOMINAL PAIN - DO NOT
                         EXCEED 4000MG OF ACETAMINOPHEN (APAP)PER DAY FROM ANY AND
ALL SOURCES  ** NEXT
                         FILL DATE 4/12/2019 **
                         Quantity: 112 Refills: 0
      Nature of Order:   ELECTRONICALLY ENTERED
      Dig Signature:     PETERSON,JOHN A (MEDICAL DOCTOR) on 04/08/2019 08:32
04/08/2019 08:40  Change entered by MOHAMMED,RAZZAK ABDUL (CLINICAL PHARMA)
      Changed to:        HYDROCODONE 10/ACETAMINOPHEN 325MG TAB
                         TAKE 1 TABLET BY MOUTH FOUR TIMES A DAY FOR CHRONIC
ABDOMINAL PAIN - DO NOT
                         EXCEED 4000MG OF ACETAMINOPHEN (APAP)PER DAY FROM ANY AND
ALL SOURCES ** NEXT
                         FILL DATE 5/10/2019 **
                         Quantity: 112 Refills: 0
      Nature of Order:   SERVICE CORRECTION
      Signature:         SERVICE CORRECTION TO SIGNED ORDER
04/08/2019 08:41  Hold entered by MOHAMMED,RAZZAK ABDUL (CLINICAL PHARMA)
      Nature of Order:   WRITTEN
      Ordered by:        PETERSON,JOHN A (MEDICAL DOCTOR)
         Released:       04/08/2019 08:41
      Signature:         ON CHART WITH WRITTEN ORDERS
      Comments:          Rx due 4/12/19; DO NOT MAIL CONTROLS/HYDROCODONE !!
      Hold Released:     4/12/19 8:10 am by CUNNINGHAM-STONEWALL,ASHLEE BRIE
(PHARMACY SUPERV)
04/12/2019 08:10  Release Hold entered by CUNNINGHAM-STONEWALL,ASHLEE BRIE (PHARMACY
SUPERV)
      Nature of Order:   SERVICE CORRECTION
      Ordered by:        PETERSON,JOHN A (MEDICAL DOCTOR)
      Signature:         SERVICE CORRECTION TO SIGNED ORDER
      Comments:          Medication Removed from Hold by Pharmacy
05/08/2019 09:39  Discontinued by MOHAMMED,RAZZAK ABDUL (CLINICAL PHARMA)
      Reason for DC:     Discontinued by Pharmacy

Current Data:
Treating Specialty:
Ordering Location:        DAN CHRONIC PAIN CARE MD
Start Date/Time:          04/12/2019
Stop Date/Time:           05/08/2019  (expired 05/08/2019)
Current Status:           DISCONTINUED
  Orders that have been explicitly stopped.


------------------------------------------------------------------------
Page 1

Order Details - 27753400;4

===========================================================

*** WORK COPY ONLY ***                    Printed: Sep 01, 2020  10:04


Order #27753400

Order:
Medication:                 HYDROCODONE 10/ACETAMINOPHEN 325MG OP TAB
Dispense Drug:              HYDROCODONE 10/ACETAMINOPHEN 325MG TAB
Instructions:               1 TABLET ORAL QID
Sig:
   TAKE 1 TABLET BY MOUTH FOUR TIMES A DAY FOR CHRONIC ABDOMINAL PAIN - DO NOT EXCEED
4000MG OF ACETAMINOPHEN (APAP) PER DAY FROM ANY AND ALL SOURCES ** NEXT FILL DATE
5/10/2019 **
Patient Instructions:
   FOR CHRONIC ABDOMINAL PAIN - DO NOT EXCEED 4000MG OF ACETAMINOPHEN
   (APAP) PER DAY FROM ANY AND ALL SOURCES ** next fill date 5/10/2019 **
Days Supply:                28
Quantity:                   112
Refills:                    0
Pick Up:                    WINDOW

Dispense Drugs (units/dose): HYDROCODONE 10/ACETAMINOPHEN 325MG TAB ()
Last Filled:                4/12/19
Refills Remaining:          0
Filled:                     4/12/19 (Window) released 4/12/19
                            LF 3/15/19 for 28-DS
Prescription#:              5311803
Pharmacist:                 MOHAMMED,RAZZAK ABDUL


First Party Pay Exemptions
For conditions related to:   SERVICE CONNECTED CONDITION
Order Checks:
HIGH:       Previous adverse reaction to ACETAMINOPHEN/PROPOXYPHENE [DARVOCET-N
            100 (LILLY)] (based on DRUG INGREDIENT ACETAMINOPHEN and DRUG CLASS
            CN101 OPIOID ANALGESICS) (ILLIANA HCS entered on MAY 31,
            2018@09:19).
HIGH:       Previous adverse reaction to PROPOXYPHENE [DARVON] (based on DRUG
            CLASS CN101 OPIOID ANALGESICS) (ILLIANA HCS entered on MAY 31,
            2018@09:19).
HIGH:       Duplicate Therapy: Order(s) exist for {HYDROCODONE 10/ACETAMINOPHEN
            325MG TAB [ACTIVE]} in the same therapeutic categor(ies):
            Non-Opioid Analgesic/Antipyretic, Non-Salicylate, Opioid
            Analgesics- IR (with all antitussive opiates)
HIGH:       IMED PATIENT AGREEMENT FOR NARC
            *** Patient has a signed "IMED PATIENT AGREEMENT FOR NARCOTIC
            DRUGS" ***

            Computed Finding: VA-Progress Note
            06/14/2018@16:40:25 value - CONSENT FOR LONG-TERM OPIOIDS FOR
            PAIN;
            Author: FRANKLIN,SHAWN R


Override:   PETERSON,JOHN A (MEDICAL DOCTOR) on 04/08/2019 08:32


-------------------------------------------------------------------
Page 2

Order Details - 27753400;4

```
*** WORK COPY ONLY ***                    Printed: Sep 01, 2020  10:04
```

Chronic medication

```
=================================================================
```

```
=================================================================
=================================================================
```

MEDICATION HISTORY for JUL 03, 2020  to  SEP 01, 2020
Run Date: SEP 01, 2020@10:04
Include Inpatient and Clinic Orders

Page: 1
MEDICATIONS SEARCH LIST: HYDROCODONE 10/ACETAMINOPHEN 325MG OP

Patient:                              SSN:                      DOB:

Sex:       MALE                       Ht/Wt:    180cm/132.45kg  Ward:
Rm:
Dx:                                   Last Mvmt: MAY 4,2019@14:00  Type:
DISCHARGE

ADRs:      No ADRs on file.

Allergies: DARVOCET-N 100 (LILLY), DARVON
```
=================================================================
=================================================================
```
Location              St Sch Administration Date   By      Body Site
Units                 Units of
                                                            Medication & Dosage
GIVEN                 Administration
-----------------------------------------------------------------
-----------------------------------------------
<<<< NO HISTORY FOUND FOR THIS TIME FRAME >>>>
```
=================================================================
=================================================================
```
Ward:   Room-Bed:

```
-----------------------------------------------------------------
End of report
```

Order Details - 27871262;4

```
============================================================
```
*** WORK COPY ONLY ***                    Printed: Sep 01, 2020  10:03


HYDROCODONE 10/ACETAMINOPHEN 325MG TAB
TAKE 1 TABLET BY MOUTH FOUR TIMES A DAY FOR CHRONIC ABDOMINAL PAIN - DO NOT
EXCEED 4000MG OF ACETAMINOPHEN (APAP)PER DAY FROM ANY AND ALL SOURCES ** NEXT
FILL DATE 6/07/2019 **
Quantity: 112 Refills: 0
<Discontinued by Pharmacy>

Activity:
05/08/2019 09:29  New Order entered by PETERSON,JOHN A (MEDICAL DOCTOR)
      Order Text:        HYDROCODONE 10/ACETAMINOPHEN 325MG TAB
                         TAKE 1 TABLET BY MOUTH FOUR TIMES A DAY FOR CHRONIC
ABDOMINAL PAIN - DO  NOT
                         EXCEED 4000MG OF ACETAMINOPHEN (APAP)PER DAY FROM ANY AND
ALL SOURCES  ** NEXT
                         FILL DATE 5/10/2019 **
                         Quantity: 112 Refills: 0
      Nature of Order:   ELECTRONICALLY ENTERED
      Dig Signature:     PETERSON,JOHN A (MEDICAL DOCTOR) on 05/08/2019 09:32
05/08/2019 09:39  Change entered by MOHAMMED,RAZZAK ABDUL (CLINICAL PHARMA)
      Changed to:        HYDROCODONE 10/ACETAMINOPHEN 325MG TAB
                         TAKE 1 TABLET BY MOUTH FOUR TIMES A DAY FOR CHRONIC
ABDOMINAL PAIN - DO  NOT
                         EXCEED 4000MG OF ACETAMINOPHEN (APAP)PER DAY FROM ANY AND
ALL SOURCES ** NEXT
                         FILL DATE 6/07/2019 **
                         Quantity: 112 Refills: 0
      Nature of Order:   SERVICE CORRECTION
      Signature:         SERVICE CORRECTION TO SIGNED ORDER
05/08/2019 09:39  Hold entered by MOHAMMED,RAZZAK ABDUL (CLINICAL PHARMA)
      Nature of Order:   WRITTEN
      Ordered by:        PETERSON,JOHN A (MEDICAL DOCTOR)
       Released:         05/08/2019 09:39
      Signature:         ON CHART WITH WRITTEN ORDERS
      Comments:          Rx due 5/10/19 ** DO NOT MAIL CONTROLS !
       Hold Released:    5/8/19 9:46 am by MOHAMMED,RAZZAK ABDUL (CLINICAL PHARMA)
05/08/2019 09:46  Release Hold entered by MOHAMMED,RAZZAK ABDUL (CLINICAL PHARMA)
      Nature of Order:   WRITTEN
      Ordered by:        PETERSON,JOHN A (MEDICAL DOCTOR)
       Released:         05/08/2019 09:46
      Signature:         ON CHART WITH WRITTEN ORDERS
      Comments:          Medication Removed from Hold by Pharmacy
06/03/2019 09:55  Discontinued by CUNNINGHAM-STONEWALL,ASHLEE BRIE (PHARMACY SUPERV)
      Reason for DC:     Discontinued by Pharmacy

Current Data:
Treating Specialty:
Ordering Location:         DAN CHRONIC PAIN CARE MD
Start Date/Time:           05/10/2019
Stop Date/Time:            06/03/2019
Current Status:            DISCONTINUED
  Orders that have been explicitly stopped.
Order #27871262


------------------------------------------------------------------------
Page 1
```

Order Details - 27871262;4



```
*** WORK COPY ONLY ***                      Printed: Sep 01, 2020  10:03
```

Order:
Medication:                  HYDROCODONE 10/ACETAMINOPHEN 325MG OP TAB
Dispense Drug:               HYDROCODONE 10/ACETAMINOPHEN 325MG TAB
Instructions:                1 TABLET ORAL QID
Sig:
    TAKE 1 TABLET BY MOUTH FOUR TIMES A DAY FOR CHRONIC ABDOMINAL PAIN - DO NOT EXCEED
4000MG OF ACETAMINOPHEN (APAP) PER DAY FROM ANY AND ALL SOURCES ** NEXT FILL DATE
6/07/2019 **
Patient Instructions:
    FOR CHRONIC ABDOMINAL PAIN - DO NOT EXCEED 4000MG OF ACETAMINOPHEN
    (APAP) PER DAY FROM ANY AND ALL SOURCES ** next fill date 6/07/2019 **
Days Supply:                 28
Quantity:                    112
Refills:                     0
Pick Up:                     WINDOW

Dispense Drugs (units/dose): HYDROCODONE 10/ACETAMINOPHEN 325MG TAB ()
Last Filled:                 5/10/19
Refills Remaining:           0
Filled:                      5/10/19 (Window) released 5/8/19
                             LF 4/12/19
Prescription#:               5331697
Pharmacist:                  MOHAMMED,RAZZAK ABDUL


First Party Pay Exemptions
For conditions related to:   SERVICE CONNECTED CONDITION
Order Checks:
HIGH:       Previous adverse reaction to ACETAMINOPHEN/PROPOXYPHENE [DARVOCET-N
            100 (LILLY)] (based on DRUG INGREDIENT ACETAMINOPHEN and DRUG CLASS
            CN101 OPIOID ANALGESICS) (ILLIANA HCS entered on MAY 31,
            2018@09:19).
HIGH:       Previous adverse reaction to PROPOXYPHENE [DARVON] (based on DRUG
            CLASS CN101 OPIOID ANALGESICS) (ILLIANA HCS entered on MAY 31,
            2018@09:19).
HIGH:       Duplicate Therapy: Order(s) exist for {HYDROCODONE 10/ACETAMINOPHEN
            325MG TAB [ACTIVE], HYDROMORPHONE HCL 1MG/ML INJ 1ML [ACTIVE]} in
            the same therapeutic categor(ies): Opioid Analgesics- IR (with all
            antitussive opiates), Non-Opioid Analgesic/Antipyretic,
            Non-Salicylate
HIGH:       IMED PATIENT AGREEMENT FOR NARC
            *** Patient has a signed "IMED PATIENT AGREEMENT FOR NARCOTIC
            DRUGS" ***

            Computed Finding: VA-Progress Note
            06/14/2018@16:40:25 value - CONSENT FOR LONG-TERM OPIOIDS FOR
            PAIN;
            Author: FRANKLIN,SHAWN R


MODERATE:   Duplicate opioid medications: [1] HYDROMORPHONE 1MG/ML INJ,SOLN

-------------------------------------------------------------------------
Page 2
```

Order Details - 27871262;4

```
=============================================================
```
*** WORK COPY ONLY ***                    Printed: Sep 01, 2020  10:03


      1MG/ML INJECT 2MG IV NOW THIS WAS ALREADY GIVEN ON 5/2@1020AM
      [ACTIVE]
Override:  PETERSON,JOHN A (MEDICAL DOCTOR) on 05/08/2019 09:31
      Chronic Medication

```
=============================================================
```


```
=============================================================
=============================================
```

MEDICATION HISTORY for JUL 03, 2020  to  SEP 01, 2020
Run Date: SEP 01, 2020@10:03
Include Inpatient and Clinic Orders

Page: 1
MEDICATIONS SEARCH LIST: HYDROCODONE 10/ACETAMINOPHEN 325MG OP

| Patient: | SSN: | DOB: |
|---|---|---|
| Sex:    MALE | Ht/Wt:    180cm/132.45kg | Ward: |
| Rm: | | |
| Dx: | Last Mvmt: MAY 4,2019@14:00 | Type: |
| DISCHARGE | | |

ADRs:      No ADRs on file.

Allergies:  DARVOCET-N 100 (LILLY), DARVON
```
=============================================================
=============================================
```

| Location | St Sch Administration Date | By | Body Site |
|---|---|---|---|
| Units | Units of | | |
| | | | Medication & Dosage |
| GIVEN | Administration | | |

------------------------------------------------------------

<<<< NO HISTORY FOUND FOR THIS TIME FRAME >>>>
```
=============================================================
=============================================
```

Ward:   Room-Bed:


------------------------------------------------------------
End of report

Order Details - 28744258;4

========================================================================
*** WORK COPY ONLY ***                    Printed: Sep 01, 2020  09:44


HYDROCODONE 10/ACETAMINOPHEN 325MG TAB
TAKE 1 TABLET BY MOUTH FIVE TIMES A DAY FOR CHRONIC ABDOMINAL PAIN - DO NOT
EXCEED 4000MG OF ACETAMINOPHEN (APAP)PER DAY FROM ANY AND ALL SOURCES ** NEXT
FILL DATE 2/14/2020 **
Quantity: 140 Refills: 0
<Discontinued by Pharmacy>

Activity:
01/13/2020 18:14  New Order entered by PETERSON,JOHN A (MEDICAL DOCTOR)
     Order Text:        HYDROCODONE 10/ACETAMINOPHEN 325MG TAB
                        TAKE 1 TABLET BY MOUTH FIVE TIMES A DAY FOR CHRONIC
ABDOMINAL PAIN - DO  NOT
                        EXCEED 4000MG OF ACETAMINOPHEN (APAP)PER DAY FROM ANY AND
ALL SOURCES   ** NEXT
                        FILL DATE 01/17/2020 **
                        Quantity: 140 Refills: 0
     Nature of Order:   ELECTRONICALLY ENTERED
     Dig Signature:     PETERSON,JOHN A (MEDICAL DOCTOR) on 01/13/2020 18:17
01/14/2020 08:23  Change entered by BURKE,MARY LISA (PHARMACIST)
     Changed to:        HYDROCODONE 10/ACETAMINOPHEN 325MG TAB
                        TAKE 1 TABLET BY MOUTH FIVE TIMES A DAY FOR CHRONIC
ABDOMINAL PAIN - DO NOT
                        EXCEED 4000MG OF ACETAMINOPHEN (APAP)PER DAY FROM ANY AND
ALL SOURCES ** NEXT
                        FILL DATE 2/14/2020 **
                        Quantity: 140 Refills: 0
     Nature of Order:   SERVICE CORRECTION
     Signature:         SERVICE CORRECTION TO SIGNED ORDER
01/14/2020 08:25  Hold entered by BURKE,MARY LISA (PHARMACIST)
     Nature of Order:   SERVICE CORRECTION
     Ordered by:        PETERSON,JOHN A (MEDICAL DOCTOR)
     Signature:         SERVICE CORRECTION TO SIGNED ORDER
     Comments:          LF 12/20 28DS DUE 1/17 DNM
     Hold Released:     1/16/20 8:12 am by MOHAMMED,RAZZAK ABDUL (CLINICAL PHARMA)
01/16/2020 08:12  Release Hold entered by MOHAMMED,RAZZAK ABDUL (CLINICAL PHARMA)
     Nature of Order:   WRITTEN
     Ordered by:        PETERSON,JOHN A (MEDICAL DOCTOR)
       Released:        01/16/2020 08:12
     Signature:         ON CHART WITH WRITTEN ORDERS
     Comments:          Medication Removed from Hold by Pharmacy
     Flagged by:        KEGLEY,LEAH ANN (MEDICAL SUPPORT) on 02/03/2020 14:27
                        Med renewal request-window pick up 2/14
     Unflagged by:      NNAMUCHI,LILIAN C (STAFF PHYSICIAN) on 02/04/2020 16:16

02/04/2020 16:27  Discontinued by COFFING,LYNDA E (PHARMACIST)
     Reason for DC:     Discontinued by Pharmacy

Current Data:
Treating Specialty:
Ordering Location:      DAN CHRONIC PAIN CARE MD
Start Date/Time:        01/17/2020
Stop Date/Time:         02/04/2020


------------------------------------------------------------------------
Page 1

Order Details - 28744258;4

*** WORK COPY ONLY ***                    Printed: Sep 01, 2020  09:44

Current Status:              DISCONTINUED
  Orders that have been explicitly stopped.
Order #28744258

Order:
Medication:              HYDROCODONE 10/ACETAMINOPHEN 325MG OP TAB
Dispense Drug:           HYDROCODONE 10/ACETAMINOPHEN 325MG TAB
Instructions:            1 TABLET ORAL 5XDAILY
Sig:
   TAKE 1 TABLET BY MOUTH FIVE TIMES A DAY FOR CHRONIC ABDOMINAL PAIN - DO NOT EXCEED
4000MG OF ACETAMINOPHEN (APAP)PER DAY FROM ANY AND ALL SOURCES ** NEXT FILL DATE
2/14/2020 **
Patient Instructions:
   FOR CHRONIC ABDOMINAL PAIN - DO NOT EXCEED 4000MG OF ACETAMINOPHEN
   (APAP)PER DAY FROM ANY AND ALL SOURCES ** next fill date 2/14/2020 **
Days Supply:             28
Quantity:                140
Refills:                 0
Pick Up:                 WINDOW

Dispense Drugs (units/dose): HYDROCODONE 10/ACETAMINOPHEN 325MG TAB ()
Last Filled:             1/17/20
Refills Remaining:       0
Filled:                  1/17/20 (Window) released 1/16/20
                         LF 12/20 28DS
Prescription#:           5474886
Pharmacist:              BURKE,MARY LISA

First Party Pay Exemptions
For conditions related to:   SERVICE CONNECTED CONDITION
Order Checks:
HIGH:        Previous adverse reaction to ACETAMINOPHEN/PROPOXYPHENE [DARVOCET-N
             100 (LILLY)] (based on DRUG INGREDIENT ACETAMINOPHEN and DRUG CLASS
             CN101 OPIOID ANALGESICS) (ILLIANA HCS entered on MAY 31,
             2018@09:19).
HIGH:        Previous adverse reaction to PROPOXYPHENE [DARVON] (based on DRUG
             CLASS CN101 OPIOID ANALGESICS) (ILLIANA HCS entered on MAY 31,
             2018@09:19).
HIGH:        Duplicate Therapy: Order(s) exist for {HYDROCODONE 10/ACETAMINOPHEN
             325MG TAB [ACTIVE], OXYCODONE 5/ACETAMINOPHEN 325MG TAB
             [UNRELEASED], OXYCODONE 5/ACETAMINOPHEN 325MG TAB [UNRELEASED]} in
             the same therapeutic categor(ies): Non-Opioid
             Analgesic/Antipyretic, Non-Salicylate, Opioid Analgesics- IR (with
             all antitussive opiates)
HIGH:        IMED PATIENT AGREEMENT FOR NARC
                *** Patient has a signed "IMED PATIENT AGREEMENT FOR NARCOTIC
                DRUGS" ***

                Computed Finding: VA-Progress Note
                  06/14/2018@16:40:25 value - CONSENT FOR LONG-TERM OPIOIDS FOR
                PAIN;

-------------------------------------------------------------------------
Page 2

Order Details - 28744258;4

====================================================================
*** WORK COPY ONLY ***                    Printed: Sep 01, 2020  09:44

              Author: FRANKLIN,SHAWN R


MODERATE:    Duplicate opioid medications:  [1] Release Hold of OXYCODONE
             5/ACETAMINOPHEN 325MG TAB TAKE 2 TABLETS BY MOUTH EVERY DAY AS
             NEEDED FOR FLARE UP OF RIGHT UPPER QUANDRANT STOMACH PAIN- DO NOT
             EXCEED 4000MG OF ACETAMINOPHEN (APAP) PER DAY FROM ANY AND ALL
             SOURCES ** NEXT FILL DATE 01/17/2020 **  [ACTIVE]
Override:    PETERSON,JOHN A (MEDICAL DOCTOR) on 01/13/2020 18:16
             Chronic Medication


====================================================================


====================================================================
====================================================================

MEDICATION HISTORY for JUL 03, 2020  to  SEP 01, 2020
Run Date: SEP 01, 2020@09:44
Include Inpatient and Clinic Orders

Page: 1
MEDICATIONS SEARCH LIST: HYDROCODONE 10/ACETAMINOPHEN 325MG OP

Patient:                         SSN:                      DOB:

Sex:      MALE                   Ht/Wt:     180cm/132.45kg  Ward:
Rm:
Dx:                              Last Mvmt: MAY 4,2019@14:00  Type:
DISCHARGE

ADRs:      No ADRs on file.

Allergies: DARVOCET-N 100 (LILLY), DARVON
====================================================================
Location            St Sch Administration Date   By       Body Site
Units            Units of
                                                        Medication & Dosage
GIVEN            Administration
--------------------------------------------------------------------
--------------------------------------------------
<<<< NO HISTORY FOUND FOR THIS TIME FRAME >>>>
====================================================================
====================================================================

Ward:    Room-Bed:


--------------------------------------------------------------------
End of report

Order Details - 28368488;3

==========================================================================
*** WORK COPY ONLY ***                    Printed: Sep 01, 2020  09:54


HYDROCODONE 10/ACETAMINOPHEN 325MG TAB
TAKE 1 TABLET BY MOUTH FIVE TIMES A DAY FOR CHRONIC ABDOMINAL PAIN - DO NOT
EXCEED 4000MG OF ACETAMINOPHEN (APAP)PER DAY FROM ANY AND ALL SOURCES ** NEXT
FILL DATE 10/25/19 **
Quantity: 140 Refills: 0

Activity:
09/23/2019 08:42  New Order entered by PETERSON,JOHN A (MEDICAL DOCTOR)
     Order Text:        HYDROCODONE 10/ACETAMINOPHEN 325MG OP TAB
                        TAKE ONE TABLET BY MOUTH FIVE TIMES A DAY FOR CHRONIC
ABDOMINAL PAIN - DO NOT
                        EXCEED 4000MG OF ACETAMINOPHEN  (APAP)PER DAY FROM ANY AND
ALL SOURCES ** next
                        fill date 9/27/2019 ** May pick-up today, but do not reset.
Refill date October
                        25 thereafter.
                        Quantity: 140 Refills: 0
     Nature of Order:   ELECTRONICALLY ENTERED
     Dig Signature:     PETERSON,JOHN A (MEDICAL DOCTOR) on 09/23/2019 08:46
09/23/2019 09:50  Change entered by HOAGLAND,ADAM W (PHARMACIST, OUT)
     Changed to:        HYDROCODONE 10/ACETAMINOPHEN 325MG TAB
                        TAKE 1 TABLET BY MOUTH FIVE TIMES A DAY FOR CHRONIC
ABDOMINAL PAIN - DO NOT
                        EXCEED 4000MG OF ACETAMINOPHEN (APAP)PER DAY FROM ANY AND
ALL SOURCES ** NEXT
                        FILL DATE 10/25/19 **
                        Quantity: 140 Refills: 0
     Nature of Order:   SERVICE CORRECTION
     Signature:         SERVICE CORRECTION TO SIGNED ORDER
09/23/2019 09:55  Change entered by HOAGLAND,ADAM W (PHARMACIST, OUT)
     Changed to:        HYDROCODONE 10/ACETAMINOPHEN 325MG TAB
                        TAKE 1 TABLET BY MOUTH FIVE TIMES A DAY FOR CHRONIC
ABDOMINAL PAIN - DO NOT
                        EXCEED 4000MG OF ACETAMINOPHEN (APAP)PER DAY FROM ANY AND
ALL SOURCES ** NEXT
                        FILL DATE 10/25/19 **
                        Quantity: 140 Refills: 0
     Nature of Order:   SERVICE CORRECTION
     Signature:         SERVICE CORRECTION TO SIGNED ORDER
     Flagged by:        KEGLEY,LEAH ANN (MEDICAL SUPPORT) on 10/21/2019 09:18
                        Med renewal request
     Unflagged by:      PETERSON,JOHN A (MEDICAL DOCTOR) on 10/24/2019 08:32


Current Data:
Treating Specialty:
Ordering Location:        DAN CHRONIC PAIN CARE MD
Start Date/Time:          09/27/2019
Stop Date/Time:           10/23/2019
Current Status:           EXPIRED
  Orders that have a stop date which has expired.  e.g., Unit Dose
  orders expire at some sites 14 days after the order is created,


--------------------------------------------------------------------------
Page 1

USA0275

275

Order Details - 28368488;3



```
======================================================================
```
*** WORK COPY ONLY ***                     Printed: Sep 01, 2020  09:54

    but may be renewed within a hospital designated time
    after the expiration date.
Order #28368488

Order:
Medication:                 HYDROCODONE 10/ACETAMINOPHEN 325MG OP TAB
Dispense Drug:              HYDROCODONE 10/ACETAMINOPHEN 325MG TAB
Instructions:              1 TABLET ORAL 5XDAILY
Sig:
    TAKE 1 TABLET BY MOUTH FIVE TIMES A DAY FOR CHRONIC ABDOMINAL PAIN - DO NOT EXCEED
4000MG OF ACETAMINOPHEN (APAP)PER DAY FROM ANY AND ALL SOURCES ** NEXT FILL DATE
10/25/19 **
Patient Instructions:
    FOR CHRONIC ABDOMINAL PAIN - DO NOT EXCEED 4000MG OF ACETAMINOPHEN
    (APAP)PER DAY FROM ANY AND ALL SOURCES ** next fill date 10/25/19 **
Days Supply:               28
Quantity:                  140
Refills:                   0
Pick Up:                   WINDOW
Comments:
    May pick-up today, but do not reset.  Refill date October 25 thereafter.

Dispense Drugs (units/dose): HYDROCODONE 10/ACETAMINOPHEN 325MG TAB ()
Last Filled:               9/27/19
Refills Remaining:         0
Filled:                    9/27/19 (Window) released 9/23/19
                           1f #112 on 8/30; increase in dose- fill 9/27
Prescription#:             5411530
Pharmacist:                HOAGLAND,ADAM W


First Party Pay Exemptions
For conditions related to:   SERVICE CONNECTED CONDITION
Order Checks:
HIGH:      Previous adverse reaction to ACETAMINOPHEN/PROPOXYPHENE [DARVOCET-N
           100 (LILLY)] (based on DRUG INGREDIENT ACETAMINOPHEN and DRUG CLASS
           CN101 OPIOID ANALGESICS) (ILLIANA HCS entered on MAY 31,
           2018@09:19).
HIGH:      Previous adverse reaction to PROPOXYPHENE [DARVON] (based on DRUG
           CLASS CN101 OPIOID ANALGESICS) (ILLIANA HCS entered on MAY 31,
           2018@09:19).
HIGH:      Duplicate Therapy: Order(s) exist for {HYDROCODONE 10/ACETAMINOPHEN
           325MG TAB [ACTIVE], OXYCODONE 5/ACETAMINOPHEN 325MG TAB
           [UNRELEASED], OXYCODONE 5/ACETAMINOPHEN 325MG TAB [ACTIVE],
           HYDROMORPHONE HCL 1MG/ML INJ 1ML [EXPIRED]} in the same therapeutic
           categor(ies): Opioid Analgesics- IR (with all antitussive opiates),
           Opioid Analgesics- IR (with all antitussive opiates), Non-Opioid
           Analgesic/Antipyretic, Non-Salicylate
HIGH:      IMED PATIENT AGREEMENT FOR NARC
             *** Patient has a signed "IMED PATIENT AGREEMENT FOR NARCOTIC
             DRUGS" ***


----------------------------------------------------------------------
Page 2
```

Order Details - 28368488;3

*** WORK COPY ONLY ***                    Printed: Sep 01, 2020  09:54

        Computed Finding: VA-Progress Note
         06/14/2018@16:40:25 value - CONSENT FOR LONG-TERM OPIOIDS FOR
        PAIN;
         Author: FRANKLIN,SHAWN R

Override:     PETERSON,JOHN A (MEDICAL DOCTOR) on 09/23/2019 08:46
         Chronic Medication

=================================================================


=================================================================
=============================================

MEDICATION HISTORY for JUL 03, 2020  to  SEP 01, 2020
Run Date: SEP 01, 2020@09:54
Include Inpatient and Clinic Orders

Page: 1
MEDICATIONS SEARCH LIST: HYDROCODONE 10/ACETAMINOPHEN 325MG OP

Patient: ███████████          SSN:     ████████          DOB:
Sex:      MALE                Ht/Wt:   180cm/132.45kg     Ward:
Rm:
Dx:                           Last Mvmt: MAY 4,2019@14:00  Type:
DISCHARGE

ADRs:      No ADRs on file.

Allergies: DARVOCET-N 100 (LILLY), DARVON
=================================================================
=============================================
Location          St Sch Administration Date   By       Body Site
Units             Units of
                                       Medication & Dosage
GIVEN             Administration
-----------------------------------------------------------------
-------------------------------------------
<<<< NO HISTORY FOUND FOR THIS TIME FRAME >>>>
=================================================================
=============================================

Ward:   Room-Bed:



-----------------------------------------------------------------
End of report

Order Details - 28063496;4

======================================================================
*** WORK COPY ONLY ***                        Printed: Sep 01, 2020  09:57


HYDROCODONE 10/ACETAMINOPHEN 325MG TAB
TAKE 1 TABLET BY MOUTH FOUR TIMES A DAY FOR CHRONIC ABDOMINAL PAIN - DO NOT
EXCEED 4000MG OF ACETAMINOPHEN (APAP)PER DAY FROM ANY AND ALL SOURCES ** NEXT
FILL DATE 8/02/2019 **
Quantity: 112 Refills: 0
<Discontinued by Pharmacy>

Activity:
07/01/2019 08:21  New Order entered by PETERSON,JOHN A (MEDICAL DOCTOR)
      Order Text:       HYDROCODONE 10/ACETAMINOPHEN 325MG TAB
                        TAKE 1 TABLET BY MOUTH FOUR TIMES A DAY FOR CHRONIC
ABDOMINAL PAIN - DO NOT
                        EXCEED 4000MG OF ACETAMINOPHEN (APAP)PER DAY FROM ANY AND
ALL SOURCES  ** NEXT
                        FILL DATE 6/07/2019 **
                        Quantity: 112 Refills: 0
      Nature of Order:  ELECTRONICALLY ENTERED
      Dig Signature:    PETERSON,JOHN A (MEDICAL DOCTOR) on 07/01/2019 08:36
07/01/2019 08:44  Change entered by MOHAMMED,RAZZAK ABDUL (CLINICAL PHARMA)
      Changed to:       HYDROCODONE 10/ACETAMINOPHEN 325MG TAB
                        TAKE 1 TABLET BY MOUTH FOUR TIMES A DAY FOR CHRONIC
ABDOMINAL PAIN - DO NOT
                        EXCEED 4000MG OF ACETAMINOPHEN (APAP)PER DAY FROM ANY AND
ALL SOURCES ** NEXT
                        FILL DATE 8/02/2019 **
                        Quantity: 112 Refills: 0
      Nature of Order:  SERVICE CORRECTION
      Signature:        SERVICE CORRECTION TO SIGNED ORDER
07/01/2019 08:45  Hold entered by MOHAMMED,RAZZAK ABDUL (CLINICAL PHARMA)
      Nature of Order:  WRITTEN
      Ordered by:       PETERSON,JOHN A (MEDICAL DOCTOR)
      Released:         07/01/2019 08:45
      Signature:        ON CHART WITH WRITTEN ORDERS
      Comments:         Rx due 7/5/19; LF 6/07/19 ** DO NOT MAIL CONTROLS !
      Hold Released:    7/5/19 11:33 am by BURKE,MARY LISA (PHARMACIST)
07/05/2019 11:33  Release Hold entered by BURKE,MARY LISA (PHARMACIST)
      Nature of Order:  SERVICE CORRECTION
      Ordered by:       PETERSON,JOHN A (MEDICAL DOCTOR)
      Signature:        SERVICE CORRECTION TO SIGNED ORDER
      Comments:         Medication Removed from Hold by Pharmacy
07/30/2019 08:11  Discontinued by MOHAMMED,RAZZAK ABDUL (CLINICAL PHARMA)
      Reason for DC:    Discontinued by Pharmacy

Current Data:
Treating Specialty:
Ordering Location:      DAN CHRONIC PAIN CARE MD
Start Date/Time:        07/05/2019
Stop Date/Time:         07/30/2019
Current Status:         DISCONTINUED
  Orders that have been explicitly stopped.
Order #28063496


--------------------------------------------------------------------------
Page 1

Order Details - 28063496;4

```
*** WORK COPY ONLY ***                          Printed: Sep 01, 2020  09:57

Order:
Medication:                     HYDROCODONE 10/ACETAMINOPHEN 325MG OP TAB
Dispense Drug:                  HYDROCODONE 10/ACETAMINOPHEN 325MG TAB
Instructions:                   1 TABLET ORAL QID
Sig:
   TAKE 1 TABLET BY MOUTH FOUR TIMES A DAY FOR CHRONIC ABDOMINAL PAIN - DO NOT EXCEED
4000MG OF ACETAMINOPHEN (APAP)PER DAY FROM ANY AND ALL SOURCES ** NEXT FILL DATE
8/02/2019 **
Patient Instructions:
   FOR CHRONIC ABDOMINAL PAIN - DO NOT EXCEED 4000MG OF ACETAMINOPHEN
   (APAP)PER DAY FROM ANY AND ALL SOURCES ** next fill date 8/02/2019 **
Days Supply:                    28
Quantity:                       112
Refills:                        0
Pick Up:                        WINDOW

Dispense Drugs (units/dose):    HYDROCODONE 10/ACETAMINOPHEN 325MG TAB ()
Last Filled:                    7/5/19
Refills Remaining:              0
Filled:                         7/5/19 (Window) released 7/5/19
                                LF 6/07/19
Prescription#:                  5362479
Pharmacist:                     MOHAMMED,RAZZAK ABDUL


First Party Pay Exemptions
For conditions related to:      SERVICE CONNECTED CONDITION
Order Checks:
HIGH:         Previous adverse reaction to ACETAMINOPHEN/PROPOXYPHENE [DARVOCET-N
              100 (LILLY)] (based on DRUG INGREDIENT ACETAMINOPHEN and DRUG CLASS
              CN101 OPIOID ANALGESICS) (ILLIANA HCS entered on MAY 31,
              2018@09:19).
HIGH:         Previous adverse reaction to PROPOXYPHENE [DARVON] (based on DRUG
              CLASS CN101 OPIOID ANALGESICS) (ILLIANA HCS entered on MAY 31,
              2018@09:19).
HIGH:         Duplicate Therapy: Order(s) exist for {HYDROCODONE 10/ACETAMINOPHEN
              325MG TAB [ACTIVE], OXYCODONE 5/ACETAMINOPHEN 325MG TAB
              [UNRELEASED], OXYCODONE 5/ACETAMINOPHEN 325MG TAB [ACTIVE],
              HYDROMORPHONE HCL 1MG/ML INJ 1ML [EXPIRED]} in the same therapeutic
              categor(ies): Opioid Analgesics- IR (with all antitussive opiates),
              Opioid Analgesics- IR (with all antitussive opiates), Non-Opioid
              Analgesic/Antipyretic, Non-Salicylate
HIGH:         IMED PATIENT AGREEMENT FOR NARC
                 *** Patient has a signed "IMED PATIENT AGREEMENT FOR NARCOTIC
                 DRUGS" ***

                 Computed Finding: VA-Progress Note
                 06/14/2018@16:40:25 value - CONSENT FOR LONG-TERM OPIOIDS FOR
                 PAIN;
                    Author: FRANKLIN,SHAWN R


-------------------------------------------------------------------------
Page 2
```

Order Details - 28063496;4

```
===============================================================
```

*** WORK COPY ONLY ***                    Printed: Sep 01, 2020  09:57


MODERATE:     Duplicate opioid medications:  [1] OXYCODONE 5/ACETAMINOPHEN 325MG
              TAB TAKE 2 TABLETS BY MOUTH EVERY DAY AS NEEDED FOR FLARE UP OF
              RIGHT UPPER QUANDRANT STOMACH PAIN - DO NOT EXCEED 4000MG OF
              ACETAMINOPHEN (APAP) PER DAY FROM ANY AND ALL SOURCES  [ACTIVE]
Override:     PETERSON,JOHN A (MEDICAL DOCTOR) on 07/01/2019 08:35
              Chronic Medication


```
===============================================================


===============================================================
===============================================================
```

MEDICATION HISTORY for JUL 03, 2020  to  SEP 01, 2020
Run Date: SEP 01, 2020@09:57
Include Inpatient and Clinic Orders

Page: 1
MEDICATIONS SEARCH LIST: HYDROCODONE 10/ACETAMINOPHEN 325MG OP

Patient:                         SSN:                        DOB:

Sex:       MALE                  Ht/Wt:     180cm/132.45kg   Ward:
Rm:
Dx:                              Last Mvmt: MAY 4,2019@14:00  Type:
DISCHARGE

ADRs:       No ADRs on file.

Allergies:  DARVOCET-N 100 (LILLY), DARVON
```
===============================================================

===============================================================
```
Location            St Sch Administration Date   By      Body Site
Units            Units of
                 Administration                          Medication & Dosage
GIVEN
```
-----------------------------------------------------------------------
```
<<<< NO HISTORY FOUND FOR THIS TIME FRAME >>>>
```
===============================================================
===============================================================
```

Ward:     Room-Bed:


```
-----------------------------------------------------------------------
```
End of report

Order Details - 28267845;4

*** WORK COPY ONLY ***                    Printed: Sep 01, 2020  09:55


HYDROCODONE 10/ACETAMINOPHEN 325MG TAB
TAKE 1 TABLET BY MOUTH FOUR TIMES A DAY FOR CHRONIC ABDOMINAL PAIN - DO NOT
EXCEED 4000MG OF ACETAMINOPHEN (APAP)PER DAY FROM ANY AND ALL SOURCES ** NEXT
FILL DATE 9/27/2019 **
Quantity: 112 Refills: 0
<Discontinued by Pharmacy>

Activity:
08/26/2019 09:21  New Order entered by PETERSON,JOHN A (MEDICAL DOCTOR)
      Order Text:        HYDROCODONE 10/ACETAMINOPHEN 325MG TAB
                         TAKE 1 TABLET BY MOUTH FOUR TIMES A DAY FOR CHRONIC
ABDOMINAL PAIN - DO  NOT
                         EXCEED 4000MG OF ACETAMINOPHEN (APAP)PER DAY FROM ANY AND
ALL SOURCES  ** NEXT
                         FILL DATE 8/30/2019 **
                         Quantity: 112 Refills: 0
      Nature of Order:   ELECTRONICALLY ENTERED
      Dig Signature:     PETERSON,JOHN A (MEDICAL DOCTOR) on 08/26/2019 09:25
08/26/2019 09:34  Change entered by MOHAMMED,RAZZAK ABDUL (CLINICAL PHARMA)
      Changed to:        HYDROCODONE 10/ACETAMINOPHEN 325MG TAB
                         TAKE 1 TABLET BY MOUTH FOUR TIMES A DAY FOR CHRONIC
ABDOMINAL PAIN - DO NOT
                         EXCEED 4000MG OF ACETAMINOPHEN (APAP)PER DAY FROM ANY AND
ALL SOURCES ** NEXT
                         FILL DATE 9/27/2019 **
                         Quantity: 112 Refills: 0
      Nature of Order:   SERVICE CORRECTION
      Signature:         SERVICE CORRECTION TO SIGNED ORDER
08/26/2019 09:37  Hold entered by MOHAMMED,RAZZAK ABDUL (CLINICAL PHARMA)
      Nature of Order:   WRITTEN
      Ordered by:        PETERSON,JOHN A (MEDICAL DOCTOR)
        Released:        08/26/2019 09:37
      Signature:         ON CHART WITH WRITTEN ORDERS
      Comments:          Rx due 8/30/19; DO NOT MAIL
      Hold Released:     8/30/19 7:33 am by CUNNINGHAM-STONEWALL,ASHLEE BRIE
(PHARMACY SUPERV)
08/30/2019 07:33  Release Hold entered by CUNNINGHAM-STONEWALL,ASHLEE BRIE (PHARMACY
SUPERV)
      Nature of Order:   SERVICE CORRECTION
      Ordered by:        PETERSON,JOHN A (MEDICAL DOCTOR)
      Signature:         SERVICE CORRECTION TO SIGNED ORDER
      Comments:          Medication Removed from Hold by Pharmacy
09/23/2019 09:50  Discontinued by HOAGLAND,ADAM W (PHARMACIST, OUT)
      Reason for DC:     Discontinued by Pharmacy

Current Data:
Treating Specialty:
Ordering Location:        DAN CHRONIC PAIN CARE MD
Start Date/Time:          08/30/2019
Stop Date/Time:           09/23/2019
Current Status:           DISCONTINUED
  Orders that have been explicitly stopped.


------------------------------------------------------------------------
Page 1



USA0281
281



Order Details - 28267845;4

=================================================================
*** WORK COPY ONLY ***                    Printed: Sep 01, 2020  09:55


Order #28267845

Order:
Medication:              HYDROCODONE 10/ACETAMINOPHEN 325MG OP TAB
Dispense Drug:           HYDROCODONE 10/ACETAMINOPHEN 325MG TAB
Instructions:            1 TABLET ORAL QID
Sig:
   TAKE 1 TABLET BY MOUTH FOUR TIMES A DAY FOR CHRONIC ABDOMINAL PAIN - DO NOT EXCEED
4000MG OF ACETAMINOPHEN (APAP)PER DAY FROM ANY AND ALL SOURCES ** NEXT FILL DATE
9/27/2019 **
Patient Instructions:
   FOR CHRONIC ABDOMINAL PAIN - DO NOT EXCEED 4000MG OF ACETAMINOPHEN
   (APAP)PER DAY FROM ANY AND ALL SOURCES ** next fill date 9/27/2019 **
Days Supply:             28
Quantity:                112
Refills:                 0
Pick Up:                 WINDOW

Dispense Drugs (units/dose): HYDROCODONE 10/ACETAMINOPHEN 325MG TAB ()
Last Filled:             8/30/19
Refills Remaining:       0
Filled:                  8/30/19 (Window) released 8/30/19
                         LF 8/02/19 for 28-DS
Prescription#:           5395200
Pharmacist:              MOHAMMED,RAZZAK ABDUL


First Party Pay Exemptions
For conditions related to:   SERVICE CONNECTED CONDITION
Order Checks:
HIGH:        Previous adverse reaction to ACETAMINOPHEN/PROPOXYPHENE [DARVOCET-N
             100 (LILLY)] (based on DRUG INGREDIENT ACETAMINOPHEN and DRUG CLASS
             CN101 OPIOID ANALGESICS) (ILLIANA HCS entered on MAY 31,
             2018@09:19).
HIGH:        Previous adverse reaction to PROPOXYPHENE [DARVON] (based on DRUG
             CLASS CN101 OPIOID ANALGESICS) (ILLIANA HCS entered on MAY 31,
             2018@09:19).
HIGH:        Duplicate Therapy: Order(s) exist for {HYDROCODONE 10/ACETAMINOPHEN
             325MG TAB [ACTIVE], OXYCODONE 5/ACETAMINOPHEN 325MG TAB
             [UNRELEASED], OXYCODONE 5/ACETAMINOPHEN 325MG TAB [EXPIRED],
             HYDROMORPHONE HCL 1MG/ML INJ 1ML [EXPIRED]} in the same therapeutic
             categor(ies): Opioid Analgesics- IR (with all antitussive opiates),
             Opioid Analgesics- IR (with all antitussive opiates), Non-Opioid
             Analgesic/Antipyretic, Non-Salicylate
HIGH:        IMED PATIENT AGREEMENT FOR NARC
             *** Patient has a signed "IMED PATIENT AGREEMENT FOR NARCOTIC
             DRUGS" ***

             Computed Finding: VA-Progress Note
             06/14/2018@16:40:25 value - CONSENT FOR LONG-TERM OPIOIDS FOR
             PAIN;
             Author: FRANKLIN,SHAWN R


-----------------------------------------------------------------------------
Page 2

Order Details - 28267845;4

*** WORK COPY ONLY ***                    Printed: Sep 01, 2020  09:55

Override:    PETERSON,JOHN A (MEDICAL DOCTOR) on 08/26/2019 09:24
             Chronic Medication

====================================================================


====================================================================
============================================

MEDICATION HISTORY for JUL 03, 2020  to  SEP 01, 2020
Run Date: SEP 01, 2020@09:54
Include Inpatient and Clinic Orders

Page: 1
MEDICATIONS SEARCH LIST: HYDROCODONE 10/ACETAMINOPHEN 325MG OP

Patient:                       SSN:                    DOB:

Sex:      MALE                 Ht/Wt:    180cm/132.45kg    Ward:
Rm:
Dx:                            Last Mvmt: MAY 4,2019@14:00   Type:
DISCHARGE

ADRs:      No ADRs on file.

Allergies: DARVOCET-N 100 (LILLY), DARVON
====================================================================
============================================
Location          St Sch Administration Date    By      Body Site
Units             Units of
                                                 Medication & Dosage
GIVEN        Administration
--------------------------------------------------------------------
--------------------------------------------------------------------
<<<< NO HISTORY FOUND FOR THIS TIME FRAME >>>>
====================================================================
============================================

Ward:   Room-Bed:


--------------------------------------------------------------------
End of report

Order Details - 27960861;3

*** WORK COPY ONLY ***                    Printed: Sep 01, 2020  10:02

HYDROCODONE 10/ACETAMINOPHEN 325MG TAB
TAKE 1 TABLET BY MOUTH FOUR TIMES A DAY FOR CHRONIC ABDOMINAL PAIN - DO NOT
EXCEED 4000MG OF ACETAMINOPHEN (APAP)PER DAY FROM ANY AND ALL SOURCES ** NEXT
FILL DATE 6/07/2019 **
Quantity: 112 Refills: 0
<Discontinued by Pharmacy>

Activity:
06/03/2019 09:39  New Order entered by PETERSON,JOHN A (MEDICAL DOCTOR)
      Order Text:        HYDROCODONE 10/ACETAMINOPHEN 325MG OP TAB
                         TAKE ONE TABLET BY MOUTH FOUR TIMES A DAY FOR CHRONIC
ABDOMINAL PAIN - DO NOT
                         EXCEED 4000MG OF ACETAMINOPHEN  (APAP)PER DAY FROM ANY AND
ALL SOURCES ** next
                         fill date 6/07/2019 ** May release today, has a procedure
scheduled on 6/7.  Do
                         not reset the  clock.
                         Quantity: 112 Refills: 0
      Nature of Order:   ELECTRONICALLY ENTERED
      Dig Signature:     PETERSON,JOHN A (MEDICAL DOCTOR) on 06/03/2019 09:44
06/03/2019 09:55  Change entered by CUNNINGHAM-STONEWALL,ASHLEE BRIE (PHARMACY
SUPERV)
      Changed to:        HYDROCODONE 10/ACETAMINOPHEN 325MG TAB
                         TAKE 1 TABLET BY MOUTH FOUR TIMES A DAY FOR CHRONIC
ABDOMINAL PAIN - DO NOT
                         EXCEED 4000MG OF ACETAMINOPHEN (APAP)PER DAY FROM ANY AND
ALL SOURCES ** NEXT
                         FILL DATE 6/07/2019 **
                         Quantity: 112 Refills: 0
      Nature of Order:   SERVICE CORRECTION
      Signature:         SERVICE CORRECTION TO SIGNED ORDER
06/03/2019 09:55  Change entered by CUNNINGHAM-STONEWALL,ASHLEE BRIE (PHARMACY
SUPERV)
      Changed to:        HYDROCODONE 10/ACETAMINOPHEN 325MG TAB
                         TAKE 1 TABLET BY MOUTH FOUR TIMES A DAY FOR CHRONIC
ABDOMINAL PAIN - DO NOT
                         EXCEED 4000MG OF ACETAMINOPHEN (APAP)PER DAY FROM ANY AND
ALL SOURCES ** NEXT
                         FILL DATE 6/07/2019 **
                         Quantity: 112 Refills: 0
      Nature of Order:   SERVICE CORRECTION
      Signature:         SERVICE CORRECTION TO SIGNED ORDER
07/01/2019 08:44  Discontinued by MOHAMMED,RAZZAK ABDUL (CLINICAL PHARMA)
      Reason for DC:     Discontinued by Pharmacy

Current Data:
Treating Specialty:
Ordering Location:        DAN CHRONIC PAIN CARE MD
Start Date/Time:          06/07/2019
Stop Date/Time:           07/01/2019
Current Status:           DISCONTINUED
  Orders that have been explicitly stopped.


--------------------------------------------------------------------------
Page 1

Order Details - 27960861;3

=================================================================

*** WORK COPY ONLY ***                    Printed: Sep 01, 2020  10:02


Order #27960861

Order:
Medication:                 HYDROCODONE 10/ACETAMINOPHEN 325MG OP TAB
Dispense Drug:              HYDROCODONE 10/ACETAMINOPHEN 325MG TAB
Instructions:              1 TABLET ORAL QID
Sig:
   TAKE 1 TABLET BY MOUTH FOUR TIMES A DAY FOR CHRONIC ABDOMINAL PAIN - DO NOT EXCEED
4000MG OF ACETAMINOPHEN (APAP)PER DAY FROM ANY AND ALL SOURCES ** NEXT FILL DATE
6/07/2019 **
Patient Instructions:
   FOR CHRONIC ABDOMINAL PAIN - DO NOT EXCEED 4000MG OF ACETAMINOPHEN
   (APAP)PER DAY FROM ANY AND ALL SOURCES ** next fill date 6/07/2019 **
Days Supply:               28
Quantity:                  112
Refills:                   0
Pick Up:                   WINDOW
Comments:
   May release today, has a procedure scheduled on 6/7.  Do not reset the
   clock.

Dispense Drugs (units/dose):  HYDROCODONE 10/ACETAMINOPHEN 325MG TAB ()
Last Filled:               6/7/19
Refills Remaining:         0
Filled:                    6/7/19 (Window) released 6/3/19
Prescription#:             5346717
Pharmacist:                CUNNINGHAM-STONEWALL,ASHLEE BRIE


First Party Pay Exemptions
For conditions related to:   SERVICE CONNECTED CONDITION
Order Checks:
HIGH:       Previous adverse reaction to ACETAMINOPHEN/PROPOXYPHENE [DARVOCET-N
            100 (LILLY)] (based on DRUG INGREDIENT ACETAMINOPHEN and DRUG CLASS
            CN101 OPIOID ANALGESICS) (ILLIANA HCS entered on MAY 31,
            2018@09:19).
HIGH:       Previous adverse reaction to PROPOXYPHENE [DARVON] (based on DRUG
            CLASS CN101 OPIOID ANALGESICS) (ILLIANA HCS entered on MAY 31,
            2018@09:19).
HIGH:       Duplicate Therapy: Order(s) exist for {HYDROCODONE 10/ACETAMINOPHEN
            325MG TAB [ACTIVE], OXYCODONE 5/ACETAMINOPHEN 325MG TAB
            [UNRELEASED], HYDROMORPHONE HCL 1MG/ML INJ 1ML [ACTIVE]} in the
            same therapeutic categor(ies): Opioid Analgesics- IR (with all
            antitussive opiates), Non-Opioid Analgesic/Antipyretic,
            Non-Salicylate
HIGH:       IMED PATIENT AGREEMENT FOR NARC
               *** Patient has a signed "IMED PATIENT AGREEMENT FOR NARCOTIC
            DRUGS" ***

               Computed Finding: VA-Progress Note
                06/14/2018@16:40:25 value - CONSENT FOR LONG-TERM OPIOIDS FOR
               PAIN;


-------------------------------------------------------------------------
Page 2

Order Details - 27960861;3

```
=====================================================================
=====================================================================
```
*** WORK COPY ONLY ***                  Printed: Sep 01, 2020  10:02


            Author: FRANKLIN,SHAWN R


Override:    PETERSON,JOHN A (MEDICAL DOCTOR) on 06/03/2019 09:43
             Chronic Medication

```
=====================================================================


=====================================================================
=====================================================================
```
MEDICATION HISTORY for JUL 03, 2020  to  SEP 01, 2020
Run Date: SEP 01, 2020@10:02
Include Inpatient and Clinic Orders

Page: 1
MEDICATIONS SEARCH LIST: HYDROCODONE 10/ACETAMINOPHEN 325MG OP

Patient:                           SSN:                      DOB:
Sex:       MALE                    Ht/Wt:    180cm/132.45kg  Ward:
Rm:
Dx:                                Last Mvmt: MAY 4,2019@14:00  Type:
DISCHARGE

ADRs:        No ADRs on file.

Allergies:  DARVOCET-N 100 (LILLY), DARVON
```
=====================================================================
=====================================================================
```
Location         St Sch Administration Date    By       Body Site
Units            Units of
                                                Medication & Dosage
GIVEN            Administration
---------------------------------------------------------------------
---------------------------------------------------------------------
<<<< NO HISTORY FOUND FOR THIS TIME FRAME >>>>
```
=====================================================================
=====================================================================
```
Ward:    Room-Bed:


---------------------------------------------------------------------
End of report

Order Details - 28164996;4

```
==============================================================================
*** WORK COPY ONLY ***                    Printed: Sep 01, 2020  09:56
```

HYDROCODONE 10/ACETAMINOPHEN 325MG TAB
TAKE 1 TABLET BY MOUTH FOUR TIMES A DAY FOR CHRONIC ABDOMINAL PAIN - DO NOT
EXCEED 4000MG OF ACETAMINOPHEN (APAP)PER DAY FROM ANY AND ALL SOURCES ** NEXT
FILL DATE 8/30/2019 **
Quantity: 112 Refills: 0
<Discontinued by Pharmacy>

Activity:
07/29/2019 18:31  New Order entered by PETERSON,JOHN A (MEDICAL DOCTOR)
       Order Text:        HYDROCODONE 10/ACETAMINOPHEN 325MG TAB
                          TAKE 1 TABLET BY MOUTH FOUR TIMES A DAY FOR CHRONIC
ABDOMINAL PAIN - DO NOT
                          EXCEED 4000MG OF ACETAMINOPHEN (APAP)PER DAY FROM ANY AND
ALL SOURCES  ** NEXT
                          FILL DATE 8/02/2019 **
                          Quantity: 112 Refills: 0
       Nature of Order:   ELECTRONICALLY ENTERED
       Dig Signature:     PETERSON,JOHN A (MEDICAL DOCTOR) on 07/29/2019 18:32
07/30/2019 08:11  Change entered by MOHAMMED,RAZZAK ABDUL (CLINICAL PHARMA)
       Changed to:        HYDROCODONE 10/ACETAMINOPHEN 325MG TAB
                          TAKE 1 TABLET BY MOUTH FOUR TIMES A DAY FOR CHRONIC
ABDOMINAL PAIN - DO NOT
                          EXCEED 4000MG OF ACETAMINOPHEN (APAP)PER DAY FROM ANY AND
ALL SOURCES ** NEXT
                          FILL DATE 8/30/2019 **
                          Quantity: 112 Refills: 0
       Nature of Order:   SERVICE CORRECTION
       Signature:         SERVICE CORRECTION TO SIGNED ORDER
07/30/2019 08:13  Hold entered by MOHAMMED,RAZZAK ABDUL (CLINICAL PHARMA)
       Nature of Order:   WRITTEN
       Ordered by:        PETERSON,JOHN A (MEDICAL DOCTOR)
          Released:       07/30/2019 08:13
       Signature:         ON CHART WITH WRITTEN ORDERS
       Comments:          Rx due 8/02/19 ** DO NOT MAIL CONTROLS !
       Hold Released:     8/2/19 7:51 am by BURKE,MARY LISA (PHARMACIST)
08/02/2019 07:51  Release Hold entered by BURKE,MARY LISA (PHARMACIST)
       Nature of Order:   SERVICE CORRECTION
       Ordered by:        PETERSON,JOHN A (MEDICAL DOCTOR)
       Signature:         SERVICE CORRECTION TO SIGNED ORDER
       Comments:          Medication Removed from Hold by Pharmacy
08/26/2019 09:34  Discontinued by MOHAMMED,RAZZAK ABDUL (CLINICAL PHARMA)
       Reason for DC:     Discontinued by Pharmacy

Current Data:
Treating Specialty:
Ordering Location:        DAN CHRONIC PAIN CARE MD
Start Date/Time:          08/02/2019
Stop Date/Time:           08/26/2019
Current Status:           DISCONTINUED
  Orders that have been explicitly stopped.
Order #28164996
```

---

Page 1

Order Details - 28164996;4

===========================================================================

\*\*\* WORK COPY ONLY \*\*\*                          Printed: Sep 01, 2020  09:56

Order:
Medication:                    HYDROCODONE 10/ACETAMINOPHEN 325MG OP TAB
Dispense Drug:                 HYDROCODONE 10/ACETAMINOPHEN 325MG TAB
Instructions:                  1 TABLET ORAL QID
Sig:
    TAKE 1 TABLET BY MOUTH FOUR TIMES A DAY FOR CHRONIC ABDOMINAL PAIN - DO NOT EXCEED
4000MG OF ACETAMINOPHEN (APAP)PER DAY FROM ANY AND ALL SOURCES \*\* NEXT FILL DATE
8/30/2019 \*\*
Patient Instructions:
    FOR CHRONIC ABDOMINAL PAIN - DO NOT EXCEED 4000MG OF ACETAMINOPHEN
    (APAP)PER DAY FROM ANY AND ALL SOURCES \*\* next fill date 8/30/2019 \*\*
Days Supply:                   28
Quantity:                      112
Refills:                       0
Pick Up:                       WINDOW

Dispense Drugs (units/dose):   HYDROCODONE 10/ACETAMINOPHEN 325MG TAB ()
Last Filled:                   8/2/19
Refills Remaining:             0
Filled:                        8/2/19 (Window) released 8/2/19
                               LF 7/05/19 for 28-DS
Prescription#:                 5379149
Pharmacist:                    MOHAMMED,RAZZAK ABDUL


First Party Pay Exemptions
For conditions related to:    SERVICE CONNECTED CONDITION
Order Checks:
HIGH:        Previous adverse reaction to ACETAMINOPHEN/PROPOXYPHENE [DARVOCET-N
             100 (LILLY)] (based on DRUG INGREDIENT ACETAMINOPHEN and DRUG CLASS
             CN101 OPIOID ANALGESICS) (ILLIANA HCS entered on MAY 31,
             2018@09:19).
HIGH:        Previous adverse reaction to PROPOXYPHENE [DARVON] (based on DRUG
             CLASS CN101 OPIOID ANALGESICS) (ILLIANA HCS entered on MAY 31,
             2018@09:19).
HIGH:        Duplicate Therapy: Order(s) exist for {HYDROCODONE 10/ACETAMINOPHEN
             325MG TAB [ACTIVE], OXYCODONE 5/ACETAMINOPHEN 325MG TAB [ACTIVE],
             HYDROMORPHONE HCL 1MG/ML INJ 1ML [EXPIRED]} in the same therapeutic
             categor(ies): Opioid Analgesics- IR (with all antitussive opiates),
             Opioid Analgesics- IR (with all antitussive opiates), Non-Opioid
             Analgesic/Antipyretic, Non-Salicylate
HIGH:        IMED PATIENT AGREEMENT FOR NARC
             \*\*\* Patient has a signed "IMED PATIENT AGREEMENT FOR NARCOTIC
             DRUGS" \*\*\*

             Computed Finding: VA-Progress Note
             06/14/2018@16:40:25 value - CONSENT FOR LONG-TERM OPIOIDS FOR
             PAIN;
             Author: FRANKLIN,SHAWN R


MODERATE:   Duplicate opioid medications:  [1] Release Hold of OXYCODONE

---------------------------------------------------------------------------
Page 2

Order Details - 28164996;4



*** WORK COPY ONLY ***                    Printed: Sep 01, 2020  09:56

```
        5/ACETAMINOPHEN 325MG TAB TAKE 2 TABLETS BY MOUTH EVERY DAY AS
        NEEDED FOR FLARE UP OF RIGHT UPPER  QUANDRANT STOMACH PAIN - DO NOT
        EXCEED 4000MG OF ACETAMINOPHEN (APAP) PER  DAY FROM ANY AND ALL
        SOURCES  [ACTIVE]
Override:  PETERSON,JOHN A (MEDICAL DOCTOR) on 07/29/2019 18:31
        Chronic Medication
```

========================================================================


========================================================================
============================================================

MEDICATION HISTORY for JUL 03, 2020  to  SEP 01, 2020
Run Date: SEP 01, 2020@09:56
Include Inpatient and Clinic Orders

Page: 1
MEDICATIONS SEARCH LIST: HYDROCODONE 10/ACETAMINOPHEN 325MG OP

Patient: ▓▓▓▓▓▓▓▓▓▓▓▓       SSN:    ▓▓▓▓▓▓▓▓        DOB:

Sex:     MALE                 Ht/Wt:   180cm/132.45kg     Ward:
Rm:
Dx:                           Last Mvmt: MAY 4,2019@14:00   Type:
DISCHARGE

ADRs:      No ADRs on file.

Allergies: DARVOCET-N 100 (LILLY), DARVON
========================================================================
============================================================
Location              St Sch Administration Date   By      Body Site
Units          Units of
                                                     Medication & Dosage
GIVEN          Administration
------------------------------------------------------------------------
<<<< NO HISTORY FOUND FOR THIS TIME FRAME >>>>
========================================================================
============================================================
▓▓▓▓▓▓▓▓▓▓▓▓                        ▓▓▓▓▓▓▓▓
Ward:   Room-Bed:


------------------------------------------------------------------------
End of report

Order Details - 27656854;4

*** WORK COPY ONLY ***                    Printed: Sep 01, 2020  10:05


HYDROCODONE 10/ACETAMINOPHEN 325MG TAB
TAKE 1 TABLET BY MOUTH FOUR TIMES A DAY FOR CHRONIC ABDOMINAL PAIN - DO NOT
EXCEED 4000MG OF ACETAMINOPHEN (APAP)PER DAY FROM ANY AND ALL SOURCES ** NEXT
FILL DATE 4/12/2019 **
Quantity: 112 Refills: 0
<Discontinued by Pharmacy>

Activity:
03/13/2019 08:09  New Order entered by PETERSON,JOHN A (MEDICAL DOCTOR)
      Order Text:        HYDROCODONE 10/ACETAMINOPHEN 325MG TAB
                         TAKE 1 TABLET BY MOUTH FOUR TIMES A DAY FOR CHRONIC
ABDOMINAL PAIN - DO  NOT
                         EXCEED 4000MG OF ACETAMINOPHEN (APAP)PER DAY FROM ANY AND
ALL SOURCES  ** NEXT
                         FILL DATE 3/15/2019 **
                         Quantity: 112 Refills: 0
      Nature of Order:   ELECTRONICALLY ENTERED
      Dig Signature:     PETERSON,JOHN A (MEDICAL DOCTOR) on 03/13/2019 08:10
03/13/2019 08:21  Change entered by BURKE,MARY LISA (PHARMACIST)
      Changed to:        HYDROCODONE 10/ACETAMINOPHEN 325MG TAB
                         TAKE 1 TABLET BY MOUTH FOUR TIMES A DAY FOR CHRONIC
ABDOMINAL PAIN - DO NOT
                         EXCEED 4000MG OF ACETAMINOPHEN (APAP)PER DAY FROM ANY AND
ALL SOURCES ** NEXT
                         FILL DATE 4/12/2019 **
                         Quantity: 112 Refills: 0
      Nature of Order:   SERVICE CORRECTION
      Signature:         SERVICE CORRECTION TO SIGNED ORDER
03/13/2019 08:21  Hold entered by BURKE,MARY LISA (PHARMACIST)
      Nature of Order:   SERVICE CORRECTION
      Ordered by:        PETERSON,JOHN A (MEDICAL DOCTOR)
      Signature:         SERVICE CORRECTION TO SIGNED ORDER
      Comments:          LF 2/15 28DS due 3/15
      Hold Released:     3/15/19 8:43 am by MOHAMMED,RAZZAK ABDUL (CLINICAL PHARMA)
03/15/2019 08:43  Release Hold entered by MOHAMMED,RAZZAK ABDUL (CLINICAL PHARMA)
      Nature of Order:   WRITTEN
      Ordered by:        PETERSON,JOHN A (MEDICAL DOCTOR)
      Released:          03/15/2019 08:43
      Signature:         ON CHART WITH WRITTEN ORDERS
      Comments:          Medication Removed from Hold by Pharmacy
04/08/2019 08:40  Discontinued by MOHAMMED,RAZZAK ABDUL (CLINICAL PHARMA)
      Reason for DC:     Discontinued by Pharmacy

Current Data:
Treating Specialty:
Ordering Location:        DAN CHRONIC PAIN CARE MD
Start Date/Time:          03/15/2019
Stop Date/Time:           04/08/2019
Current Status:           DISCONTINUED
   Orders that have been explicitly stopped.
Order #27656854


----------------------------------------------------------------------------
Page 1


USA0290

290

Order Details - 27656854;4

```
================================================================
```

*** WORK COPY ONLY ***                    Printed: Sep 01, 2020  10:05

Order:
Medication:                HYDROCODONE 10/ACETAMINOPHEN 325MG OP TAB
Dispense Drug:             HYDROCODONE 10/ACETAMINOPHEN 325MG TAB
Instructions:              1 TABLET ORAL QID
Sig:
  TAKE 1 TABLET BY MOUTH FOUR TIMES A DAY FOR CHRONIC ABDOMINAL PAIN - DO NOT EXCEED
4000MG OF ACETAMINOPHEN (APAP) PER DAY FROM ANY AND ALL SOURCES ** NEXT FILL DATE
4/12/2019 **
Patient Instructions:
  FOR CHRONIC ABDOMINAL PAIN - DO NOT EXCEED 4000MG OF ACETAMINOPHEN
  (APAP) PER DAY FROM ANY AND ALL SOURCES ** next fill date 4/12/2019 **
Days Supply:               28
Quantity:                  112
Refills:                   0
Pick Up:                   WINDOW

Dispense Drugs (units/dose): HYDROCODONE 10/ACETAMINOPHEN 325MG TAB ()
Last Filled:               3/15/19
Refills Remaining:         0
Filled:                    3/15/19 (Window) released 3/15/19
                           LF 2/15 28DS
Prescription#:             5295353
Pharmacist:                BURKE,MARY LISA


First Party Pay Exemptions
Order Checks:
HIGH:      Previous adverse reaction to ACETAMINOPHEN/PROPOXYPHENE [DARVOCET-N
           100 (LILLY)] (based on DRUG INGREDIENT ACETAMINOPHEN and DRUG CLASS
           CN101 OPIOID ANALGESICS) (ILLIANA HCS entered on MAY 31,
           2018@09:19).
HIGH:      Previous adverse reaction to PROPOXYPHENE [DARVON] (based on DRUG
           CLASS CN101 OPIOID ANALGESICS) (ILLIANA HCS entered on MAY 31,
           2018@09:19).
HIGH:      Duplicate Therapy: Order(s) exist for {HYDROCODONE 10/ACETAMINOPHEN
           325MG TAB [UNRELEASED]} in the same therapeutic categor(ies):
           Non-Opioid Analgesic/Antipyretic, Non-Salicylate, Opioid
           Analgesics- IR (with all antitussive opiates)
HIGH:      IMED PATIENT AGREEMENT FOR NARC
             *** Patient has a signed "IMED PATIENT AGREEMENT FOR NARCOTIC
             DRUGS" ***

             Computed Finding: VA-Progress Note
             06/14/2018@16:40:25 value - CONSENT FOR LONG-TERM OPIOIDS FOR
           PAIN;
             Author: FRANKLIN,SHAWN R


Override:  PETERSON,JOHN A (MEDICAL DOCTOR) on 03/13/2019 08:09
           Chronic Medication
```

```
================================================================
```

```
----------------------------------------------------------------
```
Page 2

Order Details - 27656854;4

*** WORK COPY ONLY ***                    Printed: Sep 01, 2020  10:05

```
================================================================
=============================================
```

MEDICATION HISTORY for JUL 03, 2020  to  SEP 01, 2020
Run Date: SEP 01, 2020@10:05
Include Inpatient and Clinic Orders

Page: 1
MEDICATIONS SEARCH LIST: HYDROCODONE 10/ACETAMINOPHEN 325MG OP

Patient:                         SSN:                    DOB:

Sex:      MALE                   Ht/Wt:    180cm/132.45kg      Ward:
Rm:
Dx:                              Last Mvmt: MAY 4,2019@14:00    Type:
DISCHARGE

ADRs:      No ADRs on file.

Allergies:  DARVOCET-N 100 (LILLY), DARVON
```
================================================================
=============================================
```
Location          St Sch Administration Date   By       Body Site
Units       Units of
                                                  Medication & Dosage
GIVEN       Administration
----------------------------------------------------------------
----------------------------------------------
<<<< NO HISTORY FOUND FOR THIS TIME FRAME >>>>
```
================================================================
=============================================
```
Ward:   Room-Bed:

----------------------------------------------------------------
End of report

Order Details - 27538164;4

============================================================
*** WORK COPY ONLY ***                    Printed: Sep 01, 2020  10:05


HYDROCODONE 10/ACETAMINOPHEN 325MG TAB
TAKE 1 TABLET BY MOUTH FOUR TIMES A DAY FOR CHRONIC ABDOMINAL PAIN - DO NOT
EXCEED 4000MG OF ACETAMINOPHEN (APAP)PER DAY FROM ANY AND ALL SOURCES ** NEXT
FILL DATE 3/15/2019 **
Quantity: 112 Refills: 0

Activity:
02/08/2019 12:27  New Order entered by PETERSON,JOHN A (MEDICAL DOCTOR)
      Order Text:       HYDROCODONE 10/ACETAMINOPHEN 325MG TAB
                        TAKE 1 TABLET BY MOUTH FOUR TIMES A DAY FOR CHRONIC
ABDOMINAL PAIN - DO  NOT
                        EXCEED 4000MG OF ACETAMINOPHEN (APAP)PER DAY FROM ANY AND
ALL SOURCES  ** NEXT
                        FILL DATE 2/15/2019 **
                        Quantity: 112 Refills: 0
      Nature of Order:  ELECTRONICALLY ENTERED
      Dig Signature:    PETERSON,JOHN A (MEDICAL DOCTOR) on 02/08/2019 12:28
02/08/2019 13:13  Change entered by HOAGLAND,ADAM W (PHARMACIST, OUT)
      Changed to:       HYDROCODONE 10/ACETAMINOPHEN 325MG TAB
                        TAKE 1 TABLET BY MOUTH FOUR TIMES A DAY FOR CHRONIC
ABDOMINAL PAIN - DO NOT
                        EXCEED 4000MG OF ACETAMINOPHEN (APAP)PER DAY FROM ANY AND
ALL SOURCES ** NEXT
                        FILL DATE 3/15/2019 **
                        Quantity: 112 Refills: 0
      Nature of Order:  SERVICE CORRECTION
      Signature:        SERVICE CORRECTION TO SIGNED ORDER
02/08/2019 13:14  Hold entered by HOAGLAND,ADAM W (PHARMACIST, OUT)
      Nature of Order:  SERVICE CORRECTION
      Ordered by:       PETERSON,JOHN A (MEDICAL DOCTOR)
      Signature:        SERVICE CORRECTION TO SIGNED ORDER
      Comments:         do not mail; due 2/15, may pick up 2/13 - top sheet
                        filed
      Hold Released:    2/15/19 8:59 am by HOAGLAND,ADAM W (PHARMACIST, OUT)
02/15/2019 08:59  Release Hold entered by HOAGLAND,ADAM W (PHARMACIST, OUT)
      Nature of Order:  SERVICE CORRECTION
      Ordered by:       PETERSON,JOHN A (MEDICAL DOCTOR)
      Signature:        SERVICE CORRECTION TO SIGNED ORDER
      Comments:         Medication Removed from Hold by Pharmacy

Current Data:
Treating Specialty:
Ordering Location:        DAN CHRONIC PAIN CARE MD
Start Date/Time:          02/15/2019
Stop Date/Time:           03/10/2019
Current Status:           EXPIRED
  Orders that have a stop date which has expired.  e.g., Unit Dose
  orders expire at some sites 14 days after the order is created,
  but may be renewed within a hospital designated time
  after the expiration date.
Order #27538164


------------------------------------------------------------------------
Page 1

USA0293

Order Details - 27538164;4

```
==========================================================================
```

*** WORK COPY ONLY ***                          Printed: Sep 01, 2020  10:05

```
Order:
Medication:                 HYDROCODONE 10/ACETAMINOPHEN 325MG OP TAB
Dispense Drug:              HYDROCODONE 10/ACETAMINOPHEN 325MG TAB
Instructions:              1 TABLET ORAL QID
Sig:
   TAKE 1 TABLET BY MOUTH FOUR TIMES A DAY FOR CHRONIC ABDOMINAL PAIN - DO NOT EXCEED
4000MG OF ACETAMINOPHEN (APAP)PER DAY FROM ANY AND ALL SOURCES ** NEXT FILL DATE
3/15/2019 **
Patient Instructions:
   FOR CHRONIC ABDOMINAL PAIN - DO NOT EXCEED 4000MG OF ACETAMINOPHEN
   (APAP)PER DAY FROM ANY AND ALL SOURCES ** next fill date 3/15/2019 **
Days Supply:               28
Quantity:                  112
Refills:                   0
Pick Up:                   WINDOW

Dispense Drugs (units/dose): HYDROCODONE 10/ACETAMINOPHEN 325MG TAB ()
Last Filled:               2/15/19
Refills Remaining:         0
Filled:                    2/15/19 (Window) released 2/15/19
                           1f 1/18; fill 2/15 - PMP good
Prescription#:             5274221
Pharmacist:                HOAGLAND,ADAM W


First Party Pay Exemptions
For conditions related to:    SERVICE CONNECTED CONDITION
Order Checks:
HIGH:       Previous adverse reaction to ACETAMINOPHEN/PROPOXYPHENE [DARVOCET-N
            100 (LILLY)] (based on DRUG INGREDIENT ACETAMINOPHEN and DRUG CLASS
            CN101 OPIOID ANALGESICS) (ILLIANA HCS entered on MAY 31,
            2018@09:19).
HIGH:       Previous adverse reaction to PROPOXYPHENE [DARVON] (based on DRUG
            CLASS CN101 OPIOID ANALGESICS) (ILLIANA HCS entered on MAY 31,
            2018@09:19).
HIGH:       Duplicate Therapy: Order(s) exist for {HYDROCODONE 10/ACETAMINOPHEN
            325MG TAB [ACTIVE]} in the same therapeutic categor(ies):
            Non-Opioid Analgesic/Antipyretic, Non-Salicylate, Opioid
            Analgesics- IR (with all antitussive opiates)
HIGH:       IMED PATIENT AGREEMENT FOR NARC
               *** Patient has a signed "IMED PATIENT AGREEMENT FOR NARCOTIC
            DRUGS" ***

               Computed Finding: VA-Progress Note
               06/14/2018@16:40:25 value - CONSENT FOR LONG-TERM OPIOIDS FOR
            PAIN;
               Author: FRANKLIN,SHAWN R


Override:   PETERSON,JOHN A (MEDICAL DOCTOR) on 02/08/2019 12:27
            Chronic Medication


--------------------------------------------------------------------------
```

Page 2

USA0294

294

Order Details - 27538164;4

*** WORK COPY ONLY ***                    Printed: Sep 01, 2020  10:05

MEDICATION HISTORY for JUL 03, 2020  to  SEP 01, 2020
Run Date: SEP 01, 2020@10:05
Include Inpatient and Clinic Orders

Page: 1
MEDICATIONS SEARCH LIST: HYDROCODONE 10/ACETAMINOPHEN 325MG OP

Patient:                          SSN:                    DOB:

Sex:        MALE                  Ht/Wt:     180cm/132.45kg     Ward:
Rm:
Dx:                               Last Mvmt: MAY 4,2019@14:00   Type:
DISCHARGE

ADRs:       No ADRs on file.

Allergies:  DARVOCET-N 100 (LILLY), DARVON
=================================================================

Location             St Sch Administration Date   By        Body Site
Units                Units of
                                                            Medication & Dosage
GIVEN                Administration
-----------------------------------------------------------------
<<<< NO HISTORY FOUND FOR THIS TIME FRAME >>>>
=================================================================

Ward:   Room-Bed:

-----------------------------------------------------------------
End of report

Order Details - 28744259;4

*** WORK COPY ONLY ***                        Printed: Sep 01, 2020  09:44


OXYCODONE 5/ACETAMINOPHEN 325MG TAB
TAKE 2 TABLETS BY MOUTH EVERY DAY AS NEEDED FOR FLARE UP OF RIGHT UPPER
QUANDRANT STOMACH PAIN- DO NOT EXCEED 4000MG OF ACETAMINOPHEN (APAP) PER DAY
FROM ANY AND ALL SOURCES ** NEXT FILL DATE 2/14/2020 **
Quantity: 6 Refills: 0
<Discontinued by Pharmacy>

Activity:
01/13/2020 18:14  New Order entered by PETERSON,JOHN A (MEDICAL DOCTOR)
     Order Text:        OXYCODONE 5/ACETAMINOPHEN 325MG TAB
                        TAKE 2 TABLETS BY MOUTH EVERY DAY AS NEEDED FOR FLARE UP OF
RIGHT UPPER
                        QUANDRANT STOMACH PAIN- DO NOT EXCEED 4000MG OF
ACETAMINOPHEN (APAP) PER  DAY
                        FROM ANY AND ALL SOURCES ** NEXT FILL DATE 01/17/2020 **
                        Quantity: 6 Refills: 0
     Nature of Order:   ELECTRONICALLY ENTERED
     Dig Signature:     PETERSON,JOHN A (MEDICAL DOCTOR) on 01/13/2020 18:17
01/14/2020 08:25  Change entered by BURKE,MARY LISA (PHARMACIST)
     Changed to:        OXYCODONE 5/ACETAMINOPHEN 325MG TAB
                        TAKE 2 TABLETS BY MOUTH EVERY DAY AS NEEDED FOR FLARE UP OF
RIGHT UPPER
                        QUANDRANT STOMACH PAIN- DO NOT EXCEED 4000MG OF
ACETAMINOPHEN (APAP) PER DAY
                        FROM ANY AND ALL SOURCES ** NEXT FILL DATE 2/14/2020 **
                        Quantity: 6 Refills: 0
     Nature of Order:   SERVICE CORRECTION
     Signature:         SERVICE CORRECTION TO SIGNED ORDER
01/14/2020 08:26  Hold entered by BURKE,MARY LISA (PHARMACIST)
     Nature of Order:   SERVICE CORRECTION
     Ordered by:        PETERSON,JOHN A (MEDICAL DOCTOR)
     Signature:         SERVICE CORRECTION TO SIGNED ORDER
     Comments:          LF 12/20 28DS DUE 1/17
     Hold Released:     1/16/20 8:13 am by MOHAMMED,RAZZAK ABDUL (CLINICAL PHARMA)
01/16/2020 08:13  Release Hold entered by MOHAMMED,RAZZAK ABDUL (CLINICAL PHARMA)
     Nature of Order:   WRITTEN
     Ordered by:        PETERSON,JOHN A (MEDICAL DOCTOR)
     Released:          01/16/2020 08:13
     Signature:         ON CHART WITH WRITTEN ORDERS
     Comments:          Medication Removed from Hold by Pharmacy
     Flagged by:        KEGLEY,LEAH ANN (MEDICAL SUPPORT) on 02/03/2020 14:26
                        Med renewal request - window pick up 2/14
     Unflagged by:      NNAMUCHI,LILIAN C (STAFF PHYSICIAN) on 02/04/2020 16:16

02/04/2020 16:26  Discontinued by COFFING,LYNDA E (PHARMACIST)
     Reason for DC:     Discontinued by Pharmacy

Current Data:
Treating Specialty:
Ordering Location:        DAN CHRONIC PAIN CARE MD
Start Date/Time:          01/17/2020
Stop Date/Time:           02/04/2020


------------------------------------------------------------------------
Page 1


USA0296

Order Details - 28744259;4



*** WORK COPY ONLY ***                        Printed: Sep 01, 2020  09:44


Current Status:            DISCONTINUED
  Orders that have been explicitly stopped.
Order #28744259

Order:
Medication:                OXYCODONE 5MG/ACETAMINOPHEN 325MG TAB
Dispense Drug:             OXYCODONE 5/ACETAMINOPHEN 325MG TAB
Instructions:              2 TABLETS ORAL DAILY PRN
Sig:
  TAKE 2 TABLETS BY MOUTH EVERY DAY AS NEEDED FOR FLARE UP OF RIGHT UPPER QUANDRANT
STOMACH PAIN- DO NOT EXCEED 4000MG OF ACETAMINOPHEN (APAP) PER DAY FROM ANY AND ALL
SOURCES ** NEXT FILL DATE 2/14/2020 **
Patient Instructions:
  FOR flare up of right upper quandrant stomach PAIN- DO NOT EXCEED 4000MG
  OF ACETAMINOPHEN (APAP) PER DAY FROM ANY AND ALL SOURCES ** next fill
  date 2/14/2020 **
Days Supply:               28
Quantity:                  6
Refills:                   0
Pick Up:                   WINDOW

Dispense Drugs (units/dose):   OXYCODONE 5/ACETAMINOPHEN 325MG TAB ()
Last Filled:               1/17/20
Refills Remaining:         0
Filled:                    1/17/20 (Window) released 1/16/20
                           LF 12/20 28DS DUE 1/17
Prescription#:             5474909
Pharmacist:                BURKE,MARY LISA


First Party Pay Exemptions
For conditions related to:    SERVICE CONNECTED CONDITION
Order Checks:
HIGH:      Previous adverse reaction to ACETAMINOPHEN/PROPOXYPHENE [DARVOCET-N
           100 (LILLY)] (based on DRUG INGREDIENT ACETAMINOPHEN and DRUG CLASS
           CN101 OPIOID ANALGESICS) (ILLIANA HCS entered on MAY 31,
           2018@09:19).
HIGH:      Previous adverse reaction to PROPOXYPHENE [DARVON] (based on DRUG
           CLASS CN101 OPIOID ANALGESICS) (ILLIANA HCS entered on MAY 31,
           2018@09:19).
HIGH:      Duplicate Therapy: Order(s) exist for {HYDROCODONE 10/ACETAMINOPHEN
           325MG TAB [UNRELEASED], HYDROCODONE 10/ACETAMINOPHEN 325MG TAB
           [ACTIVE], OXYCODONE 5/ACETAMINOPHEN 325MG TAB [UNRELEASED]} in the
           same therapeutic categor(ies): Non-Opioid Analgesic/Antipyretic,
           Non-Salicylate, Opioid Analgesics- IR (with all antitussive
           opiates)
HIGH:      IMED PATIENT AGREEMENT FOR NARC
           *** Patient has a signed "IMED PATIENT AGREEMENT FOR NARCOTIC
           DRUGS" ***

           Computed Finding: VA-Progress Note
           06/14/2018@16:40:25 value - CONSENT FOR LONG-TERM OPIOIDS FOR

----------------------------------------------------------------------
Page 2

USA0297

297

Order Details - 28744259;4

```
================================================================
```

*** WORK COPY ONLY ***                    Printed: Sep 01, 2020  09:44


                PAIN;
                Author: FRANKLIN,SHAWN R


MODERATE:     Duplicate opioid medications:  [1] HYDROCODONE 10/ACETAMINOPHEN
              325MG TAB TAKE 1 TABLET BY MOUTH FIVE TIMES A DAY FOR CHRONIC
              ABDOMINAL PAIN - DO  NOT EXCEED 4000MG OF ACETAMINOPHEN (APAP)PER
              DAY FROM ANY AND ALL SOURCES  ** NEXT FILL DATE 01/17/2020 **
              [UNRELEASED],  [2] Release Hold of HYDROCODONE 10/ACETAMINOPHEN
              325MG TAB TAKE 1 TABLET BY MOUTH FIVE TIMES A DAY FOR CHRONIC
              ABDOMINAL PAIN - DO NOT EXCEED 4000MG OF ACETAMINOPHEN (APAP)PER
              DAY FROM ANY AND ALL SOURCES ** NEXT FILL DATE 01/17/2020 **
              [ACTIVE]
Override:     PETERSON,JOHN A (MEDICAL DOCTOR) on 01/13/2020 18:16
              Chronic Medication


================================================================


================================================================
================================================================

MEDICATION HISTORY for JUL 03, 2020  to  SEP 01, 2020
Run Date: SEP 01, 2020@09:44
Include Inpatient and Clinic Orders

Page: 1
MEDICATIONS SEARCH LIST: OXYCODONE 5MG/ACETAMINOPHEN 325MG
```

Patient;                          SSN:                    DOB:

Sex:      MALE                    Ht/Wt:    180cm/132.45kg     Ward:
Rm:
Dx:                               Last Mvmt: MAY 4,2019@14:00  Type:
DISCHARGE

ADRs:      No ADRs on file.

Allergies: DARVOCET-N 100 (LILLY), DARVON
```
================================================================
================================================================
```
Location              St Sch Administration Date    By        Body Site
Units              Units of
                                                      Medication & Dosage
GIVEN          Administration
```
----------------------------------------------------------------
----------------------------------------------------------------
```
<<<< NO HISTORY FOUND FOR THIS TIME FRAME >>>>
```
================================================================
================================================================
```

Ward:   Room-Bed:


----------------------------------------------------------------
End of report

Order Details - 28063498;3

=========================================================================
*** WORK COPY ONLY ***                    Printed: Sep 01, 2020  09:57


OXYCODONE 5/ACETAMINOPHEN 325MG TAB
TAKE 2 TABLETS BY MOUTH EVERY DAY AS NEEDED FOR FLARE UP OF RIGHT UPPER
QUANDRANT STOMACH PAIN - DO NOT EXCEED 4000MG OF ACETAMINOPHEN (APAP) PER  DAY
FROM ANY AND ALL SOURCES
Quantity: 6 Refills: 0

Activity:
07/01/2019 08:22  New Order entered by PETERSON,JOHN A (MEDICAL DOCTOR)
      Order Text:        OXYCODONE 5/ACETAMINOPHEN 325MG TAB
                         TAKE 2 TABLETS BY MOUTH EVERY DAY AS NEEDED FOR FLARE UP OF
RIGHT UPPER
                         QUANDRANT STOMACH PAIN - DO NOT EXCEED 4000MG OF
ACETAMINOPHEN (APAP) PER  DAY
                         FROM ANY AND ALL SOURCES
                         Quantity: 6 Refills: 0
      Nature of Order:   ELECTRONICALLY ENTERED
      Dig Signature:     PETERSON,JOHN A (MEDICAL DOCTOR) on 07/01/2019 08:36
07/01/2019 08:47  Hold entered by MOHAMMED,RAZZAK ABDUL (CLINICAL PHARMA)
      Nature of Order:   WRITTEN
      Ordered by:        PETERSON,JOHN A (MEDICAL DOCTOR)
         Released:       07/01/2019 08:47
      Signature:         ON CHART WITH WRITTEN ORDERS
      Comments:          Rx due 7/01/19 ** DO NOT MAIL CONTROLS !
      Hold Released:     7/5/19 11:33 am by BURKE,MARY LISA (PHARMACIST)
07/05/2019 11:33  Release Hold entered by BURKE,MARY LISA (PHARMACIST)
      Nature of Order:   SERVICE CORRECTION
      Ordered by:        PETERSON,JOHN A (MEDICAL DOCTOR)
      Signature:         SERVICE CORRECTION TO SIGNED ORDER
      Comments:          Medication Removed from Hold by Pharmacy

Current Data:
Treating Specialty:
Ordering Location:        DAN CHRONIC PAIN CARE MD
Start Date/Time:          07/05/2019
Stop Date/Time:           07/31/2019
Current Status:           EXPIRED
  Orders that have a stop date which has expired.  e.g., Unit Dose
  orders expire at some sites 14 days after the order is created,
  but may be renewed within a hospital designated time
  after the expiration date.
Order #28063498

Order:
Medication:               OXYCODONE 5MG/ACETAMINOPHEN 325MG TAB
Dispense Drug:            OXYCODONE 5/ACETAMINOPHEN 325MG TAB
Instructions:            2 TABLETS ORAL DAILY PRN
Sig:
  TAKE 2 TABLETS BY MOUTH EVERY DAY AS NEEDED FOR FLARE UP OF RIGHT UPPER
  QUANDRANT STOMACH PAIN - DO NOT EXCEED 4000MG OF ACETAMINOPHEN (APAP) PER
  DAY FROM ANY AND ALL SOURCES
Patient Instructions:
  FOR flare up of right upper quandrant stomach PAIN


-------------------------------------------------------------------------
Page 1


USA0299

299