UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| Dr. JOHN A. PETERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No.: 2:21-cv-02293 |
| ) | |
| DENIS R. McDONOUGH, SECRETARY ) | |
| of VETERANS AFFAIRS, UNITED STATES ) | |
| DEPARTMENT OF VETERANS AFFAIRS, ) | |
| ) | |
| Defendant. ) | |

## AGREED ADDITIONAL RECORDS
## FOR COMPLETION OF ADMINISTRATIVE RECORD

Now Come the Parties by agreement submit those documents which they agree were not part of the original certified record, but which should have been to complete the administrative record.

1. January 20, 2020 Notice of Representation from Dr. Peterson's counsel;
    a. USA2206

2. September 14, 2020 extension of Dr. Peterson's suspension;
    a. USA2207

3. November 10, 2020 Notice of Appeal to Disciplinary Appeals Board ("DAB") sent by Dr. Peterson's counsel with exhibits;
    a. USA2213

4. November 27, 2020 Case Management Order;
    a. USA2237

5. December 2, 2020 Request by Dr. Peterson for waiver of statutory timeframes, with attached email;
    a. USA2240

6. December 4, 2020 email correspondence from Dr. Peterson's counsel to the DAB;
    a. USA2244

7. December 17, 2020 email correspondence rescheduling of the Disciplinary Appeals Board on December 16, 2020;
   a. USA2245

8. December 18, 2020 Ruling from the DAB regarding witnesses and motions;
   a. USA2248

9. January 22, 2021 email requesting reschedule and 29, 2021 Rescheduling of hearing by the DAB;
   a. USA2251

10. March 12, 2021 DAB Advisement re: Witnesses, Motion, Pre-Hearing Conference Call and Hearing;
    a. USA2255

11. May 10, 2021 DAB Advisement re: Reschedule date of Pre-Hearing Conference Call
    a. USA2263

12. May 18, 2021 DAB Advisement regarding: request to reschedule the hearing date and continuity of the hearing dates; and
    a. USA2268

Respectfully Submitted,

By: /s/ Ronald S. Langacker_____
Attorney for Plaintiff
Ronald S. Langacker #6239469
Langacker Law, Ltd.
210 N. Broadway Ave.
Urbana, Illinois 61801
(217) 954-1025
ron@langackerlaw.com

By: /s/ Kathy L. Swett
Attorney for Defendants
Kathy L. Swett
Assistant United States Attorney
IL Bar #6316491
CA Bar #278531
1830 2nd Ave., Suite 250
Rock Island, IL 61201
(309)283-3316
kathy.swett@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on August 11, 2022, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will provide electronic notice of said filing to all parties via the CM/ECF system.

Date:  August 11, 2022                                s/ Kathy Swett
                                                                                                                Kathy Swett
                                                                                                                Assistant United States Attorney