**George Vargas**

---

| | |
|---|---|
| From: | George Vargas |
| Sent: | Monday, May 17, 2021 6:53 PM |
| To: | Haq, Ehtsham; Miller, Patricia D. (WMC) |
| Cc: | Morgan, Tim (OGC) |
| Subject: | Expert Disclosure |

Dear Dr. Haq:

Our new consulting firm was able to locate an expert that will assist us with Dr. Peterson's defense. I am formally disclosing:

Dr. Verna Bain, MD
Portland, TN

As we were just now able to contract with Dr. Bain today,  I am respectfully requesting that you reset the board to either **July 21 or 28** to allow our expert to review the documents the investigator relied on to make his recommendation to suspend Dr. Peterson's clinical privileges.

As you consider when to re-schedule the hearing date, please be advised that due to the nature of my practice I find myself  in court Mondays, Tuesdays, and Thursdays.  I can commit to a full day hearing any Wednesday or Friday.

I look forward to our pre-trial hearing in two days.  Thank you for your attention to this matter.

Respectfully,



George Vargas, Attorney at Law
Steigmann Law, P.C.
1807 Woodfield Drive
Savoy, Illinois 61874
Tele (217) 351-5818 Fax (217) 351-5819
gvargas@steigmannlaw.com
www.steigmannlaw.com


Notice:  This communication is covered by the Electronic Communications Privacy Act (18 U.S.C. 2510 et. seq.) and is intended to remain confidential and is subject to attorney client and work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and delete this message (and any attachments). Do not disclose, deliver, distribute or copy this email (and any attachments).

# Exhibit 1