**George Vargas**

---

| | |
|---|---|
| **From:** | Miller, Patricia D. (WMC) <Patricia.Miller18@va.gov> |
| **Sent:** | Tuesday, May 18, 2021 4:37 PM |
| **To:** | peterson@shout.net; George Vargas |
| **Cc:** | Bransky, Shawn M.; Morgan, Tim (OGC); Haq, Ehtsham; Grich, Pamela L. MD; Trigero, Sara L. VHAREN |
| **Subject:** | DAB Danville Board Advisement re request to re-schedule and continuity of the hearing dates |
| **Attachments:** | B-19 DAB Danville Response to Applnt req -extension and nonconcurrent hearing days - expert witness decision pending.pdf |

Good Afternoon,

Please find attached the Board's response to Attorney Vargas' email of May 17, 2021.

Best regards,

**Patricia "Patty" Miller**
HR Specialist ER/LR
Human Resources Operations Office, HROO (106A6)
Workforce Management and Consulting (106A)
Veterans Health Administration
US Department of Veterans Affairs
Phone: (414) 208-8901

*How was my service today?  We value your feedback – please click on the link to take the* <u>WMC Quick Card Survey</u>

# Exhibit 2



**DEPARTMENT OF VETERANS AFFAIRS**
Veterans Health Administration
Workforce Management and Consulting
Consolidated Human Resources Management Office

May 18, 2021

John Peterson, M.D.
702 West Pennsylvania Ave.
Urbana, IL 61801

Subject: Disciplinary Appeals Board Hearing – **Advisement re: request to re-schedule the hearing date and continuity of the hearing dates**

1. This is to inform you that the Board received your May 17, 2021 email entitled "Expert Disclosure" and has determined the following:

   a. The Board denies your request for an extension to the hearing date. The Appellant was granted three extension requests, the last being March 19, 2021. There is time for the expert witness, if approved, to review the evidence file prior to the hearing.

   b. The Board has consistently communicated, on no less than four occasions, that if the hearing is not completed on the first day scheduled, it will resume the following day. It is the Board's expectation that if the hearing is not completed on the first day that it will continue the following day as set forth in the notices received by all parties.

   c. The Board will render a decision on your expert witness after the pre-hearing WebEx meeting on May 19, 2021.

2. For further questions or information regarding this matter, please contact Patricia Miller, Technical Advisor, at 414-208-8901.

patricia d. miller 276097
Digitally signed by patricia d. miller 276097
Date: 2021.05.18 16:34:30 -05'00'

for
Ehtsham Haq, M.D.
Chairperson,
Disciplinary Appeals Board

cc: George Vargas, Attorney, Steigmann Law, PC, Appellant's Representative
Tim Morgan, Attorney, Office of General Counsel, Midwest District, Agency Representative

Page 2

Disciplinary Appeals Board Hearing – John Peterson, M.D.

    Shawn M. Bransky, Director, Illiana Health Care System
    Pamela L. Grich, M.D., Board Secretary
    Sara Trigero, M.D., Board Member
    Patricia Miller, Technical Advisor