**George Vargas**

| | |
|---|---|
| From: | George Vargas |
| Sent: | Monday, May 31, 2021 11:59 AM |
| To: | Morgan, Tim (OGC) |
| Subject: | Dr. Peterson Board |
| Attachments: | VA Termination Response 05_31_2021.pdf |

Tim:

Hope this e-mail finds you well. While Dr. Peterson is expected to testify, here is a rebuttal to the Agency's review and findings which I intend to submit to the Board on Wednesday. I am disclosing this to you in advance so that there is no issue with not having seen this beforehand. It is a merely a case by case rebuttal to each individual patient where the VA claims that Dr. Peterson did not meet the appropriate standard of care.

Also, can you please advise what building we are to meet in? I understand that in order to get into the building we will need to go through the police department on campus. Thanks.

Respectfully,



George Vargas, Attorney at Law
Steigmann Law, P.C.
1807 Woodfield Drive
Savoy, Illinois 61874
Tele (217) 351-5818 Fax (217) 351-5819
gvargas@steigmannlaw.com
www.steigmannlaw.com

Notice: This communication is covered by the Electronic Communications Privacy Act (18 U.S.C. 2510 et. seq.) and is intended to remain confidential and is subject to attorney client and work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and delete this message (and any attachments). Do not disclose, deliver, distribute or copy this email (and any attachments).

# Exhibit 3