# RESPONSE TO VA TERMINATION
## JOHN A. PETERSON, MD

### INTRODUCTION

On January 22, 2020 I was informed that my clinical privileges as the chronic pain physician at the Danville Veterans Administration were being placed on suspension due to "aspects of your clinical practice did not meet the accepted standards of practice and potentially constitute imminent threat to patient welfare." I was relieved of clinical duties while a review of my practice was conducted by an outside VA physician. As a result of this review my position was terminated as of November 9, 2020 and the Medical Director informed the State of Illinois Professional Licensing Board of my removal.

### BACKGROUND

In this analysis I will present the background to these actions and the constraints the administration placed upon the practice.

When I started at the VA the second half of February,2016 the Chronic Pain Management group had been without a physician director for about 18 months after the State of Indiana accused the previous director of wrongful deaths in several of his unrelated private practice pain patients treated previous to his service at the VA. (He was subsequently cleared of these charges in a jury trial, but his VA career was finished.) Our unit consisted of the Medical Director, a Pain Psychologist, Pain Pharmacist, Pain Physical Therapist and a Physician Assistant located in Peoria. We soon added a Nurse Practitioner with an extensive tenure in Danville shortly after she obtained her advanced practice credentials. Scheduling and orders were coordinated through an experienced MAS (Medical Administrative Service.) Overall administrative oversight was through the Surgical Service instead of Medicine. Despite being an unusual assignment, the arrangement made sense in that the Surgical Director was acknowledged to be an accomplished VA veteran who had assembled an early version of the department around a Physician Assistant with an interest in the topic.

Our first task was to review the cases of fifteen veterans who had fallen out in a central office review as high-risk months earlier at the time when there was no longer a physician director. We interviewed the seven or eight that were still attached to primary care, made adjustments if indicated and then opened up for new consultations.

When we restarted the service, I indicated to the primary care medical staff that I would take direct responsibility for treating the high-dose veterans and for those on methadone for pain. (Danville does not have a methadone program for opioid use disorder.) Danville had approximately 2300 patients on opioids. Primary care, with its high percentage of nurse practitioners and physician assistants who staffed the service, was generally frightened of prescribing controlled substances given the political currents impacting practitioners, threatening unrelenting scrutiny upon those who continued opioid therapy.

The expectation of the medical staff was that the Pain Clinic would prescribe directly to all 2300 veterans. We literally received requests to assume the care of veterans who had been taking as little as two Vicodin daily for years. Despite an informal stated policy enunciated by the primary

care director that stable patients at effective doses of 70 MEDD or less should just be continued, the majority of the practitioners were nervous with even that administrative assurance.

Consistent staffing of the Clinic was also challenging. Our Physician Assistant in Peoria was not being utilized to the intensity initially contemplated. Peoria is actually the largest center of primary care in the Illiana system, yet she was not getting more than a handful of referrals. The lack of collegiality was not one sided. She rejected requests for the absence of minor data.

With the resulting lack of a justifiable workload, our Peoria PA was transferred to clinical duties in the busy Podiatry section with only a four-hour commitment to Pain; that slot only utilized about half of the time. She was very unhappy with the new assignment and when she developed a carpal tunnel-like wrist condition she went onto medical leave ceasing all activities including pain around the summer of 2018.

We added a Danville nurse practitioner in June of 2016 who pulled her freight. Her assistance made the workload more tolerable. She did not have any better success in having primary care take back referrals sent to her. She was, however, similarly reassigned to surgery for pre-operative evaluations the fall of 2018. Her transfer required that I pick-up her on-going caseload. As a result, I was left as the only medical pain practitioner. It was typical for me to work three hours past the close of my shift to keep up with the clinic's work commitments. A thirteen hour day was getting out early. At least the family was not asleep yet and I could reheat dinner.

Pain psychology and pain physical therapy were heavily utilized in the department. Consultations could be initiated from any outside service but Pain originated the majority of their work assignments. Physical therapy was available throughout my tenure there. I also could refer to Chiropractic. Chiropractic including acupuncture was generally unsuccessful but physical therapy did yield a much higher degree of benefit.

One-third of the pain psychologist's workload was filled by Pain initiated contacts. The position was filled at the start of my tenure. She started with a light case count that expanded over the next year due to new referrals and her style of practice in which she tended to hold onto her clients for extensive time periods. Eventually obtaining timely appointments proved challenging although not strictly impossible.

The work flow was rather suddenly disrupted the fall of 2017 when she indicated that she was transferring to an out of state VA to be closer to her son. No replacement was provided immediately, the facility-wide psychology department was grossly understaffed in multiple specialties. It was not until October of 2018 that we obtained a replacement. His style of practice was more consultative where he recognized when a client had reached maximum therapeutic benefit. As a result, timely referrals were easier to obtain.

The Pain Pharmacist had been on station since the group was formed two years earlier. His commitments were formally divided among Palliative Care, Psychosocial Residential Rehabilitation Treatment Program (PRRTP) and Pain. However, the pharmacy administration was never highly supportive of his work with us. They considered him to be an inpatient

pharmacist on loan and frequently pulled him on short notice to cover vacancies in their schedule.

Our pain pharmacist discussed individual patients with me typically weekly. He was otherwise engaged within the clinic with the quarterly list of higher risk patients send out by the VISN. Among that list, many were in fact being managed by the palliative care service, had been admitted to nursing homes or had moved from the area. We typically only needed to review three or four as current patients on a quarterly basis.

We were also tasked with monitoring primary care compliance with annual drug screens and the Consent for Long-Term Opioid Therapy for Pain, although the Clinic had no direct contact with the substantial proportion of these veterans. Originally the majority of primary care practitioners were lax in completing these expectations with at least half of their patient panels deficient. This reluctance was well demonstrated at the beginning in the Spring of 2016. Our Peoria physician assistant actually entered urinalysis orders for all of the patients due their annual study. Their treating practitioners did not send them to the laboratory to provide the samples.

But it was not just Peoria. This lack of response was Illiana system-wide. On a quarterly basis we attempted to elicit adherence to urinalysis and consent guidelines by identifying individual patient by provider deficiencies. Even this level of specificity yielded disappointing results. In that Consents were considered one-and-done, we made some head way, about ninety percent success. Unfortunately, in that urinalysis results came due on an annual basis, the task continued to be a losing battle with persistent decay to below the ninety-present benchmark. Additionally, although not a legislatively mandated requirement, prescription monitors were rarely accessed by primary care. Outside of routine inspection by the Pain Clinic for its patients, pharmacy provided the majority of reviews for PCP during medication refills.

We proposed incorporating an automated reminder into the electronic medical record (CPRS) that would signal deficiencies in these three areas whenever the patient's chart was opened and return visits scheduled. Negotiations over this procedure dragged on for over a year. Twenty-two iterations were repeatedly rejected by the primary care and the facility medical directors. The administration finally declared the process complete the summer of 2019 and then never implemented it.

Another task with an existing potential technical solution that was not utilized was interrogation of state controlled substance data bases. The VA resisted integrating CPRS to the State of Illinois Prescription Monitor even though the state had obtained funding to link large provider networks to individual records upon opening of a patient's file. The majority of PDMP searches for Illiana were conducted by Pharmacy. For my patients I originally did not reference the templated note but listed the activity in the encounter until later in 2019 when I recognized that adherence to that practice was more easily searched upon that field.

After twenty-three years our pain pharmacist retired October 2018. A replacement was technically reassigned from inpatient duties mid-January 2019 but he was not actually allowed to work in his new capacity due to the acting pharmacy director's decision to delay his assignment from inpatient duties because of staffing shortfalls. When he was finally released in mid-

summer, she placed him full-time into the Psychosocial Residential Rehabilitation Treatment Program (PRRTP) educating veteran residents on their medical therapeutics. That task the previous incumbent had covered in two two-hour sessions a week. This scope of work was meager at best and had little to do with pain management. He was finally allowed to move into his pain pharmacist role in September. Unhappy with his treatment, in October he was recruited away to another VA out of state, having occupied the position he had accepted nearly ten months earlier for little more than a month.

Another significant lost opportunity has been the lack of front office support for medication assisted therapy that would benefit veterans with opioid addictive disorders. When I originally accepted the offer from the Surgery Chief, it was with the understanding that after I worked to get the Pain Clinic back up to speed, I would be given administrative support to develop an Addiction Medicine residency in affiliation with the University of Illinois. I have worked forty years in addiction treatment, twenty-five engaged in medication assisted therapy; 5000 patient-years with methadone and over 7500 patient years with buprenorphine. My outside practice is the second largest outpatient buprenorphine medical office in the State of Illinois. Plans for the residency were scuttled with the sudden passing of the Surgical Chief and the subsequent down-sizing of the Danville facility by apparent direction of the regional office.

When I started in early 2016 only one staff member was DATA 2000 waivered to prescribe buprenorphine and she was providing it to only two veterans. I quickly expanded the program, facilitating two other physicians and a physician's assistant to start seeing patients. We identified 132 veterans as having various degrees of opioid use disorder and by the time of my termination we were treating 33. I also attempted to develop Care in the Community (CITC) service agreements with the six methadone maintenance programs within the Illiana region. This proved quite frustrating as the federal contractors for CTIC changed three times requiring new negotiations making it impossible to finalize terms during my tenure.

## APPROACH TO PATIENT CARE

The purpose of this analysis is to provide a narrative for the patients the reviewer has cited as treated outside of his standards of care. My approach to my veteran patients followed provisions of VA Clinical Practice Guideline for Chronic Pain (2017)[1]. (The reviewer is one of its authors.) I rather closely followed the risk mitigation strategies for urine drug screens, review of PDMP, monitoring overdose potential, explicitly attempted to assess suicidality, investigated possible substance abuse. Allegations to the contrary are documented as incorrect by the record. I had the highest adherence to urine drug screens and Consents for Opioid Therapy of any prescriber on the medical staff by a wide margin. I accessed the PDMP database independently of Pharmacy more often as well. (Including my private practice I access this system 150 times a month.) I almost exclusively investigated respiratory function with nocturnal screening studies.

Pain Clinic's co-prescription of naloxone increased over time under the watchful eye of academic detailing. Regardless, it was never needed. (In my private addiction practice the story is quite the other side of the coin where if my recent admits or unstable patients do not have insurance to pay for it, I provide Narcan Nasal Spray® provided by our public health department. In distinction, these are used with the tsunami of fentanyl on the street.)

The VA Clinical Practice Guideline for Chronic Pain[1] recommendations are acknowledged to closely follow the CDC Guidelines of 2016[2]. With regard to its restrictive dosing recommendations, I more closely followed the perspective of the VA's most highly regarded academic physicians; Stefan G. Kertesz of Birmingham and Adam J. Gordon of Salt Lake City.

> Optimal care for patients with severe chronic pain should be guided by appropriate assessment and therapeutic decisions rooted in a diagnostic and functional evaluation. The authoritative frameworks for considering pain diagnosis (6) and functional impact (7), are those offered by the International Association for the Study of Pain in 2015 (8). However, these frameworks are absent from reviews of pain therapies commissioned by AHRQ (9–11), absent from the CDC's Guideline of 2016 (12) and absent from other leading guidelines focused on opioids (13,14).

Quote References VA(3)

I did not initiate opioid therapy. Patients were referred to the Pain Clinic were already prescribed some level of opioids with a stated request for review. Practically speaking however, most attending PCP's were opioid-phobic and had no intention to continue the therapy; in effect dumping the patient onto the pain service.

I rarely if ever recommended opioid levels above 60mg/d, more commonly 40mg/d, unless that patient came to me as a 'legacy' veteran. Iliana had one of the lowest percentages of patients on both opioids and benzodiazepines. Benzodiazepines are nearly exclusively prescribed by Psychiatry not the medical service.

A major problem not acknowledged by opioid restricting guidelines is that alternatives often cited such as anti-inflammatories pose long-term risks themselves to end organs such as the heart and kidneys. Major gastrointestinal bleeds are common occurrences with this class of therapy. Easily a third of my patients had documented diabetic, hypertensive, or renal challenges that advised against the use of NSAID's.

Our experience when outside resources were ordered by primary care was a very high rate of cancellation by CTIC. Return PCP encounters every six months frequently resulted in no action, made worse by musical chairs provider assignments where knowledge of a treatment plan was lost. We came to directly ordering the ancillary modalities. Our every three month or more often return visits caught these administrative failures sooner. On many more than one occasion our patients indicated that we were the only office that got anything done.

Since we took in patients on established therapy, I was reserved in titrating veterans off of prescriptions that were working for them. My approach was to access safety and resulting functional and quality of life improvement. Consistent with the observations by Gordon and Kertesz, functional status is not a critical element addressed in these reviews. The word function does not appear in this haystack of accusations. Functional status is given lip service in the guidelines but is not even worthy of status as a needle in these formal complaints.

[1]VA/DoD CLINICAL PRACTICE GUIDELINE FOR OPIOID THERAPY FOR CHRONIC PAIN, Department of Veterans Affairs, Department of Defense; Version 3.0 – 2017

[2]Dowell D, Haegerich TM, Chou R. CDC Guideline for Prescribing Opioids for Chronic Pain — United States, 2016. MMWR Recomm Rep 2016;65(No. RR-1):1–49. DOI: http://dx.doi.org/10.15585/mmwr.rr6501e1

[3]Our Response to the CDC's Request for Comment on Management of Acute and Chronic Pain: Stefan G. Kertesz, MD, MSc, Ajay Manhapra, MD, Adam J. Gordon, MD, MPH June 15, 2020, accessed medium.com

## CASE REVIEWS

Original consultations were organized into a template. With few exceptions the template was completed in its entirety at the original encounter:

### CHRONIC PAIN MANAGEMENT

HISTORY OF PRESENT ILLNESS:
    Originally:
        Multidimensional Pain Inventory-Interference Scale
        Average Pain Scale
    Later:
        Katz Index of Independence in Activities of Daily Living
        Lawton Instrumental Activities of Daily Living (IADL) Scale
PAST MEDICAL HISTORY:
FOCUSSED PAST MEDICAL AND SURGICAL TREATMENT:
        Patient Health Questionnaire (PHQ-9)
        Suicidality
RELATED CURRENT MEDICATIONS:
        Allergies
SOCIAL/FAMILY HISTORY:
MILITARY HISTORY:
        Service-connected conditions
SUBSTANCE USE HISTORY:
        The Screener and Opioid Assessment for Patients with Pain (SOAPP)
        Marijuana, alcohol, tobacco, illicit drugs
IMAGING:
PHARMACOLOGIC EVALUATION:
        Illinois & Indiana, +/- Iowa Prescription Monitor
PHYSICAL EXAMINATION:
        Affected site, range of motion, BMI, renal fuction
IMPRESSION:
PLAN:
DISCUSSION:
Research and clinical encounter time: _H     Time for documentation: _H.

The file is organized backwards in 19 Books with the end volumes containing administrative matters. For example, Patient A starts at Book #16, pages 1812 to1706 with pharmacy and service orders at the end generally sequentially earliest to most recent. Patient A is continued in Book #15, pages 1635 to 1705. The record was transmitted to me as a .PDF file which I converted to Word for the purpose of writing this review. The translation process was not perfect, however basically rather adequate. I have corrected the illegible text without bothering to sanitize the entire record. Therefore, minor typos remain.

Index:
    a) Patient A: Book #16, pages 1812 to 1706; Book #15, pages 1705 to 1635.
    b) Patient B: Book #15, pages 1634 to 1591; Book #14, pages 1590 to 1549.

c)   Patient C: Book #14, pages 1553 to 1514.
d)   Patient D: Book #14, pages 1513 to 1481; Book #13, pages 1480 to 1443.
e)   Patient E: Book #13, pages 1442 to 1377.
f)   Patient F: Book #13, pages 1376 to 1372; Book #12, pages 1371 to 1298.
g)   Patient G: Book #12, pages 1297 to 1257; Book #11, pages 1256 to 1209.
h)   Patient H: Book #11, pages 1203 to 1143; Book #10, pages 1142 to 1119.
i)   Patient I: Book #10, pages 1118 to 1038; Book #9, pages 1037 to 1002.
j)   Patient J: Book #9, pages 1001 to 946.
k)   Patient K: Book #9, pages 945 to 924; Book #8, pages 923 to 876.
l)   Patient L: Book #8, pages 875 to 830.
m)  Patient M: Book #8, pages 829 to 811; Book#7, pages 810 to 754.
n)   Patient N: Book #7, pages 753 to 696; Book #6, pages 695 to 655.
o)   Patient O: Book #6, page 654 to 580.
p)   Patient P: Book #6, pages 579 to 577; Book #5, pages 576 to 546.
q)   Patient Q: Book #5, pages 545 to 458; Book #4, pages 457 to 455.
r)   Patient R: Book #4, pages 454 to 344; Book #3, pages 343 to 341.
s)   Patient S: Book #3, pages 340 to 233; Book #2, pages 232 to 229.
t)   Patient T: Book #2, pages 228 to 161.
u)   Patient U: Book #2, pages 160 to 112; Book #1, pages 111 to 56.
v)   Patient V Book #1, pages 55 to 47. This is not a direct care quality issue and is therefore addressed separately.)

I have organized each of the selected cases by starting with the original encounter and subsequently highlighting observations from follow-up and on-going management. However, long-term patient records often do not include the early documentation in that it is far outside of the review period and we have been denied access to the complete record. Urine drug screen results were not made available to us. If they are referenced it is within a pharmacy review for administrative purposes. We were not given access to VISTA for outside medical records and confirmation reports of urine send outs. We were similarly denied review of other practitioner records both inside and outside of the VA.

The cases are completed with the reviewer's comments. I will also address the specifications in the formal revocation and my responses.

# Patient A:
(Book #16, pages 1812 to 1706; Book #15, pages 1705 to 1635)

**Initial Encounter**
(Book #15, page 1681)
HISTORY OF PRESENT ILLNESS:
[Patient A] a patient of Dr. Brunt, presents in consultation request by Dr. Millian for review of chronic opioid therapy. He has been on his current therapy for 13 years. Chronic pain is chiefly related to an IED incident in October 2004 in which his right shoulder was hit by shrapnel. He underwent seven surgeries. He retains grip strength and sensation however he does not have range of motion at the shoulder. Patient ·has shooting pains with movement of the shoulder. It is

chronically sore day and night. Pain does interfere with sleep. When shaving he needs to hold his right wrist with his left hand.

Patient called last week for refills of his hydrocodone and fentanyl. Phone call to veteran, advised .that he would be receiving the hydrocodone but that the covering provider is not going to renew the fentanyl because the urine drug screens that were reviewed indicate that he may not be using the fentanyl as prescribed as evidenced by there not being a steady amount-in the urine. He was given a month's supply only of the hydrocodone. Patient accepted the consult here but he was unhappy with the interaction. He has relatives in Indiana politics and has contacted the local congressman's office.

The patient is able to engage in.only a moderate level of physical activity. He is-able to do housework. Much of the yard work is done by a 25-year-old son who lives nearby. He is able to mow the lawn but cannot engage in anything requiring overhead work. H does·retain grip strength to the right hand and can function. basically up to waist level.

His Multidimensional Pain Inventory Interference scores 5 or 6 out of 6 in impact on day-to-day activities and work: He cites only a 1 out of 6 diminishment of social and recreational activities as well ·as quality of his marriage. He described his average pain as an 8 out of 10 with 9 at the worst and 2 it is most mild.

PAST MEDICAL HISTORY:
1.   Hemorrhoids
2.   Colonoscopy 2/8/18 at Union Hosp with.no evidence of polyp
3.   small internal hemorrhoids it was recommended that he have repeat colonoscopy in 10 years
4.   Vitamin D deficiency
5.   Chews tobacco
6.   Chronic post-traumatic stress disorder following military combat
7.   Esophageal Reflux
8.   Stricture and stenosis of esophagus
9.   Mixed hyperlipidemia.
10.  Laminectomy L4-5
11.  Shoulder Injury from IED explosion in Iraq
a)   5/05--arth debridement, decompression, open rotator cuff repair
b)   open bone fragment excision, and ostectomy of humeral head
c)   Failed TENS, NSAIDs
12.  Depression
13.  HIGH BLOOD PRESSURE

FOCUSSED PAST.MEDICAL AND SURGICAL TREATMENT:
Patient has been on 40mg of Norco in #4 divided doses and 37ug per hour of fentanyl as 2 patches. Patient has been on this dose for at least 10 years. He uses a pill separator to keep track on a daily basis. He places the patches on one thigh and then alternates to the other. He uses a substantial overlap in changing out. The patches stay on well with a surgical tape, Flexed Tape, he obtained online.

He also uses meloxicam 7.5 mg taken twice a·day.

Patient undertook seven surgeries to the right shoulder. Despite the intervention in the soldier, he is chronically weak secondary to rotator cuff damage.

The patient is not diagnosed with sleep apnea:
CONSULT/SLEEP STUDY REFERRAL RESULTS (02/13/2018) IMPRESSION:
1. No evidence of obstructive sleep apnea.

He is treated for depression. His Patient Health Questionnaire (PHQ-9) scores 6 out of 27 or the.low risk category for symptomatic depression. The patient explicitly denies suicidality. He indicates that his problems make it· "somewhat difficult" to conduct the activities of daily living.

RELATED CURRENT MEDICATIONS:
Allergies: Patient has answered NKA

1) DIPHENHYDRAMINE HCL 25MG CAP TAKE ONE CAPSULE BY     ACTIVE MOUTH TWO TIMES A DAY AS NEEDED ALLERGIES/SLEEP
2) DULOXETINE-HCL 60MG ORAL CAP,EC TAKE ONE CAPSULE BY ACTIVE MOUTH EVERY .DAY MOOD/PAIN.
3) FENTANYL PATCH 25MCG/HR USE ONE PATCH 25MCG/HR       ACTIVE TOPICALLY TO DRY, HAIRLESS AREA EVERY 72 HOURS FOR PAIN (WASH HANDS IMMEDIATELY AFTER HANDLING PATCH)
4) FENTANYL PATCH 12.SMCG/HR USE ONE PATCH 12.SMCG/HR   ACTIVE' TOPICALLY TO DRY, IRLESS :AREA EVERY 72 HOURS FORPAIN (WASH HANDS IMMEDIATELY AFTER HANDLING PATCH)
5) HYDROCODONE 10/ACETAMINOPHEN 325MG TAB TAKE 1 TABLET          ACTIVE BY MOUTH EVERY 6 HOURS AS NEEDED FOR PAIN - DO NOTEXCEED 4000MG OF ACETAMINOPHEN (APAP) PER DAY FROM ANY AND ALL SOURCES
6) MELOXICAM 7.5MG TAB TAKE ONE TABLET BY MOUTH TWICE A          ACTIVE DAY PAIN. MAY TAKE WITHOUT REGARD TO MEALS.
7) OMEPRAZOLE ·20MG EC CA TAKE ONE CAPSULE BY MOUTH EVERY MORNING 30-MINUTES BEFORE BREAKFAST FOR STOMACH ACID
8) PRAZOSIN HCL 2MG CAP TAKE ONE CAPSULE BY MOUTH AT BEDTIME FOR PROSTATE/ IGHTMARES

9) Non-VA APAP 500/DIPHENHYDRAMINE HCL 25MG TAB 2 TABLETS MOUTH AT BEDTIME
10) Non-VA IBUPROFEN 600MG TAB 600MG MOUTH AS NEEDED
11) Non-VA OMEPRAZOLE 20MG EC CAP 20MG MOUTH EVERY MORNING 30 MINUTES BEFORE BREAKFAST

SOCIAL/FAMILY HISTORY:

At·this point the patient is retired. After service in 2008 he was employed by the Navy_ as an EEO manager. Retired as a result of chronic sleep·disturbance in which the patient often would be up 36 straight hours and then crash. Despite intervention he was not able to break the cycle. His wife is still working.

MILITARY HISTORY:
Patient served in a combat role in the Persian Gulf War. He suffered three injuries; First was a sniper bullet he took to the vest resulting. in significant bruising but no penetrating-wound. He suffered shrapnel wound to the-left·knee from which he substantially recovered. Hi military career was terminated with an IED explosion carried into his left shoulder and left thorax. His lung was not dropped but· the shoulder was permanently disrupted despite surgical intervention.

Service Connected: 90%
NECK INJURY (10% SC)
SHOULDER JOINT CONDITION (50% SC) TINNITUS (10%. SC)
LUMBOSACRAL 'OR CERVICAL STRAIN (10% SC}
MUSCLE INJURY (40% SC)
3RD DEGREE BURNS-'(20% SC)
3RD DEGREE BURNS (10% scr
IMPAIRED HEARING (0% SC)
POST-TRAUMATIC STRESS DISORDER (30%. SC)

SUBSTANCE USE HISTORY:
Patient does not have an illicit drug history and does not have a significant alcohol history. Has a documented tobacco chewing history. He admits to smoking marijuana. Indicates that he uses it not for pain but for poor appetite. His last drug screen-was positive for cannabis. SOAPP-R 15 out of 96 or moderate risk category for aberrant substance use.

IMAGING:
We.do not have recent relevant imaging, clinically further.studies are not' indicated.

PHARMACOLOGIC EVALUATION:
The patient has a long-term opioid agreement on file. The Indiana and Illinois Prescription Monitors shows all of his controlled substances obtained through the VA.·He has been on a consistent 37.5ug fentanyl and Norco 10mg taken #4 times a day.

The patient's UDS shows January 2018 a consistent with therapy, August 2018 was negative for all substances, his October drug screen was again consistent with therapy, however containing cannabis.

PHYSICAL EXAMINATION:
Patient ambulates into the room without difficulty. He is able to sit down and get up without the use of the armrest. He has good grip strength in the right hand and no loss of sensation,' however he hangs the arm along the side of his body. He cannot abduct to beyond 75 degrees. He has multiple surgical scars and a vestigial deformity. Left Upper extremity is not affected. BMI 26, Weight 197.

IMPREss;roN:
1.    Chronic posttraumatic right shoulder pain, inadequate surgical revision.
2.    Chronic sleep disturbance of unknown etiology. ·
3.    Depression followed by men al health.
4.    Single incident of inconsistent drug screen, otherwise remains consistent with therapy.

PLAN:
1.    I will renew the fentanyl 25 g for 30 days.
2.    He i's just been given a renewal of the hydrocodone.
3.    UDS today.
4.    Return to clinic December 3.

DISCUSSION:
Outside of the drug screen in August where there was a negative, the patient has not shown any illicits and his studies have been consistent with therapy. Urine levels of opioids and their metabolites are not reliable indicators of dose administration. This is a common misunderstanding of practitioners who do not have a firm grounding in the practice of urine toxicology.

As I have discussed with the patient, he has shown excellent stability for many years on his current therapy. Much of ·the resistance by physicians in maintaining Legacy Therapies for long-standing VA patients is more politics than direct threats- to patient safety. His oxygen status is not a concern.


**VISIT: 11/23/2018**
(Book #15, page 1677)
[Follow-up visit] early by his request. He is accompanied by his wife·. We had·
reduced his fentanyl from 37.5ug to 25ug. He continues to take 40mg of hydrocodone d ily.

He had presented to·Urgent Care indicating that he is in significant opioid withdrawal and therefore requested this follow-up appointment. He indicates that something very similar happened to him when he was taken from 50ug to 37.5ug while living in Texas. Not sleeping well.. His function 'around the house has been significantly reduced. This is verified by his wife.

I have suggested that he may have something of a psychological attachment to these meds however he did suffer a major injury to his right shoulder requiring reconstruction after an IED explosion while he was on active duty. We had scheduled to see him on December 3, we will change that to December 4 to coordinate with another appointment. I had not issued the original hydrocodone however it will need a refill, I will place for mail. 25ug fentanyl patches will make it to his visit, but he will need four of the fentanyl 12.5ug:.

Urine analysis last visit showed significant alcohol metabolites. He indicates that he will drink·about a case· of beer a week. Indicated "to him how significantly dangerous it would be to

binge drink on these medications. He does not have a current .naloxone prescription and I will supply that on the forth.


**Reassessment 12/04/2018**

(Book #15, page 1674)

He had·voiced· significant distress upon our reduction of his fentanyl from 37.5ug to 25ug. His wife attended the session last week where we put him back up. He indicates that the additional patch did not kick in.until about two days later but at this point he is back to baseline and has had a· good week. Pain level acceptable, mood improved.

PCP will not pick up care from pain management. Veteran to remain with Pain· management for medication therapy.


**Return visit 12/31/2018**

(Book #15, page 1671)

Among the problems with the primary care service is the high level of fentanyl and also a couple of drug screens in the recent past in which one was marijuana positive.and tlie last that .I ordered showed high levels of. ethanql met;abolite. Study of December 4 did not show any cannabis.

Indicates he was attempting the cannabis for appetite. over the past month his appetite has actually been rather good without the marijuana. With respect to the alcohol patient indicates that he consumes a 30-pack of beer a·week. When we first met he did not indicate an alc hol issue. He does not believe that.this is unusual. I have indicated to him that this is at risk alcohol consumption and is dangerous in the light of the .fentanyl and hydrocodone. If we are to continue with the narcotics for his shoulder pain, his elcohol consumption is going .to have to get more realistic. Continue amount on this level of fentanyl is going to require a return to   much.more moderated alcohol ·consumption.

Of significance his sleep study in February did n t reveal any sleep apnea. He does not smoke tob.acco but does chew.  He is a It miles way and therefore like it is not a candidat·e for VA alcohol groups. We will follow him over t;he next couple of months. Ethanol metabolites will be included in the drug screens.


**Return Visit 01/28/2019**

(Book #15, page 1671)

Discussed couple of issues we have raised the last month. He has stopped smoking marijuana altogether. ·with respect to his drinking indicates that he. is currently back: He was drinking a 30 case of beer a week but this last one went an entire month. His wife.is very much behind h m cutting back.


**Return Visit 03/28/2019**

(Book #15, page 1665)

He has continued to have cut down on his alcohol consumption. Again denies smoking marijuana any longer.. Shoulder continues to be painful. He does·briefly discuss previous levels of narcotic analgesics he was on. He indicates that his pain level particularly at the shoulder as constant and elevated above where he would like to be. He is not able to get much done around the house. Given him·some literature indicating the active conversation that VA chronic pain physicians are having concerning forced·opioid tapering.

**Return Visit 04/25/2019**
(Book #15, page 1665)
[He] returns in scheduled follow-up. Indicates that,his alcohol has improved. His wife does not drink but she had-been purchasing beer in the past where she now strongly supports his reduction to moderate use and as a result is.not bringing any _home.

We discussed his retirement p ans. Patient' is cashing in a account to purchase a used fishing boat. He joins 10 people in going out every spring and will be doing that in the next two weeks. Pain level continues to be quite tolerable, improved from last visit although we did not make any changes in analgesia. Main is active around the home and is getting some fishing in.

**Return Visit 05/23/2019**
[Patient A] returns. in scheduled follow-up. He _indicates that he is not doing very we . He has had significant abdominal pain with bright red blood by emesis. The patient is still drinking, he has insisted that he has cut down. His wife does hot drink but she had been buying him his alcohol for a matter of years. He indicated last visit·that she .was no longer purchasing and was very supportive of· his cutting down. His urine·screens have remained positive for metabolites.

He uses meloxicam for shoulder pain and took "a lot" of ibuprofen earlier this week for a headache. Remote EGD by his report showed gastritis, done initially for stricuture. He still chews tobacco. He only eats one meal a day, he has eaten like that for years.

I have urged him to present to Urgent Care after our visit to speed things along. Stop meloxicam and ibuprofen. I am not convinced that the alcohol issue· is 11 that improved. This places the narcotics issue further up the concern pole as it had been in the past. He has been very resistent to considering that there is a problem th re. He does have service related trauma to the right shoulder:

IMPRESSION:
1)      Chronic posttraumatic right shoulder pain, inadequate.surgical revision.
2)      Chronic sleep disturbance of unknown etiology.
3)      Depression followed by mental health.
4)      At risk alcohol consumption; claimed improvement.
5)      Nicotine dependence, chew.
6)      Single incident of inconsistent drug screen, otherwise remains consistent· with therapy.
7)      Acute bleeding gastritis, consider frank NSAID and alcohol .induced ulcer.

**Return Visit 08/28/2019**
(Book #15, page 1653)
[Patient A] presents in scheduled follow-.up. Today he is accompanied by his wife. Summer is generally his best season, the warm weather is not as hard on. his right shoulder. The has been a touch summer for him. He has used his quota of analgesia where normally he would be able to squirrel .a few back.

He was having gastritis ast time.we saw him. He cut out the meloxicam and ibuprofen. A month later was given endoscopy, showed only some hemorrhoids. He has also cut back on Tylenol.

Is getting work-up for right breast pain. Had ·something similar to the left several years back. Mammogram is ordered. I have informed him that gynecomastia can be related to high opioid dosing, also alcohol.

He mentions that he has some left over blue gel from a VA in Texas that has helped his shoulder. He is to call and inform me of .its identity.

Much of our discussion involves his insomnia. He can sleep excessively, having trouble getting up and staying awake, and'two days later not fall asleep. until late at night despite Ambien. He has had this problem for at least four years, he actually retired early: in 2017 because of, it.

We conducted sleep studies February of 2018 that ruled out sleep apnea. Will ':"rite a: sleep consult for Dr. Babat. ·Otherwise will see him in three months. There is urine in the labor tory- for UDS. Renew medication.

PLAN:
1. I will renew the fentanyl 25ug, 12ug and hydrocodone for 30 days.
2. UDS on urine sample this am.
3. Return to-clinic November 25.
4. Will discuss Pain P ychology with him next visit, deferred.
5. CTIC consult Pulm?nary, insomnia.

ADDENDUM:
He supplies identity of the blue gel. Menthol Cream. NDC 58980-615-40. Artie Relief Pain Relieving Gel. Stratus Pharm. We will script the menthol gel we have.

**Return Visit 11/25/2019**
(Book #15, page 1646)
Mr. [Patient A] returns in scheduled follow-up. Analgesia remans adequate although he has had a couple of short episode where he went into withdrawal. In one two weeks ago he forgot to renew the fentanyl patch and the other just yesterday he cannot explain. May be having some trouble with the patch in the shower. He is using a skin tape to support it.

He had the mammogram last week. He has a copy of the interpretation, hypertrophy, otherwise normal. I will scan·it. in.

He has a pulmo ary appointment at Union in Terra Haute tomorrow. I. had written that for·sleep disordered breathing and frequent daytime sleepiness. He slept well this week but was only getting a couple of hours the week before: Cannot definitely associate the poor sleep with troubles with the patches.

He has his Social Security-Disability hearing in Indianapolis next week. He is represented by an attorney.

The Menthol cream I ordered last time is working well for his shoulder.

He has stopped the anti-inflammatories, he had had no repeat of GI bleeding or gastritis since.

Is still consuming #30·bottles of beer weekly. I once again suggested at risk drinking. He denies it is a problem.

Constipation remains episodic, not a major issue for him.

IMPRESSION:
1.      Chronic posttraumatic right shoulder pain, inadequate sur·gical revision:
2.      Chronic· sleep disturbance of unknown· etiology.
3.      Depression followed by mental health, PTSD.
4.      At risk alcohol consumption, doubt c·laimed improvement.
5.      Nic tine dependence; chew. - ·
6.      Single incident'.of inconsistent drug screen, otherwise remains consistent with therapy.
7.      Stable bleeding gastritis, consider frank NSAID and alcohol induced ulcer, resolved on.endoscopic evaluati"on.
8.      Gynecornastia secondary alcohol and chro ic opioid exposure.

PLAN:
1.      I will renew the fent nyl 25ug, 12ug and hydrocodone for 30 days.
2.      UDS.
3.      Return to clinic January 23.·
4.      Rejects     Pain Psychology, will address again.
5.      CTIC consult Pulmonary, insomnia scheduled.

Twenty minutes of the thirty-minute encounter devoted to at-risk- alcohol consumption and synergist narcotic respiratory depression.


**REVIWER CRITIQUE:**
The reviewer states "[p]atient on high dose opioids (fentanyl and hydrocodone) 130mg/d MED documentation of heavy alcohol use (30 drinks/week); no discussion about changing treatment (opioid tapering treatment for alcohol use.) No action to add risk mitigation strategies." He

further opines "[i]n my opinion, this patient has several risk factors including a history of using his brother's urine to falsify a UDS, active alcohol use disorder, and Ambien prescription. He is prescribed high dose opioids despite this. I would have weaned this patient off of opioids rather than continuing them."

## Specification 1.

Between January 25, 2019, and January 24, 2020, you prescribed fentanyl and hydrocodone to Patient A, who had a documented history of alcohol use, dependency, and recurrence. The opioid dosage was high, creating risk for adverse events. Your treatment did not meet the standard of care.

**REBUTTAL:**

As the record documents this patient's alcohol consumption was consistently addressed and categorized as at-risk with an average intake of four beers daily. We appeared to have made progress in reducing his pattern when his wife stopped buying it for him. This improvement was not sustained. We met resistance to acknowledging his excess, treatment for which would have been a reasonable and potentially achievable reduction to half of that quantity. Making progress toward that goal was constantly on the table. Success was not necessarily unachievable utilizing strategies through mental health. A major inroad would have been stronger buy-in by his wife who had taken some steps in reducing her enabling earlier.

The issue of the substituted drug screen was not only an isolated incident but likely the result of attempting to avoid scrutiny for marijuana use.

The reviewer would totally eliminate opioids in his treatment. This is an individual who has been on this dose and higher for over ten years. He has an uncorrectable combat related injury, multiple failed surgeries and interventions, gastric bleeding associated with NSAID use. He is generally able to maintain some level of function on his existing therapy. Taking him off would leave him with a topical cream. The reviewer would therefore offer nothing to a veteran in unremittable chronic pain due to a war-related injury.

## Patient B

(Book #15, pages 1634 to 1591; Book #14, pages 1590 to 1549

This was an established patient prior to the review period. This record does not include the more comprehensive history and other studies in the first encounter.

This patient is a young woman who presented initially for buprenorphine medication assisted therapy. She had been followed by a private practitioner and therefore was already on the therapy. She married and became pregnant during 2019. She took herself off of psychiatric medication upon discovering she was expecting. She did however accept referrals to Pain Psychology for insomnia, a chronic problem that antedated her OUD therapy.

I have been denied access to the entire medical record so I do not have a copy of my initial assessment that antedates the review period. This invariably included a drug screen, review of

the PDMP and standardized risk assessments. For buprenorphine patients, they signed the Buprenorphine Treatment Agreement. I usually had them sign the Opioid Treatment Agreement as well in that the BTA did not avoid computer flagging of an OTA deficiency.

In lieu of the introductory comprehensive note, I will follow the record at the point of the review interval.

**Return Visit 02/20/2019**
(Book #14, page 1577)
[Patient B] returns in scheduled follow-up. Slightly increased her Ambien from 5mg to occasionally 10mg every night. She indicates that 10mg has made it possible for her to sleep through the night. She is not waking up hung over and has a lot more energy.

Overall getting on Suboxone through the VA has enabled her to pursue her career. Before she was spending a lot of out-of-pocket money and now is able to save that. She is also getting medication on a regular schedule and not running out like she had in the past.

She is getting a lot more exercise. She is also losing some weight by cutting out soda. She is supervisor of a special needs nursing home. Living close to her sister and mother.

She was ruled out for carpal tunnel, concern of numbness and tingling.

Last UDS on her in June of last year. We will get another next time. Sh.e indicates that she would prefer not to stretch out her return visit three months. She likes to stay connected and would prefer that we schedule her within the next two months. We will renew the Arnbien 10mg daily and will continue the buprenorphine for 28 days with a refill.

Will try to make SARP today but the schedule change may make that difficult.

Allergies: Patient has answered NKA

1) BUPRENORPH BMG/NALOX 2MG SL TAB DISSOLVE 1/2 TABLET UNDER THE TONGUE DAILY AND DISSOLVE 1 TABLET DAILY FOR OPIOID USE DISORDER
2) BUSPIRONE HCL lOMG TAB TAKE ONE TABLET BY MOUTH TWICE ACTIVE A DAY FOR ANXIETY, R/0 PTSD. TAKE AFTER MEALS
3) PRAZOSIN HCL lMG CAP TAKE ONE CAPSULE BY MOUTH AT    ACTIVE BEDTIME FOR NIGHTMARES
4) QUETIAPINE FUMARATE lOOMG TAB TAKE ONE-HALF TABLET BY ACTIVE MOUTH TWICE A DAY FOR MOOD STABILIZATION, SLEEP
5) SERTRALINE HCL lOOMG TAB TAKE ONE-HALF TABLET BY MOUTH EVERY DAY FOR 7 DAYS, THEN TAKE ONE TABLET EVERY DAY FOR MOOD/ANXIETY. R/0 PTSD. TAKE AFTER BREAKFAST
6) ZOLPIDEM TARTRATE lOMG TAB TAKE ONE TABLET BY MOUTH AT BEDTIME AS NEEDED FOR SLEEP

PHYSICAL EXAMINATION:
Patient presents in bright spirits. She looks good, no evidence of sedation or
fatigue. Dressed well, appropriate for the encounter. There is no acute distress, ambulates
steadily.

IMPRESSION:
1.      Opioid Use Disorder in sustained remission on agonist therapy.
2.      Generalized anxiety disorder, comorbid PTSD.
3.      Insomnia possibly secondary to (2) above.
4.      Engaged in mental health treatment.

PLAN:
1.      We will renew 8mg/2mg generic Suboxone tablet to 12mg daily, issue #28 days, Refill
one months, mail.
2.      Renew Ambien 10mg at night.
3.      Return to clinic April 17.


**Return Visit 02/20/2019**
(Book #14, page 1575)
[Patient B] presents in scheduled follow-up. Describes her life as going "very well."        ow has
a new boyfriend who is like herself, routne oriented. Her previous boyfriend tended to be a bit
wired and roller coaster.

She has stopped her anti-depressants, side effects, the worst of which was weight gain. Weight
has now stabilized.

She is generally taking 8mg in the morning. Occasionally a half later. Sleeps well through the
night. Ambien helps.

We had offered three month intervals last time, she wanted closer follow-up. Now is ready for
three months, less time off of work. Will leave at 12mg script.


**Return Visit 07/08/2019**
(Book #14, page 1573)
[Patient B] returns in scheduled follow-up. She continues to do quite well. Personal and
professional life both stable. Continues regular use of Ambien and buprenorphine. She has
stopped the Buspar and the Seroquel on her own for several months and feels fine. She started
those when she was having an exacerbation of depression but has been fine since. She keeps
contact information readily available at home. She does not believe she has a need for mental
health follow-up at this time.

No systemic medical complaints. Recent vacation to Texas. Purchased a big display of fireworks
for her boyfriend's birthday: Has a Pink Team follow-up today and may attend SARP lecture.

She is due for an annual UDS. Will see her in follow-up September 30.

**Telephone Visit 08/22/2019**
(Book #14, page 1571)
Informed·by Dr. Brunt and Lisa Sherman, PharmD that [Patient B] is about six weeks pregnant. Have been asked to address the Suboxone generic and the 10mg Ambien for safety in pregnancy. She indicates that her combination of medications are working well for here an she is concerned about instability with any changes.

She has only been taking between 4mg and 6mg of the buprenorphine, has been cutting the 8mg pills. She is doing rather well at this level. I have indicated to her that she should not try to wean herself off and that she should take what· she needs· to remain stable.

We will switch her to the same dose monoproduct without the naloxone. Neonatal outcomes at birth do not differ significantly from women not diagnosed with OUD and are significantly improved over those of women ·actively abusing. Neonatal withdrawal is surprisingly not associated with the dose. She is to call me if her OB recommends coming off.

With respect to Ambien, she has tried to cut back but is finding it difficult. She will attempt taper. Ambien is a Category C pregnancy risk, some association with lower birth weight and early labor but not with fetal malformation.  We will continue her on the 10mg but she will attempt to slowly reduce. She has accepted my offer of Pain Psychology for CBT insomnia therapy.

Reference is made to: Reichner CA. Insomnia and sleep deficiency in pregnancy. Obstet Med. 2015;8(4):168?171. doi:10.1177/1753495X15600572. Lack of sleep itself is a significant maternal and fetal risk.

She will keep her existing appointment with me.

PLAN:
1.      We will switch generic Suboxone tablet to 2mg Subutex 4mg to 6mg daily, mail.
2.      Renew Ambien 10mg at night, attempt titration downward on her own.
3.      Return to clinic- September--30.

**Consult Evaluation: August 26, 2019**
(Book #14, page 1569)
Consultation by Dr. Brunt and Lisa Sherman, PharmD to address the Suboxone generic and the 10mg Ambien for safety in pregnancy. [Patient B] indicates that her combination.of medications are working well for her and she is concerned about instability with any changes.

[Patient B] has only been taking between 4mg and 6mg of the buprenorphine, has been cutting the 8mg pills. She is doing rather well at this level. I have indicated to her that she should not try to wean herself off and that she should take what she needs to remain stable.

We will switch her to the same dose monoproduct without the naloxone. Neonatal outcomes at birth do not differ significantly from women not diagnosed with OUD and are significantly improved over those of women actively abusing. Neonatal withdrawal is surprisingly not associated with the dose.

With respect to Ambien, she has tried to cut back but is finding it difficult. She will attempt taper. Ambien is a Category C pregnancy risk, some association with lower birth weight and early labor but not with fetal malformation.  We will continue her on the 10mg but she will attempt to slowly reduce. She has accepted my offer of Pain Psychology for CBT insomnia therapy.

She is discontinuing the Seroquel and the Buspar.

Reference is made to: Reichner CA. Insomnia and sleep deficiency in pregnancy. Obstet Med. 2015;8(4):168?171. doi:10.1177/1753495X15600572. Lack of sleep itself is a significant maternal and fetal risk.

She will keep her existing appointment with me.


**Return Visit 09/24/2019**
(Book #14, page 1566)
[Patient B] presents in follow-up, rescheduled by a few days. She is now twelve weeks along in her pregnancy, obtaining prenatal care in the Kankakee area. Ultrasound looks good. Denies pregnancy symptoms, no dysuria or abdominal cramps. She reports her physician is fine with the buprenorphine and Ambien. Will deliver at Riverside.

She is taking only 4mg of buprenorphine daily in the morning. Sleeping through the night, not into withdrawal if she forgets until around noon. Ambien is allowing her to sleep through the night. Has appointment [today] with Pain Psychology to address insomnia:

She is getting married to the father first part of November. Will see her shortly after that but before third trimester. Have indicated that she may need to go up a bit at that t me. Annual UDS today. Return November 19.


**Telephone Visit 10/31/2019**
(Book #14, page 1564)
[Patient B] calls to indicate that she has not been sleeping through the night. e is at five months in her pregnancy. She is waking several times at night and finds herself taking another one-half of an Ambien 10mg to go back to sleep.

She indicates that ·she wakes up in the morning feeling a bit out of sorts. This clears with her first 2mg buprenorphine. She is now taking #2 of the 2mg tablets daily, she had been lower and had a supply left over. She just opened a #56 pill refill yesterday.

I have indicated that she appears to be going into withdrawal at: night-:- We had talked about that being common in the final trimester. We want to keep the Ambien at 10mg. Addressing the withdrawal should make that possible.

Otherwise the pregnancy is going well. She has her fourth ultrasound next week. She is getting married November 9.

Will increase her dosing to #4 2mg buprenorphine, this is still a relatively low dose. To take the final one just before sleep. Goal will be to avoid withdrawal symptoms upon awakening. Will need to supplement both. She has a return for November 19.

**Return Visit 11/19/2019**
(Book #14, page 1562)
[Patient B] returns in scheduled follow-up. She is now at 20 weeks, ultrasound has determined that she is having a girl. Early on she had severe emesis, not covered by Zofran, but it is now conrtrolled with Reglan.

She has cut back to one Ambien at night. Is using #2 of the buprenorphine and often a third at night. Is now sleeping through. Not awakening in withdrawal.

Continuing to work. Was married last month.

Will renew-the Ambien,·-she has enough of-the buprenorphine-:-see in follow-up January 14.

**PHARMACY/CONTACT CENTER NOTE: 12/10/2019**
(Book #14, page 1559)

```
Urine Drug Screen: 09/24/2019
Test Name        Result    units     Ref Range

AMPHETAMINES  SCR NOT DETECTED        NOT DETECTED-
BARBITURATES  SCR NOT DETECTED        NOT DETE<::TED-
BENZODIAZEPINE SC POSITIVE            NOT DETECTED-
CANNABINOIDS  SCR NOT DETECTED        NOT DETECTED-
COCAINE SCREEN    NOT DETECTED        NOT DETECTED-
METHADONE     SCR NOT DETECTED        NOT DETECTED-
OPIATES       SCR NOT DETECTED        NOT DETECTED-
OXYCOOONE SCREEN. NOT DETECTED        NOT DETECTED-
PHENCYCLIDINE SCR NOT DETECTED        NOT DETECTED-
OPIATES CONFIRM   Not Applicable
OXYCOD CONFIRM    Not Applicable
DRUG SCREEN CREAT  110.6   mg/dL      20 -
BENZO CONFIRM     Not Applicable
```

The State Prescription Drug Monitoring Program(s) were queried for controlled substances (CS) for this patient:
The following state(s) were queried:

ILLINOIS.
INDIANA
The purpose of this query was a part of the medication reconciliation process for the:
Renewal of a controlled substance prescription The findings of the query were as follows:
No prescriptions for controlled substances outside the VA were found.

**Telephone Visit 01/03/2020**
(Book #14, page 1557)
[Patient B] called earlier this week running out of Ambien. Played phone tag, connected today.
She has occasionally taken an extra one-half Ambien waking up in middle of the night. She is at
27 weeks, she is told good prenatal status.

She is taking 2mg buprenorphine twice a day, occasionally a third at night. If she takes the third
her sleep is better and she has less need to take her first pill the next day immediately upon
awakening.

Have discussed her need in the third trimester for higher levels of buprenorphine. Dose is not
related to neonatal withdrawaI, however benzodiazepine use is. To keep her Ambien where it is
at, increase the buprenorphine to 2mg three times a day and 2mg before bed. We have an already
scheduled January 14. She is not early on her Ambien renewal, can pick-up at window.

**Return Visit 01/14/2020**
(Book #14, page 1555)
[Patient B] presents in scheduled follow-up. Husband drove her but.stays out in the waiting
room. She is 28 weeks, EDC April 12. Reports almost 196 pounds, although does not look that·
big, has gained 20 pounds in the pregnancy. Her first trimester emesis has passed.

She had been not sleeping well and had gotten into taking an extra 5mg Ambien. She has
followed my recommendation to increase the buprenorphine. She is now using 6mg or 8mg daily
in divided doses and her sleep has improved as well as any day time anxiety. She is back to using
only 10mg Ambien. She indicates that her- Obstetrician-supports-her-use-.

She is seeing the OB every two weeks. Will deliver at Riverside: See back before that on March
23. Renew medications. See sees Pain Psychology today,

IMPRESSION:
1.      Opioid Use Disorder in sustained remission on agonist therapy.
2.      Generalized anxiety disorder, comorbid PTSD. Stable.
3.      Insomnia possibly secondary to (2) above. Resolving.
4.      Deferring mental health treatment.
5.      Continue Pain Psychology for insomnia.
6.      28 week pregnancy. EDC April 12.

**REVIEWER CRITIQUE:**
The reviewer did not cite much here.  He claims "[t]he standard of care documenting review of the PDMP was not met.

## Specification 2.
Between January 25, 2019 and January 24, 2020, you failed to conduct urine drug testing for Patient B within the 90-day 'window or 30 days prior to dispensing. Your treatment did not meet the standard of care.

**REBUTTAL:**
In fact on 12/10/2019 I co-signed the pharmacist's templated note.  As stated, this was an established patient by the time of this window of review whose initial encounter included all required elements.  She had been an established buprenorphine patient at the time of our initial visit.  She maintained an excellent track record and was able to advance in her career.

The Ambien prescription was in the setting of a low-dose of buprenorphine; its use supported by her obstetrician.  She accepted psychological referral for insomnia that had been a pre-existing problem for her.  We were able to keep the dose stable by addressing her increased buprenorphine requirements in pregnancy.

As an interesting aside, the clinical course of medication assistance in pregnancy often results in conflicts in the patient's mind to overexposing the developing child to buprenorphine.  As a result they self-limit, subjecting themselves and the fetus to withdrawal effects much more serious to pregnancy outcomes.  She took my counsel to increase the Subutex and her sleep improved without stepping up the Ambien.


# Patient C
(Patient C: Book #14, pages 1553 to 1514.)

**Initial Encounter: 03/07/2019**
(Book #14, page 1536)
HISTORY OF PRESENT ILLNESS:
[Patient C] presents in scheduled cpnsuitation request from Dr. Sundaram for review of analgesia for chronic back pain. Patient complains of radiation from - the low back into the right leg and right hip. He has been on 5mg of methadone taken #3 times a day for a matter of years. It is not working now as well _as it had been. When he talked with his primary care physiciari he had suggested going back to fentanyl he·had been on in 2005 but in our conversation today he would like simply an additional 5mg of methadone.

Original injury was as an oil field worker. He fell off a rig 25 feet to the ground in 1997. Patient suffered-·a traumatic brain injury in the event.

Patient is an active farmer. He indicates that he walks a minimum of four miles a day. He is active maintaiping his home. He cares for two teenage sons and is an active participant in their sports.

He otherwise denies any systemic complaints. He has no upper respiratory . symptoms denies any chest pain or focal neurologic loss. He denies constipation and s not incontinent of bowel or bladder. ·

He answers his Multidimensional Pain Inventory-Interference score card as genera ly 1 or 2 out of 6 interference on·most dimensions. There is no impact on the family and outside friendahips. Describes his average pain as a 6 out of 10 with 6 at the worst and 4 at the least.

PAST MEDICAL HISTORY:
1.      A Chronic low back pain
2.      A Arthralgia of hip
3.      A Nicotine dependence
4.      A Depressive disorder
5.      A Closed.Head _Injury
6.      A Primary Spontaneous Pneumothorax
7.      A Rosacea
8.      A Obsessive-Compulsive Disorder
9.      A GI upset with Etodolac
10.     A Hypogonadism, Male·
11.     A osteoporosis
12.     A Hyperlipidemia
13.     A Concussion
14.     A Chronic Headache

He has an indication for depression in the chart but he is not currently under treatment-. His Patient Health Questi0nnaire_ (PHQ-9) scores O out of 27 or low risk for symptomatic depression. He explicitly denies suicidality.

FOCUSSED PAST MEDICAL AND SVRGICAL TREATMENT:
The patient has not had any surgical intervention·to the back. He was on a much more significant mix of medication and he has withdrawn himself off of most but the methadone.·The beginning of this year he discontinued the Flexeril he had been on for years as it appeared to be doing very little. He has had multiple workups without great effect.

Spontaneous pneumothorax unrelated to his fall required open surgical revision. He was a bit heavier and now he is down to a nearly ideal weight.

RELATED CURRENT MEDIQATIONS:
Allergies: ETODOLAC, GABAPENTI.N, CHANTIX

1)  METHADONE SMG TAB T E ONE TABLET BY MOUTH FOUR TIMES A DAY .FOR PAIN
2)  PEG 400 0.4%/PROP GLY 0.3% OPH SOLN. INSTILL 1 DROP  ACTIVE BOTH EYES FOUR TIMES A DAY
3)  Non-VA GINSENG CAP/TAB           ACTIVE

4) Non-VA HYDROCORTISONE 1% CREAM THIN FILM TOPICALLY TWICE A DAY  .
5) Non-VA MULTIVITAMIN CAP/TAB 1 TABLET MOUTH EVERY DAY-

SOCIAL/.FAMILY HISTORY:
Patient was oil rig worker until his accident. He has been married but now is divorced although he is raising his two teenage sons. He owns his farm and he works that extensively. ·      ·

M1ILITARY HISTORY.:
Patient served ·in the Army from 1979-1982 in noncombat role.
Service Connected: NO
Rated Disabilit es: NONE STATED

SUBSTANCE USE HISTORY:
Patient has very little of a substance history. He has never been much of a drinker. Denies any illicit drug history. He continues to smoke half pack a day ·down from 2 packs.

SOAPP-R scores 3 out of 96 for low risk category for aberrant substance use.

IMAGING:
We have no imaging available either from the Illiana system or·from the Joint Legacy.Viewer.
ECG May 2017 on methadone QTc 40lms.

PHARMACOLOGIC EVALUATION:.
'The patient has a signed chronic opioid agreement. Review of the Indiana and prescription monitor show only methadone, all limited access through the VA. Urine drug screens from 2016 and 2018 as well as today show only methadone,

PHYSICAL EXAMINATION:
Patient leaves the waiting room and comes into·-the ·exam room without any distress. Patient is fully alert and oriented. Able sit down without difficulty and is able to sit comfortably. Patient appears to be in rather fit.physica condition. He has +5 strength all 4 extremities and fine touch sensation is intact. He is not audibly _short of breath, is denying_ any chest pain,

Examination of thorax shows a lateral thoracotomy scar to the right fourth rib. The back does not show any surgical intervention. He is mildly palpably tender bilaterally to the L3· area. Palpation elicits radicular symptoms· to the right side.

Patient evidences no sedation, pupils are normal sized for ambient light. He can bend.at the waist but not touch his toes, Flexion·side to side elicits discomfort. BMI 23, Weight 163.

IMPRESSION:
1.    Chronic· traumatic low bacx; pain·.
2.    History of traumatic brain injury.
3.    History of spontaneous pneumothorax·.
4.    High functioning.

PLAN:
1. We .will initiate increase in 5mg methadone, increase from #3 times to #4. times a day. Patient to start using at the higher dose and I will renew a month at the appropriate renewal date.
2. The patient may return to primary care for reassessment.

DISCUSSION:
Patient is not asking for much here, Methadone increase appears to be safe. The patient appears to be.at low risk.

**RETURN VISIT: 09/12/2019**
(Book #14, page 1528)
[Patient C] returns in scheduled follow-up. Have not seen·him since March. He was renewed on his methadone just yesterday, he has not used any of the new -script. He wants to explore going to fentanyl patch once again. The increase in methadone to 20mg really made little difference in his·lumbar radicular pain from the back into the right _leg. As noted in our original consult the patient is an active farmer with a high level of function. Besides farming he repairs motorcycles.

He had been on 50mcg of fentanyl for seven years when he was treated briefly with hydrocodone and then methadone. His ECG yesterday on methadone showed a QTc in the 410ms range, excellent. Medically he could continue·but he is convinced he did better in the past so we will perform an opioid rotation,·

Started smoking cessation therapy yesterday. He is leaving for Florida to see an ailing friend tomorrow. Basically his only other medication is 81mg aspirin.

Will titrate in fentanyl up to 50mcg. He returns the unopened methadone bottle to. me for disposal. Will see him October 1.

**RETURN VISIT: 10/11/2019**
(Book #14, page 1526)
[Patient C] returns in scheduled follow-up. At·his request we rotated from 20mg methadone to Fentanyl last month. He now is on 50mcg. He thinks the methadone was a bit stronger. He had wanted to start the fentanyl, had been on it previously.

He finds the analgesia reduces in the switch over of the patches. He has also needed to use a second Tegaderm to hold it on after a shower. Overall he considers·it adequate _analgesia. He has been able to complete his harvest. Sleeping adequately.

Advised to overlap the old and new patchs by six hours to allow the new to absorb into the.skin.

we will renew at this level. Supply extra Tegederm. See back November 7.

**RETURN VISIT: 11/06/2019**
(Book #14, page 1524)
[Patient C] presets a day early·, scheduling issues. He is still active in the harvest, has about 1200 acres of corn·left.

Fentanyl is working very well for him. Tegederm is keeping then on in the shower. He has been overlapping the old and the new 10 hours and he is not having the drop-off he was last time.

Smoking_ is still. there. He has the patches and the gum but finds the habitual use hard to break.

No acute medical issues, Several friends his age passed away this year, weighs on the mind a bit.

Will renew at the window, see in follow-up January 29. At that point he should be able.to return to primary care management.

**RETURN VISIT: 12/02/2019**
(Book #14, page 1522)
[Patient C] presents unscheduled. We, had co verted him from methadone to fentanyl ,a couple of months ago.. He has had trouble with the patches staying,on despite Tegaderm ,and their efficacy dropped off at 48 hours rather than 72. He has, taken his last patch off today.

He would like to go back onto methadone. He had been on 20mg in divided doses for a long time, he believes that 30mg would work better. His pain focus remains thoracic and low back. He found that the methadone covered these areas better and he was able 'to keep up the pace.

The patient remains quite active, he is doing some resistance lifting, walks about five miles a day, is an active farmer with significant holdings, and he is a mushroom cultivator.

Will convert him to methadone, he is opioid tolerant and can accept a moderately accelerated schedule,. ·Will see in return December 30. He has a previous for January 29.

**RETURN VISIT: 12/30/2019**
(Book #14, page 1522)
[Patient C] returns in scheduled follow-up. We had. added 30mg of methadone in.  divided doses last visit. He maintained the fentanyl at 50mcg. This was a regime similar to what he had been on ten years ago. He describes the effect as "perfect." He continues a high level of function.

He slipped on a slick spot in the kitchen seve al weeks ago, hit the right shoulder and ribs hard. The ribs _are a source of chronic discomfort.since he had scleral therapy for·a dropped lung. He still thinks the fentanyl falls off in two days but the methadone provides a good bridge.

Now smoking under a pack. He quit the Chantix and is going it unaided. He reinforces that he is motivated to quit, encouraged by the memory of his mother being able to stop in her seventies.

Will coordinate the fentanyl and the methadone. See again March 23, 09:00. ECG then.

**REVIEWER CRITIQUE:**
The reviewer contends "[no] documentation of risks/benefits of opioid rotation from methadone to fentanyl patch at 9/12/2019 visit (increase of 80mg/d MED to 120mg/d MED). No documentation of risk mitigation strategies of adding methadone to fentanyl at 12/2/2019 unscheduled visit. Documents tolerance to fentanyl patch. Documentation on 12/2/2019 suggests plan was to switch to methadone. This is a complex conversion and there is little documentation about it and follow-up scheduled for 12/30/2019.... This represents a three-fold increase to 360mg/d, MED with no documentation of discussion of risks assessment or risk mitigation strategies. The follow-up interval of almost three months in this case is not standard of care.... Appears to have expected a transition from fentanyl to methadone, but patient ended up staying on both. Dr. Peterson continued to prescribe both."

## Specification 3.
Between January 25, 2019 and January 24, 2020, you increased the dose of methadone from 15 mg/d to 20 mg/d to fentanyl to Patient C; Your documentation and rationale were insufficient to justify the use of this medication in the treatment regimen of the patient. Your treatment did not.meet the standard of care.

**REBUTTAL:**
This patient is a highly active farmer with chronic right thoracic pain frequently invoked by the activities of his profession. Single parent to two teenage sons. He had been on significant opioid doses in the past but presented on low dose methadone that was proving inadequate. I increased his methadone from 5mg taken three times a day to 5mg taken four times a day. Previous ECG showed QTc at 410msec, well below the concerning level of 500msec.

Subsequent visit in September found the patient desiring to go back to fentanyl he had been on for years. Discontinued methadone, he actually gave me his unused prescription, and titrated up to 50mcg fentanyl. In subsequent follow-up visits he had trouble retaining the patches despite Tegederm and he complained that the dosing fell off of efficacy at the second rather than the third day. At his November visit we discussed some strategies for remaining on fentanyl but by December he asked to go back to methadone. At that visit on 12/2 (page 1521) I did not renew the fentanyl, he removed his last patch that morning, and started him into an upward titration of methadone over two weeks to 10mg taken three times a day. He was scheduled for a return within the month.

The patient was well aware that we were converting to methadone from fentanyl once again. He made a mid-month call-in to pharmacy for a fentanyl renewal although at that point he would be expected to be solely on the 30mg methadone dose. I mistakenly signed this, an unusual mistake but a mistake nonetheless. This provided a significant bump up. In follow-up two weeks later he did not evidence any untoward side effects and indicated that the combination was finally working well for him.

I do not take issue with the reviewer's critique of the fentanyl addition to the low dose methadone. The order was sent through from pharmacy the middle of December two weeks after my office visit and two weeks before his scheduled return. The patient was well aware that we had converted back to methadone and had discontinued the fentanyl. Nonetheless I mistakenly signed this. On follow-up the end of the month he was very happy with the combination, a regime he had been on for years.

Within a week of seeing him I discussed this mistake with one of the pharmacists and indicated the intention to withdraw him off of this fentanyl dose. The pharmacist indicated that the patient was once again expressing on/off cycling of the fentanyl. My intention was to start a gradual withdrawal when the patches expended, converting over to stand alone methadone as originally intended. I was suspended prior to that opportunity.

# Patient D

(Book #14, pages 1513 to 1481; Book #13, pages 1480 to 1443.)

CHRONIC PAIN MANAGEMENT (10/01/2018)
(Book #13, page 1471)
HISTORY OF PRESENT ILLNESS:
[Patient D] presents in consultation from Dr. Maryniak· for chronic low back pain with right sciatica. Patient has been·on minimal analgesia including tramadol with lidocaine patch. He also is on a low-dose benzodiazepine. Exacerbations of his pain can be quite severe to the point where pain into the right hip makes it difficult to walk. His back pain became more severe about two years ago with an initial incident in which he needed .to hold onto a wall to stand.

He initially does not describe an inciting :initial injury to his back however indicates upon reflection that he ·fell off of a roof about a year prior to its onset.

Describes the pain as a constant dull ache from morning on through the night. Pain increases with activity and often will lay him up. He is however able to bowl with much accommodation. He uses the tramadol along with the lidocaine patch to the right gluteal area and he wears a back brace. Pain however prevents any kind of.natural motion and his scores are only running about 120.

He scores his Multidimensional Pain Inventory-Interference as 3 out of 6 impact on day-to-day and social activities. Family activities and family chores are listed as a 3 out of·6. Social relations diminished'only to a 1 out of 6. He scores his average pain as about a 6 out of 10 with 7 at the worst and 4 at the least.

PAST MEDICAL HISTORY:
Nicotine dependence
Benign essential hypertension
Coronary arteriosclerosis.
Chronic back pain
Chronic kidney.disease stage 3

Primary malignant.neoplasm of prostate
Major depressive disorder
Gastroesophageal Reflux Disorder
Anxiety state ·
Sensorineural hearing loss, bilateral
Congestive Heart Failure
Hypercholesterolemia

FOCUSSED PAST MEDICAL AND'SURGICAL TREATMENT:
Patient has·never been treated with more significant opioid analgesia except tramadol. He was
given a series of epidural injections last summer that provided short-term benefit. Patient is never
pursued surgery. TENS unit and physical therapy.minimal benefit. Tramadol and. lidocaine only
take the edge off.

The patient underwent cervical surgery with hardware. He did have neurologic compromise to
the right arm that produced lasting.weakness. However there is no sequela of -pain since the
surgery.

He is treated.by mental health. His Patient Health Questionnai e (PHQ- ) scores 10 out of 27
or.medium risk for symptomatic depression. He explicitly denies suicidality. Indicates that his
problems make it "somewhat difficult" to conduct the activities of daily living.. Subjectively the·
patient indicates that his failing health has magnified his sense of depression.

Patient is severely hard of hearing secondary to his military exposure. Hearing aids have not
helped. Patient indicates that he has bilateral cataract surgery scheduled for next year. He was
treated for prostate carcinoma ten years ago with exclusive radiation therapy. He indicates that
his prosthetic antigen is going up.again.

Over the past several years patient has lost almost 100 pounds.

RELATED CURRENT MEDICATIONS:
Allergies: Patient has answered NKA

======================================================================

1) ACETAMINOPHEN 325MG TAB TAKE TWO TABLETS BY MOUTH TWICE A
   DAY FOR PAIN QR.FEVER·- DO NOT EXCEED 4000MG OF ACETAMINOPHEN
   (APAP) PER DAY FROM ANY AND ALL SOURCES
2) BUPROPION HCL 150MG 12HR SA TAB TAKE ONE TABLET BY MOUTH TWICE
   A·DAY.AT BAM AND 4PM FOR MOOD/SMOKING
3) CLONAZEPAM O.5MG TAB TAKE ONE-HALF TABLET BY MOUTH TWO TIMES
   A DAY'AS NEEDED FOR MOOD
4) DICLOFENAC NA 1% TOP GEL APPLY 4 GRAMS TOPICALLY FOUR ACTIVE·.
   TIMES A.DAY AS NEEDED FOR PAIN AND INFLAMMATION. DON'T EX EED 16
   GRAMS DAILY TO'ANY AFFECTED-LEG AREA. DON'.T EXCEED 8 GRAMS
   DAILY TO ANY AFFECTED ARM AREA. DON'T EXCEED A TOTAL DOSE OF 32
   GRAMS DAILY OVER ALL AREAS. *USE DOSING CARD TO MEASURE DOSE.*

5) DIGOXIN 0.25MG.TAB TAKE ONE TABLET BY MOUTH DAILY FOR HEART
6) LIDOCAINE 5% PATCH USE 1 PATCH TOPICALLY TO DRY, HAIRLESS AREA EVERY DAY FOR PAIN. PRESS PATCH ONTO THE SKIN FOR 10-15 SECONDS TO HEAT ACTIVATE THE ADHESIVE. REMOVE PATCH(ES) AFTER 12 HOURS AND LEAVE OFF FOR 12 HOURS. APPLY TO TENDER AREA ON THE BACK
7) METOPROLOL TARTRATE 25MG TAB TAKE ONE TABLET BY MOUTH ACTIVE TWICE A DAY WITH MEALS BLOOD PRESSURE/HEART.
8) MULTIVITAMIN CAP/TAB TAKE 1 CAP/TAB BY MOUTH DAILY    ACTIVE SUPPLEMENT
9) NUTRITION SUPL ENSURE PLUS/CHOC LIQUID DRINK ONE CAN ACTIVE BY MOUTH TWO TIMES A DAY AS NEEDED FOR SUPPLEMENT
10) OMEPRAZOLE 20MG EC CAP TAKE ONE CAPSULE BY MOUTH    ACTIVE EVERY-MO ING 30 MINUTES BEFORE BREAKFAST FOR STOMACH ACID
11) SIMVASTATIN 80MG TAB TAKE ONE-·HALF TABLET BY MOUTH AT ACTIVE BEDTIME AVOID GRAPEFRUIT CALL YOUR PROVIDER IF YOU HAVE MUSCLE PAIN, TENDERNESS· OR WEAKNESS
12) TAMSULOSIN HCL 0.4MG CAP TAKE ONE CAPSULE BY MOUTHACTIVE EVERY EVENING 30 MINUTES AFTER A MEAL – FOR PROSTATE STOP TAKIN MEDICATION IF YOU DEVELOP SEVERE DIZZINESS OR LIGHT-HEADED.
13) TIZANIDINE HCL 4MG TAB TAKE ONE TABLET BY MOUTH AT BEDTIME MUSCLE RELAXER
14) TRAMADOL·.HCL 50MG TAB TAKE ONE-HALF TABLET' BY MOUTH TWICE A DAY FOR PAIN
15) TRAZODONE HCL lOOMG TAB TAKE ONE'TABLET BY MOUTH AT BEDTIME AS NEEDED WITH FOOD - SLEEP'

==============================. ====================.

SOCIAL/FAMILY HISTORY:
Patient is married. Their daughter is living with them and soon to be produced granddaughter.

After the service he worked in the computer field starting 1973. He switched jobs into mainframe manufacturer and when the computer industry consolidated he was laid off at age 55, He indicates that altogether "that 30 years was a good run." He was. not able to find significant work thereafter. He did small stints retail but his back pain made it difficult to continue.

MILITARY· HISTORY:
Patient served in the Navy from 1969 through 1973. He did not see combat, he was stationed in California at the helicopter training base·. Patient suffered his hearing loss pursuing that occupation.

Service Connected: 50%
IMPAIRED HEARING (50% SC)

SUBSTANCE USE HISTORY:
This patient is now only a light smoker, consuming only about 4 cigarettes a day, This is a relaxing routine for him and he is not likely to quit. He drank heavily until 30 years. ago but·has

not since. He quit drinking with the help of Alcoholics Anonymous. Patient does not have an illicit drug history.·

SOAPP-R scores 19 out of 96 or the higher risk category for aberrant substance use.

IMAGING:
SPINE LUMBAR MIN 4 VIEWS: SEP 17, 2018
Description:
AP, lateral and both oblique views of the lumbosacral spine are presented for interpretation. There is an 11 degree dextroscoliosis with 'apex at L3. There is straightening of the usual lordosis.. There is no spondylolisthesis. The vertebral body heights appear maintained. There is loss of height of intervertebral disc material at Ll-L2, L2-L3, L3-L4 and·L4-L5. There are marginal osteophytes. There are degenerative changes of the facet joints. The pedicles are intact. There are·no lytic or blastic lesions, There are calcifications of the visualized aorta.

Impression:
Dextroscoliosis.
Straightening,
Degenerative disc disease L2-3, L3-L4 and L4-L5.
Facet joint arthropathy.
MINOR ABNOEMALITY

MRI LUMBAR SPINE W/0 &  W CONTRAST: FEB 05, 2018
Description:
Sagittal and axial Tl and T2-weighted were obtaineq through the lumbar spine prior to the administration intravenous contrast. Following the administration of intrayenous contrast, sagittal and axial Tl-weighted images were obtained.

There is 4 mm anterolisthe is of L3 in relation to L2 and 4 mm anterolis hesis of L4 in relation to L3 the bone marrow signal is unremarkable. The vertebral body heights appear maintained. There is·desiccation of disc material at Ll-L21 L2-L3 and L3-4 with loss of height of intervertebral disc material at Ll-L2, L2-L3· and L4-L5, The visuali ed spinal cord demonstrates normal signal intensity and terminates at Ll.

At Ll-L2 there is o disc herniation, bulge or protrusion. There is no central canal or neural foraminal stenosis.

At L2-L3 there is no disc hernia.tion, bulge or protrusion.. There is left lateral osteophytic ridging with mild left neural foraminal stenosis. The.re is no central canal or right neural foraminal stenosis.·

At L3-L4 there is postsurgical fibrosis which £lattens the ventral thecal sac and extends to the left greater than right lateral recess. There is moderate left neural fora inai stenosis s mild central canal and right neural_ forminal stenosis.

At L4-L5 there is postsurgical fibrosis extending.to the lateral recesses. There is moderate right neural foraminal stenosis a·nd central canal and mild left neural foraminal stenosis.

At LS-SL there is no disc herniation, bulge or prot.rusion. There is no central-canal or neural foraminal stenosis.

Impression:
Grade 1 anterolisthesis of L3 in relation to L2 and L4 in relation to L5.
Postsurgical fibrosis L3-L4 with moderate left neural foraminal stenosis and m ld central canal and. right neural foraminal stenosis.
Postsurgical fibrosis L4-L5 with_moderate central canal and right neural foraminal stenosis with mild 1 left neural foraminal stenosis.
MAJOR ABNORMALITY,

WHOLE BODY BONE SCAN (CA/METS/FRAC!URE): MAR 19, 2018
Report:
Technique: 26.5mCi technetium 99..MDP administered intravenously. Whole body and cone down scintiscans after three hours delay.

Comparison: CT chest dated March 7, 2017. Findings: There is slight increased radiotracer uptake seen in the mid thoracic spine; this is in the same area that a prior CT-chest showed slight compression deformity and discogenic degenerative changes at T7°T8. This likely accounts for the abnormal tracer·uptake.
Activity within the lower cervical spine is also demonstrated.· Postsurgical changes are demonstrated.'

There are likely arthritic changes seen at the shoulders, right wrist, and costal sternal joint . Slight increased uptake seen in the posterior left 10th rib corresponds to a site of an old healed fracture,

Impression:
    l, No evidence.to suggest osseous metastasis.
    2. Postsurgical changes of the lower cervical spine, mid T-spine stable compression deformity and an old healed_left 10th.rib fracture are all additionally noted.
    MINOR Al3NORMALITY

RIGHT HIP (2V)UNILATERAL: DEC 04, 2017
Description:
    AP and frog lateral views of the right hip demonstrate no acute displaced fracture or dislocation. The femoral acetabular joint space appears preserved. There are no abnormal calcifications· within the·joint'space. There are no lytic or blastic lesions. There are no soft tissue abnormalities. There are vascular calcifications..There are prostatic seeds. There are surgical clips overlying the right hemiscrotum.

    Impression:
    No_acute osseous abnormality,

MINOR ABNORMALITY

PHARMACOLOGIC EVALUATION:
Review of the Illinois and Indiana prescription monitors indicate no controlled substances from outside the VA. The patient has received regular clonazepam 0.5mg daily as well as tramadol 50mg opce a day. Two drug screens taken this year are negative for other- classes of medication. Clonazepam is poorly detected in our system and tramadol requires a confirmation, not done on these samples.

PHYSICAL EXAMINAT ON:
The patient ambulates fairly steadily. No real difficulty getting out of the chair. Examination of his back reveals no surgical. scar. He is palpably tender to the right perispinal area of.L4 and LS. Denies incontinence ·of bowel or bladder. +s strength to all .4 extremities and fine touch sensation is intact. BMI 20.2, Weight 137. Creatinine·l.33, EGFR 53.7.

IMPRESSION:
1. Chronic low back pain with right radiculopathy. Right hip pain.
2. Prostate carcinoma treated with radiation therapy. Rising PSA. Bone scan negative for osseous metastasis.
3. Major depression. Followed by psychiatry.
4. Stage II to III chronic kidney disease. Anti-.inflammatories poorly advised.

PLAN:
1. Discontinue tram dol.
2. Consider Lyrica next visit.
3. We will initiate:
   HYDROCODONE 5/ACETAMINOPHEN 32SMG TAB TAXE l TABLET BY MOUTH FOUR TIMES A DAY FOR CHRONIC\BACK PAIN - DO NOT EXCEED 4000MG OF ACETAMINOPHEN (APAP) PER DAY FROM ANY AND ALL SOURCES
4. Continue clonazepam. ·
5. Return to clin c October 29.

DISCUSSIONI
The patient would like to get more active. Anti-inflammatories are.not a good option with his kidney status. I will initiate low-dose hydrocodone, consider Lyrica next step. We will reassess in follow-up.


**RETURN VISIT: 10/29/2018**
(Book #13, page 1468)
[Patient D] returns in scheduled. follow-up. We started him on low-dose hydrocodone. He indicates that the pain is somewhat better. Intensity of pain is, reduced to the general low back. He has an intensity to the right upper anterolateral buttocks that remains. He will occasionally use a lidocaine patch for that.

Discussion migrated to the recurrence was prostate carcinoma. He did have a bone scan which did not evidence any metastatic disease:

We will continue the·hydrocodone. I am going to add Lyrica 25mg taken twice a  (
day. We will see the patient in follow-up on 26 November.


**RETURN VISIT: 11/26/2018**
(Book #13, page 1466)
[Patient D] returns in scheduled follow-up. He had a bad weekend in that he was grooming a cocker spaniel causing him more discomfort to his low back and hip. He describes his back as "on fire.,,·otherwise the medication is working rather well for him. He gets up in right hip pa'in but hydrocodone cuts that fairly quickly. We have him on a low dose of pregabalin and this appears to help at night. We will consider increasing that dose·from 25mg to 50 mg.

Patient is followed for prostate carcinoma. He has had difficulty with bladder control ever since radiation was performed. Bone scan this spring did not reveal any osseous metastasis that would explain his right hip pain. Patient did fall three years ago onto his left side with significant bruising and some rib fractures. Patient's right hip pain did not start.until a year later.,

The patient has had cervical fusion that was·luckily not disrupted after his fall. He had epidural injection twice from Dr. Santiago that did not give good relief.


**RETURN VISIT: 01/02/2019**
(Book #13, page 1464)
[Patient D] returns in rescheduled follow-up. Missed December 21.

Patient continues to have pain to the right.hip. Most evident while walking, less prominent at rest. This was onset two years ago. He is happy with the pregabalin. There has been concern of metastatic prostate carcinoma however bone.scan did not reveal any metastasis. He is _having another major prostate workup next week. PSA· has been rising. He is not having urinary symptoms.

Indicates· that his pain regimen is adequate. He has not been bowling but wants to keep it where it is at. Indicates that overall his pain management is much better than it had been prior to our, encounters.

I have enjoyed working with this gentleman. He can be returned to primary care management.


**RETURN VISIT: 06/19/2019**
(Book #13, page 1462)
[Patient D] has requested return visit.· We had followed him last fall until January of this year for chronic right hip pain. He was· well satisified with Norco 5mg taken #3 or #4 times a day along with pregabalin.

He was involved in reevaluation of prostate cancer successfully treated with bradytherapy ten years earlier. His PSA's were rising and he is now actively taking leuprolide. The shot is into the abdominal area. It is occasioned by increases in..general orthopedic pain especially to the left groin, his\ right knee and back. He is also getting hot.flashes. The Norco 5mg at this point is no longer effective. Walking is now more difficult. He is having another bone scan soon to check for metastatic involvement. He had hematuria last May and he has a cystoscopy.scheduled next week.

We will increase the Norco to 10mg at #4 times a day. See him.in follow-up July 19.· If he uses the entire prescription, he will need a renewal before his follow-up,. In that I am on a week's leave, the attending will need to cover.

If he is found to have metastatic disease, we will discuss palliative care. Other than the pain he is not showing: end-stage symptoms.

IMPRESSION:
1. Chronic low back pain with right radiculopathy. Chronic right hip pain..Left groin pain in exacerbation with chemotherapy.
2. Prostate carpinoma treated with radiation therapy. Rising PSA. Bone scan .negative for osseous metastasis. Repeat scheduled. Now on monthly leuprolide.·
3. Major depression. Followed by psychiatry.
4. Stage II to III chronic kidney disease. Anti-inflammatories poorly advised.

PLAN:
1. Continue PREGABALIN to 5OMG ORAL CAP TAKE ONE CAPSULE BY MOUTH TWICE A DAY FOR CHRONIC HIP PAIN
2. Increase the HYDROCODONE to 10/ACETAMINOPHEN 325MG TAB TAKE ·1 TABLET BY MOUTH FOUR TIMES A DAY FOR CHRONIC BACK PAIN -
3. DO NOT EXCEED 4000MG OF ACETAMINOPHEN ('APAP) PER DAY .FROM ANY AND ALL SOURCES
4. Continue clonazepam.
5. Return to clinic July 19.


**RETURN VISIT: 07/19/2019**
(Book #13, page 1459)
[Patient D] returns in scheduled follow-up. He has had significant urologic intervention for recurrence of elevated PSA post brachytherapy for prostate tumor. Bone scan proved negative. He had bleeding at one point. Cystoscopy proved a difficult insertion and he has a repeat next month. He has partial obstruction to urination. Has repeat leuprolide in November.

We had increased the Norco to 10mg #4 times a day.for right hip and left groin pain attendant to his endocrine shots. The increase has resulted in·a.very good improvement. Now able to walk more easily.. Especially helps with sleeping at night. He has plenty of Lyrica remaining. Will see back October 4. Renew.

**RETURN VISIT: 10/08/2019**
(Book #13, page 1452)
[Patient D] returns in scheduled follow-up. He has just received some advanced hearing aids that communicate with his blue tooth devices that has significantly improved his hearing.

He continues to have right hip and right lower back pain above the SI joint. He has an old tube of pain cream that he broke out and it gave some relief. He does not know the name, it came from the VA but I do not see it listed on the record. Will trial diclofenac.

His other·source of pain is his· "lump" to the left· inguinal area.. This goes down while lying down and bulges back out with standing or Valsalva. He had this evaluated out of the Urgent Care in October of 2016. CT.with contrast did not call it·a hernia.. Clinically this is a hernia.  I will consult general surgery.

He describes a moderate urinary incontinence, wears depends at night.

Norco at 10mg #4 daily holding well enough. Continues to benefit from the Lyrica. Return December 16.

PLAN:
1. Continue P EGABALIN to SOMG ORAL CAP TAKE ONE CAPSULE BY MOUTH TWICE A DAY FOR CHRONIC HIP PAIN
2. .Continue the HYDROCODONE 10/ACETAMINOPHEN 325MG TAB TAKE 1 TABLET BY MOUTH FOUR TIMES A DAY FOR CHRONIC BACK PAIN-DO NOT EXCEED 4000MG OF ACETAMINOPHEN (APA ) PER DAY FROM ANY AND ALL SOURCES'
3. Contin'ue clonazepam.
4. Will add diclofenac:'
   APPLY 4 GRAMS TOPICALLY FOUR 'J!IMES A·DAY AS NEEDED FOR LOWER BACK PAIN AND INFLAMMATION. DON'T EXCEED 16. GRAMS DAILY TO AJ!fY AFFECTED LEG AREA. DON'T EXCE·ED 8 GRAMS DAILY TO ANY AFFECTED ARM AREA. DON'T . EXCEED A TOTAL DOSE OF 32 GRAMS DAILY OVER ALL AREAS. *USE J;JOSING CARD TO MEASURE DOSE.*
5. Return to clinic December 16.
6. General- surgical consult for inguinal hernia.


**RETURN VISIT: 12/16/2019**
(Book #13, page 1449)
[Patient D] returns in scheduled follow-up.. He _had his hernia surgery three weeks ago. Convalescing well, he is over doing it occasionally but when he does not pain· is much reduced from before, He has found that after he had the left inguinal hernia repaired his right hip pain appeared to reduce.

The hydrocodone has been adequate post-operatively. It continues to help on the lower; back. Gel is giving him benefit. Overall "this program is working mµch better than how it was when we first started.

He has also been receiving the Lupron. His PSA has dropped remarkably. He does get significant hot flashes.

Sees Psychiatry this week, his anxiety has increased over the past several months. Increase in Wellbutrin has not been highly effective,

From our point of view he is doing well. Will determine if a decrease in hydrocodone is indicated after the surgery has healed. In any case he is not on much. Annual UDS today. Will see in follow-up.March 16..

**REVIEWER CRITIQUE:**
The reviewer states in the summary complaint, "[n]o documentation of safety considerations when doubling opioid dose in patient on clonazepam. Patient with prostate cancer, however document that the patient is experiencing increases in general orthopedic pain. Appropriately orders bone scan to evaluate for metastatic disease which was negative. No documentation of risk mitigation strategy or routine monitoring."

## Specification 4.
Between January 25, 2019 and January 24, 2020, you increased the dose of clonazepam for Patient D. Your documentation and rationale were insufficient to justify the use of this medication in the treatment regiment of the patient. Your treatment did not meet the standard of care.

**REBUTTAL:**
Criticism that routine monitoring was absent in my treatment of this patient is obviously contradicted by the record. The complaint of the co-prescription of the low-dose clonazepam at 0.5mg twice a day with moderate dose hydrocodone for a patient with a documented and actively treated anxiety disorder is judgmental. He has a not unreasonable concern for an end stage medical condition. This patient has legitimate pain generators, orthopedic as well as chemotherapy induced, well treated by the combination. Anti-inflammatories are poorly advised in this patient with early stage renal failure.

The claim that I increased this patient's dose of clonazepam is factually inaccurate. Clonazepam was prescribed by Psychiatry for a documented anxiety disorder.

The incidence of the inguinal hernia is another example of a problem that went unaddressed for nearly five years by this patient's set of 'musical chairs' primary care assignees. It was not even included on the problem list.


## Patient E
(Patient E: Book #13, pages 1442 to 1377.)

This was an established patient prior to the review period.  This record does not include the more comprehensive history and other studies in the first encounter.

**RETURN VISIT: 02/01/2019**
(Book #13, page 1403)
[Patient E] returns in scheduled follow-up, accompanied by his wife. He is wearing a postop rocker boot on the left foot. He has a podiatry appointment today for evaluation of postoperative progress·.

Really does not rate pain as very much when he is walking through the boot. At night when he gets out when the boot is off he does have significant pain. He describes pain in the left knee when getting tied up with the sheets. He has had no trauma.

The medication is doing well at the current level. Mood remains good. He does notice when he has not taken a dose. He otherwise is not going into withdrawal when he takes the methadone #3 times a day. We had refilled him last visit but he has about half a bottle extra that we cannot really explain. He has #56 of the 10mg tablets left over. He will uses those up before he calls for a refill. They will need to make phone calls in that they have no Internet service in the rural area.

Most of the activity on this gentleman is concerning his foot surgery. Medication is stable and therefore I really do not need to see him on a monthly basis. I will extend out his return to April 26.

Allergies:  FENTANYL, GABAPENTIN

1. ATORVASTATIN CALCIUM BOMG TAB TAKE ONE-HALF TABLET BY ACTIVE MOUTH AT BEDTIME CALL YOUR PROVIDER IF YOU HAVE MUSCLE PAIN, TENDERNESS OR WEAKNESS
2. DIVALPROEX 500MG 24HR (ER) SA TAB TAKE ONE TABLET BY MOUTH EVERY EVENING FOR MIGRAINES
3. FERROUS SULFATE 325MG TAB TAKE ONE TABLET BY MOUTH DAILY FOR ANEMIA
4. FINASTERIDE 5MG TAB TAKE ONE TABLET BY MOUTH DAILY FOR PROSTATE
5. FLUTICASONE PROP 50MCG 120D NASAL INHL 2 SPRAYS EACH NOSTRIL ONCE DAILY FOR NASAL ALLERGY
6. HYDROPHILIC CREAM, TOP APPLY SMALL AMOUNT TOPICALLY TWICE A DAY SKIN
7. METHADONE lOMG TAB TAKE ONE AND ONE-HALF TABLETS BY MOUTH THREE TIMES A DAY FOR PAIN (STOP MORPHINE)
8. NALOXONE HCL 4MG/SPRAY SOLN NASAL SPRAY SPRAY ONE SPRAY INT_9_0NE NOSTRIL AS NEEDED REPEAT AFTER 3-5 MINUTES MINIMUM IF MINIMAL OR NO RESPONSE AS NEEDED FOR OPIOID OVERDOSE. *ONLY ONE REFILL ALLOWED IF AUTHORIZED BY PROVIDER*
9. PANTOPRAZOLE NA 20MG EC TAB TAKE ONE TABLET BY MOUTH TWICE A DAY FOR STOMACH ACID

10. PREGABALIN 75MG ORAL CAP TAKE ONE CAPSULE BY MOUTH TWICE A DAY FOR CHRONIC NECK PAIN
11. SERTRALINE HCL lOOMG TAB TAKE TWO TABLETS BY MOUTH EVERY DAY FOR DEPRESSION
12. 12.) TIZANIDINE HCL 4MG TAB TAKE TWO TABLETS BY MOUTH AT BEDTIME AS NEEDED FOR MUSCLE RELAXER
13. 13) TRAZODONE HCL 50MG TAB TAKE ONE TABLET BY MOUTH AT BEDTIME WITH FOOD - SLEEP
14. Non-VA ACETAMINOPHEN 250/ASA 250/CAFF 65MG TAB 1 TABLET MOUTH AS NEEDED
15. Non-VA ACETAMINOPHEN 500MG TAB 500MG MOUTH AS NEEDED

PHYSICAL EXAMINATION:
Patient is fully alert .and fully oriented, not washed out today. Postop shoe onto the Left foot. Can walk into the room out of the wheelchair. He frankly looks very comfortable. Both he and his wife are dressed appropriately for cold weather.

Not demonstrating any respiratory difficulty. Does not evidence sleep deprivation.

IMPRESSION:
1. chronic traumatic low back pain with right leg paresthesia and left sciatica.
2. Moderate chronic postsurgical cervical pain.
3. Left hip trochanteric bursitis reduced with inactivity.
4. Deconditioning. Contributing to frequent falls.
5. Stage III kidney disease, anti-inflammatories not recommended.
6. Sleep apnea. Oxygen destauration index of 36.5 events/h. Lowest saturation recorded was 80%. Significant nocturnal desaturation. BiPAP initiated.
7. Postoperative left foot. Followed by podiatry.

PLAN:
1. METHADONE lOMG TAB TAKE ONE AND.ONE-HALF TABLETS BY MOUTH THREE TIMES A DAY FOR PAIN
2. Defer gait evaluation, walker. Pain PT to the back.
3. Kenisiotherapy ordered. PM&RS ordered. Both deferred.
4. Return to clinic April 26.


**RETURN VISIT: 04/26/2019**
(Book #13, page 1399)
[Patient E] presents in scheduled follow-up with his wife. His left metatarsal surgery has a non-union to the fourth that is going to require intervention. They have an ultrasound device ordered to aid in possible healing but prognosis is not good. Dr. Chen will reevaluate in June.

As a result he is not getting around much. He wears a brace to the right ankle and his left foot is painful to place weight. He is using a rollator. Still has the sharp pains into the left foot at night, interfering with sleep.

He is obviously very frustrated by inactivity. Has gained a little around the belly. He may have access to a pool on Mondays. Will consider.

Is doing well with the BiPaP. Denies that he is any less tired but is tolerating the equipemnt.

Again the activity is in Podiatry. Will renew the medications. Discussed increasing the Lyrica but does not want to risk dizziness. See again in July 19 after we know more concerning the foot.


**RETURN VISIT: 07/19/2019**
(Book #13, page 1395)
[Patient E] presents in follow-up accompanied by his wife.  July 4 he was admitted to community hospital, transferred from here, for abdominal pain work- up. He indicates that he was diagnosed with irritable bowel. Records not yet available.

He will need repeat surgery to the left foot. Told he has had a non-union. He is not able to walk very far, left foot is painful with any distance. Yet he understands that walking is not advised against. He is using a cane in the right hand. Using the rollator instead of the wheel chair.

His BiPAP dries him out, mouth and lungs. Has not used it for three weeks. Likely needs humidity, urged to simply go to the CPAP Clinic and discuss the matter. I will write a formal request.

The methadone is still helpful, he has no request for a change. There is a lot going on in other specialties. Will see him back October 4. Depression appears to be a contributing overlay here. He sees mental health.

IMPRESSION:
1. Chronic traumatic low back pain with right leg paresthesia and left sciatica.
2. Moderate chronic postsurgical cervical pain.
3. Left hip trochanteric bursitis reduced with inactivity.
4. Deconditioning. Contributing to frequent falls.
5. Stage III kidney disease, anti-inflammatories not recommended.
6. Sleep apnea. Oxygen desaturation index of 36.5 events/h. Lowest saturation recorded was 80%. Significant nocturnal desaturation. BiPAP non- adherent. Needs humidity.
7. Postoperative left foot non-union. Followed.by podiatry.
8. Depression followed by Psychiatry.

PLAN:
1. METHADONE lOMG TAB TAKE ONE AND ONE-HALF TABLETS BY MOUTH THREE TIMES A DAY FOR PAIN. Renew Lyrica.
2. Defer gait evaluation, walker. Pain PT to the back.
3. Kinesiotherapy ordered. PM&RS ordered. Both deferred.
4. Return to clinic October 4.
5. Order CPAP reassessment.

**RETURN VISIT: 10/04/2019**
(Book #13, page 1392)
[Patient E] returns in scheduled follow-up. Podiatry is contemplating removing the hardware from his left foot. Saw them just last week. Medication is doing well, however his BiPAP mask continues to give him fits, often headaches. "It breathes before I am ready for it." Urged to stop by that office to establish a follow-up evaluation.

He is out of the wheel chair more now. He has not fallen. Walking with a cane, can go about 100 yards before the pain intervenes. Has "lumps" to bottom of the foot that will be addressed later.

Have offered to have the surgeon call me for a discussion of post-operative analgesia. They had him stop the methadone last time and substituted oxycodone. Instead they should maintain the methadone dose and add oxycodone on top for the convalescent period.

Will see in three months. Had him provide the annual UDS. Renewed the methadone to be mailed on schedule.

**CONSULT/PAIN CLINIC: 10/11/2019**
(Book #13, page 1387)
Request for recommendation of post-operative analgesia for [Patient E] who I follow for chronic.back pain. He has been on 15mg methadone #3 times daily with adequate results. He now is facing revision left foot surgery.

Methadone is providing a baseline level of pain relief chronically but it will not cover the post-operative needs. In these situations we continue the methadone at its current level up to surgery and post-op. In that this patient is opioid tolerant and methadone serves as an acute opioid blocking agent, we need to add an oral agent with good efficacy.

Provide 10mg oxycodone IR #4 times daily for the otherwise typical patient's duration of expected post-operative pain. Give the first dose and wait two hours before discharge. Make sure the family knows where their Narcan is kept, although I do not expect trouble.

This patient does not carry an opioid use disorder diagnosis so that you can expect that he will use as prescribed. He has challenged kidneys so anti- inflammatories are not advised. Tylenol could give some minor benefit.

I am available by cell phone if needed and not in the office.

**RETURN VISIT: 01/09/2020**
(Book #13, page 1382)
[Patient E] presents with his wife. He had hardware removed in the left foot in October. Was told that the bone matrix is too weak to support definitive healing. It hurts to walk and likely will

continue to do so. He can go about 100 yards before he needs to stop. Before the foot injury he could walk the dog a mile, no longer.

He was referred to Interventional Pain by Dr. Kalec, written by his primary care physician. He has had epidurals before and found them unimpressive but the pain in more severe now. For some reason Christie was out of network this time, he has been given two facilities in-Indianapolis.

MRI LUMBAR W/0 CONTRAST: OCT 11, 2019
Findings:
There are 5 nonrib-bearing lumbar type vertebrae present. Vertebral body heights are maintained without compression deformity. There is no acute fracture or dislocation. No.areas of osseous destruction. Mild nonspecific heterogeneity of the bone marrow signal is noted that appears similar compared with the prior exam. The conus medullaris appears unremarkable, again terminating at the L2 level. There are no appreciable epidural collections or masses. The paraspinal musculature and overlying subcutaneous soft tissues appear unremarkable. The abdominal aorta is within normal limits of caliber. Bilateral fluid intensity re al cortical foci present, possibly reflecting renal cysts.

Ll-2: No significant disc protrusion. Mild facet arthrosis with mild thickening of the ligamentum flavum. No significant central canal or neuroforaminal stenosis.

L2-3: Small circumferential disc bulge. Mild facet arthrosis with mild thickening of the lig mentum flavum. Mild central canal narrowing. No significant neuroforaminal stenosis.

L3-4: Small circumferential disc bulge. Mild facet arthrosis with mild thickening of the ligamentum flavum. Mild to moderate central canal stenosis. Mild bilateral neuroforaminal stenosis.

L4-5: Small circumferential disc bulge. Mild facet arthrosis with mild thickening of the ligamentum flavum. Mild central canal stenosis. Mild to moderate left neuroforaminal stenosis. Mild right neuroforaminal stenosis.

LS-Sl: No significant disc protrusion. Mild facet arthrosis. No significant central canal Stenosis. Mild left neuroforaminal stenosis. No significant right neuroforaminal stenosis.

IMPRESSION:
1. Multilevel degenerative spondylosis as noted above.
2. Mild to moderate central canal stenosis at L3-4 with mild central canal stenosis at L2-3 and L4-5.
3. Mild to moderate left neuroforaminal stenosis at L4-5. Additional areas of mild neuroforaminal stenosis at L3-4 bilaterally, at L4-5 on the right and at L5-Sl on the left.

Primary Diagnostic Code: NO ALERT REQUIRED
Secondary Diagnostic Codes: ABDOMINAL AORTIC ANEURYSM NOT PRESENT

With the left foot pain he has also developed a right ankle pain while walking.

He is not sure the Lyrica is doing anything. He will taper it off a 'week as a trial. Can restart it if he believes it was helpful. ,The methadone is definitely "important."

Constipation not an issue for him. They had a couple of days with the family for Christmas.

He sees Podiatry in February. We will see back on April 2 at 09:00.


**REVIEWER CRITIQUE:**
Reviewer states that, "10/19 UDS positive for cannabis, not discussed with patient.  Did not discuss methadone tapering (45mg/d) with OSA and nocturnal saturation of 80%." He also debits for not completing the consent prior to initial dispensing even though he states that the requirement was "completed by the previous provider." He also asserts that the patient was not assessed for aberrant behavior risks prior to dispensing or during 90-day.

## Specification 5.
Between January 25, 2019, and January 24, 2020, you failed to conduct urine drug testing for Patient E within the 90-day window or 30 days prior to dispensing, who had a prior positive urine drug screen for cannabis. You failed to document methadone . Your treatment did not meet the standard of care.

**REBUTTAL:**
This was an established patient prior to the review period.  This record does not include the more comprehensive history and other studies in the first encounter.  The risk assessment, prescription monitor and UDS are rarely omitted.

This patient had significant generators in his back at the start of my visits with him to which he added an acute foot fracture with surgical failure likely turning into a chronic condition.  I had early on attempted to increase this gentleman's ambulatory mobility; a goal made significantly more challenging by the failure of his foot surgery.

His use of marijuana would have been addressed in the initial encounter.  (For example, see Patient F; Book #12, page 1317 below.)  I explained to each of my patients that marijuana was controversial in the VA, that no veteran was being denied treatment as a result of its use but that individual practitioners may refuse to prescribe controlled substances as a result.  I did not have a prohibition against its use.  I am not sure what the complaint about methadone in the drug screen refers to.  I documented the exceptions rather than every result.  This patient did not suffer from opioid inconsistencies.

As evidenced by the multiple referrals to pulmonology, the issue of the patient's nocturnal oxygen status was taken quite seriously by me; in contradistinction to the reviewer's characterization.  His deficiencies would not even have been recognized if I had not investigated the issue originally.  My approach to this was to push toward developing adequate oxygen support rather than taking away his moderate dose of methadone that he found "quite important"

to chronic pain generators. Alternatives were few and far between, nonsteroidals poorly advised and interventional pain poorly efficacious and made difficult to access due to ineffective implementation of private sector alternatives.

# Patient F

(Book #13, pages 1376 to 1372; Book #12, pages 1371 to 1298)
This patient is again someone established by the window of the review and therefore the record does not include the comprehensive initial assessment.

**Return Encounter: 02/20/2019**
(Book #12, page 1317)
[Patient F] returns in scheduled follow-up. He was being evaluated at Dr. Santiago's for cervical epidural injections and ultimately recommendation for Botox for headaches. He has had the Botox in the past and indicates that he ended up in the emergency room and admitted for a couple of days due to side effects. He is decided not to go that direction.

He is a relatively well-controlled on the patch until the end of about day 5 when the strength falls off the last' two. He actually did better with pills, 1mg taken twice a day. He would like to go back onto the pills. This will be a pain and not an addiction indication.

We did briefly discuss medical marijuana. The patient used that in the past and found it very effective for his headaches. At the time he was discontinued on everything else he was taking, including his psychiatric medications as a result of marijuana positive urines. We have stressed that the issue is still quite controversial within the VA.

We will convert him to the tablet. We will investigate with pharmacy whether we need go to Subutex 2mg, currently not on formulary. There really is no reason to move from Suboxone 2mg medically but we may have some difficulty with credentials of primary care physicians without the DATA waiver. Do not have that problem with a pain indication. We will see the patient in about four weeks. He will continue with Pain PT.

Allergies: CODEINE, ATORVASTATIN

1. BUPRENORPH 2MG/NALOX 0.5MG SL TAB DISSOLVE 0.5 MOUTH TWICE A DAY FOR CHRONIC HEADACHE -- DOSE IS ONE-HALF TABLET TWICE A DAY
2. BUSPIRONE HCL 1OMG TAB TAKE ONE AND ONE-HALF TABLETS BY MOUTH THREE TIMES A DAY AFTER MEALS FOR ANXIETY
3. DIVALPROEX 500MG 24HR (ER) SA TAB TAKE THREE TABLETS BY MOUTH AT BEDTIME MOOD/NEUROLOGIC AND HEADACHE PREVENTION
4. DOCUSATE NA 1OOMG CAP TAKE ONE CAPSULE BY MOUTH DAILY FOR CONSTIPATION TO SOFTEN STOOL
5. DRESSING,TRANSPARENT 4X 4 3/4IN #889506W USE DRESSING - SUPPLY AS DIRECTED FOR ADHERING PAIN PATCH
6. GLIPIZIDE 1OMG TAB TAKE ONE TABLET BY MOUTH TWO TIMES 1 A DAY BEFORE MORNING AND EVENING MEAL FOR DIABETES

7.  HCTZ 50/TRIAMTERENE 75MG TAB TAKE ONE-HALF TABLET BY MOUTH EVERY DAY
8.  HYDROXYZINE PAMOATE 25MG CAP TAKE ONE CAPSULE BY MOUTH THREE TIMES A DAY AS NEEDED FOR SLEEP AND ANXIETY
9.  LEVOTHYROXINE A 88MCG (0.088MG} TAB TAKE ONE.TABLET BY MOUTH DAILY FOR THYROID
10. LISINOPRIL 10MG TAB TAKE ONE-HALF TABLET BY MOUTH EVERY DAY FOR BLOOD PRESSURE
11. METFORMIN HCL 1000MG TAB TAKE ONE TABLET BY MOUTH TWICE A DAY WITH FOOD - FOR DIABETES
12. METOPROLOL TARTRATE 25MG TAB TAKE ONE TABLET BY MOUTH TWICE A DAY WITH MEALS
13. MIRTAZAPINE 45MG TAB TAKE ONE TABLET BY MOUTH AT BEDTIME MOOD/SLEEP
14. PANTOPRAZOLE NA 40MG EC TAB TAKE ONE TABLET BY MOUTH DAILY FOR STOMACH ACID
15. ROSUVASTATIN CA 40MG TAB TAKE ONE TABLET BY MOUTH EVERY DAY FOR ELEVATED CHOLESTEROL, CALL YOUR PROVIDER IF YOU HAVE MUSCLE PAIN, TENDERNESS OR WEAKNESS (APPROVED}
16. TIZANIDINE HCL 4MG TAB TAKE THREE TABLETS BY MOUTH AT ACTIVE BEDTIME MUSCLE RELAXER

------------------------------------------------------------=-----------/--

PHYSICAL EXAMINATION:
The patient's face is relaxed, forehead not furrowed. He is able to ambulate into the room without difficulty and sit down into the chair. Range of motion at the neck is limited to about 15 deg. axially bilaterally. He maintains +5 strength and fine touch sensation to all four extremities. Fully alert and oriented.

Evidences no buprenorphine withdrawal. Absent mild muscle ache. No nausea or gooseflesh. He is not yawning.

IMPRESSION:
1.    Chronic, posttraumatic occipital headache.
2.    Chronic neck pain contributing to (1) above. '
3.    Sleep disturbance to be investigated.
4.    Bipolar disorder followed by mental health.

PLAN:
1.  We will see the patient back in clinic March 18.
2.  CTIC consult to interventional discontinued by patient.
3.  Buprenorphine for pain management: Transition back to Suboxone 2mg, one-half twice a day.

**Return Encounter: 03/18/2019**
(Book #12, page 1315)

[Patient F] returns in scheduled follow-up. Buprenorphine at 1mg twice a day is working for his headache. Until this therapy he had not been headache free for five years. He is not showing any more sedation as when he was taking twice that dose. He does have a crook in the left side of his neck that has been successfully treated by Pain PT. He has an appointment with Kevin Kuhn today.

He has not been using CPAP. He moved bedrooms and has not set up the equipment. He may need a new mask. He indicates he will address those issues.

He denies any other acute medical issues. His diabetes and hypertension are being addressed through primary care. Today he is in no acute distress, denies any other medical complaints.


**Return Encounter: 06/10/2019**
(Book #12, page 1313)
[Patient F] returns in scheduled follow-up. His headache is not as well controlled as it has been. He does not have the pain at the vertex like he did but he still has the occiput pain that may be more related to the origins in his neck. Pain PT needling had helped that during an exacerbation for a couple of days that gave him a start.

We had him on 2mg buprenorphine initially that proved too strong. He now is taking half of that and can probably go up. Pain PT Kuhn is on medical leave this month, I will see if Chiropractic can help.

Has not been actively pursuing the CPAP.

He otherwise has no systemic complaints, no new injuries, respiratory or abdominal complaints.

Will increase to 2mg twice a day, refer to Chiropractic and see in follow-up July 8.

PHYSICAL EXAMINATION:
The patient's face is a bit tensed but forehead not furrowed. He is able to ambulate into the room without difficulty and sit down into the chair. Range of motion at the neck is limited to about 15 deg. axially bilaterally.  Illustrates area of discomfort at the mid left posterolateral neck. He maintains +5 strength and fine touch sensation to all four extremities. Fully alert and oriented.

Evidences no buprenorphine withdrawal or sedation. Absent mild muscle ache. No nausea or gooseflesh. He is not yawning. Describes ache to occiput.


**Return Encounter: 07/08/2019**
(Book #12, page 1311)
[Patient F] presents in scheduled follow-up. He had had a headache for the past two or three days. The buprenorphine is "hit or miss". He admits that he finds it difficult to administer. In discussing whether to go up, we acknowledge that he had difficulty at 4mg twice a day but he is now more exposed to the compound and would be expected to be more tolerant of it.

He saw Chiropractic and has follow-up. The procedure was focussed on the extremities. He found it painful with limited benefit to the headache. Has a return scheduled. Our Pain PT has returned for limited duty and I will put it for a return consultation. Will increase the dose to 4mg twice a day but it will be in the form of 2mg tablets so he can tailor the dose as needed.

Dr. Kalec has ordered MRI brain and cervical spine through CTIC.

He is going to a gaming convention the end of July. He will be able to make it with the increased quantity. To return August 12.

**Return Encounter: 08/12/2019**
(Book #12, page 1307)
[Patient F] presents in scheduled follow-up. Indicates he did well at his video gaming convention. The buprenorphine at 4mg twice a day continues to be effective at keeping his chronic headache to reasonable levels.

Dr. Kalec had ordered MRI of cervical spine and brain but the order was deflected by CTIC asking for contrast clarification. As a result has not moved forward. I have suggested that he stop by that office to have them modify the request.

He believes he is done with Pain PT and Chiropractic. Will move him out three months. Buprenorphine to cover that period.

**Return Encounter: 11/04/2019**
(Book #12, page 1304)
[Patient F] returns in scheduled follow-up. He was helping his father move this weekend and over did it a bit. Stiff but otherwise all right.

Pain remains chiefly right upper cervical spine with radiation to the right periorbital area and occiput.

Medication still working for the headaches, reducing their frequency to several times a week and their intensity.

He had his MRI of brain and cervical spine. Both basically unremarkable. Brain no underlying pathology to explain headache and the spine with some foraminal stenosis.

He would like to pursue Pain PT again. Will write order. Renew buprenorphine and see in follow-up January 13.

**REVIEWER CRITIQUE:**
Reviewer states that "[t]here is no documentation of assessment for high risk behavior or routine monitoring. There is no documentation of updating the informed consent when opioid therapy

was switched to sublingual buprenorphine for pain management. Consent for Long Term Opioid Therapy for Pain was originally documented in 2015 by a different provider for the use of Vicodin and tramadol."

## Specification 6.

Between January 25, 2019 and January 24, 2020, you failed to conduct urine drug testing for Patient F within the 90-day window or 30 days prior to dispensing. You failed to· document and up4ate the written informed consent when opioid therapy was switched to sublingual . buprenorphine. Your documentation was insufficient to justify the medications used in the treatment regimen of the patient. Your treatment did not meet the standard of care.

### REBUTTAL:

This review is largely inaccurate. The facility considers the Consent to be a one-and-done since it has been difficult to get primary care to complete them at all. It is a Consent between the VA and the patient, not a reference to a particular form of opioid therapy. Risk assessment was completed at his first encounter prior to the review period, including initial drug screen.

This patient responded very well to low-dose buprenorphine 4mg twice a day and physical therapy for his neck.

# Patient G

(Book #12, pages 1297 to 1257; Book #11, pages 1256 to 1209)
This is again an ongoing patient at the start of the review period and therefore critical elements of the record are not included.

### Return Encounter: 01/30/2019

(Book #11, page 1239)
[Patient G] returns in scheduled follow-up. He is quite busy today. He saw the mental health pharmacist who disconinued his.Ambien and started bupropion. The patient had been using that every other night. He is not quite clear why that happened. He has a sleep study scheduled tonight and originally he was to see Pain Physiology tomorrow. We were able to move things around a bit and I am seeing him after he is seen Dr. Kuykendall here to save the patient a trip back tomorrow morning.

The patient is taking 15mg of Norco #4 times a day. He indicates he is getting adequate relief with that. His level of activity is at best moderate. He is able to complete errands around the house. His lumbar radiculopathy down the right ' leg limits his walking. He indicates he does walk through the Walmart but needs to stop to.sit down. Standing makes his condition worse with serious pains down the right leg. He does not lose neurologic function.

He otherwise has no systemic complaints. Denies any shortness of breath or flu- like symptoms. He is having no chest pain patient does have a urology appointment scheduled for February that we will coordinate with our next visit on the 25th. He indicates he has some large kidney stones that have been scheduled for removal for better than half a year. They do not appear to be causing him severe pain.

He is using nicotine patches but not the gum. Still smoking about a pack a day.

I will renew the patient's medication for the window. See him back on 25 February. At that time we will evaluate his sleep study and make a decision as to whether the patient can go back to primary care analgesic management.

Allergies: MORPHINE

1. ATORVASTATIN CALCIUM BOMG TAB TAKE ONE-HALF TABLET BY ACTIVE MOUTH AT BEDTIME CALL YOUR PROVIDER IF YOU HAVE MUSCLE PAIN, TENDERNESS OR WEAKNESS
2. BUPROPION HCL 75MG TAB TAKE ONE TABLET BY MOUTH EVERY MORNING FOR MOOD/SMOKING
3. CHOLECALCIFEROL (VITAMIN D3) 400UNT TAB TAKE ONE TABLET (400 UNITS) BY MOUTH DAILY FOR DIETARY SUPPLEMENT
4. DULOXETINE HCL 30MG ORAL CAP,EC TAKE THREE CAPSULES BY MOUTH EVERY DAY WITH ORNING MEAL FOR MOOD, CHRONIC PAIN SYNDROME
5. HYDRALAZINE HCL SOMG TAB TAKE ONE AND ONE-HALF TABLETS BY MOUTH TWICE A DAY WITH FOOD FOR BLOOD PRESSURE -- NOTE: NEW DOSE
6. HYDROCODONE 10/ACETAMINOPHEN 325MG TAB TAKE 1 TABLET BY MOUTH EVERY 4 HOURS FOR CHRONIC BACK PAIN - DO NOT EXCEED 4000MG OF ACETAMINOPHEN (APAP) PER DAY FROM ANY AND ALL SOURCES
7. LIDOCAINE 5% PATCH USE 1 PATCH TOPICALLY TO DRY, HAIRLESS AREA EVERY DAY FOR PAIN. PRESS PATCH ONTO THE SKIN FOR 10-15 SECONDS TO HEAT ACTIVATE THE ADHESIVE. REMOVE PATCH(ES) AFTER 12 HOURS AND LEAVE OFF FOR 12 HOURS.
8. LISINOPRIL 40MG TAB TAKE ONE-HALF TABLET BY MOUTH TWICE A DAY FOR BLOOD PRESSURE. INCREASE PER RENAL
9. METOPROLOL TARTRATE 25MG TAB TAKE ONE TABLET BY MOUTH TWICE A DAY WITH MEALS BLOOD PRESSURE/HEART
10. SULFASALAZINE 500MG TAB TAKE TWO TABLETS BY MOUTH TWICE A DAY FOR PAIN ARTHRITIC PSORIASIS
11. TIZANIDINE HCL 4MG TAB TAKE THREE TABLETS BY MOUTH AT BEDTIME MUSCLE RELAXER

PHYSICAL EXAMINATION:
Stands from the chair with some difficulty, shows pain rising from the flexion position to standing upright. Does not sit comfortably in any one position, right leg extended for relief. Patient does engage in conversation and answers questions with little more than concrete answers. He is dressed appropriately. He is not markedly withdrawn but is confused about details.

Pupils are normal for ambient light. He is not showing additional symptoms of narcotic withdrawal.

IMPRESSION:
1.     Lumbar radiculopathy with radiographic foraminal stenosis.
2.     Symptomatic depression complicating (1) above.
3.     Consider undertreated PTSD.
4.     Nicotine dependence.

PLAN:
1.     Renew Norco 10mg #6 a day in divided doses.
2.     Discontinue Pain PT.
3.     Continue Pain Psychology.
4.     Await sleep study.
5.     Return to clinic February 25.


**Return Encounter: 02/25/2019**
(Book #11, page 1236)
[Patient G] returns in scheduled follow-up. He is having a bad day today. His right-sided back pain with radiation kicked up significantly this morning and he is having difficulty finding a comfortable position. He indicates that he is not getting to sleep since the Ambien was taken away. He indicates he is averaging only about three hours. Did much better previously.

Patient has not been able to get a lot of activity in this winter. The cold weather has exacerbated the back. He indicates that he was having trouble even last summer when he was not able to ride a motorcycle, major source of recreation for he and his wife.

Patient undertook screening oximetry and showed significant desaturation. He has undergone a formal sleep study February 1 that basically cleared him for sleep apnea despite the positive screening study. His wife has been concerned in that she has told him that he stops breathing during the night.

Vicodin is definitely helping with the back. He indicates he went without a couple days and was in significant misery.

Patient is trying to diet since his activity level has become rather poor. We have also talked about smoking. The patient would like to quit. He indicates he is down from about a pack and half a day to under a pack. He is having difficulty turning the corner. In 2008 he was successful at stopping alcohol and now he simply picks up a root beer when he has any kind craving. He did try the patches without good benefit. He has not tried vaping and will look into that. Chantix may be an option but I will hold off on that as a first line therapy. Patient has significant psychiatric overlay.

He did go see Pain Psychology. At this point he thought the recommendations were too simplistic. The patient did not do well in Pain Physical Therapy. The manipulations hurt more than they helped in his mind.

With respect to the back he has had injections in Crawfordsville twice that lasted only a couple of days. Consideration for rhizotomy. That referral program has not been sorted out administratively.

I will write a consultation for smoking cessation. He indicates that he is up for anything at this point. We will see the patient back in four weeks and we will renew his medication.

PHYSICAL EXAMINATION:
Stands from the chair with some difficulty, shows pain rising from the flexion position to standing upright. Does not sit comfortably in any one position, right leg extended for relief. He stands at several points for relief. No loss of sensation or lower extremity strength.

Patient does engage in conversation and answers questions now with more than simple concrete answers. He is dressed appropriately. He is not markedly withdrawn, appears less depressed.

Pupils are normal for ambient light. He is not showing any symptoms of narcotic withdrawal.

IMPRESSION:
1.    Lumbar radiculopathy with radiographic foramina,l stenosis.
2.    Symptomatic depression complicating (1) above. 1
3.    Consider undertreated· PTSD.
4.    Nicotine dependence.
5.    Symptomatic sleep apnea ruled out.

PLAN:
1.    Renew Norco 10mg #6 a day in divided doses.
2.    Discontinue Pain PT.
3.    Continue Pain Psychology.
4.    Consider Psychiatry referral for undertreated depression.
5.    Return to clinic March 25.

**Return Encounter: 03/25/2019**
(Book #11, page 1234)
[Patient G] presents in scheduled follow-up. His right-sided back pain is not_as severe as it was last visit. Vicodin continues to help with the back pain. He is still having difficulty getting to sleep since his Ambien was taken away. He does have a Psychiatry appointment in April where I suggested that he bring the topic back up. I will certainly support its reissue.

Continues to have a relatively low level of activity in winter weather, although that is resolving slowly. Not clear if he will be able to get back onto the motorcycle this year.        /

We get back to the topic of smoking. He is seeing Pain Psychology, but has tried everything in his book. He has not secured the vaping we had suggested. He tried a local store that did not have any of the equipment. I suggested online. His wife works in Indianapolis where he certainly could find something there.

He continues with Pain Psychology. He has a podiatry appointment for plantar swellings that have been recurrent. He has an orthotics appointment in relation to that.

We will renew the medication without changes. Return to clinic May 20.


**Return Encounter: 05/20/2019**
(Book #11, page 1228)
[Patient G] presents in scheduled follow-up. His right-sided back pain is about the same as it was last visit. Vicodin continues to help with the back pain.

He is still having difficulty getting to sleep since his Ambien was taken away. He saw Psychiatry appointment in April where I suggested that he bring the topic back up. I will certainly support its reissue. But he was given non- benzodiazepine alternatives.

Continues to have a relatively low level of activity in _better weather, although that is resolving slowly. Not clear if he will be able to get back onto the motorcycle this year, has talked about selling it. Recent ride could only go 25 minutes before needing to get off. His right leg cramps up. Back injections were not successful before.

We get back to the topic of smoking. He is seeing Pain Psychology, but has tried everything in his book. He has not secured the taping we had suggested. He tried a local store that did not have any of the equipment. I suggested online. His· wife works in Indianapolis where he certainly could find something there.

He continues with Pain Psychology. He has a podiatry appointment for plantar swellings that have been recurrent. Was supplied shoe implants but they did not cut out the areas of swelling. Will revisit.

Seeing Pain Psychology regularly. Followed by Cardiology for blood pressure and was seen by Renal for same.

Last MRI MAR 03, 2016: MRI LUMBAR W/0 CONTRAST
Impression:
Disc bulge L4-L5 with focal left lateral protrusion and likely impingement of exiting nerve root on the left, with severe left neural foraminal stenosis and moderate right neural foraminal stenosis and central canal stenosis.

Disc bulge L5-Sl with focal left lateral protrusion and likely.impingement of the exiting nerve root on the left with severe left neural foraminal stenosis and moderate right neural foraminal stenosis with mild central canal stenosis.

ABNORMALITY, ATTN. NEEDED

We will renew the medication without changes. Will place a Neurosurgery consultation to relook at the back. He might need another MRI. If so he is claustrophobic and will need open or procedural sedation. Return to clinic J{me 17.

IMPRESSION:
1.     Lumbar radiculopathy with radiographic foraminal stenosis.·
2.     Post cervical surgeries times two.
3.     Symptomatic depression complicating (1) above.
4.     Consider undertreated PTSD.
5.     Nicotine dependence. Trying to quit. Alcoholism in remission.
6.     Symptomatic sleep apnea ruled out.
7.     Sleep latency previously treated with Ambien. Has seen Psychiatry.

PLAN:
1.     Renew Norco 10mg #6 a day.in divided doses.
2.     Discontinue Pain PT.
3.     Continue Pain Psychology.
4.     Will initiate Neurosurgical consultation PM&RS consultation.
5.     Return to clinic June 17.

**Return Encounter: 06/17/2019**
(Book #11, page 1225)
[Patient G] presents in scheduled follow-up. Nothing is much improved. He is making more use of VA services. Seeing Pain Psychology, following Renal for his blood pressure. He has an appointment with Psychiatry to address the Arnbien issue, that remains discontinued: We had sent him for evaluation as a candidate for Neurosurgery to PM&RS, that is scheduled the end of this week.

Still not able to ride more than 15 minutes on his motorcycle, had been a regular activity with his wife. Limited activity around the house. Uses a push mower, no trouble pulling the starter cord but finds it painful to push. Completed the yard in an hour when it used to take ten minutes. Cannot sweep the floor with a push broom.

Can get about half way through the big box stores. Leans on a chart, does not use the. scooter.

Cigarette smoking not really improved. Gave up quickly on finding a vap. Smokes menthol, regular cigarettes gave him a headache. Now he is getting a headache with even the Kools he has smoked for 45 plus years at a pack or better a day. Quit drinking in 2008 after pancreatitis.

He indicates that his right leg has been doing some swelling. He has chronic radiculopathy down the right side. Not red. I have urged him to check into Urgent Care for evaluation. An ultrasound may be appropriate.

Otherwise he sees Pain Psychology today. We will see him in two months. Renewal of hydrocodone, call pharmacy for renewal at the end of the month.

**Return Encounter: 08/12/2019**
(Book #11, page 1220)
[Patient G] presents in scheduled follow-up. "Same old-same old. He did get benefit with Pain.Psychology, has reached maximum benefit there. Continues to more fully engage VA services. Saw Cardiology, scheduled for stress, will revisit sleep.

I note that orders by Dr. Kalec for Open MRI Lumbar are languishing, I have asked the patient to seek a status report.

Smoking still not improved. Still has not obtained a vap. His right leg is not swelling any longer, DVT work-up apparently not done. Not complaining of shortness of breath. No chest pains.

Patient continues to evidence poor motivation to take care of himself, going with the flow, responding rather than initiating.

Will see October 7. Renew the hydrocodone for hold, he recently was renewed.

**Return Encounter: 10/07/2019**
(Book #11, page 1215)
[Patient G] presents in scheduled follow-up. He indicates he was down a couple of days last week simply picking up some relatively light pieces of lumber. Now substantially resolved.

He indicates that his medication came through the mail a week late last time. By the third day he had serious diarrhea. All resolved.

****************
He has been to nocturnal oximetry:
The night was characterized by oxygen desaturation index of 13 events/h. Lowest saturation recorded was 70%.

Impression:
Significant nocturnal desaturation.
Recommend sleep study and PFTs if clinically indicated.
***************

Pulmonary functions were completed in January:
PULMONARY PROCEDURE NOTE: JAN 11, 2019

IMPRESSION:
Spirometry showed borderline low normal FEVl and FC with normal ratio of FEVl/FVC. No bronchodilator response tested.

Mild impairment of diffusing capacity (63%). Please correlate clinically.
***************
He completed his Stress Test:
CONSULT/EXERCISE STRESS TEST: SEP 08, 2019

CONCLUSION:
No objective evidence with the hybrid stress test combining low level easy pace walk with lexi
***************

He reports that his wife says he stops breathing at night. he kicks a lot and he snores "big time."

I will order the formal sleep study. He has another pulmonary function ordered that could probably be cancelled. His conversation indicates that he has poor memory for recent events thinking they occurred several months earlier.

Will renew his medication now for hold. Schedule again for November 4. He has an open MRI order that is just hanging.

PLAN:
1.      Renew Norco 10mg #6 a day in divided doses.
2.      Discontinue Pain PT.
3.      Maximum benefit Pain Psychology.
4.      4, Neurosurgical evaluation consultation, check status.
5.      Formal sleep study ordered.
6.      Return to clinic November 4.

Twenty minutes of the thirty minute encounter devoted to stressing the importance of addressing sleep apnea.


**Return Encounter: 11/04/2019**
(Book #11, page 1212)
Patient G] returns in scheduled follow-up. Nothing has changed in his back.  He had a delay in refill for his gabapentin. His feet were burning, now resolved with resuming the medication.

His right leg pains more in the increasingly cool weather.

Discussed his experience with epidural injections. Those were last done fall of 2018. No basic help. He is not interested in TENS, "it hurt too much." He also cites extreme pain with an attempt at an EMG that:was aborted at his request. With this history the patient is unlikely to be a candidate for a spinal cord stimulator.

He is still smoking as much as a pack and a half daily. He has not been able to quit, "a lot of things going on." His wife is retiring next summer and he not looking forward to her staying home more. He is irritated with himself because he was able to quit drinking fourteen years ago just on the decision to quit.

He is scheduled for a formal sleep study December 2. He had one in the distant past. His wife has been waking him up because he has extended pauses in his breathing.

Will renew the hydrocodone. Return January 6.

**Return Encounter: 11/06/2020**
(Book #11, page 1210)
[Patient G] returns in scheduled follow-up. We have not made a lot of progress. He could not get through the sleep study due to claustrophobia. The same thing happened during his sleep study attempt January 31, 2019. He has documented significant desaturation to 76% and 13 AHI per hour. His wife has noted apnea episodes. He continues to smoke and has made no progress on that as well.

He is on a moderate dose of hydrocodone, would oppose any increases. Prognosis for improvements here are poor.

Will see in return March 2. Renew medications for hold.

PHYSICAL EXAMINATION:
Stands from the chair with some difficulty, shows pain rising from the flexion position to standing upright. Does not sit comfortably in any one position, right leg extended for relief. He stands at several points for relief. No loss of sensation or lower extremity strength.

Right leg no longer swollen at the calf compared to the left. No erythema.

Patient does engage in conversation and answers questions now with more than simple concrete answers. He is dressed appropriately. He is not markedly withdrawn, appears less depressed.

His conversation indicates that he has poor memory for recent events thinking they occurred several months earlier.

IMPRESSION:
1.      Lumbar radiculopathy with radiographic foraminal stenosis.
2.      Post cervical surgeries times two.
3.      Symptomatic depress,ion complicating (1) above.
4.      Consider undertreated PTSD.
5.      Nicotine dependence. Precontemplation. Alcoholism in remission.
6.      Symptomatic sleep apnea now back onto the table. Recheck initiated. Cardiology. PFT's completed, new set ordered. Failed formal sleep study December 2nd.
7.      Sleep latency previously treated with .Ambien. Has seen Psychiatry.

PLAN:
1.      Renew Norco 10mg #6 a day in divided doses.
2.      Discontinue Pain PT.

3.      Maximum benefit Pain Psychology.
4.      Neurosurgical evaluation for stimulator ill advised.
5.      Return to clinic March 2.

Twenty minutes of the thirty minute encounter·devoted to discussing the impact smoking has on pain and general medical health.

**REVIEWER CRITIQUE:**
The reviewer complains that there is "[n]o documentation of routine safety monitoring risk mitigation strategies.  10/7/19 – Patient on 60mg/d morphine equivalent dose with documentation of 'wife says he stops breathing at night'; no discussion of opioid tapering or potential risk of respiratory depression."

## Specification 7.
Between January 25, 2019, and January 24, 2020, you prescribed 60 mg/d of morphine to Patient G but failed to document the risks of adding ambien. Your documentation and rationale were insufficient to justify the use of this medication in the treatment regimen of the patient Your treatment did not meet the standard of care.

**REBUTTAL:**
Criticism that I undertook no approach to safety monitoring is clearly not reflected in the record. The encounters start after he is an established patient.  His respiratory analysis was not investigated until I became involved in his care and the formal pulmonary findings were equivocal until I repeated them late Fall 2019.  As indicated, I was engaged in a strategy to address the sleep issues.  Ambien, which was never restarted, was now off the table after sleep apnea was once again more concretely established.

This patient's care is complicated by depression difficult to address due to his physical limitations.  He is constantly in discomfort with adjunctive therapies offered by competent clinicians ineffective.  Eliminating his moderate dose analgesia would leave him substantially untreated and therefore compromised even further.

# Patient H
(Book #11, pages 1203 to 1143; Book #10, pages 1142 to 1119.)

**Initial Continuation of Care: 02/07/2019**
(Book #11, Page 1143)
[Patient H] returns in scheduled follow-up. He had been followed by NP Watson until she left for surgery. I had seen him once before over a year ago. I have talked to him twice on the phone.

She had been following him for back pain with recent surgery done last year. He is taking a low-dose of hydrocodone, 15mg a day with 600 mg of Lyrica in #3 divided doses. Overall his medications are working rather well for him. The pregabalin definitely helps his neuropathy. He

has had three back surgeries. The first in 2006 with a revision and then again last year at a higher level. In each case his surgeries were helpful.

Patient is chronically ill despite his age. His back injury was result of a 50 foot fall during a grain elevator project. He had a heart attack at age 46 that ended his career in construction.

Patient has persistent pain in the right lower extremity, concentrated in the foot, again somewhat relieved by Lyrica. He cannot walk any distance however, maybe two blocks before he gets cramps in both legs. The patient had an evaluation in 2016 for vascular insufficiency. He indicates that he was seen by a surgeon who deferred intervention. We have been able to find the copy of that study. See below.

With respect to his back pain he·gained a good benefit from aqua therapy in Lafayette.

The patient sees his primary care physician tomorrow. He has not seen this individual as yet. He was told that his primary would not order the hydrocodone, despite quite a low dose. Patient appears to be giving a good history for vascular claudication of lower extremity. We will explore a repeat vascular study. We will leave his level of analgesia stable

Review of his urine drug screens shows the opioids consistent with therapy, however he is always showing alcohol metabolites. He indicates he drinks about 2-3 beers a day. He is a pack and a half a day smoker. I raise my concerns over these issues initially with the vascular trouble. Patient has a signed "IMED PATIENT AGREEMENT FOR NARCOTIC DRUGS- CONSENT FOR LONG-TERM OPIOIDS FOR PAIN; Author: CHOI,MIN K 04/01/2015. Review of the Indiana and Illinois prescription monitor shows all medication sourced from the VA.

Allergies: ZOCOR, LOVASTATIN, METHADONE, AMITRIPTYLINE, LANTUS
    SOLOSTAR

1. HYDROCODONE 5/ACETAMINOPHEN 325MG TAB TAKE 1 TABLET BY MOUTH EVERY 8 HOURS AS NEEDED FOR PAIN - DO NOT EXCEED 4000MG OF ACETAMiNOPHEN (APAP) PER DAY FROM ANY AND ALL SOURCES
2. PREGABALIN 20OMG ORAL CAP TAKE ONE CAPSULE BY MOUTH , ACTIVE THREE TIMES A DAY PAIN/NEUROLOGIC
3. Non-VA ASPIRIN 325MG EC TAB 325MG MOUTH EVERY DAY
4. Non-VA ZZZ FISH OIL 1200MG ORAL CAP ONE CAPSULE MOUTH THREE TIMES A DAY

COMPLETE) CT ANGIO, ABO/PELVIS/LOW EXT: MAR OB, 2016
Clinical History: hx of bil LE claudication R>L. considering surgical management
Findings:
    Lung bases: There are 2 calcified granulomas in the right lower lobe. The visualized lung bases are otherwise clear.

    Abdomen: There is a 1 cm nodule in the medial limb of the left adrenal gland. The liver, gallbladder, spleen, pancreas, right adrenal gland, and bilateral kidneys are unremarkable.

There is no free fluid or adenopathy within the abdomen. The bowel is nonobstructed and there are no surrounding inflammatory changes.

Pelvis: There is no free fluid or adenopathy within the pelvis. The bladder is unremarkable. There is no evidence of diverticulitis.

Angiogram:
Aorta and iliacs: There are single renal arteries bilaterally which are widely patent. The celiac, superior mesenteric, and inferior mesenteric arteries are also patent. There is no significant luminal narrowing within the abdominal aorta. There is significant atherosclerotic plaque at the origin of the left external iliac artery resulting in approximately 50% stenosis. There is more mild stenosis seen within the right common and external iliac arteries.

Right lower extremity: There is occlusion of the right superficial femoral artery at its origin with a widely patent right profunda femoris artery providing collateral flow and reconstituted .in the distal right superficial femoral artery.. There is moderate plaque in the distal right superficial femoral artery resulting in approximately 40% stenosis. There is mild disease of the popliteal artery without significant luminal narrowing. There· is a variant high origin of the posterior tibial artery. There is apparent occlusion of the anterior tibial a·rtery, and the peroneal artery becomes very diminutive just prior· to the ·ankle. The posterior tibial artery is patent to the ankle.

Left lower extremity: There is no significant narrowing of the left common femoral artery. There is mild-to-moderate plaque seen throughout the left superficial femoral artery, with multiple areas of mild, less than 50% luminal narrowing. There is a moderate to severe stenosis of the mid popliteal artery with approximately 70-80% luminal narrowing. There is occlusion of the anterior tibial artery. There is mild to moderate plaque within the tibioperoneal trunk. The peroneal artery becomes very diminutive prior to the ankle. The posterior tibial artery is patent to the ankle.

Impression:
1. Approximately 50% stenosis 'at the origin of the left external iliac artery.
2. Occlusion of the right superficial femoral artery with a widely patent right profunda femoris artery providing collateral flow and reconstituting the distal right SFA.
3. Approximately 40% stenosis in the distal right SFA.
4. Variant high origin of the right posterior tibial artery which is patent to the ankle. Occlusion of the right anterior tibial artery.
5. 'Multifocal mild less.than 50% stenosis in the left superficial femoral artery.
6. Moderate to severe (70-80%) steqosis of the mid left popliteal artery.
7. Patent left posterior tibial artery' to the left ankle. Occlusion of the left anterior tibial artery.
8. Indeterminate 1 cm nodule in the left adrenal gland. Statistically this likelx represents an adrenal adenoma. Follow-up CT in 3 months utilizing adrenal protocol is recommended. ABNORMALITY, ATTENTION NEEDED

PHYSICAL EXAMINAT'ION:

Patient is able to stand out of the waiting room chair without difficulty. He is hobbling favoring the right foot. He is uncomfortable sitting for any length of time in the exam room. He needs to stand and to push against the wall to stretch his back.

He retains +5 strength in the lower extremities and indicates fine touch sensation intact. He is not incontinent of bowel or bladder. He is not audibly short of breath and he is denying any current chest pain. Patient is fully oriented and alert. He gives a very good history.

His legs are thin and not showing any evidence of edema. Feet are warm and no evidence of mottling.

IMPRESSION:
1.    Chronic postoperative back pain.
2.    Diabetic neuropathy.
3.    Continued smoking dependence.
4.    Alcohol dependence, mild to moderate.
5.    Probable lower extremity vascular claudication;

PLAN:
1.    Renew Norco 5mg taken #3 times a day for 30 days.
2.    Renew pregabalin 200 mg #3 times a day, 5 refills.
3.    We will consider vascular angiogram.
4.    Return to clinic March 8.
5.    Consider bringing primary care responsibility to Danville.


**Return Visit: 05/14/2019**
(Book #10, page 1137)
[Patient H] returns in scheduled follow-up. Restoring the hydrocodone is working well for him, "it takes the edge off." His back still gives him discomfort but it is tolerable. Lyrica is working moderately well for his peripheral neuropathy. He needs refills on those today.

We had initiated a vascular claudication work-up for Indianapolis. He has been seen and consideration appears to be given for revascularization. He has been encouraged to push his walking.

He understands that he needs to stop smoking. Is trying vap. He has otherwise lost some weight, diabetes appears to be under better control.

Was able to push mower his yard this weekend. Able to walk from the clinic parking lot to the laboratory, 300 feet.

He had a fall onto his left wrist last fall. Initial films showed a scaphoid fracture. Multiple images show it persistent. He still has left wrist pain in the distribution. Will consult Orthopedics. Will let them pick the imaging, CT might be better at this time. Urged to put the brace back on.

He has several things going. Will see him in follow-up July 12. Renew hydrocodone and Lyrica. Orthopedic consult.

PHYSICAL EXAMINATION:
Patient is able to stand out of the waiting room chair without difficulty. He is hobbling favoring the right foot. He is uncomfortable sitting for any length of time in the exam room. Today does not need to stand and to push against the wall to stretch his back..

He retains +5 strength in the lower· extremities and indicates fine touch sensation intact He.is not incontinent of bowel or bladder. He is not audibly short of breath and he is denying any current chest pain. Patient is fully oriented and alert. He gives a very good history.

His legs are thin and not showing any evidence of edema. Feet are warm and no evidence of mottling.

Examination of the left wrist shows no deformity no swelling. Painful to navicular and flexor carpi ulnaris. Retains range of motion.

**PHARMACY NOTE: 06/14/2019**
(Book #10, page 1135)
Last urine drug screen result:

| Test Name | | Result | Units | Ref Range | Collection DT |
|---|---|---|---|---|---|
| AMPHETAMINES | SCR | NOT DETECTED | | NOT DETECTED- | 05/14/2019 |
| BARBITURATES | SCR | NOT DETECTED | | NOT DETECTED- | 05/14/2019 |
| BENZODIAZEPINE | SC | NOT DETECTED | | NOT DETECTED- | 05/14/2019 |
| CANNABINOIDS | SCR | NOT DETECTED | | NOT DETECTED- | 05/14/2019 |
| COCAINE SCREEN | | NOT DETECTED | | NOT DETECTED- | 05/14/2019 |
| METHADONE | SCR | NOT DETECTED | | NOT DETECTED- | 05/14/2019 |
| OPIATES | SCR | POSITIVE | | NOT DETECTED- | 05/14/2019 |
| OXYCODONE SCREEN | | NOT DETECTED | | NOT DETECTED- | 05/14/2019 |
| PHENCYCLIDINE | SCR | NOT DETECTED | | NOT DETECTED- | 05/14/2019 |
| OPIATES CONFIRM | | SENT OUT FOR CONFIRM. | | | 05/14/2019 |
| OXYCOD CONFIRM | | Not Applicable | | | 05/14/2019 |
| DRUG SCREEN CREAT | | 64.9 | mg/dL | 20 - | 05/14/2019 |
| BENZO CONFIRM | | Not Applicable | | | 05/29/2018 |

**STATE PRESCRIPTION DRUG MONITORING PROGRAM: 06/14/2019**
The State Prescription Drug Monitoring Program(s) were queried for controlled substances (CS) for this patient:
ILLINOIS
INDIANA
The findings of the query were as follows:
No prescriptions for controlled substances outside the VA were found.

**ADDENDUM: 07/24/2019**
(Book #10, page 1134)
Patient was initially scheduled for July 12, my travel made that a conflict. Sufficiently in advbance he agreed to move to July 9, a date that he subsequently cancelled.

**Return Visit: 07/28/2019**
(Book #10, page 1130)
[Patient H] calls. He is away this summer working with a pilots' stay over until after September 1. He had a Clinic appointment we changed because of a conflict I developed. He gets his renewals sent to his permanent residence and· his wife forwards it on.

The hydrocodone is working well for him, "it takes the edge off." His back still gives him discomfort but it.is tolerable. Lyrica is working moderately well for his peripheral neuropathy. He does not need refills on the Lyrica.

We had initiated a vascular claudication work-up for Indianapolis. He has been seen and consideration appears to be given for revascularization. He has been encouraged to push his walking. He will be given a reassessment in October.

He has been vaping. His smoking is down from 2.5 packs to about one-half. He can walk about two blocks before he develops severe pain in the legs.

Will renew the hydrocodone. Once again discussed bringing his primary care to Danville. I will see September 13.


**Return Visit: 09/13/2019**
(Book #10, page 1128)
[Patient H] returns in scheduled follow-up. He is at home this season, he does his piloting in the summer months. Spending time restoring some antique lawnmowers.

He has been engaged in exercise strengthening the upper body. Puts some stress on the back at the time but is beneficial long-term. Overall the current regimen is doing "fine enough."

Spoke of whether he will move primary care to Danville. He will stay in Lafayette for now. His lipid profile and diabetes have become well controlled by his report. A major change is that he is doing much less drinking.

Smoking has not resolved. He has tried most everything. Chantix and Wellbutrin gave him nightmares. Vaping irritates his throat. Patch, gum not enough. Counseling and hypnosis unsuccessful.

He is. being seen in Indianapolis this October for vascular claudication. He understands that smoking is a major generator. Still painful after a couple of blocks.

Navicular fracture appears to have resolved.

Keeping his hydrocodone use to as prescribed. As long as he has been on these he feels fortunate not to have cravings.

Will renew medication. See December 6.

Twenty minutes of the thirty minute encounter involved smoking cessation counseling.


**Return Visit: 12/06/2019**
(Book #10, page 1125)
[Patient H] returns in scheduled follow-up. Basically considers the medication level to be adequate. His walking is still compromised but he is avoiding the scooter at the big box stores. He needs to stop a few times but is able to get going again. Does not get out of the house all that frequently, goes shopping with the wife once a week.

The colder weather is affecting his back. Back pain at night reduced from a 10 to a 4. The right shoulder is unchanged, he is still able to use in some pain with abduction.

His,vascular studies were actually improved this last time. He is still smoking about a pack a day, maybe plus. "I have tried everything, even vaping, sores my throat."

He is leaving his primary care with Lafayette. They are chiefly handling the diabetic treatment. They will not follow the analgesia.

He is actively working with upper body weights.

See again in follow-up February 27. Renew hydrocodone for hold.


**REVIEWER CRITIQUE:**
Reviewer asserts "[a]t initial visit when opioid prescription is taken over from primary care, there is documentation of etoh use and alcohol use disorder, mild-moderate. No subsequent documentation of questions about alcohol use, risk mitigation strategies or intensification of risk mitigation due to alcohol use/alcohol use disorder. No discussion of opioid tapering or shifting to safer therapies."

## Specification 8.
Between January 25, 2019, and January 24, 2020, you failed to conduct urine drug testing for Patient H, who had a documented history of alcohol use, abuse, dependence, and reoccurrence, within the 90-day window or 30 days prior to dispensing. Your treatment did not meet the standard of care.

**REBUTTAL:**
This is a diabetic with vascular insufficiency, anti-inflammatories are ill advised. I had initiated the vascular work-up. His activity level is challenging but aided by low dose narcotic, 15mg daily hydrocodone. He is a full-time seasonal river pilot gone from the area during the navigable season. He is not a candidate for anti-inflammatories and he has been an operative incomplete responder. He is on adjunctive Lyrica. He increased his weight training and was given

recommendation to pursue the aqua-therapy helpful in the past, although not available at Danville but apparently in Lafayette.

Alleged lack of urine drug testing is factually inaccurate. Tests ordered both on 05/14/2019 and 12/06/2019. (Book #10, pages 1201 and 1181.) Results are documented 06/14/2019. (Book #10, page 1135.)

It is true that I was more concerned about his smoking than his mild alcohol use. His low-dose therapy has allowed him to continue in his profession.

# Patient I
(Patient I: Book #10, pages 1118 to 1038; Book #9, pages 1037 to 1002)

**Initial Encounter: 02/12/2019**
(Book #9, page 1037 through Book #10, page 1045)
[Patient I] presents in consultation requested by an NP Hetrick for chronic low back pain. Patient was recently reduced from #6 Norco 10mg daily to #4. Higher dose got him through the week. With the reduction he indicates some much more significant difficulty completing his work. He works at the VA in housekeeping, cleans toilets and sinks bending over frequently. He also has a lawn mowing business and does house remodeling. He likes to hunt in the fall and run his dogs. He would like to get back to that.

Pain emanates from the back and travels down both legs. Patient indicates that he cannot really lay flat. he uses a TENS unit and gets some relief from that as well as a heating pad.

His Multidimensional Pai.n Inventory as an Interfere ce creates 5 or 6 out of 6 in all dimensions. He considers his average pain to be an 8 with 10 at the worst and 6 at the least.

PAST MEDICAL HISTORY:
A Nondependent cocaine abuse in remission
A Nondependent alcohol abuse in remission
A  Recurrent depression
A Ineffective esophageal motility
A Sensorineural hearing loss
A Lumbar spondylosis with myelopathy
A Adhesive capsulitis of right shoulder
A Cervicalgia
A Rotator cuff tear arthropathy
A Lumbar radiculopathy
A Anl<iety disorder
A Adiposity (SCT 414916001) (ICD-10-CM E66.9)
A Hyperlipidemia
A Diabetes mellitus type 2 without retinopathy
A Hyperlipidemia

FOCUSSED PAST MEDICAL AND SURGICAL TREATMENT:
Dr. Kalec made referral to a neurosurgeon at Carle for an epidural and he indicates it did very little for him. The patient has not had surgery.

He has an appointment 2/22/18 for follow-up. He is believing he to be looking at surgery, he would like the laser approach if at all possible to decrease his "down time" states he has to work, he has to be able to maintain tis living, and he can not do that being down 6-8 weeks post-operative. The surgeon's notes are not yet available.

He indicates that he has been referred to nephrology. Laboratory studies reveal creatinine of 1.09 with a EGFR of gre ter than 60. However urine microalbumin at 17.60 and creatinine ratio at 71.8 are both elevated.

Patient is diagnosed with sleep apnea but until recently he has not been adherent to CPAP recommendations. He used the device only about 10% of the time and then well under 4 hours. He has recently reengaged in that evaluation.

He is diagnosed with depression. His Patient Health Questionnaire (PHQ-9) scores 6 out of 27 or low risk category for symptomatic depression. He does explicitly deny suicidality. He also indicates that his problems make it "very to extremely difficult" to conduct activities of daily living.

He is tried working out at the gym but the back makes weight lifting difficult. Exercises require lying onto his back are quite limited.

RELATED CURRENT MEDICATIONS:
Allergies: AMOXICILLIN, LISINOPRIL, ATORVASTATIN

1. ACCU-CHEK AVIVA PLUS(GLUCOSE) TEST STRIP USE 1 STRIP FOR TESTING SUPPLY TWO TIMES A DAY AS NEEDED SUPPLY
2. AMLODIPINE BESYLATE lOMG TAB TAKE ONE TABLET BY MOUTH EVERY DAY FOR BLOOD PRESSURE
3. ASPIRIN 81MG EC TAB TAKE ONE TABLET BY MOUTH EVERY DAY BLOOD THINNER
4. BUPROPION HCL 300MG 24HR SA TAB TAKE ONE TAB BY MOUTH EVERY DAY FOR MOOD
5. CAMPHOR 0.2%/MENTHOL 3.5% GEL,TOP APPLY SMALL AMOUNT TOPICALLY EVERY DAY AS NEEDED FOR 30 DAYS APPLY TO PAINFUL AREAS DAILY AS NEEDED.
6. CETIRIZINE HCL lOMG TAB TAKE ONE-HALF TABLET BY MOUTH EVERY DAY FOR ALLERGIES
7. CHOLECALCIFEROL (VIT D3) l,OOOUNIT TAB TAKE ONE TABLET BY MOUTH DAILY FOR DIETARY SUPPLEMENT
8. CYANOCOBALAMIN lOOOMCG TAB TAKE ONE TABLET BY MOUTH EVERY DAY FOR SUPPLEMENT

9. DICLOFENAC NA 1% TOP GEL APPLY 2 GRAMS TOPICALLY FOUR TIMES A DAY AS NEEDED AS NEEDED FOR PAIN AND INFLAMMATION. DON'T EXCEED 16 GRAMS DAILY TO ANY AFFECTED LEG AREA. DON'T EXCEED 8 GRAMS DAILY TO ANY AFFECTED ARM AREA. DON'T EXCEED A TOTAL DOSE OF 32 GRAMS DAILY OVER ALL AREAS. *USE DOSING CARD TO MEASURE DOSE.*
10. FUROSEMIDE 20MG TAB TAKE ONE TABLET BY MOUTH MONDAYS, WEDNESDAYS AND FRIDAYS BLOOD PRESSURE/WATER PILL
11. GLUCOSE 4GM CHEW TAB CHEW 4 TABLETS (16GM) BY MOUTH AS DIRECTED AS NEEDED FOR LOW BLOOD SUGAR
12. HYDROCODONE 7.5/ACETAMINOPHEN 325MG TAB TAKE 1 TABLET HOLD BY MOUTH EVERY 4 HOURS FOR PAIJ - DO NOT EXCEED 4000MG OF ACETAMINOPHEN (APAP) PER DAY FROM ANY AND ALL SOURCES
13. INSULIN GLARGINE 100 UNIT/ML VIAL INJECT 45 UNITS UNDER THE SKIN TWICE A DAY FOR DIABETES. DISCARD OPEN VIAL AFTER 28 DAYS
14. INSULIN SYRINGE lML 31G 5/16IN USE SYRINGE SUPPLY AS DIRECTED FOR INSULIN INJECTION
15. 15)     LANCET,SOFTCLIX USE LANCET SUPPLY TWO TIMES A DAY AS NEEDED SUPPLY
16. LATANOPROST 0.005% OPH SOLN INSTILL 1 DROP BOTH EYES AT BEDTIME FOR EYES. PROTECT BOTTLE FROM LIGHT
17. LOSARTAN 5OMG TAB TAKE ONE TABLET BY MOUTH EVERY DAY ACTIVE FOR HIGH BLOOD PRESSURE
18. MAGNESIUM OXIDE 400MG TAB TAKE ONE TABLET BY MOUTHACTIVE DAILY FOR MAGNESIUM SUPPLEMENT WITH FOOD
19. METFORMIN HCL 500MG 24HR SA TAB TAKE TWO TABLETS BY ACTIVE MOUTH TWICE A DAY FOR DIABETES
20. MULTIVITAMIN/MINERALS THERAPEUT CAP/TAB TAKE 1 CAP/TAB BY MOUTH EVERY DAY SUPPLEMENT
21. OMEPRAZOLE 20MG EC CAP TAKE ONE CAPSULE BY MOUTH TWICE A DAY FOR STOMACH ACID
22. PEG 400 0.4%/PROP GLY 0.3% OPH SOLN INSTILL 1 DROP BOTH EYES THREE TIMES A DAY FOR EYES
23. PRAVASTATIN NA 20MG TAB TAKE ONE-HALF TABLET BY MOUTH ACTIVE MONDAYS, WEDNESDAYS AND FRIDAYS FOR CHOLESTEROL.
24. CALL YOUR PROVIDER IF YOU HAVE MUSCLE PAIN, TENDERNESS OR WEAKNESS CALL FOR REFILL IF TOLERATING RANITIDINE HCL 150MG TAB TAKE ONE TABLET BY MOUTH ONCE DAILY AS NEEDED FOR STOMACH
25. SILDENAFIL CITRATE lOOMG TAB TAKE ONE TABLET BY MOUTH (S) AS DIRECTED AS NEEDED 30 TO 60 MINUTES PRIOR TO SEXUAL ACTIVITY; LIMITED TO 4 DOSES PER MONTH. ED
26. TIZANIDINE HCL 4MG TAB TAKE TWO TABLETS BY MOUTH AT BEDTIME FOR MUSCLE RELAXER **TAKE ONE TABLET THE FIRST NIGHT, IF NO PROBLEMS TAKE 2 EVERY NIGHT**

SOCIAL/FAMILY HISTORY:

Pat ent is married. His recent career is in maintenance and a small business in the lawns minor repair on the side. The patient was active in sports finds his current situation frustrating.

MILITARY HISTORY:
Vietnam, noncombatant.Service Connected: 10%
DEFORMITY OF THE PENIS (0% SC),
ECZEMA (0% SC)
HYPERTENSIVE VASCULAR DISEASE (10% SC)

SUBSTANCE USE HISTORY:
Patient serious problem with alcohol until seven years ago when he got a driving under the influence. He joined Alcoholics Anonymous and went to meetings and has not really had a drink since. The patient quit smoking at the same time. Does not have an illicit drug history. SOAPP-R-,has three responses that negatively reflect his new analgesic level but otherwise shows a 13-16 out of 96 or near. the high risk category for aberrant substance use.

IMAGING:
MRI LUMBAR W/0 CONTRAST: JUN 11, 201
Description:
  Sagittal and axial Tl and T2-weighted were obtained through the lumbar spine. Intravenous gadolinium was not administered.

  There is normal bony alignment. The bone marrow signal is unremarkable. The vertebral body heights appear maintained. There is desiccation of disc material at L4-L5 with mild loss of height. The visualized spinal cord demonstrates normal signal intensity and terminates at Ll-L2. There are degenerative changes of the facet joints at L4-L5.

  At Ll-L2 there is no disc herniation, bulge or protrusion. There is no central canal or neural forarninal stenosis.

  At L2-L3 there is no disc herniation, bulge or protrusion. There is no central canal or neural foraminal stenosis.

  At L3-L4 there is no disc herniation, bulge or protrusion. There is no central canal or neural foraminal stenosis.

  At L4-L5 there is broad-based disc bulge encroaching the bilateral neural foramina with moderate central canal stenosis. There is no neural foraminal stenosis.

  At LS-Sl there is no disc herniation, bulge or protrusion. There is no central canal or neural foraminal stenosis.

Impression:
Disc bulge and degenerative changes L4-LS with moderate central canal stenosis.
MAJOR ABNORMALITY,

PHARMACOLOGIC EVALUATION:
The patient has a signed chronic opioid agreement. Review of the Indiana and Illinois prescription monitor shows only hydrocodone and all that dispensed through VA sources, generally on a monthly basis. Urine Drug screens have been consistent with therapy.

PHYSICAL EXAMINATION:
Patient is able to stand out of the waiting room chair without difficulty. He ambulates without apparent distress, not hunched forward and has no limp. Examination of the back shows no surgical intervention. He is palpably tender to the perispinal area of Ll-L3. I am not eliciting radiculopathy. Flexion at the waist is quite limited, he has difficulty reaching hands to knees. Patient is moderately obese. Does not reveal any ankle edema. Extremities +5 strength with distal fine touch sensation intact.

Patient is fully alert and oriented. He gives a good history. He is not showing sedation or euphoria. He has no audible shortness of breath and denies any chest pain. Denies incontinence of bowel or bladder.

IMPRESSION:
1.    Chronic ·low back pain with radiographic findings.
2.    For actively engaged in employment.
3.    Claimed under treatment for chronic pain.
4.    Early renal compromise. Chronic anti-inflammatories not well advised.
5.    Diabetes contributing to (4) above.

PLAN:
1.    We will reinitiate Norco 10 mg taken #6 times a day. Adjustment made today.
2.    UDS today.
3.    Return to c inic March 28.

DISCUSSION:
This is a Legacy patient who is not asking for much of an increase. He has gone for multiple years at 60mg a day. We will reevaluate after he has had time restabilize and after his surgical recommendations. Follow UDS, he has had a hydrocodone negative within the past year.

**Return Visit: 03/28/2019**
(Book #9, page 1032)
[Patient I] presents in scheduled follow-up. Has been engaged in physical therapy at Carle Clinic as well as aqua therapy. These referrals came as a result of his neurosurgical visit. Both of these modalities are helping with his low back. Still using the TENS unit. Medications taking the edge off, increase back to #6 a day was helpful. Neurosurgical visit suggested consideration of surgical intervention to the back.

He does not have any missed days at work, patient works VA housekeeping.

Working on the yard but he has difficulty leaning over secondary to back pain. As yet has not really increased his outside activity. Weather permitting, he would like to get out more.

Discussed his future plans. He moved to Danville. to take care of his parents. Both he and his wife had much better jobs in Texas and they likely will go back that way at some point.

We will need to review his CPAP therapy next visit.

Last several drug screens have beeh negative dilute. Today's preliminary sample appears valid. We can push him out an extra month.


**Return Visit: 05/23/2019**
(Book #9, page 1027)
[Patient I] presents in scheduled follow-up.  Last visit he had been making good progress with low back pain throuogh Carle physicial therapy and aquatherapy. With the change in CTIC administration, Carle has pulled out of VA care and the patient has gone without services. CTIC has directed him to Terra Haute, a much longer drive. He lives in Danville, would not find Champaign a difficult commute. I have given him the number of the CTIC Help Line, OSF Urbana may have the relevant services except aqua.

He has access to an inversion table. Is wondering what if any good that may do. Will have him talk with PT Kuhn.

He works janitorial here. He bought a good set of boots that have thickeer soles. This is putting a bit more stress on his back. 'He is otherwise getting along well. Has no medical complaints, no interference with work.

CPAP adherence in question, download showed little use. Is actively engaged in anger management counseling.

His thoughts remain to mov,e back to Texas in a year to return to better jobs. Schedule him out to August 15.


**Return Visit: 08/15/2019**
(Book #9, page 1022)
[Patient I] returns in scheduled follow-up. He indicates that he basically has had a rougher month. Sciatic radiation down his left leg has worsened, less severe on the right. It is difficult to get out of bed in the am. Using the floor buffer last week with its twisting laid him up for a couple of days. Heating pad and TENS help only while they are on. He has slowed down working.

Sleep remains affected, he sleeps on one side and then the next getting an hour at a time. Standing is more painful than sitting, gets relief leaning forward.

Had the Neurosurgical opinion last month that focused on him reducing his hydrocodone use before any consideration.

He has had epidural injection seven times at Hines and once at Carle, all some time ago. He is willing to give that a try again. Occupational Therapy has been calling, he will set-up with them as well. Narcotic increase would have only a marginal additional benefit.

Otherwise no systemic medical complaints, no upper respiratory, no chest pains or abdominal complaints.

He and his wife have decided to stay in the area. Texas would be more money but long hours with deadline pressure. They are starting to buy some fixer-upper rental properties they will renovate and rent.


**Return Visit: 11/07/2019**
(Book #9, page 1014)
[Patient I] presents in scheduled follow-up. His low back has gotten more painful over he last couple of months. "I am living in pain every day." It is his right side chiefly, but does not radiation down both legs. He is really all right when he is moving but he stiffens up while at rest. He is quite stiff to the back of the legs and calves until he gets moving. He has a sharp aggravating point to the low back that feels like a poker.

The patient works maintenance at this VA.  Twisting can aggravate.  He is active, he wears a fitness monitor and averages 12K to 14 steps per day. He was at Carle Physical Therapy about ready to start aqua therapy when the CITC contract expired. Will see if that can be reactivated. He had gotten benefit.

Injections did not give lasting benefit, "a couple of days, not worth the pain of getting them." He has a TENS unit that helps while it is on. He uses OTC Bio freeze. The tizanidine is too powerful, it is scripted 8mg at night, he uses 2mg and still wakes with a bit of a hangover. Diclofenac gel has not been helpful, but he.has borrowed his mother's lidocaine patch that did help. Would like to try that.

Accepts my recommendation to work with PT Kuhn, our Pain PT. Will write for that, will attempt CITC for Carle aqua therapy, renew hydrocodone, write lidocaine patch and menthol as well as camphor. See again January 2.

Twenty minutes of the thirty minute encounter devoted to discussion of the relative merits of Neurosurgery.


**Return Visit: 11/19/2019**
(Book #9, page 1008 - out of order)
[Patient I] returns at his request. He has developed left leg swelling while at work on his feet with an attenda'nt increase in pain. He sleeps on his left thigh and when getting out of bed in the

morning he has pain to the right lateral while lifting his leg. He has been using the lidocaine patch but is wondering if he could get a second to use both sides. He is cutting the one in half.

He is still dong 12K steps a day, he needs to stay active. Work needs to go on, he is making considerably less in housekeeping than he had been in Texas as an equipment operator.

Wants to explore compression stockings, have written for prosthetics. The physical therapy CITC consult I had written for aqua therapy is sitting, have given him the number of the help desk. He has an existing follow-up with me for January 2. He sees Kevin Kuhn PT this Thursday the 21st. I will ask PT Kuhn to address the right lateral thigh pain.

**Return Visit: 01/02/2020**
(Book #9, page 1011)
[Patient I] presents in scheduled follow-up. He continues to have pain down the ri_ght leg, worse standing. We started lidocaine patches to both hips. These are helpful. He needs the larger sized Tegaderm to hold them on, the 8" X 6".

He received compression stockings last time, they bunch up at the top, over the knees but are working o'n the lower legs. Will look into shorter version through prosthetics.

He describes a croak in the neck on the right posterolateral, make worse by looking down, over the past two months. May be the result of his pillow or the painting he was doing with an extension roller.

He indicates that his back pain appears to be worsening. Has right leg radiculopathy while standing. Cannot not twist smoothly and a result his rabbit' hunting has fallen off. Would like a repeat MRI. Had one June 11, 2018:

Impression:
Disc-bulge and degenerative changes L4-LS with moderate central canal stenosis.

Will reorder.

He indicates that he flops a lot in bed, he is inconsistent with the CPAP.

He is intending to stay in Danville, at least for the next five years. Will see in three months, March 26.

Twenty minutes of the thirty minute encounter devoted to discussion of the relative merits of physical therapy.


**REVIEWER CRITIQUE:**
Reviewer notes that Dr. Peterson "[r]eceived consult from PCP who had reduced the patient from hydrocodone 7.5mg #180.mo to 100-120/mo 3 months prior to consult. Dr. Peterson

increased hydrocodone back to 7.5mg #180/mo, performed SOAPP-R risk review and identified as 'near high risk for aberrant substance use'. Notes prior UDS negative for hydrocodone. STORM review completed by a different provider 2/12/19 and identified as high risk. No documentation of incorporating this information. Patient with history of alcohol use disorder and 'nondependent cocaine abuse in remission' on problem list. Not assessed for opioid use disorder. There is a question of non-concordant UDS in this high-risk patient and there is inadequate documentation about risk mitigation strategies/assessment for SUD."

## Specification 9.

Between January 25, 2019, and January 24, 2020, you increased the usage of hydrocodone from 7.5mg 120/month to 7.5mg 180/ month for Patient I, who had a documented history of alcohol use, drug abuse, dependence, and recurrence. The opioid dosage was high, creating risk factors for adverse events. Your treatment did not meet the standard of care.

**REBUTTAL:**
The reviewer's comments about risk assessment are simply factually incorrect. Patient is listed as in remission for alcohol and cocaine dependence. This was the source of his elevated risk designation. I ran multiple drug screens on him, each consistent with therapy. He did not have recurrence.

This gentleman is a very hard-working individual in successful recovery working through pain. The increase back to his previous level hydrocodone gave him about half a year of better relief. I did not increase that at two different visits despite worsening control. He accepted adjunctives and physical therapy that was available through the VA. Outside care that had been previously accessible was derailed by poorly administered outsourcing contracts.

# Patient J

(Patient J: Book #9, pages 1001 to 946)
This was an established patient prior to the review period. This record does not include the more comprehensive history and other studies in the first encounter.

**Return Encounter: 01/31/2019**
(Book #9, page 961)
[Patient J] returns about a. week· after he was originally scheduled. He had_enough to make it through. The job in the Springfield area is completed as of this week. He will have a month layoff. He had enough medication to make it through.

Indicates he is doing well. Denies use of any illicits off the street. Cocaine positive in December was a result of a party, an isolated event. Indicates he still attending recovery activities in Champaign.

Denies any medical complaints. No shortness of breath for flu-like symptoms. Has not been experiencing any opioid withdrawal or cravings.

Reminded that he needs to contact his primary care service today. Allergies: Patient has answered NKA

1. BUPRENORPH BMG/NALOX 2MG SL TAB DISSOLVE 1 TABLET UNDER THE TONGUE THREE TIMES A DAY FOR OPIOID USE DISORDER

PHYSICAL EXAMINATION:
Patient comes into the room in absolutely no acute distress. Steady on his feet. Fully oriented, showing no evidence of sedation or withdrawal. Pupils normal for ambient light. Dressed for work in cold weather. Conversation is clear, no evidence of pressured speech.

IMPRESSION:
1. Opioid use disorder - severe; in remission, on medication assisted therapy.
2. Alcohol use disorder-moderate; current.
3. Cocaine use disorder-moderate; current.
4. Nicotine dependence with current use.
5. PTSD without continuing mental health evaluation.

PLAN:
1. We will manage his Suboxone prescription from here on out. Four weeks at #3 a day.
2. We will expect him to participate in Champaign Recovery House Alcoholics Anonymous.
3. UDS taken today.
4. Needs a primary care referral. Elig bility process initiated. Missed first primary care.
5. Return to clinic the February 28.


**Return Visit: 02/28/2019**
(Book #9, page 959)
[Patient J] returns in scheduled f.ollow-up. we have been trying to hook him up with primary care. He makes it in early enough today to establish a future appointment with the Red Team, the day I would normally see him back. That will coordinate his visits.

He is currently on lay off once again, now about four weeks. He denies use street use of illicit substances except marijuana. He indicates he quit smoking cigarettes about four weeks ago. He was stretching into the second pack. He indicates he smoked since about age 12. He is doing some vaping but found it relatively easy to put down so far. Breathing better and does not have any upper respiratory congestion that he had chronically.

He would like to pursue counseling for PTSD surrounding military sexual trauma. I will put a consult to that effect. Three years ago. he was actively engaged.

Otherwise I will renew his buprenorphine, #3· times a day. See him in follow-up on March 28. UDS today.

**Return Visit: 03/28/2019**
(Book #9, page 957)
[Patient J] presents in sched led follow-up. He is currently on layoff and therefore has now scheduled a general medical appointment as well as attending to the PTSD consult we placed several meetings back. He presents to the office he indicates he is in the middle of a chest pain workup. The patient has had intermittent substernal knifelike pains to the chest. EKG has been completed and gives some suggestion_ of pericarditis. The patient will be going to the PTSD clinic and also to x-ray after our encounter.

Indicates that he has four or five of his pills left. Been taking them regularly. He continues to attend recovery activities in Champaign. He indicates that he has stayed off of cocaine and heroin since I saw him last. His urine screens have consistently been positive for alcohol metabolites. Last cocaine positive was December. He has always had buprenorphine on board. Has continued smoking cessation.

Back to work within the week. He does not have any other systemic complaints. He denies any injury. We can push him out a bit to May.

IMPRESSION:
1.    Opioid use disorder - severe; in remission, on medication assisted therapy.
2.    Alcohol use disorder-moderate; current.
3.    Cocaine use disorder-moderate; claimed early remission.
4.    Nicotine dependence with claimed early remission.
5.    PTSD starting mental health evaluation.

PLAN:
1.    We will manage his Suboxone prescription from here on out. Four weeks at #3 a day. One refill.
2.    We will expect him to participate in Champaign Recovery House Alcoholics Anonymous.
3.    UDS taken today.
4.    Primary care visit made today. Eligibility process initiated.
5.    Return to clinic the· May 23.
6.    Consultation to psychology, military sexual trauma.


**Return Visit: 05/23/2019**
(Book #9, page 955)
[Patient J] returns in scheduled follow-up.  He is back to work and very busy. He switched employers and is back with a construction company doing the high rises in Champaign. Psychologically doing well, is reconnected with mental health. Believes they can arrange counseling sessions via smart phone Skype so that it does not interfere with work.

Indicates that he is still involved in local recovery activities. Relationship with girl friend solid.

Denies medical complaints, no respiratory issues, denies constipation. Alcohol not in exc,ess.

Will see him in two months. UDS. Allergies: Patient has answered NKA

1. BUPRENORPH 8MG/NALOX 2MG SL TAB DISSOLVE 1 TABLET UNDER THE TONGUE THREE TIMES A DAY FOR OPIOID USE DISORDER
2. CLONAZEPAM 0.5MG TAB TAKE ONE TABLET BY MOUTH TWO TIMES A DAY AS NEEDED FOR MOOD

PLAN:
1. Continue Suboxone prescription. Four weeks at #3 a day. One refill.
2. We will expect him to participate in Champaign Recovery House Alcoholics Anonymous.
3. UDS taken today.
4. Primary care assignment has been completed.
5. Return to clinic the July 18.
6. Initiated PTSD, military sexual trauma.

**Return Visit: 08/26/2019**
(Book #9, page 953)
[Patient J] returns, he postponed his scheduled visit for last month due to family vacation. He missed his July appointment and so had to ration his buprenorphine over the past month.

He still is working long hours, now in Bloomington. He is climbing stairs and has lost about thirty pounds.

Claims clinical stability, his drug screens have not shown illicits but they are consistently alcohol metabolite positive. He indicates that he regularly finishes the day with two or three shots of Vodka as a night cap. Informed that this is at risk drinking. Back to smoking.

He had an ECHO completed that showed unremarkable, his CT chest could not be scheduled due to the inability to reach him. Urged to stop by his PCP to schedule in coordination with other activities.

He has not been able to complete mental health counseling because of the need to travel here so frequently. We have provided him with the application where he can use his smart phone to interface Skype.

Will see h.im in two months. He has signed the buprenorphine agreement, will have him sign the Chronic Opioid·Agreement to take him out of deficiency even though it does not really apply. Renew monthly with one refill. UDS today.

**REVIEWER CRITIQUE:**
The reviewer states "[t]his is a high risk patient with opioid use disorder and alcohol use disorder and ongoing alcohol use per patient report and UDS. While ongoing prescribing of

buprenorphine may be considered as part of a harm reduction plan, there is no discussion of the overdose risks associated with on-going combination of buprenorphine, etoh, and benzodiazepines. Dr. Peterson does document the patient is engaged in recovery services, however does not document discussion about risks of above combinations or any adjustments of treatment plan to active alcohol use disorder. No discussion or injectable naltrexone or other specific treatments for alcohol use disorder. There is no documentation of PDMP results."

## Specification 10.

Between January 25, 2019, and January 24, 2020, you prescribed bupreno:rphine in combination with EtOH, benzodiazepines for Patient J, who had a documented history alcohol use, abuse, dependence and recurrence. The medication combination did not meet the standard of care.

**REBUTTAL:**
At the time frame of this review, this patient was already established with the initial encounter and all the elements of the risk analysis not included. The reviewer but not this treating physician has diagnosed this patient as having an alcohol use disorder, whereas I indicated to him that his alcohol consumption placed him at risk. The very low-dose benzodiazepine was prescribed by Psychiatry, not myself, although I did not disagree with its provision.

The specification writer complains that I am treating a opioid addict who has at-risk alcohol consumption, not dependence, and cocaine abuse with buprenorphine for a documented opioid use disorder. Apparently the author's interpretation of the standards of care prefers to place this patient in harm's way of the opioid epidemic rather than providing a significant level of protection against an accidental overdose due to fentanyl contamination of the illicit drug supply. It is difficult to respond to the life threatening perspective of this analysis.

I am not a proponent of naltrexone for OUD despite recent non-inferiority trials, having seen all too many failures in my forty years of addiction practice, including more than twenty in my current medication assisted practice. Naltrexone is the best medical therapy we have for alcohol but it is not a silver bullet for heroin/fentanyl.


# Patient K
(Book #9, pages 945 to 924; Book #8, pages 923 to 876)

**Initial Consultation: 10/03/2019**
(Book #8, page 890)
Consultation request by NP Conlin for [Patient K]. Veteran has a history of spine surgery July 2018 by Dr. [Spine Surgeon]. He also reports a history of fibromyalgia. States he has pain in most of his body. Reports his main issue is low back pain, but he also has knee and shoulder-'pain. Reports hip pain·as well.

History is obtained from the patient by his recollection. Outside records are almost entirely absent as to the important details over the past year. The patient admits that he is not good on the dates. He did not see his primary care physician at the VA until this week.

The patient was being prescribed hydrocodone by his outside primary care provider and neurosurgeon after the VA stopped prescribing hydrocodone to him in 2014 due to "breaking" the opioid agreement after a urine drug screen was positive for cannabis. He indicates that he did well enough on gabapentin and hydrocodone. The substitution of hydrocodone for tramadol has not been effective.

His back surgery July of last year resulted in significant improvement until July of this year when without any obvious traumatic event, the pain rather rapidly became worse. Now with any twisting upon the right leg he develops a sharp, radiating pain down the right leg coming out of the low back. He has no loss of sensation or incontinence.

He rates his average pain as an 8 out of 10 with 9 at the worst and 5 at its least. His Katz Index of Independence in AOL's is 6 of 6. The Lawton Instrumental ADL Scale lists 7 of 8 with his deficit in shopping, "I cannot walk that far."

He otherwise denies1shortness of breath, has no resting or exertional chest pain and describes no abdominal complaints.

PAST MEDICAL HISTORY:
A Lumbar spinal stenosis A Spondylolisthesis
A Sleep apnea
A Hyperlipidemia
A Wrist pain
A Anxiety
A Degeneration of intervertebral disc
A GERD - Gastro-esophageal reflux disease
A Benign essential hypertension
A Hammertoes
A Osteoporosis
A Low back pain
A Insomnia
A Hyperlipidemia
A Pain in joint involving shoulder region
A Traumatic arthropathy involving hand
A Ankylosis of wrist

REVIEW OF SYSTEMS:
The patient suffers from exacerbation of low back pain with radiculopathy and diffuse pain to multiple other joints. All other systems reviewed and found to be negative.

FOCUSSED PAST MEDICAL AND SURGICAL TREATMENT:
Lumbar laminectomy of L4, decompression at L4-L5 with transverse process lumbar fusion; July 2018. This summer he was diagnosed with a spinal abscess and placed onto a long course of intravenous antibiotics. He was given consultation by Dr. England of Christie Clinic. Antibiotic course recently completed. No documentation has not been scanned into the VA record. He indicates that he has follow-up with Dr. England the middle of this October.

In 2018 he suffered osteomyelitis of the right foot after an operation. This too required a prolonged intravenous course of antibiotics managed through Indianapolis.

He has had chronic left hand and wrist pain. Injection to the wrist six months ago continue to provide benefit. However epidurals to the back prior to surgery were not effective.

He has been treated chronically with Norco 10mg #4 daily since October of last year. He was cut back to Norco 5mg over short courses during the summer that he claims did not work as well. His last prescription from his surgeon was for 100mg tramadol the middle of this September. The patient has not found it effective. He claims excellent benefit from smoking marijuana.

He has a diagnosis of sleep apnea, is not treated, with unknown accuracy. He describes himself as diagnosed with fibromyalgia.

He is not diagnosed or treated for depression. His Patient Health Questionnaire (PHQ-9) is 1 of 27 or low risk for symptomatic depression. He explicitly denies suicidality. His problems make it "not difficult at all" to conduct his personal and social responsibilities. He sees mental health for insomnia.

RELATED CURRENT MEDICATIONS:
Allergies:
PENICILLIN, IODINE CONTRAST EVEN WITH PREP, NIASPAN, BETADINE, SHRIMP
MEDIPORE SOFT CLOTH TAPE, TIXOCORTOL, DILAUDID

1) AMITRIPTYLINE HCL 25MG TAB TAKE THREE TABLETS BY MOUTH AT BEDTIME PAIN/MOOD
2) CALCIUM 500MG/VITAMIN D 200 UNT TAB TAKE 2 TABLETS BY MOUTH D ILY FOR CALCIUM SUPPLEMENT
3) CETIRIZINE HCL lOMG TAB TAKE ONE TABLET BY MOUTH EVERY DAY FOR ALLERGIES
4) CYCLOBENZAPRINE HCL lOMG TAB TAKE ONE TABLET BY MOUTH THREE TIMES A DAY AS NEEDED FOR MUSCLE RELAXER
5) DIPHENHYDRAMINE HCL 25MG CAP TAKE ONE CAPSULE BY MOUTH AT BEDTIME AS NEEDED FOR ALLERGIES/SLEEP
6) FLUOXETINE HCL lOMG CAP/TAB TAKE ONE CAPSULE BY MOUTH TWICE A DAY FOR MOOD
7) FLUTICASONE PROP SOMCG 120D NASAL INHL 2 SPRAYS EACH NOSTRIL DAILY ALLERGIES
8) GABAPENTIN 300MG CAP TAKE THREE CAPSULES BY MOUTH THREE TIMES A DAY FOR PAIN/NEUROPATHY
9) GEMFIBROZIL 600MG TAB TAKE ONE TABLET BY MOUTH TWO TIMES A DAY BEFORE MORNING AND EVENING MEAL CALL YOUR PROVIDER IF YOU HAVE MUSCLE PAIN, TENDERNESS OR WEAKNESS WHILE TAKING THIS DRUG. FOR LOWERING CHOLESTEROL

10) HCTZ 25/LISINOPRIL 20MG TAB TAKE 1 TABLET (25MG/20MG) BY MOUTH EVERY MORNING FOR BLOOD PRESSURE
11) LEVETIRACETAM 500MG TAB TAKE ONE TABLET BY MOUTH TWICE A DAY MOOD/NEUROLOGIC
12) MELOXICAM 15MG TAB TAKE ONE TABLET BY MOUTH EVERY DAY FOR PAIN. MAY TAKE WITHOUT REGARD TO MEALS.
13) MICONAZOLE NITRATE 2% TOP CREAM APPLY THIN FILM TOPICALLY EVERY 12 HOURS INFECTION
14) OMEPRAZOLE 20MG EC CAP TAKE ONE CAPSULE BY MOUTH TWICE A DAY FOR STOMACH ACID
15) PRAVASTATIN NA BOMG TAB TAKE ONE TABLET BY MOUTH AT BEDTIME AVOID GRAPEFRUIT FOR HIGH CHOLESTEROL CALL YOUR PROVIDER IF YOU HAVE MUSCLE PAIN, TENDERNESS OR WEAKNESS
16) Non-VA ASPIRIN 325MG TAB 325MG MOUTH EVERY DAY
17) Non-VA OMEGA-3-ACID (LOVAZA) ESTERS 1000MG CAP 2000MG MOUTH TWICE A DAY

SOCIAL/FAMILY HISTORY:
After a short stint in the service he alternatively worked in factories and as a carpenter for thirty years. He traveled from Illinois to the South where he had trouble finding work in a low-wage environment. He retired on disability in 2013.

Family history is not contributory.

MILITARY HISTORY:
The patient joined the Navy in 1975, he was medically discharged the same year for claustrophobia.

SUBSTANCE USE HISTORY:
The patient does not smoke. He indicates stopping alcohol twenty years ago. He denies an illicit drug history except for marijuana. The patient does not have a medical.marijuana card. SOAPP-R scores 22 of 96 or the higher risk category for aberrant substance use.

IMAGING:
XR Lumbosacral Spine: July 16, 2019 (Sarah Bush):
Posterior fusion hardware in place at L4 and LS levels. L3. compression deformity similar to prior examination.

IMPRESSION:
        No acute bony abnormality.

PHARMACOLOGIC EVALUATION:
The patient has a signed Chronic Opioid Agreement. Review of the Illinois and Indiana prescription monitor shows Norco prescribed through the VA until July of this year with private sector sources, many short term and at 5mg thereafter.

He has the on-going concern for the epidural abscess. He saw Dr. England Infectious Disease, this month who reportedly had no concerns. He has follow-up with Dr. [Surgeon] his surgeon next week with laboratories. No imaging mentioned as yet. Pain over the past couple of months has been stable without exacerbation. Will follow.

His description of needing the fifth suggests withdrawal. Will look at oxycodone 10mg SA three times a day to give extended coverage.

Our management of this patient is once again hampered by poor documentation from his extensive private sector treatment, chiefly at Sarah Bush. He obtained his records on DVD that may be difficult for us to use given VA outside record policy of limiting electronic submissions for security reasons. We will attempt a classic _record request. Leah Kegley, our MAS, will coordinate.

See back November 27.

PLAN:
1.     Will rotate off of Norco. Discontinue tramadol.
2.     Will prescribe in the intermediate term.
3.     Oxycodone -10mg: SA #3 daily ·for four weeks.
4.     Follow Neurosurgery.
5.     Evaluate sleep apnea.
6.     Return November 27.

Twenty-five minutes of this forty-five minute encounter devoted to counseling on the insidious nature of epidural abscess.


**Return Visit: 11/27/2019**
(Book #9, page 882)
[Patient K] returns in scheduled follow-up. We had converted him to SA oxycodone #3 times daily. "This is the first time I can sleep through the night." He is staying asleep from 10pm to 5am. Previously he was waking every two hours and taking another two hours to get back to sleep. Not going into the withdrawal he had been on the hydrocodone, and he is not being awakened by pain flairs..

He has had follow-up for the concern of a vertebral disc infection. Apparently adopting watchful waiting.

Describes an acute right flank pain after reaching behind himself. Urged to work it out, anti-inflammatories.

Discussed his sleep apnea diagnosis. By his description of the procedure he had a full sleep lab evaluation. Can find no documentation. Will order a screening oximetry.

We still have not secured records from the outside. Can see him in a couple of months. Oxygen study should be. complete.

PLAN:
1.     Continue: Oxycodone 10mg SA #3 daily for four weeks.
2.     Follow Neurosurgery.
3.     Evaluate sleep apnea. Screening oximetry.
4.     Return January 22·.

Twenty-five minutes of this forty-five minute encounter devoted to counseling on the general health effects of nocturnal hypoxia.

**REVIEWER CRITIQUE:**
The reviewer  states "[t]here is no documentation of ongoing routine monitoring/risk mitigation strategies.  10/31/19 UDS negative for opiates while hydrocodone prescribed, confirmation not completed; no documentation of this potential non-concordance."

## Specification 11.
Between January 25, 2019, and January 24, 2020, you failed to you failed to recognize the high risk category of aberrant substance use to due high SOAPR-R scores for Patient K, however you prescribed the patient hydrocodone. Your documentation was insufficient to justify the medications used in the treatment regimen of the patient. Your treatment did not meet the standard of care.

**REBUTTAL:**
This complaint once again suffers from substantial factual inaccuracy.  I administered the SOAPP-R for every new consultation to develop an impression of aberrant risk.  As clearly stated in my documentation, "[t]he patient does not smoke. He indicates stopping alcohol twenty years ago. He denies an illicit drug history except for marijuana." (Book #8, page 890.)  His urine screen in May of 2019 was consistent with therapy.  There were no surprises in the Illinois Prescription Monitor.  This patient was not evidencing addictive behaviors.

His 10/31/2019 UDS absent for prescribed hydrocodone was not surprising given, as documented, "[h]e has been taking an additional hydrocodone in the middle of the night. His back pain flairs about four or five hours after going to sleep. (Book #9, page 885.)

Justification for the regime is clearly stated in Return Visit 11/27/2019.  "We had converted him [10/31/2019] to SA oxycodone #3 times daily. "This is the first time I can sleep through the night." He is staying asleep from 10pm to 5am. Previously he was waking every two hours and taking another two hours to get back to sleep. Not going into the withdrawal he had been on the hydrocodone, and he is not being awakened by pain flairs." (Book #9, page 882).

It is important to note that I had only been seeing this patient for less than three months during which he had three office visits with another scheduled for the week immediately after my suspension.

# Patient L

(Patient L: Book #8, pages 875 to 830)

**Initial Consultation: 09/25/2019**
(Book #8, page 843)
Consultation requested by Dr. Rajacic. for [Patient L] who has been admitted September 22 for gabapentin dependence and withdrawal. His UDS is also noted to be absent the hydrocodone he was last prescribed that should be present. The patient is seen just after discharge from the hospital. He indicates that the Depakote facilitated withdrawal .has worked well for him. He is sleeping well. Inpatient he has been maintained on his Norco 10mg #3 daily. His chronic right ankle pain is at its typical 6 or 7 out of 10, acceptable. He remains ambulatory.

He denies other medical complaints; he has no upper respiratory difficulties, no abdominal complaints or resting or exertional chest pains.

We have seen this gentleman in consultation before on January 3, 2019. His care has been subsequently managed by NP Janet Baker.  Reference is made to that note.

In discussion the patient indicates that he supplemented his 800mg gabapentin #4 times a day prescription by exchanging his hydrocodone for street sources of gabapentin.  He would start the day with #3 or #4 Gaba's and take #2 every couple or three hours throughout the day. His use depended on availability but he estimates that he ingested #20 to #25 a day for total exposure of 16 grams to 20 grams daily, to maintain its euphoric effects.

Review of his UDS taken acceptably frequently and correlating with the Illinois and Indiana prescription monitor:

| | | |
|---|---|---|
| 09/22/10 | neg. | Should be present |
| 06/17/19 | pos. | |
| 03/19/19 | neg. | No prior month script |
| 01/03/19 | neg. | Should be present |
| 12/06/18 | neg·. | No prior month fill |

With several months' exceptions he has received hydrocodone monthly for the past year. This is his only controlled substance and it has only been filled by the VA. His latest Illinois prescription monitor entry was absent identifying·reference, making it easy to overlook. He has a signed Chronic Opioid Agreement.

This patient works daily as a metals recycler and eBay oddments retailer. When actually using the hydrocodone he is able to maintain his activity level in climbing through refuse piles and hauling out his various finds.

He denies a problem with hydrocodone, supported by the admission that he can do without it to secure his drug of choice. Gabapentin acts like an anxiolytic, read benzodiazepine, to those who

receive reinforcing properties from it. It is scheduled V in several states and is under consideration at the federal level. It has high street availability.

The patient is a smoker. He denies mariJuana and avoids cocaine and methamphetamine despite that fact that the area around Paris is a site of illicit importation. Monitoring it here is a send out with special requisition.

Allergies: Patient has answered NKA

1. DIVALPROEX SOOMG 24HR (ER) SA TAB TAKE ONE TABLET BY MOUTH TWICE A DAY FOR GABAPENTIN WITHDRAWAL
2. HYDROCODONE 10/ACETAMINOPHEN 32SMG TAB TAKE 1 TABLET BY MOUTH THREE TIMES A DAY AS NEEDED FOR PAIN - DO NOT EXCEED 4000MG OF ACETAMINOPHEN (APAP) PER DAY FROM ANY AND ALL SOURCES
3. MELATONIN SMG CAP/TAB TAKE TWO CAP/TAB BY MOUTH AT BEDTIME AS NEEDED FOR SLEEP. TAKE 30-60 MINUTES BEFORE BEDTIME AS NEEDED.
4. MIRTAZAPINE ISMG TAB TAKE ONE-HALF TABLET BY MOUTH AT ACTIVE BEDTIME FOR DEPRESSION
5. NICOTINE 21MG/24HR PATCH USE 1 PATCH TOPICALLY TO DRY, HAIRLESS AREA EVERY DAY FOR SMOKING CESSATION
6. PRAZOSIN HCL lMG CAP TAKE ONE CAPSULE BY MOUTH AT BEDTIME FOR NIGHTMARES

PHYSICAL EXAMINATION:
Patient walks into the exam room favoring the right leg, but steady on his feet and with no apparent loss of lower extremity strength. Left leg is within normal limits. Grossly the right foot has sensation but patient describes numbness to the toes. The right leg shows fairly well approximated surgical scar along much of the calf and into the ankle. He has palpable screws to the medial malleolus without skin breakdown. Hardware is palpable to the medial proximal tibia.

The patient has no auditory shortness of breath. Fully oriented and alert. Otherwise no acute distress and dressed appropriately for the encounter in casual and not work clothes.

IMPRESSION:
1. Chronic posttraumatic right ankle pain, not considered for surgical revision.
2. Nicotine dependence.
3. Alcohol dependence in stated full remission.
4. Gabapentin dependence.

PLAN:
1. Resume Norco 10mg taken #3 times a day, will write two weeks.
2. Return to Pain Clinic October 9.
3. UDS with ETH and gabapentin at that time.
4. We will follow for the intermediate term.

DISCUSSION:
This is a moderate risk patient for further aberrant behavior. I am willing to cut this patient 'a break because of his work ethic. I will need to monitor him for the intermediate term until he develops a sufficient track record to return his controlled substance prescription to primary care.

I was able to discuss this patient's admission with Dr. Lim.

**09/25/2019 ADDENDUM**
He has seen Pain PT and failed a TENS trial.

**Return Visit: 10/09/2019**
(Book #9, page 838)
[Patient L] returns in scheduled follow-up. We saw him immediately after discharge from the hospital for gabapentin excess, dependency. He was placed onto Depakote and indicates that he has not used gabapentin since. Ran a couple of hydrocodone short but is not in withdrawal. He is still able to work, right ankle is his limiting factor. He and his wife are in the process of opening a resale store on the square that will allow him to reduce the physical demands of the job.

The Depakote has kept him out of gabapentin withdrawal. He is on time for hydrocodone renewal, his PCP reissued but it is scheduled for mailing today out of Peoria. I will write it for the window here, but would ask the Mattoon Clinic continue to manage this. He does not have a problem with the hydrocodone. It allows him to stay working with his chronic ankle. It is qui,te painful at the end of the day but he goes back at it the next.

Denies any loss of sensation. He has had no withdrawal seizure or lethargy. He can return to primary care.

PHYSICAL EXAMINATION:
Patient walks into the exam room favoring the right leg, but steady on his feet and with no apparent loss of lower extremity strength. Left leg is within normal limits. Grossly the right foot has sensation but patient describes numbness to the toes. The right leg shows fairly well approximated surgical scar along much of the calf and into the ankle. He has palpable screws to the medial malleolus without skin breakdown. Hardware is palpable to the medial proximal tibia.

The patient has no auditory shortness of breath. Fully oriented and alert. No evidence of sedation or withdrawal. Otherwise no acute distress and dressed appropriately for the encounter in casual and not work clothes.

IMPRESSION:
1. Chronic posttraumatic right ankle pain, not considered for surgical revision.
2. Nicotine dependence.
3. Alcohol dependence in stated full remission.
4. Gabapentin dependence.

PLAN:
1. Resume Norco 10mg taken #3 times a day, will write two weeks.
2. Return to Pain Clinic November 18.
3. UDS with ETH and gabapentin was written but not completed.
4. Return to primary care. UDS recommended.

Twenty minutes of the thirty minute encounter devoted to maintaining chronic medications on a schedule, avoiding withdrawal and chasing after.

**Return Visit: 11/18/2019**
(Book #9, page 836)
[Patient L] returns in scheduled follow-up. , He has switched his primary care to Terra Haute. Reading the note, she will not carry the hydrocodone, expects us to prescribe.

His new primary has arranged for him to get a right ankle brace that might assist with his chronic pain with ambulation. He claims to be off of the gabapentin. He is documented as informing his new PCP of that issue.

The hydrocodone falls off at every eight-hour dosing, would like to go to #4 daily. That is a reasonable request. He is still working, recycling, climbing every day. Second hand store with wife still a bit off in the future.

We will perform a UDS today, I will send out for gabapentin. I will push him out a bit to January 13.

**REVIEWER CRITIQUE:**
Reviewer states "[h]igh risk patient with documentation of patient report of diverting hydrocodone and gabapentin use disorder. Dr. Peterson continued to prescribe and increase hydrocodone without appropriate risk assessment or assessment for opioid use disorder."

## Specification 12.
Between ·January 25, 2019, and January 24, 2020, you increased the prescribed dosage of hydrocodone to Patient L, who had a documented dependency of gabapentin. Your documentation was insufficient to justify the medications used in the treatment regiment of the patient Your treatment did not meet the standard of care.

**REBUTTAL:**
As noted, I had a previous note before this series of late Fall 2019 encounters. That note is not available. I saw him in consultation this time inpatient. There is no lack of understanding that this gentleman has a primary gabapentin problem, and the medication was not continued by prescription. He denied hydrocodone disorder upon direct questioning. That he did not have an apparent methamphetamine dependence is remarkable given that his home community is a center for importation to the Midwest.

Opioid dependence is not a condition that can be easily switched on then off. I saw him frequently, and short scripted, frequent drug screens. Misuse, running short would become evident sooner rather than later. This gentleman was early in my treatment of him.

As I indicated given his activity level I was "willing to cut him a break" in following him closely. Three times a day dosing generally does not cover a working day. He remained actively employed in demanding physical activity, the hydrocodone allowed him to continue.

I am one of the busiest addiction medicine physicians in the State of Illinois. I treat a large number of patients more challenging than this gentleman.

## Patient M

(Book #8, pages 829 to 811; Book#7, pages 810 to 754)
This was an established patient prior to the review period. This record does not include the more comprehensive history and other studies in the first encounter.

### Return Encounter: 02/11/2019

(Book #7, page 781)
[Patient M] returns·in scheduled follow-up. Accompanied by his -wife. He underwent surgery January 10 and describes a laminectomy without fusion. I do not have the operative report available to me at this time. He indicates that the right side is doing much better. He still has some residual left-sided pain he describes as a throbbing and a pinching. Left foot radiation is reduced. Has been seen in follow-up wants and will be again within the next 10 days or so.

Postoperative flexion is reduced. He finds it hard to sit down and in _fact he is more comfortable standing. He stands throughout the interview.

He is on Chantix and it is working. He is down from a pack a day to 6 or 7 cigarettes a day. Still has significant pain and we will continue Norco 10mg #6 a day. Return to clinic March 8.

Allergies_:
SULFA DRUGS, NONSTEROIDAL ANTI-INFLAMMATORY, METHACARBAMOL, ALBUTEROL ZANAFLEX 4MG TABLET, CELEBREX, METHYLPREDNISOLONE, MORPHINE, HCTZ HYDROCHLOROTHIAZIDE, CYCLOBENZAPRINE

1) AMLODIPINE BESYLATE lOMG TAB TAKE ONE-HALF TABLET BY MOUTH EVERY DAY FOR BLOOD PRESSURE
2) ARIPIPRAZOLE 30MG TAB TAKE ONE-HALF TABLET BY MOUTH EVERY DAY FOR MOOD
3) ATORVASTATIN CALCIUM 80MG TAB TAKE ONE-HALF TABLET BY ACTIVE MOUTH AT BEDTIME FOR CHOLESTEROL CALL YOUR PROVIDER IF YOU HAVE MUSCLE PAIN, TENDERNESS OR WEAKNESS
4) CETIRIZINE HCL lOMG TAB TAKE ONE TABLET BY MOUTH EVERY DAY FOR ALLERGIES

5) CITALOPRAM HYDROBROMIDE 40MG TAB TAKE ONE TABLET BY MOUTH DAILY FOR MOOD
6) DRESSING,TRANSPARENT 4X 4 3/4IN #889506W USE DRESSING SUPPLY AS DIRECTED SUPPLY TO RETAIN NICOTINE PATCH
7) HYDROCODONE 10/ACETAMINOPHEN 325MG TAB TAKE 1 TABLET BY MOUTH EVERY 4 HOURS AS NEEDED FOR CHRONIC BACK PAIN - DO NOT EXCEED 4000MG OF ACETAMINOPHEN (APAP) PER DAY FROM ANY AND ALL SOURCES
8) MIRTAZAPINE 15MG TAB TAKE ONE-HALF TABLET BY MOUTH AT BEDTIME FOR 4 DAYS, THEN TAKE ONE TABLET AT BEDTIME MOOD/SLEEP
9) MONTELUKAST NA lOMG TAB TAKE ONE TABLET BY MOUTH EVERY DAY IN THE EVENING FOR BREATHING
10) PANTOPRAZOLE NA 20MG EC TAB TAKE ONE TABLET BY MOUTH DAILY FOR STOMACH ACID
11) SILDENAFIL CITRATE lOOMG TAB TAKE ONE TABLET BY MOUTH AS NEEDED 30 TO 60 MINUTES PRIOR TO SEXUAL actiIVITY; LIMITED TO 4 DOSBS PER MONTH.FOR ERECTILE DYSFUNCTION.'
12) TRAZODONE HCL lOOMG TAB TAKE TWO TABLETS BY MOUTH AT BEDTIME WITH FOOD FOR SLEEP
13) VARENICLINE lMG 56 TAB PACK TAKE ONE-HALF TABLET BY MOUTH DAILY FOR 3 DAYS, THEN TAKE ONE-HALF TABLET TWICE A DAY FOR 4 DAYS, T EN TAKE ONE TABLET TWICE A DAY FOR 28 DAYS WITH FOOD AND GLASSFUL OF WATER.-CONSULT WITH PROVIDER TO CONTINUE THERAPY MONTHLY -

PHYSICAL EXAMINATION:
Throughout the interview, rather stiffly. Standing he is ambulating well, holding the trunk straight with the waist. Flexion quite reduced. He has a surgical scar from Ll-S2, well approximated with no evidence of dehiscence or cellulitis.

He was alert and oriented and appropriately dressed for the encounter. Extremity strength intact and no significant loss of sensation. His inaudible shortness of breath. Not showing evidence of sedation.

IMPRESSION:
1.    Failed back syndrome with radiographic findings. Laminectomy completed mid January.
2.    Chronic left hip pain with minor radiographic findings.
3.    Nonsteroidal anti-inflammatory intolerance, gastric ulcer.
4.    Major depression with anxiety.
5.    Sleep apnea with Sleep study completed August 28, non-diagnostic.
6.    Discontinuation of Interventional Pain,. lack of efficacy.

PLAN:
1.    Four weeks of Norco 10mg #6 a day has 'been renewed.
2.    Will follow surgical surgical recovery.
3.    He is on Chantix now. ·

4.      Consider TENS evaluation, continued efficacy.
5.      Return to Pain Clinic March 8.


**Return Encounter: 03/08/2019**
(Book #7, page 779)
[Patient M] returns in scheduled follow up. Postop back revision lumbar laminectomy at L4 and L5 and lumbar interbody fusion with cage and allograft. Indicates the back is better but he still has shooting pains down his left leg with any movement. Overall he is happy he did the procedure but he is frustrated with the continued radiculopathy. Still using ice and heating pad. He has numbness to the left entire sole of the foot. This may in fact clear.

He will be seeing his surgeon in follow-up in several weeks. Surgeon has recommended that he continue with the hydrocodone and then obtain physical therapy through the VA. We will have Kevin Kuhn PT evaluate for his services.

The patient is otherwise much more able to move around without severe disability. Medications are adequate at this time. Indicates he can walk about three quarters of a mile now. Lack of activity has resulted in about a 17 pound weight gain, is feeling a bit bloated. Still smoking.

I will coordinate a Pain PT and return to clinic appointment for April 22. This will be after his surgeon's evaluation. We will renew the medication.


**Return Encounter: 04/24/2019**
(Book #7, page 773)
[Patient M] presents in scheduled follow-up. He is still having the left leg radiculopathy post L4/LS interbody fusion from last January. His back feels better and he is walking more comfortably than he had been. He is not hunched forward and grimacing like he was. He is still happy he had the procedure done. He believes he would like to continue the medications at the current dose until he can get the radiating post-operative pain resolved. He has a follow-up with his surgeon within the next ten days.

Walking the dog nightly, had not been before. Active around the home, getting out of the house to a greater extent. He has more mobility in the waist. No loss of strength to the left leg but a persistent, shooting pain with movement at the hip.

LEFT HIP (2V)UNILATERAL: MAY 04, 2018
Findings:
    Stable narrowing of the femoral acetabular joint along
    its inferior margin. Small dystrophic calcification adjacent to the superior acetabulum has not changed in the interval. Left femoral head and neck are intact with no signs of displaced fractures or dislocations.

    There is evidence of prior vasectomy.    /
    Soft tissues are otherwise unremarkable.

Impression:
l. Left hip osteoarthrosis stable in radiographic appearance since September 2016.
MINOR ABNORMALITY

He has had some success with cutting back on smoking. Down from better than two packs to around one with Chantix. Would like to continue. Will renew both the hydrocodone and the Chantix. See again in four weeks, he will have seen his surgeon. There may be a role for physical therapy or injection.


**Return Encounter: 05/22/2019**
(Book #7, page 771)
[Patient M] presents in scheduled follow-up.  He is getting around better. Still has pain to the L3 left gluteal area but overall improved with the surgery January 9. His surgeon does not have an explanation for the persistent pain. He has recommended physical therapy. Still no incontinence or. loss of sensation or extremity strength.

He was in Urgent Care for right third toe cellulitis. Given antibiotics. He pulled the nail off.  OK now.

He has always wanted to get off the hydrocodone. Pain is reduced.  I will script his regular #6 a day but he is to self-reduce to #5 for two weeks and then to #4 for two weeks. To call on the phone for his success at that and we will script the following month accordingly. I will put in a physical therapy consult. Surgeon note of May 1, 2019 scanned in. Return August 14.  He sees the surgeon who is likely to release him August 15.


**Return Encounter: 08/14/2019**
(Book #7, page 769)
[Patient M] returns in scheduled foliow-up.  Physically he is doing better but he indicates that his wife was diagnosed with breast cancer last week and they have been dealing with the detail that the diagnosis entails.

He is still happy that he undertook the surgery but he continues to have the shooting pain down the left leg. "Sciatic pain is still there." He is able to walk better. He has undertaken physical therapy, not really producing impressive results.

He tried to taper his hydrocodone use from 60mg daily to 40mg. At 60mg his pain is nearly completely controlled but at 40mg he is back to chasing it at the· end of four hours. He would like to stay where he is for the time being. He sees his surgeon tomorrow in follow-up.

Looking at his record he had a recommendation for CPAP last August and appears to have been given an order for a machine. He recalls being instructed on its use but he never received the device. Will place a clarifying request.

Now taking Chantix, smoking one-half pack; down from two.

He is good on medication, received then recently. Will put in a renewal for hold. See him in return November 6.


## PHARMACY/CONTACT CENTER NOTE: 09/17/2019
(Book #7, page 766)

```
Last urine drug screenresult:
Urine Drug Screen

    Test Name          Result     Units      Ref Range    Collection DT

    AMPHETAMINES  SCR NOT DETECTED             NOT DETECTED-   08/14/2019
    BARBITURATES SCR NOT DETECTED              NOT DETECTED-   08/14/2019
    'BENZODIAZEPINE SC NOT DETECTED            NOT DETECTED-   08/14/2019
    CANNABINOIDS  SCR NOTDETECTED              NOT DETECTED-   08/14/2019
    COCAINE SCREEN    NOT DETECTED             NOT DETECTED-   08/14/2019
    METHADONE    SCR NOT DETECTED              NOT DETECTED-   08/14/2019
    OPIATES      SCR POSITIVE                  NOT DETECTED-   08/14/2019
    OXYCODONE SCREEN  NOTDETECTED              NOT DETECTED-   08/14/2019
    PHENCYCLIDINE SCR NOTDETECTED              NOT·DETECTED-   08/14/2019
    OPIATES CONFIRM   SENT OUT FOR CONFIRM.                    08/14/2019
    OXYCOD CONFIRM    Not Applicable                           08/14/2019
    DRUG SCREEN CREAT    85.3    mg/dL         20 -            08/14/2019
    BENZO CONFIRM     Not Applicable                           08/15/2018
```


## Return Encounter: 11/14/2019
(Book #7, page 760)
[Patient M] returns in scheduled follow-up. He indicates that essentially nothing really changed since our last visit. He is still happy with the back surgery. His left hip continues to give him pressure-like pain while standing. If he places his legs into a position while sitting he has to maneuver.to get back up. He thought he had a consult placed for hip injections but looking at the notes that has not been written as yet.

His wife is being treated for breast cancer. He has frequent drives to Indiana. Their spirits are good are this point, therapy appears to be going well.

He undertook a series of PT through PM&RS. Did not do much. He missed appointments we made for Pain PT.

He wants to stay at the current level of analgesia. He is basically pain-free on the medications. This is a marked improvement from early in the year.

Still smoking about a pack and a half daily. Too much stress to quit. Chantix made him irritable.

Would like to restart SOMA. He was given that post-operative and it worked. Other muscle relaxers have not. I explained the drug interactions with that. It is no longer on VA formulary. He indicates that he only used it at night. He became very laid back and would never consider driving on it. Have indicated that it is not something I recommend anymore.

Discussed CPAP. He became very aggravated with all the titration and repeat studies. Has not used in in a year and a half. Have indicated that I would like him to screen for nocturnal saturation.

Will renew Norco. Place consult to PM&RS for the hip, he has the recent X-ray showing osteoarthritis. Place screening oximetry.

Twenty minutes of the thirty minute encounter devoted to counseling on the importance of adequate oxygenation to cardiovascular health and the risks involved in SOMA therapy.

**REVIEWER CRITIQUE:**
Reviewer states "Dr. Peterson documents that 'patient has always wanted to get off the hydrocodone at 5/22/2019 visit. No discussion of safety risks of MED 60mg/d. Provides little guidance and support on a relatively rapid taper (50mg/d MED for 2 weeks, then 40mg/d for 2 weeks.) Follow-up note 12 weeks later on 8/14/2019 documents failure of taper as 'he is back to chasing it at the end of four hours. He would to stay where he is for the time being.' No documentation of risk mitigation strategies."

## Specification 13.
Between January 25, 2019, and January 24, 2020, you prescribed hydrocode to Patient M but failed to conduct urine drug testing within the 90-day window or 30 days prior to dispensing it. Your treatment plan did not meet the standard of care.

**REBUTTAL:**
Again an established patient where the previous record is not included. This is a highly stable patient whose opioid taper failed at that time not because it was overly aggressive, which it is not for the early steps, but because his pain generators remained despite his surgery. He failed physical therapy and had multiple relevant medication intolerances including nonsteroidal anti-inflammatory, methacarbamol, Zanaflex 4mg tablet, Celebrex, methylprednisolone, and cyclobenzaprine.

For many patients immediate release hydrocodone is not effective for six hours. As indicated 11/14/2019, page 760, "[h]e wants to stay at the current level of analgesia. He is basically pain-free on the medications. This is a marked improvement from early in the year."

Lack of a urine screen is disproved by report for 08/14/2019 documented Book #7, page 766.

Lack of attention to risk mitigation is simply false. Nearly every encounter addressed sleep issues, persistent attention despite the same patient resistance concerning CPAP common to the majority of veterans and non-veterans alike before an acceptable solution to this inconvenient therapy can be found. I also advised against SOMA, despite other muscle relaxers being ineffective. Page 760, "I explained the drug interactions with that. It is no longer on VA formulary. He indicates that he only used it at night. He became very laid back and would never consider driving on it. Have indicated that it is not something I recommend anymore." He volunteered my concerns with that drug, effectively a barbiturate.

# Patient N
(Book #7, pages 753 to 696; Book #6, pages 695 to 655)

**Psychiatric Consultation Inquiry: 03/12/2019**
(Book #6, page 679)
"veteran s/p sec of tongue s/p radiation and chemo 2018. Veteran seen for f/u s/p biopsy (Indy) which was negative for cancerous growth. Presumed in remission at this time. Veteran has ENT visit f/u today in Indy 3/12. +Difficulty managing pain while in prrtp for alcohol use disorder. Veteran currently on hydrocodone 5 bid.Per palliative can go up to qid dosing but concerned about increasing dose due to possible misuse. Veteran stays with sister who had been monitoring medications at home but plans to move out independently.

Question if veteran will be better served by suboxone since there appears to be some risk of misuse. Have spoken with ENT, they feel he should not warrant excessively aggressive regimen."


**Initial Encounter: 03/14/2019**
(Book #6, page 681)
HISTORY OF PRESENT ILLNESS:
[Patient N] seen in consultation requested by Dr. Harmon for chronic facial and cervical pain secondary to surgical resection for squamous cell carcinoma of the mouth. Patient indicates an 8 out of 10 pain at multiple points during the day. Pain is like a needle coming from the left back of the neck all the way through the tongue.

He is a resident in the Psychosocial Residential care rehabilitation Treatment Program for alcohol dependence. Today he is doing a neuropsychological exam and a lot of talking, conditions that make his pain worse. Chewing also causes exacerbations. He is also being treated for thrush.

Indicates that with an 8 out of 10 pain he has difficulty concentrating when he is reading. Beyond that he actually begins to lose his thought processes. He get emesis and aspiration. This weekend he had an extremely bad episode and he cannot remember what happened for several hours. He does not describe a seizure disorder but staff on the inpatient unit indicated that he was showing some shaking. He cannot remember much of Sunday, four days ago. He was taken to Urgent Care.

Mouth is·typically dry. Saliva can be induced. Speech therapy is helping with pronouncing certain word combinations particularly those involving 'th'. The exercises have caused him more severe pain so that they have deferred those for the time being.

He denies respiratory difficulty. Mood is regretful however surprisingly upbeat. Mentation is largely intact although "I have some chemo brain."

PAST MEDICAL HISTORY:
A Alcohol Dependence,Uncomplicated
A Oral phase dysphagia
A Slurred speech
A Benign Prostatic Hypertrophy Without Outflow Obstruction
A Depression
A AnXiety
A HTN - Hypertension
A SCC - Squamous cell carcinoma of tongue
A History of Tobacco Use
A  Low Back Pain

FOCUSSED PAST MEDICAL AND SURGICAL TREATMENT:
sec of the tongue with resection (8/2018), chemo and radiotherapy ;until 11/2018. Peripheral
neuropathy due to injuFY, lumbar .discectomy, right shoulder repair,' and remote right iliac bone
benign tumor removal in childhood,

Indianapolic Oncology finds the patient does not have any active known malignancy at this time:

Findings,
    "Stage IV scca of the Oral Tongue (pT3N2MO) - Patient treated with surgical resection.
    Found to have high risk features with PNI and ECE. Elected to treat with adjuvant chemoRT
    with weekly carbo/taxol which was completed on 10/3/18. Seen by ENT 11/27/18 and NED.
    Post pet 12/27 concerns for uptake at BOT. Patient was taken back to OR for biopsy 1/17/19
    biopsy showed no evidence of malignancy. Will plan for follow up per NCCN guidelines."

He is being followed by Infectious Disease.

RELATED CURRENT MEDICATIONS:
Allergtes: Patient has answered NKA

    1) ACAMPROSATE TAB,EC 666MG PO TID alcohol cessation, please administer at
       7AM, 1PM and 10PM
    2) DULOXETINE CAP,EC 60MG PO QDAILY depression, pain
    3) HYDROCODONE SMG/ACETAMINOPHEN 325MG TAB 1 TAB (SMG/325MG) PO
       BID pain, Please administer at 7AM and 5PM
    4) HYDROXYZINE PAMOATE *HI-ALERT* CAP 25MG PO QID PRN anxiety
    5) MELATONIN CAP/TAB 6MG PO HS insomnia
    6) TRAZODONE HCL TAB SOMG PO HS insomnia

As an outpatient last fall the patient on variable levels of oxycodone. He typically was taking
10mg SA twice a day with 5mg twice a day for breakthrough. Just prior to his·hospitalization he
was increased to 40mg a day in divided doses.

Currently he is on hydrocodone 5mg taken twice a day. This gives him relief for about two hours after each dose. He otherwise is alternating Advil and Tylenol. "I did not expect to get anything more."

SOCIAL/FAMILY HISTORY:
Until 2014 the patient was an air traffic controller. He lost his job over alcoholism. Alcohol broke up his marriage. He has not been employed since.

He is living with his sister and her husband and she had been monitoring his narcotic analgesics prior to and after his mouth surgery. He had a relapse last fall that alienated his sister and family but he is in daily contact with them currently.

MILITARY HISTORY:
Navy from 1996 until 2015, 6 years active duty and then Department of Defense. Honorable discharge.
Service Connected: 10%
HYPERTENSIVE VASCULAR DISEASE (10% SC)

SUBSTANCE USE HISTORY:
Started drinking at 12 years old. Drank daily until 2009 up to 12- 18 pack per day. Then veteran reported negative impact with work, marriage. Reduced drinking but would still report use itwo or three times a week binge drinking.

He states the most recent period of sobriety was in 2018 for up to 8 months but relapsed did have 8 months of sobriety in 2018 prior to a relapse with a college friend at a football game. Resumed similar binge drinking pattern, beer 12pk and 1/2 pint of bourbon once or several times a week.

Smoked cigarettes until 19 years ago. Thereafter smoked cigars without inhaling a couple of times·a week.

Smokes marijuana couple times a week. Denies a significant difficulty with opioids, his sister dispensed oxycodone to him but he does admit that it could become a problem if he had independent control over them.

IMAGING:
CT NECK SOFT TISSUE W/CONT: JAN 09, 2019
Findings:
    Lymph Nodes:    No dominant lymphadenopathy. Multiple small cervical subcentimeter nodes are seen bilaterally.

    Salivary Glands stable asymmetric partial atrophy, left parotid gland. Right parotid gland within normal limits. The left submandibular gland is absent. Stable appearance of the right submandibular gland.

    Inferior cerebrum: Within normal limits

Orbits and paranasal sinuses:Orbits appear unremarkable. Paranasal sinuses are clear. No air-fluid levels are seen. Mastoid air cells are patent.

The base of the tongue and parapharyngeal fatty tissues: Dental amalgam is present ,which causes beam hardening artifact and slightly limits sensitivity of evaluation. Status post left hemiglossectomy.Stable multiple surgical clips are seen along the residual left tongue. Decreased prominence of a persistent hyperdensity in the left glossectomy bed; hyperdensity considered to be more likely secondary to beam hardening artifact. Again seen is mild diffuse edema, at the floor of the mouth, relatively stable to minimally worsened as compared to previous examination. Thickening of the bilateral platysma is again seen, with subcutaneous fat stranding and reticulation, relatively stable compared to previous examination. Mucosal edema extending at the oropharynx and hypopharynx is again seen, particularly prominent posterior to the hyoid bone level. Relatively stable appearance compared to previous examination. Stable mild retropharyngeal edema. Differential diagnosis includes infectious/inflammatory changes, versus post therapeutic changes. No definite abscess formation is present Status post left neck dissection.

Nasopharynx:Mild mucosal edema is again seen. No mass. Stable mild retropharyngeal edema. Oropharynx:Mild mucosal edema.

Hypopharynx:Mild mucosal edema is present, stable compared to previous examination.

Epiglottis and preepiglottic fat:Mild edema is present. Stable compared to previous examination. May be"posttherapeutic in origin.

Airway:The airways patent. Minimal narrowing of the airway at the oropharynx and hypopharynx due to the described mucosal edema.

'j:'rachea and thyroid gland:Trachea is widely patent. No t.racheal mass is seen. Evaluation of the thyroid again demonstrates a 0.5 cm mixed, but apparently low-attenuation nodule, right thyroid lobe, unchanged compared to previous study.

Superior lungs and upper mediastinum:Right lung apex within normal limits. Left lung apex is within normal limits. Scattered subcentimeter lymph nodes are seen without pathologic lymphadenopathy. Ascending aorta incompletely evaluated but appears enlarged with a 4.1 cm diameter. Questionable mild esophageal wall thickening. Nondistended esophagus. Stable compared to previo.us examination.

Osseous structures:No fracture or dislocation is seen. Cervical degenerative changes at C5-6 C6-7 and C7-Tl. Mild dextroscoliotic cervical spinal curvature.

Impression:
1. Status post left neck dissection and left hemiglossectomy. Status post left submandibular gland resection.
2. nasopharyngeal/oropharyngeal/hypopharyngeal mucosal edema, stable compared to previous examination. Scattered areas of floor of mouth mucosal edema appears stable to

mini ally worse .ed compared to previous examination of December 14, 2018. Findings may be on an infectious, inflammatory, versus post therapeutic basis.

3. bilateral anterior neck subcutaneous fat stranding stranding and reticulation, .,with the thickening of the bilateral platysma is stable.

4. Questionable focus of hyperdensity within the left glossectomy bed, slightly less prominent the previous study, possibly related to significant beam hardening artifact from the present dental amalgam. Residual or recurrent mass lesion appears less likely. Other findings as above.
SIGNIFICANT ABNORMALITY, ATTN NEEDED

PHARMACOLOGIC EVALUATION:
The patient does not have a signed chronic opioid agreement, at least for Illiana. Review of the Illinois and Indiana prescription monitor shows variable levels of oxycodone prescribed from the fall of 2018 until the end of January 2019. All controlled substances are sourced through the VA.

PHYSICAL EXAMINATION:
The patient is ambulatory into the exam room without difficulty. He is able to sit down without using the armrest. He is fully alert and oriented despite his ·surgery his speech is clear with only slight difficulty in pronunciation, fully comprehensible. His cranial nerves appear to be intact. Even on the surgical left side there is no facial droop. He does have surgical scars to the left neck although good cosmetic appearance. There is no facial swelling. Good range of motion at the neck inflexion and extension and axial movement.

Oral examination shows surgical changes with several teeth missing. The gums appears to be intact, tongue has been well reconstructed. Patient has been under treatment for thrush, no oral lesions are identified.

Patient is not audibly short of breath. Demonstrates +5 strength all 4 extremities. Alert and oriented. He gives an insightful history.

IMPRESSION:
1. Chronic oral and cervical pain secondary to surgical and radiation treatment of squamous cell carcinoma.
2. Alcoholism, inpatient residential treatment. Nicotine independence in remission.
3. Concern for problematic opioid use at discharge.

PLAN:
1. Buprenorphine therapy for pain is a possibility here. May provide secondary psychological benefit and would eliminate the on-off cycle.
2. If buprenorphine unsuccessful can consider return to moderate dose, 30mg daily, oxycodohe as 10mg SA #3 times a day.

DISCUSSION:
The patient has shown significant opioid tolerance in the past, he could be brought up with a moderate escalation of buprenorphine. Stop hydrocodone for 12 hours, sublingual induction of

2mg buprenorphine, may repeat if better in one hour. Subutex not necessary, can use Suboxone. Continue dosing at 4mg twice a day on day two, consider 4mg #3 times a day on day three.

Sublingual dosing provides more effective exposure than patches. Document explicit pain treatment. Under VA regulations, non-DATA waived physicians can prescribe for pain although pharmacy may run into internal roadblocks. Fortunately, DATA physicians are available on the unit. Titrate thereafter to effect. Reassess efficacy in two weeks.

**Return Visit: 04/15/2019**
(Book #6, page 675)
[Patient N] presents in scheduled follow-up. He is accompanied by his sister who remains in the waiting area. Buprenorphine at 4mg SL three times a day did not assist with his pain but he did tire him out so that he was frequently sleeping.

He still has post-operative pain his surgeon expects to last another month or two. Mouth frequently remains dry, although he does produce saliva on the left side,. the non-operative side. He is still seeing Infectious Disease for follow- up oral thrush.

He would like to go back to the oxycodone. His sister is still dispensing his medication. He was on 20mg SA with Percocet 5mg twice a day for breakthrough. I have indicated that we expect to get off of these in a reasonable time. Consider three months then titrating down.

We will see him back in 30 days coordinating with another appointment.

IMPRESSION:
1.    Chronic oral and cervical pain secondary to surgical and radiation treatment of squamous cell carcinoma. Resulting mild slurred speech.
2.    Alcoholism, inpatient residential treatment. Nicotine dependence in remission.
3.    Concern for·problematic opioid· use at discharge. Sister dispenses daily.

PLAN:
1.    Discontinue buprenorphine therapy for pain.
2.    Oxycodone 20mg SA twice a day· with Percocet 5mg twice a day for breakthrough. /
3.    UDS with ETG.
4.    Return May 15.

**CONSENT FOR LONG-TERM OPIOIDS FOR PAIN: 03/18/2019**
(Book #7, page 752)
      Author: HARMON,ASHLEY A

**Return Visit: 05/15/2019**
(Book #6, page 671)

[Patient N] presents in scheduled follow-up. He is post-surgery for oral cancer last fall. He is currently undertaking speech therapy for chewing and speaking. He cannot feel his mouth and has no taste, he needs to be vigilant that he not bite his tongue. The exercises are painful and he would like to continue the oxycodone for another month. After that we will give serious consideration to titrating back. His sister who is here today is dispensing his medication.

His pain is focused on the lower palate. Chewing is difficult for him. When speaking he tends to spit. 'th' sounds are difficult. He only has about two- thirds of his tongue.

He has seen mental health, sees CPAP today for adjustment, has not been wearing his mask regularly due to fit. Regular follow-up with Indianapolis Oncology. Infectious disease has cleared him of thrush.

Will see him in four weeks. No medication change.


**Return Visit: 07/18/2019**
(Book #6, page 669)
[Patient N] returns in scheduled follow-up. He is still finding the speech therapy for speaking and swallowing challenging. Has not advanced past soft. He has developed throat swelling at times, the last over eating a pickle. He sees Indianapolis Oncology July 23. He was considered in remission last visit.

He is keeping the Tylenol consumption under 2grams. Has stopped the Ibuprofen on my advice. Has been told he has alcoholic fatty liver. Enzymes are not elevated. Denies current alcohol.

Wants to continue the oxycodone. A month's supply has lasted him two months. Sister continues to dispense. Return September 12.


**Return Visit: 10/24/2019**
(Book #6, page 666)
[Patient N] returns in follow-up. Since I saw him last he has developed relapsing Campylobacter and Clostridium Difficile infections. He is followed by Infectious Disease. Has lost weight from 165 to 154. Using nausea medicine, out of Zofran. He is eating as much as he can, using supplements. He sees Oncology and the Dentist at Indianapolis VA next week and has another PET scan.

He indicates worsening of his right foot numbness over the past two months, he is dragging it, has very limited sense of position. Had neurosurgery at Vanderbilt seven years ago but I cannot find in JLV. He believes he can get the records. No recent imaging.

Followed at Christie in Champaign for AAA. Recent cardiac work-up there as well. Ordered Cardolite stress.

Will obtain MRI lumbar. Renew Zofran, oxycodone including the pm.        He had now refilled the prn for three months. See November 21. Had intended to seek CTIC Neurosurgery for Vanderbilt but will follow that next visit with MRI in-hand and maybe some records.

IMPRESSION:
1. Chronic oral and cervical pain secondary to surgical and radiation treatment of squamous cell carcinoma. Resulting mild slurred speech, chewing difficulty.
2. Alcoholism in.apparent remission, inpatient residential treatment. Nicotine dependence in remission.
3. Concern for problematic opioid use at discharge. Sister dispenses daily.
4. Lumbar radiculopathy.

PLAN:
1. Continue Oxycodone 20mg SA twice a day with Percocet 5mg twice a day for breakthrough. Zofran.
2. Return November 21.
3. MRI lumbar spine.
4. Defer CTIC Neurosurgery until additional imagining.

Thirty minutes of the forty-five minute encounter devoted to discussion of evaluation documentation for neurosurgery.


**Return Visit: 11/27/2019**
(Book #6, page 661)
[Patient N] presents in scheduled follow-up. Nutritional advise is helping. He has gained some weight from 154 to 169. Speech· therapy has aided his talking, now significantly less slurred. Has reached maximal therapy.

No alcohol since his lapse last month. Sister still dispensing his medication, he is actually a bit past a normal refill.

He was formally discharged from Palliative Care this week with the remission status of his throat cancer.

Has a home-based exercise program with weights and traction bands. Using routinely.

MRI was completed:
***************
MRI LUMBAR W/0 CONTRAST: NOV 21, 2019
FINDINGS:
Alignment: Minimal grade 1 retrolistheses of L2 on L3, L3 on L4 and L5 on Sl consistent'with degenerative disc disease. No anterolisthesis.

Segmentation: Normal.

Marrow signal: Type I Modic changes in the posterior inferior corner of L4 vertebral body.

Vertebral Body Heights: Minimal anterior wedging of Tl2 vertebral body unchanged from prior studies. Likely developmental. Minimal old compression fracture possible. No retropulsioh.

Spinal Cord and cauda equina: The visualized cord is normal in signal and caliber. Normal appearance of the cauda equina. The conus terminates at approximately Ll.

Soft Tissues: The paraspinal soft tissues are normal. Partially visualized retroperitoneal soft tissues are normal.

Tl2-Ll: No disc bulge, central canal stenosis, or neuroforaminal narrowing.

Ll-L2: Disc desiccation. Small marginal osteophytes. Mild disc bulging. Previously noted central disc herniation has significantly decreased in size with only tiny residual. No significant mass effect. Trace fluid in the facet joints. No stenosis.

L2-L3: Moderate degenerative disc_ disease with disc _desiccation and mild disc space narrowing: Mild disc.bulging .- Small left-sided disc herniation with slight mass effect on the thecal sac without change from'prior. Minimal fluid in the facet joints. No significant central stenosis. Mild left foraminal stenosis due to eccentric disc bulge.

L3-L4: Moderate degenerative disc disease with disc desiccation and disc space narrowing. Mild disc bulging. Mild bilateral foraminal stenosis due to grade 1 retrolisthesis. Slight fluid in the facet joints.

L4-L5: Moderate degenerative disc disease with disc desiccation and disc space narrowing, Type I Modic changes in the supe'rior endplate particularly involving the posterior inferior corner of the L4 vertebral body. Prior left partial hemilaminectomy. There is a new moderate size right paramedian disc extrusion with free fragment extending superiorly behind the L4 vertebral body. Mass effect on the right side of the thecal sac. Mild bilateral facet joint osteoarthritis. There is also nondisplaced transverse defect through the left inferior articular process of L4 extending into the facet joint. This has the overall appearance of a "pars defect" but does not involve the pars. It is involving the inferior articular process. Unchanged from prior studies. Moderate underlying central canal stenosis due to facet joint osteoarthritis. Small synovial cysts in the posterior soft tissues. Mild bilateral foraminal stenosis due to disc bulge.

L5-Sl: Moderately severe degenerative disc disease with marked disc space narrowing, marginal osteophytes. Unchanged from prior studies. Mild disc bulging. Small hypointense structure ventral aspect of the spinal canal on the left that lies medial to the left Sl nerve root sleeve. On the prior CT scan of the abdomen and pelvis this is calcified and may represent calcified old extruded disc herniation. It does not appear to have significant mass effect on the thecal sac or nerve root. Moderate to moderately severe bilateral foraminal stenosis without change.

Impression:
1. New right L4-5 extrusion with herniated disc extending cephalad behind the right side of the L4 vertebral body. Mild to moderate mass effect on the thecal sac. Superimposed on underlying spinal canal stenosis. Patient is status post partial left hemilaminectomy. There is facet joint osteoarthritis and transverse nondisplaced defect through the left L4 inferior articular process which may be congenital. No change in the transverse defect but the disc herniation is new.
2. Small central disc herniation L1-2 which has significantly improved.compared to prior MRI:from 5/19/2O17.
3. Stable moderately severe degenerative disc disease·L5-Si with - calcification in the left side of the ventral epidural space  likely - calcified disc material without significant mass effect and without change from prior studies.
4. Small left-sided herniated disc L2-3 without change.
5. Lumbar spondylosis. Foraminal stenosis most severe bilaterally at L5-Sl. Mild central canal stenosis L4-5.
   NO ALERT REQUIRED

Secondary Diagnostic Codes:
SIGNIFICANT ABNORMALITY, ATTN NEEDED
                         ***************

Good stability here. Can see a couple of months out, February 19.

IMPRESSION:
1. Chronic oral and cervical pain secondary to surgical and radiation treatment of squamous cell carcinoma. Resulting mild slurred speech, chewing difficulty. Improved, gaining weight.
2. Alcoholism in apparent remission, inpatient residential treatment. Nicotine dependence in remission.'
3. Concern for problematic. opioid use at discharge, Sister dispenses daily,,
4. Lumbar:radicufopathy. MRI complete.

PLAN:
1. Continue Oxycodone 20mg SA twice a day with Percocet 5mg twice a day for breakthrough. Zofran.
2. Return February 19.
3. MRI lumbar spine complete.
4. Consider CTIC Neurosurgery next visit.

Twenty minutes of the thirty minute encounter devoted to discussion of the drivers and experience of alcoholism.


**REVIEWER CRITIQUE:**

Reviewer states "[high] risk complex patient with alcohol use disorder requiring inpatient treatment for AUD 2/20/2019 to 4/11/2019; problematic opioid use and h/o stage IV tongue cancer. [D]ischarged from palliative care November 2019. No discussion of opioid tapering or risk mitigation strategies at November visit with Dr. Peterson after discharge from palliative care and plan for 3-month follow-up. No documentation of risks of prescribing 75mg/d MED."

## Specification 14.

Between January 25, 2019, and January 24, 2020, you prescribed 75mg of oxycodone to patient N, who had a documented history of alcohol use, abuse, dependence and recurrence. Your documentation was insufficient to justify the medications used in the treatment regimen of the patient. Your treatment did not meet the standard of care.

**REBUTTAL:**
This was no mystery from day one that this patient was high risk for a substance use disorder, he was referred from the inpatient treatment program for a history of active alcoholism. He did not have a history of problematic opioid use but even he admitted that it could be an issue. 'Smokes marijuana couple times a week. Denies a significant difficulty with opioids, his sister dispensed oxycodone to him but he does admit that it could become a problem if he had independent control over them.'

I saw this patient and screened him frequently, including ethyl glucuronide and sulfate,; negative for alcohol and illicits. His sister who accompanied him on most of his visits dispensed his opioid analgesics on a daily basis. He typically refilled his prescriptions after they were due because he did not use the as needed oxycodone at the prescribed pace.

The implication that this patient should have no pain after he was discharged from palliative care is ludicrous on its face. He had undergone extensive reconstructive surgery to the under airway. He is not expected to die within six months but he can hardly be considered to be in remission. Additionally, he was developing a neuro-compromising right radiculopathy confirmed by MRI.

Patients like Mr. N are given very few options. They require contingent monitoring but also a commitment to non-judgmental care that few physicians are willing offer in the current medical policy environment.


# Patient O

(Book #6, page 654 to 580)

**Initial Encounter: 05/29/2019**
(Book #6, page 609)
HISTORY OF PRESENT ILLNESS:
Consultation requested by Dr. Patel for [Patient O] who has been denied continuation of his•hydrocodone by his primary care practitioner for showing marijuana positive drug screens. Appointment was arranged after an administrative conference was assembled at the patient's insistence. He attends our session today with his wife.

By his recollection he was upfront with his primary care a year ago that he had an Illinois Medical Marijuana card and was told that medical marijuana would not be an issue for the_hydrocodone. That understanding was apparently inaccurate.

His chief complaint is of chronic low ba.ck pain. He does not recognize an inciting incident. He undertook highly strenuous conditioning exercises, particularly running, during his serivice in the Army.

Patient has a history of low back fusion. Continues to have mild low-grade.pain that radiates into the left leg with numbness to the edge of the knee. He is developing radicular pain down the lateral side of the right leg to_ the calf. His right hip is now starting to hurt.as compensation for his left leg. He has a history of fractures to both fifth metatarsals that make walking difficult. Denies loss of strength or sensation and is not incontinent of bowel or bladder.

It takes him about two hours to get·out of bed in the morning. About every three months his back entirely locks up requiring a visit to the emergency room. He might be able to walk a football field, or ten minutes.

Pain awakens him from sleep after about three hours. His wife and he occupy· separate rooms because he disturbs his sleep.

He has been on hydrocodone for five years. He uses a cane as needed. The family has a personal pool and he· uses it in the good months providing exercise and some benefit. He cannot stand too long. His best relief is with his feet elevated, lying· back in a recliner toward the right side. The couple have· children at home who help with errands. The house has a second storie, they intend to move into a ranch.

He otherwise has no systemic medical complaisnts. No shortness of breath, denies chest pains or abdominal complaints.

His Multidimensinal Pain Inventory-Interference indicates 6 of .6 impact in most dimensions except no consequence to family and social relatinships and 4 of 6 with·recreational activities. He describes his average pain as an 8 of 10 with 9 at the worst and 7 at its best.

PAST MEDICAL HISTORY:
A Arthritis of right foot
A Tobacco use
A Cannabis dependence
A History of .cocaine abuse
A History of alcohol abuse
A Hyperlipidemia
A Chronic low back pain
A Nonunion of spinal fusion
A Obesity

The patient is not diagnosed or treated· for depression. His Patient Health Questionnaire (PHQ-9) scores 11 of 27 or moderate risk category for aberr.ant substance use. He explicitly denies suicidality. The patient relates on-going flash backs from watching his mother die in front·of him as a youngster.

FOCUSSED PAST MEDICAL AND SURGICAL TREATMENT:
He underwent low back fusion 2014 at L4 to Sl with hardware but resulted in an osseous non-union. He ahs had three·unsuccessful EDSI. He has been seen· recently by Chiropractic with transient benefit. Spring of 2018 he completed a two month regimen of physical therapy without significant inprovement.

He has recently been prescribed Norco 10mg #3 times a day, he did·better, especially with sleep on his original #4. The marijuana provides a measure of additonal analgesia but is more important as an anoxiolytic..His other non- narcotic medications are helpful but not as significant.

The patient had wanted to pursue hyperbaric oxygen therapy. That his not been investigated and likely would not be recommended.

He undertook evaluation for a spinal cord stimulator through his neurosurgeon Dr.·van Fleet last year with disappointing results. Much of the patient's primary care has. been directed by his private sector physician Dr. Wall including the neurosurgical referrals.

He has attempted smoking cessation without success. Wellhutrin gave him some hope and it helped to improve his mood. He is looking into vapping, has not· started as yet.

RELATED CURRENT MEDICATIONS:
Al ergies: TRAMADOL

1) HYDROCODONE 10/ACETAMINOPHEN 325MG TAB TAKE.1 TABLET BY MOUTH THREE TIMES A DAY FOR CHRONIC BACK PAIN.- DO NOT EXCEED 4000MG OF ACETAMINOPHEN (APAP) PER DAY FROM ANY AND ALL SOURCES CHRONIC BACK PAIN
2) IBUPROFEN 8OOMG TAB TAKE ONE TABLET BY MOUTH TWO TIMES A DAY AS NEEDED WITH FOOD - FOR PAIN OR INFLAMMATION
3) LIDOCAINE 5% PATCH USE l PATCH TOPICALLY TO DRY, ACTIVE HAIRLESS AREA EVERY DAY FOR PAIN. PRESS PATCH ONTO THE SKIN FOR 10-15 SECONDS TO HEAT ACTIVATE THE ADHESIVE. REMOVE PATCH(ES) AFTER 12 HOURS AND LEAVE OFF FOR 12 HOURS.
4) SILDENAFIL CITRATE lOOMG TAB TAKE ONE-HALF TABLET BY MOUTH AS NEEDED 30 TO 60 MINUTES PRIOR TO SEXUAL ACTIVITY; LIMITED TO 4 DOSES PER MONTH. ED
5) TIZANIDINE HCL 4MG TAB TAKE TWO TABLETS BY MOUTH AT BEDTIME MUSCLE RELAXER TAKE ONE PILL THE FIRST NIGHT, IF NO PROBLEMS TAKE 2 EVERY NIGHT

6) Non-VA CYCLOBENZAPRINE HCL lOMG TAB lOMG MOUTH EVERY DAY AS
   NEEDED

SOCIAL/FAMILY HISTORY:
The patient lives with his wife and children, He worked for a time after the service as a-transport
operator and later as a service underwriter for automotive repair. He is currently applying for
disability through an attorney, at this point denied once.

MILITARY HISTORY:
The patient served in the Army from 2003 to 2006.
Service Connected: 80%
SUPERFICIAL SCARS (10%.SC)
RESIDUALS OF FOOT INJURY .(20% SC)
INTERVERTEBRAL DISC SYNDROME (60% SC)
FOOT CONDITION (0% SC)
LIMITED MOTION OF ANKLE (10% SC)
LIMITED MOTION OF THE JAW, (10% SC)
FOOT CONDITION (0% SC)
LIMITED MOTION OF ANKLE (0% SC)
FACIAL- SCARS (0% SC)

SUBSTANCE USE HISTORY:
The patient has documentation of polysubstance use back ten years. He continues to smoke
marijuana except that he has voluntarily abstained for the past ten days anticipating that he will_
need to quit to maintain VA  opioids.

He is a cigarette smoker who is actively attempting to quit.

IMAGING:
MRI LUMBAR SPINE W/0 &  W CONTRAST:. NOV 29, 2018
Findings:
    The alignment is normal. Vertebral bodies demonstrate satisfactory height. ·status post
    posterior spinal fusion L5-Sl. No evidence of abnormal enhancement. Small vertebral body
    hemangioma at L4. The intervertebral discs demonstrate mild posterior disc height loss at
    L3-L4 .and L4-L5. The conus·medullaris is normal, terminating at Ll.

    Ll-2: No focal disc protrusion, significant central stenosis or neural foraminal. narrowing:

    L2-3: No focal disc protrusion, significant central stenosis or neural foraminal narrowing.

    L3-4: No focal disc protrusion, significant central stenosis or neural foraminal narrowing.

    L4-5: Mild bilateral neuroforaminal narrowing at L4-L5 due to disc bulge.

    L5-Sl: No focal disc protrusion, significant central stenosis or neural foraminal narrowing.

Impression:
1. No significant interval change compared to 2015.
2. Mild disc bulge at the junctional L4-L5 level, with associated mild bilateral neuroforaminal narrowing.

PHARMACOLOGIC EVALUATION:
He has a signed Chronic Opioid Agreement. Review of the Illinois and Indiana prescription monitor shows that the following prescription(s) were found to have been filled outside of the VA in the past one year:

| Date | Name | Strength | Qty/Days | Pharmacy |
|------|------|----------|----------|----------|
| 4/5/2019 | PROMETHAZINE-CODEINE | 6.25-10/12 | 240/8 | CVS#08648/Decatur |
| 8/3/2018 | HYDROCODONE-ACETAMINOPHEN | 10-325 | 120/30 | COLEE'S CORNER DRUGS/Forsyth; Prescriber Name: WALL, MICHAEL MMD |
| 7/2/2018 | HYDROCODONE-ACETAMINOPHEN | 10-325 | 120/30 | COLEE'S CORNER DRUGS/Forsyth; Presriber Name:. SCHNIEPP,·.ANNE |
| 6/1/2018 | HYDROCODONE-ACETAMINOPHEN | 10-325 | 120/30 | COLEE'S CORNER DRUGS/Forsyth; Prescriber Name: SCHNIEPP, ANNE |
| 5/1/2018 | HYDROCODONE-ACETAMINOPHEN | 10-325 | 120/30 | COLEE'S CORNER DRUGS/Forsyth) Prescriber Name: SCHNIEPP, ANNE |
| 4/27/2018 | OXYCODONE AND ACETAMINOPHEN | 10-325 | 10/2 | COLEE'S CORNER DRUGS/Forsyth; Prescriber Name: W L, MICHAEL MMD |

He has obtained Norco 10mg #3 times a day from VA-sources since. Drug screens have generally been· consistent with therapy, free of illlicits except marijuana.

PHYSICAL EXAMINATION:
Patient ambulates without the aid of a cane today. He has difficulty with returning to upright position from forward flexion. Favors his left leg·, leaning to the right. Mild palpable tenderness over lumbar paraspinals, midline tenderness L4-L5, L5-Sl. In the chair he leans to the right with the right leg extended. Full extremity strength and fine touch intact.

Apppropriately dressed for the encounter. Fully alert and oriented. Not audibly short of breath, denies chest pains. Not demonstrating the quick temper he has displayed when in disagreement with the medical plans advanced recentlX. Anxiety not evident,

IMPRESSION:
1. Chronic low back pain, failed surgery. Multiple interventions.
2. Marijuana dependence. Tobacco dependence.
3. Consider untreated depression, anxiety.
4. Unemployed, applying for disability.

PLAN:
1. Will resume Norco 10mg #4 times a day, written.
2. He may be switching to the Springfield CBOC.
3. Discontinue marijuana. Will follow him down·.
4. Consider mental heaith evaluation, smoking cessation therapy.

5.  UDS today.
6.  Follow-up through CVT about June 26.

DISCUSSION:
We have discussed the politics as opposed to the medical-issues of medical professionals prfescribing controlled subtances to users of marijuana. He will stop the marijuana in order to maintain the analgesics. He is concerned about finding an alternative anoxiolytic.

**ADDENDUM: 07/03/2019 18:48**
(Book #6, page 605)
Patient recently no-showed us. UDS June 27 was in fact negative for cannabis. Will script 14 days. Expect he shows into the office. NP Motayne may be willing to take over with cannabis negative.

**Return Encounter: 07/17/2019**
(Book #6, page 601)
[Patient O] returns in scheduled follow-up. We had initiated him back onto Norco with the understanding that he would discontinue smoking marijuana. He had escallated his complaint to the front office. He stopped marijuana immediately after his visit May 29. UDS June 27 was negative for marijuana. He does not have strong.withdrawal symptoms as a resulot of stopping, but he notices its absence.

Norco 10mg taken #4 times a day is once again providing adequate relief for his failed low back. He has a renewed neurosurgical consult from NP Mill r. He would likje to explore hyperbaric oxygen for non-union. I have explained that a procedure like that would require a revison before it could take.

I will order another UDS after this visit. Will renew Norco for four weeks. He is to contact NP Miller at least a week in advance to see if she will continue going forward now that the marijuana is in stated remission.

IMPRESSION:
1.  Chronic low back pain, failed surgery. Non-union. Multiple interventions.
2.  Marijuana dependence, in claimed remission. Tobacco dependence.
3.  Consider untreated depression, anxiety.
4.  Unemployed, applying for disability.

PLAN:
1.  Will resume Norco 10mg #4 times a day, written. Four weeks.
2.  Consider mental health evaluation, smoking cessation therapy.
3.  UDS today.
4.  Return to primary care management.

**ADDENDUM: 07/17/2019**
(Book #6, page 602)
UDS for today does not appear to have been collected.
Signed by: /es/ JOHN A PETERSON


**ADDENDUM: 07/18/2019**
pt. to continue to follow pain clinic for opoid management- discussed at prior appointment on 7-11-19.
Signed by: /es/ KIM L MILLER,Nurse Practitioner


**ADDENDUM: 08/15/2019**
(Book #6, page 599)
Renewed today. This patient did not submit a July UDS to look for the cannabis. We should expect that he would be managed through primary care for a moderate analgesic dose. Please collect a UDS with ETG soon.
Signed by: /es/ JOHN A PETERSON


**ADDENDUM: 08/19/2019**
Per agreement at visit on 7-11-19, pt. agreed to follow the pain clinic for pain management medications. Please contact me with any questions.
Signed by: /es/ KIM L MILLER


**ADDENDUM: 08/21/2019**
Renewed today. I have reordered the UDS. Please make sure this is done at his next appointment with you.
Signed by: /es/ JOHN A PETERSON


**PHARMACY NOTE VISIT: 08/13/2019**
(Book #6, page 598)
### Urine Drug Screen

```
AMPHETAMINES    SCR NOT DETECTED        NOT DETECTED-    06/27/2019
BARBITURATES    SCR NOT DETECTED        NOT DETECTED-    06/27/2019
BENZODIAZEPINE SC NOT DETECTED          NOT DETECTED-    06/27/2019
CANNABINOIDS    SCR NOT DETECTED        NOT DETECTED-    06/27/2019
COCAINE SCREEN     NOT DETECTED         NOT DETECTED-    06/27/2019
METHADONE       SCR NOT DETECTED        NOT DETECTED-    06/27/2019
OPIATES         SCR POSITIVE            NOT DETECTED-    06/27/2019
OXYCODONE SCREEN   NOT DETECTED         NOT DETECTED-    06/27/2019
PHENCYCLIDINE SCR NOT DETECTED          NOT DETECTED-    06/27/2019
OPIATES._CONFIRM   SENT OUT FOR CONFIRM.                06/27/2019
OXYCOD CONFIRM     Not Applicable                       06/27/2019
DRUG SCREEN CREAT    39.5   mg/dL       20 -            06/27/2019
BENZO CONFIRM      Not Applicable                       09/01/2017
```


**STATE PRESCRIPTION DRUG MONITORING: 07/05/2019**

(Book #6, page 598)

The State Prescription Drug Monitoring Program(s) were queried for controlled substances (CS) for this patient:

States queried:
ILLINOIS
INDIANA

The purpose of this query was a part of the medication reconciliation process for the:
Renewal of a controlled substance prescription The findings of the query were as follows:
No prescriptions for controlled substances outside the VA were found since 5/20/19 query.

**ADDENDUMSTATUS: 09/23/2019**
(Book #6, page 596)
His UDS in August negative for cannabis. I would prefer in the future that primary care tgake over these small analgesic rerquirements. Will renew this time. I have no follow-up scheduled with him.
    Signed by: /es/ JOHN A PETERSON

**ADDENDUMSTATUS: 09/24/2019**
Pt. violated his narcotic agreement when he was followed by Copper provider prior in this clinic. He was then referred to the pain clinic for management of this medication. His agreement at his appointment July 2019 was to continue to follow the pain clinic, as that provider agreed to restart his medication. This provider would be unwilling to prescribe the medication due to violation of prior narcotic contract.
    Signed by: /es/ KIM L MILLER

**PHARMACY:NOTE: 09/20/2019**
(Book #6, page 594)

```
Urine Drug Screen
    Test Name           Result      Units      Ref Range   Collection DT

    AMPHETAMINES   SCR NOT DETECTED             NOT DETECTED-  08/28/2019
    BARBITURATES   SCR NOT DETECTED             NOT DETECTED-  08/28/2019
    BENZODIAZEPINE SC NOT DETECTED              NOT DETECTED-  08/28/2019
    CANNABINOIDS   SCR NOT DETECTED             NOT DETECTED-  08/28/2019
    COCAINE SCREEN  · NOT DETECTED              NOT DETECTED-  08/28/2019
    METHADONE      SCR NOT DETECTED             NOT DETECTED-  08/28/2019
    OPIATES        SCR POSITIVE                 NOT DETECTED-  08/28/2019
    OXYCODONE SCREEN   NOT DETECTED             NOT DETECTED-  08/28/2019
    PHENCYCLIDINE SCR NOT DETECTED              NOT DETECTED-  08/28/2019
    OPIATES CONFIRM    SENT OUT FOR CONFIRM.               08/28/2019
    OXYCOD CONFIRM     Not Applicable                      08/28/2019
    DRUG SCREEN CREAT   40.3    mg/dL      20 -            08/28/2019
```

**ADDENDUM: 11/01/2019**

(Book #6, page 592)
Renewed today, however with a straight forward prescription at this dose, this can be handled by primary care. He had stopped the marijuana. Do a UDS again and if negative, please return to primary care management.
        Signed by: /es/ JOHN A PETERSON


**STATE PRESCRIPTION DRUG MONITORING PROGRAM: 11/01/2019**
**(Book #6, page 590)**
I have queried the State Prescription Drug Monitoring Program (PDMP) as the: PRESCRIBER
The State Prescription Drug Monitoring Program(s) were queried for controlled substances (CS) for this patient:

States queried:
ILLINOIS
INDIANA

The purpose of this query was a part of the medication reconciliation process for the:'
Renewal of a controlled substance prescription
The findings of the query were as follows:
No prescriptions for controlled substances outside the VA were found.
        Signed by: /es/ JOHN A PETERSON


**ADDENDUMSTATUS: 11/29/2019**
(Book #6, page 588)
This patient had! agreed to stop marijuana if he received hydrocodone. He showed that in August. If the screen is again negative in January, I would expect the primary to continue the prescribing.
        Signed by: /es/ JOHN A PETERSON

Receipt Acknowledged By:
        /es/ TARUNKUMAR s PATEL, MD
        ACOS/Ambulatory care 12/02/2019


**ADDENDUMSTATUS: 12/04/2019**
Sending this information again- Pt. violated his narcotic agreement when he was followed by Copper provider prior in this clinic. He was then referred to the pain clinic for management of this medication. His agreement at his appointment July 2019 was to continue to follow the pain clinic, as that provider agreed to restart his medication. This provider will not prescribe the medication due to violation of prior narcotic contract.
        Signed by: /es/ KIM L MILLER


**REVIEWER CRITIQUE:**

Reviewer complains "[n]o documentation of discussion of risks of long term opioid therapy, risks mitigation strategies or routine monitoring. Documentation prescribing 40mg/d hydrocodone at July 17, 2019 visit, however prescription reflect 20mg/d. Infrequent follow-up: initial consult 5/29/2019 plan to resume 10mg QID next visit 7/17/2019, no subsequent visit through the 1 year period ending 1/24/2020. Prescriptions for hydrocodone by Dr. Peterson continuing through January 2020."

## Specification 15.

Between January 25, 2019 and January 24, 2020, you continued to prescribe hydrocodone to Patient 0. Your documentation and rationale were insufficient to justify the mediation·used in the treatment regimen of the patient. Your treatment did not meet the stancJard of care.

**REBUTTAL:**

This patient was sent emergently to me after a session with whatever musical chairs primary care nurse practitioner he saw earlier in the day. His PCP refused to continue his hydrocodone citing a marijuana positive urine previously. He recollected that he was assured a year earlier that marijuana was not going to be a problem for continuing hydrocodone therapy. I was contacted by the Chief of the Primary Care service in the midst of a verbal confrontation in the facility director's office with a request to see this veteran presently. He and I were given to understand that if he began to produce marijuana negative screens that primary care would pick-up the hydrocodone again.

I had not expected to take this patient into my panel. The Primary Care Chief had a stated policy that if patients were benefiting with doses under 70mg MEDD that they just should be continued. The practitioner simply refused to honor any assurances given the patient. She consistently avoided putting her name onto narcotic analgesics for any patient. The lack of consistent follow-up during the fall of 2019 reflected primary care's repeated refusal to accept the patient's return, with the hydrocodone refills dumped back onto my lap despite assurances both the patient and I had been given by the service chief. By the end of the year it was clear that I was going to have to step into the void left by another prescriber's patient abandonment.


# Patient P

(Book #6, pages 579 to 577; Book #5, pages 576 to 546)

**Initial Consultation: 10/14/2019**

(Book #5, page 560)

HISTORY OF PRESENT ILLNESS:

[Patient P] seen in consultation request written by NP Mark-Grant. Currently he is most focused on pain to his bilateral knees. He indicates recommendations for knee replacement but his weight is limiting him from being accepted into surgery. His surgeon has set a goal weight of 290, he was 302. in August, he is 306 today. The patient is looking for some analgesic relief until he can get the knees .done.

He has been hobbling for a couple of years. Walking is limited. He uses a walker in the house and a scooter on the outside. He rarely gets out of the house. He goes shopping with a house aide who is assigned on Mondays and Wednesdays. The home aid prepares many of his meals.

He also describes bilateral _hip pain most evident when going to bed. He needs to turn over frequently to relieve that. He originally developed degenerative back pain around eight or nine years go. He received two back. surgeries that resulted in substantial relief.

In an attempt to lose weight the patient recently joined Planet Fitness·. He indicates that he is enrolled in the MOVE program getting nutritional counseling.

He describes his average pain during the week as a 7 out of 10 with 8 at its worst and a 6 at its least. The Katz Index of Independence in ADL's is 6 out of 6 or highly self-sufficient. The Lawton Instrumental ADL Scale is 5 out of 8 with deficits in shopping (independent for small purchases),·food preparation can prepare if ingredients are supplied), and laundry (incapable).

PAST MEDICAL HISTORY:
A Automatic implantable· cardiac defibrillator in situ
A Sensorineural hearing loss
A Prostate·cancer
A Solitary nodule of lung
A Mild nonproliferative diabetic retinopathy
A Dysthymia
A Hypertension
A Hyperlipidemia
A  Knee pain
A Diabetic neuropathy
A Obstructive sleep apnea
A·Morbid Obesity          ·
A Raised prostate specific antigen
A Primary Open Angle Glaucoma (ICD-9-CM 365.11)      05/12/2011 SINGH,GURJIT
A Asymptomatic diabetic neuropathy
A Chronic obstructive lung disease
A Insomnia
A Congestive heart failure
A Major Depressive Disorder, Recurrent, Moderate
A ESOPHAGEAL REFLUX
A Low Back Pain

He is diagnosed and treated for depression. His Patient Health Questionnaire lists 3 of 27 or the low risk category for symptomatic depression. He explicitly denies suicidality. His problems make it "somewhat difficult" to fulfill his personal and social responsibilities.

REVIEW OF SYSTEMS:

The patient has chronic knee pain limiting ambulation, obstructive sleep apnea, congestive heart failure with a defibrillator, diabetic neuropathy, and depression. All other systems reviewed and not significant.

Family history of sleep apnea.

FOCUSSED PAST MEDICAL AND SURGICAL TREATMENT:-
He has had two surgeries on his back, 2001 and _2005 with substantial benefit. Recent injections into his knees have not given lasting-benefit.

Vicodin was prescribed to him in the remote past and gave him benefit. Tramadol has been substantially 1isappointing. He has been fitted with knee braces that are no longer very effective.,

History of nonischemic cardiomyopathy. Currently on optimal medical therapy as well as biventricular ICD. Patient gets his device checked regularly through the VA Hospital at Indy. Angiogram in 2014 reportedly negative for any significant obstructive CAD. Echocardiography #2018. shows EF is around 45-50%.

He is followed through Carle Clinic for REM prominent obstructive sleep apnea· with apnea-hypopnea index of 120 per hour and desaturation to 67%. Patient claims adherence to CPAP.

Treated two years ago with radiation for prostate carcinoma.

RELATED CURRENT MEDICATIONS:
Allergies: Patient has answered NKA

1) ACCU-CHEK·AVIVA PLUS(GLUCOSE) TEST STRIP USE"l STRIP FOR TESTING SUPPLY FOUR TIMES A DAY AS NEEDED FOR BLOOD GLUCOSE TESTING
2) ALBUTEROL 100/IPRATRO 20MCG 120D PO INHL INHALE ONE INHALATION BY MOUTH FOUR TIMES A DAY BREATHING. (ONLY ONE PUFF PER DOSE, DO NOT USE WITH SPACER DEVICE)
3) ALBUTEROL 90MCG/DOSE ORAL INHALER INHALE 2 PUFFS BY MOUTH FOUR TIMES A DAY AS NEEDED FOR RESCUE BREATHER
4) ASPIRIN 81MG EC TAB TAKE ONE TABLET BY MOUTH EVERY DAY WITH FOOD
5) BRIMONIDINE 0;2%/BRINZOLAMID 1% OPH SUSP INSTILL ONE DROP BOTH EYES TWICE A DAY FOR EYE. SHAKE WELL BEFORE USING. ADMINISTER AT LEAST 45 MINUTES APART FROM OTHER EYE MEDS. REMOVE CONTACTS AND WAIT 15 MINUTES TO REINSERT.
6) COLON LAVAGE (EQV-GOLYTELY) .PWD FOR SOLN TAKE 4000ML (CONTAINER) BY MOUTH AS FOLLOWS - .ADD WATER TO LINE ON CONTAINER ON DAY PRIOR TO PROCEDURE AT 2PM AND DRINK 8 OUNCES EVERY 15 MINUTES UNTIL CONTAINER IS EMPTY.

7) FUROSEMIDE 40MG TAB TAKE ONE TABLET BY MOUTH TWO TIMES A DAY. CAN TAKE ONE EXTRA TABLET IF WEIGHT GAIN GREATER THAN 4 POUNDS.

8) GABAPENTIN 300MG CAP TAKE TWO CAPSULES TIMES A DAY PAIN/NEUROPATHY

9) GLUCOSE 4GM CHEW TAB CHEW 4 TABLETS (16GM) BY MOUTH AS DIRECTED FOR LOW BLOOD SUGAR

10) HYDROCODONE 5/ACETAMINOPHEN 325MG TAB TAKE 1 TABLET BY MOUTH FOUR TIMES A DAY FOR CHRONIC KNEE PAIN - DO NOT EXCEED 4000MG OF ACETAMINOPHEN (APAP) PER DAY FROM ANY AND ALL SOURCES -- STOP TRAMADOL

11) HYDROXYZINE PAMOATE 25MG CAP TAKE ONE CAPSULE BY MOUTH THREE TIMES A DAY AS NEEDED FOR ANXIETY

12) INSULIN ASPART,lOOUN/ML NOVO FLEXPEN 3ML INJECT 20 UNITS UNDER THE SKIN BEFORE BREAKFAST AND INJECT 16 UNITS BEFORE LUNCH AND INJECT 7 UNITS BEFORE SUPPER FOR DIABETES. OPEN CARTRIDGES MUST BE DISCARDED AFTER 28 DAYS

13) INSULIN GLARGINE-100 UNT/ML 3ML SOLOSTAR INJECT 30 UNITS UNDER THE SKIN EVERY MORNING.FOR DIABETES. OPEN CARTRIDGES MUST'BE DISCARDED AFTER 28 DAYS

14) ISOSORBIDE MONONITRATE 60MG SA TAB TAKE ONE TABLET BY ACTIVE MOUTH TWICE A DAY FOR HEART

15) LANCET,SOFTCLIX USE LANCET SUPPLY FOUR TIMES A DAY SUPPLY

16) LATANOPROST 0.005% OPH SOLN INSTILL 1 DROP BOTH EYES AT BEDTIME FOR GLAUCOMA- PROTECT BOTTLE FROM LIGHT

17) LISINOPRIL 40MG TAB TAKE ONE-HALF TABLET BY MOUTH EVERY DAY FOR HIGH BLOOD PRESSURE

18) LORATADINE lOMG TAB TAKE ONE TABLET BY MOUTH EVERY DAY FOR ALLERGIES

19) MAGNESIUM CITRATE LIQUID TAKE 150 ML (1/2 BOTTLE) BY    ACTIVE MOUTH PRE-PROCEDURE TWO DAYS PRIOR TO PROCEDURE THEN 150ML (1/2 BOTTLE) ONE DAY PRIOR TO PROCEDURE.

20) METFORMIN HCL 500MG 24HR SA TAB TAKE ONE TABLET BY MOUTH EVERY DAY WITH EVENING MEAL FOR DIABETES

21) METOPROLOL SUCCINATE 200MG SA TAB TAKE ONE TABLET BY MOUTH EVERY MORNING BLOOD PRESSURE/HEART

22) NEEDLE,PE_N 31G,SMM USE ONE NEEDLE UNDER THE SKIN FIVE TIMES A DAY

23) OMEPRAZOLE ·20MG EC CAP TAKE ONE CAPSULE BY MOUTH EVERY DAY FOR HEARTBURN

24) POTASSIUM CL ·20MEQ SA TAB. (DISPERSIBLE) TAKE ONE TABLET BY MOUTH EVERY OTHER DAY FOR POTASSIUM SUPPLEMENT

25) -SERTRALINE HCL lOOMG TAB TAKE ONE-HALF TABLET BY MOUTH EVERY DAY.FOR DEPRESSION

26) SIMVASTATIN 40MG TAB TAKE ONE-HALF TAB.LET BY MOUTH AT
    BEDTIME FOR HIGH CHOLESTEROL, AVOID GRAPEFRUIT CALL YOUR
    PROVIDER IF YOU HAVE MUSCLE PAIN, TENDERNESS OR \i/EAKNESS
27) TRAMAPQL HCL 50MG TAB TAKE TWO TABLETS BY MOUTH TWO TIMES A
    DAY AS-NEEDED FOR PAIN
28) TRAZODONE HCL lOOMG TAB TAKE ONE TABLET BY MOUTH AT BEDTIME
    WITH. FOOD FOR SLEEP
29) Non-VA DOCUSATE NA lOOMG CAP lOOMG MOUTH AS NEEDED

SOCIAL/FAMILY HISTORY:
The patient lives alone with home aids in attendance twice a week. After the service he worked
primariiy.as a University of Illinois cook. He retired in 2010 after the surgeries on his back

MILITARY HISTORY:
Served in the Navy from 1970 to 1972.

Service Connected: 50%
DYSTHYMIC DISORDER (50% SC)

SUBSTANCE USE HISTORY:
The patient quit smoking fifteen years ago. He denies a problem with alcohol· and illicit drugs,
including marijuana. His SOAPP-R scores 23 of 96 or into the higher risk category for aberrant
substance use.

IMAGING:
RIGHT KNEE 3 VIEWS: APR 22,·2019
FINDINGS:
    Weightbearing views demonstrated severe narrowing of the medial compartments of both
    knees is loss of articular
    cartilage along the medial condyle of the femur on the right with subchondral cystic
    changes. Mild patellofemoral osteoarthritic changes. Question of mild joint effusion.
    Patella is intact. No other significant findings. Moderate to severe osteoarthritic changes
    of the right knee joint with narrowing of the medial compartment with loss of articular
    cartilage. Question of mild joint effusion. No acute fracture or dislocation.

Impression:
    Moderate to sever osteoarthritic changes of the right knee joint with narrowing of the
    medial compartment with loss of articular. cartilage. Question of mild joint effusion. No
    acute fracture or dislocation.
    MAJOR ABNORMALITY

LEFT KNEE 3 VIEWS: APR 22, 2019
Findings:
    Advanced narrowing of the medial le·ft tibiofemoral and patellofemoral joints with
    marginal osteophytes and subchondral sclerosis. Left knee joint effusion is present. There

are no signs of acute cortical.fractures or dislocations. Small left super.ior .Patellar enthesophyte is present.

Impression:

Advanced tricompartmental arthritic changes with associated left knee· joint effusion. MAJOR ABNORMALITY

PHARMACOLOGIC EVALUATION:

The patient has a signed Chronic Opioid Agreement. Review of the Illinois and Indiana prescription monitor shows only three entries for tramadol over the past summer, all sourced from the VA. UDS consistent with therapy.

PHYSICAL EXAMINAT°ION,

The patient needs both hands pushing up to get out of the chair. Makes it after three previously failed attempts.  Uses canes to both hands, has left his scooter in the hall. Holds on to the railing and leans against the wall for stability. Knees show only mild swelling, palpable discomfort to the medial collateral. No surgical scars.

Markedly obese. Fully alert and oriented, dressed appropriately for the weather and the encounter. Denies loss of distal sensation, deconditioned but retains full. expected extremity strength. Not audibly short of breath. cranial nerves grossly intact. Pupils normal for ambient light. Cardiac unremarkable.

Abdomen ,protuberant without hernia.· Not palpably tender. BM! 42.8, Weight 306, Creatinine 1.00, EGFR >60, HgBAlc 7.0.

IMPRESSION:

1.  Severe osteoarthrosis bilateral knees.
2.  Morbid obesity complicating pain and potential therapy (1).
3.  Diabetes, chronic anti-inflammatories ill-advised.'
4.  Cardiomyopathy with ICD, stable. 5.·sleep apnea, adherent to CPAP therapy[y.
5.  Depression treated by mental health.
6.  Post lumbar surgery, stable.

PLAN:

1.  Discontinue tramadol.
2.  Trial hydrocodone 5mg #4 times daily as needed.,
3.  Return November 4.

DISCUSSION:

There simply is not much that will be successful for this gentleman except weight loss followed by surgery. He will then needed physical conditioning. Keeping the weight off will. be another significant challenge.


**Return Encounter: 11/06/2019**

(Book #5, page 555)
[Patient P] returns in scheduled follow-up. we had scripted a small dose of hydrocod ; to aid his daily activities. This "helps a bit especially at night." Not a major improvement and we did not expect it to be. His-solution is going to be knee replacements. He. is required to get down to a BMI of 40, he was at 42.8 last month.

He has a one-on-one MOVE appointment today. He will be weighed. there today. He continues at Planet Fitness, exercising on his own. He believes that he will need to get a coach. He uses a scoote.r to get to the gym. This ·will be a bit more challenging as the weather drops.

He uses a walker in the house, but that too needs repair. The wheels, are digging into the floor.

If he reaches goal weight his PCP should be able to refer back to Hines. We are not going to escalate his dose, an increase will have little benefit. I will renew this month. He has.no outstanding issues in Pain Clinic and can therefore be returned to primary care management.

Twenty minutes of the thirty minute encounter devoted to weight loss nad health benefits of exercise.


### PHARMACY/CONTACT CENTER NOTE: 12/18/2019
(Book #5, page 552)

```
Urine Drug Screen

Test Name         Result    Units     Ref Range    Collection DT

AMP1{ETAMINES SCR NOT DETECTED         NOT DETECTED-    10/07/2019
BARBITURATES  S*CR NOT DETECTED        NOT DETECTED     10/07/2019
BENZODIAZEPINE SC NOT DETECTED         NOT DETECTED-    10/07/2019
CANNABINOIDS SCR  NOT DETECTED         NOT DETECTED-    10/07/2019
COCAINE SCREEN    NOT DETECTED         NOT DETECTED-    10/07/2019
METHADONE    SCR NOT DETECTED          NOT DETECTED-    10/07/2019
OPIATES      SCR NOT DETECTED          NOT DETECTED-    io/01/2019
OXYCODONE SCREEN  NOT DETECTED         NOT DETECTED-    10/07/2019
PHENCYCLIDINE SCR NOT DETECTED         NOT DETECTED-    10/07/201·9
OPIATES CONFIRM   Not Applicable                    10)07/2019
OXYCOD CONFIRM    Not Applicable                    10/07/2019
DRUG SCREEN CREAT 100.4    mg/dL       20 -         19/07/2019
```


### STATE PRESCRIPTION DRUG MONITORING: 08/29/2019
The State Prescription Drug Monitoring Program(s) were queried for controlled substances (CS) for this patient:
The following state(s) were queried: INDIANA
The findings of the query were as follows:
No prescriptions for controlled substances outside the VA were ·found.


### REVIEWER CRITIQUE:
Reviewer notes "[o]pioid therapy initiated 10/7/2019.  No discussion about risks, consent not completed, no documentation of query of PDMP, no documentation of STORM review

completed.  One follow-up appointment 11/6/2019 documents 'This helps a bet especially at night. Not a major improvement and we did not expect it to be." Hydrocodone 5mg QID continued and then discharges to primary care.

## Specification 16.
Between January 25, 2019, and January 24, 2020, you failed to document   risk strategies, obtain consent, and document query POMP for Patient P. You failed to meet the standard of care.

**REBUTTAL:**
The reviewer's complaints are substantially inaccurate.  With respect to the PDMP:
MARY LISA BURKE RPH, PHARMACIST: 08/29/2019
(Book #5, page 553)
The State Prescription Drug Monitoring Program(s) were queried for controlled substances (CS) for this patient. No prescriptions for controlled substances outside the VA were ·found.

Additionally, in the initial encounter:
(Book #5, page 564)
PHARMACOLOGIC EVALUATION:
The patient has a signed Chronic Opioid Agreement. Review of the Illinois and Indiana prescription monitor shows only three entries for tramadol over the past summer, all sourced from the VA. UDS consistent with therapy.

The requesting practitioner also documents a signed Opioid Agreement.

This patient's major medical risk is respiratory. He gave a credible report of being followed through an outside specialty clinic with CPAP.

This patient was placed onto a very low-dose of hydrocodone, because "Vicodin was prescribed to him in the remote past and gave him benefit. Tramadol has been substantially disappointing. He has been fitted with knee braces that are no longer very effective." "We are not going to escalate his dose, an increase will have little benefit." (Book #5, page 564.) He was a poor candidate for anti-inflammatories.

As noted in the introduction STORM's were not preferred in favor of RIOSORD by the long-term Pain Pharmacist who retired 2018.  His replacement who was withheld from his assignment until a month before he left for another VA performed a small number that because he was allowed only rarely to spend time in the office, his STORM reviews never became incorporated as analytics. We relied on frequent initial visits and urinalysis for behavioral oversight and an Internist's understanding of chronic medical conditions.

## Patient Q
(Book #5, pages 545 to 458; Book #4, pages 457 to 455)
This is again a long-standing patient followed prior to the period of review.  Initial encounter work-up is not included.

**Return Encounter: 05/15/2019**
(Book #5, page 490.)
[Patient Q] returns in scheduled follow-up. Reduced activity now that he does not do chicken farming. ·He is not busy, he frequently loses track of the day of the week. That will change with warmer weather. Mood remains good. Still living with his sister.

Really not been ill this season. Calluses to the feet are being addressed by podiatry. No exacerbation of chronic pain.·Medication i stable in terms of his analgesia. No interest in stopping smoking.

Couple of weeks he is visiting long lost relatives he.found on Ancestry.com. We will see him again in three months,. refills by mail.

Allergies: Patient has answered NKA
1. ALBUTEROL 90MCG/DOSE ORA+, INHALER INHALE 2 PUFFS BY MOUTH FOUR TIMES A DAY AS NEEDED FOR BREATHING
2. BUDESONIDE.160/FORMOTER 4.SMCG 120D !NH INHALE 2 INHALATIONS BY MOUTH TWICE A DAY FOR. BREATHING
3. DICLOFENAC NA 1% TOP GEL APPLY 4 GRAMS TOPICALLY FOUR TIMES A DAY AS NEEDED FOR SHOULQER PAIN AND INFLAMMATION. DON'T EXCEED 16 GRAMS DAILY TO ANY AFFECTED LEG AREA. DON'T EXCEED 8 GRAMS DAILY TO ANY AFFECTED ARM AREA. DON'T EXCEED A TOTAL DOSE OF 32 GRAMS DAILY OVER ALL AREAS. *USE DOSING CARD TO. MEASURE DOSE.*
4. OXYCODONE HCL SMG TAB TAKE ONE TABLET BY MOUTH EVERY 3 HOURS FOR PAIN **MAY TAKE 1 TO 2 TABLETS ADDITIONAL FOR EXACERBATION OF LEFT CARPAL TUNNEL PAIN, LIMIT 2 ADDITONAL PER DAY
5. POLYETHYLENE GLYCOL POWDER 510GM MIX 2 TAB,LESPOONSFUL IN FLUID AND TAKE BY MOUTH AS DIRECTED-FOR  OPIOID INDUCED CONSTIPATION
6. TERAZOSIN HCL lMG CAP TAKE ONE CAPSULE BY MOUTH AT BEDTIME FOR PROSTATE
7. UREA 20% CREAM APPLY SMALL AMOUNT TOPICALLY AS DIRECTED TO SKIN

PHYSICAL EXAMINATION:
Presents in no apparent acute distress, fully oriented. He ambulates easily, steady on his feet and in and out of the chair with only minor difficulty. Breathing is not labored. No signs of sedation or withdrawal. Pupils are normal for ambient light.

Maintains left upper extremity strength. Left carrpal tunnel pain only moderate at this point.

IMPRESSION:
1. Chronic left greater than right hand and finger pain secondary to chronic carpal tunnel neuropathic pain. Not a surgical candidate.

2. Chronic bilateral shoulder pain secondary to fall at a construction site.
3. Urinary hesitancy; cons.ider prostatic hypertrophy versus opioid-induced.
4. Plantar callus left foot, followed Podiatry.
5. Smoker, not interested in quitting.

PLAN:
1. Renew oxycodone 5mg tablets now taken every three hours; #300 a month.
2. Return to clinic June 21. Will mail renewals.
3. Primary·care to·consider urology consultation.


**Return Encounter: 06/21/2019**
(Book #5, page 485)
[Patient Q] returns in scheduled follow-up. He has been building an access ramp or his sister and has kicked things up a bit. Increased pain down right arm, left carpal remains chronic. Pain to the left hip worse, he has an injection from PM&RS scheduled for next week.  Overall hurting more because he is more physically active, oxycodone good enough for now. Increases would have rapidly diminishing return. May need to consider opioid rotation in future.

With the 5mg oxycodone, he is now remaining at the original daily dose but using
#2 at a time. Could consider converting to 10mg's. Just got a renewal.

Not ill this spring. Still smoking and will continue. Remains retired from chicken egg farming.

He also mentions some urinary hestitancy, currently on prostate therapy.See him again in three m"onths. Refills by mail.


**Return Encounter: 07/30/2019**
(Book #5, page 483)
{Patient Q] has requested an earlier visit. He has developed a worsening of his right sided arm pain. This is not like his chronic left shoulder and left wrist pain that exists are rhythmic shocks. The right pain feels like it is coming from the shoulder down to the elbow met by pain coming from the wrist going up.. Pain is worse when he pays attention to it at night. The pain kept him up last night. He doubled his oxycodone and·that did give some help, but he does not want to continue that.

He recently completed a wheel chair ramp for his sister, but he did not do any nailing, used a screw gun. He did some parachute jumping in the service but he considers it training and light. His major injury was the fall through floorboards in his construction career.

Besides the right wrist, his left hip and left knee are acting up and as a result he is hobbling around.

He is scheduled through Dr. Santiago for hip injections this week. The surgeon who did his left was not very optimistic about a similar procedure for the right given the poor result on the left.

We will pursue a_work-up. Will write an EMG request ·tor the right. [Patient Q] is already a patient in.PM&RS. No medication changes. He has an existing with us for September 13.

**Return Encounter: 09/13/2019**
(Book #5, page 473)
[Patient Q] returns.in scheduled follow-up. Originally his chronic pain was located to the left side with the shoulder and the wrist. He had failed left carpal tunnel. Over the past half year he has developed what likely is a right cervical radiculopathy confirmed on MRI. Pain is shooting to the knuckles and throbbing at the neck.

MRI CERVICAL W/0 CONTRAST: AUG 05, 2019
FINDINGS:
Osseous marrow: Heterogenous_marrow signal. There is an irregular Tl hypointense STIR hyperintense signai in the mid vertebral body of C5 which extends towards the posterior vertebral body cortex (series 3 image 10). This is a nonspecific finding provided there is signal abnormality on prior exam.

Alignment: Straightening of the normal cervical lordosis. Discs: Multilevel disc desiccation. Facets: Multilevel facet arthrosis.

Cord: No definite cord signal abnormality.

Ligamentum flavum buckling of C2/C3 and C5/C6.

There is indeterminate T2 hyperintense focus in the medulla (series 4 image 9), however this is not appreciated on the STIR or axial T2 images and may be artifact.

Level by level:

Limited evaluation of the neural foramina.

C2-3: 2 mm posterior disc osteophyte complex. Mild to moderate spinal canal narrowing. Suspected mild right neural foraminal narrowing.

C3-4: 2 mm posterior disc osteophyte complex. No significant spinal canal stenosis. Estimated moderate.to moderately severe right and mild left neural foraminal narrowing.

C4-5: 2 mm posterior disc osteophyte complex. Mild spinal canal narrowing. Neuroforamina is not.well evaluated, however there is es.timated moderate right at?-d mild-to-moderat left neuroforaminal narrowing.

C5-6: 3 mm posterior disc osteophyte ·comp ex. Estimated moderately severe spinal canal.narrowing with AP.canal diamet:er approximately 6 to 7.inm and effacement of the ventral and dorsal CSF column is. Suspected severe right and mild. left neural foraminal narrowing.

C6-7: No significant posterior disc disease. No significant spinal canal stenosis. No significant neuroforaminal narrowing.

C7-Tl: 1 mm posterior disc osteophyte complex. No significant spin:al canal stenosis. No significant neuroforaminal narrowing..

Impression:
Multilevel degenerative changes of the cervical spine with estimated moderately severe spinal canal narrowing at C5/C6 related to degenerative changes. Additional level by level details as above.· ·
SIGNIFICANT ABNORMALITY, ATTN NEEDED

He rarely sleeps more than two hours. He stops taking the oxycodone in the evening, otherwise during _the day he may take·a full 10mg, or split it.1     Uses the full count every day. Discussed taking these on. a schedule and spacing them out for some coverage at night.

Of the locations, left hip and shoulder, low back and right side, the right is the most troubling for him.

He had seen Dr. [Interventional Pain] in October and deferred the left hip injection, but this appears to have been confused. Dr. Kalec had written for the neck. The MRI was done for that purpose. I will rewrite for the neck. Renew Percocet for holed. Return December 6.

Twenty minutes of the thirty minute encounter spent counseling on scheduled analgesic-administration.

PHYSICAL EXAMINATION:
Presents a bit hunched over to left, fully oriented. He ambulates now with severe antalgic gate to the right, steady on his feet in and out of the chair with moderate difficulty. Breathing is not labored. No signs of sedation or withdrawal. Pupils are normal for ambient light.

Maintains left upper extremity strength. Left carpal tunnel pain only moderate at this point. Right shoulder has range of motion but in some discomfort. He can grip with the right hand but in pain. Maintains fine touch.

**Return Encounter: 12/06/2019**
(Book #5, page 466)
[Patient Q] returns in scneduled follow-up. He has been living with his sister helping her through a decline. She passed away last weekend in her room. Had just been to a Cardiologist. Her

passing has disrupted his routine social encounters. He is well known in the area but he has few relatives. He is not as yet off the property very often.

His right shoulder continues to ache. Had been some thought that it is radiculopathy out of the neck. He is finding that at time he needs to supplement a Percocet 10mg with half of another about an hour or two later. He is keeping the total daily dose as prescribed, moving around the administration.

Looking at his consults, confusion over the neck and right hip injections. Dr. [Interventional Pain] did not get clear instructions and so thought a neck encounter was for the hip. He has a December 12 visit to Dr. [Neurologist], a Neurologist, he thinks is for the neck but it looks like it has been placed for an EMG. No other outstanding consults.

The left carpal tunnel pain remains steady.

Will write for cervical intervention with Dr [Interventional Pain] that we originally thought was ordered in August. I am going to keep a close follow-up. Will see January 6. Will rewrite the Percocet for hold. Reconsult Dr. [Interventional Pain] for cervical injection. Annual UDS. today.

Twenty minutes of the thirty minute encounter spent counseling on expectations for cervical injection.


**Return Encounter: 01/06/2020**
(Book #5, page 463)
[Patirent Q] presents in scheduled follow-up. He had his Neurology consult that was in fact for an EMG originally written in August.

EMG shows: "moderately severe bilateral carpal tunnel syndrome, moderately severe bilateral cubital tunnel syndrome, mild bilateral. nerve root irritation along C5-C6 and C6-C7." Recommended conservative measures, wrist splints, avoid elbow compression, consider surgery.

He continues 'to have the throbbing pain in the left hand and wrist. Despite the gabapentin he is now noticing a dull, constant ache into the right hand. He believes this may be related to the timing of his oxycodone that he is limiting to his #5 tablets daily. He often takes an extra 5mg with his morning dose, leaving him to trim later in the day.

He was started on Gabapentin 300mg #3 times daily. He is not sure if that is providing any relief. He still has pain focused on the neck. The clarified Interventionai consult for the neck is on typical backburner through CITC; Will be seeing Podiatry again for the callous on the left foot causing him to favor it while walking.

With his sister's sudden death recently he is considering traveling around to existing family even this month. Will see him again March 30. Renew oxycodone. His annual UDS was good, as expected.

ADDEDUM:
This patient has been on gabapentin before in 2016, I -actually gave him a trial of pregabalin in 2018. February 2, 2018, "We added Lyrica that really has not helped him much at all. He' had bowel obstruction with gabapentin and we were concerned that that might also be the case,. or at least a risk with Lyrica. Lyrica has given him delayed stooling and given that is not helping him we simply can take that off." He indicates that his memory is not what it was and he did not recall that in our session. Will contact.

Twenty minutes of the, thirty minute encounter spent counseling on expectations for·cervical injection and negative EMG for the area.


**Telephone Encounter: 01/08/2020**
Book #5, page 461)
Called [Patient Q] with my concerns that he had started on·gabapentin again as we had discussed at his office visit last week. He associated its use with a bowel obstruction.

He has stepped up his bowel program considerably, including stool softeners and laxative. He had not had that problem this time, but he does not think it is doing much of anything.

Dr. Kalec gave him a consult for the cubital and carpal tunnel found on EMG·. The cervical ,did not appear to be as severe. He is tolerating the gabapentin and will stay on it until he sees the surgeon. He does not want to consider cervical surgery. That does not.appear indicated.


**REVIEWER CRITIQUE:**
Reviewer states "[o]n January 8, 2020 note documents oxycodone 10mg Q3 hours #150 (MED 75mg/d), does not discuss risks, risk mitigation strategies, routine monitoring (does make mention of 'annual UDS' at 1/6/2020 visit). Does not weigh risks/benefits of continuing long-tern opioid therapy.

"Multiple entries of urinary hesitancy, consider prostatic hypertrophy vs. opioid-induced in impression section of notes, but does not discuss option of reducing opioid dose. In plan, states 'primary care to consider urology consultation.'

"March 29, 2019 note: 'he is not busy, he frequently loses track of the day of the week', plan to follow-up in 3 months; Prescription is for oxycodone 5mg tablets taken every 3 hours #300/month."

## Specification 17.
Between January 25, 2019, and January 24, 2020, you prescribed oxycodone to Patient Q. Your documentation and rationale was insufficient to justify the use of this medication in the treatment regimen of the patient. Your treatment did not meet the standard of care.

**REBUTTAL:**

This patient again was a long-standing patient of mine prior to the review period.  He had upper extremity radicular pain from a construction incident where he fell through flooring joists severely injuring both arms and shoulders.  His hip pain may be the result of parachute jumping in the service.

As noted in September, "[o]riginally his chronic pain was located to the left side with the shoulder and the wrist. He had failed left carpal tunnel. Over the past half year he has developed what likely is a right cervical radiculopathy confirmed on MRI. Pain is shooting to the knuckles and throbbing at the neck."  "Of the locations, left hip and shoulder, low back and right side, the right is the most troubling for him."  He had failed surgical interventions and was ruled out for repeat procedures as likely of poor prognosis.

His oxycodone analgesic regime antedated my assumption of his care.  In the early going his analgesic regime was a common topic of our encounters.  He performed safely on it.  He never asked for an increase in his analgesia, and was able to hold back portions of his dosing so that his refill requests often extended past the expected date.

This gentleman was an active chicken farmer of five hundred head who supplied eggs to his regional market.  This was a life-long occupation starting in high school when he won two state championships showing through 4-H.  His therapy allowed him to continue that activity including building a new chicken house.

The patient's absentmindedness was recent onset and decidedly not necessarily organic.  That fall he lost his sister with whom he had shared the family homestead.  She passed away shortly after a diagnosis of leukemia.  They had relied upon each other for emotional support.  Her absence occasioned a significant onset of depression and social isolation.

## Patient R
(Book #4, pages 454 to 344; Book #3, pages 341 to 343)
Again, an existing patient with the contents of the initial consultation documented prior to the review period.

**Telephone Encounter: 01/30/2019**
(Book #4, page 364)
[Patient R] calls. Strongly cold weather has made _it difficult for him to come in. Indicates that his upper endoscopy went well and he has now finally been cleared for surgery. Surgical time is not yet been established.

His neck situation getting a bit worse. Now has reduced feeling to the right arm and is dropping cups out of his right hand without warning.

Otherwise no acute medical issues. Simply due for a renewal on his morphine. He has additional appointments here on 13 March so we will coordinate seeing him then.

**Return Encounter: 03/13/2019**
(Book #4, page 362)
[Patient R] returns in scheduled follow-up. Payment issues appear to be delaying his referral to cervical surgery. He saw the ear, nose and throat and now needs a formal letter from that provider to.use as clearance for surgery at Illinois Neck, Bone and Joint Institue. Apparently there is a payment that has not been made.

I have given him the help desk for Care in the Community. He will research the holdup. I have also informed him of the changing contractors and transition that has not been going very smoothly.

Patient continues to have numbness and loss of strength to he right upper extremity. Still dropping objects out of his hand.. He has reduced sensation to both lower extremities secondary to back difficulties. Medication is working· well enough: for him.

He has pwichased a hot tub to help with is chronic neck and low back pain. He has not lost lower extremity strength despite a loss of sensation that causes numbness and tingling· to lower extremities,

This patient is stable from an analgesic point of view. We can see him in two months after he is able to move his referrals forward.

Allergies: MUSHROOMS'

1) BUSPIRONE HCL lOMG TAB TAKE TWO TABLETS BY· MOUTH TWICE A DAY WITH MEALS FOR ANXIETY
2) CETIR.IZtNE HCL lOMG TAB TAKE ONE-HALF TABLET BY MOUTH ACTIVE EVERY DAY FOR ALLERGIES
3) CHOLECALCIFEROL {VITAMIN D3) 400UNT TAB TAKE ONE TABLET (400 UNITS) BY MOUTH DAILY FOR DIETARY SUPPLEMENT
4) DULOXETINE HCL 30MG ORAL ,EC TAKE ONE CAPSULE BY MOUTH IN THE MORNING0   AND AT NOON FOR MOOD/ PAIN
5) FLUTICASONE P OP SOMCG-120D NASAL INHL 2 SPRAYS EACH  ACTIVE {S) NOSTRIL DAILY.FOR ALLERGIES
6) GABAPENTIN 400MG CAP TAKE TWO CAPSULES BY MOUTH THREE ACTIVE. TIMES A DAY PAIN/NEUROPATHY
7) HYDROXYZINE PAMOATE 25MG CAP TAKE ONE CAPSULE BY MOUTH THREE TIMES A DAY AS NEEDED FOR AGITATION/ SLEEP
8) MELATONIN SMG CAP/TAB TAKE TWO CAP/TAB BY·MOUTH·AT BEDTIME AS NEEDED FOR SLEEP. MAY TAKE ONE TO TWO TABLETS, PER DOSE.
9) MORPHINE IR l5MG TAB TAKE ONE TABLET BY MOUTH EVERY DAY. AS NEEDED FOR BREAKTHROUGH CHRONIC BACK PAIN
10) MORPHINE SULFATE .30MG SA TAB TAKE ONE TABLET BY MOUTH THREE TIMES A DAY FOR PAIN
11) PANTOPRAZOLE NA 40MG EC TAB TAKE ONE TABLET BY MOUTH TWICE A DAY FOR STOMACH ACID

12) TIZANIDINE HCL 4MG TAB TAKE ONE TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED MUSCLE RELAXER FOR· LOW BACK SPASM
13) TRAZODONE HCL SOMG TAB TAKE ONE TABLET BY MOUTH AT BEDTIME AS NEEDED FOR SLEEP
14) Non-VA ASCORBIC ACID SOOMG TAB SOOMG MOUTH DAILY
15) Non-VA DOCUSATE NA lOOMG. CAP lOOMG·MOUTH AT BEDTIME AS NEEDED
16) Non-VA MULTIVITAMIN CAP/TAB 1 CAP/TAB_MOUTH DAILY

PHYSICAL EXAMINATION:
Has an antalgic gait with a right-handed cane. Fully alert and oriented. Uses cane to push up out of the chair. Holds his back rigid pointing slightly to the right rear. He need's to keep his left leg straight to reduce radiating back pain.

Range of motion of cervical spine is axially 60% to the right and only 30% to the left.

Service Connection/Rated Disabilities:
SC Percent: SERVICE CONNECTED 50% to 100%
Rated Disabilities:
LUMBOSACRAL OR CERVICAL STRAIN          20%     SC
TINNITUS     10%    SC
MOOD DISORDER   10%    SC
NEURALGIA OF UPPER RADICULAR NERVE GROUP          40%     SC
NEURALGIA OF UPPER RADICULAR NERVE GROUP          30%     SC
INFLAMMATION OF SCIATIC NERVE 40%       SC
LUMBOSACRAL OR CERVICAL STRAIN        40%     SC
INFLAMMATION OF SCIATIC NERVE  20%    SC
(Page 368)

IMED PATIENT AGREEMENT FOR NARC
Patient has a signed "IMED PATIENT AGREEMENT FOR NARCOTIC DRUGS":
          08/03/2017
(Book #4, page 367)

IMPRESSION:
  1. Chronic lumbar back pain wi1:'h left radiculopathy. Radiographic confirmation.
  2. Chronic cervical pain with reduced range of motion.. R:adiographic confirmation.
  3. PTSD and depression followed by psychiatry.
  4. Slightly increa ed functional ability. Now qualifies for scooter.
  5. MRI taken, Neurosurgical follow-up expected soon but unscheduled as yet.
  6. ENT evaluation completed, payment delays..·

PLAN:
  1. Renew:
     MORPHINE IR l5MG TAB TAKE ONE TABLET BY MOUTH EVERY DAY. AS NEEDED FOR BREAKTHROUGH CHRONIC BACK PAIN

MORPHINE SULFATE 30MG SA TAB TAKE ONE TABLET BY MOUTH THREE TIMES A DAY FOR PAIN
2. Return May 8.


**Return Encounter: 0/08/2019**
(Book #4, page 359)
[Patient R]·returns in scheduled follow-up, accompanied by his daughter. His neck surgery is off the rails again. Contractor problems with his surgeon Dr. [Spine] at Illinois Bone and Joint. Review of Care in the Community notes indicates expiration of the previous authorization. I have asked him to call his surgeon to see if they take Tri -West. He has the number to CTIC. He was cleared for surgery last month.  His esophageal candidiasis has resolved.

He is attending a private Chiropractor in his area twice a week. Is getting good benefit. Feels more limber, looks it as well.

NP Konvalinka ordered a sleep oximetry. Frankly surprised we had not done that already. Baseline saturation was 91%. The night was characterized by oxygen destaration index of 35.9 events/h. Lowest saturation recorded was. 79%.

Impression:
Significant nocturnal desaturation.
Recommend sleep study and PFTs if clinically indicated. We will order a formal sleep study and PFT's.

Otherwise can see him in three months. Renew curent therapy, follow surgical referral.

IMPRESSION:
1. Chronic lumbar back pain with left radiculopathy. Radiographic confirmation.
2. Chronic'cervical pain with reduced range of motion. Radiographic confirmatio,",..
3. PTSD and depression followed by psychiatry.
4. Slightly increased functional ability. Now qualifies for scooter.
5. MRI taken, Neurosurgical follow-up timed out. Follow.
6. ENT .evaluation completed, payment delays.

PLAN:
1. Renew:
   MORPHINE IR 15MG TAB TAKE ONE TABLET BY MOUTH EVERY DAY AS NEEDED FOR BREAKTHROUGH CHRONIC BACK PAIN
   MORPHINE SULFATE,30MG SA TAB TAKE ONE TABLET BY MOUTH THREE TIMES A DAY FOR -PAIN
2. Will write for PFT and sleep study.
3. Return July 31.


**Return Encounter: 0/31/2019**

(Book #4, page 353)
[Patient R] returns in scheduled follow-up accompanied by his wife. He still has not gotten a date for his cervical surgery, no phone calls for three months. He was cleared for surgery by ENT but he developed a candida infection, now cleared. He has not been called back to ENT and the surgeon appears to be waiting on that report. He knows the CTIC Help desk:and will follow through on his own. Advised also to call his surgeon and find out where he is with that officie.

Patient continues to have numbness and loss of strength to the right upper extremity. Still dropping objects out of his hand-. He has reduced sensation to both lower extremities secondary to back difficulties. Medication is working well enough for him.

His' hot tub to help with his chronic neck and low back pain. He has not lost lower extremity strength despite a loss of sensation that causes numbness and tingling to lower extremities.

Was able to help spread a large load of mulch into the. garden area of his yard. last couple of weeks.

Discusses possible testosterone replacement. Libido is muted. Discussed issues surrounding replacement including unanswered- concerns with prostate cancer and prostate enlargement. Urged to go through his primary clinician it initiated that, will involve a number of steps. The morphine contributes.

Did a nocturnal study and was referred to PFT and formal sleep study. Did the PFT but sleep study order nowhere to.be found:
                    ***************
DATE/TIME PERFORME:D: JUN 25, 2019@13:00
Patient gave good effort on DLCO, FVC, and MVV testing. Reports slightly easier breathing effort after bronchodilator treatment.

Results:
No evidence of obstruction. There is isolated reduction in DLCO, which requires clinical correlation.
                    ***************
Will script Albuterol basically as needed. Will write for formal sleep study.


**Return Encounter: 10/09/2019**
(Book #4, page 347)
[Patient R] returns in scheduled follow-up, accompanied by his wife.· His neck.
has gotten worse. If he turns slightly to the right he can nearly pass out.. It takes him ten minutes to recover. His left sciatica is now more painful.over the past several weeks. He did trip chasing.his dog several days ago. He will go to. his Chiropractor, he -usually gets a couple of days of relief.

He completed his sleep study and is getting adjustments to his CPAP. He showed moderate obstructive pattern.

He has still not received approval for his neck surgery. He had required an ENT evaluation prior to surgery to .insure that intubation would not be complicated. They found thrush that took several months to clear. Follow-up· evaluation ·was required and he has not yet received that He has called CTIC multiple times and has not received a return phone call.  Looking at· the original consult request from early 2018, no repeat authorization·is indicated and no notes past summer of 2018 have been entered. I have contacted CTIC, they will require reissue of the consults. I will reenter those.

Will renew the morphine. Place consults to ENT and Neurosurgery. Return January 8, 2020.

PHYSICAL EXAMINATION:
His antalgic gait with a right-handed cane. Here with.scooter. Walks with a small stride and appears more stiff. Fully alert and oriented. Uses cane to push up out of the chair. Holds his·back rigidly pointing, tilt to the right is apparent today.·He needs to keep his left leg straight to reduce radiating back pain, but does not look especially uncomfortable.

Range of motion of cervical spine is axially reduced to 30% to the right and only 30% to the left. Face is not grimaced. Appropriately dressed for.the encounter.

Thirty minutes of the forty-five minute encounter devoted to the coordinating of outside referrals and care of maintaining mobility before and after surgery.

**REVIEWER CRITIQUE:**
Reviewer states, "[h]igh dose long-term therapy (MED 105mg/d).  No UDS obtained during the year window.  No reference to PDMP results.  No documentation of discussion of risks associated with long-term opioid therapy and /or tapering."

## Specification 18.
Between January' 25, 2019, and January 24, 2020, you failed to obtain a urine drug screen during the one-year window for Patient R. You failed to discuss with Patient R and document risks associated with long term opioid therapy and tapering. Your treatment did not meet the standard of care.

**REBUTTAL:**
This gentleman is another of the patients I assumed existing analgesic maintenance early on. The detailed history is not included within this time frame, but from my memory his back and cervical spine injuries were the result of a harness failure during a military helicopter operation in which he fell 50 feet.  I believe he had surgical intervention but had recommendations for additional procedures.  Arranging these proved challenging.  They required specialty care outside of the VA, originally Northwestern as well as another spine center.  The surgeons requested ENT evaluations to assess the peri-operative risks for intubation, all of which required Care in the Community (CTIC) outsourcing.

Many roadblocks sprang up over what extended into a greater than two year process; essentially a struggle that was still ongoing at the point of my departure.  At various points the process was

derailed by technicalities and at one point a true medical issue. The ENT recommendation was key to going forward with the neck, but upon examination Patient R had thrush that needed to be cured. By the time he was judged good to go, the neck surgeon was out of network due to one of the three CTIC contract changes. An MRI was not efficiently obtained. By 2019 he needed these referrals either directed to new providers or they had timed out. During these delays his lumbar and cervical radiculopathy was deteriorating.

Primary care management proved substantially inadequate to coordinate this maze. By only seeing this veteran at best every six months, they repeatedly dropped the ball and even then did not restart the process on the return visit with another musical chairs provider who did not have a clue as to what was required. Patient R once told me that I was the only one who ever got anything done. Looking at the record he was unfortunately accurate in that observation. By seeing him frequently I was able to catch these administrative failures and attempt to correct them more responsively.

It is important to note that morphine is poorly absorbed orally with only about one-third of the ingested dose filtering into the systemic circulation. It also has very limited brain access.

The reviewer is factually incorrect on the urinalysis and prescription monitor complaints. I was required to acknowledge and sign PDMP results. This patient demonstrated excellent stability in my association with him over several years and did not request escalating dose of analgesic.

STATE PRESCRIPTION DRUG MONITORING PROGRAM: 03/13/2019
The State Prescription Drug Monitoring Program(s) were queried for controlled substances (CS) for this patient:·
The following states were queried:
    ILLINOIS
    INDIANA
No prescriptions for controlled substances outside the VA were· found.
ADAM W HOAGLI\ND PHARMACIST
    Receipt.Acknowledged By: /es/ JOHN A PETERSON
    Medical Director Chronic Pain Management 06/10/2019 20.09

Urine Drug Screen: 1O/ll/2018
Test Name         Result
AMPHETAMINES SCR NOT DETECTED.
BARBITURATES SCR NOT DETECTED
BENZODIAZEPINE SCR NOT DETECTED
CANNABINOIDS SCR NOT DETECTED
COCAINE SCREEN NOT DETECTED
METHADONE SCR NOT DETECTED
OPIATES SCR SCR POSITIVE
OXYCODONE-SCREEN NOT DETECTED
PHENCYCLIDINE SCR NOT DETECTED
OPIATES CONFIRM SENT OUT FOR CONFIRM.
OXYCOD CONFIRM       Not Applicable

DRUG SCREEN CREAT             285.5  mg/dL
(Book #4, page 357)

This patient rarely drove.  His major risk on analgesic therapy was respiratory which was being addressed.  His radicular pain was chronically severe and debilitating.  His moderate morphine dosing gave him a measure of relief to injuries that appeared limited to a surgical solution.

## Patient S
(Book #3, pages 340 to 233; Book #2, pages 232 to 229)
This is again an established patient at the onset of the review period.

**Return Encounter: 04/08/2019**
(Book #3, page 260)
[Patient S] returns in scheduled follow- p. Indicates a rather rough recent patch. He describes suffering from really two types of pain, Constant·ache is coming out.of his back. He saw the interventionalist last month who indicated that he believes the pain is coming from thoracic spine and not the lumbar spine. Patient had a recent CTIC open MRI of the lumbar spine. Recommendation is for MRI of thoracic spine and.he has a CTIC appointment for that coming up next week. He did not take an injection in the lumbar spine given the surgeon's less than optimistic prognosis for that location.

He also indicates intermittent and quite severe abdominal pain, likely the   result of the adhesions from his kidney and gallbladder surgery. He finds that this flares up whenever he gets into a significant amount o_f stress or if he is eating vegetables with a significant volume of roughage. Apples give him trouble but applesauce will not. Pain initiates possibly a day later. It is quite severe at the time.

Otherwise the hydrocodone is keeping this severity down. I have suggested to him that adhesiolysis may be an option and he could seek a referral through his present surgeon. We also discussed his weight. He is in the MOVE program but describes his progress as rather plateaued. He is limited in physical activity given pain to the soles of his feet, particularly· the left. Podiatry is working with him on new shoes and injections. The thought would be bicycling to increase his physical activity.

I will see the patient back in three months, July 1. He prefers.window pickup in that delivery is intermittent to his rural location.

Allergies: DARVON, DARVOCET-N 100 (LILLY)

1) FUROSEMIDE 20MG TAB TAKE ONE TABLET BY MOUTH DAILY FOR BLOOD PRESSURE/WATER PILL
2) HYDROCHLOROTHIAZIDE 50MG TAB TAKE ONE TABLET BY,MOUTH EVERY MORNING· FOR BLOOD PRESSURE/WATER PILL

3) HYDROCODONE 10/ACETAMINOPHEN 325MG TAB TAKE 1 TABLET HOLD BY MOUTH FOUR TIMES A DAY FOR CHRONIC ABDOMINAL PAIN - DO NOT EXCEED 4000MG OF ACETAMINOPHEN (APAP)PER DAY FROM ANY AND ALL SOURCES** NEXT FILL DATE 5/10/2019 **

4) 4)      LORATADINE lOMG TAB TAKE ONE TABLET BY MOUTH EVERY DAY FOR ALLERGIES

5) LOSARTAN lOOMG TI\B TAKE ONE TABLET BY MOUTH EVERY MORNING FOR BLOOD PRESSURE

6) METFORMIN HCL lOOOMG TAB TAKE ONE TABLET BY MOUTH TWICE A DAY WITH MEALS FOR DIABETES

7) OMEPRAZOLE 20MG EC CAP TAKE ONE CAPSULE BY MOUTH.TWO TIMES.A DAY BEFORE MORNING AND EVENING MEAL FOR STOMACH ACID

8) POTASSIUM CL 20MEQ SA TAB (DISPERSIBLE) TAKE ONE-HALF TABLET BY MOUTH DAILY FOR POTASSIUM SUPPLEMENT

9) TIZANIDINE HCL 4MG TAB TAKE TWO TABLETS BY MOUTH AT BEDTIME MUSCLE RELAXER TAKE ONE PILL THE FIRST NIGHT, IF NO PROBLEMS TAKE 2 EVERY NIGHT

10) TRIAMCINOLONE ACET 55MCG 120D AQ NAS INH SPRAY TWO PUFFS INTO EACH NOSTRIL DAILY FOR NASAL USE; LOWER TO 1 PUFF ONCE SYMPTOMS IMPROVE

PHYSICAL EXAMINATION:
out of the chair easily today, steady on his feet upon s'tanding. Not using an assistive device. Patient fully alert·showing no sedation. Fully oriented.
Denies any acute distress. Abdominal pain to right upper quadrant simply moderate. Full strength and sensatioh intact to all four extremities. Legs showing at most +l edema. Appropriately dressed for the encounter.

IMPRESSION:
1. Post traumatic nephrectomy. Adhesive Disease.
2. Intermittent post cholecystectomy right upper quadrant pain.
3. Left foot pain.
4. Obesity. Engaged in MOVE. Low calorie diet exacerbated (2) above.
5. Completed-a course of Kenisiotherapy last February.

PLAN:
1. Renew a month of hydrocodone, Norco 10mg taken #4 times a day. Renewal requests through My Healthy Vet.
2. Dr. Kalec coordinating interventional pain referral.
3. Return to clinic July 1.
4. Defer return of management to primary care.
5. Follow course of MRI.

Inpatient Telephone Consultation: 05/02/2019
(Book #3, page 257)

Inpatient consultation request for assistance in pain management for [Patient s], known -to me as a patient in the Chronic Pain Clinic. The patient has developed an exacerbation of his right upper quadrant pain requiring presentation to Urgent Care where he was evaluated with CT and released after analgesia. He returned, Urology consultation, did not find obstruction.

Dilaudtd at 2mg IVP every 6 hours was insufficient for pain control·, Dr, Lim has converted to morphine IV.

DISCUSSION:
This patient has had a right partial nephrectomy followed by cholecystectomy a couple of years later. Surgeon on the second.found substantial adhesions.  I have worked with the hypothesis that this patient's chronic RUQ pain is a complication of adhesive disease. Norco 10mg #4 times a day has been sufficient for him over the past year I have been following him. He has mentioned a couple of exacerbations.

Dr. Lim and I have discussed. In terms of immediate pain control consider PCA morphine at 4mg Q 3 hours. This patient is opioid tolerant and.you have him in an inpatient setting. After 12 hours further titration upward to 6mg Q 3 hours may be appropriate if required.

I will see the patient in the am.

**Inpatient Consultation: 05/03/2019**
(Book #3, page 254)
Was able to see patient on inpatient unit 58-2. At 10:30 AM·he is doing much better. Staff has stepped up the hydromorphone to 1mg Q 1 hour IVP. Morphine had not been sufficient and he now remembers that morphine causes him mental clouding.

He has had several of these attacks. I was first consulted on him last year when he was an inpatient. He has been rather well maintained on hydrocodone 10mg #4 times a day, with one or two episodes cleared through ER intervention. This attack was much more severe and prolonged.

With kidney stone unlikely, I still suspect adhesive disease. He indicates that he has had three bowel movements and his belly has gone down.

I have offered to see him again at discharge.  I may be able to find a Champaign surgeon who would be willing· to tackle the adhesions. The patient's size would not be an issue for him.

He understands that obesity could be a contributing factor. He has recently started diet and is getting invlolved with the gym. He has a local· facility.

PHYSICAL EXAMINATION:
Attended· in his snorts, bare chested. Some forehead perspiration_. Protuberant abdomen with large midline scar. Indicates mild pain to RUQ palpation, pain now tolerable.

Ambulatory, in and out of recliner without difficulty, bending at the .waist without exacerbation.

IMPRESSION:
1. RUQ pain in exacberation, now controlled. Unknown etiology:
2. Post partial right nephrectomy, post cholecystectomy.
3. Morbid Obesity.·

PLAN:
1. Will address possible adhesiolysis at discharge.
2. Attempt to discharge with existing analgesics.


**Return Encounter: 05/08/2019**
(Book #3, page 251)
[Patient S] presents in follow-up from his inpatient stay for intractable right upper quadrant pain.
I consulted of him during his stay, reference is made to those notes of May 3 and 6. Pain at this
point is substantially resolved. He is left with his residual right mid-thoracic back pain that feels
located in the musculature above the kidney. His severe spasm to the right upper abdomen occur
infrequently and emanates from the interior. This episode was more severe and more prolonged
than usual. It was what I first saw him for.

He.left early (AMA) because physician orders for scheduled analgesia spooked.the nursing staff
and they were not delivering it in a timely fashion_.  He thought  he could do better at home.

He believes he has seen an association.   He had undertaken a diet called Whole 30.  This is the
second' attack he has had attempting- 1 to start that, he was only a couple of days into it. He had
several bowel movements in the hospital but he does not believe it is constipation related and he_
has maintained good bowels movements generally.

I have thought the issue is adhesive disease from the two surgeries he ahs had in that area. He
had significant adhesions after his partial right nephrectomy in preparation for a
cholecystectomy. Stone was ruled out this trip.

I will investigate a local surgeon who might take on a lysis of adhesions. Otherwise he has
adequate hydrocodone from his last renewal: He has an existing follow-up for June 3.

PHYSICAL EXAMINATION:
out of the chair after several rocks, steady on his feet upon standing. Not using an assistive
device. Patient fully· alert showing no sedation. Fully oriented. Denies any acute distress.
Breathing unlabored. Expresses some fatigue from the recent events.

Abdominal pain to right upper quadrant simply moderate. Full strength and sensation ·intact to
all four extremities. Legs showing at most +l edema. Appropriately dressed for the encounter..

IMPRESSION:
1 Post traumatic nephrectomy. Adhesive Disease.
2 Inpatient exacerbation post cholecystectomy right upper quadrant pain resolved.

3  Left foot pain.
4  Obesity. Engaged in MOVE. Low calorie diet·excerbated (2) above.
5  Completed a course of Kenisiotherapy last February.

PLAN:
1  Continue hydrocodone, Norco 10mg taken #4 times a day. Renewal requests through.My Healthy Vet.
2  Dr. Kalec coordinating interventional· pain referral.
3  Return to clinic June 3.
4  Defer return of management to primary care.
5  Follow course of MRI.
6  Investigate surgical adhesiolysis.


**Return Encounter: 06/03/2019**
(Book #3, page 249)
[Patient S] returns in scheduled follow-up. We saw him last.month after his inpatient stay for exacerbation of his RUQ pain. A couple of weeks ago he developed severe left flank pain, presented to Terre Haute Regional Hospital, was diagnosed with an obstructing 8mm kidney stone that was surgically addressed. That stone was seen during the work-up for his right-sided admission. He now has a stent scheduled for removal the end of this week. He was given a script for Norco he did not fill. He presents the unused script. Left pain is largely resolved.

His.RUQ pain continues, now at its typical intensity. The Norco issued through the VA handles that discomfort. He wonders if he had a small script for his occasional pain flairs, if he might avoid some E.R encounters.

He is scheduled. to see Dr. [Spine Surgeon] tomorrow for possible thoracic pain intervention. He is concerned that this may worsen the problem. I suggested he talk with the surgeon about his concerns.  He will not attempt· something that  has no likelihood of helping.

We discussed adhesiolysis. If a general surgeon undertakes this, my thought is that he or she will want a Urologist involved given the kidney history. He will discuss these issues with his Urologist this Friday. He has been a patient of a well-regarded general surgeon. I will hold on.my inquiries.

IMPRESSION:
1  Post traumatic nephrectomy. Adhesive Disease.
2  Inpatient exacerbation post cholecystectomy right upper quadrant pain resolved.
3  Left foot pain.
4  Obesity. Engaged in.MOVE. Low calorie diet exacerbated (2) above.
5  Completed a course of Kinesiotherapy last February.
6  Recent left sided renal stone intervention, stent placement, follow-up this Friday private physician.

PLAN:

1. Continue hydrocodone, Norco 10mg taken #4 times a day. Renewal requests through **My Healthy Vet**. Will add #6 Percocet 5mg one or two prn exacerbation RUQ· pain.
2. Dr. Kalec coordinating interventional pain referral.
3. Return to clinic August 26.
4. Defer return of management to primary care.
5. Follow course of MRI.
6. He will investigate surgical adhesiolysis with his surgeons.


**Return Encounter: 07/01/2019**
(Book #3, page 245)
[Patient S] returns in scheduled follow-up. WE had provided him #6 Percocet for use in exacerbations. He had a couple of his right upper quadrant pain attacks and was able to avoid the ER by using two of the'Percocet each time.

He has been seeing a Chiropractor who is doing some cupping twice a week. May be helpful. ·That physician ·recommended anti-inflammatories and a possible muscle relaxer. At [Patient's] recent hospitalization his renal function was Stage II. It had been acceptable a couple of months prior. He will ask his PCP for a repeat but regardless· he.should not be on NSAIDs chronicilly.

He has·had a difficult time 'with muscle relaxers. Flexeril and tizanidine gave him mental confusion early on in their use. He had .similar reaction to gabapentin and pregabalin. He did well with Skelaxin, but it is not on formulary. Has not had Robaxin.

He has not made much progress with consideration of adhesiolysis with his Urologist. I will therefore investigate my Bariatric surgeon for interest.

He had his lithotripsy last month, the residual kidney stone is removed as is the stent. He cut his thumb this weekend requiring stitches. I recommended he leave the stitches in for at least ten days.

Will renew is medication, he has an existing appointment for August 26.


**Return Encounter: 08/26/2019**
(Book #3, page 242)
[Patient S] returns in scheduled follow-up.  He has entered a structured dietary meals program and has lost a .considerable amount of weight over the past month. His home scale has him going from 373 to 336. We weighed him here at 338.0. He is getting around better, was able to walk 600 yard into a neighboring field. He could not have done that a month ago. At the higher weight he could barely reach his shoes. to tie them and he had trouble cleaning himself from behind.

When he got hungry in the past he was a risk of his right upper quadrant flair. He has only had two flairs and was able to handle those with the Percocet. No ER encounters. Did not need them last visit but will need his as needed Percocet this renewal.

**Return Encounter: 09/23/2019**
(Book #3, page 239)
[Patient S] returns early at his request. He has been on a successful weight loss program, down from 37_0 to 315 today over only two months. He is on an 1100 Kcal daily and holding to it. His activity level has increased modestly, now walking a 100 yards a day rather than only 50.

He is seeing us today became with the weight loss he has an increase in the right upper quadrant pain.. The exacerbations are more frequent and the generally level of discomfort is up "1.5". He is wondering if we can add in an anti- inflammatory or increase the hydrocodone.

Discussed the NSAID. He has had a right partial nephrectomy. Creatinine and EGFR are recent and good at 0.94 and >60 but he is also a diabetic with HgbAlc at 6.4. These are fully in.the normal range but may not remain so if challenged.

He does not want to go up on· the oxycodone, this kicks in nicely for his exacerbations, he has one left of his monthly supply. He credits the oxycodone with keeping him out of the emergency room. He would like to go up one daily on the Norco 10mg. He can tell on a daily basis when the Norco is wearing off.

Cannot fully exclude that the weight loss may be increasing the RUQ pain, he does not have. a gall bladder. He has also had difficulty with_leg swelling, working through his primary. Legs down today.

Nothing has· moved·on interventional through Dr. Kalec•s office and he has not pursued,the surgical option for adhesiolysis.

Will increase his hydrocodone to #5 daily, leave supplemental oxycodone as is. He is scheduled for renewals this Friday, will release so he does not have to come back in a two hour round trip, but this does not reset the clock, renewal dates for both October 25. He will keep his November return date.

IMPRESSION:
1. Post traumatic nephrectomy. Adhesive Disease.
2. Exacerbation post cholecystectomy right upper quadrant pain incompletely resolved.
3. Left foot pain improved.
4. Obesity. Discontinued MOVE. Low calorie diet early success, wi.th possible pain exacerbation.
5. Completed a course of Kinesiotherapy last February.
6. Recent left- sided renal stone intervention, stent placement resolved.

PLAN:
1. Increase hydrocodone, Norco 10mg taken #5 times a day. Renewal requests through My Healthy Vet. Will renew #6 Percocet 5mg one or two prn exacerbation RUQ pain, unchanged.
2. Dr. Kalec coordinating interventional pain referral, no new developments.

3. Return to clinic November 18. Annual UDS at that time.
4. Defer return of analgesic management to primary care.
5. Follow course of MRI.
6. He has deferred investigation surgical adhesiolysis with local surgeons.

Twenty of the thirty minute encounter spent counseling on the challenges of NSAID's in diabetes and renal insufficency.

**Return Encounter: 11/18/2019**
(Book #3, page 236)
[Patient S] presents in scheduled follow-up. He was diagnosed with shingles to the left anterior scalp last month and placed onto anti-virals. The scab is gone but he still has a moderate burning pain to the area.

His right·flank pain continues.  He had a left residual kidney stone removed that was otherwise asymptomatic. His left foot pain is reduced, he can now walk further. Capable of a quarter mile where he would have taken the scooter a year ago.

His weight loss continues to be spectacular, may have contributed to the shingles. On his specified low calorie diet he is at 292 today, a bit up from his lowest in that he added protein with the shingles outbreak. That puts him down 80 pounds from July. Goal 190.

He used some oxycodone during his shingles, no emergency room presentations. He is a few days early" for window pick-up, it is hunting season and he will be very busy at his shop, we authorized early pick-up without resetting the clock.

Return February 13.

Twenty of the thirty minute encounter spent counseling on rapid weight loss and positive and negative health effects.

**Secure Messaging: 01/13/2020**
(Book #3, page 234)
Sent: 01/13/2020 07:18 PM
From: PETERSON, JOHN
To: [Patient S]
Subject: Request for medication refill

Thursday [01/16] should be OK, due the 17th. I have added Naloxone just for safety. Have your family know where it is, such as top·of refrigerator.

**REVIEWER CRITIQUE:**

Reviewer complains "[n]o discussion of risks/benefits of long-term opioid therapy. No documentation of risk mitigation strategies."

## Specification 19.
Between January 25, 2019, and January 24, 2020, you failed to discuss the risks of long-term opioid therapy with Patient S. Your treatment did not support the standard of care.

**REBUTTAL:**
This is again an existing patient whom I first saw as a previous hospital consult for intractable right upper quadrant abdominal pain. He was being under treated in the hospital. I was able to get him over the acute event and picked him up as a clinic patient thereafter.

He is a gunsmith whose shop was in his barn on his property. He was grossly overweight and found it a real chore just to make it out to some 100 yards. His abdominal pain began after he had two surgeries. The first was a partial right nephrectomy followed some months later by a cholecystectomy. He retained adequate kidney function as long as the organ was not challenged. My impression of his intermittent and often severe pain was adhesions from these two surgeries. He often ended up in emergency rooms, on an every other month basis, for acute treatment. He was admitted to hospitals three times in my association with him. His private sector admission was for a left renal stone that required stenting and lithotripsy to clear. We otherwise were able to fashion a moderate dose analgesic regime that kept him out of the ER's. NSAID's were not indicated chronically given his renal history.

I discussed adhesiolysis with him practically every encounter. He had wanted to pursue this through his existing private sector surgeons. Surgical expertise in this strategy is limited and as a result is often not practiced due to the belief that the benefits are only temporary. I worked with a bariatric surgeon in Champaign who had good results and offered a referral whenever Patient S felt that he had exhausted his local resources.

He undertook a commercial weight loss program in tandem with his wife that resulted in significant reductions over a short period of time. I thought it too rapid, but it improved his mobility and quality of life. It also reduced his risk for potential respiratory compromise.

This was a very stable patient who remained on target. When he occasionally ran ahead of his analgesic prescription, he compensated during the subsequent month to remain on schedule. I do not have access to his early work-up where other aspects of his history would have been addressed. At the time of my suspension, this patient was not a candidate for taper. His underlying condition was not corrected.

## Patient T
(Book #2, pages 228 to 161)
This is again an established patient with the initial encounter prio to the period of review.

**Return Encounter: 03/14/2019**
(Book #2, page 180)

[Patient T] returns in scheduled follow-up. He had the epidural injection last week with Dr. [Interventionist]. The physician apparently went in at two locations around L3. He was in a significant amount of pain in the two days following however he obtained some relief the early part of this week. At this·point is probably returned. a bit to baseline, describing about a 5 -out of 10 in intensity.·He was advised to give this a bit of time and in fact he may need some repeat procedures before.they give up on epidural injection. His follow-up with the surgeon is the 21st of this month.

The medication is most important to him at night. He wakes up quite stiff·, takes an hour and a half to really get moving, walks in a slightly forward hunched position. He does okay during the day but at night he tends to take the majority of his medication. The first part of this week he actually cut· back in that he felt better. He indicates without the medication he believes he would be sitting around a lot. He is not really able to do that, he has 6 children and a full- time job.

I advised him to talk about other modalities with the Dr. [Interventionist]. Otherwise the therapy we are offering from this side is working well enough and I do not need to see.him frequently. We will establish follow-up for June 6. He will give me advanced notice for.renewal requests. He just received his renewal or the coming month.

Allergies: COMPAZINE

1) ATORVASTATIN CALCIUM .8OMG TAB TAKE ONE-HALF TABLET BY MOUTH AT BEDTIME FOR HOLESTEROL CALL YOUR PROYIDER IF you HAVE MUSCLE. PAIN, TENDERNESS OR WEAKNESS
2) HYDROCODONE 10/ACETAMINOPHEN 32SMG TAB TAKE 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR PAIN – DO NOT EXCEED 4000MG OF ACETAMINOPHEN (APAP) PER DAY FROM ANY   AND ALL SOURCES
3) TIZANIDINE HCL 4MG.TAB TAKE ONE. TABLET BY MOUTH AT BEDTIME AS NEEDED FOR CHRONIC LOW BACK PAIN.

PHYSICAL EXAMINATION:
Patient feels more comfortable sitting in slightly rocked forw rd with his hands on his knees. Patient is mildly stiff, has limited range of motion to the neck. Is able to get up and walk straight and steadily. (In the morning he is hunched forward.) He has +5 strength to all 4 extremities and fine touch sensation'is intact.

Patient is fully alert and oriented. Casually but well-dressed. Pupils are normal for him i light. No evidence of sedation.

IMPRESSION:
1. chronic traumatic low back pain secondary to L3 compression fracture.
2. Recent onset cervical radiculopathy of unknown etiology. MRI scheduled.

PLAN:
1. Continue Norco 10mg #4 times a day. Monthly renewals.

2. we will add tizanidine at night, 4mg.·
3. Continue Pain PT.
4. Return to clinic June 6.

**Return Encounter: 06/06/2019**
(Book #2, page 1)
[Patient T] presents in scheduled follow-up. He undertook the epidural intervention. The first two days were painful, he then got relief for a couple after and it went to baseline. His Interventi nalist has not recommended that the procedure be repeated given the disappointing results.

They did discuss kyphoplasty to L3, that discussion was not inspiring with the surgeon indicating that given the eight years it would be difficult.

He is maintaining.on the hydrocodone. Had a recent incident where he was forced to take down an armed suspect resulting in left rib contusions. That pain took a couple of weeks but is now resolved.

He has been recommended for oral surgery and will attempt to make do with what he is on.

He notes that he has stopped taking the atorvastatin. Recent Urgent care visit for sore throat, going around the household..

Will renew at the window. Annual UDS. Return August 29.

**Return Encounter: 08/29/2019**
(Book #2, page 168)
[Patient T] presents in scheduled follow-up. He initially describes not much change. Hydrocodone ·working well enough. When he over does it, like the lawn·for two hours last weekend, he pays for it for·a couple of days.

His left lower back s;eems a bit more stiff than before. He has a "hitch" when he sits up straight. Gets relief if he leans forward and to.the right. He has not pursued the exercises PT Kuhn had recommended .. He does get temporary.relief by lying on his back on a flat surface and stretching fully with his arms and his legs.

·Also describes his neck as a bit more stiff and sore. Recalls no injury or cramped sleeping position.

I have had PT Kuhn step in, he would have exercises to offer but previous acupuncture was quite painful for him, dry needling would likely be so as well. Chiropractic has recommended against manipulation of· the back given the compression fracture. Epidural injection this spring was transient. He has a back brace but is not using it.

We offered PT exercise therapy as potentially worth another trial. Instead.he will pursue massage therapy on his own.

He does find CBD oil helpful for anxiety, stress and sleep. Return November 21. Renew same level of hydrocodone. Will remove opioid dependence diagnosis from his problem list. There is no indication of an addictive disorder.

**Return Encounter: 11/21/2019**
(Book #2, page 167)
[Patient T] returns in scheduled follow-up. Weather turning cool and damp is challenging his back. He gets up slowly in the morning _before he can get really moving. He notices that he walks a bit hunched forward. Neck pain not_ a major issue.

With the medication he has not found his sleep significantly affected. Over all pain control remains adequate. · He would like to investigate massage if that becomes available. Chiropractic will not touch him.

Can continue to see him in three month intervals.

**REVIEWER CRITIQUE:**
Reviewer complains "[n]o discussion of risks of long-term opioid therapy. No documentation of risk mitigation strategies."

## Specification 20.
Between January. 25, 2019, and January 24, 2020, you failed to discuss the risks of long-term opioid therapy with Patient T. Your treatment did not support the standard of care.

**REBUTTAL:**
Again the review period picks this patient up as already established with the initial analysis outside of the observation period.

This is a relatively healthy, physically fit, middle-aged veteran who suffered a service-connected compression fracture to his back some eleven years earlier. He works as a police detective in Danville, the home community of the VA, that has over the past fifteen years become a center for gun related violence associated with Chicago drug gangs. He failed interventional anesthesia and obtained only modest results from physical therapy and acupuncture. The injury was too remote for consideration of kyphoplasty. He always made do with his prescribed level of therapy even after injuries and medical intervention. He did not evidence any aberrant behavior in my association with him. His modest level of analgesia has allowed him to maintain a challenging career that occasionally requires physical intervention.

# Patient U
(Book #2, pages 160 to 112; Book #1, pages 111 to 56)

**Initial Consultation: May 16, 2019**
(Book #1, page 76)
HISTORY OF PRESENT ILLNESS:
Consultation requested by NP Konvalinka for [Patient U] who developed chronic low back and left knee pain as the result of an explosive device while serving in combat in Afghanistan. His initial injury to the knee came in training. during 2006, made worse with his combat injury in 2008. He was knocked unconscious losing days at the time of the in ident. Thereafter he has lost his sense of smell and taste but he has regained the remainder of his mental facilities.

His back aches constantly, active or not. At its worst he has radicular pain into both buttocks. He does some climbing and may develop· leg spasm as a result. Carrying 50 pound loads is painful and can lay him up for three days. He finds-the pain tolerable in relation to his weight, if he can stay below 220 pounds he does better with both the.back and knee. He recently was assigned to insurance work in Florida at the hurricane damage near Panama City and gained some weight on the abundant sea food.

The patient's left knee suffered collateral ligament damage as well as muscle injury; It is stable only in to anterior-posterior articulation. Viscous supplementation has been helpful. He would normally be a candidate for replacement but has been advised to hold off given his age. He wears a brace every other day to attempt to maintain its strength.

Work involves a moderate intensity of climbing and lifting but is not considered manual labor. He often puts in long hours. Current therapy allows him to get through the day.

He otherwise denies respiratory or abdominal complaints. No chest discomfort with exertion.

PAST MEDICAL HISTORY:
    A Posttraumatic stress disorder
    A Chronic back pain
    A Knee pain
    A Adult attention deficit hyperactivity disorder
    A Chronic Back Pain
    A Nontraumatic rupture _of quadriceps tendon
    A Depression
    A Anxiety

FOCUSSED PAST MEDICAL AND SURGICAL TREATMENT:
The patient has obtained much of his psychiatric and orhtopedic care from private sector sources. VA eligibility was delayed over what he describes as a service connection dispute. He has employed legal counsel. outside documentation is nearly completely absent from 10/2015 until 03/2018.

Surgical procedures were initiated in the service. He was on very high dose narcotics, especially oxycodone. He suffered severe up-down cycling with that therapy. Morphine has been moderately effective and much smoother at the end of its cycles.

He undertook lumbar surgery in 2009, bone graft and partial laminectomy. He has had multiple injections both before and after the procedure. He was evaluated for a pain pump and spinal cord stimulator but was reluctant and his surgical prognosis for success was not encouraging. He uses a TENS to benefit and maintains an active exercise schedule including range of motion.

The left knee is weak to lateral displacement. He has had arthroscopic intervention. It. is essentially bone-on-bone and has crepitus. Viscous therapy. is applied about every six months and he has reduced pain in flexion/extension for about three. Injections can be offered more often.

He is followed by a private sector psychiatrist who is managing his depression and PTSD quite adequately. He cites lithium as his most important therapeutic.

RELATED CURRENT MEDICATIONS:
Allergies:  Patient has answered NKA

1. ATORVASTATIN CALCIUM 40MG TAB TAKE ONE-HALF TABLET BY MOUTH AT BEDTIME FOR CHOLESTEROL CALL YOUR PROVIDER, IF YOU HAVE MUSCLE PAIN, TENDERNESS OR WEAKNESS
2. CHOLECALCIFEROL (VIT D3) 1,000UNIT TAB TAKE TWO TABLETS (2000 UNITS) BY MOUTH DAILY FOR DIETARY SUPPLEMENT FOR VITAMIN -D DEFICIT
3. FISH OIL 1OOOMG (5OOMG DHA/EPA) CAP TAKE TWO CAPSULES BY MOUTH TWICE A DAY FOR CHOLESTEROL
4. HYDROCODONE 10/ACETAMINOPHEN .325MG TAB TAKE 1 TABLET BY MOUTH THREE TIMES A DAY AS NEEDED FOR PAIN - DO NOT EXCEED 4000MG OF ACETAMINOPHEN (APAP) PER DAY FROM ANY AND ALL SOURCES
5. IBUPROFEN 8OOMG TAB TAKE ONE TABLET BY MOUTH THREE TIMES A DAY AS NEEDED WITH FOOD - FOR PAIN OR INFLAMMATION
6. MORPHINE SULFATE 60MG SA TAB TAKE ONE TABLET BY MOUTH TWICE A DAY FOR PAIN
7. Non-VA AMPHETAM/DEXTROAMPHETAM SMG TAB 20MG MOUTH THREE TIMES A DAY
8. Non-VA LITHIUM CARBONATE 450MG SA TAB 450MG MOUTH TWICE A DAY
9. Non-VA LORAZEPAM 2MG TAB 2MG MOUTH TWO TIMES A DAY AS NEEDED
10. Non-VA PROPRANOLOL HCL 20MG TAB 60 MG MOUTH TWICE A DAY
11. Non-VA QUETIAPINE FUMARATE TAB MOUTH DAILY
12. Non-VA TIZANIDINE HCL 4MG TAB BMG MOUTH TWICE A DAY
13. Non-VA TOPIRAMATE (GENERIC) lOOMG TAB 5OMG MOUTH AT BEDTIME

SOCIAL/FAMILY HISTORY:
The patient married a German citizen and they have a five-year old daughter. He attempted to find work in Germany but was not able and his wife did not want to come to the States. They live apart but are in regular contact.

He, went back to school after the service and has become licensed as a forensic engineer specializing- in storm damage. His work involves insurance adjusting and estimating for structural and roof damage. He spent most of the past six months in the hurricane damaged area of northern Florida.

MILITARY HIS.TORY:
Served from 2004 to 2013, two deployments, combat.
Service Connected: 0%
LIMITATION OF MOTION, INDEX OR LONG FINGER (0% SC)
TRAUMATIC BRAIN DISEASE (0% SC)
LIMITED MOTION OF ARM ,(0% SC)
TINNITUS (0% SC)
KNEE CONDITION (0%.SC)
POST-TRAUMATIC STRESS DISORDER (0% 'SC)
IMPAIRED HEARING (0% SC)
MIGRAINE.HEADACHES (0% SC)
PARALYSIS OF SCIATIC NERVE (0% SC)
HIATAL HERNIA (0% SC)

SUBSTANCE USE HISTORY:
Has never smoked, occasional social alcohol, no illicit drug history.

IMAGING:
No imaging available in CPRS, nothing later than 2013 in Vista.

PHARMACOLOGIC EVALUATION:
He has a signed Chronic Opioid Agreement. Review of the Illinois and Indiana prescription monitor reveals psychiatric related· controlled lorazepam and amphetamine from his private physician and morphine and hydrocodone sourced through the·VA. Drug screens have been consistent with therapy.

PHYSICAL EXAMINATION:
The patient is easily ambulatory from the waiting area into the exam room. He is fully alert, dressed appropriately for working as a supervisor. Oriented and articulate. Not·audibly short of breath, denies abdominal discomfort.

Left knee shows lateral and medical scars, full range of motion with extremity strength, able to weight bear.from squatting position.. Not swollen. Remainder of extremities unremarkable.

Back demonstrates well formed scar from L2 to L4. Minimally palpably tender perispinally, not centrally. Flexion intact, he can touch hands to toes. Side to side painful at 15 degrees, right greater than left.

IMPRESSION:
1.  Chronic traumatic post surgical lumbar pain.

2. Chronic traumatic left knee pain.
3. Depression, PTSD managed by private sector mental health.
4. Poor coordination between VA and private medical sources.
5. Fully engaged in employment.

PLAN:
1. Will support current medical therapy. UDS today.
2. Obtain recent orthopedic and mental health records.
3. May return patient to primary care management. Return as needed.

DISCUSSION:
This patient is high functioning despite significant physical and psychological challenges. Not inclined to fix what is not broken. We need better coordination; Two sources of controlled therapeutics is not ideal, his shunting to the private sector over eligibility issues provides credible explanation.

He is not interested in more advanced therapeutic options at this time.


**STATE PRESCRIPTION DRUG MONITORING PROGRAM: 08/22/2019**
(Book #1, page 70)
The State Prescription Drug Monitoring Program(s) were queried for controlled substances (CS) for this patient: The following state(s) were queried:
ILLINOIS
INDIANA

The purpose of this query was a part of the medication reconciliation process for the:
Clinically indicated/other Please specify: Consultation

The findings of the query were as follows:
The following prescription(s) were found to have been filled outside of the VA:
Lorazepam.
Adderall

Review of the Illinois and Indiana prescription monitor shows regular private sector provision of lorazepam #4 daily and Adderall 20mg taken #3 a day. This is coupled with· morphine 60mg #2 a day and Norco 10mg #3 a day.

Signed by: /es/ JOHN A PETERSON


**Return Encounter: 09/17/2019**
(Book #1, page 71)
[Patient U] returns in scheduled follow-up. He is doing insurance work after the spring storm and hail damage that hit outside of town. Working long hours his medication is running.short on him. He takes his first morphine early along with a hydrocodone.  It starts falling back about 10:00.

He holds out until noon and takes the morphine again then a hydrocodone, often ibuprofen. He takes the last hydrocodone in the evening.  With his long hour he would like a few more on an as needed basis.

He now is director of operations for his company in Illinois. He is still contesting his non-service connection status with an attorney.

This schedule puts him into a long period overnight·with nothing, likely in a measure of withdrawal in the am. He needs more consistent coverage. MSContin is advertised as a twice a day drug but clinically it works better taken three times a day. Splitting these up with permit more flexible dosing.

Will reschedule without markedly changing his MEDD. Will go to 30mg SA taken .#3 times daily and 15mg SA also issued #3 a day. Leave the hydrocodone for now. He is taking the Norco as a maintenance drug, not a breakthrough. Will give this a month, will likely cut the Norco to #2 a day and use it as a true breakthrough. At this point from 120 + 30 = 150mg MEDD to 90 + 45 + 30 = 165mg MEDD. Pulling one off next visit will put us at basically where we started. Oxycodone is not an option, he found that too euphoric in his past use.

He sees private sector psychiatry that he is very satisfied with. He is on 50mg, Topamax at night with 50mg imipramine also at night. This is supplemented with propranolol. Scripted Adderall for attention deficit. His physician.is withdrawing him from Ativan.

He is a day or two early for pick-up. Will authorize with this change. Return October 30.

IMPRESSION:
1. Chronic traumatic post-surgical lumbar pain.
2. Chronic traumatic left knee pain.·
3. Depression, PTSD, ADHD managed by private sector mental health.
4. Poor coordination between VA and private medical sources.
5. Fully engaged in employment.

PLAN:
1. Medication as above.
2. Still missing recent orthopedic and mental health records.
3. Return to clinic October 30.

Thirty minutes of the 45 minutes encounter spent counseling on scheduled administration of analgesics.

ADDENDUM: 10/14/2019
Consider shifting the 15mg morphine to IR and discontinue the hydrocodone.


**Return Encounter: 10/30/2019**
(Book #1, page 67)

[Patient U] returns in scheduled follow-up. We modified his analgesic therapy last visit to cover long evening and overnight abstinence by going from 60mg SA morphine twice a day with #3 Norco he often took along with them to 30mg SA with 15mg SA three times a day, keeping the Norco #3 for breakthrough. He indicates that this is a definite improvement. I was not impressed that the Norco would do much in this new pattern and he confirms that he does not reliably get much additional with them. I considered recommending we make the 15mg IR's for a more substantial breakthrough therapy and drop the hydrocodone to #2 or off all together.

He describes his pain as a 7 out of 10 sitting there.· He is moving on establishing his own renovation business, has filed a Chapter S and is taking licensing courses next month. When he is done he will be in his own front office and much less involved in physical labor. He would consider reductions at that time but would prefer to leave things where they are at for now. He is functional with this package.

His psychiatrist at Sarah Bush is putting together all of his records. He had an MRI lumbar spine there last year.  He would like another.  His back is hurting more lately with the increase in physical activity. Has numbness to the side of the left leg. Not interested in epidural, reports a hundred forty-eight of those. Stopped that·procedure two years ago.

He would also like to explore injections into the knees. Had those about two years ago at Sarah Bush with some benefit. Orthopedics there had told him he was too early for replacements. Left is more painful than right. He walks a lot in pain.

Have once again stressed that with this high level of narcotic we want to· determine his oxygen status at night. He has PTSD with frequent awakenings and is worried about feeling closed in. Explained the finger meter as the first step, may not need to take it further. Related symptom, his tinnitus· stopped a year ago.

Will order X-rays of the knees, we have absolutely no imaging here. To get a DVD of his Sarah Bush MRI with the rest of his records. Will refer to PM&RS for consideration of knee injections. Return to clinic December 23 at 14:00.

PLAN:
1. Medication as above.
2. Still missing recent orthopedic and mental health records.
3. Bilateral knee X-rays.
4. PM&RS. consult, consider Visco knee injections.
5. Nocturnal oxygen screening written.
6. Return to clinic December .23.

Thirty minutes of the.45 minutes encounter spent counseling.on the risks of sleep apnea despite lack.of obvious symptoms.


**Return Encounter: 12/2317/2019**
(Book #1, page 64)

[Patient U] returns in scheduled follow-up. He is currently working out of Indiana: He has an arrangement where he will be able·to get his final renovation ·certification while completing this project. That will permit him to cut down on the physical requirements by administering projects with employees performing the tasks.

He was found to have moderate liver enzyme elevations in screening last month. Has seen GI. He was recently started on a statin, since discontinued. His blood pressure is erratic, he indicates he is following it at home. Urged to record.·

We have very little of his outside records yet, one of his private· sector doctors has indicated that she will consolidate, awaited.

He has had recent knee films. Would like consideration of injection that gave him some relief in past and knee braces. Will refer to PM&RS. Have ordered MRI lumbar spine. Had one remotely at Sarah Bush·. Urged to try to get a DVD for comparison.

Epidural injection and ablations to the back unsuccessful in the past.

Nocturnal oximetry is now scheduled. Will order Pain PT. PM&RS. Will renew analgesics for hold. UDS today..Return March 16.

Twenty-five minutes of the 30 minutes encounter spent counseling on the risks of sleep .apnea despite lack of obvious symptoms.


**ADDENDUM: 01/13/2020**
[Patient U] reported deceased in a MVC January 10 in Clark County, Illinois.


**REVIEWER CRITIQUE:**
Reviewer states "[h]igh dose opioid therapy (150mg/d MED). No discussion of risks of continuing long-term opioid therapy (prescribed by Dr. Peterson) in conjunction with benzodiazepine (prescribed by private sector provider.) No discussion of tapering. No discussion/prescription of naloxone.

[Does or does not - unclear reference] document results of PDMP and UDS at initial consultation on 5/16/2019. [O]pioid dose increased from MED 150mg/d to 165mg/d on 9/7/2019 without clear discussion of risk (morphine SR 30 TID + morphine IR 15mg TID + hydrocodone 10 TID.

## Specification 21.
Between January 26, 2019, and January 24, 2020, you increased the dose of · naloxonefrom 150 mid to 165 mg/din combination with morphine SR30 TID,morphinelR 15 mg TIO and hydrocodone 10 for Patient U. The opioid dosage was high, creating the risk for adverse events. This medication combination did not meet the standard of care.

**REBUTTAL:**

This is the most contentious of the case reviews which again suffers from significant factual errors. This patient was sent in consultation to the Pain Clinic by his PCP for review of narcotic analgesia "for knee and back pain originally scripted by military.in 2009." (Book #1, page 75). He was being treated by a private sector Psychiatrist for depression and PTSD with a regime that included Adderall and Ativan. Coordination of care was an issue because he was in dispute with the VA over service connection to military and combat related injuries, the specifics of which I was not apprised.

The reviewer's statement that risks of moderately high dose opioids were not discussed are simply untrue as documented in the encounters. We scheduled him for nocturnal oxygen studies despite his lack of symptoms. His psychiatrist was tapering him off the Ativan. My adjustment of his morphine dosing was designed to give smoother day-long coverage and to minimize nighttime withdrawal. He stated that the change was largely successful. We explicitly discussed discontinuing the hydrocodone, which he agreed to do at our anticipated spring 2020 return after his physical work routine was expected to moderate with his transition to a management role.

We ordered ancillary knee injections, physical therapy for the back as well as PM&RS. He may have shown a level of psychological dependence without demonstrating addictive behavior. I scheduled four drug screens during our relatively short association with this patient. He explicitly stated that "[o]xycodone is not an option, he found that too euphoric in his past use."

Compared to most other oral opioid analgesics morphine attains significantly lower serum levels. It also has limited central nervous system access and so is not often sought as a drug of abuse. In my forty years of opioid addiction treatment, twenty-five engaged in medication assisted therapy, 5000 patient-years with methadone and over 7500 patient years with buprenorphine, I have had only two patients who sought morphine as their drug of choice.

This patient unfortunately suffered a fatal MVC. The assumption by the reviewer is undoubtably that his medication regime was the major contributing factor despite the fact that he was relatively young and in good health other than his chronic orthopedic injuries. He had been on this pharmacologic therapy, even at higher doses, for ten years. This gentleman was always on his cell phone. He would answer texts multiple texts during our encounters setting up estimates or repair jobs. His MVC appeared to occur on his way to work. Unfortunately, the Coroner did not access cell phone records for the report. Distracted driving is a more likely presumption.

## Patient V
(Book #1, pages 55 to 47)
This is not a direct care quality issue and is therefore addressed separately.

## George Vargas

| | |
|---|---|
| **From:** | George Vargas |
| **Sent:** | Tuesday, June 1, 2021 7:30 PM |
| **To:** | Haq, Ehtsham |
| **Cc:** | Miller, Patricia D. (WMC); Morgan, Tim (OGC) |
| **Subject:** | DAB Danville |
| **Attachments:** | VA Termination Response 05_31_2021.pdf; VA Termination Response 05_31_2021 Addendum Patient V.pdf |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Dear Dr. Haq:

I want to advise the Board that we will not be calling Dr. Verna Bain tomorrow.  Dr. Peterson will be the only witness called.  We will address each specification point by point.  To that end, we have prepared a rebuttal to each allegation. While Dr. Peterson will testify, this rebuttal gives more detail and background.

I will respectfully request that this be made part of the record for the Board to review.

Thank you sir.


Respectfully,



George Vargas, Attorney at Law
Steigmann Law, P.C.
1807 Woodfield Drive
Savoy, Illinois 61874
Tele (217) 351-5818 Fax (217) 351-5819
gvargas@steigmannlaw.com
www.steigmannlaw.com


Notice:  This communication is covered by the Electronic Communications Privacy Act (18 U.S.C. 2510 et. seq.) and is intended to remain confidential and is subject to attorney client and work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and delete this message (and any attachments). Do not disclose, deliver, distribute or copy this email (and any attachments).

# Patient V

**CHARGE** II. **Failure to Follow Instruction**

**Specification 1.**
On August 24, 2020, while screening at the entrance of Building 98, you    spoke with Patient V regarding his medication regimen that was advised by another provider. You proceeded to tell the patient that you did not agree and advised him to go to St. Louis to seek treatment. On January 17, 2020, you received a memorandum, Change to Administrative Status, in which you were instructed to not have any further contact With any VAIHCS patients· during your administrative status.

**Rebuttal:**
Shortly after the institution of VA Covid-19 policies outpatient encounters were limited to those that required direct attendance. Many employees were assigned to work from home but those involved in direct patient care and facility management continued to come to work inside the institution. Symptom and temperature screenings for employees and patients were segregated. Originally all VA personnel were funneled through the east entrance to Building 102. The few patients who were scheduled to attend the facility in person were directed exclusively through the southwest door into Building 98.

I was assigned to staff the employee entrance for much of the early going. The duty was not popular with many, but I was a 'captured' body so to speak and did a high percentage of the overall task. Around the beginning of August 2020, I was moved to the veteran portal in Building 98. Screening for veterans required an additional step of checking the medical record to determine when and if they had appointments. I did not have computer access to patient records any longer and the administration had imposed a 'gag rule' prohibiting me from patient contact. The schedulers had lost one of the screeners to retirement and therefore they did not honor my request to stay at Building 102.

After four years I had developed a significant patient panel and what I considered to be good relations with the majority of these veterans. More than a few came through that door for appointments with other providers. [Patient V] was one of them. He had been quite stable on a split-dose methadone schedule that allowed him to maintain employment as an electrician. He indicated that his methadone was being discontinued and replaced against his desires with buprenorphine. In that I had the most extensive experience with both medications of any physician within Illiana, he asked me directly for my opinion. I indicated that buprenorphine would likely not provide him the pain relief for the nerve impingement in his back and that he might to able to continue methadone through the St. Louis VA where he had been a patient at previous times.

I understand his anger. The description of our conversation in the administrative record is likely embellished a bit as a result. I do not, however, apologize for giving him my opinion. As stated in the VA Core values:

VA's Core Values of Integrity, Commitment, Advocacy, Respect, and Excellence
define who we are as VA employees and how we will fulfill our sacred obligation
to care for Veterans, their families, caregivers, and survivors. They describe the
organization's culture and serve as the foundation for the way VA employees
should interact with Veterans, fellow employees, and others outside the
organization. I CARE Core Values and Characteristics are codified in our VA
regulations at 38 C.F.R. Part 0.

> **Integrity:** Act with high moral principle. Adhere to the highest professional
> standards. Maintain the trust and confidence of all with whom I engage.
> **Commitment:** Work diligently to serve Veterans and other beneficiaries. Be
> driven by an earnest belief in VA's mission. Fulfill my individual
> responsibilities and organizational responsibilities.
> **Advocacy:** Be truly Veteran-centric by identifying, fully considering, and
> appropriately advancing the interests of Veterans and other beneficiaries.
> **Respect:** Treat all those I serve and with whom I work with dignity and
> respect. Show respect to earn it.
> **Excellence:** Strive for the highest quality and continuous improvement. Be
> thoughtful and decisive in leadership, accountable for my actions, willing to
> admit mistakes, and rigorous in correcting them.

Within five days of this incident I was called in the early afternoon and told to leave the Building
98 duty immediately.  "There is no way that you can work at that entrance and not see some of
your former patients."  I indicated that I wanted to finish the afternoon in that stopping would
result in those left being short-staffed.  They insisted that I depart anyway.  I made my apologies
and thereafter was occasionally returned exclusively to Building 102.