Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **Dr. John Peterson** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Case Number: 21-cv-2293 |
| ) | |
| **Secretary of Veterans Affairs,** ) | |
| **Denis R McDonough,** ) | |
| **United States Department of Veterans** ) | |
| **Affairs,** ) | |
| ) | |
| **Defendants.** ) | |

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**.   This action came before the Court, and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** The Department of Veterans Affairs' final decision, which executed the Disciplinary Appeals Board's decision, is hereby AFFIRMED. Defendant's Response in Opposition to Plaintiff's Memorandum of Law in Support of Complaint for Judicial Review and Defendant's Cross Motion for Summary Judgment (#16) is GRANTED.

**Dated: 11/12/2024**

<u>s/ Shig Yasunaga</u>
Shig Yasunaga
Clerk, U.S. District Court
